ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
 ambere@zhlaw.com
HELEN I. ZELDES (220051)
 helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
 alreenh@zhlaw.com
AARON M. OLSEN (259923)
 aarono@zhlaw.com
625 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 342-8000
Facsimile: (619) 342-7878

ROBBINS GELLER RUDMAN
 & DOWD LLP
JASON A. FORGE (181542)
 jforge@rgrdlaw.com
RACHEL L. JENSEN (211456)
 rjensen@rgrdlaw.com
THOMAS R. MERRICK (177987)
 tmerrick@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

Attorneys for Plaintiff and Proposed Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART COHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD J. TRUMP,<br><br>Defendant. | Case No.: 3:13-CV-02519-DMS(RBB)<br><br><u>CLASS ACTION</u><br><br>NOTICE OF APPEARANCE OF AARON M. OLSEN, COUNSEL FOR PLAINTIFF ART COHEN |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the appearance of Aaron M. Olsen (California Bar No. 259923) of Zeldes Haeggquist & Eck, LLP, counsel for plaintiff Art Cohen in this action. The Court and counsel are requested to update their service list with the undersigned's information as follows:

> Aaron M. Olsen
> Zeldes Haeggquist & Eck, LLP
> 625 Broadway, Suite 1000
> San Diego, CA 92101
> Telephone: (619) 342-8000
> Facsimile: (619) 342-7878
> aarono@zhlaw.com

DATED: October 22, 2013

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK
HELEN I. ZELDES
ALREEN HAEGGQUIST
AARON M. OLSEN

          s/Aaron M. Olsen
         AARON M. OLSEN

625 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 342-8000
Facsimile: (619) 342-7878

ROBBINS GELLER RUDMAN
  & DOWD LLP
JASON A. FORGE
RACHEL L. JENSEN
THOMAS R. MERRICK
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

Attorneys for Plaintiff and Proposed Class

CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 22, 2013.

                                        s/Aaron M. Olsen
                                        AARON M. OLSEN

ZELDES HAEGGQUIST & ECK, LLP
AARON M. OLSEN (259923)
625 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619-342-8000
Facsimile: 619-342-7878
aarono@zhlaw.com