**SHUMENER, ODSON & OH LLP**
Betty M. Shumener (SBN 137220)
John D. Spurling (SBN 252324)
Staci M. Tomita (SBN 266309)
550 South Hope Street, Suite 1050
Los Angeles, CA 90071-2678
Telephone: 213-344-4200
Facsimile: 213-344-4190
E-mail: bshumener@soollp.com
E-mail: jspurling@soollp.com
E-mail: stomita@soollp.com

Jill A. Martin (SBN 245626)
c/o Trump National Golf Club Los Angeles
One Trump National Dr.
Rancho Palos Verdes, California 90275
Telephone: 310-303-3225
Facsimile: 310-265-5522
Email: jmartin@trumpnational.com

Attorneys for Defendant
DONALD J. TRUMP

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART COHEN, Individually and on Behalf of All Others Similarly Situated, Plaintiff, vs. DONALD J. TRUMP | Case No. 13-cv-2519 GPC WVG **NOTICE OF MOTION AND MOTION TO DISMISS** CLASS ACTION Hon. Gonzalo P. Curiel, presiding Date: April 18, 2013 Time: 1:30 p.m. Place: Courtroom 2D |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 18, 2013 at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 2D, of the above-entitled Court, located at 221 West Broadway, San Deigo, California, defendant Donald J. Trump ("**Trump**") will and hereby does bring a Motion to Dismiss the Complaint ("**Complaint**") filed by plaintiff Art Cohen ("**Plaintiff**").

Trump's Motion to Dismiss ("**Motion**") is based on Rule 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that Plaintiff's Complaint fails to state a claim uponwhich relief can be granted, is barred by the statute of limitations, and improperly seeks to split claims to circumvent this Court's order denying leave to amend in the related action, Case No. 3:10-cv-00940.

The Motion to Dismiss is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities attached hereto, the Request for Judicial Notice filed concurrently herewith and incorporated by reference herein, the pleadings on file herein, and on such further oral and documentary evidence as may be introduced at or before the hearing of this motion.

Dated:  November 14, 2013            SHUMENER, ODSON & OH LLP


                                     By: /s/ *Betty M. Shumener*
                                     BETTY M. SHUMENER
                                     JOHN D. SPURLING
                                     STACI M. TOMITA
                                     Attorneys for Defendant Donald J. Trump

---

1

NOTICE OF MOTION AND MOTION TO DISMISS            case no. 13cv2519

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 14, 2013.

                                                     __/s/ Betty M. Shumener___
                                                        Betty M. Shumener
                                             Shumener, Odson & Oh LLP
                                           Attorneys for Defendant Donald J. Trump