UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART COHEN,<br>　　　　　Plaintiff,<br>v.<br>DONALD J. TRUMP,<br>　　　　　Defendant. | Civil No. 13-CV-2519-GPC(WVG)<br><br>ORDER FOLLOWING TELEPHONIC STATUS CONFERENCE |

On April 17, 2014, the Court held a telephonic Status Conference. Appearing were Ms. Amber Eck, Ms. Rachel Jensen, and Mr. Jason Forge on behalf of Plaintiff and Ms. Betty Shumener and Ms. Jill Martin on behalf of Defendant. At the Conference, the Court discussed with counsel the proposed deposition of Plaintiff after Defendant receives discovery related to the Motion for Class Certification.

//
//
//
//
//
//


Unless other time and scope restrictions are agreed to between the parties, Defense counsel shall have no more than two hours to depose Plaintiff on matters solely and reasonably related to the Motion for Class Certification. The total amount of time utilized to depose Plaintiff with respect to the Motion for Class Certification shall be deducted from the total time permitted pursuant to Federal Rule of Civil Procedure 30(d) for any future deposition of Plaintiff.

IT IS SO ORDERED.
DATED: April 18, 2014

_____
Hon. William V. Gallo
U.S. Magistrate Judge