SHUMENER, ODSON & OH LLP
Betty M. Shumener (SBN 137220)
John D. Spurling (SBN 252324)
Staci M. Tomita (SBN 266309)
550 South Hope Street, Suite 1050
Los Angeles, CA 90071-2678
Telephone: 213-344-4200
Facsimile: 213-344-4190
E-mail: bshumener@soollp.com
E-mail: jspurling@soollp.com
E-mail: stomita@soollp.com

Jill A. Martin (SBN 245626)
c/o Trump National Golf Club Los Angeles
One Trump National Dr.
Rancho Palos Verdes, California 90275
Telephone: 310-303-3225
Facsimile: 310-265-5522
Email: jmartin@trumpnational.com

Attorneys for Defendant
DONALD J. TRUMP

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART COHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD J. TRUMP | Case No. 13-cv-2519 GPC WVG<br><br>SUBSTITUTION OF COUNSEL AND [PROPOSED] CONSENT ORDER<br><br>CLASS ACTION |

SUBSTITUTION OF COUNSEL

13-CV-2519

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF
2  RECORD: PLEASE TAKE NOTICE that, subject to approval by the court,
3  defendant Donald J. Trump substitutes Nancy L. Stagg (SBN 157034) and
4  Benjamin J. Morris (SBN 260148) of Foley & Lardner LLP as counsel of record in
5  place of Betty M. Shumener, John D. Spurling and Staci M. Tomita of Shumener,
6  Odson & Oh LLP. Jill A. Martin is to remain as counsel of record for Donald J.
7  Trump.

Contact information for new counsel is as follows:
   Firm Name: Foley & Lardner LLP
   Address: 3579 Valley Centre Drive, Suite 300, San Diego, CA 92130
   Telephone: (858) 847-6700
   Facsimile: (858) 792-6773

I consent to the above substitution.

Dated: 4/29/14          By: _____
                            DONALD J. TRUMP

I consent to being substituted.

Dated: 4/29/14          SHUMENER, ODSON & OH LLP

                        By: _____
                            BETTY M. SHUMENER

Dated: 4/29/14          By: _____
                            JOHN D. SPURLING

Dated: 04/29/14         By: _____
                            STACI M. TOMITA

1
SUBSTITUTION OF COUNSEL

```
 1  I consent to the above substitution.
 2
    Dated: 4/29/14                    FOLEY & LARDNER LLP
 3
 4
                                      By: _____
 5                                        NANCY L. STAGG
 6
 7
 8  Dated: 4/29/2014                  By: _____
                                          BENJAMIN J. MORRIS
 9
10
11
12  The substitution of attorneys is hereby approved and so ORDERED.
13
14
15  Dated: _____            _____
                                      HONORABLE GONZALO P. CUIREL
16
17
18
19
20
21
22
23
24
25
26
27
28
                                      2
                              SUBSTITUTION OF COUNSEL
```

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 29, 2014.

/s/ Betty M. Shumener
Betty M. Shumener
Shumener, Odson & Oh LLP