UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART COHEN,<br><br>             Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP,<br><br>             Defendant. | Civil No. 13-CV-2519-GPC(WVG)<br><br>ORDER FOLLOWING TELEPHONIC STATUS CONFERENCE |

On May 23, 2014, the Court held a telephonic Status Conference. Appearing were Ms. Amber Eck and Mr. Jason Forge on behalf of Plaintiff and Ms. Nancy Stagg and Ms. Jill Martin on behalf of Defendant. At the Conference, the Court discussed with counsel the deadlines for the Motion for Class Certification and the anticipated remaining discovery in this case as it pertains to the related case, Makaeff v. Trump University, LLC, *et al.*, 10-CV-0940-GPC(WVG).

## **I. MOTION FOR CLASS CERTIFICATION DEADLINES**

The Court hereby grants Defendant's request for additional time to respond to Plaintiff's Motion for Class Certification and sets the following amended schedule regarding the filing of the Motion for Class Certification:

1.  On or before <u>July 21, 2014</u>, Defendant shall file his Opposition to Plaintiff's Motion for Class Certification.

2. On or before <u>August 1, 2014</u>, Plaintiff shall file his Reply to Defendant's Opposition to Plaintiff's Motion for Class Certification.

3. A hearing on Plaintiff's Motion for Class Certification shall be held on **<u>September 26, 2014</u>** at **1:30 PM** before Judge Curiel in Courtroom 2D.

4. The dates and times set forth herein will not be further modified except for good cause shown.

5. Plaintiff's counsel shall serve a copy of this order on all parties that enter this case hereafter.

## II. REMAINING DISCOVERY

Plaintiffs shall contact the Court within two business days of receiving a ruling by Judge Curiel on Plaintiff's Motion for Class Certification. The Court will hold a further telephonic Status Conference regarding the remaining discovery after Judge Curiel issues a ruling on Plaintiff's Motion for Class Certification.

IT IS SO ORDERED.

DATED: May 23, 2014

Hon. William V. Gallo
U.S. Magistrate Judge