ROBBINS GELLER RUDMAN
  & DOWD LLP
JASON A. FORGE (181542)
jforge@rgrdlaw.com
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
625 Broadway, Suite 1000
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

Attorneys for Plaintiff and Proposed Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART COHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>DONALD J. TRUMP,<br><br>　　　　　　　Defendant. | No. 3:13-cv-02519-GPC-WVG<br><br><u>CLASS ACTION</u><br><br>APPLICATION TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79.2 AND THE FIRST AMENDED PROTECTIVE ORDER ENTERED MARCH 21, 2014 IN *MAKAEFF* |

948536_1

| | |
|---|---|
| 1 | Plaintiff Art Cohen hereby requests permission to file under seal certain |
| 2 | portions of his Memorandum of Points and Authorities in Support of Motion for Class |
| 3 | Certification, Appointment of Class Representative and Appointment of Class |
| 4 | Counsel ("Class Certification Brief") and Exhibits 6, 12, 14-21, 24, 27-33, 34A, 36- |
| 5 | 38, 40 and 44 to the Declaration of Jason A. Forge in Support thereof ("Forge |
| 6 | Declaration"), pursuant to Local Rule 79.2 and the First Amended Protective Order |
| 7 | entered on March 21, 2014 as Dkt. No. 316 in the related case, *Makaeff v. Trump* |
| 8 | *Univ., LLC*, No. 3:10-cv-0940-GPC-WVG. |
| 9 | Under the First Amended Protective Order, the parties may designate certain |
| 10 | documents as "Confidential Information" and restrict their dissemination and |
| 11 | disclosure. *See Makaeff* Dkt. No. 316, ¶¶4, 7-12. Any documents that have been |
| 12 | designated as "Confidential" may not be disclosed publicly and may only be disclosed |
| 13 | or made available to certain designated persons, such as the Court and counsel for |
| 14 | parties to this action. *See id.* The documents Plaintiff seeks to file under seal have |
| 15 | been designated "Confidential" pursuant to the First Amended Protective Order. |
| 16 | Plaintiff therefore requests permission to file under seal certain portions of the |
| 17 | Class Certification Brief and Exhibits 6, 12, 14-21, 24, 27-33, 34A, 36-38, 40 and 44 |
| 18 | to the Forge Declaration. *See Makaeff* Dkt. No. 316, ¶12. |

DATED: June 16, 2014

ROBBINS GELLER RUDMAN
 & DOWD LLP
JASON A. FORGE
RACHEL L. JENSEN

s/ Jason A. Forge
JASON A. FORGE

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

948536_1

- 1 -                    3:13-cv-02519-GPC-WVG

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK
HELEN I. ZELDES
ALREEN HAEGGQUIST
AARON M. OLSEN
625 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)

Attorneys for Plaintiff and Proposed Class

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 16, 2014.

    s/ Jason A. Forge
JASON A. FORGE

ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: jforge@rgrdlaw.com

948536_1

3:13-cv-02519-GPC-WVG

# Mailing Information for a Case 3:13-cv-02519-GPC-WVG Cohen v. Trump

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,llendzion@rgrdlaw.com,tholindrake@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Benjamin James Morris**
  bmorris@foley.com,vgoldsmith@foley.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **Nancy L. Stagg**
  nstagg@foley.com,smoreno@foley.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)