```
 1  ROBBINS GELLER RUDMAN
       & DOWD LLP
 2  JASON A. FORGE (181542)
    jforge@rgrdlaw.com
 3  RACHEL L. JENSEN (211456)
    rjensen@rgrdlaw.com
 4  655 West Broadway, Suite 1900
    San Diego, CA  92101
 5  Telephone:  619/231-1058
    619/231-7423 (fax)
 6
    ZELDES HAEGGQUIST & ECK, LLP
 7  AMBER L. ECK (177882)
    ambere@zhlaw.com
 8  HELEN I. ZELDES (220051)
    helenz@zhlaw.com
 9  ALREEN HAEGGQUIST (221858)
    alreenh@zhlaw.com
10  AARON M. OLSEN (259923)
    aarono@zhlaw.com
11  625 Broadway, Suite 1000
    San Diego, CA  92101
12  Telephone:  619/342-8000
    619/342-7878 (fax)
13
    Attorneys for Plaintiff and Proposed Class
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART COHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>DONALD J. TRUMP,<br><br>                Defendant. | No. 3:13-cv-02519-GPC-WVG<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF JASON A. FORGE IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVE AND APPOINTMENT OF CLASS COUNSEL<br><br>JUDGE:   Hon. Gonazlo P. Curiel<br>DATE:    September 26, 2014<br>CTRM:   2D (Schwartz)<br>TIME:    1:30 p.m. |

948555_1

I, Jason A. Forge, declare as follows:

1. I am a member of the law firm Robbins Geller Rudman & Dowd LLP, one of Plaintiff's counsel and proposed class counsel. I am duly licensed to practice before all state and federal courts in California. The facts stated in this declaration are true and based upon my own personal knowledge and, if called to testify to them, I would competently do so.

2. My firm stands ready, willing and able to devote the resources necessary to litigate this case vigorously and see it through to an optimal resolution.

3. Attached hereto are true and correct copies of the following Exhibits:

| Exhibit | Document Description | Page Nos. |
|---------|---------------------|-----------|
| Exhibit 01: | NYSED 000106-07; | 1-3 |
| Exhibit 02: | TU-PLTF02441: Main Promotional Video on a CD (see Dkt. No. 36), Order Granting Joint Motion for Leave to Allow Non-Electronic Filing of a Video as an Exhibit to Plaintiff's Motion for Class Certification, Appointment of Class Representative and Appointment of Class Counsel); | 4-5 |
| Exhibit 03: | TU 62079-82; | 6-10 |
| Exhibit 04: | TU 25265-66; | 11-13 |
| Exhibit 05: | TU 62065-69; | 14-19 |
| Exhibit 06: | TU 52934-53105 (2010 PlayBook): Exhibit 8 to the Deposition of Michael Sexton, taken in *Makaeff v. Trump Univ., LLC*, No. 3:10-cv-0940-GPC-WVG (S.D. Cal.) ("*Makaeff*"), on August 23, 2012 **(sealed)**; | 20-192 |
| Exhibit 07: | Relevant excerpts from the videotaped deposition of Gerald Martin, taken in *Makaeff* on November 5, 2013; | 193-205 |
| Exhibit 08: | Trump University Marketing Guidelines (Exhibit 4 to the Donnelly Deposition in *Makaeff*) (TU-DONNELLY 0000001-20); | 206-226 |
| Exhibit 09: | TU-PLTF00142-43; | 227-229 |

| Exhibit | Document Description | Page Nos. |
|---|---|---|
| Exhibit 10: | TU 62063; | 230-231 |
| Exhibit 11: | TU 62064; | 232-233 |
| Exhibit 12: | TU 60666-67 **(sealed)**; | 234-236 |
| Exhibit 13: | Relevant excerpts from the videotaped deposition of Donald J. Trump, Sr., taken in *Makaeff* on September 12, 2012; | 237-254 |
| Exhibit 14: | Relevant excerpts from the videotaped deposition of Michael Sexton, taken in *Makaeff* on August 22, 2012 & August 23, 2012 **(sealed)**; | 255-290 |
| Exhibit 15: | TU 048769-48776 **(sealed)**; | 291-299 |
| Exhibit 16: | TU 048946-48968 **(sealed)**; | 300-323 |
| Exhibit 17: | Declaration of Corinne Sommer in Support of Plaintiffs' Motion for Class Certification in *Makaeff*, dated September 19, 2012 **(sealed)**; | 324-329 |
| Exhibit 18: | TU 154665-702 **(partially filed under seal)**; | 330-368 |
| Exhibit 19: | TU-LOW0000058-59 **(sealed)**; | 369-371 |
| Exhibit 20: | TU 59110-67 **(sealed)**; | 372-430 |
| Exhibit 21: | TU 130419-550 (2009 PlayBook) **(sealed)**; | 431-563 |
| Exhibit 22: | Trump University website homepage available at https://web.archive.org/web/20061003203832/http://www.trumpuniversity.com/ (last visited June 13, 2014); | 564-566 |
| Exhibit 23: | Exhibit C to Plaintiffs' Corrected Supplemental Responses to Defendant Trump University, LLC's First Set of Interrogatories, in *Makaeff*, dated April 11, 2012; | 567-596 |
| Exhibit 24: | Advertisement misrepresentations and omissions chart with examples **(sealed)**; | 597-620 |
