# EXHIBIT 16
# [Filed Under Seal]

Exhibit 16
- 300 -

**Mountain Atlantic Productions, Inc.**
6340 Lake Worth Blvd., # 109
Fort Worth, TX. 76135
Fax: 817 – 448 – 0840 * * * * Ph: 817 – 727 – 1635
rjventco@yahoo.com

# FAX COVER SHEET

## FAX: 503 – 217 - 7928

TO:  STEVEN J. MATEJEK - CPA

FAX: 817-448-0840

Phone: 817-727-1635

RE:  Trump Agreements

FROM: Bob  Venter - Speaker

Pages: ( 24 )

Date: 07.24.09

Copies To: *RECORD FILES*

o Urgent        X For Review        o Please Comment        o Please Reply

**Comments:…STEVEN:, Thank You For your offering to
engage me an;
Independent Contractor with; Trump University.**

**Please find attached via this fax the following Trump
University Documents and my Resume for your records;
Form – W – 9, 1pg.; I.C. Agreement, 12pgs., Payments To You
Form 1pg., Expense Policy 1pg., Speaker In Training Process
1pg., Disclosure Form 2pgs., Questionnaire with Resume 6pgs.**

CONFIDENTIAL

TU 48946

Exhibit 16
- 301 -



## INDEPENDENT CONTRACTOR AGREEMENT

THIS AGREEMENT is made and entered into this _24_ day of _July 2009_ 2009, between TRUMP UNIVERSITY, LLC ("TU") with offices at 40 Wall Street, _Productions,_ New York, NY 10005, and _Mountain Atlantic_ whose principal address is _INC,_ _6340 Lake Worth Blvd #102, FtWorth_, an individual/corporation formed or incorporated in the State of _TEXAS_, ("You").   _76135_

## W I T N E S S E T H:

WHEREAS, TU is the owner of a unique system for the offer, sale, and facilitation of education services and the use and sale of certain proprietary books, programs, tapes and products and certain copyrighted materials (the "System"); and

WHEREAS, TU wishes to engage You to offer or instruct TU products, services and programs at certain times, locations, and by methods selected by TU, in its discretion; and,

WHEREAS, You are qualified to render these services;

NOW, THEREFORE, IT IS AGREED:

### 1. ENGAGEMENT

1.01   Engagement: Subject to the terms of this Agreement, TU hereby engages You as an independent contractor to sell or instruct TU products, services and programs at such times, locations, and by methods which may be selected by TU, in its discretion.

1.02   Limited License:   You are hereby granted a limited, non-exclusive, non-transferable license to use and display TU's Proprietary Marks and trade names and to use TU's proprietary and copyrighted materials and certain proprietary methods solely during the authorized presentations on behalf of TU.

1.03   Your Restrictions:   Your activities, while working on a TU assignment, are limited to instructing, offering, and selling those products and services permitted under the System from the locations designated by TU.

40 Wall Street
32rd Floor
New York, NY 10005
212.248.1800
503.217.7928 fax

CONFIDENTIAL

TU 48947

Exhibit 16
- 302 -



## II. **TERM AND RENEWAL**

2.01   Initial Term:   The term of this Agreement shall be one (1) year commencing on the date hereof, unless sooner terminated in accordance with the provisions of this Agreement (the "Initial Term").   The term may be extended in TU's sole discretion for additional one (1) year terms.

## III. **DUTIES OF TU**

3.01   Method of Operations:   In addition to any other training provided to You, TU may from time to time furnish to You instructions, data, materials, forms or other information developed by TU and You shall be required to perform in accordance therewith.

3.02   Training and Supervision:   Following the execution of this Agreement, You may be required to complete TU's training program (the "Training Program") of such duration as TU shall deem necessary at such location(s) and time(s) as TU shall designate. TU may terminate this Agreement if TU reasonably concludes that, during or after completion of the Training Program, You have failed successfully to complete the training.

3.03   Supply of Student Materials:   TU shall supply You with all required and necessary student materials for use during TU training event.

3.04   Event Production Team:   TU shall provide a production team of personnel to produce and manage each TU event.

3.05   Audio-Video Equipment:   TU shall, at its expense, provide all audio-video equipment necessary to produce all TU events.

3.06   Scheduling of events:   TU shall schedule all events and advise You of the date, time and location of all TU events which You are offered to attend. You are free to accept or reject any proposed engagement so long as notice is provided to TU within 48 hours from the time the event is offered to You.

3.07   Billing, Bookkeeping & Collections:   All billing activities related to the sale of TU products, services and programs shall be accomplished by TU. TU shall have the sole and exclusive responsibility for billing and collection activities.   All decisions with regards to refunds, credits and returns are within the sole and absolute discretion of TU.

3.08   Unavoidable Delays:   Delays in the performance by TU of any obligations hereunder which are not the fault of nor within the reasonable control of

Confidential                    Page 2                    7/24/2009

Initial

## CONFIDENTIAL

TU 48948

Exhibit 16
- 303 -



TU including, without limitation, fire, flood, natural disasters, acts of God, governmental acts or orders, or civil disorders, shall not constitute a breach of this Agreement or a default by TU hereunder. Rather, You shall be required to extend the time of performance of any such obligations for the period of such delay or for such other reasonable period of time as may be appropriate in the circumstances.

## IV. PROPRIETARY MARKS, TRADE NAMES AND COPYRIGHTED MATERIALS

4.01  Acts in Derogation of the Proprietary Marks, Trade Names, Copyrighted Materials and Trade Secrets: You shall not do or permit any act in derogation of any of the rights of TU to its Proprietary Marks, trade names, copyrighted materials and/or trade secrets.

4.02  Prohibition Against Disputing TU's Rights: You shall not contest or dispute TU's title to the Proprietary Marks, trade names, copyrighted materials or trade secrets.

4.03  Use of the Proprietary Marks, Trade Names. Copyrighted Materials and Trade Secrets: You shall use and display the Proprietary Marks, trade names and use the copyrighted materials and trade secrets in accordance with TU's specifications.

4.04  Assignment of Works Made For Hire: for value received, You hereby assign all right, title and interest in and to any and all ownership rights to any and all materials You have developed, produced, created, edited, drafted or otherwise delivered and received or, may in the future, develop. Produce, create, edit, draft, or otherwise deliver as a result of, or incident to Your work for TU (and its affiliates) (the "Work"). This assignment includes all copyrights, and the right to secure copyright protection in the United States and all other countries of the world, and all present and future rights of every kind pertaining to such Work, whether or not such rights are now known, recognized, or contemplated. You further assign all renewals of copyright and the right to renew and secure renewals of copyright, in all countries, in such Work and in all versions made pursuant to this agreement.

Further, all of the concepts, ideas and materials that have been developed, produced, created and/or delivered  are works for hire under all applicable laws, and no claim shall be made under this Agreement or otherwise  to any right, title or interest to them.  If for any reason (including but not limited to any change of law) it should be determined that the Materials are not a work made for hire, then this Agreement shall be deemed an assignment to TU of all rights in and to the Materials.

7/24/2005

Initial:

CONFIDENTIAL

TU 48949

Exhibit 16
- 304 -



## V. PAYMENTS TO YOU

See Exhibit A.

## VI. YOUR OBLIGATIONS

6.01   Manner of Operation:  Each component of the TU System is vital to TU and is of the essence to this Agreement. Hence, You undertake to perform your obligations at all times in full compliance with the TU System and each of its components. You shall act in a professional manner in accordance with the highest ethical and moral standards and in accordance with the TU Rules attached hereto as Exhibit B: Expense Policy.

