# EXHIBIT 24
# [Filed Under Seal]

Exhibit 24
- 597 -

## *Makaeff v. Trump University*, No. 10-cv-0940 (S.D. Cal.)
### TRUMP UNIVERSITY, LLC & DONALD J. TRUMP

#### ADVERTISEMENT MISREPRESENTATIONS & OMISSION CHART[1]

| ADVERTISEMENT | BATES NO. | DONALD TRUMP ACTIVELY INVOLVED IN TRUMP UNIVERSITY | DONALD TRUMP "HANDPICKED" THE EXPERT FACULTY OF TRUMP UNIVERSITY | DONALD TRUMP'S PROVEN FORMULA AND REAL ESTATE SECRETS |
|---|---|---|---|---|
| Letter from Donald Trump to consumers along with Special Invitation<br><br>(TU 25206-09 attached) | TU 25206-09;<br>TU 25214-17;<br>TU 25223-26;<br>TU 25228-29;<br>TU 25231-32;<br>TU 25238-39;<br>TU 25243-44;<br>TU 2524548;<br>TU 25253-56;<br>TU 25257-58;<br>TU 25259-60;<br>TU 25265-66;<br>TU 25270-71;<br>TU 25274-75<br>TU 25281-82;<br>TU 25283-86;<br>TU 25295-98;<br>TU 25300-01;<br>TU 25302-03;<br>TU 25304-07;<br>TU 25308-09;<br>TU 25324-27;<br>TU 25328-29; | *Letter signed by Donald Trump* | "*my hand-picked instructors* will share *my techniques*, which took my entire career to develop. Then, just copy exactly what I've done and get rich"<br><br>"takeaways from my top-tier instructors, *trained in my every investment strategy*" | "*my hand-picked instructors* will share *my techniques*, which took my entire career to develop. Then, just copy exactly what I've done and get rich" |

---

[1]       This chart only includes Defendants' advertisements in the United States for the "Live Events."  Entries citing multiple documents have one example submitted as an Exhibit ("Ex.__") to the Declaration of Rachel L. Jensen in Support of Plaintiffs' Reply Motion for Class Certification, Appointment of Class Representatives and Appointment of Class Counsel ("Jensen Decl."), filed concurrently herewith.  All documents not submitted as an exhibit to the Jensen Declaration will be provided to the Court upon request.

810503_1

Exhibit 24
- 598 -

## *Makaeff v. Trump University*, No. 10-cv-0940 (S.D. Cal.)
### TRUMP UNIVERSITY, LLC & DONALD J. TRUMP

| ADVERTISEMENT | BATES NO. | DONALD TRUMP ACTIVELY INVOLVED IN TRUMP UNIVERSITY | DONALD TRUMP "HANDPICKED" THE EXPERT FACULTY OF TRUMP UNIVERSITY | DONALD TRUMP'S PROVEN FORMULA AND REAL ESTATE SECRETS |
|---|---|---|---|---|
| | TU 25332-33; TU 25339-40. | | | |
| Letter from Donald Trump to consumers along with Special Invitation<br><br>(TU 25234-37 attached) | TU 25234-37; TU 25261-64; TU 25310-11; TU 25313-16; TU 25318-21; TU 25343-44; TU 25358; TU 25366-67; | *Letter signed by Donald Trump* | "*My hand-picked instructor*s and mentors will show you how to use real estate strategies to…."<br><br>"With our simple instructions and practice exercises –and ongoing support from your own *Team Of Trump Experts* –you'll have what you need to succeed!" | "You've seen real estate courses offered by so-called experts. But no course offers the same depth of insight, experience, and support as the *one bearing my name, the one from Trump U.*" |
| Letter from Donald Trump to consumers along with Special Invitation<br><br>(TU 25238 attached) | TU 25348; TU 25354; TU 25360-61. | *Letter signed by Donald Trump* | "*My hand-picked instructors and mentors* will show you how to sue real estate strategies to…."<br><br>"With our simple instructions and practice exercises –and ongoing support from your own *Team Of Trump Experts* –you'll have what you need to succeed!" | "You've seen real estate courses offered by so-called experts. But no course offers the same depth of insight, experience, and support as *the one bearing my name*, the one from Trump Training Workshops." |
| Letter from Donald Trump to consumers along with Special Invitation<br><br>(TU 25218-19 attached) | TU 25218-19; TU 25221-22; TU 25240-41; TU 25251-52; TU 25268-69; TU 25277-78; TU 25322-23; TU 25230-31; TU 25335-36; | *Letter signed by Donald Trump* | "One of *my world-class instructors* from Trump University will be in your area and will teach you the specifics on how to profit from today's real estate market." | "There is no question in my mind *I can turn you into a successful real estate investor*. I've done it many times and I'll continue to do it for as long as there are interested people like you…." |

