# EXHIBIT 32
# [Filed Under Seal]

# EXHIBIT 39

[Confidential Pursuant to Protective Order]

Ex. 39 - 5278

Exhibit 32
- 869 -













TU 58604-TU 58687

1

Ex. 39 - 5279

Exhibit 32
- 870 -













TU 58604-TU 58687

2

Exhibit 32
- 871 -










Exhibit 32
- 872 -













TU 58604-TU 58687

4

Ex. 39 - 5282

Exhibit 32
- 873 -











TU 58604-TU 58687

5

Ex. 39 - 5283

Exhibit 32
- 874 -










TU 58604-TU 58687

6










Ex. 39 - 5285

Exhibit 32
- 876 -













TU 58604-TU 58687

8

Ex. 39 - 5286

Exhibit 32
- 877 -

























Exhibit 32
- 879 -


























TU 58604-TU 58687

13

Exhibit 32
- 882 -










TU 58604-TU 58687

14

Ex. 39 - 5292

Exhibit 32
- 883 -































TU 122322-TU 122540

3

Ex. 39 - 5295

Exhibit 32
- 886 -













TU 122322-TU 122540

4

















































Exhibit 32
- 891 -






















TU 122322-TU 122540

10

Ex. 39 - 5302

Exhibit 32
- 893 -













TU 122322-TU 122540

11

Ex. 39 - 5303

Exhibit 32
– 894 –













Exhibit 32
- 895 -










Exhibit 32
- 896 -










TU 122322-TU 122540

14

Ex. 39 - 5306

Exhibit 32
- 897 -













TU 122322-TU 122540

15

Ex. 39 - 5307

Exhibit 32
- 898 -