











TU 122322-TU 122540

16

Exhibit 32
- 899 -













Exhibit 32
- 900 -

























Exhibit 32
- 902 -

















































Exhibit 32
- 906 -













Exhibit 32
- 907 -













TU 122322-TU 122540













TU 122322-TU 122540

26













TU 122322-TU 122540

27

Ex. 39 - 5319

Exhibit 32
- 910 -













TU 122322-TU 122540

28


































TU 122322-TU 122540

31

Ex. 39 - 5323

Exhibit 32
- 914 -













TU 122322-TU 122540

32

Ex. 39 - 5324

Exhibit 32
- 915 -













TU 122322-TU 122540

33

Ex. 39 - 5325

Exhibit 32
- 916 -

























TU 122322-TU 122540

35

Ex. 39 - 5327

Exhibit 32
- 918 -













Exhibit 32
- 919 -




