# EXHIBIT 29
# [Filed Under Seal]

Exhibit 29
- 709 -



# Goal Setting Sheet

| 1. Student Information |
|---|

Student

Name_____

Phone_____
Age: ☐ 18- 24  ☐ 25-34  ☐ 35-44  ☐ 45-54  ☐ 55-64  ☐ 65+

Student's Partner

Name_____

Phone_____
Age: ☐ 18- 24  ☐ 25-34  ☐ 35-44  ☐ 45-54  ☐ 55-64  ☐ 65+

| 2. Financial Goals |
|---|

Short-Term (less than 3 months)_____

_____

_____

Intermediate (3-6 months)_____

_____

_____

Long-Term (1 year or more)_____

_____

_____

| 3. Personal or Investment Property Information |
|---|

A. Primary Residence (Please Circle):
☐ Own/Rent/Lease
   Years you own/rent it: _____
☐ Heloc?: Amount:_____  Owe: _____
   Equity:_____
B. Investment Property (1): _____
☐ Occupancy Status:  Rent/Lease/Vacant
☐ Years you have owned it: _____
☐ Heloc?: Amount:_____  Owe: _____
   Equity:_____
C. Investment Property (2) _____
☐ Occupancy Status:  Rent/Lease/Vacant
☐ Years you have owned it: _____
☐ Heloc?: Amount:_____  Owe: _____
   Equity:_____

☐ Present Market Value_____
☐ Amount of Mortgages & Liens_____
☐ Mortgage Payments_____
☐ Interest Rate_____%

☐ Present Market Value_____
☐ Amount of Mortgages & Liens_____
☐ Mortgage Payments_____
☐ Interest Rate_____%

☐ Present Market Value_____
☐ Amount of Mortgages & Liens_____
☐ Mortgage Payments_____
☐ Interest Rate_____%

CONFIDENTIAL

TU 96855

Exhibit 29
- 710 -

## 4. Asset Information (Do not write Account Numbers)

| | |
|---|---|
| Checking Account | Amount: $_____ |
| Savings Account | Amount: $_____ |
| Money Market account | Amount: $_____ |
| 401K | Amount: $_____ |
| IRA | Amount: $_____ |
| HELOC (Available) | Amount: $_____ |
| Other: | Amount: $_____ |

## 5. Leverage Ability (Do not write Account Numbers)

Credit Card_____     Credit Limit $_____     Owe $_____     Available Credit $_____

Credit Card_____     Credit Limit $_____     Owe $_____     Available Credit $_____

Credit Card_____     Credit Limit $_____     Owe $_____     Available Credit $_____

Credit Card_____     Credit Limit $_____     Owe $_____     Available Credit $_____

Credit Card_____     Credit Limit $_____     Owe $_____     Available Credit $_____

Do you have a (please circle)   Home Depot or Lowes credit card?

## 6. Credit and Asset Information

1. Do you believe your credit is (please circle)   Excellent       Average       Poor

2. Do you know your current credit score?   _____If yes, what is it? _____

3. Have you had a bankruptcy in the last 3 years? _____

4. Have you been employed at the same job or line of work for the past 2 years?_____

5. What is your occupation? _____

6. Are you self-employed and if so for how long? _____

7.  Monthly Net Income $_____ Annual Net Income $_____

CONFIDENTIAL                TU 96856

Exhibit 29
- 711 -

# EXHIBIT 30
# [Filed Under Seal]

Exhibit 30
- 712 -



CONFIDENTIAL



Exhibit 30
- 714 -



# Ground Rules

- No Cell Phone. If it Rings, I Get to Answer

- No Recordings (Video and Audio)

- Since Time is Limited Please Write Down your Questions and I'll Have My Team Answer them Individually



© 2008 Trump U



# Why Are YOU Here Today?



**TRUMP**

© 2008 Trump U

CONFIDENTIAL

TU 59171

Exhibit 30
- 716 -



# We Will Cover Seven Foreclosure Strategies:

1. Help Distressed Homeowners by Investing Ethically
2. Evaluate & Know Your Exit Strategy
3. Understand the Phases of Foreclosure
4. Find Your Foreclosures Investment Opportunities
5. Prepare Your Credit For Investing
6. Financing & Funding Deals
7. Set Your Goals and Get Started!



© 2008 Trump U



# Today We Will Cover

- **Foreclosure Basics**
  - **What is a foreclosure?**
  - **What are the causes of foreclosure?**
  - **Look at the profits in foreclosures**
- **Preview of Our 3 Day Advanced Training**
- **Invite You to Become Trump "FPS"**

