ROBBINS GELLER RUDMAN
  & DOWD LLP
JASON A. FORGE (181542)
jforge@rgrdlaw.com
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
625 Broadway, Suite 1000
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

Class Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART COHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>   vs.<br><br>DONALD J. TRUMP,<br><br>   Defendant. | No. 3:13-cv-02519-GPC-WVG<br><br>CLASS ACTION<br><br>APPLICATION TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79.2 AND THE FIRST AMENDED PROTECTIVE ORDER ENTERED MARCH 21, 2014 IN *MAKAEFF* |

1035047_1

Plaintiff Art Cohen hereby requests permission to file under seal Exhibit C to the Declaration of Jason A. Forge in Support of Plaintiff's Reply in Support of Objection to Magistrate Judge's May 13, 2015 Order ("Forge Declaration"), pursuant to Local Rule 79.2 and the First Amended Protective Order entered on March 21, 2014 as Dkt. No. 316 in the related case, *Makaeff v. Trump Univ., LLC*, No. 3:10-cv-0940-GPC-WVG.

Under the First Amended Protective Order, the parties may designate certain documents as "Confidential Information" and restrict their dissemination and disclosure. *See Makaeff* Dkt. No. 316, ¶¶4, 7-12. Any documents that have been designated as "Confidential" may not be disclosed publicly and may only be disclosed or made available to certain designated persons, such as the Court and counsel for parties to this action. *See id.* The document plaintiff seeks to file under seal have been designated "Confidential" pursuant to the First Amended Protective Order.

Plaintiff therefore requests permission to file under seal Exhibit C to the Forge Declaration. *See Makaeff* Dkt. No. 316, ¶12.

DATED: June 3, 2015

ROBBINS GELLER RUDMAN  
  & DOWD LLP  
JASON A. FORGE  
RACHEL L. JENSEN

s/ Jason A. Forge  
JASON A. FORGE

655 West Broadway, Suite 1900  
San Diego, CA 92101  
Telephone: 619/231-1058  
619/231-7423 (fax)

ROBBINS GELLER RUDMAN  
  & DOWD LLP  
DANIEL J. PFEFFERBAUM  
Post Montgomery Center  
One Montgomery Street, Suite 1800  
San Francisco, CA 94104  
Telephone: 415/288-4545  
415/288-4534 (fax)

| | |
|---|---|
| 1 | |
| 2 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>MAUREEN E. MUELLER |
| 3 | 120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL  33432 |
| 4 | Telephone:  561/750-3000<br>561/750-3364 (fax) |
| 5 | |
| 6 | ZELDES HAEGGQUIST & ECK, LLP<br>AMBER L. ECK |
| 7 | HELEN I. ZELDES<br>ALREEN HAEGGQUIST |
| 8 | AARON M. OLSEN<br>625 Broadway, Suite 1000 |
| 9 | San Diego, CA  92101<br>Telephone:  619/342-8000<br>619/342-7878 (fax) |
| 10 | |
| 11 | Class Counsel |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 3, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 3, 2015.

<pre>
     s/ Jason A. Forge
    JASON A. FORGE

    ROBBINS GELLER RUDMAN
       & DOWD LLP
    655 West Broadway, Suite 1900
    San Diego, CA  92101-8498
    Telephone:  619/231-1058
    619/231-7423 (fax)

    E-mail:     jforge@rgrdlaw.com
</pre>

1035047_1

3:13-cv-02519-GPC-WVG

# Mailing Information for a Case 3:13-cv-02519-GPC-WVG Cohen v. Trump

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,llendzion@rgrdlaw.com,tholindrake@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jeffrey L. Goldman**
  jgoldman@bbwg.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Matthew R. Maron**
  mmaron@trumporg.com,carce@trumporg.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Benjamin James Morris**
  bmorris@foley.com,vgoldsmith@foley.com

- **Maureen E. Mueller**
  mmueller@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **Daniel Jacob Pfefferbaum**
  dpfefferbaum@rgrdlaw.com

- **Nancy L. Stagg**
  nstagg@foley.com,smoreno@foley.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)