ROBBINS GELLER RUDMAN
  & DOWD LLP
JASON A. FORGE (181542)
jforge@rgrdlaw.com
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
225 Broadway, Suite 2050
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

Class Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART COHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>DONALD J. TRUMP,<br><br>　　　　　　Defendant. | No. 3:13-cv-02519-GPC-WVG<br><br>CLASS ACTION<br><br>APPLICATION TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79.2 AND THE FIRST AMENDED PROTECTIVE ORDER ENTERED MARCH 21, 2014 IN *MAKAEFF* |

1061992_1

1    Plaintiff Art Cohen hereby requests permission to file under seal Exhibits 3d-3f
2 to the Declaration of Jason A. Forge in Support of Plaintiff's Joint Statement Position
3 ("Forge Declaration"), pursuant to Local Rule 79.2 and the First Amended Protective
4 Order entered on March 21, 2014 as Dkt. No. 316 in the related case, *Makaeff v.*
5 *Trump Univ., LLC*, No. 3:10-cv-0940-GPC-WVG.

6    Under the First Amended Protective Order, the parties may designate certain
7 documents as "Confidential Information" and restrict their dissemination and
8 disclosure. *See Makaeff* Dkt. No. 316, ¶¶4, 7-12. Any documents that have been
9 designated as "Confidential" may not be disclosed publicly and may only be disclosed
10 or made available to certain designated persons, such as the Court and counsel for
11 parties to this action. *See id.* The documents plaintiff seeks to file under seal have
12 been designated "Confidential" by defendants pursuant to the First Amended
13 Protective Order.

14    Plaintiff therefore requests permission to file under seal Exhibits 3d-3f to the
15 Forge Declaration. *See Makaeff* Dkt. No. 316, ¶12.

16 DATED: August 5, 2015          ROBBINS GELLER RUDMAN
                                    & DOWD LLP
17                                  JASON A. FORGE
                                    RACHEL L. JENSEN
18

19                                         s/ Jason A. Forge
20                                        JASON A. FORGE

21                                 655 West Broadway, Suite 1900
                                   San Diego, CA 92101
22                                 Telephone: 619/231-1058
                                   619/231-7423 (fax)
23
                                   ROBBINS GELLER RUDMAN
24                                   & DOWD LLP
                                   DANIEL J. PFEFFERBAUM
25                                 Post Montgomery Center
                                   One Montgomery Street, Suite 1800
26                                 San Francisco, CA 94104
                                   Telephone: 415/288-4545
27                                 415/288-4534 (fax)

28

| | |
|---|---|
| 1 | |
| 2 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>MAUREEN E. MUELLER |
| 3 | 120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL  33432 |
| 4 | Telephone:  561/750-3000<br>561/750-3364 (fax) |
| 5 | |
| 6 | ZELDES HAEGGQUIST & ECK, LLP<br>AMBER L. ECK |
| 7 | HELEN I. ZELDES<br>ALREEN HAEGGQUIST |
| 8 | AARON M. OLSEN<br>225 Broadway, Suite 2050 |
| 9 | San Diego, CA  92101<br>Telephone:  619/342-8000<br>619/342-7878 (fax) |
| 10 | |
| 11 | Class Counsel |

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 5, 2015.

s/ Jason A. Forge
JASON A. FORGE

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:     jforge@rgrdlaw.com

1061992_1

3:13-cv-02519-GPC-WVG

# Mailing Information for a Case 3:13-cv-02519-GPC-WVG Cohen v. Trump

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,llendzion@rgrdlaw.com,tholindrake@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jeffrey L. Goldman**
  jgoldman@bbwg.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Matthew R. Maron**
  mmaron@trumporg.com,carce@trumporg.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Benjamin James Morris**
  bmorris@foley.com,vgoldsmith@foley.com

- **Maureen E. Mueller**
  mmueller@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **Daniel Jacob Pfefferbaum**
  dpfefferbaum@rgrdlaw.com

- **Nancy L. Stagg**
  nstagg@foley.com,smoreno@foley.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)