UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART COHEN,<br><br>                    Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP,<br><br>                    Defendant. | Civil No. 13-CV-2519-GPC (WVG)<br><br>ORDER GRANTING PARTIES' JOINT MOTION TO VACATE EXPERT DISCOVERY AND OTHER PRETRIAL DATES PENDING RESET DEADLINE FOR FACT DISCOVERY<br><br>[DOC. NO. 119] |

## I. BACKGROUND

Fact discovery closed in this case on July 2, 2015. (Doc. No. 58 at 3.) On June 30, 2015, the Honorable Gonzalo P. Curiel, United States District Judge, ruled that Plaintiff shall be allowed to reopen any depositions where Defense counsel instructed a witness not to answer financial questions regarding Defendant. (Doc. No. 102 at 11.) Judge Curiel ordered that Plaintiff's questioning shall be limited in accordance with his June 30, 2015 Order, and shall not exceed two hours for any reopened deposition. Id. Judge Curiel extended the fact discovery cut-off date to August 10, 2015, for the limited purpose of completing these depositions. Id.

On July 29, 2015, Plaintiff filed an Unopposed *Ex Parte* Application to Amend Judge Curiel's June 30, 2015 Order. (Doc. No. 108.) Plaintiff requested that

the Court amend its June 30, 2015 Order so as to eliminate the August 10, 2015 deadline for completing certain depositions, and to allow the Magistrate Judge to reset the deadline upon resolving a pending dispute over documents related to these depositions. Id. at 2.

On July 30, 2015, Judge Curiel granted Plaintiff's unopposed *Ex Parte* Application to Amend the Court's June 30, 2015 Order. (Doc. No. 109.) Judge Curiel amended his June 30, 2015 Order to replace the following sentence on page 11:

> "The fact discovery cut-off date shall be extended to August 10, 2015 for the limited purpose of completing these depositions."

with the following sentence:

> "For the limited purpose of completing these depositions, the fact discovery cut-off date shall be extended to a date to be determined by the Magistrate Judge after the parties' dispute over related documents has been fully resolved."

(Doc. No. 109 at 2.)

On July 31, 2015, this Court issued an Order Ruling on Joint Statement for Determination of Discovery Disputes. (Doc. No. 110.) In its Order, the Court reinstated the August 10, 2015 deadline to complete the reopened depositions. Id. at 24.

## II. FACT DISCOVERY DEADLINE VACATED AS TO REMAINING REOPENED DEPOSITIONS AND DEFENDANT'S DEPOSITION

On July 31, 2015, Plaintiff's counsel informed the Court that Plaintiff intended to file an objection to the Court's July 31, 2015 Discovery Order. Defense counsel represented to the Court that Defendant did not wish to subject any of the witnesses to multiple additional deposition sessions. Therefore, on July 31, 2015, the Court vacated the August 10, 2015 fact discovery deadline pending the outcome of the anticipated objections to this Court's July 31, 2015 Discovery Order. (Doc. No. 111.) Plaintiff's counsel was ordered to contact this Court to set a telephonic Status Conference within two business days of a ruling on Plaintiff's anticipated objections. Id. at 2. The Court stated that it would reset the fact discovery deadline at that time. Id. The parties were

1  also placed on notice that the Court's Order vacating fact discovery was limited to the
2  depositions allowed to be reopened by Judge Curiel, and Defendant's deposition. <u>Id.</u>
3  at 3. The Court stated that all other fact discovery remained closed. <u>Id.</u>

### III. ALL OTHER PRETRIAL DEADLINES VACATED

On August 5, 2015, the parties filed a Joint Motion to Vacate Expert Discovery and Other Pretrial Dates Pending Reset Deadline for Fact Discovery. (Doc. No. 119.) In their Joint Motion, the parties state that it is necessary and appropriate to complete fact discovery prior to finalizing and serving their respective expert reports, and that they will be in a better position to propose new expert discovery and other pretrial deadlines when the Court resets the fact discovery deadline. <u>Id.</u> at 2-3.

For good cause shown, the Court hereby VACATES all remaining expert and pretrial deadlines set forth in the Case Management Conference Order, filed November 20, 2014. (Doc. No. 58.) The Court will reset all fact, expert, and pretrial deadlines after a ruling is issued on Plaintiff's anticipated objections to this Court's Discovery Order. **Plaintiff's counsel is once again ordered to contact this Court to set a telephonic Status Conference within two business days of a ruling on Plaintiff's anticipated objections.**

IT IS SO ORDERED.

DATED: August 7, 2015

Hon. William V. Gallo
U.S. Magistrate Judge