NANCY L. STAGG CA Bar No. 157034
  nstagg@foley.com
BENJAMIN J. MORRIS CA Bar No. 260148
  bmorris@foley.com
**FOLEY & LARDNER LLP**
3579 VALLEY CENTRE DRIVE, SUITE 300
SAN DIEGO, CA 92130-3302
TELEPHONE:     858.847.6700
FACSIMILE:     858.792.6773

JILL A. MARTIN CA Bar No. 245626
  jmartin@trumpnational.com
C/O **TRUMP NATIONAL GOLF CLUB LOS ANGELES**
ONE TRUMP NATIONAL DRIVE
RANCHO PALOS VERDES, CA 90275
TELEPHONE:     310.303.3225
FACSIMILE:     310.265.5522

DANIEL M. PETROCELLI CA Bar No. 97802
  dpetrocelli@omm.com
DAVID L. KIRMAN CA Bar No. 235715
  dkirman@omm.com
**O'MELVENY & MYERS LLP**
1999 AVENUE OF THE STARS
LOS ANGELES, CA 90067
TELEPHONE:     310.553.6700
FACSIMILE:     310.246.6779

Attorneys for Defendant Donald J. Trump

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART COHEN, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>DONALD J. TRUMP,<br><br>          Defendant. | Case No. 13-cv-2519 GPC (WVG)<br><br>**CLASS ACTION**<br><br><br>**NOTICE OF SUBSTITUTION OF COUNSEL ON BEHALF OF DONALD J. TRUMP** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, subject to approval by the court, defendant Donald J. Trump substitutes Daniel M. Petrocelli (SBN 97802) and David L. Kirman (SBN 235715) of O'Melveny & Myers LLP as counsel of record in place of Nancy L. Stagg and Benjamin J. Morris of Foley & Lardner LLP. Jill A. Martin is to remain as counsel of record for Trump University, LLC and Donald J. Trump.

Contact information for new counsel is as follows:

Firm Name: O'Melveny & Myers LLP
Address: 1999 Avenue of the Stars, Los Angeles, CA 90067
Telephone: (310) 553-6770
Facsimile: (310) 246-6779

I consent to the above substitution.

Dated: December 18, 2015          By: _____
                                       DONALD J. TRUMP

I consent to being substituted.

Dated: December 16, 2015          FOLEY & LARDNER LLP

                                  By: _____
                                       NANCY L. STAGG

Dated: December 18, 2015          By: _____
                                       BENJAMIN J. MORRIS

SUBSTITUTION OF COUNSEL
-1-
Case No. 13-cv-2519 GPC (WVG)

4827-0986-0139.1

1 | I consent to the above substitution.

2 |
3 | Dated: December 18, 2015

**O'MELVENY & MYERS LLP**

By: _____
DANIEL M. PETROCELLI

Dated: December 17, 2015

By: _____
DAVID L. KIRMAN

SUBSTITUTION OF COUNSEL
-2-
Case No. 13-cv-2519 GPC (WVG)

4827-0966-0139.1

**CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 18, 2015 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

          *s/ Nancy L. Stagg*
          Nancy L. Stagg