1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ART COHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD J. TRUMP,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | No. 3:13-cv-02519-GPC-WVG<br><br>CLASS ACTION<br><br>ORDER GRANTING JOINT MOTION TO ALLOW LATE REQUEST FOR EXCLUSION FROM THE CLASS<br><br>ECF No. 165 |

For good cause shown, the parties' Joint Motion to Allow Late Request for Exclusion from the Class is GRANTED.

Absent class member Michelle Gunn's late opt-out request is allowed and Ms. Gunn is excluded from the class in *Cohen v. Trump*, No. 3:13-cv-2519-GPC (WVG).

IT IS SO ORDERED.

Dated: February 2, 2016

Hon. Gonzalo P. Curiel
United States District Judge

1114802_1