DANIEL PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
DAVID L. KIRMAN (S.B. #235175)
dkirman@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067-6035
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

JILL A. MARTIN (S.B. #245626)
jmartin@trumpmational.com
TRUMP NATIONAL GOLF CLUB
One Trump National Drive
Rancho Palos Verdes, CA 90275
Telephone: (310) 202-3225
Facsimile: (310) 265-5522

Attorneys for Defendant
DONALD J. TRUMP

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART COHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP,<br><br>　　　　　　　Defendant. | Case No. 13-CV-2519-GPC(WVG)<br><br>**JOINT MOTION TO MODIFY CASE MANAGEMENT CONFERENCE ORDER REGULATING DISCOVERY**<br><br>**JUDGE: HONORABLE.<br>　　　　WILLIAM V. GALLO** |

　　　Pursuant to Local Civil Rule 7.2, and this Court's Civil Pretrial and Trial Procedures, the parties hereby jointly move to modify the Court's Case Management Conference Order to continue the expert discovery deadline from March 25, 2016 to April 21, 2016.  The joint motion is based on the following:

　　　WHEREAS, on November 12, 2015, the Court issued a Case Management Conference Order setting March 25, 2016 as the deadline for all discovery pertaining to expert witnesses.  Dkt. No. 149.

WHEREAS, expert for the defendant Joel Steckel is unavailable for a deposition at any time when counsel for both parties could attend until April 18, 2016;

WHEREAS, under the proposed modification, three experts who work and/or reside in New York and Boston (and would have be deposed there under the current schedule) have agreed to travel to Southern California for depositions, thus substantially reducing travel cost to both parties;

WHEREAS, the proposed modification will not impact any other deadline, including the current motions' filing deadline of April 22, 2016.

WHEREAS, pursuant to the Court's Order:

1. The parties met and conferred on March 1, 2016 pursuant to the requirements of Federal Rule of Civil Procedure 26 and Local Rule 26.1(a).

2. The parties discussed and agreed that an extension of the date to take expert witness depositions would permit the parties to complete all necessary depositions and would not cause prejudice to either of the parties or result in undue delay.

NOW, THEREFORE, for good cause showing, the parties jointly move the Court to modify the Case Management Conference Order so as to extend the deadline to complete discovery of expert witnesses from March 25, 2016 to April 21, 2016 to allow the parties to comply with the expert witness discovery deadline.

| | | |
|---|---|---|
| 1 | Dated:  March 9, 2016 | Respectfully submitted, |

O'MELVENY & MYERS LLP
DANIEL PETROCELLI
DAVID L. KIRMAN

       /s/ Daniel Petrocelli
Attorneys for Defendant
DONALD J. TRUMP
E-mail: dpetrocelli@omm.com


ROBBINS GELLER RUDMAN
& DOWD LLP
DANIEL J. PFEFFERBAUM

       /s/ Daniel Pfefferbaum
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
& DOWD LLP
JASON A. FORGE
RACHEL L. JENSEN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
& DOWD LLP
MAUREEN E. MUELLER
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK
HELEN I. ZELDES
ALREEN HAEGGQUIST
AARON M. OLSEN
225 Broadway, Suite 2050
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

Class Counsel

## SIGNATURE ATTESTATION

I hereby certify that authorization for the filing of this document has been obtained from the signatories of this document.

DATED: March 9, 2016

                                        s/ David L. Kirman
                                        DAVID L. KIRMAN