DAVIS WRIGHT TREMAINE LLP
ALONZO WICKERS IV (CA State Bar No. 169454)
  alonzowickers@dwt.com
DAN LAIDMAN (CA State Bar No. 274482)
  danlaidman@dwt.com
865 S. Figueroa St., Suite 2400
Los Angeles, California  90017-2566
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

Attorneys for Non-Party Press Organization
WP COMPANY LLC d/b/a
THE WASHINGTON POST

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART COHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD J. TRUMP,<br><br>Defendant. | Case No. **3:13-cv-02519-GPC-WVG**<br><br>**CORPORATE DISCLOSURE STATEMENT (F.R.C.P. 7.1)**<br><br>Judge:      Hon. Gonzalo P. Curiel<br>Date:        May 27, 2016<br>Courtroom: 2D<br>Time:       1:30 p.m. |

1  WP Company LLC d/b/a The Washington Post (the "Post") hereby certifies as
2 follows:
3  The Post is a wholly owned subsidiary of Nash Holdings LLC. Nash Holdings
4 LLC is privately held and does not have any outstanding securities in the hands of the
5 public.

6 DATED: April 1, 2016               DAVIS WRIGHT TREMAINE LLP
                                      ALONZO WICKERS IV
7                                     DAN LAIDMAN
8
                                      By: /s/ Alonzo Wickers IV
9                                            Alonzo Wickers IV
                                          Attorneys for Non-Party Press
10                                        Organization
                                          WP COMPANY LLC d/b/a
11                                        THE WASHINGTON POST
12

1

CORPORATE DISCLOSURE STATEMENT
DWT 29255505v2 0051379-000030