1   DANIEL M. PETROCELLI (S.B. #97802)
    dpetrocelli@omm.com
2   DAVID L. KIRMAN (S.B. #235175)
    dkirman@omm.com
3   O'MELVENY & MYERS LLP
    1999 Avenue of the Stars
4   Los Angeles, California  90067-6035
    Telephone:   (310) 553-6700
5   Facsimile:    (310) 246-6779

6   JILL A. MARTIN (S.B. #245626)
    jmartin@trumpmational.com
7   TRUMP NATIONAL GOLF CLUB
    One Trump National Drive
8   Rancho Palos Verdes, CA 90275
    Telephone: (310) 202-3225
9   Facsimile: (310) 265-5522

10  Attorneys for Defendant
    DONALD J. TRUMP
11

12                  **UNITED STATES DISTRICT COURT**
13
                  **SOUTHERN DISTRICT OF CALIFORNIA**
14

15  | ART COHEN, Individually and on Behalf of All Others Similarly Situated, | Case No. 13-CV-2519-GPC(WVG) |
    |---|---|
16  | | **DEFENDANT DONALD J. TRUMP'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |
17  | Plaintiffs, | |
18  | v. | |
19  | DONALD J. TRUMP, | Hearing:  July 8, 2016 |
20  | Defendant. | Time: 1:30 p.m. |
21  | | Courtroom:  2d |
    | | Judge:  Hon. Gonzalo P. Curiel |
22
23
24
25
26
27
28

1   TO THE COURT AND ALL PARTIES HEREIN:

2       PLEASE TAKE NOTICE that on July 8, 2016, at 1:30 p.m. or as soon

3   thereafter as the matter may be heard, before the Honorable Gonzalo P. Curiel,

4   Courtroom 2D (2nd Floor – Schwartz) of the above-entitled Court, located at 221

5   W. Broadway, in San Diego, CA 92101, Defendant Donald J. Trump ("Defendant")

6   will and hereby does move this Court, pursuant to Rule 56 of the Federal Rules of

7   Civil Procedure, for an Order granting Defendant's Motion for Summary Judgment

8   as to plaintiffs' sole cause of action alleging a violation of 18 U.S.C. §1962(c) (the

9   "Motion") in favor of Defendant and against Plaintiff Art Cohen, individually, and

10  all others similarly situated.

11      The Motion is brought on the grounds that plaintiffs have failed to raise a

12  genuine dispute of material fact as to any of the following dispositive issues: (1)

13  Defendant conducted the affairs of the alleged RICO enterprise; (2) Defendant

14  engaged in a pattern of racketeering activity because plaintiffs cannot show (i) that

15  Defendant's statements were false, much less actionable as a RICO predicate act;

16  (ii) that Defendant knowingly participated in the alleged scheme to defraud, or (iii)

17  that Defendant had the specific intent to defraud.

18      This Motion is based upon this Notice of Motion, the accompanying

19  Memorandum of Points and Authorities, the Separate Statement of Undisputed

20  Facts, and the Declaration of David L. Kirman and the exhibits thereto, all of which

21  are filed concurrently herewith, as well as all pleadings, papers and documents on

22  file in this case, and any oral argument that may be requested by the Court at the

23  hearing on the Motion.

24

25

26

27

28

1 | Dated:  April 22, 2016                           Respectfully submitted,

2 |                                                                O'MELVENY & MYERS LLP
   |                                                                DANIEL M. PETROCELLI
3 |                                                                DAVID L. KIRMAN

4 |                                                                          /s/ Daniel M. Petrocelli

5 |                                                                Attorney for Defendant
   |                                                                DONALD J. TRUMP
6 |                                                                E-mail:  dkirman@omm.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEF.'S NOTICE OF MOTION
FOR SUMMARY JUDGMENT
13-CV-2519-GPC(WVG)