DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
DAVID L. KIRMAN (S.B. #235175)
dkirman@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California  90067-6035
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

JILL A. MARTIN (S.B. #245626)
jmartin@trumpmational.com
TRUMP NATIONAL GOLF CLUB
One Trump National Drive
Rancho Palos Verdes, CA 90275
Telephone: (310) 202-3225
Facsimile: (310) 265-5522

Attorneys for Defendant
DONALD J. TRUMP

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART COHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiffs,<br><br>      v.<br><br>DONALD J. TRUMP,<br><br>              Defendant. | Case No. 13-CV-2519-GPC(WVG)<br><br>**DEFENDANT DONALD J. TRUMP'S MOTION TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79.2 AND THE FIRST AMENDED PROTECTIVE ORDER ENTERED MARCH 21, 2014 IN** *MAKAEFF* |

TO THE COURT AND ALL PARTIES HEREIN:

PLEASE TAKE NOTICE that Defendant Donald J. Trump hereby requests permission to file under seal certain portions of Defendant's Memorandum of Points and Authorities in Support of Defendant's Motion to Exclude the Opinions and Testimony of Paul Habibi ("Memorandum") and Exhibits 2, 16, and 24 to the Declaration of David L. Kirman in Support thereof ("Kirman Declaration"), pursuant to Local Rule 79.2 and the First Amended Protective Order entered on March 21, 2014 as Dkt. No. 316 in the related case, *Makaeff v. Trump Univ., LLC*, No. 3:10-cv-0940-GPC-WVG.

Under the First Amended Protective Order, the parties may designate certain documents as "Confidential Information" and restrict their dissemination and disclosure.  *See Makaeff* Dkt. No. 316, ¶¶ 4, 7–12.  Any documents that have been designated as "Confidential" may not be disclosed publicly and may only be disclosed or made available to certain designated persons, such as the Court and counsel for parties to this action.  *See id.*  The documents Defendant seeks to file under seal have been designated "Confidential" pursuant to the First Amended Protective Order.

Defendant therefore requests permission to file under seal certain portions of the Memorandum and Exhibits 2, 16, and 24 to the Kirman Declaration.  *See* Dkt. No. 316 ¶12.

Dated:  April 22, 2016

Respectfully submitted,

O'MELVENY & MYERS LLP
DANIEL M. PETROCELLI
DAVID L. KIRMAN

_____ /s/ Daniel M. Petrocelli

Attorney for Defendant
DONALD J. TRUMP
E-mail:  dpetrocelli@omm.com

- 2 -