DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
DAVID L. KIRMAN (S.B. #235175)
dkirman@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California  90067-6035
Telephone:   (310) 553-6700
Facsimile:    (310) 246-6779

JILL A. MARTIN (S.B. #245626)
jmartin@trumpmational.com
TRUMP NATIONAL GOLF CLUB
One Trump National Drive
Rancho Palos Verdes, CA 90275
Telephone: (310) 202-3225
Facsimile: (310) 265-5522

Attorneys for Defendant
DONALD J. TRUMP

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART COHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>DONALD J. TRUMP,<br><br>                    Defendant. | Case No. 13-CV-2519-GPC(WVG)<br><br>**DEFENDANT DONALD J. TRUMP'S NOTICE OF MOTION AND MOTION FOR DECERTIFICATION**<br><br>Hearing:      July 8, 2016<br>Time:         1:30 p.m.<br>Courtroom:    2d<br>Judge:  Hon. Gonzalo P. Curiel |

TO THE COURT AND ALL PARTIES HEREIN:

PLEASE TAKE NOTICE that on July 8, 2016, at 1:30 p.m. or as soon thereafter as the matter may be heard, before the Honorable Gonzalo P. Curiel, Courtroom 2D (2nd Floor – Schwartz) of the above-entitled Court, located at 221 W. Broadway, in San Diego, CA 92101, Defendant Donald J. Trump ("Defendant") will and hereby does move this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for an Order granting Defendant's Motion for Decertification.

The Motion is brought on the grounds that: (1) statute-of-limitations issues require decertification; (2) individual issues of causation and reliance require decertification; (3) damages must be decertified; and (4) the combination of these issues demands decertification.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, and the Declaration of David L. Kirman and the exhibits thereto, all of which are filed concurrently herewith, as well as all pleadings, papers, and documents on file in this case, and any oral argument that may be requested by the Court at the hearing on the Motion.

Dated:  April 22, 2016                                    Respectfully submitted,

                                                                      O'MELVENY & MYERS LLP
DANIEL M. PETROCELLI
DAVID L. KIRMAN

                                                                             /s/ Daniel M. Petrocelli

Attorney for Defendant
DONALD J. TRUMP
E-mail:  dkirman@omm.com