# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART COHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>  vs.<br><br>DONALD J. TRUMP,<br><br>                    Defendant. | No. 3:13-cv-02519-GPC-WVG<br><br>CLASS ACTION<br><br>ORDER SETTING BRIEFING SCHEDULE<br><br>[ECF Nos. 180, 181, 182, 184, 187, 188, 189, 190, 192, 193] |

Before the Court are parties' various motions, including Defendant's motion for summary judgment, ECF No. 180; Defendant's motion for decertification, ECF No. 192; parties' motions to exclude evidence, ECF Nos. 181, 184, 187, 188, 189; and parties' motions to seal, ECF Nos. 182, 190, 193.

Accordingly, the Court hereby sets the following BRIEFING SCHEDULE: Any responses shall be due on or before **June 3, 2016**. Any replies shall be due on or before **June 17, 2016**. A hearing is set for **July 18, 2016**, at 1:30 pm in Courtroom 2D.

**IT IS SO ORDERED.**

Dated: April 25, 2016

                                            Hon. Gonzalo P. Curiel
                                            United States District Judge