1  DANIEL M. PETROCELLI (S.B. #97802)
    dpetrocelli@omm.com
2  DAVID L. KIRMAN (S.B. #235175)
    dkirman@omm.com
3  O'MELVENY & MYERS LLP
    1999 Avenue of the Stars
4  Los Angeles, California  90067-6035
    Telephone:     (310) 553-6700
5  Facsimile:      (310) 246-6779

6  Attorneys for Defendant
    DONALD J. TRUMP
7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11  ART COHEN, Individually and                  Case No. 13-CV-2519-GPC(WVG)
     on Behalf of All Others Similarly Situated,
12                                                **JOINT MOTION TO MODIFY CASE**
                      Plaintiffs,                 **MANAGEMENT CONFERENCE**
13                                                **ORDER REGARDING AUGUST 12,**
             v.                                   **2016 PRETRIAL CONFERENCE**
14
     DONALD J. TRUMP,
15
                      Defendant.
16

17

18         Pursuant to Local Civil Rule 7.2, and this Court's Civil Pretrial and Trial Procedures, the

19  parties hereby jointly move to modify the Court's Case Management Conference Order

20  concerning the August 12, 2016 Pretrial Conference ("Pretrial Conference").  Due to a

21  previously scheduled family trip, defense counsel will be unavailable from August 5-21, 2016.

22  The parties therefore jointly request that the Court continue the Pretrial Conference to August 24,

23  25, or 26.  The joint motion is based on the following:

24         WHEREAS, on May 24, 2016, the Court granted in part defendant's *Ex Parte* Application

25  to Continue Pretrial Disclosure Filings Until the Court Decides the Dispositive Motions in this

26  Case (the "*Ex Parte* Application").  *See* Dkts. 203, 207.  Among other things, the Court modified

27  its Case Management Conference Order and continued the Pretrial Conference from June 17,

28  2016 to August 12, 2016.  Dkt. 207, at 4.

1    WHEREAS, on May 24, 2016, defense counsel notified plaintiffs' counsel that the August
2 12, 2016 hearing date for the Pretrial Conference conflicted with a previously scheduled family
3 vacation.  Defense counsel proposed that the parties jointly request a continuance of the Pretrial
4 Conference from August 12, 2016 to any of the following dates: August 24, 25, or 26. Plaintiffs'
5 counsel notified defense counsel that plaintiffs' did not object.
6    NOW, THEREFORE, the parties jointly move the Court to modify the Case Management
7 Conference Order to continue the Pretrial Conference from August 12, 2016 to August 24, 25, or
8 26.

Dated:  May 26, 2016                Respectfully submitted,

O'MELVENY & MYERS LLP
DANIEL M. PETROCELLI
DAVID L. KIRMAN

             /s/ Daniel M. Petrocelli
Attorneys for Defendant
DONALD J. TRUMP
E-mail: dpetrocelli@omm.com


ROBBINS GELLER RUDMAN
& DOWD LLP
JASON A. FORGE
RACHEL L. JENSEN
s/ Jason A. Forge
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
& DOWD LLP
DANIEL J. PFEFFERBAUM
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
& DOWD LLP
MAUREEN E. MUELLER
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK
HELEN I. ZELDES
ALREEN HAEGGQUIST
AARON M. OLSEN
225 Broadway, Suite 2050
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

Class Counsel

**SIGNATURE ATTESTATION**

I hereby certify that authorization for the filing of this document has been obtained from the signatories of this document.

DATED: May 26, 2016

                                               s/ Daniel M. Petrocelli
                                               Daniel M. Petrocelli

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2016, I caused the foregoing to be electronically filed with the clerk of the court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 26, 2016, at Los Angeles, California

/s/Daniel M. Petrocelli
DANIEL M. PETROCELLI