# EXHIBIT C



# Field Team
# Play Book

CONFIDENTIAL

TU 130393

# Table of Contents

**I. Trump University Mission and Partners**

Mission ....................................................................................................................1

Partners ..................................................................................................................1

**II. Live Event Product Descriptions and Pricing**

Fast Track to Foreclosure: Free Orientation Seminar (Preview)...................2

Fast Track to Foreclosure Retreat (Fulfillment) ............................................2

Profit from Real Estate Workshop...................................................................2

Commercial & Multi Family Retreat ...............................................................2

Wealth Preservation and Asset Protection Retreat........................................3

Quick Turn Real Estate Profits: Wholesale/Lease Options Retreat.............3

Advanced Foreclosure and Rehab...................................................................3

Investor's Edge Software ..................................................................................3

Premium Membership.......................................................................................4

**III. Event Process and Procedures**

Marketing and Retention- ................................................................................5

Preview Itineraries ............................................................................................6

Preview Logistics and Equipment...................................................................6

Preview Event Procedure .............................................................................7-11

1.  Preview Set Up:  Preparing the room and registration area prior to the Preview.
2.  Registration:  Greeting and registering Preview attendees as they arrive.
3.  During the Preview:  Add names to DEV as the speaker is presenting.
4.  Payment Guidelines
5.  Preview Close and Orientation:  Signing them up and closing the sale!
6.  Post Preview:  Breakdown, packing and preparing for the next preview
7.  Refunds

Fulfillment Itineraries ......................................................................................12

Fulfillment Logistics and Equipment.............................................................12

Fulfillment Event Procedure ......................................................................13-17

1.  Fulfillment Set Up:  Preparing the room and registration area prior to the Preview.
2.  Registration:  Greeting and registering Preview attendees as they arrive.
3.  During the Fulfillment:  Add names to DEV as the speaker is presenting.
4.  Payment Guidelines
5.  Preview Close and Orientation:  Signing them up and closing the sale!
6.  Post Fulfillment:  Breakdown, packing and preparing for the next preview
7.  Refunds

**IV. Enrollment and Warranty**

Enrollment Forms.............................................................................................18

Types of Warranties .........................................................................................18

Types of Payment.............................................................................................18

**V. Travel and Expenses**

Expenses ...........................................................................................................19

Travel .................................................................................................................19

**VI. Media**

Guidelines .....................................................................................................22-23

**VII. Compliance**.............................................................................................24

CONFIDENTIAL

## Trump University Mission

Trump University's mission is to provide educational programs and tools to help our clients achieve financial independence. Our success is measured by the results that our clients achieve applying what they have learned from us in the real world.

## Partners

**Trump Institute**
  a. Lead generation (preview seminar)
  b. Wealth Building Weekend
  c. Retreats
  d. Coaching
  e. Think Big seminars (one-day pilot)

**Prosper Learning**
  a. Lead generation (direct response)
  b. Coaching
  c. Sales of Trump U products

CONFIDENTIAL

TU 130395

# Live Event Product Description and Pricing

## PREVIEW AND FULFILLMENT

### FAST TRACK TO FORECLOSURE INVESTING: FREE ORIENTATION SEMINAR
(FREE: 90 min presentation open to the public to sell)
http://www.trumpuniversity.com/seminars/profit-from-foreclosure.cfm

This 90 minute presentation discusses the current trends of the real estate market and ways to still make money. Take advantage of the hot investing opportunities in your neighborhood before anyone else does. What to Do Once You Have the Property: Do you rent, renovate, or sell immediately? Learn what's best for your specific situation

### FAST TRACK TO FORECLOSURE RETREAT
($1495, guest FREE: 3-day fulfillment) Tools are sold at the 3-day Training to assist students in accelerating their growth and financial success. (See appendix A for Package Description and Pricing)

This 3 day fulfillment goes in depth into a variety of foreclosure techniques including:

- How to Find Foreclosure Opportunities in Your Geographic Area: Take advantage of the hot investing opportunities in your neighborhood before anyone else does
- Credit and Credit Card Repair: Be in good financial standing so you can make money at every stage of the investing process
- Financing: How to benefit from specific sources of seed capital and put together your own creative financing deals
- The Phases of Foreclosure Following the Foreclosure Clock: When to make a move and how to capitalize at every stage of the process
- What to Do Once You Have the Property: Do you rent, renovate, or sell immediately? Learn what's best for your specific situation

## WORKSHOP

### PROFIT FROM REAL ESTATE
(FREE: 3-day seminar open to buyers only) Tools are sold at the 3-day Training to assist students in accelerating their growth and financial success. (See appendix B for Package Description and Pricing)

This seminar helps TU customers expand their knowledge of Real Estate by teaching different styles and methods for making money and keeping it, regardless of your financial situation. Investing on the web, profiting from foreclosures, and myths surrounding the current real estate market revealed are just a few of the topics covered.

## RETREATS

### COMMERICAL & MULTI-FAMILY MASTER TRAINING RETREAT ($5,000: 3 day retreats)
http://www.trumpuniversity.com/products/product.cfm?productcode=RTRCOMMMF
Learn how to determine the right market valuation of multi-family office, retail and strip-mall properties so that you know a good or bad deal when you see it. Navigate the maze of commercial and large property financing to find hidden financial opportunities Determine the right market valuation of multi-family, office, retail and strip-mall properties so that you know a good or bad deal

Trump University 2008

2

CONFIDENTIAL

TU 130396

when you see it. Write commercial leases so that tenants actually take the management burden away from you. Understand the laws and regulations regarding commercial and multi-family properties so that you can protect your investments and much more.

