# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| ART COHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br>v.<br><br>DONALD J. TRUMP,<br><br>            Defendant. | CASE NO. 13-cv-2519-GPC-WVG<br>Related Case: 10-cv-0940-GPC-WVG<br><br>**SUPPLEMENTAL ORDER RE: SEALING ORDER** |
|---|---|

   On May 27, 2016, the Court granted motion of non-party press organization for limited purpose intervention and ordered the unsealing of court records. (ECF No. 211.) The order mistakenly unsealed Exhibits 14-16 to the Forge Declaration and Exhibits 2, 25, 26, and 33 to the Stagg Declaration. These records have been resealed and the Court ORDERS that Plaintiff shall file redacted versions of Exhibits 14-16 to the Forge Declaration and, and Defendant shall file redacted versions of Exhibits 2, 25, 26, and 33 to the Stagg Declaration on or before **June 2, 2016**. The Court also unseals

/ / / /

/ / / /

/ / / /

/ / / /

1  Exhibit 24 to the Forge Declaration as the parties agreed to unseal that document.
2  (Dkt. No. 199 at 8.)
3       IT IS SO ORDERED.
4
5  DATED: May 31, 2016

HON. GONZALO P. CURIEL
United States District Judge