# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE   Hon. Gonzalo P. Curiel

| FROM: T. Hernandez, Deputy Clerk | RECEIVED DATE: June 1, 2016 |
|---|---|
| CASE NO. 13cv2519-GPC-WVG | DOC FILED BY: Anibal Silva |
| CASE TITLE: Cohen v. Trump | |
| DOCUMENT ENTITLED: Notice to the Court of Contemptuous Statements | |

Upon the submission of the attached document(s), the following discrepancies are noted:

OTHER: ex parte communication; not a proper party to this action.

Date Forwarded: **June 2, 2016**

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☐ | The document is to be filed nunc pro tunc to date received. |
| ☒ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.   Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: June 2, 2016     CHAMBERS OF: Hon. Gonzalo P. Curiel

cc: All Parties     By: *Gonzalo Curiel* (signature)