DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
DAVID L. KIRMAN (S.B. #235175)
dkirman@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

JILL A. MARTIN (S.B. #245626)
jmartin@trumpmational.com
TRUMP NATIONAL GOLF CLUB
One Trump National Drive
Rancho Palos Verdes, CA 90275
Telephone: (310) 202-3225
Facsimile: (310) 265-5522

Attorneys for Defendant

DONALD J. TRUMP

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART COHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP,<br><br>Defendant. | Case No. 13-CV-2519-GPC(WVG)<br><br>**CLASS ACTION**<br><br>**NOTICE RE EXHIBIT ATTACHMENT** |

1  Defendant Donald J. Trump ("Defendant") attaches hereto a replacement
2  Exhibit 11 to the declaration filed in support of Defendant's Motion for Summary
3  Judgment.  *See* Dkt. 180-4.

Dated:  June 7, 2016

O'MELVENY & MYERS LLP
DANIEL M. PETROCELLI
DAVID L. KIRMAN

By:   /s/Daniel M. Petrocelli

Attorneys for Defendant
DONALD J. TRUMP

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2016, I caused the foregoing to be electronically filed with the clerk of the court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 7, 2016, at Los Angeles, California

/s/Daniel M. Petrocelli
DANIEL M. PETROCELLI