# ATTACHMENT A

*Cohen v. Trump*,
No. 3:13-cv-2519-GPC WVG

**Amended Index of Video Submissions Lodged with the Court in Support of Plaintiff's Response in Opposition to Defendant Donald J. Trump's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment**

## I. EXHIBIT D[1] TO THE FORGE DECLARATION

| Deposition Cite | Video Clip |
|---|---|
| **Video Excerpts from December 10, 2015 Deposition Transcript of Donald J. Trump** ||
| Page 42:06 to 42:15 | DJT VOL2 CLIP01.mpg |
| Page 100:14 to 111:20 | DJT VOL2 CLIP02.mpg |
| Page 117:03 to 117:04 | DJT VOL2 CLIP03.mpg |
| Page 118:14 to 119:13 | DJT VOL2 CLIP04.mpg |
| Page 120:19 to 120:25 | DJT VOL2 CLIP05.mpg |
| Page 122:11 to 122:21 | DJT VOL2 CLIP06.mpg |
| Page 124:12 to 125:05 | DJT VOL2 CLIP07.mpg |
| Page 135:02 to 135:04 | DJT VOL2 CLIP08.mpg |
| Page 135:15 to 136:06 | DJT VOL2 CLIP09.mpg |
| Page 137:24 to 139:04 | DJT VOL2 CLIP10.mpg |
| Page 140:10 to 140:15 | DJT VOL2 CLIP11.mpg |
| Page 149:20 to 150:09 | DJT VOL2 CLIP12.mpg |
| Page 163:08 to 164:23 | DJT VOL2 CLIP13.mpg |
| Page 205:12 to 205:17 | DJT VOL2 CLIP14.mpg |
| Page 206:14 to 207:02 | DJT VOL2 CLIP15.mpg |
| Page 207:04 to 207:12 | DJT VOL2 CLIP16.mpg |

---

[1] **Exhibit D** to the Declaration of Jason A. Forge in Support of Plaintiff's Response in Opposition to Defendant Donald J. Trump's Motion for Summary Judgment, or, in the Alternative, Partial Summary Judgment ("Forge Declaration"), filed on June 3, 2016 (*see* Dkt. 220-1, Ex. D), refers to the relevant excerpts of the transcripts of the videotaped depositions of Donald J. Trump taken on December 10, 2015, and January 21, 2016.

| **Deposition Cite** | **Video Clip** |
|---|---|
| Page 210:21 to 211:01 | DJT VOL2 CLIP17.mpg |
| Page 228:19 to 228:24 | DJT VOL2 CLIP18.mpg |
| Page 234:24 to 235:06 | DJT VOL2 CLIP19.mpg |
| Page 235:07 to 235:17 | DJT VOL2 CLIP20.mpg |
| Page 240:10 to 240:23 | DJT VOL2 CLIP21.mpg |
| Page 247:24 to 249:05 | DJT VOL2 CLIP22.mpg |
| Page 250:08 to 253:07 | DJT VOL2 CLIP23.mpg |
| Page 273:03 to 277:25 | DJT VOL2 CLIP24.mpg |
| Page 279:18 to 280:16 | DJT VOL2 CLIP25.mpg |
| Page 280:24 to 281:17 | DJT VOL2 CLIP26.mpg |
| Page 300:03 to 300:25 | DJT VOL2 CLIP27.mpg |
| Page 312:08 to 313:16 | DJT VOL2 CLIP28.mpg |
| Page 316:03 to 316:11 | DJT VOL2 CLIP29.mpg |
| Page 317:07 to 317:14 | DJT VOL2 CLIP30.mpg |
| Page 320:14 to 320:18 | DJT VOL2 CLIP31.mpg |
| Page 329:04 to 333:10 | DJT VOL2 CLIP32.mpg |
| **Video Excerpts from January 21, 2016 Deposition Transcript of Donald J. Trump** | |
| Page 377:22 to 379:08 | DJT VOL3 CLIP01.mpg |
| Page 379:09 to 380:13 | DJT VOL3 CLIP02.mpg |
| Page 386:01 to 387:06 | DJT VOL3 CLIP03.mpg |
| Page 387:22 to 388:09 | DJT VOL3 CLIP04.mpg |
| Page 391:17 to 392:07 | DJT VOL3 CLIP05.mpg |
| Page 407:04 to 407:08 | DJT VOL3 CLIP06.mpg |
| Page 412:24 to 415:12 | DJT VOL3 CLIP07.mpg |
| Page 425:02 to 427:05 | DJT VOL3 CLIP08.mpg |
| Page 429:22 to 430:07 | DJT VOL3 CLIP09.mpg |
| Page 432:11 to 437:19 | DJT VOL3 CLIP10.mpg |
| Page 444:17 to 445:11 | DJT VOL3 CLIP11.mpg |
| Page 452:18 to 454:11 | DJT VOL3 CLIP12.mpg |

1154228_1

| Deposition Cite | Video Clip |
|---|---|
| Page 454:23 to 471:04 | DJT VOL3 CLIP13.mpg |
| Page 471:14 to 472:06 | DJT VOL3 CLIP14.mpg |
| Page 476:16 to 478:13 | DJT VOL3 CLIP15.mpg |
| Page 478:22 to 479:19 | DJT VOL3 CLIP16.mpg |

## II.  EXHIBITS L AND M[2] TO THE FORGE DECLARATION

| Description | Video Clip |
|---|---|
| Ex. L: Main Promotional Video | 01_L_TU-PLTF02441.wmv |
| E.x M: DJT Tr. Ex. 479 (James Harris YouTube video) | 01_M_WEBAFORCE 5k Wholesale flips No Money No Credit No Loan Real Estate_20131114.wmv |

---

[2]  *See* Dkt. 220-1, Exs. L-M.

4

1154228_1