**DAVIS WRIGHT TREMAINE LLP**
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

KELLI L. SAGER (State Bar No. 120162)
 kellisager@dwt.com
ALONZO WICKERS IV (State Bar No. 169454)
 alonzowickers@dwt.com
DAN LAIDMAN (State Bar No. 274482)
 danlaidman@dwt.com
DIANA PALACIOS (State Bar No. 290923)
 dianapalacios@dwt.com

Attorneys for Media Intervenors
CABLE NEWS NETWORK, INC. ("CNN");
CBS BROADCASTING INC.; CBS
INTERACTIVE INC.; TRIBUNE PUBLISHING
COMPANY; NBCUNIVERSAL MEDIA, LLC;
ABC, INC.; THE NEW YORK TIMES
COMPANY; and WP COMPANY LLC D/B/A
THE WASHINGTON POST

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART COHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD J. TRUMP,<br><br>Defendant. | Case No. **3:13-cv-02519-GPC-WVG**<br><br>**DECLARATION OF DIANA PALACIOS IN SUPPORT OF MOTION OF MEDIA INTERVENORS TO INTERVENE AND FOR AN ORDER MODIFYING STIPULATED PROTECTIVE ORDER; EXHIBITS A-E.**<br><br>Judge:  Hon. Gonzalo P. Curiel<br>Date:  June 30, 2016<br>Courtroom: 2D<br>Time:  1:30 p.m.<br><br>[Notice of Motion and Memorandum of Points and Authorities Filed Concurrently] |

# DECLARATION OF DIANA PALACIOS

I, Diana Palacios, declare and state as follows:

1. I am an attorney admitted to practice before all the courts of the State of California and before this Court. I am an associate in the law firm of Davis Wright Tremaine LLP ("DWT"), and I am one of the attorneys representing the Media Intervenors, Cable News Network, Inc. ("CNN"); CBS Broadcasting Inc.; CBS Interactive Inc.; Tribune Publishing Company; NBCUniversal Media, LLC; ABC, Inc.; The New York Times Company; and WP Company LLC d/b/a The Washington Post (collectively "Media Intervenors") in this matter. The matters stated below are true of my own personal knowledge except those matters stated on information and belief, which I believe to be true.

2. Attached as **Exhibit A** are true and correct copies of news articles about Defendant Donald J. Trump's business record and qualifications to be president. I downloaded these items from the Internet at the addresses indicated on May 2, 2016:

   a) Jeremy Diamond, "Donald Trump jumps in: The Donald's latest White House run is officially on," CNN (June 17, 2015), available at http://www.cnn.com/2015/06/16/politics/donald-trump-2016-announcement-elections/index.html.

   b) Eric Bradner and Catherine Treys, "Romney implores: Bring down Trump," CNN (March 3, 2016), available at http://www.cnn.com/2016/03/03/politics/mitt-romney-presidential-race-speech/.

   c) Josh Hafner, "Trump doesn't own most of the 'Trump' products he bragged about this week," USA Today (March 9, 2016), available at http://www.usatoday.com/story/news/politics/onpolitics/2016/03/09/trump-wines-steak-magazine/81541132/.

3. Attached as **Exhibit B** are true and correct copies of news articles about Trump University, this litigation, and the Trump Depositions. I downloaded these items from the Internet at the addresses indicated on April 27, 2016:

   a) Julianna Goldman and Laura Strickler, "Documents reveal what Trump actually said about his university," CBS News (March 7, 2016), available at http://www.cbsnews.com/news/elections-2016-donald-trump-university-lawsuits-court-documents-instructors/.

   b) Chris Isidore, "What Donald Trump said under oath about Trump Universities," CNNMoney (March 4, 2016), available at http://money.cnn.com/2016/03/04/news/companies/trump-university-donald-trump-under-oath/index.html.

   c) Kristina Davis, "Woman wants out of lawsuit against Trump University, but Trump's lawyers say no," The Los Angeles Times (March 27, 2016), available at http://www.latimes.com/local/education/la-me-trump-university-20160312-story.html.

   d) Michael Barbaro and Steve Eder, "At Trump University, Students Recall Pressure to Give Positive Reviews," The New York Times (March 11, 2016), available at http://www.nytimes.com/2016/03/12/us/politics/donald-trump-trump-university.html.

   e) Tom Hamburger, Rosalind S. Helderman & Alice Crites, "What Trump said under oath about the Trump University fraud claims — just weeks ago," The Washington Post (Mar. 3, 2016), https://www.washingtonpost.com/news/post-politics/wp/2016/03/03/what-trump-said-under-oath-about-the-trump-university-fraud-claims-just-weeks-ago/.

4. Attached as **Exhibit C** are true and correct copies of news articles about Trump University. I downloaded these items from the Internet at the addresses indicated on April 27, 2016:

  a) Ian Shapira, "In Downturn, Aspiring Moguls Turn to Trump U. for Wisdom," The Washington Post (Sept. 26, 2009), http://www.washingtonpost.com/wp-dyn/content/article/2009/09/25/AR2009092502307.html.

  b) Michael Barbaro, "New York Attorney General Is Investigating Trump's For Profit School," The New York Times (May 19, 2011), available at http://www.nytimes.com/2011/05/20/nyregion/trumps-for-profit-school-said-to-be-under-investigation.html.

  c) Julianna Goldman and Laura Strickler, "For some, 'big time net loss' after attending Trump University," CBS News, (Sept. 24, 2015), available at http://www.cbsnews.com/news/trump-university-investigation-unresolved-lawsuits/.

5. Attached as **Exhibit D** are true and correct copies of news articles about Defendant defending Trump University, which I downloaded from the Internet at the address indicated on April 27, 2016:

  a. Eugene Scott, "Trump defends Trump University, says students loved it," CNN (March 3, 2016), available at http://www.cnn.com/2016/03/03/politics/donald-trump-university-ads-lawsuit/index.html.

  b. Chris Isidore, "Woman who sued Trump University wants out of case," CNNMoney (March 11, 2016), available at http://money.cnn.com/2016/03/11/news/companies/trump-university-donald-trump-tarla-makaeff/index.html /.

3

6. Attached as **Exhibit E** are true and correct copies of the following articles, which I downloaded from the Internet at the address indicated on May 30, 2016 and June 8, 2016:

    a. Tom Hamburger, "Judge bashed by Trump orders release of company records," The Washington Post (May 28, 2016), available at https://www.washingtonpost.com/politics/judge-orders-release-of-internal-trump-university-documents/2016/05/28/2e960e5e-24f9-11e6-8690-f14ca9de2972_story.html.

    b. Jeanne Sahadi and Karen McGowan, "Donald Trump still battling lawsuits from defunct Trump University," CNNMoney (July 24, 2015), available at http://money.cnn.com/2015/07/24/news/donald-trump-university-lawsuit/.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 10th day of June 2016, at Los Angeles, California.

                                        /s/ Diana Palacios
                                        Diana Palacios