# EXHIBIT A

# Donald Trump jumps in: The Donald's latest White House run is officially on

By Jeremy Diamond, CNN
Updated 11:07 AM ET, Wed June 17, 2015

*Donald Trump will appear on "State of the Union with Jake Tapper" this Sunday at 9 a.m. EDT.*

**New York (CNN)** — Donald Trump finally took the plunge.

The real estate mogul and TV reality star launched his presidential campaign Tuesday, ending more than two decades of persistent flirtation with the idea of running for the Oval Office.

"So, ladies and gentlemen, I am officially running for president of the United States, and we are going to make our country great again," Trump told the crowd in a lengthy and meandering 45-minute speech that hit on his signature issues like currency manipulation from China and job creation, while also taking shots at the president and his competitors on the Republican side.

"Sadly the American dream is dead," Trump said at the end of his speech. "But if I get elected president I will bring it back bigger and better and stronger than ever before."



**21 photos:** Donald Trump in the public eye



**Related Video:** Donald Trump's best lines during his 2016 speech 02:11

Just over four years after he came closer than ever to launching a campaign before bowing out, Trump made his announcement at the lavish Trump Tower on Fifth Avenue in New York, laying out a vision to match his incoming campaign slogan, "Make America Great Again."

The 68-story tower venue Trump used Tuesday was more than just the backdrop to Trump's presidential announcement, instead becoming a physical embodiment of what Trump is bringing to the table and the challenges he'll face as he formally enters politics: it's both a sign of his overwhelming success in business and, as the site of the famous "Apprentice" boardroom, a symbol of the reality TV label he'll struggle to shake off.

The Tower, also home to "The Apprentice" television shows, crystallized the challenge Trump faces as he looks to win over voters.

Many Americans now view him primarily as a reality TV star after 14 seasons of his "Apprentice" series, and his numerous flirtations with a presidential run -- first in 1987, then 1999 and again in 2004, 2008 and most recently in 2011 -- have left voters eye-rolling as he prompted yet another round of will-he or won't-he speculation.

Trump has already billed himself as the "most successful person ever to run for the presidency, by far," pointing out even that he owns a "Gucci store that's worth more than Romney."

That Gucci store wasn't far as Trump made his announcement -- it's located in the lobby of the Trump Tower.

But Trump showed Tuesday that he won't shy away from the out-of-reach luxury and opulence that makes up his day-to-day lifestyle.

Instead, he flaunted his wealth and success in business as a centerpiece of his presidential platform, and he began that officially on Tuesday, trumpeting his whopping $8.7 billion net worth during his announcement speech. Trump's net worth was previously estimated at roughly $4 billion.

"That's the kind of thinking our country needs," Trump said after reading off his net worth, to the thousandth dollar.

He pointed out that his wealth and successful business career not only qualified him to be president -- "I will be the greatest jobs president that God ever created." -- but that it would allow him to rid himself of the special interests that he said control American politics.

That's because the billionaire said he would self-fund his presidential campaign, not only ridding himself of some outside influences, but also freeing up more time to campaign as candidates can often spend about half their time raising funds to keep their campaign coffers from depleting.

"I'm really rich," Trump said, adding that his confident attitude is what the country needs after having "losers" run the country.

Trump's press aide released a one-page summary of his assets and liabilities on Tuesday and Trump pledged to release the full financial disclosure, including income tax returns, required by the Federal Election Commission before the first debate.

Trump's wealth and results-driven success is business is part of what he hopes will be his appeal to voters as he looks to set himself apart from career politicians.

"I've watched the politicians, I've dealt with them all my life," Trump said. "They will never make America great again. They don't even have a chance."

It's his confidence that business associates say has made him the successful mogul he is today.

"He has the guts and the balls," said Roberto Bezjon, a Trump Organization board member and owner of a high-end New York hair salon located in a Trump building. "He's a straight shooter."

Supporters gathered for the announcement had the same impression. Many of them were either several-time supporters of Trump's past flirtations with elected office or small business owners in New York who said they were confident Trump would be a boon for the economy.

Supporters donning "Make America Great Again" T-shirts -- several of them boisterous and interjecting loudly in the middle of Trump's speech -- shuffled up golden elevators to watch from two stories up.

Outside, campaign volunteers flagged down pedestrians to hand them the campaign T-shirts and invite them inside for the announcement.

