# EXHIBIT B

CBS News / CBS Evening News / **CBS This Morning** / 48 Hours / 60 Minutes / Sunday Morning / Face The Nation / CBSN /





**Morning Rounds** | Note to Self | Green Room | Saturday | More ⌄ | The Rundown ⌄



**Trending Videos**                    CBSN LIVE »

*CBS This Morning*
Trump sweeps 5 states, says he's "presumptive nomi...

*CBS This Morning*
Clinton reaches out to Sanders voters after winnin...

*CBS This Morning*
Impact of Trump and...

*By* **JULIANNA GOLDMAN, LAURA STRICKLER** / **CBS NEWS** / *March 7, 2016, 7:46 AM* /

# Documents reveal what Trump actually said about his university

*1.6K* Comments / f *2.4K* Shares / 🐦 Tweet / ◉ Stumble / @ Email /

Republican groups fighting Donald Trump are trying everything to derail the front-runner, including airing ads targeting Trump University. The program sold nearly 7,000 students on learning the billionaire's real estate secrets, but the school began winding down in 2010. More than 150 former students allege it was

**Follow Us**


f / 🐦 / 🔊 / 📷 / 📥

**From CBS News**


Is drug cartel behind execution-style murder of Ohio family?
*370803* VIEWS


Songs you didn't know Prince wrote
*245750* VIEWS

Exhibit B; 1 of 24

a fraud. Three lawsuits have been filed, one $40 million case in New York brought by the state's attorney general and two class action suits in California.

Trump University began in 2004 with online courses and in 2007 it started offering live events across the country as seminars in hotel ballrooms. There was a three-day, $1,500 course where students were urged to sign up for a $35,000 mentorship program.

→ For some, "big time net loss" after attending Trump University
→ Donald Trump scolded for remarks about Trump University lawsuit judge

In a tweet yesterday defending the school, Trump pointed to a 98 percent satisfaction rate, but court documents show that nearly 40 percent of the students who signed up for the three-day seminar or more received a refund.

Trump's critics say the next week is critical to stopping the Republican front-runner, and they're betting Trump University is their best weapon.

"I could have settled it, I think, pretty easy, I don't like settling cases," Trump said on "Face the Nation."

But by refusing to settle, Trump has opened the door to attacks at the peak of his presidential bid and distractions on the campaign trail -- like the 10 hours in December and January he spent in closed-door depositions for the two class-action lawsuits.

Court documents reveal that attorneys for the other side zeroing in on Trump's claim, as seen in a promotional video, that he chose all the instructors.


Did Mexican drug cartel carry out Ohio family murders?
*243397* VIEWS


Obama on why the U.S. won't "destroy North Korea"
*234140* VIEWS


Wildlife flourishes in Chernobyl
*181337* VIEWS



We'll Bet You Can't Stay Just Once

One stay at a Best Western hotel and you're hooked. Guests enjoy rooms with a

CBS NEWS  CBS News App
*...fully redesigned. Featuring CBSN, 24/7 live news.*

Get the App



*Play* VIDEO

**Trump faces lawsuits from former Trump University students**

He was repeatedly pressed on one instructor CBS News told you about back in September, James Harris. Trump said he didn't know who he was and said, "I wasn't running it."

Harris told CBS News he was a motivational speaker paid on commission to sell additional Trump training. At least 17 students complained about Harris in affidavits.

"Trump University is something that I've thought about for a long time. I didn't want to put my name on anything having to do with education unless it was going to be the best," Trump said in a promotional video.

In other court documents, former events manager Corinne Sommer wrote that in her experience, "the focus of Trump University was on making sales rather than on providing educational services."

"Some consumers had showed up who were homeless and could not afford the seminars," she wrote. "Yet I overheard Trump University representatives telling them, 'It's ok; just max out your credit card.'"

"They said to call the credit card companies and make a request and try not to

Watch CBSN Live



**Watch CBS News Live**

*Watch CBS News anytime, anywhere with the new 24/7 digital news network. Stream CBSN live or on demand for FREE on your TV, computer, tablet, or smartphone.*

Watch Now



take no as an answer," former student Gary Smith said.

