# *EXHIBIT C*

  Sign In | Subscribe



**washingtonpost.com > Metro**

» FOLLOW METRO ON:

### In Downturn, Aspiring Moguls Turn to Trump U. for Wisdom

By Ian Shapira
Washington Post Staff Writer
Saturday, September 26, 2009

*Want the secret to making more money than you ever thought possible? . . . Put proven Donald Trump secrets to work for you . . . -- Trump University online advertisement*


Trump University Instructor Steve Goff talks to students during a seminar. (Sarah L. Voisin - Washington Post)

Tyrone Bryant, a 64-year-old D.C. real estate agent and retired Library of Congress police officer, is searching for new strategies while he negotiates with banks to lower his mortgage payments on two homes he is having trouble renting out.

Susan Laraby of Alexandria needs some extra cash because both of her jobs -- interpreter in the federal courts and real estate agent -- are drying up.

Drawn by the imprimatur of Donald Trump -- he of 40 Wall Street in Manhattan, the Miss USA pageant and NBC's "The Apprentice" -- about 500 Washingtonians this week attended one of 15 free sessions at hotels across the Washington area, in search of a playbook for capitalizing on a depressed real estate market. Lured by newspaper and online ads, some came out of personal need to escape financial gloom, others out of pure capitalist curiosity.

They worried hardly at all about whether it is still possible to get rich virtually overnight. If Americans are feeling chastened by the near-collapse of the financial system, there was little sign of that inside the Holiday Inn in Ballston, where a placard in the lobby read "Trump, Think BIG."

As the lunch crowd took their seats, the O'Jays' classic "For the Love of Money" boomed from speakers. Then the Trump University instructor, Stephen Goff, power-suited up, bellowed his introduction: "All right, you guys ready to be the next Trump real estate millionaire? Yes or No!?"

**Network News**     PROFILE   X

View More Activity

**TOOLBOX**
A A A  Resize      Print
E-mail              Reprints


Network News            MY PROFILE   X
Friends' Activity
View More Activity



The class looked a little drowsy. "Oh, that was weak," he said. "Let's try that again . . . let's blow the roof off this building . . . You guys are the best in the world. So, you guys ready to be the next Trump real estate millionaire, YES OR NO?!"

"YES!" everyone yelled.

Goff laid out what would be taught: How to buy and sell "potentially millions of dollars worth of property" using no (or very little) personal money or credit. How to buy without a down payment or a bank loan. And then, tantalizingly, Goff said, how to "make money on properties you don't even own."

By the end of this year, about 100,000 people are expected to have attended Trump's free courses across the country, according to Michael Sexton, Trump University's president. Alan Miranda, 40, of Alexandria, an independent distributor of stem cell enhancement pills, came because he said his parents in Florida spent too much on a second home and could use some advice. Adil Bagirov, 31, an energy consultant who grew up in the former Soviet Union, showed up because he wants to add to his wealth and feed the capitalist dreams he

Exhibit C; 1 of 10

cultivated as a child frustrated with a communist government
"Find it, flip it, forget about it," Goff told his audience. "You don't have to own real estate; you just have to control it."

CONTINUED  1  **2**  **Next** >

**Find a Local Blog**
Plug into the region's blogs, by location or area of interest.





**Blog: Va. Politics**
Here's a place to help you keep up with Virginia's overcaffeinated political culture.

- Virginia Notebook

**D.C. Taxi Fares**
Compare estimated zoned and metered D.C. taxi fares with this interactive calculator.

FOLLOW METRO ON:     |  GET LOCAL ALERTS:  Mobile   Email

© 2009 The Washington Post Company

Archives     washingtonpost.com © 1996-2016 The Washington Post     Subscribe   Sign In

| Terms of Use | Get Us | Contact Us | About Us |
|---|---|---|---|
| Digital Products Terms of Sale | Home Delivery | Help & Contact Info | In the Community |
| Print Products Terms of Sale | Digital Subscription | Reader Representative | Careers |
| Terms of Service | Gift Subscriptions | Digital Ads | PostPoints |
| Privacy Policy | Mobile & Apps | Newspaper Ads | Newspaper in Education |
| Submissions and Discussion Policy | Newsletters & Alerts | News Service Syndicate | Digital Publishing Guidelines |
| RSS Terms of Service | Washington Post Live | | Today's Paper |
| Ad Choices | Reprints & Permissions | | WP BrandConnect |
| | Post Store | | Events |
| | Photo Store | | |
| | e-Replica | | |

# The New York Times

N.Y. / REGION

# New York Attorney General Is Investigating Trump's For-Profit School

By MICHAEL BARBARO   MAY 19, 2011

The New York State attorney general's office is investigating whether a for-profit school founded by Donald J. Trump, which charges students up to $35,000 a course, has engaged in illegal business practices, according to people briefed on the inquiry.

