# *EXHIBIT D*

# Trump defends Trump University, says students loved it

By Eugene Scott, CNN

Updated 4:48 PM ET, Thu March 3, 2016



**Trump University fraud case becomes campaign issue** 04:20

## Story highlights

Trump spoke as attack ads focusing on the school are airing

The billionaire developer says a fraud suit is much ado about nothing

**Washington (CNN)** — Donald Trump is defending Trump University, saying Thursday that almost all of the students gave the school an "A."

Trump spoke about the university after coming under fire for it in political attack ads and a New York court ruling earlier this week that a case against the school by New York Attorney General Eric Schneiderman can continue.

"I could have settled and probably still could very, very easily. But I don't want to settle it because, look, the people that took the course, 98% of those people liked the school. We have report cards," Trump told George Stephanopoulos on ABC's "Good Morning America."

RELATED: Court refuses to dismiss case against Trump U.

Trump, the Republican presidential front-runner, is facing ads focusing on the now-shuttered university that

Exhibit D; 1 of 5

are airing in several states charging students they were cheated out of thousands of dollars.

"The truth about Trump University? Donald Trump made millions, while hard-working Americans got scammed," the narrator says in the ad sponsored by "Our Principles," an anti-Trump PAC.

"Donald Trump belongs in a 3 a.m. infomercial, not here," the ad continues, as a picture of the White House appears.

Later Thursday, Ted Cruz hit Trump over the university, tweeting, "Get your own #TrumpUniversity certificate of deception here" with a picture of a fake certificate.





**Ted Cruz**
@tedcruz

Follow

Get your own #TrumpUniversity certificate of deception here —>
bit.ly/1VTzi7H

1:23 PM - 3 Mar 2016

1,584    2,019

Trump dismissed the Attorney General's lawsuit as something that is common for successful executives.

"I'm sued all the time and so is every other big business person," Trump said. "This is why they say if you're a successful person, you can't run for political office."

"Everything you do, you get sued on and it gets exposed. We will win that case very easily," he added.

Troubles surrounding Trump University are continuing to attract attention after a New York court declined Tuesday to throw out a fraud case brought by the state's attorney general.

Exhibit D; 2 of 5

Schneiderman alleges that Trump University defrauded students who enrolled expecting to learn Trump's secrets to making money in real estate.

Trump's lawyers argued that Schneiderman took too long to bring the case and that it should be dismissed under the statute of limitations. But the New York appellate division unanimously rejected that argument, clearing the way for the case to go to trial.



Nearly 9,000 people died. She survived


Norway F-16s shoot up control tower


Trump and Clinton: Bring on the general election


Reid says Sanders can't win, but won't call on him to quit race

Exhibit D; 3 of 5



| U.S. + | Business | Markets | Tech | Media | Personal Finance | Small Biz | Luxury | stock tickers |

America's Choice 2016

# Woman who sued Trump University wants out of case

by Chris Isidore   @CNNMoney
March 11, 2016: 11:40 AM ET

Recommend 5.5K

**Social Surge - What's Trending**

Nintendo announces new console, codenamed 'N...

What is the cl...

Prince had no ... says his sister ...

*New York attorney general: Trump University a scam*

A woman who has been fighting Donald Trump in court for six years has had enough.

Tarla Makaeff, whose name is on one of the class action suits against Trump University, wants to drop out of the case. She says she is tired of public attacks by Trump.

Makaeff simply "wants her life back without living in fear of being disparaged by Trump on national television," according to a motion she filed in court asking to withdraw.

At a campaign rally last month, Trump called her a "horrible, horrible witness," according to court records.

The lawsuit charges that Trump defrauded thousands of students by falsely promising that he had handpicked instructors to teach them his secrets of how to make money in real estate. It is one of two class action suits in federal court against Trump and the school, which closed in 2010.

New York Attorney General Eric Schneiderman has also brought a civil suit in New York against Trump University.

**Related: Trump University controversy - In 2 minutes**



Advertisement

Search for Jobs    Powered

Exhibit D; 4 of 5

Trump's lawyers are opposing Makaeff's request to withdraw. They argue that their strategy has been built around plans to attack her credibility in court. So it would be unfair if they don't have Makaeff to attack, they say.

Powered by SmartAsset

What's the Lifetime Cost of Your Student Loans?

"Makaeff's participation in this case, particularly as a live trial witness, is essential to the trial strategy and defense defendants have been developing for almost six years," said the motion from Trump's attorneys. Makaeff's lawyers rebut that argument.

Total Lifetime Cost:

STUDENT LOAN CALCULATOR BY smartasset



The primary plaintiff in the phony Trump University suit wants to abandon the case. Disgraceful!

— Donald J. Trump (@realDonaldTrump) March 6, 2016

Related: Trump's modeling agency broke immigration laws, attorneys say

Makaeff and Trump have been feuding in court for years. Shortly after she filed the Trump University case in April 2010, Trump brought a counter suit. He claimed that she had defamed him, but the court disagreed and in April 2015 it ordered Trump to pay Makaeff nearly $800,000 in attorney fees.

One of the key Trump attacks against Makaeff center on videos of her praising Trump University when she was a student.

But her lawyers argued that she didn't realize at the time that she and other students had been deceived by false promises from Trump University, and because the school had promised students it would continue to provide contacts and other assistance on future real estate deals.

The court agreed with that argument when dismissing Trump's counterclaim against Makaeff. It ruled two years ago that "as the recent Ponzi-scheme scandals involving onetime financial luminaries like Bernard Madoff and Allen Stanford demonstrate, victims of con artists often sing the praises of their victimizers until the moment they realize they have been fleeced."

Millions of job openings!

Job title

Location

Find Jobs

Accounting   Engineering   Developer
Finance   Management   Media
Marketing   Sales   See all jobs

Employers / Post a Job

jobs by indeed

Paid Content

Kelley Blue Book Names Their P…
Kelley Blue Book

Better than Black Friday : Amazi…
Macys.com

What's causing Lower Back Pa…
Yahoo Search

Jim Cramer is Investors of His…
TheStreet on Topdus

Hot List

Airfare just kee getting cheape

Whirlpool drow overseas turm

Why are Englis doctors so ang

Germany's $1. boost for elect

Warren Buffett beating the m again

Exhibit D; 5 of 5