# EXHIBIT E

# The Washington Post

**Politics**

# Judge bashed by Trump orders release of company records

By Tom Hamburger   May 28

A federal judge has ordered the release of internal Trump University documents in an ongoing lawsuit against the company, including "playbooks" that advised sales personnel how to market high-priced courses on getting rich through real estate.

The Friday ruling, in which Judge Gonzalo Curiel cited heightened public interest in presumptive Republican presidential nominee Donald Trump, was issued in response to a request by The Washington Post. The ruling was a setback for Trump, whose attorneys argued that the documents contained trade secrets.

Curiel's order came the same day that Trump railed against the judge at a boisterous San Diego rally for his handling of the case, in which students have alleged they were misled and defrauded. The trial is set for November.

Trump, who previously questioned whether Curiel's Hispanic heritage made him biased due to Trump's support for building a wall on the Mexican border, said Friday that Curiel "happens to be, we believe, Mexican." Trump called the judge a "hater of Donald Trump" who had "railroaded" him in the case.

"I think Judge Curiel should be ashamed of himself. I think it's a disgrace that he is doing this, " Trump said.

In his order, Curiel noted that Trump had emerged as a leading presidential candidate over the course of the civil case against Trump University and that Trump had "placed the integrity of these court proceedings at

Exhibit E; 1 of 5

issue." The judge pointed to a previous case to say that courts deciding on public disclosure must weigh "whether a party benefitting from the order of confidentiality is a public entity or official; and . . . whether the case involves issues important to the public."

Trump University was started in 2004 to offer courses in entrepreneurship under the Trump brand. Trump gave his blessing, according to court documents reported previously by The Post, becoming a 93 percent owner of the new enterprise.

Two class action lawsuits being considered in San Diego have accused Trump University of using deceptive practices as it brought in millions of dollars from customers who were told they would learn Trump's techniques to become successful in the world of real estate. Trump and his attorneys have vigorously denied the fraud claims, pointing to high ratings that students gave their courses at the time.

The Post intervened in April, arguing that Trump's pursuit of the presidency made his business dealings a matter of public interest and that an inactive company had no compelling reason to maintain secrecy.

Some of the firm's internal documents previously became public. A 2010 "playbook" published by Politico, for instance, directed sales people to rank students based on their liquid assets to determine who to target for buying courses.

Trump and his attorneys have said the company would return in some form after the case is resolved and that it would be damaged by the release of the marketing material.

Curiel seemed unconvinced. Trump's "assertion that the information retains any commercial value is speculative given the lack of any support for the statement that Trump University 'may' resume operations," the order released Friday said.

Curiel ordered that the playbooks and other records, numbering about 1,000 pages, be released by Thursday, June 2, allowing time to redact telephone numbers and other personal information about the company.

Sign up

In addition to the class action cases, New York Attorney General Eric Schneiderman filed a $40 million lawsuit in 2013 alleging that Trump had defrauded more than 5,000 individuals through Trump University, which was never licensed as an educational institution.

Schneiderman alleged in the suit that Trump personally earned $5 million from the enterprise, in which sales personnel were assigned to get people to pay $1,495 for a three-day seminar in real estate techniques. In selling the courses, Trump released a marketing video that said, "We are going to have professors and adjunct professors that are absolutely terrific . . . and these are all people who are going to be handpicked by me."

One of the university's top executives, Michael Sexton, subsequently testified in one of the class action suits that "none of the professors at the live events" were handpicked by Trump. Depositions released in March quote Trump acknowledging a lack of close involvement with mentors and students.

The fraud allegations were highlighted during this year's campaign for the GOP presidential nomination by some of Trump's competitors and by a super PAC that opposed Trump.

Campaign and legal representatives for Trump could not be reached for comment Saturday. However, Jill A. Martin, vice president and assistant general counsel for the Trump Organization, said in a written statement in March that the allegations had "no substance." She added that "Trump University was a professionally run company which provided students with a valuable and substantive education and the tools to succeed in business and real estate."

Tom Hamburger covers the intersection of money and politics for The Washington Post.
 Follow @thamburger

Campaign 2016
✕
State of the 2016 race
›



CNN Money　U.S. +　　**Business**　Markets　Tech　Media　Personal Finance　Small Biz　Luxury　　stock tickers

# Donald Trump still battling lawsuits from defunct Trump University

by Jeanne Sahadi and Karen McGowan　　@CNNMoney

July 24, 2015: 5:16 PM ET


Recommend 7.6K

**Social Surge - What's Trending**


Human-carrying drone debuts at CES


John Oliver makes history' by forgiving $15 million in medical debt


Can this massive refinery solve India's energy crisis?


