**DAVIS WRIGHT TREMAINE LLP**
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

KELLI L. SAGER (State Bar No. 120162)
  kellisager@dwt.com
ALONZO WICKERS IV (State Bar No. 169454)
  alonzowickers@dwt.com
DAN LAIDMAN (State Bar No. 274482)
  danlaidman@dwt.com
DIANA PALACIOS (State Bar No. 290923)
  dianapalacios@dwt.com

Attorneys for Media Intervenors
CABLE NEWS NETWORK, INC. ("CNN");
CBS BROADCASTING INC.; CBS
INTERACTIVE INC.; TRIBUNE PUBLISHING
COMPANY; NBCUNIVERSAL MEDIA, LLC;
ABC, INC.; THE NEW YORK TIMES
COMPANY; and WP COMPANY LLC D/B/A
THE WASHINGTON POST

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART COHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD J. TRUMP,<br><br>Defendant. | Case No. **3:13-cv-02519-GPC-WVG**<br><br>**CORPORATE DISCLOSURE STATEMENT (F.R.C.P. 7.1)**<br><br>Judge: Hon. Gonzalo P. Curiel<br>Date: June 30, 2016<br>Courtroom: 2D<br>Time: 1:30 p.m. |

Pursuant to Federal Rule of Civil Procedure 7.1(a), the Media Intervenors provide the following disclosure statements:

**ABC, Inc.** is an indirect, wholly owned subsidiary of The Walt Disney Company, which is publicly traded.

**Cable News Network, Inc. ("CNN")** is a wholly owned subsidiary of Turner Broadcasting System, Inc., which itself is a wholly owned subsidiary of Time Warner Inc., which is publicly traded.

**CBS Broadcasting Inc.** is an indirect, wholly owned subsidiary of CBS Corporation, and **CBS Interactive Inc.** is a wholly owned subsidiary of CBS Corporation. CBS Corporation is publicly traded.

**NBCUniversal Media, LLC** is indirectly owned by Comcast Corporation, which is publicly traded. No other publicly held corporation owns 10% or more of NBCUniversal Media, LLC.

**The New York Times Company**, a publicly traded company, certifies that it has no parent company and that one publicly held corporation, Grupo Financiero Inbursa, S.A.B. de C.V., owns more than 10 percent of its stock through affiliated entities.

**Tribune Publishing Company**, whose news organizations include the Los Angeles Times, the Chicago Tribune, and the San Diego Union-Tribune, is publicly held. Merrick Media, LLC, Nant Capital, LLC, Oaktree Capital Management, L.P., and Primecap Management Company each own 10 percent or more of Tribune Publishing Company's stock.

///

///

///

1 | **WP Company LLC d/b/a The Washington Post** filed a Corporate Disclosure
2 | Statement in this action on April 1, 2016. See Dkt. # 177.

3 | DATED: June 10, 2016

DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER
ALONZO WICKERS IV
DAN LAIDMAN
DIANA PALACIOS

By: /s/ Kelli L. Sager
    Kelli L. Sager

Attorneys for Media Intervenors
CABLE NEWS NETWORK, INC.
("CNN"); CBS BROADCASTING INC.;
CBS INTERACTIVE INC.; TRIBUNE
PUBLISHING COMPANY; ABC, INC.;
NBCUNIVERSAL MEDIA, LLC; THE
NEW YORK TIMES COMPANY; and WP
COMPANY LLC D/B/A THE
WASHINGTON POST

2

CORPORATE DISCLOSURE STATEMENT
DWT 29747005v1 0026517-000166