# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART COHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD J. TRUMP,<br><br>Defendant. | No. 3:13-cv-02519-GPC-WVG<br><br>ORDER SETTING BRIEFING SCHEDULE<br><br>[ECF No. 233] |

On June 10, 2016, non-party press organizations Cable News Network, Inc. ("CNN"); CBS Broadcasting Inc.; CBS Interactive Inc.; Tribune Publishing Company; NBCUniversal Media, LLC; ABC, Inc.; The New York Times Company; and WP Company LLC d/b/a The Washington Post (collectively, the "Media Intervenors"), filed a Motion of Media Intervenors to Intervene and for an Order Modifying Stipulated Protective Order. ECF No. 233.

Accordingly, the Court hereby sets the following BRIEFING SCHEDULE: Any response shall be due on or before **June 20, 2016**. Any reply shall be due on or before **June 22, 2016**. A hearing is set for **June 30, 2016, at 1:30 pm** in Courtroom 2D.

**IT IS SO ORDERED.**

1  Dated: June 10, 2016

*[signature]*
Hon. Gonzalo P. Curiel
United States District Judge