**DAVIS WRIGHT TREMAINE LLP**
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

KELLI L. SAGER (State Bar No. 120162)
 kellisager@dwt.com
ALONZO WICKERS IV (State Bar No. 169454)
 alonzowickers@dwt.com
DAN LAIDMAN (State Bar No. 274482)
 danlaidman@dwt.com
DIANA PALACIOS (State Bar No. 290923)
 dianapalacios@dwt.com

Attorneys for Media Intervenors
CABLE NEWS NETWORK, INC. ("CNN");
CBS BROADCASTING INC.; CBS
INTERACTIVE INC.; TRIBUNE PUBLISHING
COMPANY; NBCUNIVERSAL MEDIA, LLC;
ABC, INC.; THE NEW YORK TIMES
COMPANY; WP COMPANY LLC D/B/A THE
WASHINGTON POST; and FOX NEWS
NETWORK, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART COHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>   vs.<br><br>DONALD J. TRUMP,<br><br>           Defendant. | Case No. **3:13-cv-02519-GPC-WVG**<br><br>**NOTICE OF JOINDER BY FOX NEWS NETWORK, LLC IN MEDIA INTERVENORS' MOTION TO INTERVENE AND FOR AN ORDER MODIFYING STIPULATED PROTECTIVE ORDER**<br><br>Judge:      Hon. Gonzalo P. Curiel<br>Date:       June 30, 2016<br>Courtroom: 2D<br>Time:       1:30 pm |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to CivLR 7.1(j), Non-Party Press Organization Fox News Network, LLC ("Fox News") hereby joins in the Motion to Intervene and for an Order Modifying Stipulated Protective Order ("Motion"), Dkt. # 233, filed by the Media Intervenors Cable News Network, Inc. ("CNN"); CBS Broadcasting Inc.; CBS Interactive Inc.; Tribune Publishing Company; NBCUniversal Media, LLC; ABC, Inc.; The New York Times Company; and WP Company LLC d/b/a The Washington Post.

Fox News joins in the Motion for all the reasons set forth in the Notice, the accompanying Memorandum of Points and Authorities, and the Declaration of Diana Palacios with Exhibits A-E, as though fully set forth herein.

DATED: June 15, 2016

DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER
ALONZO WICKERS IV
DAN LAIDMAN
DIANA PALACIOS


By:       /s/ Kelli L. Sager
              Kelli L. Sager

Attorneys for Media Intervenors
CABLE NEWS NETWORK, INC. ("CNN"); CBS BROADCASTING INC.; CBS INTERACTIVE INC.; TRIBUNE PUBLISHING COMPANY; NBCUNIVERSAL MEDIA, LLC; ABC, INC.; THE NEW YORK TIMES COMPANY; WP COMPANY LLC D/B/A THE WASHINGTON POST; and FOX NEWS NETWORK, LLC

1