DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
DAVID L. KIRMAN (S.B. #235175)
dkirman@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California  90067-6035
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

Attorneys for Defendants
DONALD J. TRUMP and TRUMP
UNIVERSITY, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY LOW, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>   v.<br><br>TRUMP UNIVERSITY, LLC et al.,<br><br>  Defendants.<br><br>ART COHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP,<br><br>  Defendant. | Case Nos. 10-CV-0940-GPC(WVG)<br>          13-CV-2519-GPC(WVG)<br><br>**JOINT MOTION FOR ADVANCEMENT OF JUNE 30, 2016 HEARING DATE** |

Pursuant to Local Civil Rule 7.2 and this Court's Civil Pretrial and Trial Procedures, the parties hereby jointly move for an advancement of the June 30, 2016 hearing date related to defendants' Motion to Amend Protective Order, *Low* Dkt. 485; *Cohen* Dkt. 238, and non-party Media Intervenors' Motion to Intervene, seeking to amend the protective order to permit the disclosure and release of the

video of defendant Mr. Trump's deposition, *Cohen* Dkt. 233 (collective, the "Motions"). This advancement is necessary because Daniel M. Petrocelli, lead counsel for defendants, has an incurable conflict with the June 30, 2016 hearing date. The parties therefore jointly request that the Court advance the hearing to June 24, 2016, and set a briefing schedule on the Motions as follows: oppositions shall be due June 21, 2016; and replies shall be due June 22, 2016. The joint motion is based on the following:

WHEREAS, on April 22, 2016, defendant Mr. Trump filed, among other motions, his motion for summary judgment in the *Cohen* case. *See Cohen* Dkt. 180. On June 3, 2016, plaintiff Mr. Cohen filed his opposition to Mr. Trump's motion for summary judgment, which sought to file as exhibits excerpts from Mr. Trump's videotaped deposition. *Cohen* Dkts. 220, 225, 227. The Court ordered the video exhibits returned to Mr. Cohen because he failed to seek court leave to file non-electronic exhibits under Section 2.k. of the Court's Electronic Case Filing Administrative Policies and Procedures Manual. *Cohen* Dkt. 228. On June 9, 2016, Mr. Cohen filed an *ex parte* application seeking leave of Court to file the video exhibits. *Cohen* Dkt. 230.

WHEREAS, on June 10, 2016, non-party Media Intervenors filed a motion to intervene, seeking to amend the protective order to permit the disclosure and release of the video of Mr. Trump's deposition. *Cohen* Dkt. 233. The Court set June 30, 2016 as the hearing date for the motion to intervene.

WHEREAS, on June 15, 2016, defendant Mr. Trump filed his Motion to Amend Protective Order, seeking an order prohibiting the filing of any videotaped deposition, unless under seal, and barring the dissemination of any videotaped deposition. *Cohen* Dkt. 238. On June 15, 2016, the Court scheduled the hearing on the motion for the same day as the media intervenors' motion, June 30, 2016. *Cohen* Dkt. 239.

1  WHEREAS, Daniel M. Petrocelli, lead counsel for defendants, is scheduled to participate in an administrative trial in Arizona from June 28 to 29 and then is scheduled to participate in an administrative trial in Virginia on July 1.  Mr. Petrocelli will travel between Arizona and Virginia on June 29 or 30.

NOW, THEREFORE, the parties jointly move the Court to advance the June 30, 2016 hearing to June 24, 2016, and set the above briefing schedule in accordance with this date.

| | | |
|---|---|---|
| 1 | Dated:  June 17, 2016 | Respectfully submitted, |

O'MELVENY & MYERS LLP
DANIEL PETROCELLI
DAVID L. KIRMAN

_____/s/ Daniel Petrocelli_____
Attorneys for Defendant
DONALD J. TRUMP
E-mail: dpetrocelli@omm.com


ROBBINS GELLER RUDMAN
& DOWD LLP
JASON A. FORGE
RACHEL L. JENSEN
_____/s/ Jason A. Forge_____
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
& DOWD LLP
DANIEL J. PFEFFERBAUM
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
& DOWD LLP
MAUREEN E. MUELLER
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK
HELEN I. ZELDES
ALREEN HAEGGQUIST
AARON M. OLSEN
225 Broadway, Suite 2050
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

Class Counsel

```
                         DAVIS WRIGHT TREMAINE LLP
                         KELLI L. SAGER
                         ALONZO WICKERS IV
                         DAN LAIDMAN
                         DIANA PALACIOS

                              /s/ Kelli Sager
                         Attorneys for Media Intervenors
                         CABLE NEWS NETWORK, INC.
                         ("CNN"); CBS BROADCASTING
                         INC.; CBS INTERACTIVE INC.;
                         TRIBUNE PUBLISHING COMPANY;
                         ABC, INC.; NBCUNIVERSAL
                         MEDIA, LLC; THE NEW YORK
                         TIMES COMPANY; FOX NEWS
                         NETWORK, LLC; and WP COMPANY
                         LLC D/B/A THE WASHINGTON
                         POST
```

## SIGNATURE ATTESTATION

I hereby certify that authorization for the filing of this document has been obtained from the signatories of this document.

DATED: June 17, 2016

                                                       /s/ Daniel M. Petrocelli
                                                       DANIEL M. PETROCELLI

- 6 -

JOINT MOT. RE HEARING ON
MOT. TO INTERVENE
10-CV-0940-GPC(WVG)
13-CV-2519-GPC(WVG)