ROBBINS GELLER RUDMAN
 & DOWD LLP
PATRICK J. COUGHLIN (111070)
patc@rgrdlaw.com
X. JAY ALVAREZ (134781)
jaya@rgrdlaw.com
JASON A. FORGE (181542)
jforge@rgrdlaw.com
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
DANIEL J. PFEFFERBAUM (248631)
dpfefferbaum@rgrdlaw.com
BRIAN E. COCHRAN (286202)
bcochran@rgrdlaw.com
JEFFREY J. STEIN (265268)
jstein@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
225 Broadway, Suite 2050
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

Class Counsel

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART COHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   vs.<br><br>DONALD J. TRUMP,<br><br>        Defendant. | No. 3:13-cv-02519-GPC-WVG<br><br>CLASS ACTION<br><br>DECLARATION OF DANIEL J. PFEFFERBAUM IN FURTHER SUPPORT OF PLAINTIFF'S MOTION TO EXCLUDE THE TESTIMONY OF DEFENDANT'S REBUTTAL EXPERT JOEL H. STECKEL, Ph.D.<br><br>DATE:    July 22, 2016<br>TIME:    1:30 p.m.<br>CTRM:   2D<br>JUDGE:  Hon. Gonzalo P. Curiel |

1157187_1

I, DANIEL J. PFEFFERBAUM, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, which serves as Court-appointed Class Counsel in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Plaintiff's Reply Memorandum of Points and Authorities in Further Support of His Motion to Exclude the Testimony of Defendant's Rebuttal Expert Joel H. Steckel, Ph.D.

3. Attached hereto are true and correct copies of the following Exhibits:

| Exhibit | Description | Page Nos. |
|---|---|---|
| 4 | TRUMP 00161597; | 1-2 |
| 5 | TRUMP 00161906-10; | 3-8 |
| 6 | TRUMP 00219080-83; | 9-13 |
| 7 | Relevant excerpts from the transcript of the videotaped deposition of Michael Sexton, taken August 22, 2012 in *Low v. Trump University, LLC*, No. 3:10-cv-0940-GPC WVG; | 14-17 |
| 8 | TU-DONNELLY000001-20 (Donnelly Tr. Ex. 4); | 18-38 |
| 9 | DT0010233-41; | 39-48 |
| 10 | DT0013279-80 (**redacted**); | 49-51 |
| 11 | DT0022904-09; | 52-58 |
| 12 | NOWLIN01426-86; | 59-120 |
| 13 | NOWLIN01473; | 121-122 |
| 14 | TRUMP 00137397-453; | 123-180 |
| 15 | TRUMP 00161478-81 (**redacted**); | 181-185 |
| 16 | TRUMP 00229299-313; | 186-201 |
| 17 | TU 105220-68; | 202-251 |
| 18 | TU 130419-550; | 252-384 |

| Exhibit | Description | Page Nos. |
|---|---|---|
| 19 | TU 153705-62; | 385-443 |
| 20 | TU 154665-702; | 444-482 |
| 21 | TU 25265-66; | 483-485 |
| 22 | TU 49899-901; | 486-489 |
| 23 | TU 62087-90; | 490-494 |
| 24 | TU 96114-16 (**redacted**); | 495-498 |
| 25 | TU 97529-42; | 499-513 |
| 26 | TU 97564-87; | 514-538 |
| 27 | TU 97655-79; | 539-564 |
| 28 | TU 97743-90; | 565-613 |
| 29 | TU 97959-8019; | 614-675 |
| 30 | TU 98782-835; | 676-730 |
| 31 | TU 99220-95; | 731-807 |
| 32 | Relevant excerpts from the transcript of the videotaped deposition of Joel H. Steckel, Ph.D., taken April 18, 2016; | 808-823 |
| 33 | Relevant excerpts from the transcript of the videotaped deposition of Michael A. Kamins, Ph.D., taken April 1, 2016; | 824-827 |
| 34 | TU 58967-59109; | 828-971 |
| 35 | DT0013270-72; | 972-975 |
| 36 | TU 52934-53105; | 976-1148 |
| 37 | TU 145300-47; | 1149-1197 |
| 38 | TRUMP 00151612-29; | 1198-1216 |
| 39 | TU 97181-254; | 1217-1291 |
| 40 | TU 97588-621; | 1292-1326 |
| 41 | TU 97488-505; | 1327-1345 |
| 42 | TU 52941. | 1346-1347 |

1  I declare under penalty of perjury under the laws of the United States of
2 America that the foregoing is true and correct. Executed this 17th day of June, 2016,
3 at San Francisco, California.

_____
DANIEL J. PFEFFERBAUM

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 17, 2016.

 s/ X. Jay Alvarez
 X. JAY ALVAREZ

 ROBBINS GELLER RUDMAN
   & DOWD LLP
 655 West Broadway, Suite 1900
 San Diego, CA  92101-8498
 Telephone:  619/231-1058
 619/231-7423 (fax)

 E-mail:     jaya@rgrdlaw.com

# Mailing Information for a Case 3:13-cv-02519-GPC-WVG Cohen v. Trump

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Xavier Jay Alvarez**
  jaya@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Brian E. Cochran**
  bcochran@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Patrick J Coughlin**
  patc@rgrdlaw.com,e_file_sd@rgrdlaw.com,susanm@rgrdlaw.com

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,nadiak@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,llendzion@rgrdlaw.com,tholindrake@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jeffrey L. Goldman**
  jgoldman@bbwg.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,winkyc@zhlaw.com,nadiak@zhlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,hbrown@rgrdlaw.com,e_file_sd@rgrdlaw.com,JayA@rgrdlaw.com,KLavelle@rgrdlaw.com

- **David Lee Kirman**
  dkirman@omm.com,iyanniello@omm.com,sbrown@omm.com

- **Matthew R. Maron**
  mmaron@trumporg.com,carce@trumporg.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Maureen E. Mueller**
  mmueller@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **Daniel M. Petrocelli**
  dpetrocelli@omm.com

- **Daniel Jacob Pfefferbaum**
  dpfefferbaum@rgrdlaw.com

- **Kelli L. Sager**
  kellisager@dwt.com,VickyIsensee@dwt.com

- **Jeffrey J. Stein**
  JStein@rgrdlaw.com

- **WP Company LLC d/b/a The Washington Post**
  danlaidman@dwt.com

- **Alonzo Wickers , IV**
  alonzowickers@dwt.com,carolinasolano@dwt.com,ellenduncan@dwt.com,danlaidman@dwt.com

- **Helen Irene Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`