# EXHIBIT 4

| From: | Michael Bloom <mbloom@trumpuniversity.com> |
|---|---|
| Sent: | Friday, October 9, 2009 7:51 AM |
| To: | Michael Sexton <msexton@trumpuniversity.com> |
| Subject: | Unique Selling Proposition - Our Marketing Story |

MS:

Here is the succinct USP I propose we start telling across all new marketing collateral and channels. We will improve on this with every iteration but this story enables us to start winning with urgency across ALL consumer segments. Please chime in with your thoughts/improvements.

1) NOW is an incredible time to invest in real estate. Amazing deals are EVERYWHERE - right in YOUR area.

2) Donald Trump is the most successful real estate investor of our time. Trump University has the secret DJT Blueprint for consistent success in ALL AREAS of real estate investing to serve ANY objective - for investors seeking to buy and hold for positive cash flow and sizable long-term gains to investors wanting to buy and flip for short term profits.

3) Trump University is the best in the business with EVERYTHING you need to succeed - Expert trainers/coaches/mentors, secret DJT Blueprint, targeted leads, local market analysis, comprehensive solutions.

4) Let the TU Experts train you to profit in real estate. There has never been a better time to attend a FREE TU training session in YOUR area TODAY!

We'll reinforce each point with DJT quotes, Member testimonials, market charts, etc.

Your thoughts?

MB

Exhibit 4, Page 2

Confidential

TRUMP 00161597

# EXHIBIT 5

| | |
|---|---|
| **From:** | Michael Bloom <mbloom@trumpuniversity.com> |
| **Sent:** | Tuesday, October 20, 2009 4:56 PM |
| **To:** | Michael Sexton <msexton@trumpuniversity.com> |
| **Subject:** | FW: Trump University and LiveMercial - Optimizing Our Partnership |
| **Attach:** | Trump University Brief for New Direct Mail Letter 9-23-09.docx |

FYI, working with LiveMercial to significantly raise performance and lower our Cost/Attendee by improving creative, optimizing campaigns, and working on a CPA performance basis rather than on CPM impressions.

I'm working with Michelle to have her take over this relationship going forward and will keep you updated as we proceed. Thanks.

---

**From:** Michael Bloom
**Sent:** Tuesday, October 20, 2009 4:49 PM
**To:** 'William Schott'
**Cc:** 'Brian Halaschak'; lynn hamlin; Josef Katz; Michelle Benedito
**Subject:** Trump University and LiveMercial - Optimizing Our Partnership

Hi Will:

Thanks for the productive call this afternoon to help optimize our partnership.  In order to achieve our true potential, there are 3 directions we need to go in, as follows:

1) IMPROVE CREATIVE:  Update creative on the landing page and all up-front creative pieces (banners, ad text, emails, etc.) to reflect our PREMIUM BRAND position in the industry.  I've attached a marketing brief as well as information below and will be sending over shortly additional marketing collateral materials to demonstrate this PREMIUM BRAND marketing so that your marketing is consistent with all our marketing across all channels.

2) OPTIMIZE CAMPAIGNS:  Optimize all campaigns to deliver the highest volume of HIGH QUALITY leads.  Michelle will be sending over to you a file of recent Preview Attendees and Buyers so you may use this data to optimize future campaigns by your affiliate publishers and channels.

3) PERFORMANCE BASIS:  Partner on a CPA PERFORMANCE BASIS rather than on a CPM basis as we have been doing.  This means that we will pay you for the volume of qualified leads you deliver in each campaign and we'll set an initial stake in the ground as to the payout amount based on previous performance which has recently been running in the $22 – 28 range per Preview Registrant.  We must mutually understand that this payout can rise OR fall over time depending on quality and back end performance and we must be willing on both sides to make these payout changes as needed.  Ultimately, we may be able to achieve a tiered payout structure (higher payouts for higher quality, lower payouts for lower quality), but let's walk before we run.

Per item #1 above, here are the core assets you will need to proceed with upgrading creatives.

Demographic Profile: Males 60%, Females 40%, Age 35-65 with core 40-60, higher household income, higher education levels, skews married, majority are homeowners.  Highest value customers skew more female.

Marketing brief attached with initial ideas for targeting Mass Affluent, but we want to target BOTH Mass Affluent AND Get Rich Quick audiences in the same piece

DJT quotes to come in separate email.

Exhibit 5, Page 4

**Confidential**

**TRUMP 00161906**

Unique Selling Proposition for Trump University as a whole but these are the goals of our marketing communications across all channels:

1) Donald J. Trump is the Master.  Most successful real estate investor of our time.  Premium Brand Position.
2) Trump University is the best in the business.  Leading Experts.  Best Blueprint.  Ongoing support.  Property leads right in your area.  Best education.  Premium Brand Position.
3) Trump University deliver customized strategies to meet YOUR personal objectives.  Long term/appreciation/positive cash flows/passive income OR short term/buy and flip/quick profits.  Need to reach BOTH upper and lower demo segments of market.
4) NOW is the best time to invest in generations.  Historic buyers market, unprecedented opportunities right in YOUR area.
5) NOW is the perfect time to attend the free Trump University workshop.

I'll send over branding materials shortly – logo, images, etc. in a separate email and examples of winning email creatives we've seen.


Thanks.
Michael


Michael I. Bloom
**Trump University**
40 Wall Street, 32nd Fl.
New York, NY 10005
Phone: 646.810.7357
Fax: 212.248.0782
www.TrumpUniversity.com

Exhibit 5, Page 5

Confidential

**TRUMP UNIVERSITY BRIEF FOR NEW DIRECT MAIL PROSPECTING LETTER**

OBJECTIVE:  THIS LETTER RE-POSITIONS TRUMP UNIVERSITY AS THE PLATINUM BRAND INDUSTRY LEADER AND TARGETS "MASS AFFLUENT" DEMOGRAPHIC CONSUMER SEGMENTS WITH HIGHER LEVELS OF INCOME, NET WORTH, EDUCATION, AND HOME OWNERSHIP.  THE COMPREHENSIVE PRESENTATION OF THIS CREATIVE PIECE MUST CONVEY CREDIBILITY, ACCURACY, INTEGRITY, LOGIC, EFFICIENCY, UNPARALLELED QUALITY, SUPERIORITY, PROFESSIONALISM, SUCCESS, VALUE, SERVICE, EXPERIENCE, ATTENTION TO DETAIL, RESPECT, SENSITIVITY TO TIME, RESPONSIVENESS, CACHE, PERFECTION, SELF-MADE ACHIEVEMENT, WORK ETHIC, MOTIVATION, AFFLUENCE, ASPIRATION, AND OPPORTUNITY.  HERE IS HOW THE LETTER SHOULD FLOW AND WE SHOULD BE AS BRIEF AS POSSIBLE FOR HIGH IMPACT:

ESTABLISH DONALD TRUMP AS THE PREMIUM BRAND AND UNDISPUTED LEADER IN REAL ESTATE INVESTMENT.  CLEARLY DEMONSTRATE SUCCESS WITH THE STORY OF 40 WALL STREET.

"In 1995 Donald Trump purchased the building at 40 Wall Street in New York City for $1 million.  Today this landmark Trump Building in the heart of the financial district serves as the Corporate Headquarters for Trump University and is valued at more than $400 million.  Donald Trump's profit on this transaction is more than 40,000%!

Donald Trump is an American Icon and has been heralded by (XXX) as "the most successful Real Estate investor of our time (or insert similar quote)".   If you are wondering how Donald Trump can be so exceedingly visionary and consistently successful, it's because he Thinks Big, has a winning system for buying Real Estate, and takes action to negotiate a great deal."

In his own words, [Insert Inspirational Quote from Donald Trump], something like – "If you have the knowledge, a successful formula, and love what you do, you can be the very best!"

LOGICALLY DESCRIBE THE CURRENT "PERFECT STORM" BUYER'S MARKET AND THE HISTORIC OPPORTUNITY TO PROFIT IN REAL ESTATE.  CREATE URGENCY – A WINDOW OF OPPORTUNITY, THE TIME IS NOW!

The economic collapse of 2008 created tremendous buying opportunities in 2009 and from those depths of despair, we are currently experiencing the most powerful Real Estate BUYER'S MARKET in decades.  The National Association of Realtors announced on 8/21/09 that "For the first time in five years, existing-home sales have increased for four months in a row, and the monthly increase is the largest in 23 years."  The Wall Street Journal wrote on 9/17 that "Rates on fixed-rate mortgages [have fallen] to a low not seen since records started being kept in 1991."  [Could insert other quotes from WSJ, Barrons, CNN, NYT, Government Reports, etc.]  [Appeal to the counter-intuitive instincts of true value investors with quotes like Warren Buffett's "When others are fearful, be greedy!"]  With prices and interest rates at historic lows and the demand for Real Estate finally on the rise, the time to profit in Real Estate is Right NOW!

Exhibit 5, Page 6

TRUMP 00161908

<u>PRESENT A TURNKEY "3-LEGGED STOOL" FOR ANYONE TO SUCCEED IN REAL ESTATE:  1) MOTIVATION, 2) KNOWLEDGE (I.E. SYSTEM AND TARGETED LEADS, ETC.), AND 3) ONGOING SUPPORT.</u>

To be successful in Real Estate you need three things.  First, you need the knowledge to profitably invest in real estate.  Second, you need ongoing support and guidance to identify and execute successful transactions.  Third, you need personal motivation and commitment to succeed.  With your own personal motivation and commitment to succeed, Trump University will deliver the knowledge and ongoing support – EVERYTHING ELSE – that you need to succeed in Real Estate.

<u>INDICATE WE RESPECT THE VALUE OF THEIR TIME.  URGE THEM TO MAKE THE MOST OF IT BY WORKING WITH THE BEST IN THE BUSINESS.  DISTINGUISH TRUMP UNIVERSITY AS THE PREMIUM BRAND AND SUPERIOR TO EVERY OTHER COMPANY IN THE INDUSTRY.  HIGHLIGHT DONALD TRUMP'S PERSONAL INVOLVEMENT IN TRUMP UNIVERSITY (HE IS NOT JUST LENDING HIS NAME).  OVERCOME EACH CONSUMER OBSTACLE BY CONFIRMING WE DELIVER EVERYTHING NEEDED TO SUCCEED IN REAL ESTATE.  PROVIDE CLEAR EXAMPLES OF OUR UNPARALLELED TRAINING AND SUPPORT, INCLUDING:</u>

    a.  Proprietary Real Estate "Blueprint" which reflects Donald Trump's personal experience, insight, and knowledge.  Learn from the best!
    b.  Donald Trump's hand-picked instructors and mentors who are each successful investors
    c.  Targeted leads in YOUR area
    d.  Negotiating strategies to make great deals
    e.  Ongoing coaching and support featuring YOUR dedicated "Power Team" of professionals (attorney, realtor, accountant, mentor, coach, etc.)
    f.  Comprehensive library of Real Estate Contracts and Agreements developed by Donald Trump's own Legal Team for executing a broad range of real estate transactions
    g.  Multichannel offering (online, print, video, live events, webinar, etc.) of courses and materials to deliver knowledge in a variety of formats to help students learn in their most efficient environment
    h.  Exclusive networking events
    i.  Simple and easy instructions and practice exercises that anybody can do
    j.  Only 5-10 hours per week commitment needed to succeed

<u>DEMONSTRATE THE BENEFITS OF REAL ESTATE AND MORE IMPORTANTLY TRUMP UNIVERSITY</u>

    k.  Profit today
    l.  Secure long term financial future
    m.  Supplement income or even replace income
    n.  Tremendous upside potential
    o.  Money may not be required up front to buy or profit from real estate
    p.  Work less and achieve your dreams

Exhibit 5, Page 7

**TRUMP 00161909**

TAKE ACTION NOW!  ALL THAT'S MISSING IS YOU, YOUR MOTIVATION, AND COMMITMENT TO
SUCCEED.  INCORPORATE 1-3 TESTIMONIALS FROM STUDENTS, ESPECIALLY ONES THAT OFFER RESULTS.

    q.   Turnkey action plan
    r.   Finite steps, 30/60/90 day milestones
    s.   Take action, the time is NOW
    t.   Make something of your life
    u.   Get passive income
    v.   Secure your financial future, build a lasting portfolio, a legacy
    w.   Don't let opportunities pass you by
    x.   Take control of your future
    y.   Be your own boss

CALL TO ACTION.  EXTEND PERSONAL INVITATION AND COMPELLING OFFER.

    z.   Register NOW for the upcoming workshop located at [X/Y/Z]
    aa.  CREATE URGENCY
        i.   Space is limited
        ii.  First 100 attendees get "Secrets of Real Estate Marketing CD-ROM ($95 value)
        iii. First 50 attendees get 10 targeted leads of properties for sale in their area
    bb.  Reaffirm and encourage with expressions like "Once you register, you are on your way!"

Confidential

# EXHIBIT 6

| | |
|---|---|
| **From:** | Doug Garfinkel <dgarfinkel@trump org.com> |
| **Sent:** | Wednesday, December 31, 2008 11:39 AM |
| **To:** | Michael Sexton <msexton@trumpuniversity.com>; Ken Charney <kcharney@trumpuniversity.com>; Gabrielle Heller <gheller@trumpuniversity.com>; Josef Katz <jkatz@trumpuniversity.com>; Azza Elsheikh <aelsheikh@trumpuniversity.com>; David Highbloom <dhighbloom@trumpuniversity.com>; Diana Yankova <dyankova@trumpuniversity.com> |
| **Cc:** | Jack Mahoney <jmahoney@trumpuniversity.com>; Umi Hashitsume <uhashitsume@trumpuniversity.com> |
| **Subject:** | Brand Strategy |
| **Attach:** | TU Brand Strategy.docx |

Great brainstorming session.

Please review the attached and send me any comments, suggestions, etc.  I will consolidate and incorporate everyone's comments and then re-distribute the document. Keep in mind that this is a work in progress and some of the items are things we should be doing, not necessarily things we are doing today.

Please get back to me by Monday.  I'd like to get the next version out next week and get Michael's approval.  As with any strategy, we should revisit it over time and refine/adapt as warranted.

Thanks.

Doug Garfinkel
**Trump University**
40 Wall Street, 32nd Fl.
New York, NY 10005
Phone: 646.367.6022
Fax: 212.248.0782
www.TrumpUniversity.com

Exhibit 6, Page 10

**Confidential**

TRUMP 00219080

 **Brand Strategy**

Mission Statement

Trump University's mission is to empower our customers to "Think Big" like Donald Trump and achieve financial independence. We provide knowledge and skills that enable our customers to meet and exceed their financial goals through innovative education, training, resources, tools and support.  We only succeed when our customers succeed.

Target Audience

Primary: latent entrepreneurs.

People who have the desire for financial independence but have never taken action.  Trump University is the catalyst to get them started.  They are action and results oriented and have a desire to be part of the elite Trump team.

Secondary: wealth builders/opportunists.

People who are always seeking new wealth building programs.  They have worked with other providers, but are attracted to the Trump name and will try out our programs.  Note: we naturally attract this target with our primary marketing, so don't need to market to them directly. These customers typically will have a lower lifetime value, but through retention marketing we may be able to move them up the funnel.

Brand Personality (if TU were a person, what characteristics would you use to describe him/her?)

No nonsense/straight talking, street smart, knowledgeable, proactive, confident (but not cocky), credible, financially successful, results focused, THE expert (on real estate and wealth building), innovative, professional, current, caring, honest

Customer Promise

We will give you the training, tools and resources to enable you to achieve financial independence. You will succeed if you put in the required effort.  We'll provide a realistic path to success and proven methodology. Our non-traditional education approach allows you to learn quickly and efficiently to achieve results quickly. Trump University will always be with you to continue your success and you will always be part of Team Trump.

We guarantee your success. If you have done your part and don't succeed, we'll keep working with you. [Note: if we go with this guarantee, we need to define the benchmarks for success, which will vary by product.  For example, for coaching: "you will complete at least one real estate transaction". We would also need to define what level of additional support/training we will provide. Do we want to emphasize a money back guarantee for products?]

Exhibit 6, Page 11

TRUMP 00219081

How Do We Fulfill The Promise (Key Benefits)?

| Copy Points | Graphic Elements |
|---|---|
| Non-traditional learning: enables you to learn efficiently and achieve results quickly | Product shots, screen shots of online courses, "we teach success" |
| Custom learning plan: consultants will work with you to create a program that will achieve your goals. We teach success in multiple categories: real estate investing, wealth building, entrepreneurship. | Consultants, coaches, service reps |
| We'll keep you on track measure your progress and keep you motivated. [How do we do this outside of coaching?] | Coaches, students in action |
| Guaranteed results: we'll set benchmarks for success and will work with you if you don't succeed. [Need to define guarantee parameters] | Success stories, "Joe Thinks Big" |
| We are proactive and current: we know your needs before you do, and provide education for the latest issues and techniques in real estate investing and wealth building. | |
| Lifelong learning: you are always part of Team Trump and we will always be there to guide you to success.  [Possible new program: TU Alumni Association]. | Donald Trump, consultants, service reps, WBN |

What Gives Us Credibility To Fulfill The Promise?

| Copy Points | Graphic Elements |
|---|---|
| Proven results.  Success stories. The "millionaires circle". We've helped over xx,xxxx  people achieve financial independence, our students have generated over $xx,xxx,xxx in wealth.  Coaches best student successes (success stories from coaches perspective) | Successful students ,"Joe Thinks Big" successes, coaches |
| Donald Trump: programs, coaches and teachers chosen by one of the world's most successful real estate investors and businessman.  Learn how to "Think Big" and achieve financial success the Trump way. Trumpisms (quick quotes) | Donald Trump, "Think Big" logo, Trumpisms |
| Faculty and coaching experience.  They have real life experience and results. Combined: x years of experience, x number of real estate transactions, $x in real estate transactions. | Coaches, faculty |
| Guaranteed results: we'll set benchmarks for success and will work with you if you don't succeed. [Need to define guarantee parameters] | Successful students , "Joe Thinks Big" |
| Proven methodology.  Our innovative non-traditional learning techniques enable you to learn quickly and achieve results.  We teach you real world techniques, not theoretical concepts. We use "participatory" learning (learn by doing). | Product shots, screen shots of online courses, students in action |
| We only succeed if you succeed.  We truly care about your success. | Mentors working with students, Trump U employees |

Confidential

| Our customers are extremely satisfied.  They are so successful that they recommend us to others [We need a strategy to make our customers evangelists] | Successful students |
|---|---|

## Who Are The Key Competitors and What Are Their Advantages?

Primary (brand name programs)

- Robert Allen – well known, infomercials
- Rich Dad – celebrity, smart marketing, bestselling books
- Carleton Sheets – most established, well known name
- Dean Graziosi – mass media marketing, infomercials, unique personality
- Investools – large, well known, unique focus on investing

Secondary
- Self-help investment and real estate books, courses, CDs, etc.
- Online investment and information sites: Motley Fool, investment research sites
- Non brand name coaching, real estate and investing programs.

## What Are Our Competitive Advantages (Why Should You Choose Us)?

Donald Trump: learn from one of the world's most successful real estate investors and businessman.  Learn how to "Think Big" like Donald to achieve your financial goals.

Experts handpicked by Donald Trump that will teach you to succeed the "Trump way".

We provide a personalized learning plan that is tailored specifically to your needs and goals.

We care about your success.

We are honest and ethical.

We believe in lifelong learning.  You are always part of Team Trump and we are always there to help you continue your success, whatever your needs.

We are responsive.

We are innovative and current.  We know the latest issues and techniques and provide educational programs before anyone else does.  You can turn to us as THE expert in real estate investing and wealth building.

We use non-traditional and fast paced education techniques so you can achieve results quickly.

We teach real world techniques and believe in "participatory" learning (learn by doing).

Exhibit 6, Page 13

**Confidential**

TRUMP 00219083

# EXHIBIT 7

**C O N F I D E N T I A L**

Michael Sexton                    **Makaeff v. Trump University**

```
        ** CONFIDENTIAL ** CONFIDENTIAL **
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
CASE NO.: 10 CV 0940 EIG (WVG)
-----------------------------------------x
TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM
and PATRICIA MURPHY, on Behalf of Themselves
and all others Similarly Situated,


                    Plaintiffs,
    -against-


TRUMP UNIVERSITY, LLC (AKA TRUMP
ENTREPRENEUR INITIATIVE) a New York
Limited Liability Company, DONALD J. TRUMP,
and DOES 1 through 50, inclusive,


                    Defendants.
-----------------------------------------x
                    August 22, 2012
                    9:57 a.m.


    VIDEOTAPED DEPOSITION of MICHAEL SEXTON,
30(b)(6) Witness in the above-captioned matter,
taken by Plaintiffs, held at 725 Fifth Avenue,
New York, New York, before Eileen Mulvenna,
CSR/RMR/CRR, Certified Shorthand Reporter,
Registered Merit Reporter, Certified Realtime
Reporter and Notary Public of the State of
New York.
```

Michael Sexton                                    Makaeff v. Trump University

```
 1                    SEXTON - CONFIDENTIAL
 2          Q.      It says that the company will enter
 3     into a license agreement with Trump, which
 4     states, among other things, the rights of the
 5     company for the use of the name "Trump" as part
 6     of the name of the company in the form and on the
 7     terms satisfactory to the manager?
 8          A.      Yes, I do.
 9          Q.      Does that refresh your recollection
10     as to whether there was a license agreement?
11          A.      Yes, appears to be.
12          Q.      Whose idea was it to use the name
13     Trump in the name of the organization?
14          A.      It was mine.  We wouldn't have
15     approached the Trump Organization and Donald
16     Trump specifically unless we intended to use that
17     name as part of the branding.
18          Q.      So that was always part of the plan?
19          A.      Right.
20          Q.      To which -- it sounds like Mr. Trump
21     agreed?
22          A.      Yes, he agreed.
23          Q.      Why did you want to use the name
24     Trump?  I understand that it's -- from your prior
25     testimony, I'm not trying to misstate anything,
```

Exhibit 7, Page 16

C O N F I D E N T I A L

Michael Sexton                                        Makaeff v. Trump University

```
1                    SEXTON - CONFIDENTIAL
2      it was for brand purposes.  Can you explain that
3      a little bit more?
4           A.    We thought it was a very
5      aspirational and inspirational brand that could
6      motivate people.  And going back to the earlier
7      testimony, at this point in time, the Trump brand
8      really transcended real estate.
9                 And there was actually a survey --
10     we'd done a fair amount of research into what
11     brands really do represent the best of
12     entrepreneurship in America.  And there was a
13     survey done by a recognized company, I forget,
14     maybe it was Microsoft, and Trump was the number
15     two recognized brand for entrepreneurship very
16     specifically in America.
17                 And we felt it was the most
18     compelling brand out there that would -- that
19     would be accessible to a broad range of people
20     who would understand kind of instantly when you
21     put that name what it stood for.
22          Q.    Did you keep that survey in your
23     records?
24          A.    I don't recall.  I'm sure it was
25     referenced in -- you know, in early documents.
```

Exhibit 7, Page 17

# EXHIBIT 8

EXHIBIT 4
WIT: Donnelly
DATE: 11-2-12
Micheal A. Johnson, CSR, CRR

# TRUMP UNIVERSITY
## Marketing Guidelines



The purpose of this document is to define and establish Trump University's branding strategy across all communication mediums both in visual and copy form. The strategy in this document should be used as a reference when marketing Trump University, as well as our products and services both to the press and the general public.

TU-DONNELLY0000002



TU-DONNELLY0000003

Exhibit 8, Page 21

# Visual Guidelines

The following pages outline how

to use Trump University's logos

and other visual elements for print,

online marketing, advertising, and

promotional materials for TrumpU.

Strict compliance by our Stategic

Partners, Third-Party Vendors and

Freelance Professionals is required.

TU-DONNELLY0000004

# 4-Color Logo - Version 1



**Version 1 - Logo with Tagline**
Always have 1/4 inch minimum of equal white space on all sides.



**Version 1 - Logo with Tagline on Colored Background**
Always have 1/4 inch minimum of equal white space on all sides.
Version 1 should only be used on light colored backgrounds.

**Tagline Color -** 30% Cyan, 100% Magenta, 85% Yellow, 37% Black





TU-DONNELLY0000005

Exhibit 8, Page 23

# 4-Color Logo - Version 2



**Version 2 - Logo on 2 Lines**
Always have 1/4 inch minimum of equal white space on all sides.



**Version 2 - Logo on 2 Lines Reverse**
Always have 1/4 inch minimum of equal white space on all sides.



**The Shield**
The Trump University shield may be used on its own, ONLY in areas where the logo will not fit. (For Example: Binder, Book or CD/DVD Spines.) The complete logo MUST appear somewhere on the document.

 **TRUMP UNIVERSITY**
We Teach Success.                    WWW.TRUMPUNIVERSITY.COM                    © COPYRIGHT 2007

TU-DONNELLY0000006

# 1-Color Logo - Black



**Version 2 - Logo on 2 Lines**
Always have 1/4 inch minimum of equal white space on all sides.



**Version 2 - Logo on 2 Lines Reverse**
Always have 1/4 inch minimum of equal white space on all sides.



**The Shield**
The Trump University shield may be used on its own, ONLY in areas where the logo will not fit. (For Example: Binder, Book or CD/DVD Spines.) The complete logo MUST appear somewhere on the document.


TU-DONNELLY0000007

Exhibit 8, Page 25

# 4-Color Logo - Version 3









**Version 3 - Logo Stacked**
Always have 1/4 inch minimum of equal white space on all sides.


TU-DONNELLY0000008

Exhibit 8, Page 26



# Trump University Logo Usage



**Version 1 - Logo with Tagline**
Use this version in all cases where
large horizontal space is available.





**Version 2 - Logo on 2 Lines**
Use this version in all cases where horizontal
space is limited but vertical space is available.









TU-DONNELLY0000009

Exhibit 8, Page 27

# Trump University Logo Usage



**Version 3 - Logo Stacked**
Use this version in all cases where horizontal space is limited but vertical space is available.









TU-DONNELLY0000010

Exhibit 8, Page 28

TrumpU Logo Usage

# TRUMPU

Example 1



Example 2



TU-DONNELLY0000011

Exhibit 8, Page 29

# Font Usage & URL Treatment

# Trajan Pro Bold
## www.TrumpUniversity.com

# Frutiger Black
## www.TrumpUniversity.com

When writing the Trump University URL, the T in Trump and the U in Unversity must always be capitalized with no spaces; proceeded by www. and followd by .com, all lower case. See above.

---

# Trajan Pro
## Frutiger Bold - *Bold Italic*
## Frutiger Roman - *Italic*
## Frutiger Light - *Italic*
## Verdana Bold - *Bold Italic*
## Verdana - *Italic*

Limit fonts to ONLY the Trajan Pro and Frutiger families for Print and Verdana for Web.
Text should be aligned flush left, NEVER centered.

 TRUMP UNIVERSITY  We Teach Success.   WWW.TRUMPUNIVERSITY.COM   © COPYRIGHT 2007

TU-DONNELLY0000012

Exhibit 8, Page 30

# Donald J. Trump Approved Photographs








 TRUMP UNIVERSITY
We Teach Success.

WWW.TRUMPUNIVERSITY.COM

© COPYRIGHT 2007

TU-DONNELLY0000013

Exhibit 8, Page 31

# Copy Guidelines

The goal of our copy guidelines

is to ensure brand, tone and

message consistency across all

Trump University's marketing

efforts. If you are uncertain about

messaging or copy approach, please

do not hesitate to direct those

questions to The Trump University

Marketing Department.

TU-DONNELLY0000014

Exhibit 8, Page 32

**About Trump University**

Trump University is not your typical learning institute and it does not yield typical results for its members either. But with a man like Donald Trump behind it, how could Trump University not help you produce anything other than exceptional results? Since 2005, Trump University has been helping people achieve the privileged lives they've always dreamed about, and we will help you too. We guarantee it. This is not a guarantee we take lightly. We realize that Trump University can only reach its goal of being "the best" unless our members achieve their goals.

**Tagline**

We Teach Success.

**Mission Statement**

Trump University's mission is to provide educational programs and tools to help our clients achieve financial independence. Our success is measured by the results that our clients achieve applying what they have learned from us in the real world.

**Trump University's Products and Services**

- The Marketing Mastery Program and The Entrepreneurship Mastery Program are referred to as "programs" or "comprehensive programs." They are not courses or classes.

- We offer real estate investor training via Trump University's School of Real Estate (we customize/personalize the right real estate investor training program for our members).

- Coaching is only referred to as coaching, never mentoring, or mentorship.

- We offer audio and online courses—some are instructor led, some are not.

- Retreats--2-3 day onsite training experiences with a top expert in the field.

- Seminars--1 or ½ day FREE learning events with a top expert in the field.

- Workshops—exclusive, members-only, 3 day training events with top experts in the field.

- Books

- Webinars—hour online and over the phone presentations led by a top expert in the field. Includes Q&A with participants.


TU-DONNELLY0000015

Exhibit 8, Page 33

**The Trump University Community**

- Staff
- Faculty
- Instructors
- Program Directors (Trump University's Admissions Department)
- Consultants (Trump University's Admissions Department)
- Real Estate Experts
- Successful Entrepreneurs
- Business Investors

**Members**

We always refer to our members as members.

**Donald J. Trump**

- The first time you mention Mr. Trump in your copy, spell out his FULL name with initial. After that, you may use Donald Trump.
- Never refer to Mr. Trump as "The Donald."
- Never use Mr. Trump to sell. You may quote him, but don't use him as a "pitch man."
- Only used approved Trump quotes by Trump University.
- Emails should only come from Trump University.

**Catch Phrases/Buzz Words**

| | |
|---|---|
| Learn by doing | Practical |
| Tactical | Hands on approach |
| Immersive | We'll show you how |
| Real world education for the real world | Take action |
| Learn. Act. Succeed. | You can do this |
| Success | Goals |
| Financial freedom | Financial independence |
| Ivy League quality | Thriving community of members |
| Easy | Simple |
| Fast | |


TU-DONNELLY0000016

Exhibit 8, Page 34

**Tone**

- Elitist
- Relevant
- Tough
- Respectful
- Confident
- Make TrumpU sound easy
- Always sell from a position of strength
- Think of Trump University as a real University, with a real Admissions process—i.e., not everyone who applies, is accepted
- Trump University is not about get rich quick schemes
- We are passionate about helping people achieve their vision of financial independence
- We are only as good as the results are members achieve
- We are with our members every step of the way (encouraging, supportive and full of guidance, experience and wisdom)
- Trump University is all about community
- Make copy very you-focused (it's always about them, not us)
- Focus on results
- Focus on the benefits of having Trump University on your side

**Usage of Trump University**

Always use Trump University whenever possible. However, if there are times in copy where TrumpU reads better, you may abbreviate. But never use TrumpU in a headline or sub-header, only in the meat of your copy. Example: (Header) Trump University is Your Portal to Riches (Meat Copy): TrumpU members are taking action and succeeding.

