# EXHIBIT 17



TU 105220



TU 105221



TU 105222



TU 105223



TU 105224



TU 105225



TU 105226



TU 105227



TU 105228



TU 105229



TU 105230



TU 105231



## System

- A specific method of achieving a certain purpose
- Focuses on generating positive results
- You must have a systematic approach to maximize your effort and success
- The Apprenticeship Program is based on the proven methods used by Donald Trump

TU 105232



# Specialized Knowledge

- You have to be trained, and trained in real world examples, not academic theory
- The Apprenticeship Program will only teach you proven techniques
- Give you the knowledge to profit on your deals
- Learn from the best, not from imitators

TU 105233



TU 105234



TU 105235



TU 105236



TU 105237





TU 105239



# What the Foreclosure Boom Means for You...

- Purchase properties 30-60% below present market value

- Have instant equity to:

  1. Resell for immediate cash
  2. Have positive monthly cash flow
  3. Hold for long-term appreciation
     - (college, vacations, retirement, etc...)

TU 105240



TU 105241



TU 105242

Exhibit 17, Page 225



TU 105243



TU 105244



TU 105245



TU 105246



TU 105247



TU 105248



TU 105249



# Short Sales

- **Definition:** An investing strategy to negotiate a loan that is in default with a lender and receive a discount for less than what is owed on the current mortgage.

- A Short Sale will enable the lender to write off a bad debt, avoid foreclosure and not have to take the property back.

- This will help the lender remain liquid so they can borrow more money to lend to consumers...and stay in business!

TU 105250



TU 105251





TU 105253



TU 105254



TU 105255



TU 105256



TU 105257



TU 105258



TU 105259



# Trump's 3-Day Training Agenda

- Step-by-Step System for Profiting in Foreclosures
- Personal Mentor at the Training Event
- Locating Great Deals, Great Neighborhoods, Great Properties
- Contacting and Negotiating with Owners
- Financing Your Deals
- Online Resources to Find Properties and Comps
  *(Trump's Foreclosure DealSource)*

TU 105260



TU 105261



Exhibit 17, Page 245



TU 105263



TU 105264



TU 105265



TU 105266



TU 105267

Exhibit 17, Page 250




TU 105268