| Exhibit 25: | TU-PLTF00364-67; | 621-625 |

| Exhibit | Document Description | Page Nos. |
|---|---|---|
| Exhibit 26: | Relevant excerpts from the sworn examination of Michael Sexton taken in the New York Attorney General's Trump University Investigation on July 25, 2012, attached as Exhibit B to the Verified Petition in *People of the State of New York v. The Trump Entrepreneur Initiative LLC*, No. 2013/451463 (filed Aug. 24, 2013, Supreme Ct. of New York, Cnty. of New York) ("New York Verified Petition"); | 626-633 |
| Exhibit 27: | TU 130393-418 (2008 PlayBook) **(sealed)**; | 634-660 |
| Exhibit 28: | TU 130294-340 (2007 PlayBook) **(sealed)**; | 661-708 |
| Exhibit 29: | TU 96855-56 **(sealed)**; | 709-711 |
| Exhibit 30: | TU 59168-59256 **(sealed)**; | 712-801 |
| Exhibit 31: | Printout of native file of TU 105520 (PowerPoint presentation with talking points included) **(sealed)**; | 802-868 |
| Exhibit 32: | Pages 1-52 to Exhibit 39 to *Makaeff* Dkt. No. 138 **(sealed)**; | 869-920 |
| Exhibit 33: | Printouts of native files of TU 121746, TU 121534, TU 121690, TU 121727 **(sealed)**; | 921-936 |
| Exhibit 34A: | Chart of Transcribed Recordings Relating to "Handpicked" **(sealed)**; | 937-949 |
| Exhibit 34B: | BBB NY 00501-02, 505; | 950-952 |
| Exhibit 35: | Affidavit of Carole Yates, Director of the Bureau of Proprietary School Supervision at the New York State Education Department, dated July 18, 2013, attached as Exhibit C to the New York Verified Petition; | 953-963 |
| Exhibit 36: | Relevant excerpts from the videotaped deposition of David Highbloom, taken in *Makaeff* on August 24, 2012 **(sealed)**; | 964-966 |
| Exhibit 37: | Declaration of Ronald Schnackenberg in Support of Plaintiffs' Motion for Class Certification in *Makaeff*, dated September 16, 2012 **(sealed)**; | 967-971 |
| Exhibit 38: | Declaration of Jason Nicholas in Support of Plaintiffs' Motion for Class Certification, in | 972-978 |

| Exhibit | Document Description | Page Nos. |
|---|---|---|
| | *Makaeff*, dated September 20, 2012 **(sealed)**; | |
| Exhibit 39: | Relevant excerpts from the sworn examination of Steven Matejek taken in the New York Attorney General's Trump University Investigation on August 15, 2012, attached as Exhibit HH to the New York Verified Petition; | 979-982 |
| Exhibit 40: | Declaration of Mark Covais in Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Counsel, dated November 26, 2012, and filed on November 30, 2012 in *Makaeff* **(sealed)**; | 983-989 |
| Exhibit 41: | Declaration of Art Cohen in Support of Plaintiff's Motion for Class Certification, dated March 15, 2014; | 990-994 |
| Exhibit 42: | Declaration of Rachel L. Jensen in Support of Plaintiffs' Motion for Class Certification, Appointment of Class Representative and Appointment of Class Counsel, filed September 24, 2012 in *Makaeff*, also attached as Exhibit A is a current firm resume for Robbins Geller Rudman & Dowd LLP; | 995-1069 |
| Exhibit 43: | Declaration of Amber L. Eck in Support of Plaintiff's Motion for Class Certification, Appointment of Class Representative and Appointment of Class Counsel with Exhibit 1 (firm resume for Zeldes Haeggquist & Eck, LLP) thereto; and | 1070-1085 |
| Exhibit 44: | TU 062091-62100 **(sealed)**. | 1086-1096 |

4. Attached hereto as Appendix A is a table that reflects which of the above exhibits were submitted in *Makaeff* and the corresponding exhibit number for each one.

1     I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct. Executed this 16th day of June, 2014,
3  at San Diego, California.
4
5
6                                                                    s/ Jason A. Forge
                                                                     JASON A. FORGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 16, 2014.

    s/ Jason A. Forge
JASON A. FORGE

ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail: jforge@rgrdlaw.com

# Mailing Information for a Case 3:13-cv-02519-GPC-WVG Cohen v. Trump

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,llendzion@rgrdlaw.com,tholindrake@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Benjamin James Morris**
  bmorris@foley.com,vgoldsmith@foley.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **Nancy L. Stagg**
  nstagg@foley.com,smoreno@foley.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`