6.02   Programs.  You agree to actively promote and instruct only the programs, products, materials and seminars made available to You by TU.

6.03   Communications & Cooperation With TU Staff:  You shall:

(a)   Participate in pre-event strategy sessions with TU staff and consultants assigned to assist at designated events to ensure that everyone is prepared, supplied, and trained to handle venue, audio visual set-ups; sales and order taking; and, general response to questions by attendees.

(b)   Participate in regular telephone conference calls for training on new products and materials.

(c)   Assist in the training of new staff and consultants as requested by TU.

(d)   Provide TU with information necessary for the execution of a criminal background check.

6.04   Performance Standards:  Your performance shall be regularly reviewed by TU. In the event, in TU's sole and absolute opinion, your presentations, sales and/or attendee reviews are not satisfactory, TU may immediately terminate this Agreement. You agree to participate in all scheduled TU programs, and, in the event You fail to attend or complete any such scheduled appearance, You hereby waive any and all commissions then owed to You, as well as any moneys held in reserve hereunder.

6.05   Compliance with Laws, Rules and Regulations:

(a)   You shall strictly comply with all applicable laws, rules and regulations and all of TU's policies and procedures.

Confidential                         Page 4                         7/24/20__
                                                                    Initial:

## CONFIDENTIAL

TU 48950

Exhibit 16
- 305 -



# TRUMP
### UNIVERSITY

(b)    You shall obtain, and provide TU with proof of, liability insurance for You (and your employees, if any) and keep such insurance in full effect for the duration of this agreement and provide proof from time to time as requested. In the absence of proof within 10 days of executing this contract, TU reserves the right to purchase liability insurance on your behalf and deduct the premium and administrative costs from payments to You.

6.06    Cooperation with TU: You shall act in good faith and use your best efforts to comply with your obligations under this Agreement, and shall cooperate with TU in accomplishing the purposes of this Agreement. Further, You shall not directly or indirectly engage in any activities which would be detrimental to or interfere with the operation or reputation of TU.

6.07    Professional Conduct: You are expected to act in a professional, courteous manner and avoid improprieties in both form and appearance.

You are ambassadors of the Trump University brand and are thus:

- Prohibited from using illegal drugs at any time
- Prohibited from buying alcohol for students/clients at any time
- Prohibited from fraternizing with other employees
- Prohibited from fraternizing with clients

Proper dress attire is required.

You are only authorized to offer or instruct courses, products and services as are set forth by Trump University and you may not offer any other programs or investments to students under any circumstance.

Pricing is established by Trump University and you may not change or modify pricing without prior approval.

TU presentations must be approved in advance and you may not change or modify presentation/slides without prior approval.

You are specifically prohibited from speaking with any journalist, reporter, author, blogger, newspaper, or media outlet with regards to Trump University, Trump Organization or Mr. Trump.

Client/customer information is confidential and proprietary and you are specifically prohibited from compiling customer lists or data for any purpose.

Trump University makes no earning claims. Accordingly, you are prohibited from directly or indirectly advising any client/customer of any likelihood of success. Product/service offerings must be accurately presented.

Confidential                     Page 5                     7/24/2008

Initial

CONFIDENTIAL

TU 48951

Exhibit 16
- 306 -



You many not share a personal story or testimonial unless and until appropriate documentation in support has been provided to TU and the story/testimonial has been approved in advance.

You may not directly or indirectly imply that you have purchased and/or used TU products/services unless that statement is true.

You may not directly or indirectly imply that TU or Mr. Trump endorses any third-party offer, investment opportunity, etc.

You are urged to use your common sense and business judgment to determine whether the purchase of TU products or services is appropriate for the particular customer.

Violation of these policies may result, depending on the circumstance and in TU's discretion, in a fine, suspension, probation or termination.

### 6.08    Use of Communication Systems:

It is the intent of the Trump University to provide the communication systems necessary for the conduct of its business. Independent Contractors are expected to adhere to proper use of all communication systems. These include but are not limited to the Telephone, Electronic Mail (E-Mail), Facsimile, Internet, Corporate Intranet, Voice Mail, Computer Terminals, Modems and Systems Software. Independent Contractors are permitted use of Company property and must comply with Company policies and procedures regarding its use.

The communication systems are owned and operated by Trump University and are to be used for the business of the Trump University exclusively. Independent Contractors should have no expectation of privacy of any correspondence, messages or information in the systems.

Trump University reserves the right to access and disclose all such messages sent for any purpose. All such messages, regardless of content or the intent of the sender, are a form of corporate correspondence, and are subject to the same internal and external regulation, security and scrutiny as any other corporate correspondence. E-mail communications must be written following customary business communications practices as is used in Trump University correspondence. E-mail communications are official internal Trump University communications, which may be subject to summons in legal proceedings. Work-related messages should be directed to the affected Independent Contractors (s) rather than sending a global message to all employees. All email correspondence between Independent Contractors and clients shall be made through the Trump University assigned email address.

Confidential                        Page 6                        7/24/2009

Initial

CONFIDENTIAL

TU 48952

Exhibit 16
- 307 -



The Trump University's communication systems shall not be used as a forum to promote religious or political causes, or an illegal activity. Offensive or improper messages or opinions, transmission of sexually explicit images, messages, cartoons, or other such items, or messages that may be construed as harassment or disparagement of others based on race, national origin, sex, sexual orientation, age, disability, or religion or status as a Vietnam-era veteran are also prohibited on the Trump University's communication systems.

Independent Contractors shall not attempt to gain access to another Independent Contractor's or employees personal communications system and messages. Trump University, however, reserves the right to access an Independent Contractor's messages at any time, without notice to the Independent Contractors.

Any violation of these guidelines may result in disciplinary action, up to and including removal from schedule.

## VII. CONFIDENTIAL INFORMATION

     7.01   Restriction on Use of Confidential Information:  In connection with the services You will provide, You will have access to information that is proprietary and confidential to TU ("Confidential Information"). You shall protect the Confidential Information, and You shall not disclose the Confidential Information to any third party for any reason or use the Confidential Information in any manner or for any purpose not expressly approved by TU in advance and in writing.   Confidential Information includes, but is not limited to business methods and strategies, ideas (whether or not protectable under trade secret laws), trade secrets or proprietary or confidential information respecting inventions, products, product plans, designs, drawings, sketches, marketing and other plans, methods, know-how, techniques, technology, systems, processes, strategies, software programs, customer lists, customer histories, vendor lists, pricing information, projects, notes, memoranda, reports, lists, records, specifications, software programs, data, documentation, budgets, plans, projections, forecasts, financial information, accounting procedures, sales and marketing techniques, proposals in whatever form, personnel histories, and any other tangible or intangible or other materials of any nature relating to any matter within the scope of the business of TU or concerning any of the dealings or affairs of TU. Confidential Information does not include information that: (A) is or later becomes generally available to the public through no breach of this Agreement by You; (B) You can document was obtained by You from a third party who had the legal right to disclose the information to You; or (C) that You can document was already in your possession prior to receipt of it from TU.  You also agree to safeguard and keep confidential the terms of this Agreement and the proprietary information of customers, vendors, consultants, and other parties

Confidential                                   Page 7                                7/24/200_

Initial

## CONFIDENTIAL

TU 48953

Exhibit 16
- 308 -



with which TU does business to the same extent as if it were Confidential Information.