810503_1

Exhibit 24<br>- 599 -

*Makaeff v. Trump University*, No. 10-cv-0940 (S.D. Cal.)
TRUMP UNIVERSITY, LLC & DONALD J. TRUMP

| ADVERTISEMENT | BATES NO. | DONALD TRUMP ACTIVELY INVOLVED IN TRUMP UNIVERSITY | DONALD TRUMP "HANDPICKED" THE EXPERT FACULTY OF TRUMP UNIVERSITY | DONALD TRUMP'S PROVEN FORMULA AND REAL ESTATE SECRETS |
|---|---|---|---|---|
| | TU 25345. | | | |
| Advertisement<br><br>(TU 25554-57 attached) | TU 25521-23 (Alaska); TU 25524 - 26 (Texas); TU 25529 -31 (Texas); TU 25527-28 (Georgia); TU 25535-41 (Maryland); TU 25542-50 (Massachusetts);  TU 25551–53 (Illinois); TU 25554-57 (California); TU 25560–65 (Connecticut); TU 25566-69 (Texas); TU 25570-74 (Washington, DC); TU 25575–76 (Colorado); TU 2557 –78 (Iowa); TU 25580–83 (Michigan); TU 25584–88 (Hawaii); TU 25589–91 (Texas);  TU 25594–97 (Missouri/Kansas); TU 25598–601 (Kentucky); TU 25602–10 (California); TU 25611–14 (Louisiana); TU 25615–18 (Florida); TU 25619–22 (New Jersey); TU 25623-26 (New York); TU 25630–35 | "And now *he's ready to share*-with Americans like you-the ***Trump Process*** for investing in today's once-in-a-lifetime real estate market" | "Learn from ***Donald Trump's handpicked expert***s"<br><br>"learn from ***Donald Trump's handpicked instructors*** a systematic method" | "*I can turn anyone into a successful real estate investor, including you.*" |

810503_1

Exhibit 24
- 600 -

## *Makaeff v. Trump University*, No. 10-cv-0940 (S.D. Cal.)
## TRUMP UNIVERSITY, LLC & DONALD J. TRUMP

| ADVERTISEMENT | BATES NO. | DONALD TRUMP ACTIVELY INVOLVED IN TRUMP UNIVERSITY | DONALD TRUMP "HANDPICKED" THE EXPERT FACULTY OF TRUMP UNIVERSITY | DONALD TRUMP'S PROVEN FORMULA AND REAL ESTATE SECRETS |
|---|---|---|---|---|
| | (New York/New Jersey); TU 25636–40 (Nebraska); TU 25641 (Orange County Register); TU 25646–51 (Illinois); TU 25652–54 (Pennsylvania/ New Jersey); TU 25655–56 (Arizona); TU 25657–58 (Nevada); TU 25659–61 (Virginia); TU 25662-64 (Texas); TU 25665–77 (California); TU 25678-79 (Puerto Rico);  TU 25680 – 81(California); TU 25683-90 (Washington, Idaho); TU 25691–99 (Florida); TU 25702-05 (Oklahoma); TU 25706–07 (Nevada); TU 25708-10 (Florida);  TU 62063-64 (Texas); TU 62091 (Texas); | | | |
| Advertisement | TU 25532 – 34 (California) | "***Learn from the Master***." | "Let ***Trump's Experts*** teach you the master strategies from one of the world's most successful, and most admired, real estate investors." | Donald Trump's "***master strategies***" "***I can turn anyone into a successful real estate investor,*** |