### *Foreclosure Property Specialist*

© 2008 Trump U





*Fast track to* **FORECLOSURE INVESTING**

# Trump

## The Trump Building

40 Wall Street, 32nd Floor
New York, NY 10005

Bought for…

## $1 Million Dollars

1.3 Million Sq. Ft.

12 Yrs. Later…

## Estimated @

# *$400 Million!*





**TRUMP**

CONFIDENTIAL

TU 59174

Exhibit 30
- 719 -



*Fast track to*
## FORECLOSURE
### INVESTING

# Donald J. Trump

## Chairman, Owner



- Apprentice
- Miss Universe
- Casinos
- Real Estate
- Education



## TRUMP

© 2008 Trump U

CONFIDENTIAL

TU 59175

Exhibit 30
– 720 –



*Fast track to*
**FORECLOSURE**
**INVESTING**

# Stephen Goff

## Instructor





**TRUMP**

© 2008 Trump U

CONFIDENTIAL

TU 59176

Exhibit 30
- 721 -



# Why Am I Here?

- Trump Called
- Took Action To Be With…
  "Best Of The Best"
- Want To Share Knowledge & Give Back
- Needed New Challenge
- Joined Trump To Leave a *"LEGACY"*
  *Create RE Millionaires!*



© 2008 Trump U





# More than 76% of American millionaires earned their wealth through real estate.*

*Source: By Boaz Gilad and Suzanne Gilad, The Real Estate Millionaire (USA: McGraw-Hill Professional, 2006) XV.

© 2008 Trump U



TRUMP



# Why Real Estate?

- Because it Works
- Power of Leverage
- Use OPM
- Foreclosures make it easier!



**TRUMP**



CONFIDENTIAL



# Leverage

- Real Estate Doubles Every 10.2 Years*
- With Leverage Doubles Every Year Example:
- 1997 … A Property Worth $200,000
- 2007 … Now Worth $400,000
- The reality is even better…

*Source:  By Boaz Gilad and Suzanne Gilad, <u>The Real Estate Millionaire</u> (USA: McGraw-Hill Professional, 2006) XV.

© 2008 Trump U



TRUMP



# Reality

- $200,000 Property Bought with 10% Down ($20,000)
- Rest was OPM
- 10 Years Later… Worth $400,000



© 2008 Trump U

CONFIDENTIAL



# In 10 Years…

- $400,000 Value - $180,000 Loan Equity = $220,000
- $20,000 Grows to $220,000

## 1,000% Return!



© 2008 Trump U

CONFIDENTIAL

TU 59183

Exhibit 30
- 728 -



*Fast track to* **FORECLOSURE INVESTING**

# TRUMP U Success Story

"*Not only did the program teach me a lot, but it was motivational.  I felt confident about what the outcome was going to be.Within nine Months I bought a home for $214,000…*
*and sold it for $420,000 …*
*A $200,000 Profit!*

*-David Trejos,* Union City, CA





**TRUMP**

CONFIDENTIAL



*Fast track to*
**FORECLOSURE**
**INVESTING**

# Strategy #1:
## Help Distressed Homeowners by Investing Ethically



**TRUMP**

© 2008 Trump U

Exhibit 30
- 730 -



# What Is a Foreclosure?

- Fore•clo•sure

- The equitable proceeding in which a bank or other secured creditor sells or repossesses a parcel of real property due to the owners failure to comply with an agreement between the lender and borrower called a mortgage or deed of trust. *The violation of the mortgage is a default in payment of a promissory note, secured by a lien on the property.*



© 2008 Trump U

CONFIDENTIAL



# What Are the Main Causes of Foreclosure?

- Loss of Job
- Bankruptcy
- Business Failure
- Divorce
- Death of an Owner

- Job Transfer
- Illness
- Balloon Payments
- Property Taxes
- #1 Readjusting Mortgages



TRUMP

© 2008 Trump U



# National Mortgage Delinquencies are at a 20 Year High

- Current Nationwide Statistics
  - 2,203,295 Foreclosures in 2007
  - 1,185,308 Auctions
  - 1,551,628 REO's
  - Up 79.21% since the year prior

Source: RealtyTrac Inc: Final quarter of 2007

© 2008 Trump U



CONFIDENTIAL



*Fast track to*
**FORECLOSURE INVESTING**

# What Foreclosures Can Mean for You...

- Purchase Properties 20-50% Below Market Value
- Have Instant Equity
- Buy/Control Cash Flow Positive Properties
- Help Families in Financial Distress Avoid Seven Years of Major Credit Problems



TRUMP

© 2008 Trump U



# How We Can Help

- Save Their Credit Rating
- Help Them Move (Optional)
- Put Them In A "Lease Option" Property

  Never Give Them $$$ Til' They Move!

- Make Deposits (Optional)
- Make Some Rent Payments (Optional)
- Ease the Transition



© 2008 Trump U



# Important Concepts

- Owner Is Going to Lose the Property!
- No Matter What...They Will Lose the Property!
- Our Goal Is to Help...

~ Seller   ~ Bank   ~ Ourselves ~ Buyer
*Win!*        *Win!*         *Win!*         *Win!*

- First Goal – Stop Their Foreclosure!