**WEALTH PRESERVATION:** ASSET PROTECTION RETREAT($5,000: 3 day retreats)
http://www.trumpuniversity.com/products/product.cfm?productcode=RTRASTPRT

http://www.trumpuniversity.com/products/product.cfm?productcode=RTRASTPRTStructure your personal financial affairs in a manner that will ensure maximum protection. Learn how to reduce your overall tax bill through operation of your own small business and save big money in the process. Identify different types of legal entities to protect your wealth. Reduce your overall tax bill through operation of your own small business and save big money in the process. Transform previously non-deductible expenses into fully and legally deductible expenses for your business, significantly reducing your income taxes.

**QUICK TURN REAL ESTATE PROFITS:** WHOLESALE/ LEASE OPTION RETREAT ($5,000: 3 day retreats)
http://www.trumpuniversity.com/products/product.cfm?productcode=RTRQCKTRN

This action packed retreat has been designed to show you step-by-step how to create quick cash immediately, and how to build a large monthly cash flow without using any of your money or credit.

**ADVANCED FORECLOSURE AND REHAB** ($5,000: 3 DAY RETREATS -- TRUMP INSTITUTE TRAINING)

Even with the steady stream of foreclosures coming on the market, jumping into foreclosures is dangerous, especially if you are not experienced in this area. This retreat is for anyone who wants to make money quickly and with little to no money down by investing in foreclosures. Even though there are some deals out there with small or non-existent price tags, you really need to take the right precaution because make no mistake: foreclosures come with significant risks. The precaution is knowledge and real-world experience. This unique learning experience offers both.

**INVESTOR'S EDGE SOFTWARE** ($2,500 on Website. $2,000 at live events)

Although there are some lucky investors who manage to achieve overnight success, those investors are few and far between. Most successful investors have to build their wealth by making one profitable investment decision at a time. But what tools do they use to determine whether they should buy, sell, or walk away? Successful investors have the edge--the ability to access current property and industry information and a proven, structured method for analyzing it. The Investor's Edge Software is designed to deliver vital property information and an organized method for analysis in one easy-to-use program.

- Make smarter, more profitable investment decisions
- Get the latest pre-foreclosure & foreclosure listings in one convenient location
- Access detailed property information and mapping:
  - Up to 125 property-related fields
  - Search virtually ANY property by address (property information/sales/recordings)
- Use 6-step analysis wizard -- so you don't overlook crucial information
- Receive weekly update on government-owned properties

CONFIDENTIAL

3

TU 130397

## TRUMP PREMIUM MEMBERSHIP

After three days of intensive training, we know that our clients are prepared to achieve their goals. As valued members of the Trump University community, we want to make sure that our clients receive our continued support in their endeavors. With this in mind, we have decided to offer each client a free Trump Premium Membership. The Trump Premium Membership is an exclusive program for members who spend at least $1495 on a program.  The membership is for twelve months, and it is valued at $99/mo. It has several components:

- Weekly Teleseminars – Each week, a live, one-hour teleseminar will be presented by an expert.  Callers will be able to listen and participate.  The topics will vary, but will be centered on real estate, investments, business development, marketing, and financial planning. The day after the call, members will be able to access the recording on the website.  The recorded calls will be stored in the archives section, where members will be able to listen at any time.
- Ask the Expert – This is an online question and answer forum.  The Expert will answer three questions per week from the forum.  The Expert will be a member of the Trump U staff.
- Forms Vault – A collection of legal forms available online
- Resource Library – A collection of real estate and general business articles
- Client Advisor – This is someone who takes calls from members and acts as the business equivalent of an academic advisor.  They may give advice on which courses clients should take and how to get the most out of the courses in which they are currently enrolled. The number for the Client Advisor is 877-508-7867. An e-mail address for the advisor will follow and will be sent to them with their website log-in information.
- Continuing Education – We currently offer our members a free 3-day continuing education course, Profit From Real Estate.
- Special Discounts/Special Events – As they arise, members may be offered special pricing on some programs and products.

The archived teleseminars, Ask the Expert function, the forms vault, and the resource library will be housed on a special member webpage.

CONFIDENTIAL

TU 130398

# Event Process and Procedures

## MARKETING AND RETENTION

{FREE PREMIUM GIFT for attendees: Currently **Catch the Wave** CD is currently offered. (Offer is subject to change}

### Pre-Event Marketing

Media will begin 3 weeks prior to event.

> **3 Week** prior to event – Direct Mail Drop and /or Newspaper
>
> **2 Weeks** prior to event – Direct Mail Drop and/or Newspaper Drop and/or Radio
>
> **1 Week** prior to event – Newspaper Drop and/ or Radio

### During Preview Event Marketing to Increase Show Rate and Retention

Post-Event Marketing – 4 Steps

1. **Beginning on Monday following preview**, outbound Welcome Call.  Congratulating Member for Signing up for training and confirming contact info.

2. **Within 24 Hours of outbound call**, email sent welcoming and talking about TU and Training.