The spectators got a flavor for the type of candidate Trump plans to become -- one who shoots from the hip and doesn't care for a script -- and the ideas he'll promote.

Trump called for everything from new infrastructure ("We're becoming a third world country!") to erecting a massive fence on the border with Mexico -- which he said he would have Mexico pay for -- to the need for a thorough plan to defeat ISIS.

And the man himself was always at the center of Trump's ideas:

Exhibit A; 1 of 12

"No one would be tougher on ISIS than Trump," he said, referring to himself in the third person.

"We need a truly great leader," he said earlier, before pointing several times to his skills as a negotiator.



**6 photos:** Who's running for president?

But it's not clear whether Americans are ready yet to give Trump a chance to become that leader.

In recent polls, more than half of Republicans said they had a negative view of him -- a tough spot to start a campaign.

He and his aides remain confident, though, that voters will take Trump seriously after he has now made his intentions clear and announces he's running.

"We can change that dynamic in 15 seconds by Mr. Trump sending out a press release saying he's running for president," Trump's top political adviser Corey Lewandowski said before the speech. "Mr. Trump's single biggest detriment is that people don't think he's going to run."

But over the past several months, Trump has ramped up his political activity, making key staff hires in the early states of Iowa, New Hampshire and South Carolina -- including the political strategist who drove former Sen. Rick Santorum to a surprise victory in the Iowa caucus in 2012.

And even as he becomes the 12th candidate to throw his hat into a ring that will become even more crowded before the first televised debate in August, Trump could find himself grinning on Fox News along with the rest of the top 10 candidates who made the cut.

Fox is limiting participation in the first debate to the top 10 GOP contenders based on national polling, and Trump is just on the edge based on the latest polls.

He tied for 10th place with 3% in the latest CNN/ORC poll earlier this month and earned 4% in both the most recent Fox News and Washington Post/ABC News polls -- coming in 10th and tied for ninth, respectively.

That puts Trump right in line with would-be-rivals like Santorum, New Jersey Gov. Chris Christie and former New York Gov. George Pataki -- and above hopefuls like Sen. Lindsey Graham of South Carolina and Louisiana Gov. Bobby Jindal.

Trump will look to escape that grouping as he challenges conventional political notions of nominating a presidential candidate who's held elected office, instead calling for an end to the politics he says are heavy on talk and light on action.

Trump is no stranger to either, though.

He famously fanned the flames of the "birther" movement and today takes credit for President Barack Obama's decision to release his birth certificate -- which Trump said this year at CPAC hasn't completely quelled his concerns.

And he won't mince words when it comes to his GOP foes, either. And he may take the opportunity to draw a contrast with former Florida Gov. Jeb Bush, who formally announced his candidacy just a day before Trump's announcement.

Trump said earlier this year in Iowa: "The last thing we need is another Bush."

Follow @CNNpolitics

*CNN's Sophie Tatum contributed to this report.*



NASA maps Zika's potential spread in U.S.

 Fort Bragg soldier charged with rape of fellow soldier

 Demonstrators storm California GOP convention to protest Trump

 Trump: An Indiana win will seal nomination

Exhibit A; 2 of 12

**2016 ELECTION**

# Romney implores: Bring down Trump

By Eric Bradner and Catherine Treyz, CNN

Updated 4:40 PM ET, Thu March 3, 2016

**Story highlights**

The 2012 Republican nominee spoke at 11:30 a.m. ET on Thursday at the University of Utah's Hinckley Institute of Politics Forum

Mitt Romney has stepped up his criticism of Donald Trump in recent days

**(CNN)** — Mitt Romney delivered a sweeping broadside against Donald Trump on Thursday, laying into the Republican presidential front-runner with a sharper attack than any of the party's 2016 contenders have made against the billionaire business mogul.

"Here's what I know: Donald Trump is a phony, a fraud," Romney said. "His promises are as worthless as a degree from Trump University. He's playing members of the American public for suckers: He gets a free ride to the White House, and all we get is a lousy hat."

Romney said that "dishonesty is Donald Trump's hallmark," pointing to his "bullying, the greed, the showing off, the misogyny, the absurd third-grade theatrics."