Smith was sold on the $35,000 package. He initially gave positive reviews but now says that his investment in Trump University was a net loss.

"Trump's name, you know, is one that -- at least up until that, I kind of thought that he was reputable," Smith said.

Trump's attorney told CBS News that they're looking forward to defending Trump University at trial and he said when the evidence comes out, it will show there was significant value and substance in the program and there will be a lot of people proven wrong. One of the California cases could be brought to trial during the campaign and Trump's attorney also told us that if and when that happens, Trump will take the stand.

© 2016 CBS Interactive Inc. All Rights Reserved.

*1.6K* Comments  /  f *2.4K* Shares  /  Tweet  /  Stumble  /  @ Email  /

### Julianna Goldman
**ON TWITTER** »

Julianna Goldman is a CBS News correspondent based in the Washington bureau.



Los Angeles Homeowners Are Furious With Their Power Company

Home Solar Programs



Unnerving Historical Photos That Will Leave you Speachless

Todays Buzz



Why Aren't Homeowners In California Taking Advantage Of Solar

SolarForHomes

Sponsored Links   by Taboola ▷

**SHOW 1622 COMMENTS +**

## More CBS This Morning

## Popular



20 Amazing Things You Never Knew About Prince

Todays Buzz



Worried About Generating Income in Retirement? – Free …



KEEPING PHARMA HONEST
Working with you for the protection of all.

learn more

Hodgson Russ ▲



23 **PHOTOS**
50 years of Bond style

## The Newsroom

Exhibit B; 3 of 24



U.S. +    **Business**   Markets   Tech   Media   Personal Finance   Small Biz   Luxury    stock tickers

# What Donald Trump said under oath abou
# Trump University

by Chris Isidore    @CNNMoney

March 4, 2016: 4:17 PM ET

✉   f   y   i

Social Surge - What's Trending


Nintendo ann
new console,
codenamed 'N


What is the cl


Prince had no
says his sister

New York attorney general: Trump University a scam

Donald Trump doesn't dispute that 25% of Trump University students demanded their money back, but he says that's not a knock against his real estate school.

In fact he said the high refund rate proves the school was "honorable."

"I paid millions and millions of dollars in refunds," he said in a Jan. 21 deposition for a federal lawsuit in California brought by ex-students suing the school for fraud. "I mean, frankly, if I would have known that I was going to be in litigation, probably I wouldn't have done it, although it was the honorable thing to do."

Trump said he didn't know what percentage of students got refunds. But when the opposing lawyer repeatedly said that the figure was 25%, he didn't challenge it despite the contentious nature of the examination.

A spokesperson for the Trump Organization declined to tell CNN what percentage of students received a refund.

"Mr. Trump's deposition was simply Plaintiffs' chance to elicit information in hopes of making a case," Trump's organization said. "It does not contain Mr. Trump's side of the case, which will be presented in court proceedings and which will demonstrate that plaintiffs' lawsuit has no substance."

Trump insists that so many refunds aren't a sign that students were dissatisfied with the school, which charged as much as $36,000 in tuition. He said it was a normal part of doing business,

Advertisement

Search for Jobs     Powered

Exhibit B; 4 of 24

comparable to what a retailer like the Home Shopping Network has to pay.

**Related: Schneiderman says Trump University fraud "pretty straightforward"**

He even said some of the students who got their money back were happy with the program.

"I think that's instinctual," he said. "If people think they can get a refund, they're going to ask."

He said there were glowing reviews from students.
"I actually thought that people were very happy at the school," he said. "I was very surprised [by the criticism] That's why I didn't settle this case, which I could have settled very easily a long time ago."



Powered by SmartAsset

## What's the Lifetime Cost of Your Student Loans?

Total Lifetime Cost:
STUDENT LOAN CALCULATOR by smartasset™

When the opposing lawyer asked him if he would be satisfied if one of his hotels gave refunds to 25% of its guests, he dismissed the question.

"It doesn't happen. It's a different business," he said. "They wouldn't ask for a refund because they wouldn't get it. You wouldn't give a refund on a hotel."

Trump was also grilled about the qualifications of the school's instructors, who marketing materials said were "Donald Trump's handpicked instructors."