The investigation was prompted by about a dozen complaints concerning the Trump school that the attorney general, Eric T. Schneiderman, has found to be "credible" and "serious," these people said, speaking on the condition of anonymity because the investigation was not yet public.

The inquiry is part of a broader examination of the for-profit education industry by Mr. Schneiderman's office, which is opening investigations into at least five education companies that operate or have students in the state, according to the people speaking on the condition of anonymity.

The investigation is the latest problem for a six-year-old company, known

until last year as Trump University, that already faces a string of consumer complaints, reprimands from state regulators and a lawsuit from dissatisfied former students.

George Sorial, a managing director of the Trump Organization, confirmed that the company had received a subpoena from the attorney general's office, and said, "We look forward to resolving this matter and intend to fully cooperate with their inquiry."

Mr. Schneiderman is looking into whether the schools and their recruiters misrepresent their ability to find students jobs, the quality of instruction, the cost of attending, and their programs accreditation, among other things. Such activities could constitute deceptive trade practices or fraud.

The four other companies are the Career Education Corporation, which runs the Sanford-Brown Institute, Briarcliffe College and American InterContintental University; Corinthian Colleges, the parent company of Everest Institute, WyoTech and Heald Colleges; Lincoln Educational Services, the owner of Lincoln Technical and Lincoln Colleges Online; and Bridgepoint Education, the operator of Ashford University.

Spokesmen for Lincoln Educational Services, Bridgeport Education and Corinthian Colleges each said the companies had been sent requests for information by the attorney general's office and would comply with them.

A representative of Career Education Corporation declined to comment.

For-profit schools have become big business in the United States, especially as the unemployed seek a way back into the work force. Some of those schools, however, have been accused of creating as much economic harm as help: students have reported falling deep into debt to pay for classes that they said had failed to deliver what they had promised.

Mr. Trump's institution is unique among for-profit schools: it is built

Exhibit C; 4 of 10

almost entirely around the prestige and prominence of a single individual. Mr. Trump said he created the university in 2005 to impart decades' worth of his business acumen to the general public. He aggressively marketed the school, telling students that his handpicked instructors would "teach you better than the best business school," according to a transcript of a Web video.

The school has charged premium prices because of the Trump name, with the cost of the courses ranging from $1,500 to $35,000 each.

But, as The New York Times reported last week, dozens of students have complained about the quality of the program to the attorneys general of New York, Texas, Florida and Illinois. The Better Business Bureau gave the school a D-minus for 2010, its second-lowest grade, after receiving 23 complaints. Over the last three years, New York and Maryland have told the company to drop the word "university" from its title, saying that using it violated state education laws. (The school was renamed the Trump Entrepreneur Initiative in 2010.)

Four former students filed a suit against Trump University last year in a federal court in California, seeking class-action status. They contended that the school used high-pressure sales tactics to enroll students in the costly classes, promised extensive one-on-one instruction that did not materialize and employed "mentors" who at times recommended investments from which they stood to profit.

Mr. Sorial of the Trump Organization, which oversees Mr. Trump's businesses, forcefully disputed those claims. He said on Thursday that 95 percent of the school's students in New York had rated their courses as "excellent" on evaluation forms. The school's national average is even higher, he said.

"Our customer satisfaction surveys speak for themselves," he said.

As its troubles have mounted, the school has suspended new classes and begun overhauling its curriculum, executives said. One priority is finding a

Exhibit C; 5 of 10

way to inject more of Mr. Trump into the program.

"The one thing is that they really wanted me involved, instead of the teachers," Mr. Trump said in an interview last week.

In interviews, several former students said they felt betrayed by the real estate mogul and his school, especially after investing tens of thousands of dollars in what they thought was to be a comprehensive education.

"They lure you in with false promises," said Patricia Murphy, 57, of the Bronx, who is among the former students suing Mr. Trump, whose suit makes similar claims. She said she had spent about $12,000 on Trump University classes, much of it paid with credit cards, in the hope of escaping her career as a part-time teacher and becoming a real estate investor.

Her instructors said they would introduce her to banks, help her secure loans and walk her, step by step, through deals, she recalled. "They did none of that," she said. "I was scammed."

Mr. Sorial said the school was looking into Ms. Murphy's claims.