Sponsored by SAP



Presidential candidate Donald Trump wants to "Make America Great Again!" Before he can do that, he has to answer to allegations that his now-defunct Trump University was a scam.

Trump is involved in two lawsuits brought by former students and one by the New York Attorney General.

The Donald is expected to be questioned under oath next month in a class action lawsuit brought by Art Cohen, who spent more than $36,000 on the Trump programs. Cohen's suit alleges that Trump University failed to deliver on its promises to provide a premier education.



Related: What we know - and don't know - about Donald Trump's wealth

Trump University, launched in 2005, promised to teach students the mogul's investing techniques to get rich on real estate. But the suit claims the teachers were not professors hand-picked by Trump as advertised, but rather independent contractors paid commissions for sales of the seminars and products.

The suit also alleges that the University would "upsell" students in its initial free seminar to buy a $1,495 "one year apprenticeship" -- which was effectively a three-day seminar. Then if they bought that, the teachers would upsell them again to buy "mentorships" at a cost of $10,000 and up. The most expensive, the Gold Elite program, cost $35,000.

"Even then, after investing nearly $36,500, students still do not receive Defendant Trump's 'secrets' they were promised, but are constantly subjected to upsell of additional Live Events, products and books," the Cohen suit said.



Advertisement

**Search for Jobs**　Powered

Millions of job openings!

Job title

Location

Find Jobs ›

Accounting　Engineering　Developer
Finance　Management　Media
Marketing　Sales　See all jobs

Employers / Post a Job

Exhibit E; 4 of 5

Trump's camp rejects the allegations. "Mr. Cohen's claims are completely baseless," said Alan Garten, the executive vice president and general counsel of The Trump Organization.

Jason Forge, an attorney representing Cohen, said "We'd rather try this case in court."

Related: Donald Trump: I'm worth $10 billion

In addition to Trump's upcoming deposition, more information about his financial stake in the school may be revealed.

U.S. District Judge Gonzalo Curiel in California ordered that the plaintiff may reopen depositions of various Trump witnesses where they were asked but didn't answer questions about the money Trump put into -- and received from -- Trump University.

Cohen's Trump University suit isn't the first. Another class action suit representing students in California, Florida and New York made similar claims and is still pending.

And in a suit brought by the State of New York, a trial court found Trump was personally liable for running an unlicensed school and must pay restitution to approximately 800 consumers nationwide who took courses after May 31, 2010 from the Trump Entrepreneur Initiative (formerly known as Trump University).

In addition, the court authorized Trump's attorneys to take the deposition of more than 5,000 consumers who took courses before that date and for whom New York State Attorney General Eric Schneiderman is seeking restitution under claims of fraud.

CNNMoney (New York)
First published July 24, 2015: 5:12 PM ET

jobs by indeed

### Paid Content


25 Unbelievable Unresolved My...
XOXLY


10 New Cars in That Are Chan...
Kelley Blue Book


Going to See t Grand Canyon
Alamo Rent A Car


Harry's Razors They Live Up T
Harry's

### Hot List


Jamie Dimon t Americans: 'Yo being manipul...


Hillary Clinton' economic idea


Trump will cau 'protracted rec


Martin Shkreli with a new cha pleads not gui


3 ways batteri dramatically in your life

### Most Popular Videos


Pittsburgh Ste robot is makin football safer


In Ferguson, e owning an old lead to arrest

Matt Damon ri

### Paid Content                                          Recommended by Outbrain


**You Won't Believe What He Said Before He Died**
Your Tailored News


**Type in your name or anyone's, this site is addicting**
TruthFinder


**Shocking Historical Photos That Will Leave You Speechless**
AmericanUpbeat.com


**Priyanka Chopra's Most Gorgeous Photos**
ViralMozo


**Thinking About Going Solar? Read This First**
Home Solar Programs


**60 Stars Who Vanished Without a Trace From Hollywood**
Scribol

### Paid Content
These 16 Animals are the Most Aggressive on the Planet *UdderlyPettable*

### More from CNN Money
Donald Trump to be witness in federal case accusing him of fraud

Exhibit E; 5 of 5