**Call to Actions**

Let's avoid "buy now." (We are selling education, not a set of steak knives.)

| Use terminology such as: | Enroll | Register | Apply |
|---|---|---|---|
| | Sign Up | Attend | Learn More |
| | Get Started | Start Now | Take Action |


TU-DONNELLY0000017

**Exhibit 8, Page 35**

# IACET Logo and Statements

## Use of Authorized Provider Logo

Authorized Providers are encouraged to use the Authorized Provider logo and/or the CEU logo on their continuing education/training marketing or promotional materials for those units or programs of the organization that are authorized. Each provider will be given camera-ready copies of the logos for their use. Logos are also available as an electronic file. Use of the logos requires an accompanying statement (see next section).

 

## Approved Statements to be used by Authorized Providers

Upon approval, the provider will be assigned the most appropriate of the following statements for use on their promotional materials. The statement must be used when the logo is used.

### When approval is granted for the entire organization:

"The (organization) has been reviewed and approved as an Authorized Provider by the International Association for Continuing Education and Training (IACET), 8405 Greensboro Drive, Suite 800, McLean, VA  22102-5120. The (organization) has awarded (specific number) of CEUs to participants who successfully complete this program."

### When approval is granted for one unit of an organization:

"The (unit) of (organization) has been reviewed and approved as an Authorized Provider by the International Association for Continuing Education and Training (IACET), 8405 Greensboro Drive, Suite 800, McLean, VA  22102-5120. The (organization) has awarded (specific number) of CEUs to participants who successfully complete this program."


TU-DONNELLY0000018

Exhibit 8, Page 36

# Disclaimer/Legal Notice

While all attempts have been made to verify information provided in this publication, neither the Authors nor the Publisher assumes any responsibility for errors, inaccuracies or omissions. Any slights of people or organizations are unintentional.

This publication is not intended for use as a source of legal or accounting advice. The publisher wants to stress that the information contained herein may be subject to varying state and/or local laws and regulations. All users are advised to retain competent counsel to determine what state and/or local laws or regulations may apply to the user's particular business.

The purchaser or reader of this publication assumes responsibility for the use of these materials and information. Adherence to all applicable laws and regulations, both federal and state and local, governing professional licensing, is the sole responsibility of the purchaser or reader. The Authors and Publisher assume no responsibility or liability whatsoever on behalf of any purchaser or reader of these materials.

Real Estate investing, just like any other business, does contain risk. Real estate investors can both make and lose money on any given transaction. Like the stock market, poor decisions may result in the loss of all or part of an individual's working capital. Caution should always be used.

The Authors and Publishers are not giving any legal advice, nor functioning in any capacity as an attorney in this work. If legal or financial advice is needed, always consult a competent professional.

Foreclosure investing involves additional risk. You should seek the help of a competent attorney or professional for advice.

California has unique real estate laws. California investors should seek the help of a competent professional before undertaking any investing.

The information contained within the "Insert Name of Document" manual is protected under copyright laws of the United States. The material within this manual cannot be produced, copied, or redistributed without advanced express written permission of Trump University.

© Copyright 2007

Trump University
40 Wall Street, 32nd Floor
New York, New York 10005
Phone: 212.248.1800
Fax: 212.248.0782
www.TrumpUniversity.com


TU-DONNELLY0000019

Exhibit 8, Page 37





40 Wall Street, 32nd Floor
New York, NY 10005
www.TrumpUniversity.com

TU-DONNELLY0000020

Exhibit 8, Page 38

# EXHIBIT 9

| From: | Jack Mahoney [/O=TRUMP ORG/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=JMAHONEY] |
|---|---|
| Sent: | 8/25/2009 3:01:02 PM |
| To: | Jack Mahoney [jmahoney@trumpuniversity.com]; Michael Sexton [msexton@trumpuniversity.com]; Josef Katz [jkatz@trumpuniversity.com]; Greg Saunders [gsaunders@trumpuniversity.com]; April B. Neumann [aneumann@trumpuniversity.com]; david@entrende.com; Brad Schneider [bschneider@trumpuniversity.com]; Terry Willardson [twillardson@trumpuniversity.com] |
| CC: | Dan Beyerlein [dbeyerlein@trumpuniversity.com]; Richard Owens [rowens@trumpuniversity.com] |
| Subject: | RE: Lansing/gran rapids Cont |
| Attachments: | Lansing.docx |
| | |
| Importance: | High |

**45 second message: Please approve/modify ASAP… as we are nearly ready to launch… Jack**

*"Oh Hi, This is Michael Sexton, President of Trump University.  The reason for the call is that I have some very exciting news.*

*We are going to be in the area this Friday, Saturday and Sunday with a special Three Day Real Estate Workshop and Boot camp to help our Students in Michigan.*

*You've heard the saying: "Buy Low, Sell High". Now IS the best time to get involved in Real Estate.*

*We've put together a special, Scholarship Assistance Program for this weekend, including Travel Vouchers. If you can commit to three full days of intense training this weekend and you are interested in learning more about this scholarship assistance program: Then please call: 888 – 878 – 6704. Space is extremely limited, so please call right away 888 – 878 – 6704. Look forward to seeing you this weekend!"*

**The Toll Free Number will be directed to the Sales Team.**

**When Students call in, here are the highlights of the Scholarship Assistance:**
      **1) $500 towards the Tuition; $1,495 -> $995**
      **2) Two guests for Free**
**Travel Voucher info:**
      **3) $50 Amex Card for Gas on Day # to the primary.**
**At more than 50 mile Travel:**
      **4) Reimburse the Primary up to $100/night for their hotel stay for Friday & Saturday, awarded on Day 3**

**Other Ideas?**

```
-----Original Message-----
From: Jack Mahoney
Sent: Tuesday, August 25, 2009 12:00 PM
To: Michael Sexton; Josef Katz; Greg Saunders; April B. Neumann; david@entrende.com; Brad
Schneider
Cc: Dan Beyerlein; Richard Owens
Subject: RE: Lansing/gran rapids Cont

I will send the script out in a minute for comments...

-----Original Message-----
From: Michael Sexton
Sent: Tuesday, August 25, 2009 11:59 AM
To: Josef Katz; Greg Saunders; Jack Mahoney; April B. Neumann; david@entrende.com; Brad
Schneider
Cc: Dan Beyerlein; Richard Owens
```

DT0010233

Subject: Re: Lansing/gran rapids Cont

I don't care what the words are, what is the marketing message?

----- Original Message -----
From: Josef Katz
To: Michael Sexton; Greg Saunders; Jack Mahoney; April B. Neumann; david@entrende.com; Brad Schneider
Cc: Dan Beyerlein; Richard Owens
Sent: Tue Aug 25 13:55:09 2009
Subject: RE: Lansing/gran rapids Cont

Jack is scripting it now.

-----Original Message-----
From: Michael Sexton
Sent: Tuesday, August 25, 2009 1:53 PM
To: Josef Katz; Greg Saunders; Jack Mahoney; April B. Neumann; david@entrende.com; Brad Schneider
Cc: Dan Beyerlein; Richard Owens
Subject: Re: Lansing/gran rapids Cont

What's the message???

----- Original Message -----
From: Josef Katz
To: Michael Sexton; Greg Saunders; Jack Mahoney; April B. Neumann; david@entrende.com; Brad Schneider
Cc: Dan Beyerlein; Richard Owens
Sent: Tue Aug 25 13:52:45 2009
Subject: RE: Lansing/gran rapids Cont

We had only 1 TI buyer from the area (remember TI data didn't always have geo information).

We were planning a voice shot to the larger group.  Jack is going to attempt to have live calls made to the 354.

Did you want us to reach out to everyone possible?


-----Original Message-----
From: Michael Sexton
Sent: Tuesday, August 25, 2009 1:47 PM
To: Josef Katz; Greg Saunders; Jack Mahoney; April B. Neumann; david@entrende.com; Brad Schneider
Cc: Dan Beyerlein; Richard Owens
Subject: Re: Lansing/gran rapids Cont

Whoa...I thought we were going to personally call TI 199d buyers.  What is the plan for the 3217?

----- Original Message -----
From: Josef Katz
To: Greg Saunders; Jack Mahoney; Michael Sexton; April B. Neumann; david@entrende.com; Brad Schneider
Cc: Dan Beyerlein; Richard Owens
Sent: Tue Aug 25 13:45:23 2009
Subject: RE: Lansing/gran rapids Cont

DT0010234

I am sending 3217 records for a voice shot.  These are people who have registered for a free course or download and who live in the following areas:

Detroit
Grad Rapids
Jackson
Kalamazoo - Battle Creek
Lansing - East Lansing

Also anyone who lives in these areas (regardless of purchase/download history):
Grad Rapids
Jackson
Kalamazoo - Battle Creek
Lansing - East Lansing


-----Original Message-----
From: Greg Saunders [mailto:gsaunders@trumpuniversity.com]
Sent: Tuesday, August 25, 2009 1:24 PM
To: Jack Mahoney; Michael Sexton; Josef Katz; April B. Neumann; david@entrende.com; Brad Schneider
Cc: Dan Beyerlein; Richard Owens
Subject: RE: Lansing/gran rapids Cont

Jack, Josef, and I spoke.

Richard-- list "grandRapidsWithSales20090825" is on its way.  It has 354 customers with phone numbers in the Grand Rapids region, of which 19 have spent $1 or more, and the rest have registered for a free course or download.

Greg Saunders
Trump University
40 Wall Street, 32nd Fl.
New York, NY 10005
Phone: 847.394.8149
Fax: 212.248.0782
www.TrumpUniversity.com


-----Original Message-----
From: Jack Mahoney [mailto:jmahoney@trumpuniversity.com]
Sent: Tuesday, August 25, 2009 11:09 AM
To: Michael Sexton; Josef Katz; April B. Neumann; david@entrende.com; Brad Schneider; Greg Saunders
Cc: Dan Beyerlein; Richard Owens
Subject: RE: Lansing/gran rapids Cont

Josef is working with Greg to get the lists and we will call the buyers per your note below…


From: Michael Sexton
Sent: Tuesday, August 25, 2009 10:08 AM
To: Josef Katz; Jack Mahoney; April B. Neumann; david@entrende.com; Brad Schneider; Greg Saunders
Subject: Re: Lansing/gran rapids Cont

DT0010235

Try, but make sure they are not dissatisfied before we make the offer...per jack

_____

From: Josef Katz
To: Jack Mahoney; Michael Sexton; April B. Neumann; david@entrende.com; Brad Schneider; Greg Saunders
Sent: Tue Aug 25 11:46:16 2009
Subject: RE: Lansing/gran rapids Cont

Interesting idea but not a long term solutions for an SOP.


Do you want to look for buyers in this area?  It won't be many but we can try.




_____

From: Jack Mahoney
Sent: Tuesday, August 25, 2009 11:30 AM
To: Jack Mahoney; Michael Sexton; April B. Neumann; david@entrende.com; Brad Schneider; Josef Katz; Greg Saunders
Subject: RE: Lansing/gran rapids Cont
Importance: High

Also, Mark suggested: "is there any way we can get a hold of Trump Institutes Michigan's buyers and ask if they want a refresher course?"


Josef, what do you think?




From: Jack Mahoney
Sent: Tuesday, August 25, 2009 9:26 AM
To: Michael Sexton; April B. Neumann; david@entrende.com; Brad Schneider; Josef Katz; Greg Saunders
Subject: RE: Lansing/gran rapids
Importance: High

Exhibit 9, Page 43

DT0010236

We are offering the $500 scholarship off the $1,495. Not sure what you mean  "Maybe offer $500 rebate to panb?" Is that something different than the Scholarship?


Also, do we want to offer a travel voucher redeemable on Day 3?


Do we want to email the database of TU users in the area – kind of like the Wealth Summit (Mark Covais' idea)  and make the scholarship and travel voucher offer? Who could pull that list list ASAP.  We can have the PANB team as the inbound number to call and we would also outbound the list… this would need to happen quickly. Josef, can you touch base with Greg to see if we can get the list with email and phone number?


Michael, can you approve a $50 travel voucher? Do we have $50 gas cards?


From: Michael Sexton
Sent: Tuesday, August 25, 2009 1:25 AM
To: Jack Mahoney; April B. Neumann; david@entrende.com; Brad Schneider; Josef Katz
Subject: Re: Lansing/gran rapids


Team, we need to get better at laying down standard operating procedures against recurring events or we will find ourselves constantly reinventing the wheel. Addressing very low attendance fulfillments is a great opportunity for implementing a SOP....push guest hard, invite third guest, open up entire sales form, maybe fedex hard confirmation with some random act of kindness? Maybe offer $500 rebate to panb? Work panb right up to fulfillment? Let's brainstorm other activities and then write up the SOP and test, refine, etc. Jack. Please take the lead on this but everybody be on the lookout for other opportunities to create SOPs...they will save us time and make us more effective...thanks.

_____

From: Jack Mahoney
To: April B. Neumann; david@entrende.com; Michael Sexton; Brad Schneider; Dan Beyerlein; Katie Johnson; Mark Covais
Sent: Mon Aug 24 20:18:57 2009
Subject: RE: Lansing/gran rapids


OK:


April: Yes, we will push the guest


David: This is the first time we have been in the area so there are no existing Students to call to audit the Workshop…

As to the PANBs:


There are 103 PANBs

We dialed them all with the "scholarship" offer.

We have presented to 35 (I.E. right party contact and presented the scholarship offer).

1 sale

10 Pendings

24 "No's"


We will continue with the balance. But the week after the preview the interest falls off… All have a received a voicemail that we have some exciting news… We will continue to push…


Dan and Mark: Time to pull out all the stops! Call me if you need anything… Jack


From: April B. Neumann
Sent: Monday, August 24, 2009 5:56 PM
To: david@entrende.com; Michael Sexton; Jack Mahoney; Brad Schneider
Subject: Re: Lansing/gran rapids


I did notice that all five registered are primaries. We generally have a much better chance of retaining if a guest is involved as well.

Jack, can we make calls to push bringing a guest?

April
--------------------------
Sent using BlackBerry

_____

From: David Early
To: April B. Neumann; Michael Sexton; Jack Mahoney; Brad Schneider
Sent: Mon Aug 24 19:51:54 2009
Subject: RE: Lansing/gran rapids

I'm concerned that we will only have two or three people, tough class to teach.  Plus, you are sending someone to teach for three days with little chance of making money.


Jack, anything we can do to get two or three more people in it?

Exhibit 9, Page 45

DT0010238

david


David Early

Entrende, LLC

407-282-5100 Office

407-340-9766 Cell

407-282-5566-fax


cid:image001.jpg@01C86E4E.CA8557E0


From: April B. Neumann [mailto:aneumann@trumpuniversity.com]
Sent: Monday, August 24, 2009 7:48 PM
To: david@entrende.com; Michael Sexton; Jack Mahoney; Brad Schneider
Subject: Re: Lansing/gran rapids


My gut was yes. We've already paid for everything: hotel, travel, marketing, and we've
already shipped everything. We might as well fulfill our obligation and try to recover $35k
that we wouldn't see any other way, right?

--------------------------
Sent using BlackBerry

_____

From: David Early
To: April B. Neumann; Michael Sexton; Jack Mahoney; Brad Schneider
Sent: Mon Aug 24 18:47:37 2009
Subject: Lansing/gran rapids

We only have 5 people, are we going forward with it.


Jack, anymore calls to make, any luck? Anything thing I can do to help?


David Early

Entrende, LLC

407-282-5100 Office

407-340-9766 Cell

DT0010239

407-282-5566-fax

cid:image001.jpg@01C86E4E.CA8557E0

This e-mail message, and any attachments to it, are for the sole use of the intended recipients, and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this email message or its attachments is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, while the company uses virus protection, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

This e-mail message, and any attachments to it, are for the sole use of the intended recipients, and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution of this email message or its attachments is prohibited.  If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, while the company uses virus protection, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

DT0010240

*Oh Hi, This is Michael Sexton, President of Trump University.  The reason for the call is that I have some very exciting news.*

*We are going to be in the area this Friday, Saturday and Sunday with a special Three Day Real Estate Workshop and Boot camp to help our Students in Michigan.*

*You've heard the saying: "Buy Low, Sell High". Now IS the best time to get involved in Real Estate.*

*We've put together a special, Scholarship Assistance Program for this weekend, including Travel Vouchers. If you can commit to three full days of intense training this weekend and you are interested in learning more about this scholarship assistance program: Then please call: 888 – 878 – 6704. Space is extremely limited, so please call right away 888 – 878 – 6704. Look forward to seeing you this weekend!*

The Toll Free Number will be directed to the Sales Team.

When Students call in, here are the highlights of the Scholarship Assistance:

1) $500 towards the Tuition; $1,495 -> $995
2) Two guests for Free

Travel Voucher info:

3) $50 Amex Card for Gas on Day # to the primary.

At more than 50 mile Travel:

4) Reimburse the Primary up to $100/night for their hotel stay for Friday & Saturday, awarded on Day 3
5) Other Ideas?

# EXHIBIT 10

| | |
|---|---|
| **From:** | April B. Neumann [/O=TRUMP ORG/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=ANEUMANN] |
| **Sent:** | 9/9/2009 4:59:33 PM |
| **To:** | Michael Sexton [msexton@trumpuniversity.com]; |
| **Subject:** | FW: Preview (Bloomington: Swanson @1PM): 42% show rate,0% conversion,$0.00 payment per attendee |

I just spoke with Susan. She said that Bob did a great job for his first time up there. She felt that he needed to be a little bit more slick- and possess a little bit more of an edge in the front of the room, create more of a sense of urgency, and have a little bit more energy to really engage the folks in front of him. Less teaching, more selling. As soon as the session was over, he sat with the team and listed the things that he thought he could improve on, and they're doing an additional debrief over lunch. She's in the midst of uploading the recording that will go to David and I.

April B. Neumann
**Trump University**
40 Wall Street, 32nd Fl.
New York, NY 10005
Phone: 646.367.3802
Fax: 212.248.0782
www.TrumpUniversity.com

**From:** Susan Morrison [mailto:smorrison@trumpuniversity.com]
**Sent:** Wednesday, September 09, 2009 4:13 PM
**To:** Michael Sexton; Jack Mahoney; Steven Matejek; Josef Katz; April B. Neumann; Eleanor Daniels; Brad Schneider; Jason Schauer; Liliana Hernandez; Marcia Betances; Salma Jalil; Denise Ong; Greg Saunders; Ryan Lotman; Richard Owens; Dan Beyerlein; Susan Morrison
**Subject:** Preview (Bloomington: Venter @1PM): 42% show rate,0% conversion,$0.00 payment per attendee

**Profit From Real Estate Investing - Free Introductory Class**
*Wed Sep, 9, 2009 @ 01:00 PM*
*Speaker: not defined*
*LIT:* **Bob Venter**
*Region: Peoria / Bloomington / Decatur, IL*
*City: Bloomington*
*Venue: Doubletree Hotel Bloomington*
*Site: www.trumpuniversity.com*
*SEM_PFF-20090909A*

**Program Coordinator**
Susan Morrison

**Sales Coordinators**
Noah Harris
Dan Swanson

**TOTALS:**
**32** registrations = 25 primaries + 4 guests + 2 walkins + 0 audits + **1** cancellations before event for a cancellation rate of **3%**...breakdown:

Exhibit 10, Page 50

CONFIDENTIAL

DT0013279

**1**: Guest

**31** non-cancelled registrations
**13** attendees for show rate of **42%**
**0** buyers for a conversion rate of **0%**, with **2** pending
**0** buyers retained for a retention rate of **0**
**$0.00** live event sales (post returns)
**$0.00** salesFloor/cart sales (post returns)
**$0.00** total tax and shipping
**$0.00** total sales with tax and shipping

**$0.00** payment collected for **$0.00 per attendee**
**Event balance due: $0.00**

**Pendings:**
1. Karen Colclasure: funds
2. Karen Stailey-lander: spouse

To see full statistics, go to
https://www.trumpuniversity.com/private/events/beta/showProduct.cfm?productID=2917
This e-mail message, and any attachments to it, are for the sole use of
the intended recipients, and may contain confidential and privileged
information. Any unauthorized review, use, disclosure or distribution
of this email message or its attachments is prohibited. If you are not
the intended recipient, please contact the sender by reply email and
destroy all copies of the original message. Please note that any views
or opinions presented in this email are solely those of the author and
do not necessarily represent those of the company. Finally, while the
company uses virus protection, the recipient should check this email
and any attachments for the presence of viruses. The company accepts no
liability for any damage caused by any virus transmitted by this email.

Exhibit 10, Page 51

CONFIDENTIAL

# EXHIBIT 11

**From**:       Ryan Lotman [/O=TRUMP ORG/OU=EXCHANGE ADMINISTRATIVE GROUP
                (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=RLOTMAN]
**Sent**:       7/8/2009 3:15:32 AM
**To**:         April B. Neumann [aneumann@trumpuniversity.com]; Susan Morrison [smorrison@trumpuniversity.com]
**CC**:         Michael Sexton [msexton@trumpuniversity.com]
**Subject**:    Preview objections and Rebuttals
**Attachments**: PREVIEW OBJECTIONS & REBUTTALS.doc; THE PREVIEW SALE.doc

Team Trump,


Im glad I had the opportunity on my first call too give you as much as I could in short period of time.
I was trying to speak quickly, I knew some of you had to get ready for your previews.  I  broke it down
for you to review.  Im starting to receive more objections and rebuttals, and great ideas, please keep
them coming.

Please review the attached documents: THE PREVIEW SALE, as well as PREVIEW OBJECTIONS & REBUTTALS.
Mindset is extremely important and when you incorporate these pointers in with your rebuttals, your
closing percentages will sky rocket!


JULY SALES COORDINATOR GOALS:

•Speak with 5-7 people at the close of each preview session, and  close 2 deals that are NOT "give me's"
( if its a small crowd your goal should be closing 1 sale.)
•Spend time internalizing  the rebuttals to fit your personality so that they're locked and loaded for
your next preview.
•Make an effort to focus on energy,emotion, passion, and intensity along with the rebuttals, and you will
start closing more sales!
•Spend 2 minutes in your room each night after the event and ask yourself what you did right, wrong, and
what you can do differently.


 Don't hesitate to call with any questions.

Ryan

Exhibit 11, Page 53

CONFIDENTIAL

DT0022904



## PREVIEW OBJECTIONS & REBUTTALS

EACH COORDINATOR MUST MAKE AN EFFORT TO INTERNALIZE THE FOLLOWING OBJECTIONS. REBUTTLES SHOULD BE DELIVERED WITH ENERGY, PASSION, AND INTENSITY.  ALWAYS REMEMBER TO KEEP IT SHORT AND SIMPLE, AND ASSUME THE SALE!

### OBJECTION: I HAVE TO TALK TO MY SPOUSE FIRST

I'm married too, and I'm so lucky to have a wife (or girlfriend, boyfriend, partner) that believes in me and stands behind my decisions to better our lives.  If you do have to talk to your wife first can I give you a suggestion that has helped hundreds of couples in your position?  If you're really serious about becoming a real estate investor I would recommend taking advantage of our risk free guarantee.  Get involved with us tonight, take home all of the materials and review them together.  Then visit the Premium Membership website that you will now have exclusive rights to, and gain more knowledge to determine whether real estate is the right step for you.   Now after going through the materials and getting more education on our site, you and your wife will start to get very excited about how much money you can make in real estate.  My last suggestion is for both of you to attend the entire first day of training and if it's still not for you- just walk to the back and say, I don't think this is for us and we will gladly give you every penny back.  Now I have been doing this for a long time, and the only thing your wife will say at the end of Friday is, 'why did you wait so long to get this training, I can't believe how much money we've missed out on in our own backyard!  We have a lot of catching up to do!!'

### OBJECTION: I DON'T THINK THE MARKET HAS HIT BOTTOM YET

A lot of experts would disagree with you- and so would I. There are many places all over the country right now with multiple offers on houses. But let's say you're right.  One of the most important systems we will show you over the weekend is how to put deals together where you are walking into a property that has 40% equity and 30% profit over expenses.  So let's say the market drops 10%, would you still be happy with a 20% profit on a 200k house?  By the way what's 20% off 200k? That's just the icing on the cake! There are so many different systems we will teach you, you'll be able to pick three or four that you're most comfortable with.  You have to remember that this is Trump, we only teach what works in the current market conditions. Follow me and let's get you enrolled, listen closely to our orientation, I want you to bring some good leads so we can start helping you close your first deal.  Congratulations!

### OBJECTION: I DON'T HAVE THE TIME AND I'M DOING PRETTY WELL RIGHT NOW

*This is why it is so important during registration to ask them what they do, how many hours a week they're working and if they love their job.  You can come at them strongly and throw this right back at them.*

Exhibit 11, Page 54

Well John, the only reason you don't have the time right now is because you're working 45 hours at a job that you don't enjoy.  I won't even bring up the hours after you factor in all the time you sit in traffic, taxes, and everything else that's taken out of your paycheck. Have you added up what you net an hour?  I bet you wouldn't like that number.   You're trying to fool yourself but you're not fooling me.  You came down here today because you're tired of killing yourself just to survive.  We will show you how to thrive in real estate and control your own financial destiny, and the best part is: when you double your income from real estate part time, you can quit your job, work 25 hours a week, and create more wealth than you have ever dreamed of.  Now, let's take it one step at a time: follow me, and let's get you enrolled. Listen closely to the orientation; it's possible if you do exactly what we tell you, we may be able to start helping you put a deal together next Saturday.  Congratulations!

### OBJECTION: I DON'T LIKE USING MY CREDIT CARDS AND GOING INTO DEBT
### –OR-
### I JUST PAID MY CREDIT CARDS OFF

I see, do you like living paycheck to paycheck?  Do you like just getting by in life?  Do you enjoy seeing everyone else but yourself in their dream houses and driving their dreams cars with huge checking accounts?  Those people saw an opportunity, and didn't make excuses, like what you're doing now.  Most wealthy people made their money in real estate and it usually started with a decision to get the knowledge and skills to be successful.  You need to look at what this small investment will fix in your life.  You can stop living paycheck to paycheck, build your retirement account and pay cash for your dream car.  You're here today because you're sick and tired of being sick and tired and you want to change that- you're not alone.  I'm going to help you take your first step to create the life you've dreamed of.  Follow me and let's get you enrolled.  Congratulations!

### OBJECTION: I LIKE THIS BUT I'LL DO IT LATER

I'm glad you've made it down here today and didn't procrastinate like your doing now.  Have you added up how much money you have lost by procrastinating in your life?  It sounds like it's a very bad habit for you.  If I had $10,000 in my hand and said I'll give it to you for $2,000.00, would you procrastinate or make a smart financial decision?  People procrastinate because of fear.  Our 3-day training is designed to help people like you who let fear hold them back.  One thing will take away fear, that's knowledge, and knowledge will give you the confidence.  Confidence in real estate will give you a huge checking account.  You and I will never see such an amazing opportunity in our lifetime again, than we see right now, to become rich in real estate.  Your window to create wealth in real estate is starting to get smaller and smaller every day you procrastinate.  I want to help you stop procrastinating, and start getting rich.  You're here today because you want to learn a simple duplicatable system that you can spend 5-7 hours a month on and create a large monthly cash flow.  You will learn that system at our workshop.  I can see it in your eyes, you're not going to let fear and comfort zones hold you back any more.  Now follow me and let's take your first step together and enroll in our workshop.  Congratulations!

Exhibit 11, Page 55

CONFIDENTIAL

### OBJECTION: I CAN'T MAKE THOSE DATES

John, we hold workshops every weekend all over the country and can get you to one of those. You're not seeing the big picture of what your investment today truly gives you.  This is a 1-year premium membership that gives you access to a client advisor that will be there to answer your questions.  We also have webinars on all of the subjects we will be covering at the workshop so you will have enough information to get you up and running, and when we get you to another workshop you'll be more advanced then everyone else in the room and that will take you to another level.  Your other option is to do nothing, learn nothing, and continuing to get the same results that your not happy with which is why you're here. Take the first step, get involved, start getting your education today so you can take advantage of all the opportunities your market has to offer.

### OBJECTION: I DON'T MAKE QUICK DECISIONS

Well john, real estate may not be for you (*take away*).  With the kind of deals we are going to teach you to find and put together- they don't last long.  Investors like me and my team will continue to take your opportunities away from you because we do make quick decisions if there's little to no risk.  Now would you like to learn what we know, take control of your life, stop making excuses and make a ton of money?  Mr. Trump is giving you an opportunity where you don't have to make a quick decision.  As a matter of fact you don't have to make your final decision until the end of Friday at the training. However he does expect you to make a commitment and I do as well.  I know the only reason you don't want to make a quick decision. You don't feel like you have enough information.  Attend the first day of training, get more information and if it's not for you- get every penny back.   On Friday you will find me and thank me for pushing you out of your comfort zone.  We will give you the knowledge and confidence to make quick and PROFITABLE decisions for the rest of your life.  Let's go, follow me.

Exhibit 11, Page 56

DT0022907



**THE PREVIEW SALE**

HALF OF THE BATTLE IS HAVING THE RIGHT MINDSET WHEN APPROACHING AN ATTENDEE IN ORDER TO CLOSE A SALE. REMEMBER THAT WHAT YOU SAY IS ONLY HALF THE BATTLE- HOW YOU SAY IT IS EXTREMELY IMPORTANT.  THE CLOSING LINES DON'T MATTER IF YOU DON'T HAVE THE RIGHT MINDSET FOR THE SALE. EVERY COORDINATOR NEEDS TO REVIEW THE PREVIEW SALE GUIDELINES BELOW IN ORDER TO BE ADEQUATELY PREPARED FOR THE SALE.

**Put yourself in the right mindset:**
- Your belief system:  You need to whole-heartedly believe that if they don't attend our training, then they are missing out on the biggest opportunity of their life.
- Your attitude: Be careful not to come across as cocky or arrogant.  You need to be confident, have a ton of energy, enthusiasm, and passion.

**Always assume the following in approaching an attendee during the sales break:**
- They are not happy with their job.
- Their retirement funds aren't where they want them to be.
- They took a lot of time out of their day and drove to the event because they want to have a better life.
- They want to make a lot more money.
- They want to attend our 3-day training.
- That they want someone to come into their life, grab them by the hand, take control, and show them exactly what they need to do to be successful- you're that person that they've been waiting for!
- **That the speaker did their job and closed them- you just need to ask for the sale.**

**When talking to them:**
- Be passionate: There's no such thing as the magic pill or magic response. Just be strong and passionate! People will be left thinking, "There's a reason he/or she believes in this so much; I want to be a part of it."
- Deliver everything with more emotion, more energy, more excitement, and more intensity!