## VIII. COVENANTS NOT TO COMPETE

8.01    In-Term and Post-Term Covenants Not to Compete:

(a)    You agree that during the term of this Agreement (and any extensions) and for a period of two (2) years thereafter, You shall not use any products, materials, teaching aids, Confidential Information or property of TU in any competitive manner without the prior written permission of TU. You shall not compile or in any way attempt to obtain a list of program attendees, or to independently market any product or service other than those specifically approved by TU. You are specifically prohibited from soliciting attendees for any non-TU products or services; or, providing attendees with contact addresses and/or telephone numbers other than those of TU.

(b)    You agree that during the term of this Agreement, and for a period of twelve (12) months immediately following the termination of this Agreement for any reason, whether with or without cause, You shall not either directly or indirectly solicit, induce, recruit or encourage any of TU's instructors, trainers, employees, coordinators, or consultants to terminate their relationship with the TU, or take away, hire or otherwise engage the services of such instructors, trainers, employees, coordinators, or consultants, or attempt to solicit, induce, recruit, encourage or take away, instructors, trainers, employees, coordinators, or consultants of TU, either for You or for any other person or entity.

(c)    If all or any portion of this covenant not to compete is held unreasonable, overly-broad, void, vague or illegal by any court or agency having competent jurisdiction in a proceeding in which TU is a party, the court or agency shall be empowered to revise and/or construe said covenant so as to permit it to fall within permissible legal limits. You expressly agree to be bound by any such revised covenant as if it were originally set forth herein.

8.02    Enforcement of Covenants Not to Compete: You acknowledge that any violation of the covenants not to compete in this Agreement would result in immediate and irreparable injury to TU for which no adequate remedy at law would be available. Accordingly, You hereby consent to the entry of an injunction, without the need to post a bond, prohibiting any conduct by You in violation of this Agreement.

Confidential                          Page 8

7/24/2009

Initial:

CONFIDENTIAL

TU 48954

Exhibit 16
- 309 -



# TRUMP
### U N I V E R S I T Y

## IX. ASSIGNMENT

9.01    Assignment by TU: TU shall have the right to sell, assign or transfer this Agreement and TU's rights and privileges hereunder, in whole or in part, to any other person, firm or corporation or other successor.

9.02    Assignment or Other Transfer by You: Neither your interest in this Agreement nor any of your, duties, obligations, rights or privileges hereunder, may be assigned, transferred, shared or divided, voluntarily or involuntarily, directly or indirectly.

## X. DEFAULT AND TERMINATION

10.01 Termination Upon Notice:    Upon the occurrence of any of the following events, You shall be deemed to be in default and TU may, in its sole and exclusive discretion, terminate this Agreement and all rights granted hereunder without affording You any opportunity to cure the default. Termination under this Paragraph shall be effective immediately upon receipt of notice by You:

(a)    If either You or TU elect to terminate and provides the other party with ninety (90) days prior written notice.

(b)    If TU and You agree in writing to terminate this Agreement;

(c)    If You are convicted of a felony, a fraud, a crime involving moral turpitude or any other crime or offense that TU believes is reasonably likely to have an adverse effect on the TU System, the Proprietary Marks, the trade name, or the goodwill associated therewith;

(d)    If You engage in conduct which reflects materially and unfavorably upon the reputation of TU;

(e)    If You fail to comply with one or more requirements of this Agreement, whether or not such failures are ultimately corrected;

(f)    If You engage in the unauthorized use or duplication of any aspect of TU's business, services or products;

(g)    If You misrepresent, substitute or "palm off" non-authentic services and/or products for or as TU's services and/or products; or,

(h)    If You maintain false financial or statistical books or records or submit any false reports to TU.

Confidential                          Page 9                    7/24/2009

Initial:

## CONFIDENTIAL

TU 48955

Exhibit 16
- 310 -



## XI. RELATIONSHIP OF THE PARTIES

11.01 Independent Contractor: This Agreement does not create a fiduciary relationship between You and TU. TU and You shall be and remain independent contractors. Nothing in this Agreement shall constitute either party, inter alia, the general or special agent, legal representative, subsidiary, joint venturer, partner, employee or servant of the other for any purpose, nor shall anything in this Agreement cause the employees of either party to be employees of the other. You will not be eligible for any TU employee benefits. Any taxes imposed on You due to activities performed hereunder will be your sole responsibility.

## XII. REPRESENTATIONS AND WARRANTIES

12.01 You represent, warrant, and covenant that: (A) You have full right, power, and authority to enter into this Agreement and to perform the services specified herein; (B) You will use your best efforts to perform all of your duties under this Agreement; and (C) there is no outstanding contract, commitment, pending or threatened claim, or litigation involving You that is or may be in conflict with this Agreement or that may in any way limit, restrict, impair, or interfere with your duties hereunder.

12.02 Both You and TU shall indemnify other and its affiliates, and their officers, directors, agents, and employees against, and hold them harmless from, any and all loss, damage, or expense (including reasonable attorneys' fees) which they or any of them may suffer or be required to pay or otherwise incur arising out of any claim, demand, action, or proceeding as a result of (A) a breach of any of the foregoing representations, warranties, and covenants, or (B) any oral or written statement made by You or TU and alleged to be defamatory or an injurious falsehood.

## XIII. MISCELLANEOUS

13.01 Construction and Interpretation:

(a) This Agreement is to be construed as to form, substance and procedure in accordance with the substantive laws of the State of New York. Both parties agree to submit to the exclusive jurisdiction of the federal and state courts located in the city of New York.

(b) Unless otherwise stated, TU reserves the right to withhold its consent hereunder for any reason or no reason whatsoever.

Confidential                          Page 10                          7/24/2008

Initial

CONFIDENTIAL

TU 48956

Exhibit 16
- 311 -



13.02 No waiver or delay in enforcement of any breach of any provision of this Agreement shall be construed as a waiver of any rights and/or remedies which TU may have with respect to any preceding or succeeding breach of this Agreement or delay in enforcement thereof.

13.03 This Agreement constitutes the entire agreement between the parties regarding the subject matter hereof, and there are no other oral or written understandings or agreements between TU and You regarding the subject matter hereof. This Agreement may be amended only by a written instrument signed by the parties hereto.

13.04 Any notice required or permitted to be given hereunder shall be in writing and shall be served upon the other party personally, or by certified mail, return receipt requested, postage prepaid.

13.05 You shall not originate any publicity, press releases or other announcements, written or oral, to the public, press or otherwise relating to this Agreement, TU, or the seminars/workshops without TU's prior written consent in each instance.

13.06 You shall provide TU with (90) ninety days written notice in the event that You intend on terminating this agreement and that You will not be accepting any more assignments.

13.07 You shall notify TU immediately if any of the information that you provided TU relating to this Agreement and related documents, included but not limited to the W-9, Questionnaire, changes.

13.08 The following sections shall survive termination or expiration of this Agreement: Sections IV, VII, VIII, IX, X, XI, XII and XIII.

Confidential                    Page 11

7/24/2009

Initial

CONFIDENTIAL

TU 48957

Exhibit 16
- 312 -



## XIV. SUBMISSION OF AGREEMENT

14.01 This Agreement shall become effective only upon the execution thereof by TU and You.

14.02 If executed by a legal entity formed and controlled by an individual for convenience of ownership, estate planning or asset protection, You hereby agree individually, in his/her personal capacity as to the provisions of this Agreement.

WE HAVE READ THE FOREGOING AGREEMENT AND HEREBY AGREE TO AND ACCEPT EACH AND ALL OF THE PROVISIONS.