- 4 -

Exhibit 24
- 601 -

## *Makaeff v. Trump University*, No. 10-cv-0940 (S.D. Cal.)
### TRUMP UNIVERSITY, LLC & DONALD J. TRUMP

| ADVERTISEMENT | BATES NO. | DONALD TRUMP ACTIVELY INVOLVED IN TRUMP UNIVERSITY | DONALD TRUMP "HANDPICKED" THE EXPERT FACULTY OF TRUMP UNIVERSITY | DONALD TRUMP'S PROVEN FORMULA AND REAL ESTATE SECRETS |
|---|---|---|---|---|
| | | | | *including you.*" |
| Advertisement<br><br>(25642 attached) | TU 25558 – 59 (Texas); TU 25579 (Texas); TU 25592-93 (Florida); TU 25628 (New York); TU 25269 (New York); TU 25642 (California); TU 25643-45 (Alabama, Florida); TU 25682 (California); TU 62061–62 (Texas); TU 62092 (Texas); TU 102422-26 (New York, New Jersey). | "*Learn from the Master.*" | "Let *Trump's Experts* teach you the master strategies from one of the world's most successful, and most admired, real estate investors." | Donald Trump's "*master strategies*"<br><br>"*I can turn anyone into a successful real estate investor.*" |
| Advertisement | TU 25627 (New York) | *I can turn anyone into a successful investor.*" | "Let *Trump's Experts* teach YOU the strategies of the world's most successful investor." | "*I can turn anyone into a successful investor.*"<br><br>Trump's "master strategies" |
| Letter from Donald Trump to consumers along with Special Invitation<br><br>February 16-18, 2009<br><br>January 18-21, 2009<br><br>April 6-9, 2009 | TU 62065 - 69; TU 62070 - 74; TU 62075 - 78 | *Letter from Donald Trump* "They've got bailouts and rescue packages, but who's helping you? *I will*. There is no question in my mind *I can turn you into a successful real* | "*One of my world-class instructors* from Trump University will be in your area…." | "Please accept *my invitation* – for you and a guest – to a powerful wealth-building workshop that will demonstrate specific, proven and profitable strategies…."<br><br>"They've got bailouts and rescue packages, but who's helping you? *I will*.  There is no question in my mind *I can turn you into a successful real* |

Exhibit 24<br>- 602 -

*Makaeff v. Trump University*, No. 10-cv-0940 (S.D. Cal.)
TRUMP UNIVERSITY, LLC & DONALD J. TRUMP

| ADVERTISEMENT | BATES NO. | DONALD TRUMP ACTIVELY INVOLVED IN TRUMP UNIVERSITY | DONALD TRUMP "HANDPICKED" THE EXPERT FACULTY OF TRUMP UNIVERSITY | DONALD TRUMP'S PROVEN FORMULA AND REAL ESTATE SECRETS |
|---|---|---|---|---|
| | | *estate investor*. I have done it many times and I'll continue to do for as long as there are interested people like you…." | | *estate investor*. I have done it many times and I'll continue to do for as long as there are interested people like you…." |
| Letter from Donald Trump to consumers along with Special Invitation<br><br>September 15-18, 2008 | TU 62079 - 82 | *Letter from Donald Trump* "*I am personally inviting you* and a guest to a powerful wealth-building event…." | "One of *my world class instructors*" "I am sending one of *my world-class instructors* from Trump University to your area…." | "learn how to create wealth the '*Trump Way*' and I encourage you to attend"<br><br>"And, *when I send out invitations*, people attend because they know that my invitation means one thing – there is money to be made." |
| Letter from Donald Trump to consumers along with Special Invitation<br><br>March 23-25, 2009 | TU 62087 - 90 | *Letter from Donald Trump* "They've got bailouts and rescue packages, but who's helping you? *I will*. There is no question in my mind *I can* | "*One of my world-class instructors* from Trump University will be in your area…." | "Please accept *my invitation* – for you and a guest – to a powerful wealth-building workshop that will demonstrate specific, proven and profitable strategies…." |

- 6 -

Exhibit 24
- 603 -

## *Makaeff v. Trump University*, No. 10-cv-0940 (S.D. Cal.)
## TRUMP UNIVERSITY, LLC & DONALD J. TRUMP

| ADVERTISEMENT | BATES NO. | DONALD TRUMP ACTIVELY INVOLVED IN TRUMP UNIVERSITY | DONALD TRUMP "HANDPICKED" THE EXPERT FACULTY OF TRUMP UNIVERSITY | DONALD TRUMP'S PROVEN FORMULA AND REAL ESTATE SECRETS |
|---|---|---|---|---|
| | | ***turn you into a successful real estate investor.*** I have done it many times and I'll continue to do for as long as there are interested people like you…." | | |
| Advertisement (Texas) December 15, 2009 | TU 62093 | "Nobody on this planet can ***teach you how to make money better than I can.***" | "***My expert trainers*** are coming right to your area" | "Nobody on this planet can ***teach you how to make money better than I can.***" |
| Advertisement (Texas) December 2, 2009 | TU 62094 | "***Succeed with Trump.***" | "Learn the ***Secrets from Trump's Foremost Success Expert.***" | ***Donald Trump's "Secrets"*** |
| Advertisement (Texas) July 2, 2009 | TU 62096 | "Learn ***my proven, specialized Trump process*** for real estate investing." | "***My handpicked expert*** will show you" | "Learn ***my proven, specialized Trump process*** for real estate investing." |
| Advertisement (Texas) July 9, 2009 | TU 62098 | "***proven Trump process***" | "In a dynamic presentation, your instructor – ***handpicked by Donald Trump***" | "Learn the ***Trump Way to Profit***" "will explain the ***proven Trump*** |