© 2008 Trump U

CONFIDENTIAL

TU 59191

Exhibit 30
– 736 –



# What We Prevent

- The Foreclosure
- Up To A 250-300 Point Drop in Credit Score
- 10 Years of Hardship and Difficulty
- Higher Insurance and Loan Rates
- Embarrassment/Humiliation/Low Self Esteem



© 2008 Trump U

CONFIDENTIAL



*Fast track to*
**FORECLOSURE INVESTING**

# Trump Wealth Principle

"The world's best wealth-building principle is buy low, sell high and one of the best ways to do that is by investing in *FORECLOSURES!*





**TRUMP**

© 2008 Trump U

CONFIDENTIAL

TU 59193

Exhibit 30
- 738 -



# Strategy #2:
## Evaluate and Know Your Exit Strategy



**TRUMP**

© 2008 Trump U

CONFIDENTIAL



*Fast track to*
# FORECLOSURE
## INVESTING

# Evaluate
# Before You Buy



# TRUMP

© 2008 Trump U

CONFIDENTIAL



# What Is PPSF?

- Price Per Square Foot
- Evaluation Tool
- *Formula:* Price / Sq Footage
  (Heat & A/C Areas Only)
- Example: $200,000 Purchase Price / 2,000 Sq Feet = $100 Per Square Foot



© 2008 Trump U



# Make $$ When You Buy

- Recent Sale, 5 Doors Away = $180,000
  - 1600 sq. ft.
  - $112.50 per sq. ft
- Prospective Property
- Also Asking $180,000
  - 1902 sq. ft. @ $112.50 = $213,975



© 2008 Trump U

CONFIDENTIAL



*Fast track to* **FORECLOSURE INVESTING**

# Make $$ When You Buy

- $172K / 1902 Sq. Ft. = $90.43 Sq. Ft.
- Bought For **$172,000**
- Immediate Equity of $41,975
- Held a Few Short Months…
- Sold for **$269,000**

## *$97,000 Profit!*



TRUMP

© 2008 Trump U

CONFIDENTIAL

TU 59198

Exhibit 30
– 743 –





### Trump's Negotiation Worksheet

Asking Price $_____     Retail value after repair   $_____

Offer Price   $_____     Wholesale value after repair $_____

Difference    $_____

Reason for Difference

Fix up cost          $_____

(buy) Closing Cost   $_____

(sell) Closing Cost  $_____

Marketing Cost       $_____

Monthly Interest     $_____

Taxes                $_____

Maintenance          $_____

HOA                  $_____

MISC Exp             $_____

Total Cost           $_____

Total Profit         $_____

Asking Price         $_____

Total (best Offer)   $_____

# Trump's Negotiation Worksheet



© 2008 Trump U

CONFIDENTIAL



# Golden Rule…

## Minimum

# $15,000 Profit



TRUMP

© 2008 Trump U

CONFIDENTIAL

TU 59200

Exhibit 30
- 745 -



# Creating Cash Flow

- Rent for Monthly Positive Cash Flow
- Offer Lease Or Purchase Option
- Landlord Headaches?
- Only if you Listen to Amateur Investors
- ALWAYS GET RENT ON TIME

*Never Have RE In Your Own Name!*

© 2008 Trump U



CONFIDENTIAL



*Fast track to*
**FORECLOSURE INVESTING**

# Creating Cash Flow

- "This property normally rents for $2,300 per month, however, every time the rent is received by the 1st of the month, you may deduct $300 for a net rent amount of $2,000."

Copy of Worlds Best…

*"Lease Agreement"*

© 2008 Trump U



**TRUMP**



# Another Wealth Principle

"Another wealth-
building principle is to
## THINK BIG!

I challenge you to
**UPGRADE YOUR
THINKING!**"



© 2008 Trump U



TRUMP

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



# *Fast track to* FORECLOSURE INVESTING

# *You Have Permission To Succeed!*

## "The Lazy Man's Way To Riches"



### TRUMP

© 2008 Trump U

CONFIDENTIAL

TU 59206

Exhibit 30
- 751 -



*Fast track to*
**FORECLOSURE
INVESTING**

# Trump Wealth Principle

"Without knowledge investing is TOO RISKY, SO...

"Get TRAINED in FORECLOSURES first, then reap the rewards!"



© 2008 Trump U



**TRUMP**

Exhibit 30
- 752 -



*Fast track to* **FORECLOSURE INVESTING**

**TRUMP**

# Without Training, YOU WILL Make Critical Mistakes.

- Overpay for properties
- Miss title problems
- Buy in a wrong area
- Pay too much for financing
- Fail to protect your investment
- Have no exit strategy – Make $$$ When **You Buy!**

**Never have properties in your name!**

© 2008 Trump U



CONFIDENTIAL



CONFIDENTIAL



# Avoid Mistakes

- $11,000 Price
- $5,000 repairs
      Source – Realtor
- 2 bedroom, 1 bath
      Source – Realtor
- 0 bedrooms



© 2008 Trump U



CONFIDENTIAL



# **Avoid Mistakes**

- $25,000 in repairs
- Two Sets Of Appliances
- Appliances stolen
- $36,000 invested
- Financed by Credit Cards
- What If That Were You?





CONFIDENTIAL



# What Is

# A

# Cure Worth?

© 2008 Trump U



TRUMP

Exhibit 30
- 758 -