3. **Post Card Arrives** (Event Coordinator hand writes at event and mails from city)

   *Dear { },*

   *It is a pleasure to welcome you to Trump University!  We look forward to seeing you at the upcoming Fast Track to Foreclosure training!*

   *2008 is going to be an exciting year at Trump University!   Welcome aboard!*

   *Best regards,*

TU 130399

## PREVIEW ITINERARIES

Itineraries to be sent to team 1 week prior to event.  Cc: Director and VP. (Dee Colwell and David Highbloom) (See Appendix C)

## PREVIEW LOGISTICS AND EQUIPMENT

### Preview Team Logistics:

- Program Coordinator will meet with hotel contact the night prior to the event to review contract and room set up and adjust as necessary.
- Plan to meet with all Team Members the night prior to the Preview.
- Arrive at the Preview hotel 2 hours prior to the event.
- Hotel responsible for the basic set up.  The TU Liaison will communicate any additional needs to the hotel staff via checklist and room diagram.
- All team members must be in professionally dressed at least one-hour prior to the beginning of the Preview. Attire must always be neat, ironed and professional.  Name badges must be worn.
- No cell phones during the Preview.
- Team Members are responsible for learning all parts of the Preview set up process.

### Preview Equipment:

    Microphone
    LCD Projector
    Mixer
    Laptops
    MP3 Recorder
    Remote control pointer

- **Weekly Packing**
  - Individual Event Coordinators are responsible for packing materials and equipment for weekly event...
- **MP3 Recording**
  - Must be emailed to Dee Colwell and David Highbloom directly following each event.
  - Must be downloaded on shared server day after event.
  - *IMPORTANT:* All events must be recorded for compliance.  Our legal department will periodically review.

CONFIDENTIAL

TU 130400

## PREVIEW EVENT PROCEDURES

1. **Preview Set Up:**  Preparing the room and registration area prior to the Preview.
2. **Registration:**  Greeting and registering Preview attendees as they arrive.
3. **During the Preview:**  Add names to DEV as the speaker is presenting.
4. **Payment Guidelines**
5. **Preview Close and Orientation:**  Signing them up and closing the sale!
6. **Post Preview:**  Breakdown, packing and preparing for the next preview.
7. **Refunds**

### Part 1:  Preview Set Up
**Four Parts to the Set up Process:**
1. Registration Area.
2. Back of Room.
3. Front of Room.
4. Seating and Atmosphere.

1. **Registration Area** – should always be completed first to alleviate distractions and confusion for early Preview attendee arrivals.
   a. Post all signage, as appropriate.
   b. Iron and place table banner on registration table.
   c. Place registration cards, Sharpies, and sticky name tags under the table until you are ready to start welcoming guests.
   d. Strategically place directional signs at points of entry.
   e. Place standup banners for additional effect.
   f. Set up music to run in event room during registration.

2. **Back of Room**
   a. Retrieve all necessary paperwork for Preview from shipped boxes.
   b. Set up computer:
      i. Test wireless connection
      ii. Open and stow boxes out of sight of the Preview attendees.
      iii. Display materials as indicated by Trump University.
      iv. Be neat!! Lack of organization and disorder reflects poorly on Trump University and will directly influence attendee confidence and impacts efficiency.
      v. Place sound in back of room at table.  Test house sound

CONFIDENTIAL

TU 130401

3.  **Front of Room**
   a.  Set up all A/V equipment.
   b.  Test hotel provided A/V, high speed Internet (Only at FTF and PFR).
   c.  Test computer:  software, presentation, sound files.
   d.  Confirm projector/screen set up.
   e.  Confirm MP3 set up and test for recording.
   f.  Set up banners and product display (if applicable).
   g.  Adhere to any Speaker preferences and needs.

   **4. Seating and Atmosphere** – The buying environment is key to our success! (Use TU preview diagram.)
   Seating

   Theater style. - Comfortable distance from Speaker and other attendees.
   Check for Speaker preference.

   Lighting – On Speaker screen washout, varying lighting for introduction.
   Sound
   Test microphones.
   Test any videos in PowerPoint presentation – sounds should be clear but not overpowering.
   No clutter!  Main goal is to not let anything be a potential turnoff to a buyer or distract from the presentation.
   Water for Speaker (confirm speaker preference)

**Part 2:  Registration (All team member participate as needed.  Roles consist of registering, directing attendees to seating, building relationship with students.**

1.  **Registration Area:**  First impressions are critical!  Make sure the registration area is neat and organized.
2.  **Signage:**  Must be prominent and presentable.
3.  **Greeting Preview Attendees:**
   a.  Goal:  Welcome, find common ground, disarm any uncertainty, peak interest and/or "set the hook."
   b.  Shake hands and focus on the attendee.
   c.  Introduce yourself and make friendly conversation, for example: *"Hello. Thank you for coming! Can you tell me what brought you here today?"*
      i.  Begin to profile who might be your most likely buyers.
      ii.  Ask ""Can you give me two minutes after the preview?"
   d.  Ask each attendee to complete a registration card.
      i.  At minimum a name and phone number is required.
      ii.  Review each card for legibility and completion.  If something is missing, ask for it once.
      iii.  Ensure each attendee checks how they heard about us.
   e.  Provide each attendee with a name tag.
      i.  Clarify their preference on how to write their name – details count!
      ii.  Write first names large and clear for easy reading.

CONFIDENTIAL

TU 130402

f.   Inform each attendee when you will open the doors to begin the Preview. (check with Speaker for preference)
g.   Accommodate any special requests.
h.   If there are beverages available while they wait, let them know where to locate them.

**Part 3:  During the Preview.  All team members must be in room unless registering students.**

Activities to take place before the Speaker's presentation:

1.   **Last song played before video should be the Apprentice Theme Song: For the Love of Money by the O'Jays.**

2.   **Play Trump Video as introduction to speaker.**

Activities to take place during the Speaker's presentation:

3.   **Event Coordinator prepared Event Synopsis (See Appendix D)**

4.   **Paperwork Preparation**
     a.   Enrollment Forms.
     b.   Term & Conditions Form.

5.   **Prepare Welcome Folders**
     *a.*   Trump Folder.
     *b.*   Welcome and Logistics Letter.