There's irony in Romney's speech: Just four years ago, he courted Trump's endorsement -- even after Trump had led the "birther" controversy against President Barack Obama, insisting that Obama release his birth certificate to prove he is an American citizen.

## Trump returns fire

Trump hit back by mocking Romney's 2012 loss at a campaign rally in Portland, Maine -- pointing to Romney's efforts to secure Trump's endorsement.

"He was begging for my endorsement. I could have said, 'Mitt, drop to your knees' -- he would have dropped to his knees," he said.

He said of 2012: "That was a race, I have to say, folks, that should have been won ... I don't know what happened to him. He disappeared. He disappeared. And I wasn't happy about it, I'll be honest, because I am not a fan of Barack Obama, because I backed Mitt Romney -- I backed Mitt Romney. You can see how loyal he is."

He said Romney thought about running again in 2016, but "chickened out."

READ: Trump: Romney 'would have dropped to his knees' for my endorsement

Romney tweeted after his own speech but before Trump's that had the New York businessman made similar statements about the KKK and others in 2012, he would not have accepted the endorsement.

"If Trump had said 4 years ago the things he says today about the KKK, Muslims, Mexicans, disabled, I would NOT have accepted his endorsement."

Exhibit A;  3 of 12



**Mitt Romney**
@MittRomney

Follow

If Trump had said 4 years ago the things he says today about the KKK, Muslims, Mexicans, disabled, I would NOT have accepted his endorsement

11:13 AM - 3 Mar 2016

18,482    31,366

## Cruz, Kasich and Rubio

But now Romney, the 2012 GOP nominee, is attempting to play the role of party elder during a speech at the University of Utah. He said any of the party's other candidates -- Florida Sen. Marco Rubio, Texas Sen. Ted Cruz and Ohio Gov. John Kasich -- would be suitable choices.

He also amplified the stakes of the election, arguing that a Hillary Clinton presidency would be damaging, as well.

The remarkable speech reflected the splintering of the Republican Party, as party leaders and statesmen increasingly rebuke their front-runner.

Romney didn't endorse a candidate -- saying that, due to the party's delegate apportionment process, he'd vote for Rubio in Florida or Kasich in Ohio, if he lived in any of those states, when they vote on March 15.

It was, in effect, an argument for a contested convention, which would come only if Trump couldn't win enough delegates to capture the nomination on the first ballot.



**Romney: Trump's promises are worthless** 01:37

"If the other candidates can find common ground, I believe we can nominate a person who can win the general election and who will represent the values and policies of conservatism," he said.

Trump, meanwhile, is winning over working-class whites and evangelical voters who are angry with Washington's political class -- breaking turnout records in primaries along the way.

READ: Trump to react to Romney at Maine event with LePage

Despite Romney's scathing speech, there are few signs it will dissuade Trump's loyal core of supporters who so far have greeted his most eyebrow-raising antics with swelling support.

# National security threat

Nonetheless, Romney lambasted Trump on foreign policy, casting him as "very, very not-smart" in his comments about allowing ISIS to take out Syria's leadership and for proposing the slaughter of the families of terrorists.

"Mr. Trump is directing our anger for less-than-noble purposes. He creates scapegoats in Muslims and Mexican immigrants. He calls for the use of torture. He calls for the killing of innocent children and family members of terrorists. He cheers assaults on protestors," he said, adding that Trump would trample First Amendment protections.

Romney also said Trump's remarks on CBS' "60 Minutes" on Syria and ISIS "has to go down as the most ridiculous and dangerous idea of the campaign season: Let ISIS take out Assad, he said, and then we can pick up the remnants."

"Think about that: Let the most dangerous terror organization the world has ever known take over a

country? This is recklessness in the extreme," Romney said.

## Trump prebuttal

Even before Romney spoke, Trump kicked off an anti-Romney social media tirade late Wednesday night, posting a Facebook video accusing the former Massachusetts governor of being soft on cornerstone conservative issues, including immigration and abortion.

**Mitt Romney Not Conservative**
Posted by **Donald J. Trump**
1,594,814 Views

Then he knocked Romney on social media Thursday morning ahead of the speech.

The business mogul, who himself has changed positions on abortion, continued hitting Romney and the Republican establishment Thursday morning in a series of tweets.

"I have brought millions of people into the Republican Party, while the Dems are going down. Establishment wants to kill this movement!" Trump tweeted.