**Related: Donald Trump to be witness in federal case accusing him of fraud**

But he couldn't identify the instructors when asked to by the opposing lawyer, and admitted he was not involved in hiring them.

"I would see resumes," Trump said. But he said the final decision was up to Trump University president Michael Sexton. "I told him...I want very good people," Trump said.

But when Trump was asked to watch a tape about what one instructor was telling students, even he questioned the teacher's Trump qualifications.

"In watching, it sounded to me like he...embellished his record and he slipped through the cracks," Trump said.

Trump University has become a hot-button issue in the Republican presidential campaign with Trump's opponents frequently attacking him on it.

CNNMoney (New York)
First published March 4, 2016: 11:38 AM ET

---

Paid Content                                                           Recommended by Outbrain









Skin Problems in College Students: Could Stress

Pay Off Your House At A Furious Pace If You've

Kelley Blue Book Names Their Favorite New Cars

Crowdfunding is Changing Real Estate

Millions of job openings!

Job title

Location

Find Jobs                    ＞

Accounting    Engineering    Developer
Finance    Management Media
Marketing    Sales    See all jo

Employers / Post a Job

jobs by **indeed**

CNNMoney Sponsors

TRADE FREE FOR 60 DA
Why wait? Open an Account    TD

NextAdvisor                         P

A jaw-dropping 10% cash ba
has arrived

2 credit cards are offering 0%
interest until 2018

10 best balance transfer cred
for 2016

Top 7 credit cards for those w
excellent credit

The no-fee business credit ca
offering up to 5% cash back

Partner Offers                      P

Exhibit B; 5 of 24



MOST POPULAR • LOCAL • SPORTS • ENTERTAINMENT • SUMMER MOVIES • POLITICS • OPINION • PLACE AN AD

j 69°

LOCAL Education

f      t

# Woman wants out of lawsuit against Trump University, but Trump's lawyers say no



Donald Trump in a 2005 photo announcing the establishment of Trump University. (Bebeto Matthews / Associated Press)

Exhibit B; 6 of 24

By **Kristina Davis**

MARCH 12, 2016, 7:00 AM   |   REPORTING FROM SAN DIEGO

**L**awyers for Republican presidential candidate Donald Trump on Friday contested an Orange County woman's request to withdraw from a lawsuit she filed against Trump University, claiming the entire case was built around her and it would be unfair to the defense for her to bail out now.

"We've passed the point of no return," attorney Daniel Petrocelli told U.S. District Judge Gonzalo Curiel in San Diego.



ADVERTISEMENT

Tarla Makaeff — one of four class representatives bringing the case against Trump's real estate instruction program — has asked to be removed from the lawsuit, citing stress and health problems caused by the closely watched case.

**NEWSLETTER: Get essential California headlines delivered daily >>**

"I don't think anybody anticipated a year ago where we find ourselves," said Makaeff's lawyer, Rachel Jensen, referring to Trump's status as the GOP front-runner.

l   **Most Popular**
See the most-read stories this hour >>

Makaeff was the subject of a $1-million counterclaim filed by Trump that was later dismissed, and she has been derided on the campaign trail and the Republican debate stage, Jensen said.

"She didn't sign up for that. Ms. Makaeff has simply been put through too much," she

said.

Although she wouldn't be a named class representative, Makaeff is asking to remain among the plaintiffs, so she could collect damages.

Makaeff didn't attend the hearing, but her attorneys provided the judge with medical documents. Curiel said he expected to make a decision in the next week or so.

Makaeff's lawyers argued that her presence in the case did not matter when it came to proving the claim that Trump University had misrepresented itself to students.

In the 2010 lawsuit, students claimed they had paid as much as $35,000 for the courses, which promised to teach them Trump's insider-business secrets. The advertising claimed the instructors and mentors were handpicked by Trump. However, the students said they got little in return and described the courses as more like an infomercial designed to squeeze more money out of them.

l  **Column**



Donald Trump tried to get me fired after I wrote about Trump University

Deposition testimony by Trump that recently was made public cast doubt as to whether he actually had chosen the instructors.

Trump's lawyers have blamed the students for their own lack of success.

Petrocelli told the judge Friday that it was unheard of for a plaintiff like Makaeff to stick with a case for six years and, when all she had to do was show up for one to two days of testimony, ask to withdraw.