Carmen Mendez, 59, a public school teacher in Brooklyn, wrote to the Better Business Bureau in 2009 about her disappointment with the school — and with Mr. Trump. She said she had dipped into her retirement savings to pay nearly $35,000 for the classes, because "Mr. Trump is a very respectable person, and I thought that Trump University was a real institution," she said in the letter to the Better Business Bureau.

An instructor promised her, she wrote, that the school guaranteed financial assistance to buy e real estate. But once she had enrolled, Ms. Mendez wrote, she was refused such assistance. Because her credit cards were loaded with debt to pay for the classes, mortgage brokers told her she was ineligible for a loan, she said.

"I am writing because I want people to be aware that Trump University is

Exhibit C; 6 of 10

not a real educational institution," she told the Better Business Bureau. "Please advise other people so they do not lose their savings in these difficult days."

Mr. Sorial said that the school tried to offer Ms. Mendez a full refund more than six months ago. "She failed to return our numerous calls and e-mails," he said.

A version of this article appears in print on May 20, 2011, on page A18 of the New York edition with the headline: New York Attorney General Is Investigating Trump's For-Profit School.

© 2016 The New York Times Company

CBS News / CBS Evening News / **CBS This Morning** / 48 Hours / 60 Minutes / Sunday Morning / Face The Nation / CBSN

Log In  Search

Morning Rounds | Note to Self | Green Room | Saturday | More | The Rundown

**Trending Videos**  CBSN LIVE »


CBS This Morning
Trump sweeps 5 states, says he's "presumptive nomi...


CBS This Morning
Clinton reaches out to Sanders voters after winnin...


CBS This Morning
Impact of Trump and Clinton's Northeast primary la...


CBS This Morning
Dyson looks to

By **JULIANNA GOLDMAN AND LAURA STRICKLER** / CBS NEWS / September 24, 2015, 7:40 AM

# For some, "big time net loss" after attending Trump University

**61** Comments / **1.6K** Shares / Tweet / Stumble / Email

At a speech in South Carolina Wednesday, Republican presidential candidate Donald Trump brought up one of his former ventures: Trump University.

It's been the subject of increased scrutiny ever since New York's attorney general sued Trump in 2013, saying the school was a scam.

While a number of students said they were satisfied with the value of their Trump University investment, 150 filed affidavits with an attorney general, and two class-action lawsuits were filed by students demanding their money back. The lawsuits are still ongoing and just last week, a judge decertified part of one class-action suit relating to Trump University, handing Trump a partial victory.

During a three-month investigation, CBS News reached out to dozens of former students and reviewed hundreds of comments about the program.


29 **PHOTOS**
**Donald Trump**

Trump has become the Republican frontrunner in part because of his reputation as a top businessman who gets things done, reports CBS News correspondent Julianna Goldman. But that's also brought unresolved lawsuits, several related to Trump University, which even his own lawyer acknowledges would likely extend into a potential Trump administration.

In 2010, former New York City Transit worker

**Follow Us**

**From CBS News**


Girls in fatal fight at Delaware school suspended
484763  VIEWS


Is drug cartel behind execution-style murder of Ohio family?
380384  VIEWS


Did Mexican drug cartel carry out Ohio family murders?
246028  VIEWS


Obama on why the U.S. won't "destroy North Korea"
236911  VIEWS


Chief: Charges expected in Delaware student's death
190643  VIEWS


Watch Now ›

Try Microsoft's CRM Now—Your Customer Is Waiting


Get a free trial of Microsoft Dynamics and elevate customer service today.

Exhibit C; 8 of 10

Gary Smith was unemployed and said he was desperate to make money. He saw an ad for Trump University and turned to a known brand.

"Particularly what I was really looking for was guidance in how to finance real estate transactions," Smith said.

Trump was "definitely" a draw for him, Smith said, because he thought the real estate mogul was a "top-notch guru of sorts."

Smith spent more than $35,000 on Trump University. He contacted the attorney general of New York after he heard about its $40 million lawsuit against Trump claiming the billionaire defrauded students and made an estimated $5 million.

"I didn't want to put my name on anything having to do with education unless it was going to be the best," Trump could be seen saying in the university's promotional video.

Trump University began in 2004. In 2007 it started offering live events around the country.

"If you don't learn from the people that we're going to be putting forward, and these are all people who are handpicked by me," Trump said in the commercial.

CBS News found three of those instructors had previously filed for bankruptcy. Others like Smith's instructor, James Harris, were motivational speakers paid on commission to sell additional Trump training.

CBS News verified at least 17 affidavits specifically mention Harris, who was hired in 2008.