**Don't waste time:**
- You need to judge within 10 seconds or less if this is someone you're going to be able to close.
- You should be able to close someone within 2 minutes or less.
- If you need to spend more than 2 minutes with them, say: **"I can see how serious you are about making a change in your life with real estate.  We're going to need some extra one-on-one time, but I have a lot of other people who are ready to go right now, and they just have a quick question before they enroll.   Follow me and grab a seat at the table.  After I help a few more students out, we will take as much time as you need to feel comfortable, sound fair? While you're waiting for me, I want you to look through this folder and the goal setting kit."**  You'll be surprised how often you go back to finish them up and they've already filled out their paperwork and given their credit card!

Exhibit 11, Page 57

DT0022908

•If you need to get away from someone that you're confident will waste your time, **ask them for the sale!**  If they don't say "Yes, let's do it," tell them **"Thank you so much for coming down here today.  I wish you the best of success; there are other people waiting for me to help them get enrolled.  Now if you're really serious about getting our help, grab a seat at the table and as soon as I'm finished, we'll talk about getting you enrolled as well."**  And move on.

**Finding the right person to talk with:**
•Ask, **"Are you getting enrolled?"** Their response, facial expression, and body language should give you your answer.  Either you'll need to spend a little more time with this person, or you need to move on.

**Be assumptive:**
•Never approach someone and ask, "Do you have any questions?"  Be presumptive and say, **"It looks like you're ready to enroll; let's get you started!"**  Sometimes they will hesitate because they weren't expecting that approach and will say, "Uh, yeah, I'm ready to go."  Sometimes, they will have a question or objection, but when you're assumptive it give you the ability to touch more people and enroll more people.

**If you're getting excuses:**
•Answer the first excuse and then ask for the sale.  If you hear them start their second excuse, say **"STOP!!  It's my job to get you to the next level.  You will never get ahead in life with excuses.  Mr. Trump won't listen to excuses and neither will we.  Excuses will never make you more money; they will just continue to cost you more missed opportunities in life.  You're here today because you're ready to change that, make more money, and have a better life.  I WILL help you accomplish that.  I'm going to help you take your first step.  Follow me and we will get you enrolled with Trump University, and while you're filling out the enrollment form, let us know who you would like to bring as a guest.  Congratulations and I'm really excited for what you will begin accomplishing in real estate.  I'm putting you on a path that you wanted to take years ago.  I'm the same as you; sometimes I just need a little push in the right direction.  Again, congratulations."**  When you're direct and don't allow them to make excuses, they realize you're right and appreciate you doing your job.

**Remember:**
•No small talk, for example, "Did you enjoy the presentation?"  Get right to business. They know why you're there and what you're doing, so just get to it!
•You're in charge of the conversation; you control the conversation the entire time.
•It's not just what you say, but how you say it (be excited, passionate, and intense!)
•Remember that these people want you to take control.  They want someone to grab them by the hand, and show them exactly what to do to achieve their goals.
•If you're uncomfortable with asking for the sale, you can use this to start the conversation: **"You look like you're ready to get started…"** or **"You look like you're thinking about getting enrolled, what can I help you with?"**

CONFIDENTIAL

# EXHIBIT 12



NOWLIN01426



NOWLIN01427



# Ground Rules

 **Please turn off cell phones**

 **No recordings (video or audio)**

 **Take notes and have fun!**

© 2008 Trump University

TRUMP
UNIVERSITY

Exhibit 12, Page 62

NOWLIN01428



Direction - Make sure you tell them that is an active learning event and that they are required to participate.  Set up the expectation right off the bat by engaging them and asking questions.  Ask them "why are you here today?"

Education?

Make more money?

New start?

New career?

Learn about foreclosure investing?

Trump groupie?



# Seven Foreclosure Strategies:

1. Understand the Phases of Foreclosure
2. Prepare Your Credit for Investing
   (Hint: Good Credit NOT required!)
1. Find Foreclosure Investment Opportunities
2. Evaluate and Fund Deals
3. Help Distressed Homeowners
4. Know Your Exit Strategy
5. Set Your Goals and Get Started

© 2008 Trump University

Direction - Go through the 7 strategies that have been promised in the advertising.  Explain the perils of going off and trying to invest in Real Estate without all of the training and education needed to be successful.

Most people don't realize how many steps there are in Foreclosure, it's a long painful process. It's hurtful to not only the homeowner's credit, but to their family. We will show you how to help them avoid some of the pain.

Are you ready to purchase an investment home? More importantly, is your credit ready? Today you will walk out with some great strategies to improve your credit.

Foreclosures are easy to find, the trick is to find the profitable ones. I will show how to find the right deals today.

How do you know when it's a good deal?  How do you measure the value? And once you know it's a good deal how do you fund it? We will show you today how all of that works, and how easy it is when you know what to do.

Save their credit, save their family, save their marriage, save their lives.

This is one of the most important things: know what you will do with the property before you buy.  Your exit strategy will help determine the value of the property to you.

How do you get started? We will show you how to learn from the greatest Real Estate mogul in the last 30 years.

Transition - Let them know that one of the major reasons for the mortgage crisis is investors that were not properly trained.  They caused the crisis and now Trump has stepped in to help train investors and right the industry.



# Donald J. Trump
## Chairman, Owner — Trump University



- Real Estate
- Entertainment
- Products
- Gaming
- Education

© 2008 Trump University

Direction - Go through a quick point on each of the areas of which he as had success; end with a strong emphasis on education and the mission of Trump University:

1. Real Estate – one of the most successful developers of our time.  Mr. Trump's signature buildings include Trump Tower and 40 Wall Street in New York, the home of Trump University. Donald Trump has made a lot of money in Real Estate, and isn't that what you really want…more money?

2. Entertainment – The Apprentice television show has had 8 great seasons (season 9 is scheduled for January 2009) and Mr. Trump also co-owns the Miss Universe Organization with NBC.

3. Products – A number of successful extensions of the Trump brand into clothing, furniture and

4. Gaming – Casinos in Atlantic City

5. Education – But the real Trump legacy is Mr. Trump's goal of creating a new generation of real estate millionaires.  Mr. Trump doesn't need the money but this is his way of giving back.  You don't see any other billionaires willing to train people in the system that made them wealthy, do you?



# Geoff Nowlin

## Faculty

### Trump University



- Experienced real estate investor
- First Foreclosure 43k
- Short Sale Specialist
- REO Specialist
- Pre-Foreclosure Specialist
- Currently working 16 Deals estimated total value 6.05Mil
- Landlord, Rehabber, Realtor, Phoenix
- Currently working 50Mil in Bank Packaged property
- Mentored in over 63 US markets! Doctors, Lawyers, One Star General, Waitresses, Nordstrom Clerk, anyone anywhere!

© 2008 Trump University



# 76% of All Millionaires Result from Real Estate.

Source: The Real Estate Millionaire (McGraw-Hill 2006).

© 2008 Trump University

Direction – Focus the room on why real estate is the best mean of wealth creation.

Did you know that 76% of all millionaires are created through real estate?

Did you guys know that?  Do you know any rich people?

They probably own their own business, so maybe they own real estate.  That is how they created their wealth.

How many, if any made it in real estate?

How many are investing in real estate that aren't millionaires, then you're doing something and you just need a nudge to get you over the hump, that nudge is simply our 3 day retreat.

NOWLIN01433



# Why Real Estate?

- Because it Works
- Use Other People's Money
- Power of Leverage
- Best Way for Many to Meet Retirement Goals
- Foreclosures Make it Easier!

© 2008 Trump University

Direction – Focus the room on why real estate is the best means of wealth creation. Address the baby boomers facing retirement and emphasize that real estate may be their ONLY way to retire financially secure.

Real Estate is tried and true, it's real, it's the safest and easiest way to make money.

You don't need to be rich to invest, you just need to know how to use OPM…it's out their now more than ever.

When you buy stocks it's one for one, each dollar get's a dollars worth of stock. With a home a few dollars can control millions of dollars of value in a home.

Is retirement closing in on you? Do you need to add a few hundred thousand to your retirement account? Well real estate beats any 3% CD or 5% money market you can find, and you don't have to wait five years for maturity. And for many people, especially those that are in their 40's and 50's, simply maxing out your IRA or 401k isn't going to get you to retirement financially secure.

Trump University will show you the right type of investment given your timeframe and financial goals. If you only have 5 years for example, we may focus your efforts on wholesaling and flipping. If you have a longer time horizon we may focus your efforts on cash flowing properties.

Timing is everything and the time is now. The storm has arrived and it's getting worse…I'll show you the forecast in a few minutes (tease them like they do with the weather forecast).



# Real Estate Doubles in Value Every 10.2 Years.



- Investment: $100k
- Purchase Price: $100K
- Sale Price: $200k
- Profit: $100k

*A 100% Return!*

*With Leverage, the reality is even better…*

Source: National Association of Realtors                     © 2008 Trump University

Direction – Set up the power of leverage in real estate.

According to the National Association of Realtors, over time the average home will double in value every 10 years.

Go through the numbers, give them an example.

200% sounds like a fair return….good not great.

Then tell them why that's not true, truth is even better with leverage.



Direction – Show the power of leverage in real estate.

Actually you would at most put 20% down and then that probably won't even be your money.  Now $20K controls $100K, it doubles, assuming you bought it a full value, which you wouldn't, I'll show you why, in a few minutes you would buy it for less, but say you did and then sell it for $200K.  Now you have turned your $20k or OPM$ 20K into $200K of value.

How does an average of 500% return sound?

But the reality is that with foreclosures, the returns are even greater.  Let me show you why.



Direction – The power of buying properties below market value…that's what foreclosure investing is really all about. Why not at full price? Because it's a FORECLOSURE.  Let's aim for 50 cents on the dollar, now we have cut our (or OPM) down payment in half and our purchase price cut in half, now this looks really good, who would buy this now, everyone raise their hands, there ya go!!

Go through the rest of the example.



# Strategy #1:
## Understand the Foreclosure Process

TRUMP
UNIVERSITY

© 2008 Trump University

Direction – Review strategy #1…the Foreclosure Process.

Most people think that if you don't make one payment, the next day the bank takes the house.  That's not true, it's a long process that includes letters demanding payment, phone calls at all hours, court dates…it's long and it's ugly.  And, then if they have any equity in the house, the bank gives it to them, right? Wrong!  The bank keeps it.  The bank can keep every penny they make on the house.



# What Is a Foreclosure?

**Fore•clo•sure**
The process in which legal action is taken by a lien holder to repossess property held by a borrower who is in default.

© 2008 Trump University

Direction – Read the definition.  Assume the room doesn't know a thing about foreclosures, they've just been reading the headlines in the news and don't really understand what foreclosures are all about and what's in it for them.



# What Are the Main Causes of Foreclosure?

- Loss of Job
- Illness
- Business Failure
- Divorce
- Death

- Job Transfer
- Increasing Property Taxes and Insurance
- Readjusting Mortgage



© 2008 Trump University

Direction – Ask the group if they have ever:
Lost a job - made things a bit tough didn't it
Had an extended illness – you, your spouse, maybe a parent out of town
Gone through the big D, Divorce – one of the most common reasons…over 50% of people get the big D
Faced escalating property taxes - need I say more
And my favorite…that ever increasing APR – they loved that introductory rate or interest-only loan, now their payments have doubled and they're sinking fast - not a good feeling

NOWLIN01440



Direction – Spend time on this. Define each step in the process.

It's like a ticking bomb, just waiting to evict them…and it all starts with a simple little late payment, then you are in pre-foreclosure. Define each step in the process.

Then step back and talk about when is the best time in this process to invest…..REOs and pre-foreclosures, we will talk about these opportunities a little later. When it is the worst…on the courthouse steps where there will be the most competition to buy, which drives up the price which reduces your profit potential. That's for amateurs.

Tie it into the system. It isn't just buying a foreclosure, it is buying it at the right time. Don't get overwhelmed looking at tens of thousands of properties. We have a system. A system that focuses you on the 2-3 right times it makes sense to buy foreclosures. Times when you can minimize competition, minimize costs and maximize profit.

Transition into perfect storm. Real estate is a good investment at any time. A well trained investor will know not just what the right time to buy is but what the right method is. In today's market, right now, the right investment is foreclosures and I'll show you why.

NOWLIN01441



Direction – Emphasize that this is the perfect storm of opportunity for investors.

Yes, you read about the negative market for many homeowners but when do smart investors buy?  In a rosy market?  Or at the bottom of a market?  I'll show you why we're at or near the bottom of a market cycle.

This is a phenomenon that will never been seen again, the mortgage delinquency rate is higher now then even when we had the dot com bust,  and now we have oil prices that are sky high and a spike in unemployment…it's only going to get worse.  I've seen some cities that have increased over 500%

Now understand that many of the people facing foreclosures are real estate speculators that bought at the peak of a market.  Why did they buy at the peak of a market?  Because they didn't know what they were doing.  They didn't have a system for real estate investing that took emotion out of the process and provided a disciplined way to make purchasing decisions.  With knowledge comes confidence.

Exhibit 12, Page 76

NOWLIN01442



Direction – Build on the perfect storm story.

What do you get when banks stop lending money, people are unemployed and the builders and still building?  An all time high inventory of housing.

High inventory means it is a buyer's market, but that's just half of the message.  Do any remember some basic economics and the law of supply and demand.  What happens to market prices when there is over-supply?  That's right, prices go down.  And what do you think is happening out there right now? [transition to next slide]



Source: Office of Federal Housing Enterprise Oversight    © 2008 Trump University

Direction – Build on the perfect storm story.

When supply is high, prices go down.  And adding to the downward price pressure is the fact that banks are becoming more restrictive.  They will not finance some of the prices people have been asking, so people have been lowering the prices.

People can't afford the prices, people have been lowering the prices.

People don't want to go into foreclosure so they are dumping houses just to avoid the process.

Banks are discounting just to avoid carrying the houses and tying up the money they need to loan on new houses.



Direction – Build on the perfect storm story.

The Fed keep cutting the rates, they are now lower than ever before.

This is also good for owner financing and other sources that can't make money with those rates and are willing to offer private sources, with higher rates and less qualifying.



## We are in The Perfect Storm for Investors.

High Foreclosure Rate
+   High Home Supply
+   Low Housing Prices
+   Low Interest Rates
_____

= Buyers Market!

© 2008 Trump University

Direction – Create a sense of urgency.  This is a window of opportunity that will not remain open for long.  And this really is a once-in-a-lifetime opportunity.

All of these market forces means that it is prime time for you, the real estate investor,  to strike it rich. It's the new gold rush.  It's the perfect storm

All the elements have combined to create the perfect conditions for the storm of the century in the housing market, and you need to be at the eye of the storm.  That's where it is quiet and safe and only the right training can show you have to operate in the eye of the storm.

And let's be very clear.  Like any opportunity it will not last forever.  Depending on who you speak with we are clearly at or near the bottom of a market cycle.  And something will happen to change these perfect conditions.  It is just a question of when.  The government could step in, these kinds of low prices will draw in buyers…especially from overseas given the weakness of the dollar.  A new administration.  Not sure if you saw it in the news but the city of Philadelphia recently put a freeze on foreclosures.  That could happen anywhere.

Usually when you have opportunities present them to you it is too late to really profit.  How many of you used Google back in 2005 when they went public at $40 a share?  You used Google.  Chances are you loved it.  So why didn't you buy it?  If you had invested $1,000 it would be worth $x

Exhibit 12, Page 80

NOWLIN01446



# Right Here in Nevada Foreclosures are Booming.

## 4591 Pre-Foreclosures RIGHT NOW!

Source: RealtyTrak.com

© 2008 Trump University

Direction – Show the room that there are investment opportunities right in their own backyard.



# Reno Foreclosures

953 – Pre Foreclosures

457 – Auctions

654 – REO's

Source: RealtyTrak.com                                    © 2008 Trump University

Direction – Show the room that there are investment opportunities right in their own backyard.



# What Foreclosures Mean for You...

- Purchase Properties 20-50% Below Market Value
- Have Instant Equity
- Buy/Control Cash Flow Positive Properties
- Help Families in Financial Distress Avoid Ten Years of Major Credit Problems

© 2008 Trump University

Direction – Now that you've built the case for the perfect storm of investment opportunity, show the room what's in it for them.

Foreclosures create opportunities for you to purchase real estate for 50% below its market value.

At 50% off market price you have instant equity.  Do you think it is easy to walk into a bank and tell them that you only need a 50% loan? Do you think the banks like that? Yes, they do, much more so than the 125% loans they had been offering.

And if you are buying at 50% below market value, you can find positive cash flow deals in markets where that was impossible 12 months ago.

The power of Foreclosures Investing is that it creates opportunities for many different types of real estate investment.  It gives you the flexibility to invest in ways that best meet your financial and life goals.  And as we will learn later, foreclosures also give you the flexibility to invest in ways that best meet your personality.

And we will show you later how to help families that are in the mess of their lives.

Exhibit 12, Page 83

NOWLIN01449



# Strategy #2:
## Prepare Your Credit Rating

© 2008 Trump University

Direction – Talk about the impact of credit score in the funding process.  Emphasize that the right time to think about credit score is before there is a deal on the table.

You are ready to start investing, but is you credit ready?



# Prepare Your Credit Before Investing

- Get a Copy of Your Credit and Make Sure it's Accurate
- Maximize your Trade Lines
- Manage Length of Trade Lines
- Dispute techinques using section 602 of Fair Credit Reporting Act
- Load balance limits

© 2008 Trump University

Direction – Share some simple steps that everybody in the room can take to improve their credit score.

Did you know that a difference of 100 points in your credit score can mean thousands of dollars saved over the life of loan?

Always keep tabs on your credit, know your score.  Always be upfront when getting a loan.

Make sure the number of installment accounts is kept in check, this will hurt your DPI score-debt to income ratio.

Secure your credit lines prior to finding a house, this way you have money in hand and are ready to make a deal.



Direction – Reinforce that knowledge is critical in real estate investing.  You have to know everything you can about what you do.

Like everything in real estate investing, knowing what you are doing is the key to success. Understanding what drives your credit score can give you a good idea of how to improve your score.

Keep all accounts current!

Beware of recurring charges like health club dues and such that will slowly add up.

Create a business entity and start building business credit….this will take pressure off of your personal credit.



# Strategy #3:
## How to Find Foreclosure Investment Opportunities

© 2008 Trump University

Direction – Emphasize that the Trump Foreclosure System simplifies the process of finding investment opportunities by providing a step-by-step guide.

The wrong ones are easy to find.  It is just as important to know what to avoid as it is to know what to find.

The right deals are out there, you just have to know where to look and how to look. We will show you how to find the right deals quicker, without kissing a bunch of frogs and wasting your time.

The Trump Foreclosure Investing System lays out a very clear process for finding great deals.  Deal sourcing is one of the many topics we cover in our 3 day training.  We even conduct live phone calls with sellers to show how it is done.



Direction – Tell the room that one of the best secrets of foreclosure investing is find properties in pre-foreclosure. Don't assume that anyone has ever heard of a pre-foreclosure.

The best time to buy anything is before EVERYONE knows that the deal is available.  The dumb money chases deals in foreclosure.  The smart money finds pre-foreclosure deals that are much earlier in the foreclosure process.  There are far fewer people chasing these deals because they are harder to find.

The pre-foreclosure is the best for you and for the owner.  Once the property has been foreclosed you can do nothing for the homeowner.  However if the property is in pre-foreclosure there are ways you can help them to save their credit.  We will talk about that a little later.

Review the bullets in the slide.

The Trump Foreclosure Investing System that we will teach you in the 3 day training lays out a detailed process for finding these hidden gems.  We will even provide scripts for you to communicate with sellers and marketing templates to find the best deals.  The power of having a real estate investing system is that it provides proven tools and resources that will help you achieve your goals.

Exhibit 12, Page 88



Direction – Tell the room that another effective foreclosure investing strategy is to find properties at the tail end of the foreclosure cycle.

This is where who you know matters.

Don't use a realtor, go straight to the bank

Spend time to get to know the person who controls the REOs

Pick a few properties that meet your exit plans.

Spend time with them to review where the bank is on the properties, how much is owed…the longer the bank holds the property the more willing they will be to make a deal.

Offer less than is owed.



# What Will Happen, What You Can Do…

- Owner Is Going to Lose the Property!
- No Matter What…They Will Lose the Property!
- Our Goal Is to Help:
  - Them
  - Ourselves
  - Win-Win
- First Goal – Stop Their Foreclosure!

© 2008 Trump University

Direction – Emphasize that Trump University teaches ethical investing.

One of the sad outcomes of the current foreclosure crisis is that a cottage industry has sprung up almost overnight to prey on distressed homeowners. Criminals are fraudulently promising homeowners that they will help the avoid foreclosure if the homeowner pays a fee of thousands of dollars…..and that's money the homeowner can not afford. Keep an eye out for fraud and report it to your local consumer affairs department.

But let's talk about the homeowner and how we can help them. The fact is the owner can't afford the house and needs to find something else. It's sad to see them lose their home, but it's really for the best. The pressure of not meeting bills can be devastating on families. They need a clean start for themselves and their families.

So how can we help them? The best way to help the homeowner is to help them avoid foreclosure altogether. This will spare them the credit nightmare that accompanies foreclosure.

Exhibit 12, Page 90



Exhibit 12, Page 91

NOWLIN01457



NOWLIN01458



# TrumpU Doers Story

"Not only did the program teach me a lot, but it was motivational …Within nine months, I bought a home for $214,000 and sold it for $420,000, **a $206,000 profit.**"



*- David Trejos, Union City, CA*

© 2008 Trump University

Back in 2005, 25-year-old David Trejos realized that his career as a graphic artist couldn't bring him all the success he wanted from life. So, he enrolled in Trump University's Real Estate Investor's Training Program. Today, David is 27, and well on his way to building a fortune in real estate.  Here's how he built his success:

"I originally got a degree to be a graphic designer," David Trejos recalls. That was back in 2003.  But as soon as he started working, he realized that his chosen career could never offer him everything he wanted from life. The pay was terrible and the work was not motivating.

"I didn't study something that was my passion," David reflects, "I was just good at it."

David took control of his life before inertia set in. He talked to his father, a San Francisco-based real estate agent who happens to be a big fan of Donald J. Trump.  David's dad urged him to break into real estate investing by thinking big. The only problem was, David didn't know how to begin.

One night, David discovered Trump University online.  "It just made sense to learn from Mr. Trump. I did some research about the professors at Trump University.  I was especially impressed that Gary Eldred was teaching there. So I moved forward."

David enrolled in Dr. Eldred's Real Estate Investors Training Program in 2005 as preparation for his career in real estate. David was not a complete beginner. He had worked in construction as a teenager and he understood some of the fundamentals of fixing a property. But he didn't know how to invest wisely. In the course, David learned the skills he needed to make a strong start.

"I really learned a lot of useful techniques in the Trump University program," David tells us. "It emphasized the importance of knowing your demographic, understanding how loans work, and knowing what to look for in a property. It was an in-depth study of what to look for. Not only did it teach me a lot, it was motivational. I felt like I was ahead of the game, confident about what the outcome was going to be."

Exhibit 12, Page 93

NOWLIN01459

Shortly after completing his training, David took the plunge with his first investment, a three-bedroom home in Oakland, California, that was in pre-foreclosure. "The property looked pretty run-down," David recalls. But he learned that the owner, who lived in Missouri, was renting the property for only $300 per month and was eager to sell. Using techniques he had learned in the course, David bought the house for $214,000. He did a few thousand dollars of renovations – and then sold the property nine months later for $420,000.

That was a nice profit in just a short time, but it's not the whole story. David has purchased two other properties and flipped them too. Plus, he has bought a fourth property - a four-bedroom townhome in Union City, California – where he is applying a classic "Buy and Hold" strategy. He bought it at a court auction for $111,000. He has updated it himself, is renting it for a profit, and expects to sell it for twice what he paid for it when the market strengthens.

In summarizing his success, David says, "I know that through the knowledge I received from Trump University, and by successfully flipping properties, I am making more money than my college professors! I am moving forward every day by having the knowledge that so many seek, but that I have found through Trump University. Financially, I've done better than most people I know."

"I can't imagine living my life without real estate.  I love what I am doing.  There is a lot of risk in this business, but as long as you have the passion and you know what you're doing, things will just fall into place. And if I want a raise, I just look in the mirror."

Credit goes to David for his drive, intelligence and follow-through. Trump University is proud to have given David Trejos the tools he needed to build his success.

NOWLIN01460



# Strategy #4:
## Evaluate and Fund your Deals

© 2008 Trump University

Direction – Reinforce that the Trump Foreclosure Investing System covers the how-to's of real estate investing from end-to-end.  This proven system provides a structured and discipline way to evaluate and fund deals.

Rule #1:Don't buy a property if it doesn't fit your style.  I don't' care if the spouse loves it, I don't care if it's right down the street.  Know who you are and what you can handle.

Don't put yourself at risk when buying a house.  Let us show you how to finance the property without taking a risk of losing your own property.

NOWLIN01461



# There are Many Ways to Fund Your Deals.

- Other People's Money
- Hard Money Lenders
- Owner Financing
- Equity Lines
- Credit Cards
- Bank Financing
- Mortgage Brokers
- Creative Finance/No Money Down

© 2008 Trump University

Direction – Address one of the room's biggest concerns…how will they fund their deals?

OPM and hard money care more about the property than you…this is good!!

Owner financing-means they believe it's a good house, you will get good terms, do a five year with a balloon.

Save your credit card for repairs and in case you need to float a payment or two.

Assignments-NO RISK/less profits



Direction – Communicate that every investor needs to know their strategy before they sign the docs.

NOWLIN01463



# There Are Many Exit Strategies.

- Wholesale for quick profit
- Owner Financing
- Rehab and Retail
- Rental Strategies
- Lease Option Lease Purchase
- Wrap Around Mortgage
- Land Contract
- 1031 Exchange

© 2008 Trump University

Direction – Stress that there are many different investment strategies.  Foreclosures make each strategy more profitable because they will be buying properties below market value.

Give a brief example of each strategy.

Wholesale - control the property and flip to a rehabber.

Rent - purchase the property for long term, rent to cover the mortgage and expenses.

Turn you renter into a buyer by creating a lease with the option to buy. You already know they can make the payment, they like the place…it's a win/win.



Direction – Ensure that every person in the room understands that there is an investment strategy that meets their needs, goals and personality type.

Everybody has a different personality and different investment goals.  The good news about real estate is that whatever your goals are there is a right investment strategy for you to pursue.

Go through each personality type and ask the audience which one they are.

How many of you guys want to invest in real estate but never want to get your hands dirty?  Ok, you are going to wholesale or flip it.  The Trump System matches your personality type and investment needs with the right strategy.  Not every strategy is appropriate for every investor.  Another thing we are going to factor in with the Trump System is your time horizon.  How many of you are planning on retiring within 20 years?  You are great candidates for renting.

One of the most powerful things about foreclosures is that it allows you to pursue all of these strategies.  At its most basic foreclosures allows you to get properties at far below market value.  That opens up all of these options to each of you…that's the power of foreclosure investing.

Exhibit 12, Page 99

NOWLIN01465



# TrumpU Doers Story

"When I heard Mr. Trump was opening a company to train beginning investors, I jumped in. As a result of the program, I bought an investment property and flipped it in **four months for a $95,000 profit**. My second deal **earned me $70,000 in less than a year**."



*- Jason Bosch, Ontario, CA*

© 2008 Trump University

My first investment property was a duplex in the suburbs of Salt Lake City, which I bought with help from Rex Hazzard, my Trump University coach. I was living in California, which at the time was super-inflated. Rex suggested that I look in Utah, Texas, Florida and North Carolina, based on his research.

I had a friend in Salt Lake, so I started there. I bought a small duplex in a growing community. The home was falling out of escrow, so we got a really good deal at $155,000. A property manager helped me fix it up and rent it for $1,590 a month, which nets me $350 in cash flow monthly. About a year later, I refinanced it, pulled out $30k in equity while keeping the cash flow intact. I used that money to buy my second property, this time in Florida. I bought it in foreclosure for $110,000. It was worth $150,000 and it has appreciated to about $225,000. I rent it for $1,200 a month, which nets me about $100 per month. Incidentally, the Utah property is now worth about $250,000.

Rex really encouraged me to not be afraid of buying out of state. He showed me that it's all about having a team - a good lender, property manager and agent are key. He also gave me pointers about what to look for in a community - whether it was on the rise, growing, stable, or declining. Because what looks like a good deal on paper could be a disaster if you don't know the inner workings of the community. I was going to buy a property in Flint, Michigan, that I thought was a steal. But Rex's help, we saw it really wasn't a good deal after all. I'm glad I didn't buy it.

I respected the name. Mr. Trump is a winner. Not only does he make success for himself, he makes success for others around him. I always try to surround myself with people who can help me become better. When I heard that he was behind a company that offered coaching for beginning investors, I jumped in. This is Mr. Trump we're talking about! If he says it's good, I don't question it. And my experience with Rex Hazzard was great. He knows his stuff! He was obviously handpicked because of his knowledge and experience.

NOWLIN01466



# Without Training, You Can Make Critical Mistakes.

- Overpay for Properties
- Miss Title Problems
- Buy in the Wrong Area
- Pay Too Much for Financing
- Fail to Protect your Investment
- Have No Exit Strategy
- Lose Money, Credibility, Time

© 2008 Trump University

Direction – Communicate that the risk is too great to go it alone, without training, especially in today's market.

It easy to overpay.

How much do you offer to come across serious?

If your offer doesn't offend them then you offered too much.

Getting the right financing for your deal-points, rates, terms?



Direction – Trump teaches ethical real estate investing.

This is there most vulnerable time, build a strong reputation of helping people and the word with travel and people will come out of the woodwork to find you and use your services.



# Ethical Investing Means Helping Homeowners

- Prevent the Foreclosure
- Save Their Credit Rating
- Ease the Transition
- Help Move Them
- Help make Rent Payments
- Help Reinstate the Loan
- Be the HERO!

© 2008 Trump University

Direction – Reinforce that by helping to prevent the foreclosure, investors are really helping the distressed homeowner.

First, stop the process dead in it tracks!!

Don't let them have bankruptcy or foreclosure on their credit.

You will have the proper training and knowledge to handle the process, they don't, make it easier for them.

The last two are a bit tricky, don't over promote them.



# TrumpU Doers Story

" Trump University taught me how to create a win-win situation by purchasing a home in the final stages of foreclosure…**My wife and I made $20,000 on our very first deal, and we helped a struggling homeowner.**"

*- Kevin and Dee Dee Andrews*



© 2008 Trump University

Trump University Real Estate Student Helps Homeowner Out of Foreclosure and Medical Bills

Trump University real estate student invests in pre-foreclosure and helps homeowner pay off medical bills and maintain good credit

New York, New York - As Arizona's housing crisis deepens, Trump University real estate investment student Kevin Andrews helps homeowners avoid foreclosure and pay their bills by purchasing residential properties in the final stages of foreclosure.