Dated: _7.24.09_     YOU: _Mountain Atlantic Prosperity INC._

Dated: _____     TRUMP UNIVERSITY, LLC,

By: _Robert J. Venter_
Name: _____
Title: _President_

7/24/2009

Initial: _____

CONFIDENTIAL

TU 48958

Exhibit 16
- 313 -



## Exhibit A

## **PAYMENTS TO YOU**

(a)    As full and complete compensation for all services provided, TU shall pay You compensation and/or commissions for sales consummated at TU seminars or workshops attended by You (less refunds granted in TU's sole and exclusive discretion) in accordance with the following Compensation Schedule.

(b)    Full speakers shall be paid a commission for payments received (net of shipping and taxes) on completed sales consummated by the conclusion of the event for each Preview Presentation on the following schedule:

Full Speaker Converting ▮Objection: Financial▮ commission.

For each full conversion percentage above ▮Objecti...▮ the overall commission will increase by ▮Obje...▮ up to a maximum commission of ▮Objectio...▮

(c)    A commission of ▮Objec...▮ of good payments received within 30 days of the conclusion of the event (net of taxes) for each 3-Day Back-End Fulfillment and Workshops (Includes Profit from Real Estate events).  Payments are deemed commissionable when they are good payments for sales consummated within 30 days of the conclusion of the event. The commission otherwise attributable to You shall be reduced by five (5%) when the sale is not consummated within 3 days of the event with good money. You shall receive a full report of seminar or workshop sales and commission payments.

(d)    Retreats: ▮Objectio...▮ per day plus commissions as described in (c) Includes Wealth Building Weekends, Wealth Preservation, QuickTurn Real Estate, Creative Financing and Commercial & Multi-Unit.

(e)    This Compensation Schedule may be increased or decreased by TU, in its sole and exclusive discretion.

(f)    TU prices for products, services and programs are subject to change in TU's discretion and upon reasonable notice. You must strictly follow TU's pricing structure.

(g)    TU may retain ▮Object▮ of commissions accrued by You for a period of ninety (90) days as a reserve for potential refunds, returns, bad debt, credits and/or charge backs.   Withheld funds shall be released, after appropriate adjustments, if any, on a quarterly basis.

7/24/20..

Initial

## CONFIDENTIAL

TU 48959

Exhibit 16
- 314 -



Exhibit B

**Expense Policy**

**General Guidelines:**

**Rental Car:**
- Rental cars will not be reimbursed unless prior approval is received from Director of Operations.
- If personal car is used for travel, standard IRS mileage rate will be used.

**Hotel Accommodations:**
- TU will pay for hotel room and tax only.  Upgrades, unauthorized hotel moves and incidentals will not be paid by Trump University.

**Airfare:**
- You are required to book flights at least 14 days prior to the seminar or workshop with a maximum price of $450.   Any flights booked within 2 weeks of a seminar or workshop or at a price above $450 must be approved in advance by TU.

**Payment:**
- Expenses must be received within 30 days of event.
- All checks are mailed on the 15th, and the last day of the month.
- Payments for expenses received by the 6th, and compensation for events concluded by the 6th, will be mailed by the 15th of the month.
- Payments for expenses received by the 22nd, and compensation for events concluded by the 22nd, will be mailed by the last day of the month.
- Expense forms and original receipts must be submitted to Trump University by mail to 40 Wall Street, 32nd Floor New York, NY 10005, Attn: Accounts Payable.
- Payment inquiries can be directed at payables@trumpuniversity.com, or Phone: (646) 810-7353, or fax (503) 217-7928.

Confidential                    Page 14                    7/24/200_

Initial

**CONFIDENTIAL**

TU 48960

Exhibit 16
- 315 -



## TRUMP
UNIVERSITY

### Exhibit C

### Speaker in Training Process

Objective: To ensure a smooth process of the speaker training and deployment process and to ensure all speakers are both compliant and efficient.

Policy: All new Trump University speakers must follow this process prior to full deployment:

Step 1. Submit resume and tape, and then interview with selected parties. Once approved the following steps will take place.

Step 2. The speaker will be sent the official approved PowerPoint presentation, audio and script to be used. The speaker will have the ability to make changes to the content that refers to any personal information and/or transactions. However, all transactions or deals so included will need to be authenticated.

Step 3. The speaker presents to management at Trump U. The result will be a pass or fail.

If the speaker passes they will be added to the schedule as soon as possible.

Step 4. Once the speaker has passed the initial presentation to the team, he will be awarded with two upcoming presentations. If the speaker averages sales of 8% or higher, he will be awarded two more on the next available event. If sales are below 8%, the speaker will have two more attempts to average over 8%. If after these attempts a speaker fails to average 8% or higher, he will leave the process. Speakers in training will earn 5% commissions while in the training process.

Step 5. Once the speaker has averaged over 8% on the first attempt, and over 10% on the second, they will be deemed a full speaker. And, as a speaker, their own team will be awarded when timing permits.

Confidential                           Page 15

7/24/2008
Initial

### CONFIDENTIAL

TU 48961

Exhibit 16
- 316 -



40 Wall Street, 32nd Floor
New York, NY 10005
(212) 248-1800

### DISCLOSURE AND AUTHORIZATION FORM

Trump University (the "Company") may request background information about you from a consumer reporting agency in connection with your employment application and for employment purposes. This information may be obtained in the form of consumer reports and/or investigative consumer reports. These reports may be obtained at any time after receipt of your authorization and, if you are hired by the Company, throughout your employment.

HireRight, Inc., or another consumer reporting agency, will obtain the reports for the Company. HireRight, Inc. is located at 5151 California, Irvine, CA 92617, and can be contacted at 800-400-2761. The reports may contain information bearing on your character, general reputation, personal characteristics, mode of living and credit standing. The types of information that may be obtained include, but are not limited to: social security number verifications; credit reports; criminal records checks; public court records checks; driving records checks; educational records checks; employment verifications; personal and professional references checks; licensing and certification records checks; drug testing results; etc. The information contained in the reports will be obtained from private and public record sources, including, as appropriate, personal interviews with sources, such as neighbors, friends and associates.

You may request more information about the nature and scope of any investigative consumer reports by contacting the Company. A summary of your rights under the Fair Credit Reporting Act is also being provided to you.

### ADDITIONAL STATE LAW NOTICES

If you are a California, Maine, New York or Washington applicant, please also note:

**CALIFORNIA:** Under section 1786.22 of the California Civil Code, you may view the file maintained on you by HireRight during normal business hours. You may also obtain a copy of this file, upon submitting proper identification and paying the costs of duplication services, by appearing at HireRight's offices in person, during normal business hours and on reasonable notice, or by mail. You may also receive a summary of the file by telephone, upon submitting proper identification. HireRight has trained personnel available to explain your file to you, including any coded information. If you appear in person, you may be accompanied by one other person, provided that person furnishes proper identification.

**NEW YORK:** You have the right, upon request, to be informed of whether or not a consumer report was requested. If a consumer report is requested, you will be provided with the name and address of the consumer reporting agency furnishing the report. You may inspect and receive a copy of the report by contacting that agency.

CONFIDENTIAL

TU 48962

Exhibit 16
- 317 -

**MAINE:** You have the right, upon request, to be informed of whether an investigative consumer report was requested, and if one was requested, the name and address of the consumer reporting agency furnishing the report. You may request and receive from the Company, within five business days of our receipt of your request, the name, address and telephone number of the nearest unit designated to handle inquiries for the consumer reporting agency issuing an investigative consumer report concerning you. You also have the right, under Maine law, to request and promptly receive from all such agencies copies of any such reports.

**WASHINGTON STATE:** If we request an investigative consumer report, you have the right, upon written request made within a reasonable period of time after your receipt of this disclosure, to receive from us a complete and accurate disclosure of the nature and scope of the investigation we requested. You also have the right to request from the consumer reporting agency a written summary of your rights and remedies under the Washington Fair Credit Reporting Act.