810503_1

Exhibit 24
- 604 -

## *Makaeff v. Trump University*, No. 10-cv-0940 (S.D. Cal.)
## TRUMP UNIVERSITY, LLC & DONALD J. TRUMP

| ADVERTISEMENT | BATES NO. | DONALD TRUMP ACTIVELY INVOLVED IN TRUMP UNIVERSITY | DONALD TRUMP "HANDPICKED" THE EXPERT FACULTY OF TRUMP UNIVERSITY | DONALD TRUMP'S PROVEN FORMULA AND REAL ESTATE SECRETS |
|---|---|---|---|---|
| | | | | *process* for buying and selling distressed properties for profit" |
| Advertisement (website) | TU 69468-69, TU 69482 | *I can turn anyone into a successful real estate investor* | TU 69468 "Learn from *Trump's Hand-Picked Expert Real Estate Investors*." TU 69482 "*Donald Trump and his hand-picked experts* have the tools" Trump's experts | TU 69468 "*I can turn anyone into a successful real estate investor*." TU 69482 "Take a page from *Trump's playbook* |
| Advertisement (New York) | TU 102414-15 | "Be *Donald Trump's guest* at a FREE investor workshop…." | "*A billionaire [DJT] is offering you 90 minutes of free advice*." "You'll learn from *Donald Trump's handpicked instructor.*" | "*I can turn anyone into a successful real estate investor, including you*." |
| Advertisement (Florida) | TU 102430-31 | TU 102430 "Are YOU my next APPRENTICE? *Come prove it to me*!" | "*My team*" "*My strategies*" "*My apprentice workshop*" | "That's why *my Apprenticeship Workshop* shows ambitious adults how to become successful real estate moguls." |
| Advertisement, letter from Donald Trump | TU-PLTF00142 - 43 | *Letter from Donald Trump* "Now *I want to teach you* how to make money in real estate." "*I only work with people who are committed to succeed*" | TU-PLTF00142 "*My team* at Trump University is filled with *real estate experts…proven winners. We're the best of the best* and we know what works." | "Now *I want to teach you* how to make money in real estate." |

- 8 -

810503_1

Exhibit 24
- 605 -

*Makaeff v. Trump University*, No. 10-cv-0940 (S.D. Cal.)
TRUMP UNIVERSITY, LLC & DONALD J. TRUMP

| ADVERTISEMENT | BATES NO. | DONALD TRUMP ACTIVELY INVOLVED IN TRUMP UNIVERSITY | DONALD TRUMP "HANDPICKED" THE EXPERT FACULTY OF TRUMP UNIVERSITY | DONALD TRUMP'S PROVEN FORMULA AND REAL ESTATE SECRETS |
|---|---|---|---|---|
| | | "*Prove it to me*" | | |

- 9 -

810503_1

Exhibit 24
– 606 –



**TRUMP**

*From Donald J. Trump*

*Special Invitation*

*Build Your Future In Real Estate*

# Event Locations, Dates, and Times

*Registration is 30 minutes prior to start of classes. Classes begin promptly at the scheduled time.*

| Monday, October 26, 2009 | Tuesday, October 27, 2009 | Wednesday, October 28, 2009 | Thursday, October 29, 2009 |
|---|---|---|---|
| 1:00 PM and 7:00 PM | 1:00 PM and 7:00 PM | 1:00 PM and 7:00 PM | 1:00 PM and 7:00 PM |
| **Norwalk Marriott** | **Hyatt Regency Orange County** | **Newport Beach Marriott Hotel and Spa** | **St. Regis Monarch Beach** |
| 1311 Sycamore Drive | 11999 Harbor Boulevard | 900 Newport Center Drive | One Monarch Beach Resort |
| Norwalk, CA | Garden Grove, CA | Newport Beach, CA | Dana Point, CA |

Call or go online to accept your **complimentary** invitation.
Seating is limited. To guarantee a place **call or log on today**!

## 888-878-6709 • TrumpULive.com

TU 25206

Exhibit 24
- 607 -

Dear Friend:

You may never have another opportunity this big or this life-changing as long as you live. In fact, this may be the single best moment to get into real estate investing. *Ever.*

But before you jump in, I want to give you the benefit of my experience – to show you what to do and *not do* in this fast-changing market, and how to use it to turbo charge your earning power.

As I write, three key factors are converging to create *the* optimum environment for getting seriously rich in real estate – *IF* you jump in before everyone else figures it out:

1. **U.S. housing prices have sunk at the fastest rate in 2 decades** – people are desperate to sell and they're slashing prices so you can buy on the cheap.
2. **Housing inventories are at a 24-year high** – the market's flooded and even great property can't move fast enough.
3. **Interest rates haven't been this low in over 40 years** – which means you can fund your investments for considerably less.