6.   **Inputting attendees in DEV**
     *a.*   Input all registration cards before end of preview.
     *b.*   Be efficient and accurate!

7.   **Observe the Audience**
     *a.*   Watch for body language and reactions during presentation.
     *b.*   Determine responsiveness to Speaker's discussion.
     *c.*   Look for those attendees you identified during registration as "most likely to buy" and determine their level of interest.

**Part 4 Enrollment and Payment Guideline**

Full payment of $1495 must be collected before paperwork is submitted to Trump U office after the Preview Event.  Do not accept down payments for enrollment to 3-Day Training. If full payment is not received during preview event, the contract will be transferred to the inside sales department. No exceptions.

**Part 5:  Preview Close and Orientation**

After the Speaker completes the presentation and invites attendees to enroll, Team Members will each take one of three positions.  Each position is equally important to the success of the team and a Coordinator needs to be proficient at all three.

CONFIDENTIAL

TU 130403

**Team Positions:**
1. **Behind the Table**
2. **Working the Floor**
3. **Working the Door**

1. **Behind the Table** - Processing payments and paperwork.
   a. Welcome attendees to back table and say *"For those of you ready to get started, please fill out the highlighted areas on the form. For those of you paying by credit card, please get your cards out now and I'll begin to process them while you complete your paperwork."*
   b. When people are filling out the enrollment forms, do not initiate conversation – be silent and don't hover!
   c. If there are attendees with questions, move them away from the table to assist them or locate another Team Member to help. You do not want them to distract the purchasing attendees.
   d. Review all Enrollment Forms for complete, legible information, including email addressed
   e. Process payment.
   f. Review 3-Day Notice to Cancel (briefly)
   g. Review the Term & Conditions Form.
   h. When paperwork is complete, shake hands with the attendee (who is now a student), make eye contact, and congratulate them on their purchase.
   i. Direct them to a seat to participate in the Orientation.

2. **Working the Floor:** Getting out among the Preview attendees immediately after the Speaker closes the presentation to handle any questions and/or objections and move people to the back of the room to enroll.
   a. Greeting:
      i. *"How can I help you get started today?"*
      ii. *"Are you in a position financially to move forward today?"*
      iii. *"If I can handle that issue for you, are we ready to get started today?"*
   b. For those attendees with multiple questions or objections, say *"Let me take a minute to assist others who are ready to move forward right now, and then I'll take as much time as necessary to answer all your questions. Please have a seat right over here."*
   c. When things get busy, make eye contact and ask for a moment, and get another Team Member to assist you.

3. **Working the Door -** "Slow the flow" of exiting attendees, attempt to qualify and close.

**Orientation:**
1. Begins when all enrollees are taken care of and paperwork is completed.
2. Will be conducted by Speaker.
3. Purpose:
   a. Sense of community – "You're not alone!"
   b. Build credibility (available support, training, company resources).
4. Includes following information:
   a. Training Preparation.
   b. Support and training review.

CONFIDENTIAL

TU 130404

    c.  Review 3-day right to cancel.

    d.  Answer any lingering questions.

## Part 6: Post Preview

1. **Complete Paperwork** - Takes place while orientation is being presented.
   a. Double check all Enrollment Forms for complete and legible information
   b. Confirm any missing information with attendees prior to leaving Orientation and Preview.

2. **Complete DEV Data Input (Event Coordinator with assistance from team)**
   a. Are all buyers in system paid in full
   b. Have guest been added?
   c. Do your manual numbers match the DEV numbers?
   d. Download non-attendees and email to ▮▮▮▮▮
      ▮▮▮▮▮▮▮▮▮▮▮▮▮ Brad Schneider, David Highbloom and Dee Colwell
   e. Email non-attendees "Take 90 minutes" email.

3. **Event Coordinator completes Event Synopsis Report and sends emails. A Final Report will be sent out after last event with totals.**
   Michael Sexton, David Highbloom, Dee Colwell, Steve Matejek, Brad Schneider, Josef Katz, Paul Quintal and team members.

4. **Event Coordinator will schedule Post Conference calls to be scheduled by Wednesday following event. (see Appendix )**

## Part 7: Refunds

Team has 5 Days to Save the Sale. Event Coordinator is responsible for communicating status to TU.

1. Cancellation request are sent to Event Coordinator.
2. Event Coordinator will set up a meeting time in outlook on day 5 to include team members, Dee, Brad, Lilly H and Steve Matejek. A meeting will not take place. This will be a reminder the student needs to be refunded if TU has not received other instructions from team.
3. Event Coordinator will send to appropriate Team Member who sold student and cc: all team members, Dee Colwell, Brad Schneider.

## FULFILLMENT ITINERARIES

Itineraries be set up and sent to team 1 week prior to event. Cc: Director and VP. (Dee Colwell and David Highbloom) (See Appendix C)

CONFIDENTIAL

TU 130405

## FULFILLMENT LOGISTICS AND EQUIPMENT

### Fulfillment Team Logistics:

- Program Coordinator will meet with hotel contact the night prior to the event to review contract and room set up and adjust accordingly.
- Plan to meet with all Team Members the night prior to the Preview.
- Arrive at your meeting room min 2 hours prior to training.
- Hotel responsible for the basic set up. The TU Program Coordinator will communicate any additional needs to the hotel staff via checklist and room diagram.
- All team members must be professionally dressed. Attire must always be neat, ironed and professional. Name badges must be worn.
- No cell phones during the Training. Event and Sales Coordinators must be in room or conducting consultations during training.
- Team Members are responsible for learning all parts of the Fulfillment set up process.