**Donald J. Trump**
@realDonaldTrump

Follow

I have brought millions of people into the Republican Party, while the Dems are going down. Establishment wants to kill this movement!

3:30 AM - 3 Mar 2016

7,180    23,841

## McCain mocking

Romney also mocked Trump's failed business ventures, pointing to his airline, his casino bankruptcies and more, and attacked his sexual indiscretions, too.

Nightcap: Ben Carson heads for the exit as Mitt Romney takes aim at Donald Trump | Sign up



**Mitt Romney on Trump: 'A business genius he is not'** 01:49

"There's a dark irony in his boasts of his sexual exploits during the Vietnam war, while at the same time, John McCain, who he has mocked, was in prison being tortured," he said

As soon as Romney wrapped up, McCain, the Arizona senator who was the 2008 GOP nominee, said he agreed.

Exhibit A; 7 of 12

"I share the concerns about Donald Trump that my friend and former Republican nominee, Mitt Romney, described in his speech today. I would also echo the many concerns about Mr. Trump's uninformed and indeed dangerous statements on national security issues that have been raised by 65 Republican defense and foreign policy leaders," McCain said in a statement.

MORE: Conservative national security experts condemn Trump

McCain, citing a letter penned by conservative national security experts published Wednesday night, added, "I want Republican voters to pay close attention to what our party's most respected and knowledgeable leaders and national security experts are saying about Mr. Trump, and to think long and hard about who they want to be our next commander-in-chief and leader of the free world."

## Unprecedented speech

The extraordinary effort by Romney to take down the Republican front-runner comes amid a last-ditch rush among the party's donors and loyalists to stop Trump from capturing the nomination.

After the remarks, Kasich tweeted, "Well said, @MittRomney."





**John Kasich**
@JohnKasich

Follow

Well said, @MittRomney. -John
8:50 AM - 3 Mar 2016

　　　　883　　　1,438

His attack on Trump was an amalgamation of all of the attacks that other candidates and party members have made in recent weeks.

One of his top aides in the 2012 race, Katie Packer, is heading a super PAC that is launching attack ads against Trump. Another super PAC and the hardline conservative Club for Growth are also airing ads critical of Trump.

It could be too late: Trump has already won 10 of the first 15 states to vote, and he has a clear lead

Exhibit A;　8 of 12

nationally over Rubio and Cruz.

Romney cast the coming months' elections as a crucial moment in history, citing Ronald Reagan and saying that this nominating contest is "a time for choosing" -- laying waste along the way to Reagan's fabled "11th Commandment" that Republicans not speak ill of other Republicans.

## Meeting with Ryan

Adding to the intrigue: Romney's 2012 vice presidential running mate House Speaker Paul Ryan had a private dinner with Romney in Salt Lake City Utah last weekend, CNN has learned.

The dinner occurred while Ryan was on a trip out West to help campaign for House candidates, an aide said. But the aide maintained that the speaker only learned last night that Romney was planning to deliver a speech strongly criticizing Trump.

At his weekly press conference that happened at the same time as Romney's blistering attack on Trump, Ryan was asked about any talks he's had with Romney and the 2012 GOP's nominee's message about Trump, but he said he hadn't "seen the content of the speech."

"Mitt Romney is one of our party leaders, and he cares deeply about the future of the Republican party and the country," Ryan said, adding that "Mitt and I are very close friends."



**Romney: Dishonesty is Trump's hallmark** 01:55

## Failed businessman

In his speech, Romney called Trump's policy proposals "flimsy, at best," and said he'd trigger a trade war,

Exhibit A;  9 of 12

drive up the deficit and lead the nation into a recession.

"Even though Donald Trump has offered very few specific economic plans, what he has said is enough to know that he would be very bad for American workers and American families," he said.

"Now I know you say, 'Isn't he a huge business success, and doesn't he know what he's talking about?' No he isn't, and no he doesn't. His bankruptcies have crushed small businesses and their workers. He inherited his business; he didn't create it," Romney said.

Romney also pointed to Trump's exchange about white supremacists with CNN's Jake Tapper last Sunday on "State of the Union" as a general election liability.

"The video of the infamous Tapper-Trump exchange on the Ku Klux Klan will play 100,000 times on cable and who knows how many billion times on social media," he said.