He argued that her testimony, evidence and individual claims were the "pillar" of the defense's strategy and what he hoped to use at trial to dismantle the case.

"We have to basically start all over again, your honor, if she's dismissed," he said.

Makaeff's lawyer said the defense team's legal strategy to put all its eggs into one basket was its own fault, and that there had been ample opportunity to collect evidence and

depositions from the other class representatives in the case.

The judge considered many what-ifs during the hearing, including whether Makaeff still could be called to testify at trial as an unnamed plaintiff and whether it would help to give the defense more time to take depositions of the others named in the suit.

The issue of a looming trial date, which has not yet been set, also was broached and seemed largely to depend on Trump's performance in the presidential race. There already has been an agreement to delay the trial until after the July Republican convention.

"I'm going to have a lot to say on this topic if he is the nominee," Petrocelli said.

Court documents indicate Trump is expected to testify live. "This would be a zoo if it goes to trial," Petrocelli said.

Of three lawsuits against Trump University, Makaeff's case is the closest to trial. Another class action lawsuit is moving forward in San Diego federal court with one plaintiff, Art Cohen, and a third suit is being tried in New York state court.

kristina.davis@sduniontribune.com

Davis writes for the San Diego Union-Tribune.

**ALSO**

**After scuffles in Chicago, Trump tells supporters he can unite the country. It's a hard sell**

**Rivals accuse Donald Trump of inciting Chicago violence. He blames Clinton and Sanders**

**How black, Latino and Muslim college students organized to stop Trump's rally in Chicago**

**Get essential California headlines delivered daily.**

**The New York Times** | http://nyti.ms/228qgYb

### ELECTION 2016

Latest Results     Delegate Count     National Map     Delegate Calculator     Campaign Money

# At Trump University, Students Recall Pressure to Give Positive Reviews

By MICHAEL BARBARO and STEVE EDER    MARCH 11, 2016

Robert Guillo gave a glowing evaluation to his instructor at Trump University because, he said, the teacher pleaded for the best possible score, warning that without it, "Mr. Trump might not invite me back to teach again."

Jeffrey Tufenkian offered excellent ratings because his Trump University-assigned mentor refused to leave the room until he did so, standing "right in front of me" as he filled out the evaluation form, he said.

John Brown tried to give his Trump University teacher a poor review — but said he was talked out of it by employees of the program, who called him three times, hounding him to raise his original scores.

"Tired of the continuing phone calls," he later testified, "I finally gave in." His dismal marks changed to top scores, Mr. Brown said.

In the sprawling business empire of Donald J. Trump, the real estate classes that bore his name seem to occupy a tiny, insignificant corner. But the controversy and litigation now enveloping them have taken on surprising potency in the Republican presidential campaign that he is dominating.

Now, as Mr. Trump tries to fend off claims of misleading and fraudulent practices from scores of former students, claims his opponents have brought up in debates and in ads, his biggest weapon is what appears to be the overwhelmingly positive reviews from past participants — a 98 percent level of satisfaction, in his telling. "Beautiful statements," is how he describes the evaluations.

But hundreds of pages of legal documents, as well as interviews with former students and instructors, suggest the surveys themselves were a central component of a business model that, according to lawsuits and investigators, deceived consumers into handing over thousands of dollars with tantalizing promises of riches.

Interviews and documents show that employees of Trump University at times applied pressure on students to offer favorable reviews, instructed them to fill out the forms in order to obtain their graduation certificates, and ignored standard practices used to ensure that the surveys were filled out objectively.

"It's absolutely a con," said Mr. Guillo, who spent $36,000 on Trump University classes and later requested a refund. "The role of the evaluations were a defense against any legal actions. They anticipated those actions."

At the same time, students and their lawyers have raised doubts about Mr. Trump's claim of 98 percent satisfaction. A website set up to defend Trump University, 98percentapproval.com, has published 10,000 student evaluations, but not all of them were from paying students. They include some from the more than 3,000 free guests that paying participants were encouraged to bring to the classes. More than 2,000 other students never

made it to the end of their courses — they sought and received refunds before the end of their classes, as company policy allowed, according to court records.