While thousands attended the three-day, $1,500 seminar around the country, the company's main revenue source was an extended $35,000 mentorship called the Trump "Gold Elite" package.

Smith and other former students told CBS News that instructors urged them to increase the credit limit on their credit cards for investing and to fund their training.

One former student's affidavit reads: "When people said that they didn't have enough money to pay for the Trump Elite programs, Mr. Harris suggested using the newly increased credit card limit."

"It certainly wasn't something that was encouraged or something that was implemented across the board," Trump's attorney Alan Garten said."Unfortunately, I think with any business you're going to get some students who aren't satisfied."

Smith said he was told he would get support from real estate mentors but said they didn't deliver. Smith concedes he gave positive reviews to two mentors, and even writing: "I'm very optimistic that I will be a very successful real estate investor in the near future."

"I didn't get any financial gain; it's been a big time net loss at this point," Smith said.

"People have to take responsibility for themselves, and you use the tools and move forward. As far as just simply, 'oh, Mr. Trump is rich and should just refund everyone money'… Trump University was not a charitable institution," Garten said.

An internal 2010 memo shows Trump employees acknowledged the mentorship program was too difficult for the company to "fulfill" and "expectations are not always realistically set or consistently met." The school stopped accepting students and began winding down in the summer of 2010.

Sponsored by Microsoft

## Watch CBSN Live



Watch CBS News Live

*Watch CBS News anytime, anywhere with the new 24/7 digital news network. Stream CBSN live or on demand for FREE on your TV, computer, tablet, or smartphone.*

Watch Now

**Converse Big Girls' Chuck Taylor...**
$19.98 ~~$59.99~~
Shop Friends & Family Sitewide 25% Off!
Macy's



**23 PHOTOS**
50 years of Bond style

## The Newsroom

Exhibit C; 9 of 10

Garten cites surveys showing a 98 percent satisfaction rate. But court documents indicate that of the 6,698 students who signed up for the three-day seminar or more, 2,539 of them -- almost 40 percent -- received a refund. Garten said that number is in "no way" indicative of student satisfaction. He said it "demonstrates Trump University's generous refund policy."

"We provided students with valuable resources, with online instructions, with in-person training. Mentoring, seminars. Substantive curriculum. And the vast majority of students, almost all the students, got their money's worth and were satisfied," Garten said.

Smith said the pitch that drew him to Trump University isn't so different from the Republican frontrunner's presidential campaign.

"Behind that veneer is to me somebody that could care less for the average person and you know people that you know he's dealing with in general, I think it's all about him," Smith said.

In Wednesday's speech, Trump said that he had intended to give the profits from Trump University to charity.

A few students CBS News spoke with said the program was worthwhile. One man in New Jersey, who did not want to be named, said the $35,000 he paid got him the hands-on knowledge he needed to start his own real estate business.

© 2015 CBS Interactive Inc. All Rights Reserved.

**61** Comments  /  **1.6K** Shares  /  Tweet  /  Stumble  /  Email

Sign Up for a Quick Guided Tour of the World's Leading CRM
*Salesforce*

20 Unbelievable Things You Never Knew About Prince
*Todays Buzz*

How Much Money Do You Really Get from a Reverse Mortgage?
*NewRetirement*

Sponsored Links by Taboola

**SHOW 61 COMMENTS +**

## More CBS This Morning



**Bonnie Raitt is back with her 20th album and plans to "keep going"**

At 66, the singer has racked up 10 Grammys, been inducted into the Rock and Roll Hall of Fame and been named to Rolling Stone's top lists, but shows no sign of stopping soon

## Popular

**7 Reasons Why Glasses Should be Bought Online**
*GlassesUSA.com*

**15 Nerdy Actors Who Turned Out To Be Heartthrobs**
*WomensForum*

**Unnerving Historical Photos That Will Leave you Speechless**
*Todays Buzz*

**The HCV Treatment Evolution: For Health Professionals**
*TheBody.com*

New details released in Prince's death

## Newsroom
A Twitter list by @CBSThisMorning
The @CBSThisMorning Newsroom on CBSNews.com

 **CBS Evening News**
@CBSEveningNews

.@jeffpeguescbs sits down w/former Baltimore Police Comm. Anthony Batts for 1st interview since leaving the force



5s

 **CBS Evening News**
@CBSEveningNews

NEW: Prescription painkillers were found in Prince's possession when he died, law enforcement source tells CBS News

Embed                                View on Twitter

**CONVERSE BIG GIRLS' CHUCK TAYLOR...**



$19.98 $59.99

Macy's