After completing Trump University's Real Estate Investment Course, Andrews heard of a local homeowner in Arizona who was struggling, trying to avoid a foreclosure and also pay off high medical bills. The homeowner was overwhelmed with an outstanding $80,000 mortgage and more than $13,000 in medical bills.

"I knew I could sell the house for at least $30,000 more than the $80,000 he owed, and I wanted to do the right thing," said Andrews, owner of G2G Investments in Lake Havasu, Arizona.

The homeowner accepted Andrews' offer of $95,000, and after the sale was complete,  Andrews put a "For Sale by Owner" sign in the front yard. The next day, Andrews received an offer of $115,000.

"Trump University's Real Estate Investment courses taught me how to create a win-win situation by purchasing a home in the final stages of foreclosure," said Andrews. "My wife and I made $20,000 on our very first deal, and we helped a struggling homeowner."

"Investing in pre-foreclosures is not only about the profits but helping out borrowers who are forced to sell their homes and other properties due to job loss, medical bills, a death in the family or another life-changing situation," said Josef Katz, Vice President of Marketing for Trump University. "In his first investment, Andrews was more concerned about helping a homeowner who needed to get out of a bad situation. As a result, Andrews helped the homeowner avoid foreclosure, pay his bills, and have some extra funds. Then, Andrews sold the property with more than a twenty percent return on

NOWLIN01470

investment."

Since his first investment, Andrews has helped three other homeowners with pre-foreclosures by finding buyers for their short sales, and he has invested in four other pre-foreclosed residential and commercial properties.

"Every property we've invested in has been done first with the homeowner's interest in mind," said Andrews. "We want them to be able to get out of a foreclosure and walk away from the sale with some money to pay off bills or have in their pocket. That way they end up with more than if they let their home or property be foreclosed on by the lender."

NOWLIN01471





# Strategy #7:
## Set Your Goals and Get Started with Trump University

© 2008 Trump University

Direction – Begin the close.

When do you want to retire?  Is that your goal?

Who many houses do you want to own?  How long do you want to own them?

Now, take the next step, team up with Donald Trump, the person who knows Real estate better than ANYONE else in the world.  The man who has made his billions in real estate.



# What are Your Goals?

- Generate Passive Income
- Create Long-term Wealth
- Work Less
- Retire Early, Financially Secure
- Build A Legacy
- Get out of Debt
- Take Care of Loved Ones
- Pay off Bills
- Send Kids to School

© 2008 Trump University

Direction – Connect with each person in the room on their personal goals.
Hint, your number one goal should be to work less and make more!!!
Create wealth for your family…create your legacy!!
Taking care of your parents and your kids, use real estate to make enough money to do it.
Remove stress from you and your family.
Take control of your life and enjoy the freedom that financial independence will give you.

NOWLIN01474



# Where Will You Be at Age 65?

- 45%  Dependant on Family & Friends
- 30%  Rely on Public Assistance
- 23%  Must Work
- 2%    Are Financially Independent

Source: Social Security Administration                                                © 2008 Trump University

Direction – Talk directly to the baby-boomers that are not prepared for retirement but have been ignoring the problem.
Be in the 2%
Some people want to work, not for money but social interaction, McDonalds and Wal-Mart would not be my choice.  Those people you see there are working to put food on the table and heat in the house.
The good news is that it is never too late.  But the later you wait the fewer options you have.  Again, maxing out your 401k is not going to get you to retire financially independent if you are in your 40s or 50s.

Exhibit 12, Page 109

NOWLIN01475



Direction – Reinforce that at Trump University you get the ongoing support that you will need to be successful.
We've created a real estate investing system.  It begins with 3 days of training, but it isn't just 3 days and a cloud of dust.
We stay with you to support your efforts.  And you become part of a powerful network of success-minded investors.

NOWLIN01476



# Powerful Three Day Investor's Training

- Step-by-step System for Profiting from Foreclosures
- Building Wealth Without Using Your Own Cash or Credit
- Live Phone Calls with Sellers
- Evaluating Deals
- Financing Your Projects
- A Plan to Get Started
- Possible Goal: Under Contract in 21 Days
- Personal, one-on-one goal setting session

Note: Curriculum may vary based upon the needs of the class          © 2008 Trump University

Direction – Describe some of what students will learn at the three day training.

The 3 days are just the start to 12 month program and a life time of learning,  It all starts here today with a special session for those who enroll today.  We will sit and start you plan today.

NOWLIN01477



# Valuable Tools and Resources

- Pre-done Marketing Pieces to Find and Sell Properties
- Valuable Contracts, Addendums, and Forms
- Proven Scripts for Finding and Controlling Properties
- Trump's Negotiating System
- Securing OPM
- Ongoing Updated Tools and Resources for 12 months

© 2008 Trump University

Direction – Describe the value-added tools that will help to jump-start an investing career.



*Fast track to*
FORECLOSURE
INVESTING

# World Class Support for 12 Months

- **Continuing Education** Events to Keep Your Knowledge Current
- **Client Advisor** to Guide Your Progress
- **Tele-seminars** Weekly with Industry Experts
- **Exclusive Online Networking** Tools
- **Online Resources** Including Contracts and Forms

TRUMP
UNIVERSITY

© 2008 Trump University

Direction – Emphasize ongoing support.  Remember, this is not a coaching program…do not oversell the Client Advisor.
Someone to watch over us and help us to keep motivated,
Need more training join our weekly tele-seminars and learn from your own house.
Not sure which agreement to use, don't worry we have the agreements and will show you the best one and best phrases to include.

Exhibit 12, Page 113

NOWLIN01479



# Training Location:



Atlantis Casino Resort/Spa
3800 S. Virginia Street
Reno, NV  89502

| | | |
|---|---|---|
| Friday | 7/18 | 9 a.m.-6 p.m. |
| Saturday | 7/19 | 9 a.m.-6 p.m. |
| Sunday | 7/20 | 9 a.m.-6 p.m. |

TRUMP
UNIVERSITY

© 2008 Trump University

Direction – Clear your calendar.  What could be more important that investing in your future?.

Exhibit 12, Page 114

NOWLIN01480



Direction – .



# 12 Month Investor Program Tuition:

## $1,495

© 2008 Trump University

Direction –.

NOWLIN01482



# Pay Your Tuition

- Credit Card
  - AMEX, Discover, MC, Visa
- Check
  - Personal, Business
- Cash
- Any Combination of the Above

© 2008 Trump University

Direction –.



# Why Trump University?

- Training for Today's Market
- Cutting-edge Tools
- World-class Support
- Access to the Trump Network
- Tax-deductible in Most Cases
- Risk-free Guarantee

© 2008 Trump University

Direction – Without naming any competitors reinforce that Trump is the gold standard in real estate.

Trump = real estate

Trump only uses the best of the best.

This is the TOP GUN of RE training, are you worthy of Trump U?

If you were going to learn how to fly a plane, wouldn't you want to learn from an experienced pilot?  Well, if you want to learn real estate wouldn't you only want to learn from the world's most famous real estate investor?  Of course you would.



# The Trump University Guarantee:

<u>The Law Says</u>: You Have Three Days to Request a Tuition Refund.

<u>Donald Trump Says:</u> You Have All the Way to the End of the First Day of Training to Withdraw and Request a Full Tuition Refund.



© 2008 Trump University

NOWLIN01485



# Enroll Today!

"As long as you're going
to be thinking anyway,
**think big**."



© 2008 Trump University

# EXHIBIT 13



# Strategy #7:
## Set Your Goals and Get Started with Trump University

© 2008 Trump University

Direction – Begin the close.

When do you want to retire?  Is that your goal?

Who many houses do you want to own?  How long do you want to own them?

Now, take the next step, team up with Donald Trump, the person who knows Real estate better than ANYONE else in the world.  The man who has made his billions in real estate.

NOWLIN01473

# EXHIBIT 14

| | |
|---|---|
| **From:** | David Early <david@entrende.com> |
| **Sent:** | Friday, December 19, 2008 10:17 AM |
| **To:** | gmartin8@cfl.rr.com; MelvRi7@aol.com; klucas18@cs.com; Scott Leitzell <sleitzell@gmail.com> |
| **Cc:** | David Highbloom <dhighbloom@trumpuniversity.com>; Michael Sexton <msexton@trumpuniversity.com> |
| **Subject:** | Transcript from Harris |
| **Attach:** | Harris 24% close.doc |

Team,

Here is a transcript of a 24% close by Harris, please review and call me on Monday to discuss.  Let's plan on 2pm on Monday for our first LIT team call, and then let's be ready for our Dec 29th practice sessions.

Please call me with any questions.

David

Exhibit 14, Page 124

**Confidential**

**TRUMP 00137397**

James:   We act with integrity.  I am going to talk for about 90 minutes.  I am going to give you a lot of different things that you can start doing in the grab, buy and sell real estate starting today 20 to 50% below fair market value.

If you listen to what I teach you, but then next weekend, we are going to be coming back, it is called the Profit from Foreclosures Three-Day Advance Training.

I cannot give you everything you need in 90 minutes, I wish I could but we have three days for some top certified mentors to come in. They are going to teach you A to Z how to grab and buy these properties.  And the reason he picked me to come up and do this nationwide is because I started with nothing.  I had no money, no credit, no license, could not alone at 19 years old.  I was living on the streets of New York and he could have picked anybody to come out and teach how to buy and sell real estate his way.

The reason he picked me is because I came from nothing.  I can take the average person and show him how to create a fortune in real estate because I have been doing this since 19 years old and now that I am 34 I can show you how to do this guys.  I have been doing this for 19 years.

So at the end, we are going to ask you to register for our three-day advance training coming up not this weekend, next weekend.  You guys only need to do or you would not, we are not going to convince or persuade anybody to do it but I do not want any surprises later and I think you guys understand that is definitely fair.

Let me tell you about me a little bit.  It is not about you, it is not about me but let me tell you why I am teaching this and standing up here and teaching this, and why you are down there.  At 9 years old my dad actually took.  I never really knew the guys and my mom was addicted to drugs mostly pain killers the first 17 years of my life, so I have been helping raise my family since the age of 9 years old.  I got a younger brother Christopher and a older sister Kathy.  I have been making money since 9, and I came from nothing guys.

I do not have a college degree; do not have a MBA or PhD.  I have never had the support to actually send me to college but I chose to leave my family at 17 and went over to New York City.  I was living on the streets for a while and at 19 I had somebody who put an arm around me who is still my mentor today and said "Jim, let me show you how to get your family ahead in life and I will teach you real estate" and I actually live with that gentleman and his family for nine

Confidential                                          TRUMP 00137398

months.  I have never known anything else but I have been working since the age of 9.

Now, I tried bartending at the beginning of my career in New York and I did that part time until I got the real estate thing of the ground.  Any bartenders in the room?  I will mix you a couple of drinks later guys.

I am former license real estate agent and then I became a broker and at the age of 29, I became one of the top 12 producing brokers on the island of Manhattan.  So I can show you how to do this.

At 23, I bought my first investment property, no money, no credit, no license, no loan, so I am what is known as one of those zero-down real estate money experts and I can teach you that.  We are going to talk about today.

Now, I am investor.  I have been investing since 23.  I am also a home builder.  I build bright, beautiful brand new homes for people and I am a mentor.  But if there is anything you leave here with today, I want you to remember me at this, if you talk to anybody say "man, that guy Mr. Harris, he is a great guy, husband and a phenomenal dad".  I do not want you tell anybody about the real estate stuff.  I have been doing that in a long time.  I want to be known as the best husband, the best dad out there.

Okay, enough about, let talk about you guys and why you are here.  Donald Trump bought this building standing on Wallstreet for $1.2 million about 12 years ago.  It is 1.3 million square feet, now it is estimated over $400 million.  Did he get a good deal?  He got a great deal right?  He knows how to negotiate, he knows what he wants and how to get it.  He has a system he follows for his investments.  How would you like to know and use his system, I'll show you how you can get access to it today.  Here is why and this is the beginning of this whole thing, this building was going into what?  Why are you guys here?  To see about foreclosures, there you go, and that is the power of foreclosures.  Most people in this country would never ask to work again if they got a deal like that.

Actually here is the funny thing, we have deals out here right now.  You are driving every single day, there are more opportunities to buy real estate at a 20 to 50% discounted value now than ever in the history of this country.  So I am going to start his whole thing with this.  If you do not get into real estate after today we trump you, probably you will never will.  You probably never know, so keep that in the back of your mind.

Confidential

You guys know Mr. Trump.  He is known for the Apprentice.  Miss Universe Casino real estate, but now he is known for adult education.  And, especially in real Estate, as we all know, that is he true passion in life.

He is a multibillionaire in real estate.  He wants to be known right here education, as the one guy who finally said "I am going to teach folks to finally do this."  He wants to leave a legacy, that is the only reason he opens up this university.  So he wants people to say "Hey Mr. Trump finally taught people how to make money in real estate and he was not just this guy looking to take money at the casinos and stuff like."

Guys he is pretty much done.  He does not need any more money but he definitely wants to leave his legacy and when he called "I said hey man, I am going to jump on board because at 38, I am pretty much retired here.  I do not have to work another day in my life" and I jumped on board, and said "if I can have an opportunity to get on board with Mr. Trump and teach, show people how to do this and give back that is going to be a good feeling.

00:05:20

What we are going to cover today guys is foreclosure basics.  What is a foreclosure, how much money you can make at this foreclosure and then we are going to preview our three-day advance training coming up in two weekends away, and invite you to become a foreclosure property specialist with the number 1 real estate educational company in the world right now which is Trump University.

Before we jump into all these stuff, guys I would like to have a lot of fun with my presentations.  I do not get excited about the real estate stuff anymore and the money I have been doing for a long time.  I want you all to get excited about this stuff so I am going to ask for your participation.  This is going to be an open forum.  We are going to role-play.  I am going to start training you right now.  I am just going to pretend you are all going to be here next weekend and you are all going to take this three-day and really learn how to do this especially the young folks in the crowd and I want you guys to have fun.

So, when I say please say yes, when I say does that make sense, I only do that so we obtain and retain the information.  And I want to make sure we are on our power states of minds until we get out of here.  Does that make sense?  Perfect.  You guys will get that.  Let us

Confidential

have some fun.  Seven steps to set a foreclosure.  How to help distress homeowners?  Evaluate first to know your exit strategy.

I am glad there are couples of young folk in here because I will tell you, I can show you how to make a fortune in real estate, you know why, and you got no bad habits.  And I want to you something right now.  Everybody let see.  Here is a good question.  When you make money in real estate folks, when you buy or when you sell which is it?  It is when you buy.  So write that down.  We do not make money when you sell, we make money when we buy.  So we have to have our numbers, we got to do a property analysis and we got to have an exit strategy.  You only make money with you buy guys.  You get the cash, your check and have fun and go shopping when you sell.

I want you understand the phases of foreclosure.  It is like a clot, we will teach you that.  Find the foreclosure investment opportunities.  Lot of people say "James how are we going to find them?"  I find these foreclosure opportunities working in my underwear and my bathrobe and my home office, couple of hours a week on my software program.  I will show you how to pull those up as well.

Prepare your credit.  That is huge.  Set up financing and funding.  Most people say "James, where are we going to get the money to buy these properties?"  Question:  Do we want to use our own money?  Yes or No?  Nope.  So everybody repeat after me.  Find the deal, the money will come.  I will show how to get the money in 10% financing as long as we have a good loan value.  We will cover that.

And then we are going to set your goals when we are done.  We are going to get started and those of you who come to spend this three days in two weeks, because I am going to tell you this will be the last real estate education you will ever need for the rest of your life.  This is Trump University, you are in the presence of excellence.  This guy is the best in the whole wide world.

More than 76% of American millionaires earn their wealth through what?  You guys know that otherwise you would not have been here, and over 84% worldwide of all the millionaires and billionaires had made money in some form shaper style of real estate.  So you guys already know that.

Why real estate?  Because it works.  We can use what is on the leverage.  We can use OPM, which stand other people's money.  I can take $10,000.00 and I can control $100,000.00 of real estate.  I can take a $100,000.00 of somebody else's money, I can control a $1 million of real estate and if I really wanted to I could take a $1 million

Confidential

of my hard earned cash that I made over the years an I can control up to $10 million of real estate.  I do not know any other industry besides the stock market where we can take a small amount of money and control a large asset to get rich.  You guys are in the right place.

Foreclosure is going to make it easy.  Let me give you a fifth grade elementary exam.  Real estate doubles 10.2 years, with leverage it doubles every year.  Here is an example, 1997 a property worth $200,000.00 now in 2007 is now worth, because of the magic of appreciation.  Does everybody understand that so far?

Yap, good keep your energy.  The reality is even better though guys.  It is actually a little bit better than that.  That $200,000.00 property bought with 10% down, you took $20,000.00 of your hard-earned money went to the bank, beg them for a loan, they gave you a $180,000.00 over 30 years to pay back, put that on your credit report.

By the way, that is the worst way to buy real estate; you never want to do that again.  Never, ever take your hard-earned cash and have the bank put that loan on your credit for 30 years.  Do not do it that is the worst way to buy a real estate.  But let us just say that is way you did it.  The rest of the $180,000.00 was used by—we use OPM and then 10 years later, now the property from 200 is now worth 400,000.

Here is the breakdown that $400,000.00 property that you took $180,000.00 loan equity grew to 220 so your $20,000.00 of hard-earned cash grew to $220,000.00 but is that a 100% return on your money?  It is a little bit better.

00:10:17

I know you are a little bit confused here, that is a 1000% return on your money.  Check this out, at 19 years old, when this mentor put his arm around me he said, "Jim I am going to show you how to get a 1000% return on other people's money, not your money".  I said "oh my gosh I should let how to do that" and I have never look back since.  I never had to worry about a job, working for anybody else for 19 years.  So that is what we want to teach you.

Here is Trump new student, not only did the program teach me a lot but it was motivational.  I felt confident about what the outcome was going to be after the three-day training with Trump University, within nine months I bought a home for $214,000.00 sold it for

Confidential

$420,000.00, why, the house was about to go into foreclosure. And I made 200 grand in one deal.

Let me ask you a question guys, if we could show you how to make that amount of money on one deal between now and the end of the year, could you pay off one credit card? What do you think? At least one right. But I do not want to look at the money guys, that is a lot of money I know, I want you to look at this kid's face. This is a young 26-year-old kid, look at that smile; I want to see your smiles after you do your first deal. Would that be exciting? Absolutely.

Here is strategy number 1, write this down, how to help distress homeowners by investing at degree. Folks I am going to give the first rule of real estate. So those of you who are taking notes, good for you chat this down, first rule of real estate, never buy retail. Never pay retail.

Too many people out there pay their market value for a piece of property. Do not ever do it again not even in your own house. There are too many good deals out there. Second rule of real estate; never get married to a deal. If the number work and we are going to make a profit, we are going to make an offer but we want to help people get out of these foreclosures.

Now here is the definition of foreclosure, people cannot afford to pay their mortgage. What they do is the bank sends letters, they cannot pay it all, and they are going for foreclosure. Bank takes it back, it goes to the auction, if it does not sell at the auction, it then becomes a bank-owned property and we are going to help these people.

The main causes of foreclosure are these: 1) Job loss, 2) health and illness, 3) divorce, but the number one reason for foreclosures right now are these arms, readjusting mortgages. Too many people over the past 5 to 6 years they got above in these interest-only loans for 20, 30 years. First three years, they are just paying interest and what happened is their mortgage re-adjusted and now they cannot afford to pay anymore.

I pulled up some numbers in my underwear this morning on my laptop before I came down here today within a 2, 3 mile radius of this hotel, all of you could go out and you would never have to go outside this area. There are so many foreclosures. I will give you those numbers in a little bit.

At national mortgages, we got a 20-year high. Last year, over 2.2 million foreclosures, 1.185 auctions, 1.5 REOs and it is actually up

Confidential                                           TRUMP 00137403

over 112% since last year.  CNN just had report the other day on Wednesday; they said that 1 out every 100 in 94 homeowners with a mortgage right now in this country is in some phase of foreclosure.

We are seeing a tsunami that is why I tell people, if you get involve now you probably never will.  We can buy properties 20 to 50% below fair market value, have instant equity we can buy, control the properties and create flow for a year or two and then sell later.

Guys let me ask you a question, do you think these markets are eventually going to turn and become a sellers market again, what do you think.  You better believe that and right now the market seems like stink.  But for investors, this is when you buy, this is not when you sit back.  This is when you buy as many properties as you can, and guess what I just found out, Atlanta, Georgia is within the top 4 cities in the nation to become a landlord right now.  You got a great job market out there.  This is the best time to buy properties, hold them for a year or two, cash out later and you can put a million bucks in the bank over the 12 months cash if you simply follow our strategy.

We can also help families in financial distress avoid 7 years of major credit problems.  When somebody is going for foreclosure, they are going to ruin their credit for seven years.  Chat that down because you are going to be talking to these people after today.  They cannot get a bank loan, credit card loans, car loans, boat loans, student loans, no kind of loan.  They are going to ruin their credit for 7 years.  So I am going to test your knowledge, everybody participate here we go.  What is worst on your credit report foreclosure or bankruptcy?  Foreclosure.

00:15:00

We can claim bankruptcy today, go out tomorrow; I can go apply and get another loan.  Foreclosure you cannot.  So you need to know that because you are going to talk to these people going in a foreclosure.  And what we are going to do is save their credit rating, we are going to pay off the mortgage note but we are going to use OPM, help them move.  Never give the money until they move, and put them into a lease option.

Let me explain this.  We had a lady right before the holidays and she was going in for a foreclosure.  She called one of our ads and she was local, so I went over to her house.  She said, "Mr. Harris, I am going in for a foreclosure.  I owe $98,000.00 on my mortgage, I am behind $6,250.00 here is my bankbook.  Please take my bankbook and take

Confidential

my house.  I will give you my house right now." She handed me her bankbook.  I called Bank of America.  I wanted to help her out and what I do is I found out she was telling the truth she owed about 100 grand, $6,250.00 behind her payments.

So basically what I did is I had her sign one page document which is called an affidavit.  She signed the property to me.  But here is my question, "whose house is the mortgage name in still?  Her's.  Whose credit is it on?  Her's.  I filed it with the courthouse, now nobody else could buy or sell that home, only me, put her into a lease option, and pay the 6250 off to the bank, now she is not in trouble anymore.  I am going to help her build up her credit and she is going to buy this other home for me eventually when she stabilizes her income and that house appraise out at $160,000.00 and I turnaround it and sold it within 30 days for 130,099 to a principal buyer.

So what I am talking about is this, I wanted to be in a win-win situation.  Let me talk about this.  If we are going to help somebody get out of their mortgage and we are going to make 30, 40, 50 grand or more at the same time, can we take some of our profits and help them get into a rental, get them into lease option, make some deposits, make some rent payments, easy transition.  Would that be fair to say we should do that?

Let me teach you something, chat this down if you want to get rich in real estate.  Here are the three things you need to do in real estate and here how it works.  It is people first, money second, things third.  How many people have the money first?  They are like "man I want to go make the money first and then I will go help people."  Folks you cannot get rich unless you help people in real estate.  Too many Americans have that foot flap around.  It is people first.  By helping people get out of a bad situation, we can make some money too.  But I want you to help them out as well and by helping them out, what we are going to do is we are going to earn the right for referrals.

Let me explain this, this is huge guys, this is a bonus of wealth.  Let say you guys come back in two weeks, what we are going to do is teach you an associate program.  That means we are going to show you how a hundred of people in your association, your little network that is going to give you one referral every single year on a piece of real estate that we can make at least $25,000.00 more on profits.

The average homeowner in this country knows about at least 4 to 6 transactions every single year in real estate on the buying sell side.  Some of those 4 to 6 transactions, if we have a hundred people that we keep in contact with every month in this associate program, if

Confidential

they each give us one property out of those 4 to 6 that they find out about every year, that is actually going into foreclosure and we can make $25,000.00 on it, because we get ahead financially.

That is a hundred deals a year times $25,000.00 net profits, is that a lot of money? Let me just talk to the little kids, is that a lot of money? Guys that is $2.5 million. Check it out, if we can teach you this referral program to do 100 deals a year just 28 grand, think big. How much money in advertising and marketing do we have to spend to make 2.5 million bucks? Nothing. They are all coming by referrals. Guys I have been doing this for 19 years. We will teach you how to do this.

Important concepts, the owner is going to lose the property. So if we are talking to somebody who is on foreclosure right now, they are six weeks away from the courthouse steps, most of them do not even have for sale sign out front. They are not even trying to sell the property. Here is what they are saying "Oh Mr. Harris do not worry about it. I have not talk to my uncle Charlie in 24 years, but he is going to send me a check, I left him a message. Oh, my mom and dad will help me out. Oh my brother and sister...somebody is going to help me out to make this payments, I am just waiting until the last minute."

Guys they are in denial, they are going to lose the property. They are not doing anything about, so we have to educate these people and let them know. If the sheriff comes to take your house in six weeks, they are taking everything in your house. Our goal is to help the seller, the bank to sell to the buyer. It has to be a win-win situation.

Let me explain this. In that little scenario with the lady I told you about a little earlier. Watch this, she had a $98,000.00 problem, not a 6250 problem, she owed a $100,000.00 to the bank. So when I paid off her back payments, did I help her? When I sold the house, did I help her? Think about this. When we paid off that mortgage, when I sold her house and got that $98,000.00 paid off, did that hurt or help her credit score? It waves her credit score. I put her in the lease option, she is happy and she was hugging me. I actually helped her.

00:20:32

Now watch, we also help the bank get back their money so they can stay liquid so they could borrow more money to give out consumer loans. Then we help ourselves. I sold the $160,000.00 house for $130,099.00. We made 40,000 bucks and we help the buyer. The

Exhibit 14, Page 133

Confidential

buyer got a pretty good deal.  They got a $20,000.00 discount a property and now they are principal buyer.  They can live in the house and sell it or keep it or do whatever they want.  Sot it has to be a win-win situation, if it is not I want you to pass.  When I take advantage of people, we are just taking advantage of opportunities because first is people.  And we help people, we can make money and then we have anything we want in the whole wide world.  But I wanted to be a win-win situation.

First goal we are going to stop the foreclosure, we are also going to stop the sheriff on going on the record.  I have 250 to 300 point drop in the credit.  We are going to save that family 7 or 10 years of hardship and difficulty, higher insurance and loan rates, vacating the home and losing belongings.

Plus if the sheriff comes to somebody's house and they come to vacate the house because they put a letter on the door and they say "hey you got to get out in 15 days".  If they do not move out they come back and they will put a padlock on the house.  The family, the kids, everybody has to get out what they can take with them.  Nothing, you need to let these people know this.

The sheriff comes with their marshals; they threw everything on the front lawn.  They do not even pack it up nice and neat and all the neighbors come, run, and pick through it because they cannot take anything out of the house.  So we are going to help these people.  Also, save them the embarrassment and humiliation and low self-esteem.  Guys there is nothing worst in the world than having all your neighbors and all your friends find out that you were in a foreclosure.

When I was 19 years old, I was living on the streets of New York.  I did not even know where my next meal was going to come from.  Sometimes and I had this low self-esteem and my confidence was shot.  It was in the gutter.  I had to teach myself how to have confidence and self-esteem.  We want to save these people that humiliation.  It is a horrible feeling and it really lowers your self-esteem.

So Donald Trump wrote this world's best building principle in buy low and sell low.  We want to buy low and sell low.  If we did not get a property at 50% discount, let us say, we have $400,000.00 property, we can pick it up for 150 because these people are going to lose it.  Can we sell that property a little lower than what its worth and still make a nice profit?  Yes.  Do not be greedy.  As buy low and sell low.

Confidential

We can buy low and sell high until the day we die.  We want to buy low and sell low right now.

Guys I will show you how to get into that of your properties within 30 to 60 days.  Right now I am not holding anything beyond 60 days because we can buy low, give somebody else a good deal, sell low and we can move these properties and make our cash.

Here is strategy number 2, evaluate and know your exit strategy. Here is why, let me test your knowledge, I am training you already. When do we make money in real estate, when we buy or sell?  Buy.

What is this?  PPSF.  This is for 10,000 bonus points.  Who knows what stands for?  That means price per square foot.  This is Donald Trump's evaluation tool.  Here is the formula, price of the home divided by the square footage, heat and air condition areas only.  Let me explain this, here is an example.  We got a $200,000.00 purchase price; we are going to divide it by the 2000 square feet.

Now how do we know that property is 2000 square feet?  We got a software program, you can pull all these properties up in every zip code, every country, every state cross country, I can show you how to find out the square footage of any home, residential or commercial within about 15 minutes.  We are going to take the 2000 square feet, going back our formula—Donald Trump uses this for his hundreds and millions of dollar of real estate he buys.  Within 15 minutes and you can determine if this is a property, we should work on or we should pass on.

We are going to take 2000 number and divide it into this number that means if we can buy this property for this right here that is a $100.00 per square foot that we are going to pay for that property. Does everybody understand this so far?

Here is an example.  We had somebody come through Trump U not too long ago, they actually want to help, and this person was in her older senior years.  They were looking for second home in Florida to retire to.  They are golf junkee and they wanted to find something in a golf community.  They called a realtor looking for properties over the internet like we taught them and they actually went down to Florida, found a house like this.  Five doors down from here and here is what they found out.  A recent sale five doors away sold for 180,000 bucks.

00:25:31

Confidential

He went outside real quick. He did exactly what we told him to do, pulled up the property, found out it was 1,600 square feet. So we are going to take this number, divide into this number and we came up with a $112.50 per square foot. So that house selling for 180 and it was worth $0112.50 per square foot.

Now, the prospective property, what happen was this. When they were done looking at that property, they backed up the car, they were going to look at couple of other properties. They stopped right here because this gentleman said "do you see the for sale sign." So he knew what to look for. He stopped, they got to the car, he grabbed the sign, it was a FSBO.

Now, there are two different types of for-sale-by-owners, we got the greedy and the needy. The greedy people are selling their homes on their own because they do not want to pay a realtor commission. They do not like realtors. Realtors cannot sell my house competently. I am going to keep all the money. We do not want to talk to them because they are not going to be as motivated. We want to talk to the needy people. These are the people who need to sell their homes because they are going into a foreclosure, they got title problem, leans judgment, and divorce sell. So we want to talk to the needy for-sale-by-owners. They do not have any money that is why they are selling and they have not listed with the realtor.

Guys, if I went out here right now with you and we got on a bus, we can go and find a home for-sale-by-owner signs. We would write down the names and numbers. We would come back in here and we would do live calls. I would make four offers in every single for-sale-by-owner house out there. Out of a 100 of those, do you think we put a couple of deals together? Yes sure. I actually would probably do about 10. My success rate is 10% of all the for-sale-by-owners out there. As long I can make my minimum, which is 25 grand, let us call it single. Guys we got a deal.