## AUTHORIZATION

I have carefully read and understand this Disclosure and Authorization form and the attached summary of rights under the Fair Credit Reporting Act. By my signature below, I consent to the release of consumer reports and investigative consumer reports prepared by a consumer reporting agency, such as HireRight, Inc., to the Company and its designated representatives and agents. I understand that if the Company hires me, my consent will apply, and the Company may obtain reports, throughout my employment.

I also understand that information contained in my job application or otherwise disclosed by me before or during my employment, if any, may be used for the purpose of obtaining consumer reports and/or investigative consumer reports.

By my signature below, I authorize law enforcement agencies, learning institutions (including public and private schools and universities), information service bureaus, credit bureaus, record/data repositories, courts (federal, state and local), motor vehicle records agencies, my past or present employers, the military, and other individuals and sources to furnish any and all information on me that is requested by the consumer reporting agency.

By my signature below, I certify the information I provided on this form is true and correct. I agree that this Disclosure and Authorization form in original, faxed, photocopied or electronic (including electronically signed) form, will be valid for any reports that may be requested by or on behalf of the Company.

**California, Minnesota or Oklahoma applicants only –** You will be provided with a free copy of any consumer reports or investigative consumer reports obtained on you if you check the box below.

☐      I wish to receive a free copy of the report.

Applicant Last Name _VENTER_      First _ROBERT_      Middle _J_

Applicant Signature _Robert Venter_      Date _7/24/09_

CONFIDENTIAL



# TRUMP UNIVERSITY
## QUESTIONNAIRE

NAME: _Robert J. Venter_

Address: _6340 Lake Worth Blvd. #286_

_Fort Worth, TX, 76135_

Telephone: _817-448-0840_

Cell Phone: _817-727-1635_

Fax: _817-448-0840_

Email: _RJVENTco@Yahoo.com_

SSN or EIN: ▮▮▮▮▮ *Objection: Financial Information Protected by Right to Privacy.*

Corporate Name or LLC (If applicable): _Mountain Atlantic Productions, INC,_

Personal References:

Name, Telephone Number & Relationship:

1. _Please See Attached_
2. _____
3. _____

Education: _Please See Attached_

Licenses and/or Certifications: _Please See Attached_

Initial: _RV_

TU 48964

Exhibit 16
- 319 -

**Robert J Venter * 6340 Lake Worth Blvd * Fort Worth, TX. 76135**
**817 – 727 – 1635**                    **Rjventco@yahoo.com**

## OBJECTIVE

An Opportunity as; Speaker to; *Train, Educate and Sell From The Platform* with a *National and or International University*; in **Real Estate Investing** and with a continued growth system in place.

My Speaking experience now in this industry spans over 19 years, traveling to *over 400 cities throughout the United States and Canada; Training, Educating 1,000's and 1,000's of students and Selling Successfully From The Platform*; Advanced Real Estate Training and Educational and Mentoring Programs for the largest finest and best companies in the industry;

| | |
|---|---|
| **RUSS WHITNEY COMPANIES** | **1999 - Present** |
| **FORTUNE FINANCIAL SYSTEMS, INC.** | **1997 – 1999** |
| **NATIONAL STRATEGIC ALLIANCE NETWORK** | **1995 - 1997** |
| **CHARLES J. GIVENS ORGANIZATION** | **1990 – 1995** |

*Training Fulfillment Programs taught were of the following format; FIVE (5) DAY, FOUR (4) DAY AND THREE (3) DAY FULFILLMENT EVENTS ( now most common), averaging 60-75 events per year*, training students in *15 disciplines of Real Estate Investing*; Wholesale Buying, Probate, Foreclosures, Short Sales, Lease Options, Property Management, Creative Financing, Negotiations, Asset Protection and Tax Relief, Discounting Notes, Mortgages, TD's, Land Contracts;, Manufactured & Mobile Homes, Rehabbing, Tax Liens/Deeds, Commercial Investing, Land Investment Domestic and International.

**Advanced Training Programs** sold at these events began with an entry level Program starting at; **$ 10,000. USD to $ 65,000. USD** , and a solid *"Closing Success Rate" of; $ 3,000. to $ 5,000. PHC* depending on; Branding and Market Demographics as some Brands had a PHC range of; $ 1,500. to $ 2,500.

CONFIDENTIAL

**Robert J Venter * 6340 Lake Worth Blvd * Fort Worth, TX. 76135**
**817 – 727 – 1635**              **Rjventco@yahoo.com**

## B I O

**Born in New York City**, South Bronx, graduated high school in Bergen
County New Jersey. **Served Four (4) Years U.S. Navy Active Duty**
and Two (2) Years U.S Naval Reserves and **Honorably Discharged.**

Upon completion of Military Service, **Joined Northrop Aircraft**
Corporation and served **nine (9) months** in Northern
Virginia/Washington DC areas then transferred to, Kingdom Of Saudi
Arabia for an **18 month assignment**, administratively supporting a joint
**U.S. Air Force and R.S.A.F. Telecommunications Program.**
Upon completion of service with Northrop, relocated to Central Florida,
Orlando and began Real Estate Investing Career in Investment and
Income Properties throughout Central Florida.
**Now making my homes in;  Texas and St. Thomas,  USVI and
Owner of; Mountain Atlantic Productions, Inc. Investment Firm.**

## R E F E R E N C E S

**Noah Harris – Road Manager  Trump University – 239 – 247 – 1907**

**Charles C. Owen  –  Int'l Tax Attorney – 501 – 376 – 3800**

**Russ Whitney – CEO Russ Whitney Companies – 239 – 872 – 0737**

**David Bornn – International Attorney – 340 – 774 – 2501**

**James Francis – CEO Peak Performance – 407 – 718 – 1088**

CONFIDENTIAL



# TRUMP
## U N I V E R S I T Y

### EMPLOYMENT HISTORY

Please provide employment history (company name, location, dates) for the past ten years and education or attach a detailed resume

*PLEASE SEE Attached*

### LITIGATION

A. State whether you have pending any administrative, criminal or material civil action (or a significant number of civil actions irrespective of materiality) alleging a violation of any business opportunity law, franchise law, securities law, fraud, embezzlement, fraudulent conversion, restraint of trade, unfair or deceptive practices, misappropriation of property or comparable allegations.

Objection: Financial Information Protected by Right to Privacy.

(If yes, annex detailed descriptions to this questionnaire)

B. State whether you have been convicted of a felony or pleaded <u>nolo</u> <u>contendere</u> to a felony charge or, within the ten-year period immediately preceding the application for registration, been convicted of a misdemeanor or pleaded <u>nolo</u> <u>contendere</u> to a misdemeanor charge, or been held liable in a civil action by final judgment or been the subject of a material complaint or other legal proceeding if such felony or misdemeanor conviction or charge or civil action, complaint or other legal proceeding involved violation of any business opportunity law, franchise law, securities law, fraud, embezzlement, fraudulent conversion, restraint of trade, unfair or deceptive practices, misappropriation of property or comparable allegations.

Objection: Financial Information Protected by Right to Privacy.

(If yes, annex detailed descriptions to this questionnaire)

Initial

TU 48967

Exhibit 16
- 322 -



**C.** State whether you are subject to any injunctive or restrictive order or decree or under any Federal, State or Canadian franchise, securities, antitrust, trade regulation or trade practice law as a result of a concluded or pending action or proceeding brought by a public agency.

Objection: Financial Information Protected by Right to Privacy.