All this adds up to the **best prices** and **lowest carrying costs** on **your pick of high quality real estate**.

It doesn't get any better than this. But I would advise that, before you try to profit in real estate on your own, you get a plan, have an airtight strategy and learn from the best.

Come to my **free** class. In just 90 minutes, my hand-picked instructors will share my techniques, which took my entire career to develop. Then, just copy exactly what I've done and get rich.

The free class will give you 7 takeaways from my top-tier instructors, trained in my every investment strategy. You can actually start using your new-found knowledge right away to profit.

For example, you'll learn how you can:
•  Build wealth faster and easier with real estate investing than via any other means.
•  Profit from today's real estate market with little or no money.
•  Make money while actually saving others from financial ruin.

Look, you've already got a pair of tickets in hand to a free class right in your area. You just need to reserve your spot. Typically, seats get snapped up within 1-2 days, so pick up the phone and call **1-888-TRUMP-09** (1-888-878-6709) or RSVP at **www.TrumpULive.com**.

Remember, you can still make a killing in real estate. I hope we'll see you in your free class so you learn to do it right.

Sincerely,

Donald Trump

REGISTER NOW – Call Toll-Free: 1-888-TRUMP-09 (1-888-878-6709)
Or register online at www.TrumpULive.com

**PS-**Attendees receive a FREE *Secrets of Real Estate Marketing* CD-Rom—a $129 value—plus a bonus class on probate investing.



ADMIT ONE
GUEST

ADMIT ONE
VIP TICKET

ADMIT ONE: VIP TICKET

**FREE WORKSHOP**
Bring and present this complimentary
ticket to the training class.

CALL **888-878-6709**
To reserve your
seat and confirm
your reservation



# TRUMP



ADMIT ONE: GUEST

**FREE WORKSHOP**
Bring and present this complimentary
ticket to the training class.

CALL **888-878-6709**
To reserve your
seat and confirm
your reservation

# TRUMP





0  8123123 0 0123124  5



0  8123123 0 0123123  4

TU 25208

Exhibit 24
- 609 -

# TRUMP

**Norwalk Marriott**
1311 Sycamore Drive • Norwalk, CA • Monday, October 26, 2009 • 1:00 PM and 7:00 PM

**Hyatt Regency Orange County**
11999 Harbor Boulevard • Garden Grove, CA • Tuesday, October 27, 2009 • 1:00 PM and 7:00 PM

**Newport Beach Marriott Hotel and Spa**
900 Newport Center Drive • Newport Beach, CA • Wednesday, October 28, 2009 • 1:00 PM and 7:00 PM

**St. Regis Monarch Beach**
One Monarch Beach Resort • Dana Point, CA • Thursday, October 29, 2009 • 1:00 PM and 7:00 PM

# TRUMP

**Norwalk Marriott**
1311 Sycamore Drive • Norwalk, CA • Monday, October 26, 2009 • 1:00 PM and 7:00 PM

**Hyatt Regency Orange County**
11999 Harbor Boulevard • Garden Grove, CA • Tuesday, October 27, 2009 • 1:00 PM and 7:00 PM

**Newport Beach Marriott Hotel and Spa**
900 Newport Center Drive • Newport Beach, CA • Wednesday, October 28, 2009 • 1:00 PM and 7:00 PM

**St. Regis Monarch Beach**
One Monarch Beach Resort • Dana Point, CA • Thursday, October 29, 2009 • 1:00 PM and 7:00 PM

TU 25209

Exhibit 24
- 610 -



TRUMP

*From Donald J. Trump*

*Special Invitation*

*Build Your Future In Real Estate*

## Event Locations, Dates, and Times



*Registration is 30 minutes prior to start of classes. Classes begin promptly at the scheduled time.*

| Monday, November 9, 2009 | Tuesday, November 10, 2009 | Wednesday, November 11, 2009 |
|---|---|---|
| 1:00 PM and 7:00 PM | 1:00 PM and 7:00 PM | 1:00 PM and 7:00 PM |
| **Red Lion Hotel Redding** | **Holiday Inn Chico** | **Holiday Inn Redding** |
| 1830 Hilltop Drive | 685 Manzanita Court | 1900 Hilltop Drive |
| Redding, CA | Chico, CA | Redding, CA |

Call or go online to accept your **complimentary** invitation.
Seating is limited. To guarantee a place **call or log on today**!

888-878-6709 • TrumpULive.com

TU 25234

Exhibit 24
- 611 -

Dear Friend,

What would your life be like *now* if you had invested in real estate during the buyer's market of the 1990s?