### Fulfillment Equipment:

*Audio Visual:*

> Microphone
> LCD Projector
> Mixer
> Laptops
> MP3 Recorder
> Remote control pointer

*Event Paperwork:*

> Premium Enrollment Forms
> Terms and Conditions Forms
> Fulfillment Kit:
>     i.   Folder
>     ii.  Welcome Letter
>     iii.  Q&A Sheet
>     iv.  Quick Turn Sheet
>     v.   Wealth Management Sheet (Asset Protection)
>     vi.  Commercial Real Estate Sheet
>     vii.  Advanced Trainings Sheet

*Event Supplies:*

> Table Banners
> Standing Banners
> Directional Signs
> Transparencies and Markers
> Registration Items
>     i.   Pens
>     ii.  Sharpies
>     iii.  Registration Cards
>     iv.  Name Badges and Plastic Holders

CONFIDENTIAL

TU 130406

           v.   Roster
          vi.  Camera

* **Weekly Packing**
  - Individual Event Coordinators are responsible for packing materials and equipment for weekly event.
* **MP3 Recording**
  - Each recording must be emailed to Dee Colwell and David Highbloom directly following event.
  - Must be downloaded on shared server day after event.
  - *IMPORTANT:* All events must be recorded for compliance. Our legal department will periodically review.

## FULFILLMENT EVENT PROCEDURE

1. **Fulfillment Set Up:** Preparing the room and registration area prior to the Training. Utilize diagram.
2. **Registration:** Greeting, handing out materials, namebadges and registering students.
3. **During the Fulfillment:** PC adds names to DEV as the speaker is presenting.
4. **Enrollment and Payment Guidelines**
5. **Fulfillment Close.** Signing them up and closing the sale!
6. **Post Fulfillment:** Breakdown, packing and preparing for the next preview.
7. **Refunds**

### Part 1: Fulfillment Set Up
**Four Parts to the Set up Process:**

* Registration Area.
* Back of Room.
* Front of Room.
* Seating and Atmosphere.

3. **Registration Area** – should always be completed first to alleviate distractions and confusion for early Preview attendee arrivals.
   a. Post all signage, as appropriate.
   b. Iron and place table banner on registration table.
   c. Place registration cards, Roster, Sharpies, and Printed Name badges (alphabetize) on table. Have extra name badges for walk-ins and guests not on roster.
   d. Strategically place directional signs at points of entry.
   e. Place standup banners for additional effect.
   f. Set up music to run in event room during registration.

g. Strategically place handouts if applicable.

4. **Back of Room**
   a. Retrieve all necessary paperwork for Fulfillment from shipped boxes.
   b. Set up computer:
      i. Test wireless connection
      ii. Open and stow boxes out of sight of the students.
      iii. Display materials as indicated by Trump University.
      iv. Be neat! Lack of organization and disorder reflects poorly on Trump University and will directly influence attendee confidence and impacts efficiency.
      v. Place sound in back of room at table.  Test house sound

4. **Front of Room**
   a. Set up all A/V equipment.
   b. Test hotel provided A/V, high speed Internet for Speaker.
   c. Test computer:  software, presentation, sound files.
   d. Confirm projector/screen set up.
   e. Confirm MP3 set up and test for recording.
   f. Set up banners and product display (if applicable).
   g. Adhere to any Speaker preferences and needs.

4. **Seating and Atmosphere** – The buying environment is key to our success! (Confirm diagram)
   a. Seating
      i. Classroom style.
      ii. Comfortable distance from Speaker and other attendees.
      iii. Check for Speaker preference.
   b. Lighting – On Speaker screen washout, varying lighting for introduction.
   c. Sound
      i. Test microphones.
      ii. Test any videos in PowerPoint presentation – sounds should be clear but not overpowering.
   d. No clutter! Main goal is to not let anything be a potential turnoff to a buyer or distract from the presentation.
   e. Water for Speaker (confirm speaker preference)

**Part 2:  Registration (All team member participate as needed.  Roles consist of registering, handing out materials and name badges, directing attendees to seating, building relationship with students.**

**Registration Area:** Building rapport with students.  Identifying buyers.  Make sure the registration area is neat and organized.

**Signage:** Must be prominent and presentable.

**Greeting Students:**

Welcome students, find common ground, disarm any uncertainties, start relationship building (People buy from whom they trust and respect). Shake hands and focus on the student. *'Hello. Thank you for coming! It is so nice to see you again!'* Begin to profile -- who will most likely be our buyers.

- Ask each student to complete a registration card. At minimum a name and phone number is required.
- Review each card for legibility and completion. If something is missing, ask for it once. Ensure each attendee checks how they heard about us.
- Ask each student to complete a testimonial consent form.
- Confirm student is on roster and paid in full.
- Provide each attendee with a name badge.
- Direct student to get their picture taken a couple of steps away with a TU coordinator.
- Invite students to grab a cup of coffee and confirm start time.
- Accommodate any special requests.

### Part 3: During the Fulfillment. All team members must be in room unless meeting with students.

Activities to take place during the Speakers presentation:

### Event Coordinator Prepares Event Synopsis for Day One. (See Appendix E)

Event Coordinator must email Brad Schneider with no shows by noon on Day One.

**One-on-One Consultations**

- Set up round tables outside for Sales Coordinators to conduct consultations during training. Consultations take place on Day Two and Three. A speaker may ask for Day One consultation. Check for preference.

**Paperwork Preparation**

- Enrollment Forms and Term & Conditions Form for sale.
- Any handout that is applicable for training.
- Prepare packages for sale.