While you were away: Catch up on the weekend's top stories


Carly Fiorina praises Hillary Clinton in 2008 video


Sanders campaign drops lawsuit against DNC over voter database breach


White House Correspondents' Dinner red carpet

Exhibit A;  10 of 12

# Trump doesn't own most of the 'Trump' products he bragged about this week

**Josh Hafner (http://www.usatoday.com/staff/10046646/josh-hafner/)**, USA TODAY    *5:48 p.m. EST March 9, 2016*

So last week Mitt Romney mocked Donald Trump as a failed businessman, rattling off a string of Trump-branded ventures you may or may not remember:

"And whatever happened to Trump Airlines? How about Trump University?," Romney said (/story/news/politics/onpolitics/2016/03/03/donald-trump-mitt-romney/81284932/). "And then there's Trump Magazine and Trump Vodka and Trump Steaks, and Trump Mortgage? A business genius he is not."

At his press conference Tuesday night, Trump stood next to a table laden with Trump goods including raw steaks, wine and bottled water. After winning two states' primaries that night (/story/news/politics/elections/2016/03/08/trump-cruz-rubio-kasich-michigan-mississippi-idaho-hawaii/81482564/), the businessman launched into a defense of his many eponymous products.

"I have very successful companies," Trump said from inside the Trump National Golf Club in Jupiter, Fla.

Except, as NPR found (http://www.npr.org/2016/03/09/469775355/trump-doesnt-own-most-of-the-products-he-pitched-last-night?utm_source=facebook.com&utm_medium=social&utm_campaign=npr&utm_term=nprnews&utm_content=20160309), Trump doesn't own most of the products he flaunted Tuesday night. And some haven't been available for years.

The **Trump steaks** presented at the event, which the candidate said cost "about, what, 50 bucks a steak," were not actually a Trump brand but instead looked to come from a company called "Bush Brothers (https://twitter.com/GPollowitz/status/707370531293634560?ref_src=twsrc%5Etfw)" (heh heh (http://i.telegraph.co.uk/multimedia/archive/03342/jeb-2_3342550b.jpg)).

In fact, Sharper Image, through which Trump steaks were sold, lists them as "no longer available (http://www.sharperimage.com/si/view/product/Trump+Steaks/888888)."

A similar scenario seemed to repeat itself with other products Trump flaunted that night, NPR noted:

- **Trump Wine**, which Trump claimed he owned "100%, no mortgage, no debt" claims on its website (http://www.trumpwinery.com/legal/) that it's "not owned, managed or affiliated with Donald J. Trump" but is instead registered to Trump's son, Eric.

- **Trump Magazine**, which Trump recalled reading earlier this week, went out of circulation in 2009 (http://www.nydailynews.com/news/politics/remembering-failed-wealth-porn-trump-magazine-article-1.2528638).

- Labels on **Trump Water**, "a private little water company," per Trump, say they're bottled by Village Springs Corporation (http://www.npr.org/2016/03/09/469775355/trump-doesnt-own-most-of-the-products-he-pitched-last-night?utm_source=facebook.com&utm_medium=social&utm_campaign=npr&utm_term=nprnews&utm_content=20160309) out of Connecticut.

- The candidate admitted he no longer owned a **Trump Airline**, which he said he sold in "a phenomenal deal." According to NBC News (http://www.nbcnews.com/news/us-news/donald-trump-s-failed-business-ventures-are-back-spotlight-n531906), it defaulted

after too much debt and was bought by USAir.

"So I wanted to put that to rest: So you have the water, you have the steaks, you have the airline that I sold. I mean, what's wrong with selling?" he said.

Learn more about Trump's branded products at NPR (http://www.npr.org/2016/03/09/469775355/trump-doesnt-own-most-of-the-products-he-pitched-last-night?utm_source=facebook.com&utm_medium=social&utm_campaign=npr&utm_term=nprnews&utm_content=20160309).

*Follow Josh Hafner on Twitter: @joshhafner (https://twitter.com/joshhafner)*


USA TODAY
Then vs. now: How Trump and Romney's relationship soured since 2012
(http://www.usatoday.com/story/news/politics/onpolitics/2016/03/03/donald-trump-mitt-romney/81284932/)

Read or Share this story: http://usat.ly/1p8FldP

Exhibit A;  12 of 12