In an interview, a lawyer for Mr. Trump, Daniel M. Petrocelli, said the experience of students who felt manipulated "is not representative of what happened across the board."

"Folks were not coerced," he said of the positive evaluations. "It's completely implausible to suggest that the 10,000 reviews from the students and their guests were the result of pressure or coercion. They gave overwhelmingly positive reviews because they were being honest about their assessment."

Mr. Trump has vowed to fight the litigation, which includes a class-action lawsuit in San Diego seeking refunds for former Trump University students, and a lawsuit from the New York attorney general. He has said the aggrieved former students are simply looking for easy money after having learned valuable lessons about how to buy and sell real estate, obtain financing and spot undervalued properties.

Though the business no longer operates, Mr. Trump has vowed to bring it back, giving it to his children to run if he is elected president.

As he campaigns across the country boasting about the Trump University success story, he and his lawyers have deployed the evaluations to try to undercut the claims of former students who say they regret paying for the courses, posting their reviews online and, in one instance, waving them in front of a camera.

That was the case with Mr. Guillo, 76, who lives on Long Island and filed an affidavit in the New York case. After the former student criticized Trump University in a campaign commercial for a "super PAC" supporting Senator Marco Rubio, Mr. Trump uploaded a video to YouTube in which he produced a copy of Mr. Guillo's positive evaluation. "All excellent," Mr. Trump said of the

scores. "One hundred percent."

In court papers, a lawyer for Mr. Trump argued that another student suing the university "was either dishonest in his evaluations of Trump University, or the allegations in the complaint are false."

By all accounts, student evaluations held a crucial place inside Trump University, where students signed up for real estate training programs with escalating costs that promised to teach the mogul's techniques and wisdom. At free 90-minute introductory sessions, Trump University representatives marketed three-day workshops starting at $995; at those, more intensive programs were pitched, like "Trump Gold Elite," whose price reached $35,000.

At the conclusion of every program, teachers instructed attendees to complete surveys, rating the experience on a scale of 1 to 5. But, in what academics and experts said were unusual practices, Trump University did not explicitly offer students anonymity on the forms, often asked them to complete the documents in the presence of instructors and, according to internal Trump University documents made public in litigation, asked students to submit the surveys in exchange for their graduation certificates.

"Does the word coercion come to mind?" asked Howard E. Haller, a former Trump University consultant who has worked in the education world for decades. In normal academic settings, he said, "No one knows if you even filled it out. The professor sure doesn't know."

Lawyers for Mr. Trump said students could elect not to put their names on the surveys, as some did. But they said the documents did not specify that doing so was an option.

Most evaluations, the lawyers added, were handed out by staff members and completed in large classrooms where it was not possible for a teacher to influence the outcome.

Exhibit B; 13 of 24

Tad Lignell, a mentor in the more personalized, $35,000 program, said that a number of his students achieved financial success from the lessons he had taught them.

But he conceded that the evaluation system made it uncomfortable for students to register their disapproval.

Assigned to demonstrate how to buy and sell real estate in places such as Las Vegas, Mr. Lignell routinely asked students to fill out the evaluations in front of him at restaurants or coffee shops, he said in an interview.

At that moment, he said, vulnerable students still needed and expected his guidance. " 'I want this guy to be my friend, I need his help,' " he said, summing up their mind-set as they filled out the forms.

Virtually all his students, he said, gave him the top rating of 5. Had they not, his income ($5,500 per student, and later $4,500) could have been in jeopardy.

He said that Trump University managers made clear that teachers with low ratings would be passed over in favor of those with high scores. "That puts an emphasis on getting 5," he said. "If you wanted more students, you knew you needed those."

(Mr. Lignell said that Trump University had failed to pay him for several students; the company's lawyer did not comment on the claim. "If Trump wins the presidency," Mr. Lignell said, "I've got a president who owes me $50,000.")

Mr. Tufenkian, who enrolled in the $35,000 "Trump Gold Elite" program with his wife, Sona, to jump-start a career in real estate, said his mentor was adamant that he needed all 5s on his evaluation.