So let me show you what happen. He called up the couple, they were home. They were going through a divorce. A lot of people go through divorces. Think deeper, why is not the money there for that couple, why is not the time there. Let me ask you a question, when people got together and they told together each that I do, did they not have passion for each other? Did they not love each? And now they are getting a divorce. You know why? They do not have any plans; they were never on the same page. That is why people get a divorce. So the first thing you need to do when you leave here is to get on the right plan.

Confidential

He call them up, he said "Hey I have seen you are selling your house, is it still for sale?" They said "yes we are going through a divorce, we need to sell it today." You said, "all right, I just look at the property down the street can I come in?" They said "Sure". He went inside; he did exactly what we told him to do, took out his notepad, and took his pen.

Here is what he did for about 10 to 15 minutes in this house while the couple stood downstairs. He came back downstairs, did a walk through of the house. He said, "Well, here is what I just found out. All the bathrooms are going to be rehab. They are too small. We need it downstairs. We have to fix the kitchen. We got to paint the whole interior. The exterior needs to be cleaned up. We need a lot of washing. The pool in the back is not working. We also found out that the carpet needs to be replace. We need thicker padding.

All your moldings need to be—you guys get the idea. What is he doing? Finding everything wrong and every negative thing with that house. We will try to get the price where? Down. I will show you how to do this within 15 minutes. He did his list; he said "look you guys have about $20,000.00 worth of stuff here that we are going to have to put into this property to even make it salable. Let me ask you a question, when do you need to sell?" They said, "Today, we are going through divorce."

I love divorce sales. Let me explain this. When people go through a divorce, they will sell that house for nothing so the other person does not get a dime. I have made 8 figures on divorce sales. I still do. I will teach how to do that as well. They said "okay fine". He said, "This house down the street sold for about 180,000 bucks, you guys are asking how much?" They said 180. He said how did you come up with the number. They said, "Well the other house down there sold for 180. Ours is worth at least that much". So what he did is say "hold on give me a minute. He went and pulled up his laptop; found out that their house was 1902 square feet. That property was only 1,600. We got 302 more square feet.

00:30:15

So we are going to take this number, we are going to multiply it by what this house was worth when it sold 112.50. That gives us $213,975.00. If we could buy that house for 180, do we have a potential profit? Yes but almost 42,000 and we even did not touch the house. He said, "Here is what I want to do, I already seen enough, would you be interested in selling this house for 172,000 today. I do not need to see anything else. I can go and get a contract

Confidential

from my car right now." They say "Can you give us 15 seconds?" You say, "Go take 15 minutes." They went around the corner, they came back around in about 5 seconds and said, "We would be comfortable with that". He said, "You just sold your house. Let met go and get my contract. Went out to the car, got his contract, one-page form." He did not take any money out of his pocket, put a right back on the market with the same realtors immediately. He did not touch the house. He gave himself 60-days to close. Here is what happened. He actually offered the 172 and they accepted it.

Let us run the numbers, because you make money when you buy. 172 divided by the 1,902 sq feet gives us $90.43 per sq. ft. He knew he had an immediately equity of $41,975.00 if he even did not touch. He held the property for a couple of months. Did some special advertising and marketing that I taught him and what happen was he used the one weekend for a golf treat with some of his buddies. They found the right buyer who wants to live in that golf community and that school district held it a few short months and sold it for 260,997 bucks.

Let me ask you guys a question, if I can teach you how to do one of these this year between now and the end of the year. It makes us 97 grand in one deal. How many can you pay off in one credit card bill? That is the power of foreclosure. That is power of dealing with the best in the world.

Here comes maximum offer worksheet. What we are going to do is show you how to run the numbers on every deal. It takes you 15 to 30 minutes. We are going to come up with a max offer right here on the bottom line. You are going to make an offer, if they do not accept it we are going to pass. I can teach this to 10-year-old guy and he would be successful because he does not know any better, he will just follow everything I tell him to do and I can make this kid semi-retired by the age of 21.

I am going to show you how to take that Trump's Maximum Offer worksheet. We will just evaluate and we have the maximum offer. We do not go above and then you make money. Three things that happen with a piece of real estate, residential or commercial, number 1, we make money on it. Number 2, lose money on it. Number 3, break even. We do not want two or three, we just want to make money and when you know how to properly do your analysis and you run the numbers. Guys you have an extra strategy, we are going to make money every single time.

Confidential

Now, we could have kept that property, we could have rented it out and made some positive cash for every single month, we could have offered somebody to lease or purchase option, owner-seller financing, create multiple streams of income. Guys I can show you how to make three different stream of income of every single property you buy.

Any landlords in the room like me. And you hear sometimes about the nightmare stories about not getting the rent on—toilet has been clogged up, night phone calls in the middle of night with the pipes being clogged. Guys I never have any problems with my properties. I always get my rent on time but if you do have landlord headaches is because you listen to immature investors and you do not really learn how to do at the best way. Would you like me to show all of you how to always get your rent on time for the rest of your life?

We have the world's best lease agreement. There are 40 powerful paragraphs and these are coming from Mr. Trump, one paragraph is really powerful. This property normally rents for 2,300 a month however, every time the rent is received by the first of the month you may deduct 300 for net rent amount of 2,000 bucks. Do you think you will get your rent on time? Not only that, they will keep the place clean, they will pop money into it, they will upgrade the appliances, they will fix the floors, they will clean up the landscaping upfront because I am going to show never to have renters.

I am going to show you how to have lease auction owners, that way every single person who buys a property from you, you are going to lease it out to them. They are not going to pay rent and we actually going to give them the dream of home ownership. We are going to help them clean up their credit and these people will do everything they can to keep the place clean.

00:35:39

Would you guys like a copy of the world's best lease agreement. I will give it to you. We are going to make money on properties but we are only going to work on a property if we are going to make a minimum of 25,000 bucks. Let me explain this stuff.

When I was a young kid, my coach taught me in baseball how to just hit singles. He did not teach me how to go for the homerun. He said, "Jim just get the bat out there, not the ball over the in field, get on first base because if you can do that every single time you will have a chance of getting home." Too many people try to go for the homeruns in life. That is why at 65 they are broke. I just want to hit singles

Confidential                                    TRUMP 00137412

throughout my real estate career of 19 years.  Every time I hit a single it is 25 grand a month.  Once in a while we are going to get a double.  We need to get a double first then we are going to back to singles, then every once in a while we are going to get triple, then when we are not even looking it is going to fall in our lap once a year.  We are going to hit a homerun.  It could be a grand slam but a homerun.

This is a life lesson.  Do not hit the homeruns, do not look for them, let us just hit singles and the homeruns will come at us when we are not even looking because it is people.  If you take care of people, do not be greedy, just make 25 grand, and hit some singles, let us hit once a month then eventually we will get the doubles and triples in homeruns but we should not look for them because we are just training on singles.

If I can teach you how to get one single a month, work a couple of hours a week, bring 25 grand in for you and your family a month.  Would lot of you consider ever quitting your jobs?

Without knowledge, investing is too risky.  You got to train in foreclosure first because you can apply this to any kind of investing you will do for the rest of your life.  Without training, you will overpay for properties, mistitled problems, buying in the wrong area.  Right now, we want to buy in sea areas.  Forty percent of the market out here in Atlanta, Georgia right now is renting.

If we can find properties in the sea areas, in the high rental areas and if we can get an amount of 20 to 50% below their market value, can we buy low and sell low and give somebody else a good deal, get them out of paying rent throwing their money away.  And if I can show you how to get people out here and all these rental markets right now, a proof of FHA mortgage, which is the easiest mortgage to get approval right now in the country.  Get them into thousand bucks down, do you think we can make some money and we can sell some houses.

Everybody else out there is worrying about trying to go to the banks.  Banks are not giving loans anymore right now.  Realtors cannot help people getting the houses.  The mortgage industry is upside down.  It is ten times harder to get a loan right now, bug if we can get people into our house and they just deal with us for a thousand and maybe $2,000.00 down, they are going to buy our properties all day long.  And this is how I move people in the properties.  I do 4, 5, 6 of this a week and I get people in and out of these properties and sell within

Confidential

the 30 and 60-day period because I help people get out and get in of homes. We are just problems solver.

I am going to teach you how to become a problem solver. In real estate, if we saw problems we can get rich. Also, we do not want to pay too much for financing. Do not ever, ever to a bank and get a conventional loan again. I have not been into a conventional bank in over 13 years. Do not ever put your hard-earned money down, beg the bank for a loan, put it on your credit report for 20 or 30 years and hope and pray you can sell it.

You do not want to buy a piece of real estate that way again not even your own home. We want to do some creative financings, which I will teach you in a little bit but you do not want to overpay for properties. Fail to protect your investment, misrepairs and rehab cost, we would not misrepairs and rehab cost if we follow the Trump Max excel for worksheet because we make money when we buy. Have no extra strategy; do not improperly conduct a property analysis because they had to run the numbers.

00:40:14

This is the biggest thing guys, people put properties on their own name. You do not ever put properties in your own name. If you hold title to a house right now, if you are paying a promissory note back to a bank who hold your mortgage, if your property is in your own name, you are doing at the wrong way. Do not put anything in your own name. God forbids you come across an 8 year old out here today in the wet road and he is on a bicycle and something happens, what if that family gets a good attorney, they are going to own your house, your checking, your savings, your money market, you bonds, you mutual fund, your 401k, your home equity line of credit, they are going to own everything. They are going to own you and your family. You are going to pay him every single dollar out of your paycheck for the rest of your life because you have stuff in your name.

I got nothing in my name. I got a lot of stuff; I look like loser on paper. I have nothing in my own name. You never want to take title to properties in your own name. We will teach you the right way, the Trump. Here is what happens to a student who came to a free preview just like this not too long ago. They had a serious problem. They brought in this deal, they were sitting right here, when we were done they registered for the three-day training but he said before I get there you guys need to help me out. We said fine what is going on. He said I found this house right here. Here is what it looks like

Confidential

inside.  Have you guys ever seen houses like this.  These are called ugly houses and a lot of people drive by these houses like this and they nag their partner next to them in the car and they say look at that place, I wonder who lives there and they keep on driving by.  I love these kinds of houses.  These are goldmine.  There are lots of money that can be made with these houses.  Let us find out what happen.  He had this problem.  He said, "I got this house.  A realtor called me.  I said I could buy it right now for 11,000 bucks.  It needs $5,000.00 of repairs and it was two bedrooms and one bath.  So he got all emotional with the deal.

What is the first rule of real estate?  Never pay retail.  What is the second rule of real estate?  Do not get married to the deal.  So here we go.  He got married to the deal.  He got all emotional.  The third rule of real estate, never get emotional, it is all numbers game.

Let us go back, two beds, one bath.  I think the realtor thought that this was a bedroom over here because we have a mattress looking thing.  She also saw something that looks like a mattress and she probably thought the trim was in here somewhere in the kitchen.  I do not see one.  But she said it was two bedroom, one bath.  This went out just to be just three little room house.  She paid 11 grand and needs $5,000.00 for repairs and he found out after he paid for it that it has zero bedrooms.  Here is what happened.  She said, "I found out that this needed $25,000.00 in repairs.  The place was stinking mess and I need two sets of appliances."  Why do you think?  She put in appliances when they went to clean up, they went to home depot, and left the front door unlock.  Then somebody in the area was looking.  This was a rental area and somebody came in and took the appliances.  So now, they had to go get two sets of appliances.  He ended putting $36,000.00 into this property within a two-week period and she put it all in her credit card.

Do we have a problem?  We got a problem.  So let me ask you guys this question, if you are sitting here, you have this problem, how much of investment would it be worth to you to cure this problem?  How much would you put up to get out of this deal, get your 36,000 back and make $60,000.00 on this property.  What would that be worth to you?  Would it be worth $10,000.00 of an investment to get out of this, get your 36 back and net 50?  How about 5 grand, how about 1,500 bucks.  This is what we told her to do, "we are going to get you out of this problem.  We are going to ask for $2,000.00 down payment.  You are going to make some flyers.  You are going to spread them around this area.  This is not going to cost you a dime in advertising or marketing.  This is a rental area, sea area.  Here is what your flyer is going to say, "Lease to buy owner motivated, no

Confidential

banks, no credit checks, no qualify. Sop throwing away your money rent, stop making your landlord rich, call today." Do you think I will get some phone calls? Sure, 40% of the market right now who is renting is going to pull that ad.  I run this all the time.

00:45:05

So we told her to run that flyer all over the neighborhood.  We are going to ask for 2 grand down.  We are going to do what is called a rasp mortgage.  This mean we are going to do it with no money.  We are also going to ask 350 bucks a month lease option payment every month with an option to buy the property at any time during that lease that will cover the taxes and insurance.  When we run the numbers, this thing will be paid off in ten years.  If she did exactly what we told her to do.  But we also said you can put a write on the market; sell it but let us do it this way.  Let us see if this would work out.

She called us about two weeks later; she said, "you are not going to understand something.  I received many people who wanted to give me the $2,000 down.  I just negotiated with somebody to do $800 a month times ten years that is going to be 12 months.  They said they might be able to get the payment to buys this thing over the next couple of months but they were in to sign that lease option, the rap mortgage and I end up with $96,000 I just held this thing for 10 years.  I get the 36 grand back and I make 62,000 bucks.  In fact all the contracts were already signed.

So let me ask you a question, if we can show you how to do again one little of this which is in a sea area and ugly house and make something like this over the next 12 months, how many of these would you need to do this year to consider quitting your jobs.  One or two.  That is the power of working with the best in the world.  It is Trump University.  We are the best.  There is nobody better than us.  I think you see that now.

Trump use success story.  When I heard Mr. Trump was opening a company to train beginning investors as I result of the program.  I bought an investment property and flip it in four months for $95,000.00 profit, my second deal earned me 70 grand.  That is a lot of money that would change every life in this room but I want you to look over here.  Forget about the money, I want to see your smiles in two weeks, this is the kind of profits you can make and right now, we have more opportunities in the history of this country ever to buy these at 20, 40, 50.  I may even find properties at 60 to 70% below

Confidential

fair market value.  Those are called lay ups.  I can get the money for those things on 100% financing.  I can also get them for you.

Strategy number 3, understand the phases of foreclosure.  It is like a clock.  We got the pre, pre-foreclosure stage.  We got the inevitable.  The homeowners are going to miss that first payment.  When they miss the first payment to the bank foreclosure, then we have the pre-foreclosure which means the bank is about to send out when they miss the next payment a demand letter.  It is going to go on a list pendence list.  This is what we want to find that French for lawsuit.  Every lis pendence list is public information.  I can show you how to pull up those pendence list right on your computer.

Then what happens is we get a complain, it goes unnoticed of default list and then we have a final judgment.  If it does not sell at the option then it becomes an REO which is bank owned property.  That is a real estate own property, now you have to negotiate with the bank.

If you are going to do bank on properties right now, we can make a fortune with those, but the banks right wants 85% of what the property is of worth.  That is after repair value.  I will show you about 10 to 14 different ways to find these properties and buy them before it ever gets to the banks because they are really good at negotiation.

Here is strategy number 4, how do we find these foreclosures.  We want to find the pre-foreclosures right here.  These are in the status of where people are actually starting to miss those couple of payments.  We want to start negotiating with the sellers.  I am going to show how to look for FSBO properties and for rent signage.

Guys, I can go out and find a hundred for rent signage or ads, call people who are looking to rent their home.  Duplex, triplex, multi unit apartment buildings, condos, I can make four offers on every single for rent sign out there and I can teach you how to do the same.  So again today, out of 100 of these because I can get 10 of these that I can put together.  What are we looking to make minimum on every single property?  $25,000.00, which is single.

I want to teach you how to do assignments.  This is where we can assign a contract to someone else.  We do not need any money, credit, or license or a loan and we make the piece at the middle.  If you guys want to deal with the banks, they want 85% so you better know what you are doing.  But I can show you how to make an offer on 99.99% of all bank-owned properties out there and you just have

Confidential

to run the numbers and make sure that we have a nice profit.  We can make an offer in almost every single one of them.

00:50:20

Here is the thing guys, most people think that you can go to a bank and get the bank properties, you cannot.  That is a myth, you have to do it with a license real estate broker.  Any brokers in the room?  Real estate agents?  But you got to go through broker.  Now the biggest thing I can teach you is how to do a short sale.  Anybody hear about short sale?

Short sales are huge right now and we have more opportunities to do short sales then ever.  Everybody can do this, you do not need a license, money or credit or a loan.  Short sales an investing strategy to negotiate a loan that is in default with the lender and receive a discount for less than what is owed on the current mortgage.  A short sale will enable the lender to write off the bad debt, avoid foreclosure and not have to take the property back.

Let me ask you a question.  Are banks in the business have taken properties back?  What business are they in?  Lending what, money and making what on their money?  Interest.  They do not want these properties.  They want to get the money working again and I learn how to do these short sales when I was 23 years old when interest rates were 15%.  You guys have a great advantage right now. Interest rates are low.  The banks do not want to take the property back.  If they have to that means, they cannot get the money back. They have to put on the market, they have to put insurance on it, and it is mess if it does the sell at the auction.

If banks cannot get back a $100,000.00; for every $100,000.00 they cannot collect on, they cannot borrow up to$1 million for real estate loans, consumer loans, credit cards, loans, any kind of loan.  So if the bank cannot collect $100,000.00 per property they cannot borrow up to $1 million and they might go out of business.  Mortgage companies are folding up left and right because they cannot get their loans paid back.  What we are going to do is we are going to teach you how to negotiate with the bank to actually get less than what is owed on the mortgage so somebody does not go into foreclosure because it is people first and we are going to be able to make a nice profit at the same time.  Even if a property has no equity, we can still do a short sale.  We can create our own equity.

Let me show you how this works.  This is going to help the lender remain liquid so they can borrow more money to lend the consumers.

Exhibit 14, Page 145

Confidential

If a bank cannot borrow money, they cannot make loans to you and they cannot stay in business. With short sales, you do not need down payments, you do not need any money, we are not having out credit check, we are not taking a loan out, and we are not even transferring title. Most of these properties we now work are in the upper scale neighborhoods like the bay areas where we have 4, 5, $600,000 property and they cannot pay back that $500,000 loan and we can do a short sale. This is one of the first strategies we can offer them and we can create our own instant equity. 90% of something is better than a 100% of a nothing, that is what the banks are telling us right now.

Banks are calling me on the weekend saying James we have approved your short sale, please just get this done. I want to show you guys how to sell your properties before you even have to buy them. See most people buy properties, they put the contract on them and they have to go find a buyer. You do not want to do real estate like that. We want to sell them before we have to go to contract and with the short sales, I am going to show you how to build the list of quality buyers first before we even negotiate with the bank.

We just did one of these not too long ago where he had a line of buyers—when we find these this short sales, I will teach you how to do that with some advertising and marketing. The total original payoff was 440; this family was going into foreclosure. They were about five months behind in their payments. We discounted the short with the bank 270,000. They were about to go out of business a couple of month ago. Somebody just brought them out and now they are okay but they still are going to do a lot of business in short sales. The repairs were 5,000 bucks. We have our general contractor go in to freshen it up, clean it up a little bit, put some paint, clean up the landscaping and we actually resolve it and made 51,000 bucks. All these took about 42 days to do.

So let me tell you this guys, that is a called a double. If I can teach you how to do one of these between now and the end of the year, do one double while we are hitting once a month on singles. How many of you could absolutely now start considering never working for somebody else ever again. Good all 7 of you, what is going on with the rest of you. Short sales are great and how do you find them. We can drive around. We get the foreclosure list. We call people up to get the list pendence list and we can go to the county courthouse.

00:55:38

Confidential

Guys I do all my advertising on the worldwide web. If you do not get on the internet, you are starting to go in reverse because everybody else is on the internet. Did you know over 84% of all motivated sellers and buyers are looking at sell and buy right now on the internet. Be honest, today is the day of honesty how many people were on the internet everyday. Some of you are lying dogs about other things. You guys are on the internet everyday. Why not have your business there.

I work a couple of hours a week. I do not even get out of my bathrobe and so I close a couple of deals every single week. I will teach you how to do the same. We are going to do everything on the worldwide web but if you do not want to do that I have an ad that I have been running for years, Wallstreet journal, USA Today, Atlanta Journal Constitution, New York Times, buys any property, any condition can pay—hold on let us stop right because I know a lot of you are saying James you are paying cash. We are not going to use our own money. Here is the deal; I am telling people that we could pay cash. It does not mean we would.

We want responses, we want the phone to ring and I can close within one week, stop foreclosure today, we solve problems. Folks, we got hundreds of phone calls coming off these ads nationwide. I run this all over the place because I buy real estate nationwide. I can show you how to get hundreds of phone calls coming in. You do not have to go look for these people; they will just come to you, would you like to have my ads.

Have you guys ever seen these around Atlanta? They are all over the stinking place, are they not? And most people think "there is another investor trying to make money". Guys, I make a fortune with these signs. They are all over Atlanta. This is how I find my buyers. 40% of the market right now. They do not want to be renting, they want to own a home. So I give my lease option. I get a nice downpayment and I give them two years to buy that property for me. And this how we can help people. Here are some ads on the internet. We will make an offer on home in 24 hours guaranteed. I do not care if they are currently going into foreclosure. They fill out a form, I find out how many beds, how many baths, how much they owe, who their bank is, how many payments are behind on and we make offer right there on the phone.

I can teach you how to make offers within minutes. You will not make any money in real estate until you make offers. Without making offers, you cannot make any money. We have to make offers. So later when we stop and I ask you guys to come and spend three

days with us next weekend. Folks I am going to show how to go out and find leads and you are going to bring those leads in, and we are going to make offers all day long Saturday in class. I will see if I can do a deal for you because I do not want you to mess first one out.

"Well James that is exciting. You are killing me James." Strategy number 5, prepare your credit rating. Guys this is huge. Your credit is going to give you the ability to borrow money to buy these houses because we do not want to use any of our own money. We want to use OPM. That is how we do real estate.

Next weekend we are going to show you how to get a copy of all three credit reports, increase your number of credit cards, raise your limits—let us stop right there. Some of you are going to say "Wait a second James, we are going go give our credit cards. We are going to raise our limits." Let me ask you guys a question, if we have more credit cards which is more loans from banks of money we can borrow, which again is OPM by raising our limits on our credits cards and getting more credit for real estate investments, will that hurt or help our credit? It is going to raise our credit. I am also going to show you how to lower all your interest rates.

Did you know that the average person in this room right now with a credit card is paying 17.9% interest on their credit card money? You are getting late fees. You are incurring all kinds of late fees and charges you do not even know about. I will show how to get those down to 1.9%. Would you like that? I do not take further answer. I will show you how to get on the phone with the banks, negotiate with these people, they need you, and you do not need them. Does everybody understand that? They need you. I am going to show you how to wave your fees.

00:60:04

Guys, two weeks ago in Washington DC, my whole class went outside. They had 90 minutes for lunch, they came back in, and we had all their interest rates down. I have had some people who are paying 29.9% interest rates on their credit cards; I got them down to 2.9%. I got other fees wave. One out of every 4 credit reports in this room have an error on your credit report and you do not even know it. Let us fix this stuff. Let us raise your score. I am going to show you how to dispute any late payments and pay your bills on time.

If I can show you how to get one single income every month that you and your family at 25 grand at pop, can you pay your bills on time. You better believe it and great credit is a real estate fortune.

Payment history is 35%, total amount owed—here is what (inaudible) experience in equity. They look for consumer debt as oppose to investment debt. Consumer debt is good or bad? Bad. That stuff you buy that goes down in value. You got to learn this while you are ten. Investment tat is real estate. Things that go wear in value. So if we use our credit card money and a very intelligent way to buy and sell real estate, deposits, down payments and all that stuff, that is what they look at. You do not want anymore consumer debt.

By the way, do not ever go out there and buy something from now on unless you have the cash. Only use your credit money which is the bank's money to invest into real estate do not do it. I still get upset when I hear about people going out and buying a car and taking a loan for it. And when they drive it out the road it goes wear in value to over 30%.

Let us go do a couple of real estate deals, couple of pre-foreclosures, couple of short sales, let us find some good deal 2 or 3 and then let us go buy a car and pay cash. I want your license plate from now on to say paid for. Do not ever buy a car and put a loan on it again.

Strategy number 6, let us get the money for these deals. Repeat after me; find the deal the money will come and if we can find a deal at a 50% or below their market value that is called a lay up in basketball. I am getting you the money of 100% financing. It is not a problem. There are lots of ways to pay for deals. Conventional banks do not ever do it. Do not ever go to a bank conventionally and borrow money again. Do not take your hard-earned money and put it down and then having put that loan on your credit report for 20 to 30 years. That is the worst way to buy a real estate.

I am going to teach you how to get money from hard moneylenders. Has anybody heard of these people? Hard moneylenders are financial institutions but what they are willing to do is give you money and they are willing to charge you a higher interest rate. Your area around here, hard moneylenders, I got a list of them, they are going to charge you 15%. They are looking for three months interest-only payments but they will give you all the money.

Now, here is what they are looking for 65% LTV. What is 65% LTV? Loan to value. So at 65% loan to value, you bring us the deal. Guys these hard moneylenders are going to loan you the money. They will give you the construction cost, the rehab cost, you will get that in three draws, we will fix up the property, raise the value of the property and there we can cash out and make some money. So hard moneylenders are great because right now the market stinks and it is

Confidential

ten times harder to get a loan. If you go to a conventional bank, they are going to ask for 20 to 30% down. They are going to sink all your hard-earned money so forget that. Let us go to hard moneylenders with 50% loan to value, forget it.

Everybody say hi James. What is a private money investor? What is that? That is somebody who has a lot of cash and they are willing to lend you money. They are not worried about you or your credit. They do not care about you or your credit or your job, they are worried about the deal, the property and they will lend you the money 15 to 20%. I am going to show you how to get money from hard moneylenders and private money people and they are going to charge you 3 months interest-only payments. What I am going to do is I am going to show you how to fix up the property. They are going to give you the construction clause. We are going to add the 3 months of interest-only payments into the construction cost so we do not have to take it out from our pocket. And I will show you how to get a 100% financing on all your deals. All you have to do is bring this stuff with 65% loan to value.

Right now, within about three-month rates of those hotels, you got thousands of them right now, we just got to show you how to go out and pick them out.

00:65:01

Now, you got a good private money person that can help you out, everybody say, "Hi James." I would love to have you bring me a deal. I cannot get you the money, because it is you first. I cannot get you the money, guys. So, maybe we can help you out with the first one, maybe we will do a joint venture, I do this all the time. Money is not a problem, when you find a good way deal.

Behind the deal, the money will come. Equity private money and hard money lenders that is what we are going to use. I got a database of the top 300 hard money lenders and private money people all across the nation. I have been borrowing money from these people for 19 years and I will show you how to do it, as well.

Also, equity funding, if you are sitting in my room right now, you do not have a home equity line of credit, you need to go and open one up. If you have a $100,000.00 of more of equity in your house right now that is sitting there making you know money. I can show you how to take that equity. We can borrow up to 3 – 4 – 5 times the amount and use it as a leverage for real estate. We are not going to

Confidential

take out and spend it nilly willy like cash, we are going to use as leverage.

I have people who have come to these trainings, because they have a million dollars of equity in their home and the goal is how do we get ahead financially, where are we going to get the money?  I could take a million of equity and I can show you to borrow up to $3 million.  Is that exciting?  Oh come on, so if you are sitting here and you have equity, you are not making any money with it, let us use it to get rich in the foreclosure markets right now guys and if you are sitting here and you have a 401k or IRA, folks how long did you work and how hard did you work to put that money on your 401k?  200 – 300 - $400,000, it is sitting there making 3% interest, that is horrendous.

Let me show you how to use that 401k, IRA money.  Let us use as leverage to borrow up to ten times the amount of real estate without taking any money out of our pocket and guess what, we can show you how to do it with no fees or no charges.  Is that exciting?  Common guys, what else can I do up here?  Tap dance for you, also we are going to use our credit card money, not for consumer debt anymore, investment debt and that is okay.  I love credit cards, guys.  I got a ton of credit cards available unlimited amounts on them.  You know why, because I use it for real estate.  My wife's dog Coco has a credit card.  Yes, I am not kidding, I will show a picture, when we are done.

Now, solid 15% return, here is how I generate all these private money people and hard money lenders.  I can get the money anytime I want for any kind of real estate.  I have been running ads like this, Wall street Journal, USA Today.  I am going to teach you how to think what?  Big, common guys, you have me, this is Donald Shrub, let us get in the money, people.  Here is an ad back by real estate, real estate investors as many deals, seek private funding, joint ventures wanted.  I send them a free report, I tell them about me, my company, how many properties I have.  You guys are going to run the same ads and you are going to show all these people your listings and they are going to call you and they are going to fund your deals.  Would you like to use my ads?  No problem Bob, you got it, you are the one who asked.

All right, here is a live deal that we are working on right now, it is pretty much all done, but I want to show you guys, I got this in my laptop.  Here is my laptop, I just (Inaudible) where is this located?  In Georgia?  How far is that from here?  It is in our state, very good.  So, here is a four-unit apartment building, right?  Does it need some work?  Not of it, right?  Everybody say, "Goldmine."  This is what I

Confidential

want you to bring me, I am kidding, do not laugh.  This is going to make you a fortune, guys.  This is a goldmine.  Check it out, this is in a sea area, are you with me?  Did you a couple of these away?  Check it out, she spent three days with us, her name is Margarita, she sent me this property, here it is.  Here are all my internet explore boxes, here is what happen.  Here is the email, "James we can buy this property right now for $59,900.  The rehab on it is $54,000.  We just need $114,000."  Wow, I did the numbers that is 65% LTV that means I can get you the what?  I can get you the money guys.

What happened was we got a property analysis, which is called an appraisal.  Has anybody ever heard of this?  Let us go back to hear.  She has already done all these stuff.  I already taught her how to do it all.  She did everything lined up.  She just needed the funding, okay?  After this report was done, we found that the subject property right here.  Here is one, two, three comps.

A compass a comparable property right in the area, just like this, we found out that this house was worth, how much, $175,000.00 after repair value, after we did all the work.  Now, what do we have here?  $175,000.00 from a buyer, folks I am going to show you how to sell your properties, before you even have to buy them, before we even went to contract, we already have a buyer lined up.  They were willing to pay a little bit more than this property was worth, because they own a couple of other places in the area and they knew that they could catch out in a year to in a market's turn.  Are you with me so far?

We already had a buyer lined up.  Here is our rehab, general contractor went over he sent us the excel spread sheet.