(If yes, annex detailed descriptions to this questionnaire)

**BANKRUPTCY**

State whether you have during the fifteen year period immediately preceding the date of this Offering Prospectus been adjudicated bankrupt or reorganized due to insolvency, or was a principal officer of any company or a general partner in any partnership that was adjudicated bankrupt or reorganized due to insolvency during or within one year after the period that you held such position in such company or partnership.

Objection: Financial Information Protected by Right to Privacy.

(If yes, annex detailed descriptions to this questionnaire)

**COVENANTS AGAINST COMPETITION
OR CONTRACTUAL RESTRICTIONS**

State whether your employment or business activities are restricted in any way by any covenant against competition or other contractual restriction.

Objection: Financial Information Protected by Right to Privacy.

If yes, annex detailed descriptions to this questionnaire

If "no," you hereby certify that your answer is true and accurate and further agree to protect, defend and indemnify Trump University, its affiliates, officers, directors and managers, from any

Initial

3

Initial

4
**CONFIDENTIAL**

TU 48968

Exhibit 16
- 323 -

# EXHIBIT 17
# [Filed Under Seal]

Exhibit 17
- 324 -

ZELDES & HAEGGQUIST, LLP
AMBER L. ECK (177882)
HELEN I. ZELDES (220051)
ALREEN HAEGGQUIST (221858)
625 Broadway, Suite 906
San Diego, CA 92101
Telephone: (619) 342-8000
Facsimile: (619) 342-7878
ambere@zhlaw.com
helenz@zhlaw.com
alreenh@zhlaw.com
aarono@zhlaw.com

ROBBINS GELLER RUDMAN
 & DOWD LLP
RACHEL L. JENSEN (211456)
THOMAS R. MERRICK (177987)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
rjensen@rgrdlaw.com
tmerrick@rgrdlaw.com

Attorneys for Plaintiffs and the Proposed Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>        vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>        Defendants. | Case No.:  3:10-CV-00940-CAB(WVG)<br><br>CLASS ACTION<br><br>**DECLARATION OF CORINNE SOMMER DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>District Judge:    Hon. Cathy Ann Bencivengo<br>Magistrate Judge:  Hon. William V. Gallo |

ZELDES & HAEGGQUIST, LLP

Exhibit 17
- 325 -

ZELDES & HAEGGQUIST, LLP

1    I Corinne Sommer, hereby declare and state as follows:

2       1.    I am a resident of New York, New York.  If called as a witness, I could and
3    would competently testify as to all facts within my personal knowledge.

4       2.    I worked for Trump University from May 2007 through October 2007.  My title
5    was Manager of Events Department.  I worked at Trump University's headquarters located at
6    40 Wall Street, New York, New York, which is also where Trump Organization is located.
7    My job duties as Manager of the Events Department included the coordination of Trump
8    University live events, seminars and training.

9       3.    The first Trump University live event took place in Florida in May of 2007, and
10   the second one took place in Los Angeles, California approximately one month later.  Before
11   these two live events, my understanding is that Trump University "courses" were only offered
12   online.  These two events had approximately 500 attendees each.  After that, Trump University
13   held live seminars nearly every week in different areas of the country.

14      4.    In my experience, the focus of Trump University was on making sales rather
15   than on providing quality educational services.  Trump University would lure consumers into
16   the initial free course based upon the name and reputation of Donald Trump, and then once
17   they were there, Trump University personnel would try to up-sell consumers to the next course
18   using high-pressure sales tactics.  Far from providing a "complete real estate education," as
19   advertised, Trump University personnel only provided enough information to get students to
20   sign up for the next seminar or program.  I recall instances in which consumers had paid for a
21   class to learn how to make money investing in real estate, ask for more information, and the
22   teacher would say, "if you want to get that, you have to buy the next package."  I don't
23   remember who said it, but this is the general gist of things.

24      5.    During the time that I was employed at Trump University, many of the
25   speakers, instructors, and mentors lacked real estate experience.  Many of them did not even
26   own houses, and had no experience buying or selling real estate.  For example, I recall that
27   David Stamper had no real estate experience; he was a jewelry salesman.  However, after

28

1                                      No. 3:10-CV-00940-CAB(WVG)

Exhibit 17
- 326 -

ZELDES & HAEGGQUIST, LLP

1    working for Trump University for approximately a year on the sales team, he began speaking

2    as an instructor at seminars.

3        6.    Trump University instructors and mentors were not hand-picked by Donald

4    Trump.  I believe that in many instances Donald Trump had neither met the instructors or

5    mentors, nor did he know who they were.  Instead, I recall that Trump University hired its

6    speakers and mentors through Mark Dove in New Hampshire who hired and trained a number

7    of real estate salespeople that he provided to Trump University.  These people did not

8    necessarily have real estate experience, but they were skilled at high-pressure sales.  I recall

9    that Trump University fired two of Mike Dove's salespeople because they kept trying to get

10   Trump University students to invest in their own personal businesses.

11       7.    I am aware that instructors were trained to, and witnessed them, asking students

12   during the $1,500 seminars to call their credit card companies and raise their credit limits two,

13   three or four times so that they would be able to invest in real estate.  They would tell students

14   to max out their credit card because they would make their money back.  They couldn't raise

15   their limit and use it the same day.

16       8.    While Trump University's advertisements claimed it wanted to help consumers

17   make money in real estate, in fact, based upon my experience, I believe that Trump University

18   was only interested in selling every person the most expensive seminars they could possibly

19   buy on credit.  I recall that some consumers had showed up who were homeless and could not

20   afford the seminars, yet I overheard Trump University representatives telling them, "it's ok;

21   just max out your credit card."  I also witnessed representatives instructing consumers to

22   charge the course to multiple credit cards if they lacked a high enough limit on one credit card

23   to pay for the seminar.  In fact, I recall representatives telling consumers to open up as many

24   credit cards as they could to increase their credit score.

25       9.    Trump University used a standardized PowerPoint presentation and scripts for

26   all of its seminars, so that the seminars were standardized and substantially the same across the

27   country regardless of the particular speaker or location. A few speakers had their own, but

28   those who did not were given presentations.

Exhibit 17
- 327 -

10.     Trump University did not provide one-year of real estate mentoring as promised to the public.  My understanding is that mentors were paid up front on commission before the student completed their mentorship.  Because of the pay structure, mentors had no incentive to call consumers back or work with them once the consumer signed up and the mentor was paid.  The focus of the mentors seemed to be on getting new sales and new commissions.  As a result, I recall that mentors rarely returned phone calls from students or spent much time talking with them.  I received calls from many angry students telling me that they had been trying to reach their mentor to no avail.

11.     I do not believe that Trump University taught Donald Trump's investing "secrets."  Donald Trump came from a wealthy family and had resources at his disposal to purchase real estate – that is the secret – one that the average consumer could not replicate.

12.     At the seminars I attended, Trump University presenters pressured consumers into purchasing the Elite program because they said that students would make their money back in the first deal or two.  They told students that even though $25,000 or $35,000 for the Elite program sounded like a lot of money, "Don't worry, you'll get your money back right away in your first deal, or first two deals."

13.     In the time that I worked for Trump University, I only met Donald Trump once.  He was not an active presence there; though he occasionally went over numbers with Michael Sexton.  Based upon my interaction with Donald Trump, he seemed only concerned with Trump University's revenues and profits.

14.     In my experience, many students were dissatisfied with Trump University.  When consumers first signed up and took the course, they were hyped up due to the high-drama atmospherics of the seminars, and they tended to give positive reviews as they were asked for them.  But, after purchasing the Elite Program, I saw many students who realized they did not get what they were promised, and they were unable to get through to their mentor, and then they became more and more dissatisfied over time.