Smart people who *did* buy investment properties then, now enjoy a life that most only dream about ... monthly positive cash flow ... passive income ... the freedom to work less or even quit their jobs forever. **Many of those investors are now multimillionaires.**

But you don't have to wonder, what if ... because right now, you have the opportunity *to build your wealth*. You can profit from the largest buyer's market in history. **Many new millionaires will emerge on the other side of this crisis.** I'm advising people to buy—but not blindly.

That's why I'm sharing my proprietary "Blueprint For Real Estate Success" ... knowledge that can **empower *you* to be the one who wins in this downturn.** You've seen other real estate courses offered by so-called experts. But no course offers the same depth of insight, experience, and support as the one bearing my name, the one from Trump U.

Learn more about **building wealth and creating financial freedom now** at a **FREE Trump U Workshop.** Secure your reservation—for you and a guest—to attend the upcoming workshop in your area. Call 1-888-878-6709 or log onto www.TrumpULive.com.

My hand-picked instructors and mentors will show you how to use real estate strategies to:

- Supplement or even replace your income
- Secure your long term financial future
- Find targeted leads in your neighborhood
- Negotiate win-win deals
- Work less and achieve your dreams
- Start profiting today!

*Now* is the time to create your financial legacy. *You can do it*, even if you only have five or ten hours a week to spare. With our simple instructions and practice exercises—and ongoing support from your own Team Of Trump Experts—you'll have what you need to succeed!

**You don't want to ask yourself—10 years from now—why you didn't invest in the historic buyer's market of 2009!**

Learn more about **BUILDING WEALTH and CREATING FINANCIAL FREEDOM NOW** at a **FREE Trump U Workshop.** Secure your reservation—for you and a guest—to attend the upcoming workshop in your area. Call 1-888-878-6709 or log onto www.TrumpULive.com.

Donald J. Trump

P.S. The first 100 attendees will receive **a FREE copy of my blockbuster CD,** *Secrets of Real Estate Marketing* ... **a $129 value!**



ADMIT ONE
GUEST

ADMIT ONE
VIP TICKET

ADMIT ONE: VIP TICKET

**FREE WORKSHOP**
Bring and present this complimentary
ticket to the training class.

CALL **888-878-6709**

To reserve your
seat and confirm
your reservation



TRUMP



ADMIT ONE: GUEST

**FREE WORKSHOP**
Bring and present this complimentary
ticket to the training class.

CALL **888-878-6709**

To reserve your
seat and confirm
your reservation

TRUMP





0  8123123 0 0123124  5

0  8123123 0 0123123  4

TU 25236

Exhibit 24
- 613 -

K.1

# TRUMP

**Red Lion Hotel Redding**
1830 Hilltop Drive • Redding, CA • Monday, November 9, 2009 • 1:00 PM and 7:00 PM

**Holiday Inn Chico**
685 Manzanita Court • Chico, CA • Tuesday, November 10, 2009 • 1:00 PM and 7:00 PM

**Holiday Inn Redding**
1900 Hilltop Drive • Redding, CA • Wednesday, November 11, 2009 • 1:00 PM and 7:00 PM



# TRUMP

**Red Lion Hotel Redding**
1830 Hilltop Drive • Redding, CA • Monday, November 9, 2009 • 1:00 PM and 7:00 PM

**Holiday Inn Chico**
685 Manzanita Court • Chico, CA • Tuesday, November 10, 2009 • 1:00 PM and 7:00 PM

**Holiday Inn Redding**
1900 Hilltop Drive • Redding, CA • Wednesday, November 11, 2009 • 1:00 PM and 7:00 PM

TU 25237

Exhibit 24
- 614 -



TRUMP

*Special Invitation*

*From Donald J. Trump*

# Event Locations, Dates, and Times



Monday, August 17, 2009
1:00 PM and 7:00 PM
**The Coeur d'Alene Resort**
115 South 2nd Street
Coeur d'Alene, ID 83814

Tuesday, August 18, 2009
1:00 PM and 7:00 PM
**Doubletree Hotel Spokane-City Center**
322 North Spokane Falls Court
Spokane, WA 99201

*Registration is 30 minutes prior to start of classes. Classes begin promptly at the scheduled time.*

Call or go online to accept your **complimentary** invitation.
Seating is limited. To guarantee a place **call or log on today**!

888-878-6709 • TrumpULive.com



TU 25238

Exhibit 24
– 615 –

Dear Friend:

You may never have another opportunity this big or this life-changing as long as you live. In fact, this may be the single best moment to get into real estate investing. *Ever.*

But before you jump in, I want to give you the benefit of my experience – to show you what to do and *not do* in this fast-changing market, and how to use it to turbo charge your earning power.