**Inputting attendees in DEV**

- PC will Input all registration cards and confirm accuracy of information in system. (team member will assist when needed)
- Do you have email, phone etc. If items are missing, get with student during break and ask for correct information.

**Observe the Audience**

- Watch for body language and reactions during presentation.
- Determine responsiveness to Speaker's discussion.
- Look for those students you identified during registration and conversations as "most likely to buy" and determine their level of interest.

**Mingling with Students**

- Do not stay behind table before and after training. Get to know the students. This is the time to build relationships and find out about your students goals and expectations. This is

CONFIDENTIAL

TU 130409

the time you will gather information in order to strategically plan your action steps with your team members to reach buyers.

**Surveys**

  * Distribute surveys on Day 3 to all attendees and direct them to return the completed survey to TU Program Coordinator on break.

## Part 4 Enrollment and Payment Guideline (Goal is to a minimum of 75% collection of monies due.

### Down payments

You must collect 25% - 50% down payment from buyers. Clearly write down when payment will be collected on the enrollment form and who will be calling/collecting. Your Event Coordinator will distribute list at end of training to all team members. The Coordinator who sold the student is responsible for collecting payments.

### Pendings

A pending is Contact completed at the training event but zero dollars have been collected.

Contract must be compered and returned to TU office. Team has **10 working days** to collect payment. Once payment is collected, the coordinator will call their TU event coordinator with payment information. After 10 days, the contract will be distributed to our inside sales team.

## Part 5: Fulfillment Close (make sure laptop is set up to run sales)

ASSUME THE SALE!!! After the Speaker completes the sales presentation and invites attendees to purchase package, Team Members will each take speak to students to enroll students and close the sale.

## Part 6: Post Fulfillment

### 1. Complete Paperwork - Takes place during training.

 a. Double check all Enrollment Forms for complete and legible information
 b. Confirm any missing information with attendees prior to leaving.

### 2. Complete DEV Data Input

 a. Are all buyers in system paid in full
 b. Do your manual numbers match the DEV numbers?

### 3. Complete Event Synopsis Report (Appendix E) Workbook and send emails. A Final Report will be sent out after event with totals.

 a. Michael Sexton, David Highbloom, Dee Colwell, Steve Matejek, Brad Schneider, Josef Katz, Paul Quintal, Speaker and Team Members.

### 4. Pendings

 a. Pending Enrollment Forms must be complete.
 b. Confirm who will follow up.
 c. Original copy must be turned into Folder in Event Office on day after event.

### 5. Pack Materials for Shipping

 Day One and Two of Training:

 Pack laptops, projector and MP3 at end of day and take to room.

Trump University 2008

16

CONFIDENTIAL

TU 130410

Ensure room is locked by security and wait to confirm at end of day.
Last Day: FedEx to next event or Global.
Pack all materials the way you found them, or neater.
Team Members are responsible for any equipment left at hotel.

## 6. Surveys

Program coordinator will compile survey analysis from completed surveys and distribute via email to:
Michael Sexton, David Highbloom, Dee Colwell, Steven Matejek, Paul Quintal, Brad Schneider,
Josef Katz, and speaker and sales coordinators for that particular event.

## Part 7: Refunds

Team has 5 Days to Save the Sale. Event Coordinator is responsible for communicating status to TU.

1. Cancellation request are sent to Event Coordinator.
2. Event Coordinator will set up a meeting time in outlook on day 5 to include team members, Dee, Brad, Lilly H and Steve Matejek. A meeting will not take place. This will be a reminder the student needs to be refunded if TU has not received other instructions from team.
3. Event Coordinator will send to appropriate Team Member who sold student and cc: all team members, Dee Colwell, Brad Schneider

CONFIDENTIAL

TU 130411

# Paperwork and Warrantees

## ENROLLMENT FORM

Enrollment Form – Individual completing enrollment form will attend the fulfillment you are selling at that Preview. (See Appendix F)

COLLECT 50% DOWN PAYMENT.  MUST COLLECT MINIMUM 25% DOWNPAYMENT

## WARRANTEES

1. **3-Day Right to Cancel  (Appendix F – located on the back of enrollment form)**
   Required by government for all products and gives the buyer, regardless of product warranty, 3 business days to change their mind and request a refund.  We provide an "extended warranty," which varies by product.  Holidays occurring during the week are not considered business days.
   a. 3 Business Days Parameters:
      i. Monday = Thursday
      ii. Tuesday = Friday
      iii. Wednesday = the following Monday
   b. 3-Day Right to Cancel form MUST be completed and attached to the enrollment form, and the terms of the warranty verbalized to each buyer. (the Speaker might also do so from the front of the room)
      i. Buyer's name must be printed in the space provided.

## TERMS & CONDITIONS

Terms and Conditions – Individual completing terms and conditions acknowledge programs are provided for training and educational purposes only.  All buyers must complete.  (See Appendix G)

## Types of Payments:

1. **Credit Card**
   a. Visa, Amex, Discover and MasterCard.
   b. Processed online at time of purchase.
   c. Following information must be documented on the enrollment form where indicated:
      i. Name on credit card.
      ii. First 6 digits and last 4 digits of account number (do not document entire number)
      iii. Credit Card expiration date.
      iv. V Code" (last three digits on back of credit card, for Amex will appear on front of card above account number).
2. **Check**
   a. Acceptable checks:  personal, business, credit card, brokerage, money market, Canadian, cashier's.
   b. Process for accepting checks:
      i. Must document payer's driver's license number on check.
      ii. Check must be payable to TU
      iii. Ensure check date is today's and is signed.
3. **Cash**
   a. Count cash in front of enrollee and another team member.
   b. Provide a completed cash receipt copy to the enrollee and attach a copy to the Enrollment Form.
   c. Immediately place cash in an envelope with the following:
      i. Inside:  copy of cash receipt.
      ii. On the envelope:  Event code and buyer's name.
   b. Cash is NEVER sent FedEx!  It must be hand delivered to Accounting.
4. **Can accept multiple forms of payment for a single purchase –** for example, multiple credit cards or credit card and check.