"He even said something like, 'I won't leave until you give me all 5s,' " recalled Mr. Tufenkian, who lives in Oregon. "When it was time to fill the

Exhibit B; 14 of 24

evaluation out, he put it in front of me — right between the two of us on the table — and reiterated that he expected all 5s while he watched me."

Mr. Tufenkian, who had just finished a three-day visit with his mentor, said he obliged because the program was supposed to be the start of a productive yearlong relationship. "Am I supposed to upset the guy who's supposed to be helping me be successful?"

Not every student felt compelled. In court filings, lawyers for Mr. Trump introduced the testimony of students such as Amy Hinderer, who participated in the "Trump Gold Elite" program.

"Every rating I gave my mentor was always positive, and I still agree with what I said to this day," she wrote.

Mr. Trump has dismissed the criticism that Trump University's evaluation system encouraged positive reviews. Asked about the lack of anonymity, he said under oath in a January deposition, "I think it's much better when a student puts their name on it." Without names, he said, "they don't mean anything, actually."

Pressed on whether students might fear repercussions, Mr. Trump rejected the notion. "Only a lawyer could think of that," Mr. Trump said, continuing, "You mean that's why they said such great things about the school?"

He added: "I think they meant it was very good. Until they found out they could get their money back."

But experts said such practices were designed to influence the evaluations.

"People don't want a fight. People don't want to be mean. People want to be nonconfrontational," said John T. Reed, who was hired as a potential paid expert witness for the plaintiffs in one of the Trump lawsuits, but has no

current role in the cases. "So they write a seminar evaluation, and hand it in, face-to-face."

"That," Mr. Reed added, "is where you get your 98 percent."

*Find out what you need to know about the 2016 presidential race today, and get politics news updates via Facebook, Twitter and the First Draft newsletter.*

A version of this article appears in print on March 12, 2016, on page A1 of the New York edition with the headline: Trump Students Cite Push to Give Positive Reviews .

© 2016 The New York Times Company

Post Politics

# What Trump said under oath about the Trump University fraud claims — just weeks ago

State of the 2016 race



By Tom Hamburger, Rosalind S. Helderman and Alice Crites
Post Politics
March 3



Republican presidential candidate Donald Trump speaks at a campaign stop in Portland, Maine, on Thursday, March 3, 2016. (AP Photo/Robert F. Bukaty)

Donald Trump has claimed  he has the "world's greatest memory," but when it came time this winter to give testimony in fraud cases filed against him and a real estate training program known as "Trump University," he displayed a repeated inability to recall names and faces of instructors he had claimed to have hired personally.

"I can't remember that," he said on Dec. 10, when asked by trial lawyers in one of the class-action cases whether he had met one of the instructors in a program that provided training in building wealth through real estate.

"The name sounds familiar but its too many years," he said when asked about the next name. "Too many years," he answered more than a dozen times.

Trump's comments were contained in two previously confidential depositions released  late Thursday in a court filing in federal district court in San Diego. His previously undisclosed testimony was obtained on Dec. 10 and again  on Jan. 21 in connection with lawsuits against him and Trump University.  Trump has consistently rejected the fraud allegations and pointed out that the institution bearing his name received high ratings from nearly all who participated.

"Mr. Trump's deposition was simply Plaintiffs' chance to elicit information in hopes of making a case," Jill A. Martin, vice president and assistant general counsel to the Trump organization, said in a written statement Thursday evening. "It does not contain Mr. Trump's side of the case, which will be presented in court proceedings and which will demonstrate that plaintiffs' lawsuit has no substance." She

added that "Trump University was a professionally run company which
provided students with a valuable and substantive education and the
tools to succeed in business and real estate.  Those students that
applied these strategies were overwhelmingly satisfied and many were
able to make substantial profits."

That was not the view of New York Attorney General Eric
Schneiderman who filed a $40 million fraud suit against Trump and
Trump University in 2013 alleging that Trump had defrauded more
than 5,000 individuals through the unlicensed institution. Two other
class-action lawsuits have been filed by students asking for their
money back and the depositions were obtained in connection with
those suits. Schneiderman alleged in the suit that Trump personally
earned $5 million from the enterprise, in which sales personnel were
assigned the goal of getting people to pay $1,495 for a three-day
seminar in real estate techniques.