00:70:00

We got $53,000.00 in repairs, we are getting a 100% funding.  We are going to have three draws of money, taken out to go repair the place up.  What is going to happen is that they are going to make it look like this.  Does this look different?  That is another comp in the area.  We are going to fix it up.  It is going to look brand new.  We got the contract signed, here is the form, you are going to fill out folks and you are going to send it to me.  We are going to get you the money.  Are you with me?  Say yes, you have to fill out a little form, everything is signed everything is done.  This was emailed to me, I am still working in my home office, in my underwear and what happened was we are going to make this, here is the deal.  Purchase price is $59,900.00, rehab cost - $53,000.00, closing cost on the buy is going to be $1,800.00.  Here is what the private people, me we are

Confidential

going to make an interest only payments for three months.  I am
going to show you though, with other private money and hard money
lenders.

I am going to show you how to wrap it up into the closing cost, you
do not have to take any money out of your what?  Pocket, we are
going to put it on the rehab cost.  A pay of $175,000.00, we are
selling for $177,000.00.  We already had a buyer lined up, tolls
$118.00 of cost.  She is going to make $58,000.00.  I am not going
take a dime of her profits, because it is you first.

People, I can help you get through your deals guys, so here is the
best thing that you could walk out with here today.  It is my
information.  I am here to help you, I can help you get the funds, as
long as you find a good deal with how much LTV?  65%, that is what
I am looking for, if it is a little higher, no problem.  Lay up, I can get
you all the money.  I do not even need to see your personal financial
statement or your credit.  50% below fair market value, no problem
guys, right?  Now, how to sell these?  We can use realtors, classified
ads.  I will show you how to do web ads.  Whole sale to retails, there
is a lot of different ways, but everybody look down here.  See this
thing that said charity gifting?  Let me show you something that my
mentor taught me many years ago.

I have a charity gifting program, but we actually people approved for
an FHA mortgage right now, it is the easiest mortgage in the country
to get approved for.  I get people into my house for a thousand bucks
down.  What happens is that the charity gifting company charges me
a fee.  I will take it out from my profits and I will help people get into
the homes.  So, if they go look at 20 or 30 properties and they have
to put 15 or 20 grand with Mr. Harris' company, which is your
company from now on.  What is going to happen, is we are going to
show them how to get in for a thousand, maybe up to $2,000.00
max.  Do you think they are going to buy our properties, overall these
others?  This is how we get in and out of these properties within 30
to 90 days.  We are not holding them.  We are going to put people in,
because we are going to what first?  Sell them, before we have to
what?  Buy them.  Is that a smart way to do real estate?  Yes,
absolutely okay.

Here are some ads on the internet.  I will show you how to run this,
as well.  Guys, these are fully optimized to be searched on Yahoo,
Google, MSN, this is where everybody is.  They are going to buy and
sell and they will fill out a form and they are just going to come to us,
we send them over to the properties in the area they want to buy and
they make us offers.  This is how we can do deals within a couple of

Confidential

days. Did you guys ever heard, zero down real estate? Yes? Like there is no money, no credit stuff? Guys, when I was 19 years old, I had no money, I had no credit. I could not get a loan and my mentor taught me how to do some zero money stop. Let me show you how to do this, this is real, this is reality. We can do this on every single property out there. So, everybody gets a fresh piece of paper, this thing I am going to write on time, here we are.

You guys over here form Scott and Beverly over, you guys are going to be my sellers and from Carlin, over here. You guys are going to be my buyers. First thing I want you to write down is called assignments. Assignments – whole selling, using assignments. So, you guys are going to be my sellers. Let us say you are selling a property right now, for $400,000.00, okay? And, I am going to call you up and you guys are selling it in your FSBO. What is a FSBO? We sell by owner. I got to call you up today. I am going to offer you $300,000.00 on your property after I find out that you need to get out on our $285,000.00 mortgage. I am going to have you walk away with 10 15 grand, a couple of buck, but I am going to make you in an all-cash offer. I can close within 90 days and I am going to pay you $300,000.00 with it for your property.

There are lots of reasons why people will take a lot less or what is owed on their property right now and a lot less of what is worth, because they might be going into what? Foreclosure, loss of job, health, illness, divorce, back taxes, dozens of reasons why. So, I am going to show you how to ask the right questions, I got a script, right here in this book, we are going to take you through weekend. We are going to role play. We are going to call people. You are going to learn how to do this. You are going to accept my $300,000.00 offer, because in six weeks you are loosing your house for the Sheriff's sale. You are going to the court house, they are going to sell your property, you are going to loose everything. You will accept my offer. We are going to put a contract together. J. Harris Inc, because we never want to take properties in our own name, teach you them the right way. J. Harris Inc. and/or assigns, has anybody ever heard of this term? These are three magical words that will get you rich in real estate guys.

00:75:02

J. Harris Inc. and/or signs, which means I could have sign that contract to anybody else I want to for a fee. I am going to give myself 60 days of close, because I do not want you to loose your house. So, I am going to give you $300,000.00, you will have your money in 60 days, the next day an ad is going to go on the papers. It is going to

Confidential

say exactly this, "Owner-motivated.  House worth $400,000.00, we will sell today for $325,000.00.  Are we going to get some calls?  The phones are going to ring off the hook, right?  So, people are going to see that add and will say, "Go look at this guy, he is selling the house for $325,000 that is worth for $400,000.00."  They are going to call you up.  You are going to give them the address.  They are going to go over and look at it.  You are going to have a 100 or more people that will be go and look at that property one day, right?  You are going to find somebody like Bob.  He is interested in the house.  He is renting right now.  He is wasting his money on what?  Rent and I am going to give you the opportunity to have a house $75,000.00 below fair market value, when this market turns, probably worth $550,000.00. Are you with me so far?

So, you are going to sign a contract with me for $325,000.00.  Both contracts are going to go my title company.  They are going to do the title work.  They are going to set-up, which is called the double escrow closing within 30 days.  You are going to come in with your $325,000.00 cashiers check from the bank, Bob.  And, at 9 o'clock in the morning, you are going to buy that house.  You are saying, "Thanks James, you are a great guy."  I got a great deal, because we are going to buy low and sell what?  Low, very good, now you guys at 5 o'clock, you guys are my sellers, you are going to come in at 5 o'clock with my title company.  You are going to get your, how much? $300,000.00, what is left over in the middle?  $25,000.00, that goes to who?  Well, it is going to go to you guys, but it is going to go in your international hit bank that right here guys.  That is $25,000.00, watch I have never took title to the home.  That is called the whole selling by assignments.

Now, I want you to keep an open mind.  This is creative unorthodox real estate.  This is how I learned how to do real estate.  We do not have to have titles for the house, to take money out of it, ladies and gentlemen.  We have just to control it.  Now, for those of you who are rolling your eyes, saying, "Yes, right James," all the skeptics.  Let me show you how simple this is.  Have you guys ever signed on a mortgage to buy a house?  And, it said Bank of America and/or assigns when you bought your house?  And, a couple of months later, you got a letter in the mail saying, "Hey, Wells Fargo now owns your mortgage.  You are going to pay us every month."  We were assigned your contract by Bank of America.  Has anybody every heard of this?  Bank assigns contracts all the time, they sell their loans.  We can do the same thing with real estate guys.  And, it is those three magical words, I will show you how to have in every single contract, so you can assign these properties and you do not need money, no credit, you do not need the license and you do not

Confidential                                                                        TRUMP 00137428

have to take out a loan.  Is that exciting?  Oh, common.  That is called assignments.

Number two – jot this down, I am a no money down expert guys, write down lease options.  We are going to take the same $400,000.00 house.  I am going to teach you my for rent method that means every for rent add, we see in the paper.  Every sing we see out there, we are going to call these landlords, okay.  You guys are going to be my sellers again, you are going to be my buyers.  You guys are asking $400,000.00 for your house.  Phone call goes something like this, I will teach you how to do a 100 phone calls a week.  It is like this, "Mr. Landlord, my name is James.  I saw your add on the paper for rent.  Would you be interested in selling your property rent to buy, instead of just renting it out?  If I paid you a monthly payment every month, I paid you on the first of the month.  I never called you, no hassle to you.  I paid you 6% to 9% interest on your money.  You did not have to take you house and sell it and pay capital gains what?  Taxes, I will just pay you every month.  I will cover all the maintenance and repair cost.  Would you be interested in leasing your property out with an option to buy for three years?"  You know what 33% of the people say?  "Yes, that sounds like a pretty good deal James.  How does that work?"  Well, here is what I will do.

I am going to send you over, which is called the lease option agreement memo.  It is going to give me 90 days to close and I am going to out and find a lease option buyer.  I am going to pay you exactly what you want, which is how much?  $400,000.00, I am not going to negotiate, I am not going to haggle.  I am not a confrontational guy, I am going to give you exactly what you want.  I am going to give you zero down, because I am giving you exactly what you are asking for.  Are you guys with me so far?  We are going the do it through your term.  We are going to sign a purchase in sales contract, J Harris Inc. and/or assigns.  We are going to sign also a residential lease agreement and the lease option agreement memo.  I got all the contracts right here in guys.  I am going to walk you through this.

Now, watch, zero down, $400,000.00, I am going to pay you $15,000.00 a month for three years with an option to buy.  You guys are happy, I will never going to call you, covering all the maintenance repair cost, you guys are good.  Now, I am going an ad in the paper the next day, something like this, it is going to say, "Lease with option to buy.  Owner motivated, no banks, no qualifying, no credit checks, loan down, moving today."  Do you think phone going to ring off the hook?  40% of the market that is renting right now, who is

Confidential

throwing their money away on rent, they are going to call, you guys should better be ready.

00:80:03

You are going to have a hundred of phone calls. Now, you guys are going to be my buyers, I am going to send everybody to look at the property, again we are gong to have somebody respond. Like Sky here and his family. They are sick and tired of paying rent, right? Now, I am going to charge him 10% more than I am putting under contract with you. So, I put under contract for you all for how much? $400,000.00, I am going to sell you this property for $440,000.00. Here is why, I am going to give him the dream of being a home owner and a year or two from now, he can sell it. That house might be worth $500,000.00 or more. Are you guys with me so far? Now, you are going to charge it to $2,000.00 a month in rent, but it is not rent, it is lease money. I am going to ask for 10% down, which is $44,000.00, but hold on. It is who first?

People, I am not going to ask for that much money. I am going to ask you for 15 grand down, usually I can get 10 to 15, okay? Now, I am going to ask you fro $15,000.00 down to grand a month. I am going to give you two-year term. How long of a term do I have with you all? three years, I am going to give you a two-year term, I am going to help you clean up your credit. I am going to get you a loan down the road, because if fatal exercise are option to buy within two years, I have another what? Year, where I can bring in another lease option buyer, I will put on the market and sell it for cash or give them another year to go in there and clean up their credit and buy it. Everybody understand this so far? Okay, stay with me, keep an open mind.

So, there are the terms. You guys are going to sign all those contracts with me, so there are three profit centers. You got to follow me very carefully. I want you to write this down. So, you can get this. The first profit center is this I am going to make the money in the difference of the down payment between the buyer and the seller, which is how much? I give you guys, how much down? Zero down, Scott's family gave me how much down? $15,000.00, we are gong to make $15,000.00 on a property that we do not even own. How many of you would like to make $15,000.00 on a property that you do not even own? Raise you hands, all nine of you, very good.

Now, the second profit center is the monthly payment difference. I am paying you all, how much? Hello, are you guys with me? Common guys, I am teaching you how to make millions. I am paying

Confidential

how much?  $15,000.00 a month, jot this down.  Scott's family is paying me how much?  $2,000.00, how much are we making in a month?  $500.00 and monthly positive cash flow, which goes in the International what?  Hit Bank, you can do whatever you want with the money that is for two years.  Are you with me so far?  Now, the bigger difference is this, the third profit center on this deal is the back-end money.  I bought it from you all for how much?  $400,000.00, did I give you exactly what you wanted?  Yes, did not even hassle with you, did I?  You guys are buying it for how much?  But, I am going to take the $15,000.00 of the deposit money, you take out off the $440,000.00, so you only owe me $425,000.00, is that fair?  Oh common, I am helping these people and I am going to closing with them, both contracts are going to go to my title company, again.

You are going to bring in your $425,000.00, you guys are done, you owned the home and you guys get your $400.00.  You sold your house, you can do whatever you want with it and I paid exactly what you want it and I am going to make that $25,000.00 on the back-end.  So, let us settle this up, listen to me very carefully guys.  You can do the same in any home out there, as long as we get the price or terms.

We made the $15,000.00 up front, we made $500,000.00 a month for 24 months, until they exercise their option, $500.00 time 24 is $12,000.00 and then, we made that $25,000.00 on the back-end, when we close.  So, that is $52, 000.00 on a house that we never took title to.  Is that a smart way to do real estate?  We did not use any money, no credit, I did not get a loan and we are $52,000.00 richer.  So, let us take a look at this, guys.  Let me give you two scenarios.  Let us say Scott's family could not exercise that option within two years.  Couple of things we could do, so keep an open mind.  Number one – I could just give him another year, because I have how long having term with you?  Three years, so I get him another year to clean up his credit and buy that property from me, same price.

The other option is, are not the markets going to turn in another year too?  Yes, so do you think their property is going to be worth $525,000.00, $550,000.00 one day?  So, I can put it on the market and sell it for cash and make even more money.  So, let us say I got in the contract with you for $400,000.00.  Now, in two or three years it is worth $525,000.00, $550,000.00.  I am going to make over a hundred thousand dollars, which is not a single or double or a triple that is a home run.  If you are still with me, say yes.  So, guys there are a lot of different things we could do, so jot this down.  Keep an

Confidential

open mind, jot this down.  If the seller picks the price, we are going to pick the terms.  So, in other words, if they say, "James, I want $400,000.00, I am not going to take a dime less."  I am going to say great.  I will give you zero down, I want three years and I will pay you 6% to 9% on our money every month and monthly payment.  So, you do not have to pay those capital gains taxes, because I say to them, "Hey, if I buy this house cash right now, which I could.

00:85:02

What are you going to do with the cash?  Well, I am going to put in the bank and put it in the CD and make 3%.  I will say, "How about I pay you double or triple of what the bank is going to pay you?"  And, a lot of them will say what?  "Yes, I would love that."  And, if the seller picks the terms, we are going to pick the price.  So, if they said, "No James, I want $10,000.00 down, I want 380 and you know, you got to close in like 90 days."  Well, what I am going to do is I am going to pick the terms, if they are picking the price.  So, I am going to say that I am not going to pay you $400,000.00, I will pay $325,000.00.  Make sense?  Now watch, if they pick the price in the terms, we are going to put them in a 30-day file, jot that down.  30-day file, we are going to call them back, because in thirty days, they are attitude is going to change if they have to make another mortgage payment on that house.  And, the phone calls is gong to go something like this, when we follow-up, "Hi Mr. Landlord, this is James again from J Harris Inc.  Is your house still for sale?"  "Yes, it is still out there for sale.  I just made another monthly payment on it."  "Let me ask you a question, you were interested in that owner set of financing, lease option program about a month ago, would you consider it now?"  "Well, yes I mean, I do not want to make another payment on this house."  How does that work again?  Do we just follow-up with people every thirty days, eventually you will have snowball effect and they will come down on their price.  And, that is how we make a lot of money in real estate.

There are two ways I can show you how to do no money, no credit, no license, no loan real estate.  I got 4 or 5 other ways.  Is that exciting?  You do not have to take title to a piece of real estate.  You just have to control it.  Let me give you the card sample then we are going to move on.  We are almost done.  Guys, how do you buy a car?  You can either take out a loan and pay for it or you can do a leasing program.  Has anybody ever heard of this?  So, when you buy a car and let us say you lease it out for three years, let me ask you a question, do you hold title for the car?  No, can you drive it?  Can you wash it?  Can you put a radio in it?  Can you total it?  Can you do anything you want to that car?  How can you do that if you do not

Confidential

own title?  Please write this down, this will make you rich.  It is called equitable title, if we have equitable title to a piece of real estate, we can do whatever we want with it.  We can make money, so you do not have to own real estate to make money on it.  You just have to control it.

I think it is foolish, to go to a bank, put a down payment of 20%, which is by the way right that is the minimum, you have to put down for conventional banks right now, 20%.  I do not care if your credit score is perfect.  Go to the bank, beg for a loan, put it on your credit report for 30 years and hope and pray you can sell the property.  That is the worst way to buy real estate.  Jot this down, you will not buy real estate, when you get done with me and Mr. Chump, unless you make money that day you buy.  I never buy real estate, unless I make money the day you buy it.  And, we are gong to sell our properties, before you have to buy and we are going to get paid when we close.  Is everybody with me, please say yes.  That is how you make money in real estate.

In Atlanta, Gorgia guys look up here, I pulled these numbers up in my underwear this morning.  Right in your area, we got over 5,000 pre-foreclosures, 3,400 foreclosures, 69,000 auctions and almost a hundred thousand REOs, which is what?  Bank-owned properties.  You are driving by these deals everyday, now we just got to make offers, if we make offers.  We are going to make what?  Money, we have to make offers, until you are making offers, you are not going to make money.  Country wide is going to do a billion dollars in short-sales business.  It is the perfect storm guys, we are seeing a foreclosure tsunami.  If you do not get started in real estate today, you never will.  This is it, you are not going to see more opportunistic time.  So, strategy number 7 brings me to this, let us set your goals.

Let us get started with Trump University, okay?  Here is my goals for you.  Let us get out of debt, let us take the next 12 months, let us not work hard, let us work what?  Smart and let us get out of debt.  Let us pay off our credit card, let us pay off our cars, let us pay off our mortgages.  Let us pay off our student loans and let us get out of debt.  Let me ask you all this, if we could get you out of debt, between now and the end of the year.  And, we pay off all of our loans, we just have that basic necessities of life, our basic bills, can we live quite cheaply?  Hello?  Guys, it takes the stress off.  I do not know any other business, besides real estate in the financial markets, where we can get out debt in a very short amount of time and this is the time to do it guys.  We have more opportunities to buy real estate at 20% to 50% of mobile of fair market value than ever.

Confidential

Let us hit a couple of singles, one double, one triple and let us set a home run every single year.

Let us stay completely out of debt.  Does that sound a great idea?  Absolutely, you are going to need a million dollars to retire guys, when you turn 65.  So, I want you think about this, this just came out in the USA today, if you do not have a million dollars in the bank right now cash or on a plan to put a million dollars cash in the bank at 65.

00:90:00

Seriously, think about this guys and a lot of people think, "Oh we will find a million dollars in the bank at 65.  I could stop working.  I could retire and live comfortably."  Guys, I got news for you, no you cannot.  A million dollars is not a lot of money anymore.  If you have a million dollars in the bank, cash at 65 and you want to stop working and jus completely stop.  And, just enjoy your money and live a twenty more years to 85, right?  Let us say you wanted to do that.  If you have a million dollars in the bank, that is $50,000.00 a year of spending money, to live on.  Now, I do not know about you, but I cannot live on 540 grand a year.  I do not want to live on 50 grand a year, do you?  So, if you do not have a million in the bank right now or when you turn 65, you are going to be in this category, right here.  45% of you is going to admit, depending on your relatives to pay your bills.  30% are dependent on charity, 23% of you is still going to be working.

Let me explain this in the right way.  Me and my boys are going to McDonalds not too long ago, because they like those chicken McNuggets things and we are going through and this little voice came on the loud speaker and my 8-year old in the back said, "Hey, Dad that girls sounds like she is my class," I said, "Yes, she sounds pretty young."  So, we pulled up to pay and this little hand came out to take our money that was kind of shaking like this and I grab her hand and I looked up in her face.  I am telling you, this lady had to be 90 years old and I paid her the money, I said, "Keep the change," and we pulled and Jake from the back of the truck, "Hey Dad, why was that old lady working at McDonalds," I had to tell him the truth, I said, "Jake she needs the money, she is not working because she has nothing better else to do.  She needs that check every month.  And, I do know about you all, taking it the right way, when I am in my golden years, I do not want to be working under the golden arches, but think about that guys.

Confidential

My mom just got her first social security check, God bless her soul. My mom went through a horrible life, when she was younger and it took me 17 years to get her off drugs. 17 years, my dad left, I never really knew the dude and I do not want to know the guy. Gave up on me and my family and I have been raising my brother and my sisters since 9 years old. And, my mom just got social security check couple of months ago and she calls me over and we are looking at it and it was like 916 bucks, right? From all of those years of working and we just smile and look at each other and put it in an envelop, send it to the church. Guys, you cannot depend on social security, it will no going to cover. In fact, by 2014 you know what they are saying? There will be no more social security, so now is the time to get out of thing right?

Now, I want you to go home and write yourselves a million dollar check tonight, let me tell you why. No, you cannot cash it yet, but write it. let me tell you why, when I was 17 I left my family to get them out of that area and get mom off drugs and get her to Rehab and raise my brother and my sister and I went over to New York City, outside of Jersey, where I live. And, I wrote down a goal out of grease board, $1 million. This is what me and my family deserve, I will not stop and I will not quit, until I have this money. I have never stop looking at that goal. It still hangs in my home office if you came up and looked at it. I will never take it down and I use to look at that every single night and I want you to go write that check tonight guys. I am going to put you on a five-year plan. Some of you will do it in a year, some of you might do it ten, I am telling you, you can do it in the next five years and the only reason you would not, it is just because you do not believe you are worth it that is it. And, I never stop looking at that goal that check that come to my bank account, many times over the years. I am not bragging, it is not an ego thing, I am way about it.

I am just telling you that you can do this. You can do this, are you still with me? Say yes. Go write that check tonight, we are going to put you on a five-year plan and I want to show you it is not that hard to have it come in. Let us break it down, guys that is a single, are you with me? Please say yes. I want you to get one of these coming in the month, now while hitting singles. We are going to hear everyone once in a while, have what? A fold in our lap, a double then, we are going to have a fall into lap every once in a while or what? A triple and when we are not looking, once every 12 months, not 20 times a year, once very 12 months. I want you to come across a home run and close it. Is that a home run? If we can get one of those common in a year, once single, one double, one triple and one of those, will that help all of you? Never, ever, ever … have to worry

Confidential

about working for someone else for the rest of your life, yes or no? And, that will help your kids and that is what I want you to do.  I want you to think what?  Big, I challenge you to upgrade your thinking.  Look at this guy, he went through a 3-day training, chump you mark a change important in my life, the classes at Trump University, taught every aspect to closing a deal, marketing your ideas and branding yourself.  Hey, does Donald Trump knows how to brand himself?  Oh common guys, I want to let you know something, jot this down.  He owns this company, you can send him an email, when you come in our Trump family, he owns this company.  He did not sell his name to someone else.

00:95:00

He will know your name, when you come in to this University. And, this gave me the confidence necessary to achieve the great success that I now enjoy, after one year my company, now we are on $7 million in real estate that is a lot of money.  I want you to look at this mug.  Look at this mug, look at that confidence.  This will make you fell 10 ft. tall of your first deal.  You will have the confidence, you will feel that nobody can stop you and then, you are in control of your destiny.  Look at this lady, she was a nurse, she spent all three days with us, transform my life, now driving down the street, it is not the same that all the banned buildings and empty lots and I said, "Ma'am what can I do with that property?  What can I turn that into?"  Guys, you are going to leave here today, here is what is going to happen.  You are going to drive out of this building.  You are going to think about me and you are going to go, "Oh that was a property that is what Mr. Harris is talking about.  Hey, there that was a sale by owner.  Stop, get the number, write it down.  There is for rent add, honey let us get that number right there."

You are going to start looking at these houses in a completely different way, because I am telling you right now, if you spend this time with me, I would show you how to make 4 offers, on every single house out there.  Are we going to do all of them?  How many do we need to do in a month?  And, we just want to get that single coming in guys, so we can get out of debt, all right?  I always made a fortune for foreclosures, you will too.  The timing will be never be better than now.  My recommendation is that you attend our 3-day training and enroll today.  So, that brings me to this, guys.  We are coming back here, not this weekend it is next weekend.

*It is a Friday, Saturday, Sunday, there is a little investment and let me tell you why.  Donald Trump does not need anymore money.  He does not need your $1,500.00.  Does everybody understands that,*

Confidential

*please say yes.  He does not it, he is doing this, so you assume personal responsibility for doing the work and going out and getting that back.  You have to do the work, so you have to qualify for this.  He is not looking for everyone.  We are looking for a special select inner circle group and this group right here.  To join me and all of these other people next week end and we are going to come back.  And, me and my light power team, guess what?  I am going to train your assets for three days with my power team come from Mr. Trump.We are gong to show you how to do this from A to Z.  Does that sound okay to you?*

And, guess where I live?  Right here, I live at Atlanta, I got a house up Lake Lanier and got a place down at Buckhead, so you are going to have an access to me, as well I know your community.  I know Atlanta, Georgia like the back of my head guys.  That is pretty powerful stuff, are you with me, please say yes.  I live here, so I am in your neck of the woods.

Now, here is what is going to happen, you guys are going to register for this in a couple of minutes, but let me just give you the dates.  Here is what is going on, we are going to be back here, May 16th, May 17th, May 18th is at a hotel, another Marriot, it is right down the street.  I need your full commitment from 9 to 6, 9 to 6 and 9 to 5, Friday, Saturday and Sunday.  This is going to be three days, packed with intense information.  I am going to be your shot in the shoulder you need.  The only reason you will go out and not make money, it is because you did not show up that is it.  We make money on every single deal.  We actually get an accepted offer on, because there are only three things out with a piece of property.  Either makes money or break even, we just want you to what?  Make money and we know exactly how to do it, because you make money when you buy and we will show you how to make your offers, until you make offers you cannot make money.  So, I need your commitment, let me explain this.  Next Saturday, all the moms in the room, if you have kids that have to go to a birthday party or something like that, cancel it.  You are going to be with me, you need to tell you family tonight, right on brother.  If you are getting married next Sunday, cancel it, you are going to be with me.  Tell your fiancée, this is more important.

These are three days that will have more of an impact on your finances than any past education or job you ever had. I do not have a college degree.  I do not have a PhD or an MBA, never had the opportunity, do not need one and I can show you how to do this, if there is anybody else who can show you how to do it, guys.  That is why Mr. Chump picked me.  I had no money, no credit, no license, could not get a loan.  I figured it out.  I am sure you can too, but you

Exhibit 14, Page 164

Confidential

TRUMP 00137437

to come and spend three days, which you have to put your money where your mouth is, you have to work to get an investment back, all right. So, I am looking for serious committed people and why Trump U? A lot of people say that, hey! Who is the richest guy in the world right now? Anybody know? Warren Buffett, he made his money in the stock market. So, here is a questions if you wanted to make money in the stock market and you had an opportunity to spend three-days with Mr. Warren Buffett, would you consider it? Probably, right? How many people play golf? Raise your hand, any golfers? Okay, great we all play golf.

<u>If you wanted to take ten full strokes off your golf game in one day and you have that day to spend it with Tiger Woods, would you possible consider it? okay, if you wanted to learn how to get a head financially with you and your family, you might want to spent it with who? Donald Trump and his people, because he hand-picked us, me my team, all the mentors, everybody with Trump U are hand-picked by Mr. Trump.</u>

00:100:00

Hey guys, what are you going to leave here today? Four weeks go to some other Johnny, lunch bucket seminar no-name person and say, "Oh yes I will go make money with this person!" You do not want to do that that is foolish, this is Mr. Trump. He is a billionaire in real estate. Does everybody understand that? Please say 'yes.' And if you are going to do it, do it now.

Here is what we are going to do; Friday, we are going to go through a lot of things to find our buyers because we are going to sell the property and we are going to line up all the buyers first before we have to what? Buy it; we are going to sell it before we have to buy it. Does everybody understand that? Because you never want to buy a piece of real estate without having buyers first that is the worst way to do it that is why people get stuck.

You guys are going to go out and get the lease. When we are done registering, you are going to sit through my orientation today, I am going to show you four ways – you are going to turn off the TV today and tomorrow, you are going to lead the lease. Saturday, we are going to do live phone calls – I am going to call your lease, I am going to negotiate. If we can make an offer, we will right over the phone.

Exhibit 14, Page 165

Confidential

TRUMP 00137438

Audience:     Yes!

James:        Absolutely.  We are going to show you to evaluate deals through the next offer worksheet, why?  We make money when we?

Audience:     Buy.

James:        Buy, perfect.  Zero downhill.  Assignments, wholesaling; we are going to do lease and purchase options; we are going to do own or sell financing subject to quick claim deeds.  We are going to do breach loss.  I am going to teach you all the 'no money, no credit, no license loan deals' and how to put them together.

Rehabbing properties – some of you like Jean Pierre here right?  You might want to buy properties, take a little time, fix them up, put them in perfect condition, raise the value – you are about to say roof I knew you were.  Raise the value of the property and make more money.  That is where we can hit the what?  Homeruns guys, after we make a 100 grand.

Financing and funding your deals again, find the deal then what will come?  The money will come.  Guys, I have the list of all the top hard money lenders and private money people in the country, you cannot find any other.  I have been building this for 14 years, okay.

How to find pre-qualified buyers?  That is easy.  A plan to get started because if you follow my lead, if you follow everything I am going to take you through in this book right here, this is the bible, this is it right here.  Guys, your first deal you will have done within 21 days, is that powerful?  Absolutely!  The art of thinking what; day and then buying nationwide I buy and sell property nationwide guys.  From my house up at north or down the bucket, I have never even have to work.

I told I work in my underwear couple of hours a week, that is it and I will show you how to do the same thing.  Then you are going to have a one-on-one mentor.  One of Trump's certified mentors is going to sit down with you on Sunday; they are going to put you on the right plan.  They are going to see what you have.  We are going to utilize what you have to get rich in real estate.

Some of you do not have a lot right now.  That is okay, do not worry about it.  We are going to teach you the zero down stuff.  You do not have to have money and you do not have to take title to a piece of real estate to make money on it – you just have to control it.  Is that crystal clear?  And, I can teach you how to do that as well.

Confidential

Okay, now today's bonuses and then we are going to be done. Listen up. You are going to bring your second person for what? Make sure they are committed. Do not bring your husband or your wife or your boyfriend or girlfriend or partner, and they show up on Friday and they are not there on Saturday, alright? I want you to be committed for three full days. You guys are going to do this together, so make sure you are committed, okay? But you can bring that second person, no charge.

Real estate goldmine audio course, Denise is going to explain that to you in a little bit when we are done and you guys will get that sent to you. It is a home study course, a box that we showed up. But you guys are going to get that, you have another day or so and you go through that. Comes maximum offer worksheet, you are going to be handed that, we are going to go through it.

Copy of the world's best lease agreement, I am going to show you how to always get your rent on time and it has 39 other more powerful paragraphs in there. Training orientations starts today when we are done. I am going to sit down with you and show you how to go out here and find your first deal, four different ways. And, maybe we can work on it before you even get there.

You can order the training for 12 months – that means you can come back as many times as you want for a year, take the three-day advance foreclosure training as many times as you want, any city and state. And, then you are going to have a one year support as a Trump Premium member – that is all this gobbly goop here.