ZELDES & HAEGGQUIST, LLP

Exhibit 17
- 328 -

1    I declare under penalty of perjury under the laws of the United States of America that

2    the foregoing is true and correct.  Executed this 19 day of September, 2012, at New York,

3    New York.



CORINNE SOMMER

ZELDES & HAEGGQUIST, LLP

4

No. 3:10-CV-00940-CAB(WVG)

Exhibit 17
- 329 -

# EXHIBIT 18

[TU 154665 Filed Under Seal; TU 154666-702 filed publicly]

Exhibit 18
- 330 -

| | |
|---|---|
| **From:** | Michael Sexton |
| **Sent:** | Tuesday, April 14, 2009 8:41 AM |
| **To:** | 'James Harris'; Stephen Goff; Scott Leitzell |
| **Cc:** | Mark Anthony; David Early |
| **Subject:** | New PPT script |
| **Attachments:** | Trump Creative C script-final (2).doc |

Gentlemen, attached is the final script for the new PPT presentation.  Please review both in detail.  I will speak with you individually about how best to transition to this new format.  I've circulated this presentation and script to a small group of industry veterans and the feedback has been very positive.  As always, I look forward to your thoughts and feedback as well.  Thanks,
Michael

Michael W. Sexton
**Trump University**
40 Wall Street, 32nd Fl.
New York, NY 10005
Phone: 646.810.7342
Fax: 212.248.0782
www.TrumpUniversity.com

1

**TU 154665**

Exhibit 18
– 331 –

# EXHIBIT 19
# [Filed Under Seal]

Exhibit 19
- 369 -



## TRUMP

*From Donald J. Trump*

*Special Invitation*

*Build Your Future In Real Estate*

# *Event Locations, Dates, and Times*

*Registration is 30 minutes prior to start of classes. Classes begin promptly at the scheduled time.*

↙ *Workshop that I attended*

| Sunday, November 15, 2009 | Monday, November 16, 2009 | Tuesday, November 17, 2009 | Wednesday, November 18, 2009 |
|---|---|---|---|
| 1:00 PM and 7:00 PM | 1:00 PM and 7:00 PM | 1:00 PM and 7:00 PM | 1:00 PM and 7:00 PM |
| **Hilton Garden Inn Carlsbad Beach** | **San Diego Marriott La Jolla** | **San Diego Marriott Mission Valley** | **The Westin Gaslamp Quarter, San Diego** |
| 6450 Carlsbad Boulevard Carlsbad, CA | 4240 La Jolla Village Drive La Jolla, CA | 8757 Rio San Diego Drive San Diego, CA | 910 Broadway Circle San Diego, CA |

Call or go online to accept your **complimentary** invitation.
Seating is limited. To guarantee a place **call or log on today!**

# 888-878-6709 • TrumpULive.com

CONFIDENTIAL - ATTORNEY CLIENT PRIVILEGE

TU-LOW0000058

Exhibit 19
- 370 -

**Redacted**

Dear Friend,

What would your life be like *now* if you had invested in real estate during the buyer's market of the 1990s?

Smart people who *did* buy investment properties then, now enjoy a life that most only dream about ... monthly positive cash flow ... passive income ... the freedom to work less or even quit their jobs forever. **Many of those investors are now multimillionaires.**

But you don't have to wonder, what if ... because right now, you have the opportunity *to build your wealth*. You can profit from the largest buyer's market in history. **Many new millionaires will emerge on the other side of this crisis**. I'm advising people to buy—but not blindly.

That's why I'm sharing my proprietary "Blueprint For Real Estate Success" ... knowledge that can **empower *you* to be the one who wins in this downturn**. You've seen other real estate courses offered by so-called experts. But no course offers the same depth of insight, experience, and support as the one bearing my name, the one from Trump U.

Learn more about **building wealth and creating financial freedom now** at a **FREE Trump U Workshop**. Secure your reservation—for you and a guest—to attend the upcoming workshop in your area. Call 1-888-878-6709 or log onto www.TrumpULive.com.

My hand-picked instructors and mentors will show you how to use real estate strategies to:

- Supplement or even replace your income
- Secure your long term financial future
- Find targeted leads in your neighborhood
- Negotiate win-win deals
- Work less and achieve your dreams
- Start profiting today!

*Now* is the time to create your financial legacy. *You can do it*, even if you only have five or ten hours a week to spare. With our simple instructions and practice exercises—and ongoing support from your own Team Of Trump Experts—you'll have what you need to succeed!

**You don't want to ask yourself—10 years from now—why you didn't invest in the historic buyer's market of 2009!**

Learn more about **BUILDING WEALTH and CREATING FINANCIAL FREEDOM NOW** at a **FREE Trump U Workshop**. Secure your reservation—for you and a guest—to attend the upcoming workshop in your area. Call 1-888-878-6709 or log onto www.TrumpULive.com.

*Donald J. Trump*

Donald J. Trump

P.S. The first 100 attendees will receive **a FREE copy of my blockbuster CD**, *Secrets of Real Estate Marketing* ... **a $129 value!**

CONFIDENTIAL  - ATTORNEY CLIENT PRIVILEGE

# EXHIBIT 20
# [Filed Under Seal]

Exhibit 20
- 372 -



CONFIDENTIAL



CONFIDENTIAL



TU 59112

Exhibit 20
- 375 -



TU 59113

Exhibit 20
- 376 -





TU 59115

Exhibit 20
- 378 -

# There Are Only Two Paths to Wealth Creation...

## Work Harder *or* Work Smarter

- Put in More Hours
- Save More Money
- Maximize 401(k)
- Delay Retirement

- Get an Advanced Degree
- Start a Business
- Invest in the Stock Market



TRUMP UNIVERSITY

Exhibit 20
- 379 -



TU 59117

Exhibit 20
- 380 -



# Why Is Real Estate Such a Powerful Wealth Creator?



- Everyone understands real estate
- Anyone can invest
- Strategies to meet any need
- Tax advantages
- The power of leverage

TRUMP UNIVERSITY

Exhibit 20
- 382 -

# What Holds You Back?

- Family, friends, news media
- "No Time" excuse
- Fear of change
- Lack of self-confidence
- No training, education or guidance



TRUMP UNIVERSITY

CONFIDENTIAL

Exhibit 20
- 383 -



# The Trump Organization: 75 Years of Success



**Donald Trump begins president of The Trump Organization.**



**Donald Trump stars in the hit reality television show, "The Apprentice."**

**Fred Trump begins work on the Shore Haven complex in Brooklyn.**

**The Organization buys Taj Mahal in Atlantic City.**

1947        1974        1988        2004

1934        1968        1983   2000        2005

**Fred Trump revives the Brooklyn housing business.**



**Trump Tower is completed in Manhattan.**

**Trump University is created to teach adults how to invest in Real Estate**

**Donald Trump joins the family business.**



**2000: The Trump National Golf Course opens.**

TRUMP
UNIVERSITY

Exhibit 20
- 385 -



TU 59123

Exhibit 20
- 386 -



CONFIDENTIAL



CONFIDENTIAL

# Trump University:
# A New Way to Learn



**Mission:**

- To provide working adults with a practical and effective means of achieving financial independence

**Purpose:**

- To deliver the world's best education and training experience



CONFIDENTIAL

TU 59126

Exhibit 20
- 389 -



# What it Means to Your Cash Flow

*Wealth Strategy*

**Payday #1:**        $10,500
(buyer's down payment less your down payment)

**Payday #2:**        $20,064
(difference in monthly payments over 24 months)

**Payday #3 (in 24 months):**        $19,500
(buyer pays off mortgage, you keep difference)

**Net Profit**        **$50,064**
*with zero credit*

TRUMP
UNIVERSITY



TU 59129

Exhibit 20
- 392 -



# The Apprenticeship Program



- **A Proven Investing System:**
  A step-by-step process for profitable investing