As I write, three key factors are converging to create ***the*** optimum environment for getting seriously rich in real estate – ***IF*** you jump in before everyone else figures it out:

1. **U.S. housing prices have sunk at the fastest rate in 2 decades** – people are desperate to sell and they're slashing prices so you can buy on the cheap.
2. **Housing inventories are at a 24-year high** – the market's flooded and even great property can't move fast enough.
3. **Interest rates haven't been this low in over 40 years** – which means you can fund your investments for considerably less.

All this adds up to the **best prices** and **lowest carrying costs** on **your pick of high quality real estate**.

It doesn't get any better than this. But I would advise that, before you try to profit in real estate on your own, you get a plan, have an airtight strategy and learn from the best.

Come to my **free** class. In just 90 minutes, my hand-picked instructors will share my techniques, which took my entire career to develop. Then, just copy exactly what I've done and get rich.

The free class will give you 7 takeaways from my top-tier instructors, trained in my every investment strategy. You can actually start using your new-found knowledge right away to profit.

For example, you'll learn how you can:
- Build wealth faster and easier with real estate investing than via any other means.
- Profit from today's real estate market with little or no money.
- Make money while actually saving others from financial ruin.

Look, you've already got a pair of tickets in hand to a free class right in your area. You just need to reserve your spot. Typically, seats get snapped up within 1-2 days, so pick up the phone and call **1-888-TRUMP-09** (1-888-878-6709) or RSVP at **www.TrumpUniversityLive.com**.

Remember, you can still make a killing in real estate. I hope we'll see you in your free class so you learn to do it right.

Sincerely,

Donald Trump

REGISTER NOW – Call Toll-Free: 1-888-TRUMP-09 (1-888-878-6709)
Or register online at www.TrumpUniversityLive.com



TRUMP

*From Donald J. Trump*

*Special Invitation*

# Event Locations, Dates, and Times



| Monday, June 15, 2009 | Tuesday, June 16, 2009 | Wednesday, June 17, 2009 |
| --- | --- | --- |
| 1:00 PM and 6:30 PM | 1:00 PM and 6:30 PM | 1:00 PM and 6:30 PM |
| **The Saratoga Hilton** | **GE Theatre at Proctors** | **Albany Marriott** |
| 534 Broadway | 432 State Street | 189 Wolf Road |
| Saratoga Springs, NY 12866 | Schenectady, NY 12305 | Albany, NY 12205 |

*Registration is 30 minutes prior to start of classes. Classes begin promptly at the scheduled time.*

Call or go online to accept your **complimentary** invitation.
Seating is limited. To guarantee a place **call or log on today**!

888-878-6709 • TrumpULive.com



Dear Friend,

How would you like to market-proof your financial future?

An extraordinary window of opportunity—that could very well improve your financial future—is now open for business. But history tells us it will not stay open forever! What am I referring to? **The largest real estate liquidation in history.** Banks are selling foreclosed properties for pennies on the dollar…home prices are dropping through the floor…interest rates are historically low…and there are record high inventories.

When the real estate bubble was building, I told people not to buy—but many did not listen—and unfortunately they are now paying the price. In today's market, I'm telling people to buy, buy, buy—I'd like to make sure you're one of them!

> Please accept my invitation—for you and a guest—to a powerful wealth-building workshop that will demonstrate specific, proven and profitable strategies that you can use right away to score big profits within these current market conditions.

Today's so-called economic meltdown and credit crunch have politicians, traders and bankers scrambling for answers. They've got bailouts and rescue packages, but **who's helping you**? I will. There is no question in my mind I can turn you into a successful real estate investor. I've done it many times and I'll continue to do it for as long as there are interested people like you who want to **better their life, quit their job and be set for life**!

One of my world-class instructors from Trump University will be in your area and will teach you the specifics on how to profit from today's real estate market. You will learn how to:

✓ Conquer your fear of getting started by following my proven Real Estate System!
✓ Find income producing properties in your area—30-70% below market value!
✓ Fund your investments without using your own money!

I have enclosed two complimentary VIP tickets to give you and a guest the chance to learn how to create wealth the Trump Way. I encourage you to attend and to act quickly as seating is limited. To confirm your reservation you must call 1-888-878-6709 or log onto www.TrumpULive.com.

*Donald J. Trump*

Donald J. Trump

P.S. As a special bonus, I am giving every attendee a FREE copy of my blockbuster Catch the Wave CD—a $50 value!