CONFIDENTIAL

TU 130412

# Expenses and Travel

### Travel to Previews and Fulfillment Events

All corporate travel will be scheduled by Trump University Travel Coordinator, Brian Hedenberg (bhedenberg@trumpuniversity.com.) Each traveler will be provided a travel itinerary via email. The itinerary contains all airfare information. This itinerary is to be printed and carried with the traveler at all times.

### Booking Airline Travel

All Travel request must be sent via email to Brian Hedenberg (travel@trumpuniversity.com). Brian will begin booking flights upon receiving schedule; therefore, if you have special request, please let Brian know immediately. Travelers are encouraged to send flight specifications and Trump University will book your designated flight following Trump travel cost guidelines. Ideally all travel should be booked no later than 21 days in advance to secure the best possible pricing for airfare and availability of flights. Since there is little flexibility with regards to departure and return dates and times, the more advance purchases will allow for the purchase of flights that fit everyone's needs and the company's budget. Please complete the attached Trump Travel Request Form and submit to Brian.

Trump University will email flight information to the Event Coordinator so that he or she is aware of travel details. Each traveler is responsible to confirm travel arrangements have been scheduled if he or she has not received flight information 2 weeks prior to their event. Email Brian Hedenberg for confirmation.

Current company policy is that any airfare that is under $400 does not require approval. When airfare costs are over $400, the available options and pricing will be submitted via email to the Director of Operations for review and final approval of cost. Company policy does not permit the use of "preferred" airlines carriers unless they fall under the $400 set budget and are no more expensive than the most affordable carrier for that particular trip. Employees and independent contractors may pay for the difference in order to fly on a preferred carrier in certain, limited instances. However, since airfares are good only on the day they are quoted according to airline policies, anyone traveling is responsible to make immediate arrangements for payments in those limited instances.

### Booking Hotel Accommodations

Hotel Sleeping rooms will be booked by Trump University. Confirmation numbers will be sent to the Program Coordinator and included on the weekly itinerary. All hotel rooms will be paid for via "Authorization for Payment" form that will be provided to the front desk and the sales department of each hotel. The hotel will be instructed to pay for hotel overnight room and tax and parking charges ONLY for all company staff and speakers. Any special circumstances that would require the authorization of additional items to be placed on the corporate card must have Director's approval.

Fulfillment event hotel accommodations will be booked at the event location for the entire stay. Preview events will be booked according to the following parameters. The staff and speaker will stay two nights in the first event location and the final nights at the last hotel.

CONFIDENTIAL

TU 130413

## Booking Rental Cars

Rental cars will be reserved by the designated Trump University Representative. Rental cars cannot be paid for with an "Authorization for Payment" due to car rental company policies. Program Coordinators will book the car rental through the use of a corporate direct bill account. All rental cars must be returned full of gas. The car driver is responsible to requesting any special needs upon pick up of the vehicle.

## Travel Profiles

Travel Profiles are required for all company staff and independent contractors that must travel as part of their attendance at company events or company meetings. Trump University will use this profile to book travel. We will not include hotel membership accounts in the travel itinerary nor will credit be given for overnight accommodations when onsite according to company policy.

Company policy does not permit speakers and/or road crew to make changes to travel that has already been purchased and approved without the prior permission of the Travel coordinator.

The Program Coordinator is responsible for securing copies of all overnight accommodation invoices and rental car receipts. The Program Coordinator is also responsible for obtaining a copy of each day's BEO's and signing off on the daily charges.

## Contact Information

Trump University :                          Monday thru Friday 9pm to 6pm (EST)
Travel  Coordinator:                        Brian Hedenberg  travel@trumpuniversity.com
Brian's Direct Number:
After Hour Emergency Number:    ███████████

## Airline Information

| | | Web check-in | |
|---|---|---|---|
| AirTran | www.airtran.com | Y | 800-247-8726 |
| A Plus Rewards | | | 888-327-5878 |
| Alaskan Airlines | www.alaskaair.com | Y | 800-252-7522 |
| Mileage Plan | | | 800-622-2680 |
| America West | www.americawest.com | Y | 800-327-7810 |
| Flight Fund | | | 800-247-5691 |
| American Airlines | www.aa.com | Y | 800-433-7300 |
| AAdvantage | | | 800-882-8880 |
| ATA | www.ata.com | Y | 800-435-9282 |
| British Airways | www.british-airways.com | Y | 800-247-9297 |
| Continental Airlines | www.continental.com | Y | 800-523-3273 |
| One Pass | | | 713-952-1630 |
| Delta Airlines | www.delta.com | Y | 800-221-1212 |
| Sky Miles | | | 800-323-2323 |
| Medallion | | | 800-325-6330 |
| Frontier Airlines | www.frontierairlines.com | Y | 800-432-1359 |
| Early Returns | | | 800-263-2759 |
| JetBlue | www.jetblue.com | Y | 800-538-2583 |
| TrueBlue | www.jetblue.com/trueblue | | |
| Northwest Airlines | www.nwa.com | Y | 800-225-2525 |
| World Perks | | | 800-447-3757 |