What is Trump University?                          Embed ⬚    Share ⬚

⬚  Play Video 1:19

Marco Rubio accused Donald Trump of starting a "fake university" at the Feb. 25 GOP debate in Houston.
Here's what you need to know about Trump University. (Peter Stevenson/The Washington Post)

To attract students, Trump released a marketing video that pledged "we are going to have professors and adjunct professors that are absolutely terrific. . . and these are all people who are going to be handpicked by me." One of the university's top executives, Michael Sexton, subsequently testified in one of the class-action suits that "none of the professors at the live events" were handpicked by Trump. The depositions released Thursday quote Trump acknowledging a lack of close involvement with mentors and students.

"Did you do anything personally to confirm the expertise of any of the Trump University mentors?" Trump was asked in the depositions released Thursday. "No, I didn't," he responded.



Trump has repeatedly denied any wrongdoing in the university's marketing and collection of fees. Still, his conduct has become an issue in the presidential campaign in part because a super PAC has launched ads critical of the operation of the school that bears his name. The super PAC, American Future Fund, aired the ads after fraud allegations against Trump University were raised by Florida Sen. Marco Rubio during the Feb. 25 Republican presidential debate.

As he has said publicly, Trump insisted under oath that many Trump University attendees were satisfied with their experience. Told by a lawyer for the plaintiffs that 25 percent of university attendees had requested refunds, Trump compared the university to the Home Shopping Network, which has loose refund rules and therefore also has a high refund rate.

"You go to the Home Shopping Network, whatever it's called. The refunds are unbelievable. The people use the product, wear the product, and then they send it back," Trump said. " So you know, when people were asking for their money back, frankly -- and I would have these good reports, but people would ask for their money back -- we gave them their money back. I shouldn't have given their money back. I gave back millions of dollars because I'm an honest guy."

Sign up

Being required to sit for a sworn deposition in the middle of a presidential political campaign presents obvious political peril. For instance, a lawyer in the Trump University suit asked a series of questions about Trump's past praise for former president Bill Clinton, former secretary of state Hillary Clinton and various of his Republican rivals at the time. Trump was then required to answer those questions under oath.

"Yeah, at the time I might have," Trump responded when asked if he believed Hillary Clinton would make a "great president or vice president," as he had written in a March 2008 blog item. "I didn't give it a lot of thought, because I was in business. And, as a businessman, I think it was something I never really gave much thought to. Now that I

see what she's done and how she's handled herself and how she's handled her e-mails and all of the problems that she's got, I would say she wouldn't make a very good vice president or president."



The depositions were released Thursday as exhibits attached to a filing in the latest legal wrangling in the long-running dispute. The new documents show that Trump spent considerable time personally engaged in the litigation, even in the heat of the campaign. He sat for one deposition in New York on Dec. 10 from 10:05 a.m. until 5:02 p.m. He then sat again for nearly three hours in Las Vegas, concluding the deposition just three hours before he appeared in front of a rally in the city.

"This is the longest deposition I've ever done in terms of no break," Trump complains at one point during the questioning. "So I need breaks because I have to make some calls."

| DOCUMENT | PAGES | TEXT | | Zoom | |
|---|---|---|---|---|---|

# EXHIBIT 1

Page [ 1 ] of 129

Tom Hamburger covers the intersection of money and politics for The Washington Post.

Rosalind Helderman is a political enterprise and investigations reporter for the Washington Post.

Exhibit B; 23 of 24

☐  100  Comments



Tom Hamburger covers the intersection of money and politics for The Washington Post. ☐ Follow @thamburger

Rosalind Helderman is a political enterprise and investigations reporter for the Washington Post. ☐ Follow @PostRoz

## PAID PROMOTED STORIES

Recommended by ⓞutbrain



**Hairstyles For Women Over 40, 50, 60**

FavFashion



**The Straw that Broke Trump's Back**

NFIB



**10 Sedans That Won't Cost You a Fortune**

Kelley Blue Book



**Reversing Mitochondrial Decay With Supplements That Increase Cellular**

Scientific American



**Hillary Clinton Is Worth How Much?**

Forbes



**How Older Men Tighten Their Skin**

The Modern Man Today