You are going to get adviser, you get a continuing education, teleseminars, webinars, you get to hang online with millionaires like me at an investor club, is that pretty cool? Oh come on! And, I am right here in your area. You can chat with me. I can help you out with your stuff. And, all the contracts and forms are included.

Guys, if you were to go to a real estate attorney today and say, "Hey, I need to get all the contracts and forms by purchase and sales contracts, lease option contracts, purchase contracts; all of my addendums, special stipulations, my rescission of contracts; all of your stuff he will charge you 10,000 to 12,000 bucks minimum. You do not have to do that. Mr. Trump is going to throw all the contracts and forms, it is all included, okay? Now, that's not to say you don't need the attorney, because I use an attorney on every deal I do. It's worth the few extra bucks to make sure everything is done right.

00:105:02

Exhibit 14, Page 167

TRUMP 00137440

Also, your special bonuses, your jumpstart guide, we are going to go through this in your orientation, and you have a little homework. And, here is why most people enroll – they want to get out of debt. They do not want to work from home.  They want to be their own boss.

A lot of you, and I congratulate the older people in the crowd, you guys are out here.  You still want to be busy.  You want to put more money in your bank account.  And, that retirement is going to come up.  And, I tell you, listen to me very carefully, if you do not have a million dollars in the bank cash at 65, you are going to have to continue to work, okay?

But most people do this because they are sick and tired.  Let me tell you what they are sick and tired of.  They are sick and tired of working for someone else.  They are sick and tired of watching other people get rich.  They are sick and tired of driving by homes like this and say, "Man, who lives there?  Holly Schmackers!  I like to have a home like that!  Man, I wonder what those people do."

What do you think a lot of them do?  Real estate.  They all get sick and tired of not taking vacations like this.  I and my wife will do a couple of singles, just a couple of singles and then we go away to an island.  Every year we go to Fiji.  We take my boys here.  We go to the same place, same island, same beach and we have fun.

Also a lot of people are sick and tired, there is my little guy Max. They are sick and tired of not going out and having the car of their dreams or buying the things they want.  Guys do not ever get a loan on a car, let us pay cash.  I want your license plates to say what, 'paid for'.  Okay do not ever do it.

I told you I work in my robe, there it is.  I work in my robe couple of hours a week.  Folks, full time as a real estate investor for you; is going to be about six to eight or ten hours a week that is it – that is if you are busy.  All of you who want to continue to keep your job – that is just a great part time income.  You do not need a lot of time.  But the reason most people do this is why I do it – that is Jake and that is Max.

Let me explain something, when I was 19 years old I was living on the streets of New York, I was living in the subways, I was paying and handling money for food.  Now, I used to pay and handle up to 500 bucks a day sometimes.  I got one 'wow', is that pretty good?  No folks, is that great?  But I used to do things for people, you know

Confidential

what I mean?  And, I got really good at that and then that person came along and he said, "James let me show you real estate, let me get you off the streets."

And, I finally got my family ahead.  I have been supporting my family since age of nine.  Do not tell me you are not going to do this.  But I do not want you to do it for you; I want you to do it for them.  I never thought I was going to have a beautiful wife, I never thought worthy of it.  I never thought I was going to have two beautiful boys like that.  And, these two little guys are set for life.  They never have to worry about money ever again.  They are both seven figured; there were seven figures in real estate.  And, I am going to make them work for it; they are going to work for it.

But the thing is this to work for your family.  If you have children, if you have grandchildren, I do not want you to be greedy.  Do not dare do it for yourself do not be selfish.  Let us do it for our kids so they do not have to worry about the crap that we had to go through.  Does everybody understand that?  It is a big deal.

Alright, here is your guarantee and then we are done.  Register for the foreclosure we treat today, at the end of the first day, Friday if you are not happy, you may simply withdraw and receive your full tuition refund, no questions asked.

When we explain this to you guys, understand this.  Give yourselves a shot, give yourselves a chance.  Come and spend the first day with me and my power team.  I am going to introduce some of them right now.  If you come that first day Friday, sit through the whole day, if you do not think I can show you how to go out and do this, the Donald Trump way and you are not happy, I will personally thank you by the hand, I will escort you on the back and Denise will give you all your money back.

Donald Trump does not need your 1,500 bucks, are you with me please say 'yes.'

Audience:    Yes!

James:    He wants you to be successful.  He is giving you every reason to go out and give this a shot.  And, he has that guarantee, it is in writing.  Is that fair?

Audience:    Yes!

Exhibit 14, Page 169

Confidential                                                      TRUMP 00137442

James:    That is absolutely fair.  Two reasons why you will not do this: number one, you do not have the 1495.  If you do not have it, you need to be at our training.  Number two, you are just not going to do real estate.  You just decided, "Real estate is not for me.  I do not want to do it.  I am not going to get rich in real estate."  Those are the only two reasons.  And, I tell you this guarantee is pretty fair.  That gives every single one of you a reason to come and spend that first day.

Now, here is what I want you to do, there are three groups of people: people who makes things happen; people who wait for things to happen; and people who say, "What the heck happened?"  Which group are you all in?  Come on guys, what group are you in?  You want to make it happen?  Good.  We are going to that right now.  There has never been a more profitable time in the history of real estate.  Timing is everything, if you snooze, you loose.

Let me leave you with this – there are more opportunities right now.  To buy real estate at a 20, 40, 50 even more percent below fair market value than ever, we have never seen it.  This market is going to turn by next year.  Are you with me?  Say 'yes.'

00:110:00

Audience:    Yes!

James:    I am telling you, if you line yourself up with the best in the world over the next 12 months, you never have to worry about money again.  This is the time to do it.  So let me introduce you to the team.  Everybody, turn around real quick, everybody say hi to Denise; everybody say hi Michael, and say hi Scott, you met them earlier.

We are going to take a break in about 30 seconds I am done and I am going to have you sit in those chairs.  You are going to go enroll, keep you guarantee.  You are going to get bunch of stuff in a bag.  When you are done you are going to come back up here, do not leave.  I have to take you through my orientation.  Conduct your dirty party, I have to get to it, we are just on time but we are going to get out of here in about 15 minutes or so.

I am going to show you how to go out and find four different ways to find this lease.  We are going to bring this lease back into the training on Saturday and I am going to see if I can close a deal for you and then I will give you my email, my information.  I want to keep in touch with you between now and the training so I can maybe help get you through that first when you get started

Confidential

So when you are done doing that, they are going to answer all your questions about the training, get you registered.  Come back up here, okay?  I will stand in the back, I will be back here, I will answer al your questions and we will all walk out of here after the orientation as a group and as a team.  Sounds good?

On behalf of Mr. Trump, on behalf of Denise and Michael and Scott and myself – let me just explain something, Saturday afternoon there are other things we could be doing they are just coming from my heart, you guys were a pretty good group.  Somebody laugh at my jokes, you guys were a gift to me.  I want you to know that.  There is no other place over the past two hours I would have rather have been in sharing my goals and dreams and your goals and dreams in real estate because I know you can do this.  You just have to believe.

So on behalf of Mr. Trump and my team in the back, you guys were good.  Give yourselves a good round of applause.

(Applause)

Okay, here is what we are going to do very quickly, listen.  I got you two options: option number one, go back to whatever you are doing if that is going to get you to where you need to be.  Option number two, go register and then I need you back up here on the front row to go through the orientation.  We are going to do that right now and then I will see you back up here in five or ten minutes.

Any questions come and talk to me.  I think you all see I am not shy.  Come up and talk to me, I can help you.  Go see them and register and then come back up here, okay?  Any questions come and ask me, I will answer all the questions.

| | |
|---|---|
| Scott: | Right now you are buying things; you are buying with the corporation you set up, what would you recommend? |
| James: | You want to do a company, LLC sub S Corp sub C Corp, and then what we have to do is we have to encumber all these stuff in a living trust.  Scott, you do not want anything in your own name, nothing. |
| Scott: | Yes.  That is what I have been talking (voice overlapped) it is like the house (inaudible). |
| James: | Everything out of your name, I will show you how to do that.  And, all these new deals we are going to be doing.  You want to put into a company – I am not an interim, I am a CPA, I can lead you in the |

Confidential

right direction.  But all these deals you are not going to put anything under your name, do not ever do it again, okay?  Glad to have you, go register.

Alright guys go sit down and register.  Get that done within five minutes.  Get your bags full of stuff and then come back up here, okay?  Question?  I am listening, go ahead.

Male 1:    If you do not have any knowledge, experience or (voice overlapped).

James:    There are seven, listen to me.  There are seven steps in my short sale package I have it right in here.  Go register and I will sit down with you and I will show you how to put your short sale package together. I get 90% of my short sales approved.

Male 1:    (Inaudible)

James:    Go register I will sit down with you right now.

Male 1:    Yes?

James:    I do not BS anybody.  Go register, make the commitment, when we are done I will sit down with you and I will get your short sale approved.  If the numbers work, okay?

Male 1:    (inaudible)

James:    We have to look at it, but I need you to register.  My contract with Mr. Trump is I cannot do any real estate; I will let you in the family. Put it on your credit card.  Is it a good deal?

Male 1:    I think so, yes.  (Inaudible)

James:    Okay, good.  If we look at and your numbers work, we will make you an offer.  Now, here is my agreement with you, you are going to make all the money I will not take a dime.  I am the first one.

Male 2:    I was just wondering what I missed when I got here about 40 minutes ago?

James:    Forty minutes late man?  What are you doing?

Male 2:    I traveled about 200 miles.

James:    From where?

Confidential

Male 2:      Tennessee.

James:       Oh man!  You did not miss much.  I mean I was showing you guys about foreclosures, pre-foreclosures, short sales.  We have a three-day training coming up next weekend, May 16, 17, and 18 that is where I am going to teach you how to do all these stuff.  There is a little investment, so if you want to go and do it you have to go register.

Male 2:      I do not know if I can make it Friday though because I am still in high school.

James:       You are still in high school?  Take the day off, this is more important.

Male 2:      I do not have any days off.  It is a policy (voice overlapped).

00:115:02

James:       I am telling you take the day off.

Male 2:      Take the day off?

James:       Yes.  This is a billionaire and I work for him and I am going to show you how to buy and sell real estate.  How old are you?

Male 2:      Eighteen.

James:       You are 18 years old?  When I was 19 I started this business.  I barely graduated high school.  I never went to college.  I can show you how to do real estate.  If you are going to go to school and go to college, which you should, do that.  But learn real estate.  Come and spend three days with me.  And, your one day is not going to kill you.  I will never tell you to miss school, except for that Friday.

Male 2:      Alright.  When do we have to pay?

James:       Right now.

Male 2:      Right now (voice overlapped).

James:       Yes.  Alright, go talk to Denise or Scott, tell them your situation and then let us see what we can do.  I would love to help you, man.  You are only 17 years old.  We have another one of this tomorrow at two o' clock, can you come to it?  Then you can see the whole thing that is up to you.  But if you want to attend the training it is 14.95, you

Exhibit 14, Page 173

Confidential

need a credit card or a check or credit card check or some form of payment to spend the three days with me next weekend.

Go sit down over there in that chair, talk to Michael or Scott or Denise, and they will explain everything to you when they are done with them.  And, then let us see if we can get you there.  I will help you, okay?

Male 2:      What time is it tomorrow?

James:       Two o' clock.

Male 2:      I can make it tomorrow.

James:       Denise will give you all the information.  Get it from Denise she will give it to you.  It is tomorrow, Sunday it is at the Atlanta Center.  I know you have driven far away though, so ask them how you need to do this now and let us see if you can get it done now, otherwise come here.  Are you sure you do not need this?  Are you sure?  Well Denise will give it to you, tomorrow's event.

Female 1:    I have a question, I am not being simple.  I am just really curious. When we get there, are there a bunch of other classes (voice overlapped)

James:       Yes.

Female 1:    That like you need to be able to do the thing?

James:       Yes.  No.

Female 1:    Actually I guess it is (voice overlapped)

James:       It is really simple.  Come and spend three days.  You are going to get enough information to go out and do this.  If you want to further your education with us, we have a mentoring program.  I will spend three days with you.  We will setup your business, setup the software; we will go look at properties, we will make offers and we will buy real estate.  If you want to do that, you can.  If you do not want to, you do not have to.

We do not persuade – I think you see we do not persuade anybody to do anything.  We have other things; of course it is a university. Come and spend these three days, learn how to buy and lease properties.  I am going to show you like nine different ways to go and

Confidential

buy real estates.  Not just foreclosures that is this much.  I am going to show you how to do divorce sales, tax lien sales, short sales.

I am going to teach you how to fund a ban and a bacon homes, commercial real estate; we are going to go through a lot of stuff.  It is just running the numbers that is how we make the money.  Ninety percent of marketing on a home is price.  If we get a good deal and we price it right, we can sell it within a couple of months.  Does that sound good?  And, you want to get my email or my number, because I live right here.

Female 1:   I used to live – (inaudible) between Northside and (inaudible)

James:   Northside Hospital?

Female 1:   No, Northside Drive (inaudible) that Greater Atlanta Park?

James:   Maybe.  I will have to look in a map.  Okay, go register.

Female 2:   I am a mess.

James:   What is the matter?  You look okay to me.

Female 2:   Oh no I am a mess.  I lost my husband in April of last year.  I lost my job for ten years.  Now my house is up for foreclosure.  (Voice overlapped)

James:   (Inaudible)

Female 2:   One sixty six.

James:   Are you behind a couple of tenants?

Female 2:   Five.

James:   When is your notice of default?

Female:   July 3, they are going to put it up for sale.

James:   Do you have any family members?  Are you guys going to do this together?

Female 2:   We already signed up and we went through one of these (voice overlapped).

Exhibit 14, Page 175

Confidential

James:      You are going to get my email address, you are going to send me an email, let me see if I can get you out of it.

Female 2:   Okay (voice overlapped)

James:      Oh no.  You are going to send me the info.  One sixty six, what is it worth?

Female 2:   Probably two.

James:      Okay.

Female 2:   We will call you at morning (inaudible).

James:      Let me take a look at it.  Let us take a look at it.  What do you owe that bank?

Female 2:   One sixty six.

James:      No, how much do you owe the bank, six grand, seven grand, or eight grand?

Female 2:   About seven.

James:      About seven?  Let me see what I can do for you.

Female 2:   Thank you.

James:      You are welcome.

Female 2:   I am defeated right now.

James:      You seem to be in good spirits.

Female 2:   Well, thank you.

James:      You are fine.  I think you are going to be alright.  You just have to look at the positive side of it that is all.  Get my email and when we are in the group and I will take a look at it.

Female 2:   We were so positive we want to move out (inaudible) we found a home for a million.  Is that thinking big or what?

James:      Well, is it worth two?  If you can buy it for 1.4 million and it is worth two then I am interested in it.  You know what I mean.

Exhibit 14, Page 176

Confidential                                                    TRUMP 00137449

Female 2:    It is three homes, it is a vineyard, and there is a horse property.

James:       Let us see what we can do.  Let us get out of this situation first.

Female 2:    We will see you next week.

00:120:00

James:       Hold on, stay here.  You are not leaving.  You have to stay for the soirée, you have to stay.  Guys finish up, a couple of minutes and then we will take you through this.  We are talking derby, countdown an hour and a half.

Female 3:    Hi.  I have paid 15, 16, 17 and 18, I will not be here.

James:       Where are you going to be?

Female 3:    I am going to be in the Bahamas.

James:       Take me with you.  Can I go?

Female 3:    It is a retreat for business women.  Now, I have a short sale that is pending.  I am having a problem (inaudible) but the people who have the paper work are holding us up for 90 days, everything is in.

James:       Who is holding you up?

Female 3:    I guess the lender I should say (voice overlapped)

James:       Have you been in touch with the lender?

Female 3:    Yes.  I called him (voice overlapped)

James:       Did you submit the short sale package?

Female 3:    Everything.

James:       Had they called you back?

Female 3:    No.  I have to call them.

James:       How long is it then?

Female 3:    It has been like 10, 12 days now.

James:       Ten, 12 days – you have heard nothing?

Exhibit 14, Page 177

Confidential

Female 3:     Well we got the information it is going to take us 39 days.

James:        No.

Female 3:     That is what I said too.

James:        You need to call him up.  You need to find what is going on.  I will help you with it.  But the only thing I can help you with is if you are part of the family.  You have to register for the training.  Now, let me explain this to you, you are going to be in the Bahamas that is fine.  When are you leaving?

Female 3:     This Friday.

James:        I am going to be doing this in Atlantic, the next weekend after that I am going to be doing it in Chicago, the next weekend after that I am doing it up in Jersey right upside of New York.  We do them all the time.

Female 3:     We will obviously come back to Atlanta (voice overlapped)

James:        I understand that.  My point is this; I can give you my information to help you with any real estate investment deals, if you register for this training and take it at another time.  That is my contract with him.  I cannot help anybody unless they are registered as a Trump Premium Member.

              Now, with that said, registering for this get you a 12-month Trump Premium Membership.  You get access to a client advisor, webinars conference calls, and the most important part is you have access to me.  I can help you with this short sale.  I cannot do anything unless you register.  That is my contractorial agreement.

              Here is what this means – put it on a credit card; Denise is going to show you how to get in touch with Brad Schneider.  Brad Schneider is going to give you a schedule of all of my three-day trainings over the next two months, if you are going to get to one.  But since you are in my orientation, let me show you how to go find some deals now.  I am going to give you my email, my cell phone.  I will help you with some deals.

Female 3:     (inaudible) this is my first short sale I am doing now.

James:        How many other deals do you do a month?  Are you buying and selling stuff?

Confidential

| | |
|---|---|
| Female 3: | Yes. |
| James: | Oh you are?  Okay.  But why are you here? |
| Female 3: | Because I want to get Donald Trump name behind me.  Because once you get his name behind you with your knowledge, you can go anywhere you can do anything – that I am very knowledgeable. |
| James: | Yes that is what you need. |
| Female 3: | So, what I need to do, is wait until you ask us to come back again? |
| James: | I would not wait.  Why would you wait? |
| Female 3: | I have to be because I have other things.  I have a lot going. |
| James: | I have people come to this Atlantic training from San Francisco, Los Angeles, and Dallas... |
| Female 3: | Well, this is not the only thing that I do for a living.  That is why I am saying, the time is— |
| James: | Okay.  You let us know I would love to have you.  But I can only hope you want to, if you are a Trump Premium Member, does that make sense?  Even if you just do it now register, put on your credit card, you are done. |
| Female 3: | I want to get your name because I can just email and then I can tell you that I am ready. |
| James: | You are not going to email me.  Go talk to Michael or Scott let them know when you are ready.  Like I said, if you register now, I know you are going to make the investment now.  It is only 14.95, if you are a successful investor that is nothing. |
| Female 3: | The money is not the problem (voice overlapped) is my time. |
| James: | I understand.  But register now and get your stuff, sit through my orientation and then just pick another date, in that way I can deal with you.  Do you understand?  That is what I would do.  That is my suggestion.  Are you all set? |
| Female 4: | Yes I am.  I have a problem maybe you can solve this. |
| James: | There are no problems, only solutions.  What do you teach? |

Confidential

Female 4:    High school, I teach Spanish and (inaudible).

00:132:28

HE NEEDS TO MAKE A THREE DAY DISCLOSURE FROM STAGE
AND DID NOT MENTION THE FIRST DAT MONEHE NEEDS TO
MAKE A THREE DAY DISCLOSURE FROM STAGE AND DID NOT
MENTION THE FIRST DAT MONEYBACK GUARANTEE.

Exhibit 14, Page 180

**Confidential**                                                                        **TRUMP 00137453**

# EXHIBIT 15

| From: | Michael Bloom <mbloom@trumpuniversity.com> |
|-------|---------------------------------------------|
| Sent: | Tuesday, September 29, 2009 8:54 AM |
| To: | James Harris |
| Cc: | Michael Sexton <msexton@trumpuniversity.com> |
| Subject: | RE: "Mass Affluent" Marketing Brief - NEW TRUMPSTERS ! |
| Attach: | Trump University Brief for New Direct Mail Letter 9-23-09.docx |

Hi James:

Great seeing you on Friday at the Workshop, you're electrifying!

I've reviewed the pages of marketing ideas you gave me and have also attached an initial copy of the new "Marketing Brief" we're working on to clearly:

A) Re-position Trump University as the premier brand in the industry
B) Attract a higher demographic consumer segment we're calling "Mass Affluent"
C) Fill our Previews and Workshops with more fresh candidates in our E1(A)/E1/E2 target segments.

If you will be in the office this AM let's plan to spend time discussing this vision. I'm looking forward to working with you and our Team to make this happen in 4Q09.

Thanks.
Michael
646-810-7357

---

**From:** James Harris [mailto:
**Sent:** Monday, September 28, 2009 10:51 AM
**To:** Josef Katz; Michael Bloom
**Subject:** Fwd: NEW TRUMPSTERS !

**\*\*\*\* You Can Use For Some Of The ADV/MKTNG \*\*\*\***

James Harris
Trump University Instructor
"Mentor For Life"

---------- Forwarded message ----------
From: **James Harris** <
Date: Mon, Sep 28, 2009 at 10:49 AM
Subject: NEW TRUMPSTERS !
To:

# \*\*\*\* *PUT ON THE WALL IN HOME OFFICE* \*\*\*\*

James Harris
Trump University Instructor
"Mentor For Life"

**Confidential** **TRUMP 00161478**

**TRUMP UNIVERSITY BRIEF FOR NEW DIRECT MAIL PROSPECTING LETTER**

OBJECTIVE:  THIS LETTER RE-POSITIONS TRUMP UNIVERSITY AS THE PLATINUM BRAND INDUSTRY LEADER AND TARGETS "MASS AFFLUENT" DEMOGRAPHIC CONSUMER SEGMENTS WITH HIGHER LEVELS OF INCOME, NET WORTH, EDUCATION, AND HOME OWNERSHIP.  THE COMPREHENSIVE PRESENTATION OF THIS CREATIVE PIECE MUST CONVEY CREDIBILITY, ACCURACY, INTEGRITY, LOGIC, EFFICIENCY, UNPARALLELED QUALITY, SUPERIORITY, PROFESSIONALISM, SUCCESS, VALUE, SERVICE, EXPERIENCE, ATTENTION TO DETAIL, RESPECT, SENSITIVITY TO TIME, RESPONSIVENESS, CACHE, PERFECTION, SELF-MADE ACHIEVEMENT, WORK ETHIC, MOTIVATION, AFFLUENCE, ASPIRATION, AND OPPORTUNITY.  HERE IS HOW THE LETTER SHOULD FLOW AND WE SHOULD BE AS BRIEF AS POSSIBLE FOR HIGH IMPACT:

ESTABLISH DONALD TRUMP AS THE PREMIUM BRAND AND UNDISPUTED LEADER IN REAL ESTATE INVESTMENT.  CLEARLY DEMONSTRATE SUCCESS WITH THE STORY OF 40 WALL STREET.

"In 1995 Donald Trump purchased the building at 40 Wall Street in New York City for $1 million.  Today this landmark Trump Building in the heart of the financial district serves as the Corporate Headquarters for Trump University and is valued at more than $400 million.  Donald Trump's profit on this transaction is more than 40,000%!

Donald Trump is an American Icon and has been heralded by (XXX) as "the most successful Real Estate investor of our time (or insert similar quote)".   If you are wondering how Donald Trump can be so exceedingly visionary and consistently successful, it's because he Thinks Big, has a winning system for buying Real Estate, and takes action to negotiate a great deal."

In his own words, [Insert Inspirational Quote from Donald Trump], something like – "If you have the knowledge, a successful formula, and love what you do, you can be the very best!"

LOGICALLY DESCRIBE THE CURRENT "PERFECT STORM" BUYER'S MARKET AND THE HISTORIC OPPORTUNITY TO PROFIT IN REAL ESTATE.  CREATE URGENCY – A WINDOW OF OPPORTUNITY, THE TIME IS NOW!

The economic collapse of 2008 created tremendous buying opportunities in 2009 and from those depths of despair, we are currently experiencing the most powerful Real Estate BUYER'S MARKET in decades. The National Association of Realtors announced on 8/21/09 that "For the first time in five years, existing-home sales have increased for four months in a row, and the monthly increase is the largest in 23 years."  The Wall Street Journal wrote on 9/17 that "Rates on fixed-rate mortgages [have fallen] to a low not seen since records started being kept in 1991."  [Could insert other quotes from WSJ, Barrons, CNN, NYT, Government Reports, etc.]  [Appeal to the counter-intuitive instincts of true value investors with quotes like Warren Buffett's "When others are fearful, be greedy!"]  With prices and interest rates at historic lows and the demand for Real Estate finally on the rise, the time to profit in Real Estate is Right NOW!

Exhibit 15, Page 183

Confidential

<u>PRESENT A TURNKEY "3-LEGGED STOOL" FOR ANYONE TO SUCCEED IN REAL ESTATE:  1) MOTIVATION,
2) KNOWLEDGE (I.E. SYSTEM AND TARGETED LEADS, ETC.), AND 3) ONGOING SUPPORT.</u>

To be successful in Real Estate you need three things.  First, you need the knowledge to profitably invest
in real estate.  Second, you need ongoing support and guidance to identify and execute successful
transactions.  Third, you need personal motivation and commitment to succeed.  With your own
personal motivation and commitment to succeed, Trump University will deliver the knowledge and
ongoing support – EVERYTHING ELSE – that you need to succeed in Real Estate.

<u>INDICATE WE RESPECT THE VALUE OF THEIR TIME.  URGE THEM TO MAKE THE MOST OF IT BY WORKING
WITH THE BEST IN THE BUSINESS.  DISTINGUISH TRUMP UNIVERSITY AS THE PREMIUM BRAND AND
SUPERIOR TO EVERY OTHER COMPANY IN THE INDUSTRY.  HIGHLIGHT DONALD TRUMP'S PERSONAL
INVOLVEMENT IN TRUMP UNIVERSITY (HE IS NOT JUST LENDING HIS NAME).  OVERCOME EACH
CONSUMER OBSTACLE BY CONFIRMING WE DELIVER EVERYTHING NEEDED TO SUCCEED IN REAL
ESTATE.  PROVIDE CLEAR EXAMPLES OF OUR UNPARALLELED TRAINING AND SUPPORT, INCLUDING:</u>

     a. Proprietary Real Estate "Blueprint" which reflects Donald Trump's personal experience,
insight, and knowledge.  Learn from the best!
     b. Donald Trump's hand-picked instructors and mentors who are each successful investors
     c. Targeted leads in YOUR area
     d. Negotiating strategies to make great deals
     e. Ongoing coaching and support featuring YOUR dedicated "Power Team" of professionals
(attorney, realtor, accountant, mentor, coach, etc.)
     f. Comprehensive library of Real Estate Contracts and Agreements developed by Donald
Trump's own Legal Team for executing a broad range of real estate transactions
     g. Multichannel offering (online, print, video, live events, webinar, etc.) of courses and
materials to deliver knowledge in a variety of formats to help students learn in their
most efficient environment
     h. Exclusive networking events
     i. Simple and easy instructions and practice exercises that anybody can do
     j. Only 5-10 hours per week commitment needed to succeed

<u>DEMONSTRATE THE BENEFITS OF REAL ESTATE AND MORE IMPORTANTLY TRUMP UNIVERSITY</u>

     k. Profit today
     l. Secure long term financial future
     m. Supplement income or even replace income
     n. Tremendous upside potential
     o. Money may not be required up front to buy or profit from real estate
     p. Work less and achieve your dreams

Exhibit 15, Page 184

**Confidential**

<u>TAKE ACTION NOW!  ALL THAT'S MISSING IS YOU, YOUR MOTIVATION, AND COMMITMENT TO
SUCCEED.  INCORPORATE 1-3 TESTIMONIALS FROM STUDENTS, ESPECIALLY ONES THAT OFFER RESULTS.</u>

      q.    Turnkey action plan
      r.    Finite steps, 30/60/90 day milestones
      s.    Take action, the time is NOW
      t.    Make something of your life
      u.    Get passive income
      v.    Secure your financial future, build a lasting portfolio, a legacy
      w.    Don't let opportunities pass you by
      x.    Take control of your future
      y.    Be your own boss

<u>CALL TO ACTION.  EXTEND PERSONAL INVITATION AND COMPELLING OFFER.</u>

      z.    Register NOW for the upcoming workshop located at [X/Y/Z]
      aa.  CREATE URGENCY
          i.    Space is limited
          ii.   First 100 attendees get "Secrets of Real Estate Marketing CD-ROM ($95 value)
          iii.  First 50 attendees get 10 targeted leads of properties for sale in their area
      bb.  Reaffirm and encourage with expressions like "Once you register, you are on your way!"

Exhibit 15, Page 185

**Confidential**

**TRUMP 00161481**

# EXHIBIT 16

Date: February 27-March 1, 2009
Event: Fast Track to Foreclosure
Event code: FTF20090227c
Location: Washington DC<BR /> Instructor: James Harris
Staff: Tiffany Brinkman, Tad Lignell, Ryan Lotman, Cory Lignell
Final Sales Synopsis
Attended Training: 70<BR /> Sold: 9
Revenue Collected: $ 157,975
% of Revenue Collected: 86% <BR/> Conversion: 13%
Revenue per attendee: $ 2,256.79
Payments to collect: $ 25,990
Pendings: 4 (129,985)

TRUMP 00229299

CONFIDENTIAL

Speaker:    ...can you be my mentor, we're getting a lot of that.  A lot of  you already know we already have a Trump certified mentor in the room, so I want to cover this right now, you know why?  I want to stop this because you're starting to hammer me and the team and that's fine.  We want to get that—let's just get this done now before lunch and then I can just train you for the rest of the weekend because you guys—you keep coming up and asking this, alright?  Does this make sense?

Let's just get this done!  So get out a notepad.  Alright, when I tell you that this weekend, gang is just the beginning, it's just the beginning.  I can't teach you everything in three days, what I'm doing is I'm giving you all of your options.  I'm going to give you a little system for each option here and then by tonight, tomorrow morning, I don't want you to do this or (inaudible)—but what do I do next?  That's exactly what you're going to do.  Let us help you.  I'm going to ask you to stay with this family, so here we go.  Watch!

Donald started Trump University, gang, back in 2005.  It was an online internet website, so that means, you have to go to the website to find out about our trainings and Donald Trump's techniques and strategies and then you had to fly to New York to take any live events.  So what he did is he walked into the office in 2007 and he said, "We're not getting enough results."  Meaning, we're not getting enough people who are coming to the university who are going out and actually making money.

So we said, "We're going to go to the people and we're going to start doing live events."  And that's when we started doing it.  So just so you know, guys, we've only been doing this for about a year and a half.  All the other companies that have taught real estate throughout the years, most of them are gone!  They're gone!  We're growing bigger than ever because everybody's coming to us now.  So let me show you what he has for you, okay.