- **Specialized Knowledge:**
  Based on the investing experience of Donald J. Trump

- **Ongoing Support:**
  One full year of expert, interactive support



TRUMP
UNIVERSITY

TU 59131

Exhibit 20
- 394 -

# Three Types of Investors. Which Are You?




## Quick Cash

- Generate quick cash
- Invest in little to no money down deals
- Control, but don't own properties

## Passive Income

- Own and control real estate
- Require a High Return on Money
- Build a retirement nest-egg

## Step-Up

- Invest in commercial and multi-unit
- Own the note, not the real estate
- Target a 7-10% return on money

**TRUMP** UNIVERSITY

# Multiple Strategies for Investors

- Owner Financing
- REO
- Pre-Foreclosure
- Short Sale
- Wholesale
- Assignment

- Rehab
- Re-position
- Fix and Flip
- Rent /Rent to Own
- Lease Option
- International

## And Many More!



# Short Sale Pre-Foreclosure

- Get quick cash out of a short sale
- Bank's value Vs. owner's value
- Bank and owner both motivated



Source: www.cnn.com

# Short Sale Pre-Foreclosure Case Study





| Seller's asking price: | $250,000 |
| --- | --- |
| Mortgage owed: | $250,000 |
| Your offer "Short": | $195,000 |
| Current market appraisal: | $225,000 |

**$30,000 instant equity**

Now what's your exit strategy...
Who's on your buyer's list...
Will it Cash Flow...



**TRUMP** UNIVERSITY



TU 59136

Exhibit 20
- 399 -

# How to Find the Deal: Foreclosure DealSource

*Wealth Strategy*



- Over 2 million listings nationwide!
- Pre-foreclosures, foreclosures, FSBOs, bankruptcies, tax liens, and sheriff sales

Source: Trump DealSource Software

CONFIDENTIAL

# Assignment of Contract

*Wealth Strategy*

- Get quick cash out of a short sale
- Never take ownership
- Hinges on two contractual points:
  - "And/or Assigns"
  - "Subject To..."

**TRUMP**
UNIVERSITY

Exhibit 20
- 401 -



Exhibit 20
- 402 -



TU 59140

Exhibit 20
- 403 -



# Lease Option Case Study

*Wealth Strategy*

**Purchase Strategy:**

| House appraised at: | $310,000 |
| Seller's asking price: | $300,000 |
| Your offer: | $280,000 |

**Exit Strategy:**

| Monthly lease: | $2,500 |
| Monthly payment: | $2,000 |
| Monthly cash flow: | $500 |

**Net Profit (2 years):** $42,000

TRUMP UNIVERSITY

# How to Fund the Deal: Creative Financing

## Hard Money Lenders

### Equity Funding                    HELOC

### Commercial Banks

### Self-Directed IRA

### 401(k)                    Brokerage Accounts

### Private Money Investors



Exhibit 20
- 405 -

# Hard Money

*Wealth Strategy*

- Personal credit less important
- Determined by home value, not personal income
- Short term loan, quick close
- Interest rates typically 12-18% per year

**TRUMP UNIVERSITY**

Exhibit 20
- 406 -



TU 59144

Exhibit 20
- 407 -



Exhibit 20
- 408 -

# Hard Money Rehab
## Case Study

*Wealth Strategy*



| | |
|---|---|
| Building appraised at: | $175,000 |
| Your purchase price: | $59,900 |
| Rehab costs: | $53,000 |
| Closing costs: | $3,387 |
| 3 month loan: | $4,234 |
| Total expenses: | $120,521 |
| Sale price: | $177,000 |
| **Net Profit (73 days):** | **$56,479** |

TRUMP UNIVERSITY

CONFIDENTIAL

# How to Profit from a Deal: Build a Buyer/Tenant List

*Wealth Strategy*

**Buyers List Questionnaire**

We have several properties available. In order for us to match you up with the best homes we have, we need to ask you some generic questions.

How did you hear about us?_____ (Advertising your using)

Date:_____
Name:_____
#Adults_____ #Children_____ Pets_____
Phone#_____ Best time to call_____

Preferred area:_____ Secondary areas

How soon are you ready to move in to a home?_____
How many bedrooms_____ Bathrooms_____
Type of home_____
Garage_____

What home features are you looking for?_____
What is the most you want to pay per month?_____

What is the most you want to pay as a down-payment?_____
Do you have the money now_____ If not, when_____

**Addresses given:**
Date:_____ Property address:_____
Status:_____
Date:_____ Property address:_____
Status:_____

- Turn property faster
- Know what your buyers want, before you buy
- Create instant tenants for lease option
- Identify buyers *before* you close



TRUMP
UNIVERSITY

Exhibit 20
- 410 -



# Multi-Family Buy and Hold Case Study

*Wealth Strategy*

| Seller's asking price: | $295,000 |
| Your offer: | $275,000 |
| Cash investment (35%): | $96,250 |
| Monthly payment:<br>$178,750 financed for 30 years @ 6% | $1,072 |
| Tax, interest, mgmt. fee | $500 |
| Monthly rent collected: | $3,600 |
| **Monthly Cash Flow:** | **$2,028** |

TRUMP UNIVERSITY



# Multi-Family Buy and Hold
# Wealth Created Over 30 Years

*Wealth Strategy*

Total rent collected:                           $730,080

(be conservative and assume no increase*)

Property appreciation:                       $496,868

(be conservative and assume 3.5%**)

Total Wealth Created            $1,226,948

TRUMP UNIVERSITY

Exhibit 20
- 412 -



CONFIDENTIAL



CONFIDENTIAL



# Distressed Properties Are Everywhere

## [city] is HOT



Pre-Foreclosures:  30,966

Sheriff Sales:  3,597

Foreclosures:  15,460

FSBOs:  110

Source: Trump DealSource Software



TU 59154

Exhibit 20
- 417 -



# Three Day Live Training



- Learn Trump's step-by-step system for profiting in real estate
- Work with a personal mentor
- Locate great deals
- Negotiate with owners (live phone calls)
- Learn creative financing techniques
- Formulate exit strategies



Exhibit 20
- 419 -



Exhibit 20
- 420 -

# The Apprenticeship Program:
## One Year Tuition

- Attend 3 Days of Live Training
- Bring One Partner to Training
- Re-attend Training for 12 Months
- Receive 12 Months of Comprehensive Support

## One Year of Tuition, only $1,995



Exhibit 20
- 421 -

# People Enroll to Change Their Lives



- Generate Additional Income
- Create More Wealth
- Work Less
- Secure Retirement
- Build a Legacy
- Take Care of Loved Ones

TRUMP UNIVERSITY



# Make 2010 a Breakthrough Year

- Family, friends, news media
- "No Time" excuse
- Fear of change
- Lack of self-confidence
- No training, education or guidance



TRUMP UNIVERSITY

# 5 Key Things Most People Do Not Have for 2010

1. A **power team** *WE DO !*

2. A **new plan** for the 2010 market *WE DO !*

3. The ability to find **great deals** and **buyers** *WE DO !*

4. The knowledge of how to make 10%-30% ROI *WE DO !*

5. Donald J. Trump *WE DO!*



Exhibit 20
- 425 -







CONFIDENTIAL



TU 59166

Exhibit 20
- 429 -



Exhibit 20
– 430 –