TU 25219

Exhibit 24
- 618 -





**Register Now for Our New November 2009 Workshop!**

# The time to invest in California real estate is *NOW!*

Learn from Donald Trump's handpicked experts how you can profit from the largest real estate liquidation in history. Attend our **FREE investor workshop!**

He's the most celebrated entrepreneur on earth. He's earned more in a day than most people do in a lifetime. He's living a life many men and women only dream about. And now he's ready to share—with Americans like you—the Trump process for investing in today's once-in-a-lifetime real estate market.

Come to this **FREE introductory class** and you'll learn from Donald Trump's handpicked instructors a systematic method for investing in real estate that anyone can use effectively. You'll learn foreclosure investing from the inside out. You'll learn how to finance your deals using other people's money. You'll learn how to overcome your fear of getting started.

**" I can turn anyone into a successful real estate investor, including you. "**
**– Donald Trump**

Today's financial crisis and credit crunch has politicians and bankers scrambling for answers. They've got bailouts and rescue packages **but who's helping you?** We'll help you by teaching you how to **profit from the billion dollar bailouts** that have opened the door for unprecedented investment opportunities.

With home prices dropping through the floor, historically low interest rates, and record high inventories, **2009 is the "perfect storm" for real estate investors** of every income and experience level. But you need to approach this with the kind of proven expertise contained in Donald Trump's powerful techniques and strategies.

## Cash in on the Greatest Property Liquidation in History!
### *Discover how to …*

✓ Buy real estate from banks—at up to 70% below market value!

✓ Finance your deals creatively in today's tight credit market!

✓ Buy the right properties at the right time—and know when to sell!

✓ Secure your retirement by generating passive income!

✓ Invest in real estate through your IRA—tax free!

✓ Find pre-foreclosures in your area!

**"Within nine months, I bought a home for $214,000 and sold it for $420,000, a $200,000 profit."***

**—David T.**
**Union City, California**
*Personal Results. Results not typical



Attendees receive a **FREE** *Secrets of Real Estate Marketing* CD-Rom—a $129 value— plus a bonus class on probate investing!

**3 DAYS ONLY!** | **Act Now! Space is limited, reserve your seat today at TrumpUniversityCA.com or call 888-TRUMP-14 (888-878-6714).**

| **MONDAY** | **TUESDAY** | **WEDNESDAY** | |
| --- | --- | --- | --- |
| November 9th | November 10th | November 11th |  |
| 1:00 PM & 7:00 PM | 1:00 PM & 7:00 PM | 1:00 PM & 7:00 PM | |
| **Red Lion Hotel Redding** | **Holiday Inn Chico** | **Holiday Inn Redding** | **TRUMP** |
| 1830 Hilltop Drive Redding, CA | 685 Manzanita Court Chico, CA | 1900 Hilltop Drive Redding, CA | U N I V E R S I T Y |

Registration begins 30 minutes prior to start of classes. Classes begin promptly at the scheduled time. Donald Trump will not appear at the event.

TU 25554

Exhibit 24
- 619 -



# Learn from the **Master.**

**Let Trump Experts teach you the master strategies from one of the world's most successful, and most admired, real estate investors**

## Attend a FREE Trump Real Estate Workshop and Learn How to:

- Buy Bank-Owned Properties at deep discounts.
- Invest for long-term gains, positive cash flows, and passive income.
- Generate quick cash with buy-and-flip deals.
- Get creative financing to invest without risk.
- Locate buyers and investors to create recession-proof income.
- Analyze deals, make offers, and negotiate like a professional.
- Identify profitable investments right in YOUR neighborhood.



"I can turn *anyone* into a successful real estate investor."

*— Donald J. Trump*
Founder,
Trump University



**FREE GIFT**
**WHEN YOU ATTEND**
*Secrets of Real Estate Marketing*
Yours FREE on CD!

**Prices in California will never be this low again!**

**Last chance this year in the Palm Springs area!**
**Make a change for next year today!**
Space is limited, reserve your seat NOW!

**Sunday, November 22nd**
1:00 p.m. and 7:00 p.m.
**Hyatt Regency Suites**
**Palm Springs**
285 North Palm Canyon Drive
Palm Springs, CA

**Monday, November 23rd**
1:00 p.m. and 7:00 p.m.
**Rancho Las Palmas**
**Resort and Spa**
41-000 Bob Hope Drive
Rancho Mirage, CA

**Tuesday, November 24th**
9:00 a.m. and 1:00 p.m.
**Embassy Suites La Quinta –**
**Hotel and Spa**
50-777 Santa Rosa Plaza
La Quinta, CA

Call or Go Online Today to Register:

# 888-TRUMP-14 (888-878-6714)
# TrumpUniversityCA.com



**TRUMP**
UNIVERSITY

TU 25642

Exhibit 24
- 620 -