CONFIDENTIAL

TU 130414

| | | | |
|---|---|---|---|
| Song | www.flysong.com | Y | 800-359-7664 |
| Southwest Airlines | www.southwest.com | Y | 800-435-9792 |
|     Rapid Rewards | | | 800-445-5764 |
| Spirit Airlines | www.spiritair.com | Y | 800-772-7117 |
|     Spirit Plus | | | 888-435-9722 |
| Thomas Cook | www.thomascook.us | N | 800-524-6975 |
|     Miles & More | | | 800-581-6400 |
| United Airlines | www.ual.com | Y | 800-864-8331 |
|     Mileage Plus | | | 800-421-4655 |
| Ted | www.flyted.com | Y | 800-225-5833 |
|     TedClub | | | 800-421-4655 |
| US Airways | www.usairways.com | | 800-428-4322 |
|     Dividend Miles | | | 336-661-8390 |
| Virgin Atlantic Airways | www.virgin-atlantic.com | Y | 800-862-8621 |
|     Flying Club | | | 800-365-9500 |



## QUICK TIPS FOR AIRLINE PASSENGERS/PACKING REQUIREMENTS

**Passengers may bring to the checkpoint:**
- Travel-size toiletries (3 ounces or less) that fit comfortably in ONE quart-size, clear plastic, zip-top bag.
- Prescription liquid medications, baby formula and diabetic glucose treatments in excess of 3 ounces if these items are declared to Transportation Security Officers at the security checkpoint.

**And beyond the checkpoint:**
- Beverages and other items purchased in the secure boarding area may be brought onto the aircraft.

CONFIDENTIAL

TU 130415

# Media Inquiry Guidelines

**OBJECTIVE: To provide specific guidelines and processes to handle media inquiries.**

If you are approached by a reporter (at a preview):
1. Politely inform the reporter that you are not an authorized media spokesperson. Ask for the reporter's name, media organization, phone number and deadline.
   a. Pull their registration card (preview only) and write "Media Contact" on the top.
   b. Immediately email Michael Sexton, David Highbloom and Dee Colwell media information including name, media affiliation and number.
2. Give Registration Card to Michael Sexton upon arrival to the office.
3. Refer the reporter to one of our authorized media spokesperson by giving them the appropriate media contact information and forward the reporter's information to the appropriate media agency via email as soon as possible. In addition copy Michael Sexton (msexton@trumpuniversity.com) and your manager.
4. If they persist, say "I'm sorry all of your questions can be addressed by our authorized spokesperson."
5. Immediately pull the related preview card and identify with notes if already entered into the database.

**ALL MEDIA INQUIRIES SHOULD BE REFERRED TO:**

**Jim Dowd**
The Dowd Agency
444 Park Avenue South
New York, NY 10016
Ph:
Fx:
http://www.dowdagency.com/

**TIPS:**

> ➤ You don't have to deliver what the reporter wants.
> ➤ Once reporters are present it no longer matters why they are there.
> ➤ Expect to be scrutinized.
> ➤ Reporters are rarely on your side and they are not sympathetic.
> ➤ Never assume the conversation is off the record.
> ➤ **A Trump University Associate or TU Independent Contractor is not at liberty to answer any questions from a reporter. The reporter should be referred to the proper media spokesperson.**
> ➤ **No matter how much confidence you have in Trump University, you should not say anything.**
> ➤ Reporters use hidden cameras, placing them at odd angles in order to show a candid response, and the interviewee appears nervous and / or caught off guard.
> ➤ You can only control what you are capable of controlling.
> ➤ Remember, courtesy gets you a long way.

CONFIDENTIAL

TU 130416

PROPERTY RIGHTS:
- Use property rights as leverage.
- Trump University leases a portion of the hotel's private property; therefore, Trump University controls that space.
- TrumpUniversity reserves the right to disallow video or audio recording during any event. It is Trump University's policy.
- A Trump University Associate or Independent Contractor does not have the right to take or hold a reporter's private property.
- If a problem arises, immediately contact the appropriate media spokesperson and / or Michael Sexton.
- Notify the hotel manager if the reporter insists on entering the facility.
- The hotel has the right to ask a reporter to leave the premises.
- Hotel staff should escort reporters to the exit, not a Trump University Associate or Independent Contractor.

DISTRICT ATTORNEY:
- If a district attorney arrives on the scene, contact the appropriate media spokesperson and Michael Sexton immediately.
- By law, you do not have to show them any personal information unless they present a warrant; however, you are expected to be courteous.

PHONE CALLS:
- If you are unsure if the caller is a reporter, make sure to ask specific questions regarding the location of the preview or fulfillment, the trainers name and the names of the Event Coordinators and Sales Coordinators.
- If it becomes difficult to end the phone conversation, say you are late for a meeting and take down the reporter's information. Immediately pass the information on to the appropriate media spokesperson.

CONFIDENTIAL

TU 130417

# Compliance Rules

## TRUMP UNIVERSITY SPEAKER AND ROAD CREW COMPLIANCE RULES
### Revised December 19, 2007

* All personal stories used by Speakers must be documented with closing statements or other proof in advance of use.

* Testimonials from other courses or programs are not interchangeable and cannot be used to imply the success or value of the TU foreclosure course. This is an obvious violation of the FTC Act.

* All testimonials must be from TU and have documentary proof

* All testimonials must be accurately portrayed and not misstated

* Pricing of courses must be accurately stated and price drops must be approved in advance.

* Shortage closes are prohibited. You cannot say that there are only 17 spots left or the like. Use a shortage and be fined, fired or both.

* No express or implied earnings claims or guarantees. No exceptions

CONFIDENTIAL

TU 130418