We have software that will run your business.  We also have executive retreats and we have world-class mentors who will actually come out and buy real estate with you for three days and that's actually what you guys are asking for, so let's just go through it.

Number one, the next thing I would consider is this, guys, okay?  This is our quick turn real estate profits retreat.  Write that down!  Quick turn real estate—what that is, is all the no money, low money down strategies, the assignments, the lease options, the owner financing, the subject two's, the quick claim deeds, joint ventures.  I'm going to cover a few of these with you here this weekend, but this is where you'll learn how to wholesale properties, do lease options, owner financing for quick profits.  Buy and sell real estate without using your own money, credit or a license or getting a loan.

Tomorrow morning, I'm going to go through my lease option system.  It's called a six-figure option system and what I'll do is I'll show you how to buy and sell over $2 million with the real estate over the next 24 months, with using little to no money, no credit, no license and no loan and put over $890,000.00 in the bank.  It's documented right in my laptop, so

Exhibit 16, Page 188

TRUMP 00229300

CONFIDENTIAL

that's a very creative unorthodox technique.  The reason you want to—the only reason you want to learn this is this—is if you cannot get the loan, so if we can't borrow the money, then we're just going to have some other options.  If that makes sense, please say yes!

If you can borrow the money, you control the property, own the property then we can fix it!  We can put it—we can make as much money as we want, if we can't do that, then we want to learn how to do this!  Buy potentially millions of dollars worth of property without using a down payment or a bank loan, make money on properties you don't even own, okay, receive cash back at closing and produce cash flow.

So the quick turn retreat is like this retreat here—it's three days of just that.  This here this weekend is getting you started so you know your options.  So I would get to that next, I wouldn't walk, I'd run!  I looked at your paperwork last night and I'm not attacking anybody, I'm about to hug you, most of you in this room cannot do foreclosures right now.  You just can't!  We wrote it on your paper.  Some of you can, most of you can't!  So I'd get to this right here.

Now we'll cover assignments here this weekend and we'll talk about short sales, talk about lease options, but this for three days, it's over and over and over again so you understand it, you do contracts in class, you get everything done here.  That's the low to no money down.  Quit turn profits retreat.  In fact, that's coming up in a couple of weeks.

The next thing I'd get to is our creative financing retreat and this is how to get the money, alright, and what we do here is we map out a financing strategy that meets your comfort level and is all the different ways to get the money for residential, commercial, land deals, okay.  Now I went through hard money and private money and that's where you want to be, but there's many, many different strategies to borrow money, guys!  And it's all creative.

Everything Mr. Trump does to borrow money for his huge projects and condominium deals and golf courses, it's all creative.  Nothing's normal about it.  So don't think you're going to go out there and have everything happen normally.  It doesn't!  Real estate's a big money business.  There's a lot of people involved and they all want a piece of it, right?

00:05:09

So creatively, we can get the loans guys and arrange and set up hard money lenders, so you have to submit your packages, approach private money investors the right way.  A lot of you have already approached me here yesterday, last night and today and then you're talking to me and you're asking me certain things.  You're not approaching me the right way though.  I'm going to be very honest and upfront with you.

Listen to me, you need to learn how to approach these people the right way.  They're very successful, they're very busy!  So if we can show you how to approach them the right way, it's going to make your life a lot

CONFIDENTIAL

easier so you can borrow the money.  Set a personal and business financial statement.

Part of your homework guys, you're going to need when you come into this program, and you stay with this family, is a personal financial statement.  Please write that down!  You need to get that set up when?  Right now!  You need a personal financial statement.  After lunch, I'll show you what that looks like.  Okay, it's cash plus your assets minus your liabilities equals your net worth.  So when you go to submit your loan package to borrow money; that's what we need to see.

Also, we're going to show you how to run the numbers, construct deals, submit offers right in class, set up your family, for a life-long financial real estate success.  So the creative financing retreat again is showing you how to borrow the money all the different creative ways.  I can't do that here.  I have got other things that they're going to teach you this weekend, alright.  So you do it there!  So you're real estate expert coach for three days like me will show you all the financing and funding and guys, a lot of it is showing you how to do it with little to no money down.  Like that little no money down, adding the interest into the construction cost.  That was a cool little strategy, yes?  You like that?  Okay.

I won't walk through this one, I'd run!  Because I'm going to say it again, if you don't learn how to borrow money, you can't get rich.  In retirement, you'll still have money problems, you've got to borrow money.  Alright, this is the wealth preservation retreat.  This is JJ (inaudible).  Everybody say hi, JJ, and he partnered up with Mr. Trump, he wrote a book called Wealth Building 101 and him and his dad are the top nationwide experts on wealth management and asset protection.

Now, a lot of you have questions about the companies, the LLC's , the sub-S corps, the sub-C corps.  You've got questions about your retirement money.  "James, what do I do with my 401k and my IRA money, what should I do with that?  How do I set that up on paper to use it as leverage?"  Everybody say leverage!  To borrow money to buy the real estate to get rich!  Well, that's what JJ wants to teach you.  So what he does is for three days, at this retreat is you learn how to identify different types of legal entities to protect your wealth, reduce your overall tax bill, transform previously non-deductible expenses into fully and legally deductible expenses.

Kids, do you realize everything you've been buying in your life if you haven't had it set up the right way, you haven't had it expensed and you'd been getting killed.  So we want to expense everything from now on.  We want to get started an LL—what?  Things like this, get a company set up!  Now, one of the biggest things they're going to show you how to do is how to protect yourself from lawsuits.  How to submit and pass your wealth fund to your heirs, right?  Your kids, your children!  Most of you don't have a will!  Most of you don't have a trust and you guys have got everything in your name!  I mean, we looked at your paperwork last night, I wanted to vomit!  I'm like, "Oh my gosh!"  You've got to get to this retreat, guys!  All of you.

CONFIDENTIAL

If you have stuff in your name, you're doing it wrong!  What he does is for three days, he has a tax expert, a CPA and an accountant, lawyer, they have an ex-IRS person and in class, what they're going to do is they're going to get you audited, I'm kidding!  I'm kidding guys, relax!

We're going to show you how to not get what?  Thank you!  Okay, and take the money you already have and show you how to get rich with it!  That's what he's going to do.  Some of you have equity in your properties.  It's a dead asset with it!  You're not doing anything with it!  There's something called this you need to learn.  Write this down!

Equity funding!  And the people who come into our mentor program, I'd personally sit with you tomorrow, I show you exactly how to set that up on paper, so we can borrow the money and get a couple of deals done!  Alright!

Equity funding is two different ways.  We can use the equity to buy the real estate and make nice returns, 50%, 80% or 100% returns on your money and then we can use it as leverage.  Everybody say leverage!  To borrow the money.  So when you're set up the right way on paper, gang, you can pretty much do anything.

00:10:00

So at the wealth preservation retreat with JJ, you'll meet with him, the accountant, the attorney, it's just three days of wealth management, asset protection, getting it done the right way, and again, 99% of you in this room, I'd run to meet this guy.  I wouldn't walk because you're not just set up the right way.

The next retreat is the commercial multi-(inaudible) retreat, okay.  Just relearn commercial and some of you are asking about this, so let me show you how this works, okay?  In commercial real estate—have you guys ever driven around into one of these little strip mall places where you got like the 7-11 and then you got like the laundry place and the barber shop, pizza place, Blockbuster, Sherman William's—and then you got the big supermarket, what's the big supermarket you guys all go and buy your groceries at?  SafeWay?  You know what I'm talking about?  One of these strip malls and they've got all of these people in there with different companies and things.  Okay!  Here's how that works!

The people who pay their rent every month to lease out those spaces, all that money goes to the person who owns property—that pays off the mortgage payment every month!  Not my money, you're money!  So the bill—the leases, the money—all the people who come in to all of those stores and spend money, that money pays for their rent and then that rent payment covers my mortgage, plus we've got ten, twelve, fifteen and eighteen thousand dollar (inaudible) for every month!

So the building, the lot, the commercial deal pays the loan off!  That's why commercial loans, if you get into it, and it ain't as hard as this— residential real estate, who has to produce revenue to pay back the monthly payment every month on a loan, you!  Watch—that is the true

Exhibit 16, Page 191

TRUMP 00229303

CONFIDENTIAL

essence of using OPM, which is what?  Other People's Money to pay off that loan, now commercial estate is just a little longer of a process per deal, paperwork is a little bit thicker, but when you really get into it, gang, the loans, the building pays for it!  Holy cow!  Everybody say, holy cow!

That's why if you ever get a chance to get into this—apartment buildings, right?  Commercial lots, retail spaces, okay?  Watch your whole life turn around once you have a commercial space and you're making 15 or 18 grand a month in positive cash flow of that sucker.  Everything just changes and I didn't say-listen, it's not hard!  I didn't say it was easy that's why you've got to learn this, so look!  They're going to show you how to navigate the maze of commercial and large property financing, determine the right market value, what properties to look for, how to do the leases, how to do the contracts, understand the laws.  Guy's there's also a lot of tax advantages and breaks and financial shelters that you use with commercial real estate.

Identifying land properly to ensure it's a worthy investment, prepare vacant land for resell.  Have you guys ever heard of somebody who actually does this?  Okay.  Let me give you a little story.

A couple years back in 2005, I found a piece of land, 18.8 acres.  You can even look it up, it's by Lake Sidney—up north of Atlanta by a lake where I live and here's the thing, it's 18.8 acres, now I've found it through probate because I send out letters to people going through probate and the kids who inherited the property didn't want it.  They wanted the what?  Cash!  They just wanted the cash, they don't want the land.  So mom and dad left them the property and we found out it was worth about $3.6 million.

Now this is a very maturing market, in other words, there's a lot of people moving into the area, brand new houses are being sold, other building are going in, Home Depots, Lowes, bowling alleys, a big George mall just got built there about seven years ago, so it's a very maturing market and that's what you want to look for.

But anyway, I found the land and we made an offer, they didn't accept it. I offered $1 million cash.  Well, we went back and forth for a couple of weeks and then finally, we agreed on a price of $1.8 million and they accepted that.  Half of what it was worth, right?  Because they didn't know what to do with it—all I did was call up one of my private money guys and he came down and checked out the area.  We did a traffic report, a population report, he loved the idea, we spent three days down there and then he went and bought it.  He's going to develop it and he's putting in two lots there with commercial spaces that he's going to hold for long-term wealth.  He's going to make millions, okay?  All I did was just get a finder's fee.

Now, I don't know about you, but a hundred and fifty two thousand dollars of a finder's fee, is that pretty good?  No!  Phenomenal, kids!  So you need to learn how to do this, how to find the land, how to do the commercial deals—that's the next level!  And again, this one, I wouldn't

CONFIDENTIAL

run to after this, but eventually, you want to get to it.  I'd get to the other ones first, okay?

00:15:02

Alright, the next thing is setting up your LLC.  This is real simple!  Let us do it!  You call the Trump Service, they'll pick out your name, they'll pick out the best way to do it for you and they'll research it for you and make sure it's available.  They'll even help you!  And then what's going to happen is they're going to do your LLC, you'll get your booklet and when they send you the booklet, what happens is you get this thing and then you open it up and then you have your company!  It's all right there, everybody say, yey!  You got it, it's done!  You've got your tax ID number, you've got your certificates, you're going to take the certificate down to your country courthouse, register the company, now you're in business.

You'll take it and put it on the wall, right!  Trump, LLC—John and Randy's Real Estate, home buyers of the greater DC area!  Whatever, whatever you're going to name it.  Now you've got it, you're done!  You didn't have to worry about that.  We'll save you money, we'll save you time and that way, you can just go out and do three things.  What are the three things I only want you to do in real estate!

That's it, let us do that!  Okay.  Because most people say, "James, I didn't go out and do it myself."  Guess what, when you're done doing all that, you end up spending more money because most companies charge you this and that and they didn't finish the whole thing and then you've got to go back and get your corporate seal, you've got to pay for that.  And you've got to do this other thing, it's just—we'll do the whole thing for you!  Let us get it done for you, okay.

Now, we also have an online real estate investment training course, which has six  courses that you would take after this and that's all online.  It's called REIT—write that down!  REIT—Real Estate Investment Online Training!  And you've got six courses here.  When you're done, you're going to receive an AIACET certification upon completion of compliance testing!  So you're actually taking six courses so you can learn more and then you get a certificate, put that next to your LLC.

Okay, so that's the REIT—that's Real Estate Investment Online Training.  That's leaves me to this and this is what everybody's asking for, so here we go.  Okay, this is the mentor program and what that does is—who is that guy?  No!  It's my twin brother, Tommy.  Say, hi Tommy!

Alright, so here's how that works, watch!  This is very serious, so write this down!  The mentoring program was set up to get people up to speed very, very quickly.  Okay, so here's the perfect plan!  You get a mentor, the mentor has homework for you.  I actually have it.  There's three sets of homework, okay, so here's your plan, write this down because you guys are all going to ask about this.  Step one, get your what done?  Homework!  Everybody say homework!  You've got homework!  Step two, you're going to have your company set up, we'll do that for you.  Step three, once you get your homework done, you're going to have a mentor

CONFIDENTIAL

show up and when the mentor shows up and you spend three days with that mentor, okay.

Now for three days, you guys are going to buy real estate.  Period!  Everybody say yey!  Done!  So the mentor spends time with you, you look at properties, you evaluate them, you run the numbers, they set you up with a turn key system and you're just going to follow that system on every deal!  When the mentor is done, we're going to have a 90-day follow up period to make sure that you guys are doing what you need to do.  You're selling the properties, you're finding the buyers, you're leasing them out, whatever you're going to be doing with them, okay.  You can buy as many as you want!  If you do your homework, you have a chance.  If you don't do your homework, you don't qualify for this program and it won't be offered.  We don't convince anybody or persuade anybody to do this, we don't need any of you.  You have to qualify!

Everybody say qualify!  How do you qualify?  If you come to one of my team member's, Ryan or Corey or Tam in the back or even Tiffany and you say, I want to talk about that, they're going to sit you down!  It takes about 30 minutes to go over the whole thing.  It's not a two-minute conversation.  That's why all of you that have been asking me about it, I've been saying wait!  It doesn't take two minutes, guys!  This will change your life for the rest of your life and your family.

You've got a multi-millionaire Trump certified mentor coming to hang out with you for three days.  Now a lot of people will say, "James, do they stay with me in my house?  Do I have to get a bed ready?"  No!  They will get  a hotel, they will show up and you guys will just spend three days together and buy some real estate.  Okay!  It's as simple as that!  And we're the best!  There's nobody better.

When I tell you this University went from here to here within the first 90 days that we started this thing, it was just unbelievable and then Donald said, "Why didn't we do this in the beginning?"  Okay, people say, "James, what's the success rate?"  The success rate is if you go out and do this on your own, you won't!  That's what we track!  The success rate of this, ladies and gentlemen, you have a Trump person coming to see you and your family, okay.

So here's how this works.  You have some homework to do, okay and that would be sent to you.  I have it.  You could email the homework.  I have a Trump mentor guide book that you'll be guided through for the three days.  Ninety-day follow up to make sure you're doing everything you need to do, okay and guys, we're not done there.  I mean, we're looking to build life-long relationships.  Okay, people say, "James, well how much longer?"

00:20:40

When you get an email from me, it says under my name—Mentor for Life!  Donald knows I have that there because I'm committed to this guide for the rest of my life!  So, that's how that works.  I'm looking to build long-lasting relationships, guys!  Okay, and I actually need that.  We need

Exhibit 16, Page 194

TRUMP 00229306

CONFIDENTIAL

help!  We need people to help with all of these properties, we can't handle them all!  So it's not, "James, how many—where's the deals?"  I'm showing you how to find them and how am I going to put them together, we're going to show you how to put them together.

The question is this—which one do I do now?  Because you're going to have them all in front of you and the biggest problem you'll have is which one do I do now?  This takes that whole problem out of the equation, so we'll tell you—do that deal or we're going to pass on these, we're going to do this one.

You're first goal on your first deal, again, kids, is how much?  Seventy thousand—if you've never done that, what makes you think you're going to do it on your own!  You will not!  I'm not attacking, I'm your mentor right now.  I'm going to say, get one of these!  Okay and again you will have to qualify, so you've got to talk to us about it if you're interested, we won't come to you and we'll take a couple of—we'll take some time to sit down and go over with you, okay?

Alright, so that's how that works and I actually have a Trump certified mentor with me in the room.  So, let me go over a couple of testimonials!

"On May 31st, we picked up our $23,000.00 check for assignment fee. Here's the picture of our first real estate flip.  We put a contract on it."  Now, this guy was in retirement, he wasn't doing anything.  He needed to make some extra money!  So got into the mentor program and he went out and he did his first assignment deal, put it under contract for two fifty-five, sold it for two eighty—we showed him how to do it with less than a thousand dollar investment.  Is that a pretty good return?  No! Phenomenal!

Alright, so after his three-day mentorship, here's what he's got on his first deal and guys, I can't show anything that hasn't happened.  Alright, again, I'm being recorded here all weekend!  Here's another one.

"We cashed a check for $200,000.00."

See, guys—that's a check for $200,000.00.  That's what we do here.  I don't know about anything else you've tried in your life, but this is what we want.  This is what we want to do, okay.   "And the buyer paid off our carrying costs, your mentoring turned a train wreck into a profit."  Let's talk about this word, "train wreck" for a second here, okay.

Some of you in your life have had train wrecks, you've had things happen that should never have happened.  Okay and the only reason is this, listen to me, I'm about to give you a big hug!  You didn't have any what? Help!  You didn't have somebody to go to and that's going to continue to happen unless you seek advice in this business and have somebody to go to.  Somebody who's going to support you, somebody to hold your hand.

Alright, so we don't want any more train wrecks!  Hey listen, I can't fix what you guys screwed up before you showed up here yesterday morning, so I'm going to say something and I'm not being mean!  Stop

CONFIDENTIAL

coming up to me with your problems. I'm not interested! You know what I'm interested in? Solutions! Is this making sense? Please say yes! I don't want to hear the nightmares and the headaches and—we don't want to hear your nightmares, we want to hear, "James, how do we find a solution for this?" "Ah! Now, I'll talk to you." Does that make more sense? Absolutely! Nobody wants to hear problems!

Alright, "Your wisdom kept me taking one more step and one more step and it was a wild ride, but I feared nothing from here on out!" See this word, "fear," watch! I'm starting to get comfortable with you guys. Are you all getting comfortable with me? Hello!

How many people right now feel I have a little fear? Okay, be honest! The reason you have fear is because you've been trying it on your own or you haven't been trying, so you have that little fear in front of you. It's this little wall thing. You know what that wall thing is? It's this voice inside your head that says, "I don't believe you're worth it." It's questioning you right now, going, "I don't get it. Is that the—" it's questioning you.

What it's saying is—you're not going to do anything with this! You've got to stop listening to that voice! This, this—let me show you how to do it. Watch! Takes that whole fear away! And then the other voice says, "Hey! You should listen to this person and you're going to get it." That's the voice you want to listen to.

00:25:18

Is this making sense, please say yes, guys. That's what it is, right there! So the fear goes away when you stop questioning yourself and you actually have some help with it. That's all! Alright, and then you'll help somebody else get away from the fear. Alright, so let's get rid of the fear and let's not have any more train wrecks, so if you're with me, say yes!

Also, you have no idea how invaluable you guys are! One more! "After attending your whole retreat, we did the field training—that's the mentoring and you taught us step by step exactly the way you presented them to us and we put together our first owner-financing deal and we're making fifteen grand on it and then we're also making 10% interest on the property."

Okay, so this is what we want to do. Let me tell you about this little kid here that I helped many years back. This is a special story true to my heart. I got a referral because I always get referrals, right and you guys want to get referrals too. Somebody calls me up one day, he's a good friend of mine and he goes, "Hey, Jim, I've got this friend of mine and they want to learn real estate and they want to come in to your program." Because I've been doing this stuff for years—coaching, mentoring, I had my own business for a while, and he said, "I want you to help this guy out." And because it was through a referral, I said, okay, fine! Have him call me and let me set up a time to meet with him.

CONFIDENTIAL

So, I met with him, and we sat down and we had a cup of coffee and then I said, okay, do you understand your friend obviously told you what this entails if you're going to come into this program and I'm going to help you buy some real estate and we're going to do this the right way. I said, what's your driving force?

I want everybody to write that term down! Driving force! What is your driving force? He said, "Well, I have three daughters. My wife just left me. I've got a $25,000.00 a year job as a customer service agent and I want my kids to have a better life." I said, "Okay, I like that." That was the right answer. Driving force.

So that was driving him to do this. Okay, I said, fine! I have got some homework for you to look at, so I showed him the homework, showed him the steps of things he had to do, to get everything set up the right way for me to spend time with him.

I said, "Are you committed?" He said, "I've taken the next 30 days off of work if we're going to do this." I said, "Okay, fine!" I said, "Do you know the investment?" He said, "Yes." I said, "Are you committed?" He said, "Yes!" I said, "Fine!" So we spent some time together and to make the long story short, he did very, very well! Very successful, okay. About two and a half to three years later, he no longer works as a customer service agent and he calls me up one day, okay and he says, "Hey, Jim, I've got a question for you." I said, "What's going on?" He says, "Well, you're always talking about how the nice things and I'm about ready to do that. I want my first brand new car." He never had a brand new car before, I said, "Okay, well, what's your driving force?" He said, "I want my three daughters to have a nice car that they can brag about." I said, "Okay, what do you want to do?" He goes, "Well, I want one of the ones that you have." I said, "Okay, what do you want me to do, why are you calling me?" He said, "I need help." "Okay, what do you need help with?" "Well, I want you to help me pick it out."

You see, as soon as he said that, it kind of hit me right here and I said, "Oh man! You want me to help you pick out something for your girls. I am there. Let's go." In fact, I said, "I'll call you back." I called one of the dealerships that I deal with down at Atlanta. You can look it up, Atlanta Classic Cars, and I said, "You're going to meet me there, and we've got the whole place to ourselves." And one of the owners is going to take care of us.

So we went down there. I mean, we didn't have the whole place to ourselves, but we had the whole run of the place. So I set up the appointment, we went down, we met them there first thing in the morning, where we had a cup of coffee and we were there and we were all excited and then we went around, we had fun! We test drove every car. When I tell you we test drove every make and model, we had a good time. Okay, we almost wrecked one, we had a good time, tried all the gears. Tried the brakes, I mean, we had a good time, real good time. Drove the golf cart around, hit some golf balls, they've got a driving range in the back, had a little gym downstairs, hit some weights, discussed. We used all the vending machines, we ordered candy and

Exhibit 16, Page 197

TRUMP 00229309

CONFIDENTIAL

soda, we never ate it, we just gave it to other people—just having fun, right!

Went down the mechanic's area, we had a great time.

By the end of the day, I get a phone call.  Not a phone call, I get the loud speaker thing, "Mr. Harris, can you come out to the front."  I go out to the front and here I am, I'm standing with this kid that I helped and when he says this, he goes, "I think I'm ready."  I said, "Well, what are you ready for?"  He goes, "Well, I think I've found something I like."  I said, "Okay.  Well, what do you want me to do?"  He goes, "Can you sit inside with me, I just want you to look at everything and make sure it's the right thing!"  I said, "Okay!"  And I'm like, "Wow!"  I can't believe he was asking me to pick out his car.  I don't know.  I said, "Well, let's do this together."

So we sat in the car, we ended up in the back sit and we're sitting there next to each other and I said, "What is the decision?"  He goes, "Well, I just want to make sure this is the right one for my kids."  I said, "Do you feel it's the right one?"  He said, "Yes."  I said, "Are you ready to do this?"  He said, "Yes."  I said, "Have you earned the right, do you think?"  He said, "I think I have."  I said, "Good, go cut the check."  And we got out of the car and I'm standing here, and what am I still doing?  What am I doing?

00:30:29

I'm still there.  I'm still helping him.  I showed up!  That's the commitment you get from us!  I'm not saying we're going to show up and get on a plane every time you guys want to go shopping.  What I'm saying is, we'll be there, okay!  Now, the point of this is not—it's a Mercedes Benz.  The point of the story is—I showed up!  We're committed!  And I'm still holding his hand!

And the point of the story is not that he wrote a check all cash because I teach people don't get a loan on a depreciating liability, don't do it!  Let's make enough money, let's go pay cash!  Let's have your license plate paid for!  Are you with me, say yes!

The point is—it's nice to know that you have somebody that you can have success with who'll guide you along the way and they still show up.  It could be a phone call, it could be an email, but it's nice to know that somebody who's already done it is there for you.  That's the commitment we give.  So here's what I want you to write down real quick!  This is what Donald is offering after tomorrow night.  It's our Trump Gold Elite Program.

Well, let me take you through this and then we're going to break for lunch and I'll do questions.  What happens is this—you get a three day in person live Trump mentor and the mentor shows up and that's for three days.  You buy real estate, it's as simple as that.  We'll do everything for you!  I didn't say we're going to write the checks or sign the contracts,

CONFIDENTIAL

you're going to do that, but we guide you through the process. Is this crystal clear, please say yes!

We want to make sure you do it the right way. It's doing it the right way and not messing it up the first time and it's making money, it's not how much will you not make if you go out here on your own? That's what it is, okay.

So you have the mentor show up for three days, you're going to have all of these retreats that you're going to get too, you've got the wealth preservation, the quick turn, the creative financing, the commercial and multi-unit, you're going to get the deal source Trump (inaudible)—so you're going to have access to all the properties.

Also the REIT, Real Estate Investors Online Training Program, you'll take those six courses. Now, what I would do is this—the perfect plan is this. Take the online training, get that done! Get some more education and training. I would get to another retreat and then I would do the mentorship. Do you have to? No! I have somebody here ready to book dates right now.

So how the mentorship works is this—the dates will start going away as we go on with the weekend, because a lot of you—I already know the people in here that are interested in this and want to do this. I've had a lot of you talk to us, so we're going to get very busy with this.

So if you want dates in the next couple of weeks or so to get this set up, talk to us as soon as you can, because by tonight—by tomorrow night, we get all booked up! Alright!

Now, you have some homework to do, so you've got to get your homework done and I need to know that you're committed to this thing, okay, so what's going to happen is, you talk to one of the guys, you've got Ted, you've got Corey, you've got Ryan, Tiffany—you go to them and you say, "Hey! I want to talk about this." They'll sit down with you. It takes a little time. They'll go over your profile, they'll do a one on one with you and then they'll explain this program, okay.

And then if they feel you're qualified, they're going to come over to me and they're going to say, "James, I have somebody who's qualified." And I'm going to say, "Okay." And then I'm going to come and I'm going to look you right in the eyes and I'm going to make sure because I cannot have anybody come into this program according to Mr. Trump who I don't think is going to do the work.

We don't want—listen to me, this is important, we don't want anybody going into this and going out and doing nothing because you won't! You have to be qualified. That means, I need to make sure you're committed. You're going to get the homework done, you're going to get everything done and do exactly what we tell you to do! If I feel you're not coachable and trainable, I'll say pass!

Exhibit 16, Page 199

TRUMP 00229311

CONFIDENTIAL

Okay, Donald Trump doesn't need your money. He needs a success story. He needs your testimonial to build this university because this is expensive. I'm going to say that right now. I'm very upfront about that.

00:35:01

So we'll go over the investment and everything with you, but you've got to qualify. It's a big deal. These guys will qualify you out. Don't come up to me and say, "James, here's what I'm going—" they're going to talk to you first. That's how we do it because I'm busy. I've got to train you the rest of the weekend, okay.

Alright, now just to give you an idea, because I want to be upfront like I always am, watch! Let me give you an idea. If you hit this challenge, you have the mentor show up and you do your homework and you get everything set up, this challenge right here, okay, when we hit that on the first deal, that is a hundred percent return on your investment, okay. Is that pretty good?

Phenomenal! Because if you've never made a hundred percent return on your money before, I would say, stay with this family. Once you complete this here, you are done! When I say cooked like a nice fillet, you're done! As far as we're concerned, your training and education with us is complete, you should be a full-time real estate investor. Everybody say Yahoo! There you go, that's why we put that together.

Okay, questions?

What's the what? For life! With this? With this? We're done after tomorrow night and you're on your own!

You've got a 1-800 number hotline. You're going to talk to somebody who was hired out of the newspaper!

Yes, I'm going to say good luck with that. I'm going to say this, you have a multi-millionaire who's going to help you for life!

Yes! No! You need to send your offer with a thousand dollar check! You've got to go through the broker who's representing the Hudd and VA properties. They're going to submit it for you.

Yes! Okay, next! Say that again! Ask Tiffany about that when we're done!

Any other questions! You guys hungry? Done! Alright, look. Listen to me, I'm ready to go. If you guys are interested in this, when I say I'm ready to go, here's what that means. You guys come in and talk to Ted, Corey and Ryan in the back; they're going to make a list right now. You go put your name on the list and they'll talk to you about this. We got all day today, tonight and tomorrow. When I'm say I'm ready to go, what that means is this—as part of this program here, you have access to me! I will help you, I will negotiate any price and terms on any deals you will get them done!

Exhibit 16, Page 200

CONFIDENTIAL

No guarantees, but I'm going to be involved with you.  Is that okay?  Hello!  There you go.  That's the biggest thing you can walk out of this room with because as you already know, I am a private money guy, I've been doing this for 21 years and you'll have access to me.

So anything you find with the mentor—price terms, I'll negotiate if need be, it will get done!  Yes, right in the back, say, hi Ted!

Say hi Ted, he's right there. I'd go sit with him.  He'll be booked up by tomorrow night.  I would do—yes, it's just a suggestion.  Do the online training, maybe retreat, get a little bit more training and knowledge.  Do you have to do that?  No!  But if you qualify for this, I'll make sure you do it the right way.

If I feel you're ready to go, I'll say, let's get the homework done, let's get this thing done!

No!  No, this is all done right now—today and tomorrow.  Yes!  How do you know?  You don't even know that yet!  Okay, okay!  Go talk to Ryan or Scott, guys Ryan and Scott—I'm sorry!  Corey and Ryan and Ted— they have a list back there with their name on it, go put your name on it.  It's first come, first served and they'll go sit with you.  They'll explain all of your options, okay.  And I'll make sure—if you can get into this, you and I can make a lot of money together.  I'll make sure, I'll get you into this thing.  We'll go over all the options with them, okay, Carlos!  Okay, I know.

What else?  Alright, good!  Look, go and put your name on the list, go to lunch, okay.  Two o'clock, you need to be back here by ten to three at the latest, quarter to three, ten three and we'll finish up with the properties and we're also going to make some phone calls, see if I can get some going, if you heard me, please say yes!

You're welcome!

00:41:05

Exhibit 16, Page 201

TRUMP 00229313

CONFIDENTIAL