# EXHIBIT 18



# TRUMP
### U N I V E R S I T Y

# PLAYBOOK
## 2009

### A GUIDE TO THE THREE PILLARS OF SUCCESS
#### *Quality • Standardization • Customer Service*

CONFIDENTIAL

Exhibit 18, Page 253

TU 130419



## TABLE OF CONTENTS

I. Trump University Overview.............................................................1
      i. Mission & Methodology for 2009
      ii. Divisions
      iii. Relationships

II.  Programs & Services................................................................2
      i. Live Event Program Chart & Description
      ii.  Price List for 2009
      iii. Advanced Training Options
      iv.  Wealth Builder's Network Premium

III.  The Preview......................................................................7
      i. Behind the Scenes
      ii. Fast Track to Foreclosure: Free Orientation
      iii. Post Preview

IV. The Fulfillment....................................................................43
      i. Behind the Scenes
      ii. Fast Track to Foreclosure Investing
      iii. Post Fulfillment

V. The Sales Playbook.................................................................75
VI. Event Travel .....................................................................102
VII. Expenses.........................................................................116
VIII. Compliance......................................................................118
      i. Media Guidelines
      ii. Event Guidelines (compliance procedure)
      iii. Road Etiquette

CONFIDENTIAL

Exhibit 18, Page 254
TU 130420



## I. TRUMP UNIVERSITY OVERVIEW

Trump University Mission Statement & Methodology for 2009

Trump University's mission is to provide educational programs and tools to help our clients achieve financial independence. Our success is measured by the results that our clients achieve applying what they have learned from us in the real world.

Three Pillars of Success

i. Quality
ii. Standardization
iii. Customer Experience

## II. Trump University Divisions

i. Corporate Office at 40 Wall
ii. Sales Office in Salt Lake City
iii. Independent Contractors Nationwide

## III. Trump University Partners

i. Trump Institute
   a. Lead generation
   b. Wealth Building Weekend
   c. Retreats
   d. Coaching
ii. Prosper Learning
   a. Lead generation
   b. Coaching
   c. Sales of Trump U products

CONFIDENTIAL

Exhibit 18, Page 255
TU 130421



## II. LIVE EVENTS PROGRAMS & SERVICES FOR 2009

> **Fast Track to Foreclosure: Free Orientation**
> Alias: "The Preview"
> Cost: Free (Open to Public, Advertised via Newspaper, Internet, and Mailings)
> Duration: 90 minute preview

↓

> **Fast Track to Foreclosure Investing: Three Day Training**
> Alias: "The Fulfillment"
> Cost: $1995+ Free Guest
> Duration: 3 Day Training

↓

> **Trump Elite Packages**
> •Trump Gold Elite
> •Trump Silver Elite
> •Trump Bronze Elite

| Trump Gold Elite | Trump Silver Elite | Trump Bronze Elite |
|---|---|---|
| Cost: $34,995 | Cost: $19,495 | Cost: $9,995 |
| •3 Day In-Person Field Coaching | •Creative Financing Retreat | •Wealth Preservation Retreat |
| •Creative Financing Retreat | •Wealth Preservation Retreat | •Quick Turn Retreat |
| •Wealth Preservation Retreat | •Quick Turn Retreat | •Incorporate Your Business |
| •Quick Turn Retreat | •Commercial & Multi-Unit Retreat | |
| •Commercial & Multi-Unit Retreat | •Incorporate Your Business | |
| •Incorporate Your Business | | |

CONFIDENTIAL

Exhibit 18, Page 256
TU 130422



| | EVENT PRICE | LIST | SAVINGS |
|---|---|---|---|
| **Trump Gold Elite:** | $34,995 | $48,490 | $13,495 |

- 3 Day In-Person Field Coaching — $25,000
- Creative Real Estate Financing  Retreat — $ 5,000
- Wealth Preservation Retreat — $ 5,000
- Quick Turn Real Estate Profits Retreat — $ 5,000
- Commercial/ Multi-Unit Retreat — $ 5,000
- Investor's Edge Real Estate Software — $ 2,495
- Incorporate Your Business — $   995

| | EVENT PRICE | LIST | SAVINGS |
|---|---|---|---|
| **Trump Silver Elite:** | $19,495 | $23,490 | $3,995 |

- Creative Real Estate Financing  Retreat — $ 5,000
- Wealth Preservation Retreat — $ 5,000
- Quick Turn Real Estate Profits Retreat — $ 5,000
- Commercial/ Multi-Unit Retreat — $ 5,000
- Investor's Edge Real Estate Software — $ 2,495
- Incorporate Your Business — $   995

| | EVENT PRICE | LIST | SAVINGS |
|---|---|---|---|
| **Trump Bronze Elite:** | $9,995 | $10,995 | $1,000 |

- Wealth Preservation Retreat — $ 5,000
- Quick Turn Real Estate Profits Retreat — $ 5,000
- Incorporate Your Business — $   995

CONFIDENTIAL

Exhibit 18, Page 257
TU 130423

# *Advanced Real Estate Training Options*

## PERSONALIZED TRAINING & GUIDANCE

### In-Field Mentorship

Nothing can accelerate a real estate investment more than having a Trump Mentor. Our Mentors fly into your market and in three action-packed days walk you through every step of a real estate transaction, from finding great properties to running the numbers to making the offers. You work hand in hand with the Mentor to learn how to invest the Trump way so that even when the Mentor is gone, you can continue to build your financial future.

### Executive Coaching

Every great performer has a great coach to provide them with support, knowledge and guidance. Trump coaches are experienced real estate investors that work one-on-one with students to create customized training programs. The coach focuses exclusively on your financial objectives and provides the structure and accountability to ensure that your goals are achieved.

## ADVANCED TRAINING RETREATS

### Wealth Preservation Retreat

Learn how to choose the proper entity for your real estate or other business, structure yourself for lower taxes, protect yourself from frivolous lawsuits, and pass your wealth on to your heirs while protecting them from financial threats. You will learn directly from an experienced team including an attorney, accountant and investor.

### Quick Turn Real Estate Retreat

Create immediate and monthly cash flow without using any of your own money or credit. You will learn how to wholesale, lease option and owner-finance properties for quick profits.

### Commercial & Multi-Family Retreat

Learn how to locate and analyze multi-unit properties by completing due diligence and learning market trends. You will learn: tax strategies, condo conversions, preconstruction, property management and more.

### Creative Financing Retreat

Learn that creative financing can be more important than the money and credit you may or may not have. This retreat will teach you about financial statements, loan request packages, financing techniques, hard money connections, 1031 real estate exchanges, note techniques and much more…everything you will need to put deals together and get them closed.

CONFIDENTIAL

# *Advanced Real Estate Training Options*

## TOOLS AND RESOURCES

### Investor's Edge Real Estate Software

Successful investors have the edge—the ability to access current property and industry information and a proven, structured method of analysis. *The Investor's Edge Software* is designed to deliver vital property information in an organized fashion for analysis—all in one easy-to-use software package.

### Incorporate Your Business

If you are serious about investing in real estate or starting a new venture, you need to know about the many advantages of incorporating your business. The security that comes from forming an LLC cannot be underestimated, but the process can be confusing and time consuming. Trump University's LLC formation service handles your incorporation so that you can focus on building your business.

CONFIDENTIAL

Exhibit 18, Page 259
TU 130425



The Wealth Builder's Network Premium

After three days of intensive training, we know that our clients are prepared to achieve their goals. As valued members of the Trump University community, we want to make sure that our clients receive our continued support in their endeavors. With this in mind, we have decided to offer each client a free Wealth Builder's Network Premium. Customers not eligible for complementary membership will be able to purchase membership for an introductory rate of $49.95/mo (valued at $100/mo). The new features include:

- **Weekly Online Classes** hosted by financial, entrepreneurial, and real estate experts. View and interact live and ask your most pressing questions. Or watch them at your leisure starting the following day.
- **Empire City:** Go anywhere, buy anything, test your limits in a virtual metropolis. Empire City is an interactive resource to help you learn how to invest profitably in real estate in a safe, risk-free environment.
- **Wealth Builder's Magazine** is now exclusively online, providing fresh information and viewpoints from Trump U experts and guest authors, student success stories, and wealth-building news.
- **Your Client Advisor** is there to help match your goals with the wealth of learning resources available to you as a premium member.
- **Comprehensive Resource Library** provides invaluable tools such as sample contracts and legal documents, insightful articles and an archive of "how-to" teleseminars.
- **And much more,** including exclusive members-only invitations to special events around the country.

CONFIDENTIAL

Exhibit 18, Page 260
TU 130426



## III. THE PREVIEW

### Fast Track to Foreclosure: Free Orientation

This free, 90 minute presentation is open to the public, and covers the current trends of the real estate market, ways to still make money, as well as the following:

* How to find foreclosure opportunities in your geographic area and take advantage of hot real estate investing opportunities
* Credit and credit card repair: Use good credit standing to make money at every stage of the investing process
* Financing: How to benefit from specific sources of seed capital and put together creative financial deals
* The phases of foreclosure: When to make a move and how to capitalize at every stage of the process
* Capitalize without harm: Finding ways for sellers to move on without shame
* What to do once you have the property: Rent, renovate, or sell immediately? Learn what's best for your specific situation
* Goal setting: How to set realistic goals and attain them every time

## BEHIND THE SCENES OF THE PREVIEW
### Pre-Event Timeline:

| | |
|---|---|
| 4 Weeks Prior | Operations: Team Books Flights to Event Location |
| 3 Weeks Prior | Marketing: Email to TU Database |
| 2 Weeks Prior | Marketing: Email to TU Database |
| | Operations: Event Materials Ordered |
| | Marketing: Direct Mail (7-10 Days Prior to Event) |
| | Marketing: Newspaper Ad (7-10 Days Prior to Event) |
| 1 Week Prior | Marketing: Email to TU Database |
| 5 Days Prior | Operations: Itinerary Constructed & Sent to Event Team with Marketing Ads |
| 4 Days Prior | Operations: Spec Sheet Constructed & Sent to PC with Meeting Room Details |
| 3 Days Prior | Marketing: Reminder Email Sent to Registrants |
| | Operations: PC Orchestrates & Facilitates Phone Conference for Event Team |
| 2 Days Prior | Marketing: Reminder Email Sent to Registrants |
| 1 Day Prior | Service: Reminder Call to Registrants |
| | Marketing: Reminder Email Sent to Registrants |
| Day Of | Operations: "Take 90 Minutes" Email Sent to No Shows by PCs |

CONFIDENTIAL

Exhibit 18, Page 261
TU 130427



---

**Behind the Scenes of The Preview: Email Sent 3 Weeks Prior: (continued on next page**

To ensure that you continue to receive emails from us, add email@info.trumpuniversity.com to your address book today.

You are receiving this email from Trump U because you subscribed on our website, made a purchase, or were otherwise in contact with us. Thank you for your patronage. If you would rather not receive these emails, you can edit your email preferences.



December 09, 2008

CONFIDENTIAL

Exhibit 18, Page 262
TU 130428



**TRUMP**
UNIVERSITY

"The secret of success in life is for a man to be ready for his opportunity when it comes."

**Are you ready?**

Dear Azza,

Right now - today - as I am writing you this letter, there are hundreds of thousands of foreclosures all across the United States; thousands of properties are available for pennies on the dollar... thousands of dollars below market level. And when the market turns around - and it will, believe me - you'll be mighty glad you were ready, and ahead of the game.

On December 8th - 10th in the Phoenix Area, Trump U is offering a FREE class: <u>Fast Track to Foreclosure Investing</u>. This one class, on **how to profit from foreclosures**, will get you started on the clearest, sure-fire, money-making opportunity available in a long, long time. The best part? Everything you need to get started, you already have. Meaning, the opportunity to make the kind of money that can allow you to live the life you want, and **retire in a style you deserve**, is here today.

**There is only one success - to be able to spend your life in your own way.**

**Why should you attend our free class?** That's easy. I wouldn't be sending out this letter unless I thought you were ready - truly ready - to make some real money and live the kind of life you may have thought was only for "rich" people... **to spend your life living it your way.**

What's so special about Foreclosures?

1.   Properties are often sold below market value.
2.   Lower down-payments, smaller mortgages, and lower monthly payments are required.
3.   Equity can be increased faster!

<u>Register for your free class and learn:</u>

*   **How to Find Foreclosure Opportunities in Your Geographic Area:** Take advantage of the hot investing opportunities in your neighborhood before anyone else does

*   **Credit and Credit Card Repair:** Be in good financial standing so you can make money at every stage of the investing process

*   **Financing:** How to benefit from some specific sources of seed capital and put together your own creatively financed deals

*   **The Phases of Foreclosure Following the Foreclosure Clock:** When to make a move and how to capitalize at every stage of the process

*   **How to Capitalize without Harm:** Part of the Foreclosure investment process includes finding ways for sellers to move on without shame

*   **What to Do Once You Have the Property:** Do you rent, renovate, or sell



Private & Confidential   •   Page 9

CONFIDENTIAL

Exhibit 18, Page 263
TU 130429



immediately? Learn what's best for your specific situation

* **Goal Setting**: How to set realistic goals and attain them every time

As president and co-founder of Trump U, I see a lot of opportunities. I believe Fast Track to Foreclosure Investing is one of those special classes that are going to make a lot of people wealthy. And the best part? Your dreams are all you need, and all that is required to sign up for this **FREE** class. Register today and you'll be on your way: Fast Track to Foreclosure Investing, **December 8th - 10th in the Phoenix Area.**

**Register for a FREE Class**

To your success,

*[signature]*

Michael Sexton
President
**Trump University**

**P.S.** If you're having doubts, if I really haven't convinced you that this is the time to act and take advantage of Trump U's FREE class on foreclosure investing, read what **Jonathan Barton of Reading, PA**, said just two months **after attending Fast Track to Foreclosure Investing**:

*"Fast Track to Foreclosure Investing was incredible. I have purchased 6 properties at trustees' sales (3 in the last two months). The first 3, I made $75,000 after taxes and was able to match that on the last three. I can't thank Trump U enough for this great class, and my introduction to the foreclosure market."*

CONFIDENTIAL

Exhibit 18, Page 264
TU 130430



**Behind the Scenes of The Preview: Email Sent 2 Weeks Prior:**

To ensure that you continue to receive emails from us, add email@nfo.trumpuniversity.com to your address book today.

You are receiving this email from Trump U because you subscribed on our website, made a purchase, or were otherwise in contact with us. Thank you for your patronage. If you would rather not receive these emails, you can edit your email preferences.



December 09, 2008

# What's the difference between success and failure? Knowing when to act.

Dear Azza,

A couple of weeks ago I contacted you about Trump University's FREE class Fast Track to Foreclosure Investing. I told you __thousands of properties are available for pennies on the dollar__. Since that time many wealth-savvy folks signed up for this invaluable class. What did these entrepreneurs know that you don't? Not much, actually. What's the one small difference between you and them? They acted. The wise man that said, "He who has begun is half done," was not only clever, he was exactly right.

Choose the Foreclosure class to the right that is most convenient.

Why should you act--today--and sign up for Trump University's FREE class Fast Track to Foreclosure Investing?

### Coming To Your Area!
**Phoenix, AZ Area**
Dec 8, 2008
Mesa, AZ
Register for this day
Dec 9, 2008
Scottsdale, AZ
Register for this day
Dec 10, 2008
Phoenix, AZ
Register for this day



Call Us Today
877.508.7867
or click here to
register online

Private & Confidential • Page 11

CONFIDENTIAL

Exhibit 18, Page 265
TU 130431



Because...

- Properties are often sold below market value...
- Lower down-payments, smaller mortgages, and lower monthly payments are required...
- Equity can be increased faster!

An ounce of action is worth more than a ton of theory. If you've been putting off learning more about foreclosed properties, concerned perhaps, that they were too complicated, or you needed real estate experience, or even a college degree ... it's simply not true. Forget economic theories. Forget a lot of money down. Think action...a simple ounce of action. Fast Track to Foreclosure Investing will change your life. But, class size is limited, so you must act now!

**Take the First Step!**

There are still valuable, available properties--many in your area--yet...without action on your part, I can assure you, they will go to someone else. When the market returns--and it will-- and prices start to rise, you're going to be glad you made the right decision to attend Fast Track to Foreclosure Investing. If you want to know where to find foreclosures ... how and when to buy them ... how to research a title ... which foreclosure stage is best for investment, and much more, Trump University's got your answers.
To your success,

*Michael Sexton*

Michael Sexton

President



## Kristine & John think BIG!

"Our coach taught us how to do walk-through home inspections, take notes, and calculate exactly what to offer using the All Cash Offer Sheet. Going through so many properties in such a short time really helped us to get the 'find deals, make offers' system down. I no longer feel uncomfortable making very low offers on properties. We are currently closing on a rehab purchase that will net us about $35,000. We are also working six homes on a short sale program that will earn us at least $100,000. Short sales take a while, but they will payoff! We are looking to partner with more investors to close some more deals - when we do, we can close at least 5 more immediately!"

-Kristine and John Quintero
Yuma, Arizona

CONFIDENTIAL

Exhibit 18, Page 266
TU 130432



**Behind the Scenes of The Preview: Shipping Formula For Materials Ordered 7 Business Days Prior:**

All marketing, collateral, and supportive materials shall be shipped ground for all events. This will be taken into account when ordering from vendors, when shipping from the office, or from one event to the next. The Live Events Coordinator & Program Coordinators are responsible for following up two and three days before the event to ensure that an adequate amount of materials will be arriving at the event in a timely fashion.

•**The shipping formulas for necessary preview materials is as follows:**

**Preview Event:**

•**Expected Attendees:** Adequate materials for 100% of total registered on the 7th business day before the event will be ordered and sent.*

•**Expected Buyers:** Adequate materials for 20% of total registered on the 7th business day before the event will be ordered and sent.*

*All numbers are cross-referenced with marketing statistics from that location to ensure accuracy.

CONFIDENTIAL

Exhibit 18, Page 267
TU 130433



**Behind the Scenes of The Preview: Mailer Is Sent 7-10 Days Prior:**

Dear Friends,

I am personally inviting you and a guest to a powerful wealth-building event that can literally change your life, and get you out of the rat race forever. When I speak, people listen. And, when I send out invitations, people attend because they know that my invitation means one thing – there is money to be made.

When the real estate bubble was building I told people not to buy, but many of them didn't listen to me and now they're paying the price. In today's down market I'm telling people to buy, buy, buy. In all my years investing in real estate, I think this is **one of the most lucrative investment opportunities ever.** Banks are selling foreclosed properties at pennies on the dollar. The trick is knowing how to invest profitably. And that's where I want to help you.

I am sending one of my world-class instructors from Trump University to your area to teach a class on how to **profit from today's real estate market.** You will learn how to:

- Find income producing properties right in your area, at up to 50% below market value
- Close deals in 30 days
- Fund your investments using other people's money
- Negotiate with banks the "Trump Way"
- Conquer your fear of getting started, by simply following my Real Estate System

My team at Trump University has developed a **proven system for profitable real estate investing** that anyone can use, right away, to score big profits in today's market. If you want to know the best ways – my ways – to buy low, sell high, and walk away rich, then clear your schedule and do whatever it takes to get to this exclusive, invitation-only event.

I have enclosed **two complimentary VIP tickets** to give you and a guest the chance to learn how to create wealth the "Trump Way" and I encourage you to attend. To confirm your reservation you must call **888-878-6709** or log onto **www.TrumpULive.com** Seating is limited so RSVP today.

Donald J. Trump

P.S. As a special gift I am giving every attendee a free copy of my blockbuster Catch the Wave CD-ROM (a $50 value).

CONFIDENTIAL

Exhibit 18, Page 268
TU 130434



**TRUMP** UNIVERSITY



TRUMP

*Special Invitation*

*From Donald J. Trump*

*Event Locations, Dates, and Times*



| Monday, December 8, 2008 | Tuesday, December 9, 2008 | Wednesday, December 10, 2008 |
|---|---|---|
| 1:00 PM and 6:30 PM | 1:00 PM and 6:30 PM | 1:00 PM and 6:30 PM |
| Phoenix Marriott Mesa | Doubletree Paradise Valley Resort | Embassy Suites Phoenix – North |
| 200 North Centennial Way | 5401 North Scottsdale Road | 2577 West Greenway Road |
| Mesa, AZ 85201 | Scottsdale, AZ 85250 | Phoenix, AZ 85023 |

*Doors open 30 minutes prior to scheduled start time.*

Call or go online to accept your **complimentary** invitation.
Seating is limited. To guarantee a place **call or log on today!**

# 888-878-6709 • TrumpULive.com

Private & Confidential • Page 15

CONFIDENTIAL

Exhibit 18, Page 269
TU 130435



# A billionaire is offering you 90 minutes of free advice. No, this isn't a misprint.

Be Donald Trump's guest at a FREE investor workshop and learn how you can profit from the largest real estate liquidation in history!

He's the most celebrated entrepreneur on earth. He's earned more in a day than most people do in a lifetime. He's living a life many men and women only dream about. And now he's ready to share—with Americans like you—his best advice on investing in today's "once-in-a-lifetime" real estate market.

Come to this FREE workshop and you'll learn from Donald Trump's handpicked instructor a systematic method for investing in real estate that anyone can use effectively. You'll learn foreclosure investing from the inside out. You'll learn how to finance your deals using other people's money. You'll learn how to overcome your fear of getting started.

**"I can turn anyone into a successful real estate investor, including you."**
– Donald Trump

Today's financial crisis and credit crunch has politicians and bankers scrambling for answers. They've got bailouts and rescue packages **but who's helping you?** We'll help you by teaching you how to **profit from the $700 billion bailout** that has opened the door for unprecedented investment opportunities.

With home prices dropping through the floor, historically low interest rates, and record high inventories, 2008 is the "perfect storm" for real estate investors of every income and experience level. But you need to approach this with the kind of expertise that only an experienced (and successful) investor, like Donald Trump, can teach you.

## Cash in on the Greatest Property Liquidation in History!
### Discover how to ...

✓ Buy real estate from banks—at up to 70% below market value!

✓ Finance your deals creatively in today's tight credit market!

✓ Buy the right properties at the right time— and know when to sell!

✓ Secure your retirement by generating passive income!

✓ Invest in real estate through your IRA—tax free!

✓ Find pre-foreclosures in your area!

**"The training and coaching I received from Trump U is priceless. I closed on my first investment property (and) earned $50,000."**
– Robert (Bob) Mulack, Ormond Beach, Florida
*Personal results. Results not typical.*



Get this $50 gift **absolutely FREE for attending:** Catch the Wave: How Timing Can Make You a Fortune in Real Estate Today

**Four Days ONLY!**
**Seating is Limited.**
**Register Now at**
**TrumpuNY.com**
**or call 888-TRUMP-14**
(888-878-6714)

**MONDAY**
November, 3rd

**Doubletree JFK Airport**
135-30 140th Street • Jamaica, NY
1:00 PM & 6:30 PM

**New York Marriott Downtown**
85 West Street • New York, NY
1:00 PM & 6:30 PM

**TUESDAY**
November, 4th

**Melville Marriott-Long Island**
1350 Old Walt Whitman Road • Melville, NY
1:00 PM & 6:30 PM

**The Roosevelt Hotel New York**
45 E 45th Street • New York, NY
1:00 PM & 6:30 PM

**WEDNESDAY**
November, 5th

**Park Ridge Marriott**
300 Brae Boulevard • Park Ridge, NJ
1:00 PM & 6:30 PM

**Westchester Marriott Tarrytown**
670 White Plains Road • Tarrytown, NY
1:00 PM & 6:30 PM

**THURSDAY**
November, 6th

**Radisson Hotel**
21 Kingsbridge Rd • Piscataway, NJ
1:00 PM & 6:30 PM

**Teaneck Marriott at Glenpointe**
100 Frank W Burr Boulevard • Teaneck, NJ
1:00 PM & 6:30 PM



TRUMP



**Behind the Scenes of The Preview: Email Sent To TU Database 1 Week Prior:**

To ensure that you continue to receive emails from us, add noreply@trumpuniversity.com to your address book today.



December 9, 2008

# Trump University's street-smart instructors will show you step-by-step, precisely how to follow Donald Trump's lead and get rich!

Dear Azza,

There are just a few days left so I'll keep this short. I've emailed you twice about Trump University's **FREE** class **Fast Track to Foreclosure Investing**. I truly believe that this is a class you must attend, and frankly would like to attend. But you've put it off. So, let's start fresh. It doesn't matter what you did last year; it doesn't matter what you did a month ago or even last week. What matters is today. Today is the opportunity you've been waiting for.

Choose the Foreclosure class below that is most convenient.

## Upcoming Events in Your Area



Phoenix Marriott Mesa
200 North Centennial Way
Mesa, AZ 85201

Dec 08, 2008
1:00 PM        Register

Dec 08, 2008
6:30 PM        Register



Doubletree Paradise Valley Resorts
5401 North Scottsdale Road
Scottsdale, AZ 85250

Dec 09, 2008
1:00 PM        Register

Dec 09, 2008
6:30 PM        Register



Embassy Suites Phoenix North
2577 West Greenway Road
Phoenix, AZ 85023

Dec 10, 2008
1:00PM        Register

Dec 10, 2008
6:30 PM        Register

Private & Confidential • Page 17

CONFIDENTIAL

Exhibit 18, Page 271
TU 130437



  

Foreclosures are the smartest, quickest way to get rich. And not years from now--but months. The current market is made for investors who are looking to make some real money. In fact, listen to Robin and David Little of Orland, Maine who realized they simply couldn't afford not to act.

"Trump U gave us the confidence and knowledge to actually purchase our first piece of investment property. We successfully bought, rehabbed, and leased our first property, and we are preparing to sell it for a $44,000 profit! Thanks to the Trump U team for helping us to set our future in motion."

## Choose the Foreclosure class above that is most convenient.

Robin and David are real people who used their dreams as a guide to success. With street-smart instruction that Donald Trump has perfected, you too can turn your dreams into a life of your choosing. Get started today!

**Take the First Step!**

To Your Success,

*Gary Eldred*

Gary Eldred, Ph.D.

**Faculty Member**
**Trump University**

You are receiving this email from Trump U because you subscribed on our website, made a purchase, or were otherwise in contact with us. Thank you for your patronage. If you would rather not receive these emails, you can edit your email preferences.

CONFIDENTIAL

Exhibit 18, Page 272
TU 130438



Behind the Scenes of The Preview: Itinerary Sent to Event Team 5 Days Prior:

---

**PFF-Phoenix 8-10 December, 2008**
Monday, December 8, 2008
Tuesday, December 9, 2008
Wednesday, December 10, 2008

**Event Staffing:**
Speaker —              James Harris
Sales Coordinator-     Ryan Lotman
Sales Coordinator-     Cory Lignell
Program Coordinator— Tiffany Brinkman ████████          tbrinkman@trumpuniversity.com

**Expected Attendees:** 184 (45% of registered attendees in Dev)

**Sales Goals:** $54,000 (20% of expected attendees(36) x $1495 = $54,000)

| Location | | Session Date | Time |
|---|---|---|---|
| **Phoenix Marriott Mesa** 200 North Centennial Way Mesa, AZ 85201 | ○ ○ | Dec 08 2008 Dec 08 2008 | 1:00 PM 6:30 PM |
| **Doubletree Paradise Valley Resorts** 5401 North Scottsdale Road Scottsdale, AZ 85250 | ○ ○ | Dec 09 2008 Dec 09 2008 | 1:00 PM 6:30 PM |
| **Embassy Suites Phoenix North** 2577 West Greenway Road Phoenix, AZ 85023 | ○ ○ | Dec 10 2008 Dec 10 2008 | 1:00 PM 6:30 PM |

HOTEL RESERVATIONS FOR PHOENIX:
Check In: Sunday, December 7, 2008
Check Out: Tuesday, December 9, 2008
**Phoenix Marriott Mesa**
200 North Centennial Way
Mesa, AZ 85201
(480) 898-8300

James Harris  #80926190
Tiffany Brinkman  #80922987
Ryan Lotman  #80924037
Cory Lignell  #180923543

Check In: Tuesday, December 9, 2008
Check Out: Thursday, December 11, 2008
**Embassy Suites Phoenix North**
2577 West Greenway Road
Phoenix, AZ 85201
(602) 375-1777
James Harris #84870083
Tiffany Brinkman #88014787
Ryan Lotman #85394051
Cory Lignell #86180067

---

CONFIDENTIAL

Exhibit 18, Page 273
TU 130439



**Behind the Scenes of The Preview: Spec Sheet Sent to Program Coordinator 4 Days Prior:**
Our Live Events Coordinator, Trisha McCarthy, is responsible for doing a pre-con call with the hotel in order to collect and confirm all of the specs for the Preview Team.  Example below:

| Venue | Phoenix Marriott Mesa | Doubletree Paradise Valley Resort | Embassy Suites Phoenix-North |
|---|---|---|---|
| Event Date | Monday December 8 | Tuesday December 9 | Wednesday December 10 |
| Event Time(s) | 1pm & 6:30pm | 1pm & 6:30pm | 1pm & 6:30pm |
| Meeting Room Name | Arizona Ballroom | Southeast Forum | Salon ABC |
| Square Footage of Meeting Room | 3024 Square Feet | 3016 Square Feet | 2886 Square Feet |
| Ceiling Height | 16' | 28' | 14' |
| Obstructions (Pillars, etc.) | No | No | No |
| Onsite Contact for the day | Banquet Captain-TBD | Janice Roberts/Todd Richardson | Tami Spencer |
| Audio Visual Onsite for Event Day | talk to Banquet Captain | Mark Olsen or Peter | Mike or Ricardo |
| Received Diagram | Yes | Yes | Yes |
| Parking Fee | Free | Free | Free |
| Parking Fee Waived for Staff | Free | Free | Free |
| Notified of Boxes Enroute | Yes | n/a | n/a |
| Notified of Boxes To Ship Out | n/a | n/a | Yes |
| Projection Type | Front | Rear | Front |
| State Flag, US Flag & Plants Available | Yes | Yes | Yes |
| Pens & Pads In Room Confirmed | Yes | Yes | Yes |
| Water Station Set Outside Confirmed | Yes | Yes | Yes |
| Meeting Room To Be Completely Set By | 9am | 10am | 8am |
| Asked for Zero Out Balance | Beth was notified | talk to Janice or Todd | Talk to Tami |
| Full & Final Status | Beth was notified | talk to Janice or Todd | Talk to Tami |
| Sleeping Rooms Confirmed (Room & Tax to Master) | Yes | n/a | Yes |
| Final Number/ Room To Be Set For | 50 | 40 | 30 |
| Booking Contact | Beth Parnell | Shilo Lusson | Tami Spencer |

CONFIDENTIAL

Exhibit 18, Page 274
TU 130440



**Behind the Scenes of The Preview: Email Sent To Registrants 3 Days Prior (Continued on Next Page):**



CONFIDENTIAL

Exhibit 18, Page 275
TU 130441





**REMINDER**

We have reserved a seat for you at the following free foreclosure investing introductory class:

**Event Date**
December 03, 2008 – 6:30 PM – 8:00 PM.

*Doors open 30 minutes prior to scheduled start time.*

**Event Location**
San Diego Marriott La Jolla
4240 La Jolla Village Drive, La Jolla CA, 92037 • (858) 587-1414

**Your Ticket**
#629777 0
Print Ticket...

If you have any questions or would like to register a guest, visit us online or give us a call at: (888) 826-5953.

Dear Josef,

You have only **3 days** left until your **Fast Track to Foreclosure Investing** - an introductory class on how to profit from investing in foreclosures, and we're going to use this time to show you what a historic moment it is to begin your Real Estate Investing.

A "Perfect Storm" of three measurable events has come together to make Foreclosure Investing easier and more profitable than ever. You need to know what's going on in the market - and how each of these events is going to increase your chances for success.

**Today's topic:  Interest Rates**

Here's the simple way to make money in real estate: sell properties for more than you pay for them.  But one of the factors that must always be considered when investing in real estate is the money you pay to others on top of the money paid to property owners.  In the past, the most costly expense for real estate investors has often been interest paid to banks or lenders.

Thanks to the Federal response to the subprime lending crisis, interest rates are falling to new lows.  The money you need to invest now costs less, and the interest you would have paid on your investments has decreased substantially.

Of course, to make this "Perfect Storm" event work for you, you're going to want to learn the best ways to obtain funding (no matter what your personal financial situation may be).  You'll discover the best strategies to use in the current market at your **Fast Track to Foreclosure Investing** - a free introductory class, and you'll see the best choices for investing in any type of foreclosure property.

Lowering interest rates are just the first wave of the "Perfect Storm" that is generating so many success stories for Trump U students. Tomorrow we'll look at the next big event that will make your decision to attend our **Fast Track to Foreclosure Investing** - a free introductory class the right move at the right

Private & Confidential  •  Page 22

CONFIDENTIAL

Exhibit 18, Page 276
TU 130442

TRUMP
UNIVERSITY



time.

We look forward to telling you more about the "Perfect Storm", and how you'll use it to generate big profits in Foreclosure Investing. Watch for our e-mails and get ready to ride out the storm to a better future for yourself and your family!

To your success,

Michael Sexton

President

**P.S.** If the time and locations listed here no longer fit your schedule, please feel free to register for another training event. Time matters!

You can view a **full listing of our training events here**, or call **(888) 826-5953**.

Private & Confidential • Page 23

CONFIDENTIAL

Exhibit 18, Page 277
TU 130443



**Behind the Scenes of The Preview: Email Sent to Event Team Announcing Phone Conference Details Sent 4 Days Prior:**

Good Morning Team Hartford,

I am sending this meeting request out on behalf of our newest edition to the Program Coordinator Team, Susan Morrison. The phone conference for the Hartford preview is officially scheduled for today (Wednesday) at 3:00 pm EST, at which time staffing will be discussed, as well as event setup, buyer packages, and any other questions or suggestions for our event. Please be sure to have your flight/travel details accessible at the time of the conference. The agenda for the phone conference is as follows:

1. Team Introductions
2. Event Review
   a. # Registered for event
   b. Room and AV Set Up
   c. Free Giveaway
   d. Event Expectations (flow of presentation and sales)
   e. Buyer package to be given out after sale
3. Hotel and Flight Information (Arrival and Departure times)

4. Open Items (Suggestions/Comments, PPT copies for back up, Items to be given out etc)

| Conference Details | |
|---|---|
| Scheduled Conference Date: | Wednesday, July 2, 2008 |
| Scheduled Start Time: | 3:00 PM Eastern Standard Time |
| Scheduled End Time: | 3:40 PM Eastern Standard Time |
| Scheduled # of Participants: | 8 |
| Type of Conference: | Web-Scheduled Standard |
| Dial-in Number: | 1-785-685-2400   (Kansas) |
| Participant Access Code: | 824698 |
| Conference Controls: | • Conversation Mode (all Participants can be heard)<br>• Entry Chimes – Disabled<br>• Exit Chimes – Disabled |

Break a leg!  I know it will be a great event!

Best Regards,

April Neumann

CONFIDENTIAL



**Behind the Scenes of The Preview: Email Sent To Registrants 2 Days Prior:**





Dear Josef,

What is the next big event in the real estate market making your attendance at your **Fast Track to Foreclosure Investing** - an introductory class on how to profit from investing in foreclosures absolutely essential?

**Prices**

This might seem obvious, but have you looked at some of the prices homeowners **who aren't facing foreclosure** are willing to accept for their properties?

Prices are falling fast, and there are many reasons for this effect. The law of supply and demand is one of the hardest to break, and as demand for properties rose, prices followed suit. But then, as fewer people had the resources to continue to invest at such high prices, demand decreased. We all know what happened at this point, and the rise in foreclosure properties has been directly proportional to the decline in price.

Prices for foreclosure investments are lower than ever. This means that now is the absolute best time for you to learn as much as you can about investing in foreclosure properties, because while there is no guarantee that prices will remain low, it is certain they are low **right now**.

And just in case you're wondering, there are still many buyers looking to pay fair market value (otherwise known as a price higher than what you paid for your foreclosure investment!). At

Private & Confidential • Page 25

CONFIDENTIAL

Exhibit 18, Page 279
TU 130445





the prices you'll get when you invest, and the sales prices you'll be able to offer, your buyers will still feel they walked away from the table with a great deal!

Pricing is event #2 in the "Perfect Storm" of factors making today's foreclosure investing market more profitable than ever. We'll see you in 2 days, but not before we reveal the third powerful event that is churning the waters of the real estate market and making successes out of those who stay the course. Watch for tomorrow's e-mail for your next heads-up!

To your success,

Michael Sexton

President

P.S. If the time and locations listed here no longer fit your schedule, don't delay - register for another event as soon as possible!

You can view a **full listing of our training events here**, or call **(888) 826-5953**

To ensure that you continue to receive emails from us, add noreply@trumpuniversity.com to your address book today.

You are receiving this email from Trump U because you subscribed on our website, made a purchase, or were otherwise in contact with us. Thank you for your patronage.

Trump U, 160 Greentree Drive, Suite 101, Dover, Delaware 19904

CONFIDENTIAL

Exhibit 18, Page 280
TU 130446

**TRUMP**
UNIVERSITY

Behind the Scenes of The Preview: Reminder Call Placed to Registrants 1 Day Prior:

## Reminder Call Script

### Fast Track to Foreclosure

Is [NAME] available?

Hello, this is _____ from Trump University. I'm calling with a courtesy reminder that you have reserved a seat at our Fast Track to Foreclosure Introduction Seminar **December 11th**. The class is being held at The Hilton Ontario Airport in **Ontario, CA 91764** and is being taught by one of Mr. Trump's top instructors, Mr. **Steve Goff**.

We recommend that you bring a pen and paper to take notes during the class. You may also want to bring a sweater as the hotel facility can be quite cold. Finally, we encourage you to bring a guest. There is no charge for guests and many successful real estate investors find it easier to work with a partner.

This may be a once-in-a-lifetime opportunity to create massive profits from real estate investing if you know what you are doing. And our goal is to make sure that you do!

If you have any questions please contact our customer support team at 877-508-7867 extension 0.

Have a great day.

CONFIDENTIAL







**REMINDER**

We have reserved a seat for you at the following free foreclosure investing introductory class:

**Event Date**
December 02, 2008 – 6:30 PM – 9:00 PM

*Doors open 30 minutes prior to scheduled start time.*

**Event Location**
San Diego Marriott Mission Valley
8757 Rio San Diego Drive, San
Diego CA  92108 • (619)692-3800

**Your Ticket**
#625085 0
Print Ticket...

If you have any questions or would like to register a guest, visit us online or give us a call at: (888) 826-5953.

Dear Josef,

We hope you're beginning to see what an unusual (and unusually lucrative) time it is to become a foreclosure investor.  The "Perfect Storm" of factors in the real estate market is creating a perfect opportunity to acquire properties well below market value without even having to pay high interest rates.  We've shown you how lowered rates and lowered prices are making today's market better than ever, but there's still one event you need to know about ...

**Today's topic:  Supply.**

As more and more people jumped on the real estate bandwagon a short time ago, many of them were unprepared for what happened next.  Hindsight is 20/20, and now we see the signs that should have been apparent to people who agreed to **pay more money for their homes than they ever should have.**

In a time when selling seemed so easy, no one predicted that the bottom could fall out.  But the factor that ensured that end was supply.  New homes continued to be built, and eventually supply shot past demand, leaving too many people holding mortgages they couldn't afford.  This has caused hard times, as we see the increase in homeowners entering both pre-foreclosure and actual foreclosure. The situation is bad enough that the U.S. government is debating what it can do to help the victims of the crisis, but in the meantime **there is certainly something that smart foreclosure investors can do.**

For people who depend on selling their homes to get a second chance, foreclosure investors can be the best answer to a difficult problem.  At your **Fast Track to Foreclosure Investing** - a free introductory class, we'll show you how to ease others' financial pain while insuring your own success.

CONFIDENTIAL

Exhibit 18, Page 282
TU 130448





And you'll be able to take advantage of a huge supply of properties - more than ever before - to stake your claim to a better life.

**You have the elements now of the current "Perfect Storm":**

- **LOWERED INTEREST RATES**
- **LOWERED PRICES**
- **HIGH SUPPLY OF PROPERTIES**

These three events are making money for today's foreclosure investors, and you can learn all you need to profit today just by attending your Fast Track to Foreclosure Investing - free introductory class.

Don't let this unique opportunity slip past you. Don't delay and find yourself on the wrong side of real estate negotiations. This is the time - this is your time - and Trump U is ready to show you how to make your life better.

See you soon at your **Fast Track to Foreclosure Investing** - free introductory class!

To your success,

Michael Sexton

President

**P.S.** If the time and locations listed in this e-mail no longer fit your schedule, you must select your alternative time and location now.

You can view a <u>full listing of our training events here</u>, or call

CONFIDENTIAL

Exhibit 18, Page 283
TU 130449

**TRUMP** UNIVERSITY

**Behind the Scenes of The Preview: Email Sent To "No Shows" Day Of:**



December 8, 2008

Dear Azza,

We understand that like most people you've got a busy life. But we want to encourage you to spend your time wisely... don't be too busy to invest in your financial future. You registered for our foreclosure investing training because you understand that there are huge profits to be made during this once-in-a-lifetime market. We missed you at the workshop but don't let this opportunity pass you by.

Pick up any newspaper and you'll read about the surge in foreclosures... troubling for homeowners but a potential fire sale for real estate investors. Perhaps more importantly than teaching you how to **profit from this foreclosure market**, we show you how you can actually help the homeowner avoid potentially crippling credit problems. You can do something that will not only help your own financial future, but will also help a family in crisis:

Our instructor is in the [regionName] area sharing Trump University's straightforward process for foreclosure investing. It is not too late to attend our training, you can view the remaining sessions below:

[groupRegistrationUrlHtml]

Don't forget that when you attend this FREE Event and you'll receive a FREE copy of *Catch the Wave* on CD-ROM

**YOU CAN DO THIS**--all you need is the desire.

To your success,

Michael Sexton
President
**Trump University**

To ensure that you continue to receive emails from us, add noreply@trumpuniversity.com to your address book today.

You are receiving this email from Trump University because you subscribed on our website, made a purchase, or were otherwise in contact with us. Thank you for your patronage. If you would rather not receive these emails, you can edit your email preferences.

Private & Confidential • Page 30

CONFIDENTIAL

Exhibit 18, Page 284
TU 130450



**AT THE PREVIEW**

**Event Team Ground Rules**

- All Trump U Team Members (travel permitting) will meet the evening prior to the preview to walk the space, setup the room, and ensure that all necessary materials that have been shipped to the hotel, have been located by the hotel staff.
- Team Members must arrive at the Preview hotel 2 hours prior to the event.
- All Trump U Team Members must be professionally dressed at least one-hour prior to the beginning of the Preview. Attire must always be neat, ironed and professional. All Trump U Team Members will always be dressed in a suit and must (with the exception of the Speaker) wear their jacket throughout the duration of the preview.
- Name badges must be worn.
- Trump U Team Members are not permitted to use cell phones during the preview. The only time cell phones are permitted is when be-backs are being contacted.
- Trump U Team Members are responsible for learning all parts of the preview set up process and working cohesively to do everything within their power to contribute to a successful event.
- Sales Coordinators are not permitted to have personal laptops at preview events. The only laptops that should be present are those of the Speaker and the Program Coordinator.

**Recording for Compliance During a Preview**

All Trump University previews, fulfillments, workshops, and retreats will be recorded for compliance and training purposes. All sessions will be recorded directly through the mixer to ensure the highest feasible sound quality for transcription and audibility purposes. All Trump University preview events shall be recorded in the following manner:

•All preview sessions are to be recorded separately and labeled appropriately inclusive of the event code and Speaker name.

•All orientation sessions given at the culmination of preview events, are to be recorded separately and labeled appropriately, inclusive of event code and orientation session speaker. Orientation sessions must be recorded through the mixer in order to ensure audibility for compliance purposes. Orientation speakers must use the microphone, regardless of the number of students at orientation. Should there only be a small number of buyers in the room, adjust volume on the mixer accordingly so that volume is not overwhelming, yet the recording will still be routed through the mixer.

•At the culmination of the preview campaign, Program Coordinators are responsible for emailing all preview and orientation to tmccarthy@trumpuniversity.com and aneumann@trumpuniversity.com within

CONFIDENTIAL

Exhibit 18, Page 285
TU 130451

TRUMP
UNIVERSITY

48 hours of the culmination of the event. All recordings will live on the shared server so that they may be accessed by the management staff at 40 Wall.

•Program Coordinators are responsible for immediately emailing any sessions containing questionable material with an explanation to aneumann@trumpuniversity.com and tmccarthy@trumpuniversity.com. This refers to any material that encompasses, but is not necessarily limited to the below:

   •Testimonials that are associated with any other courses or programs

   *For example: A speaker uses a testimonial of a student that was theirs before they worked for Trump University, and implies that it is a TU student that has gone through the Fast Track to Foreclosure training.*

   • Guarantees implying success will be claimed
   *For example: "If you attend this training, you will be able to make $10k within the next 60 days."*

   • Price drops that are reflected incorrectly
   *For example: "After you walk out that door today, the price on this program is going to jump from $1995 to $2495. This is an event price only."*

   • Shortage closes
   *For example: "The first four of you to sign up will get this as an extra bonus" or "We only have five spots left today for this training."*

CONFIDENTIAL

Exhibit 18, Page 286
TU 130452



**Preview Registration Setup**

    I. Registration Area Guidelines

        i. This area should always be completed first to alleviate distractions and confusion for early preview attendee arrivals.

        ii. First impressions are critical!  Make sure the registration area is neat and organized.

    II. Registration Area Setup

        i. Signage must be prominent and presentable

            a. Strategically place directional signs at point of entry

            b. Place standup banner at registration table for additional effect

        ii. Iron and place table banner on registration table

        iii. Place registration cards, guest registration cards, sharpies, and sticky name tags under the table until you are ready to start welcoming guests

        iv. Setup music to run in event room during registration for easy transition to room when doors open

**Preview Event Space Setup**

    I. Remember: No clutter!  Main goal is to not let anything be a potential turnoff to a buyer or distract from the flow and presentation

    II. Setup PC's Laptop Computer:

        i. Confirm that Verizon card works within meeting space

        ii. Confirm power source

        iii. Connect credit card swiper

    III. Setup Speaker's Laptop Computer:

        i. Confirm power source

        ii. Confirm laptop sound

        iii. Confirm projector connection

    IV. Event Materials

        i. Retrieve all necessary paperwork for preview from shipped boxes

        ii. Locate and organize materials needed

        iii. Stow boxes out of sight of the preview attendees

        iv. Display materials as indicated by Trump University

        v. Be neat!! Lack of organization and disorder reflects poorly on Trump University and will directly influence attendee confidence and impacts efficiency

    V. Setup AV Equipment

        i. Visual

            a. Connect projector to power source and speaker laptop

            b. Confirm projector power source and that projection is clear and straight on screen

            c. Presentation check

CONFIDENTIAL

Exhibit 18, Page 287

TU 130453



1. Check that wireless presenter is working

2. Test testimonial loop and video to eliminate any issues before presentation

  ii. Audio

    a. Connect mixer on back sales table to house sound and confirm power source

    b. Put new batteries in lavaliere microphone, connect to mixer and confirm receiver power source

    c. Connect iPod to mixer and confirm that it has been charged sufficiently

    d. Connect Speaker laptop sound to mixer

    e. Put new batteries in recorder and connect to mixer

    f. Sound check

      1. Lavaliere microphone and adjust volume as necessary

      2. IPod shuffle, adjust volume as necessary, and cue "Money, Money, Money" song (The O'Jays) for introduction

      3. Recorder through doing a "test" recording to ensure audibility

      4. Speaker laptop sound and adjust volume as necessary

VI. Setup Front of Room

  i. Display banners on cocktail rounds on either side of screen

  ii. Ensure that table banner is ironed and straight

  iii. Display incentive product as indicated by Trump University

  iv. Check that the hotel has provided a bar stool for speaker

  v. Check that the hotel has provided three bottles of water for speaker

VII. Chair Setup

  i. Room to be set theatre style

  ii. Confirm that there are extra chairs available in neat stacks towards the back of the room. (As per diagram)

  iii. Chairs should be close enough together to give attendees sufficient space, while still maximizing the room and bringing attendees out of their comfort zone.

  iv. Pens and pads should be placed on each chair. Extra pens and pads should be kept in the back so that they can be easily retrieved when chairs need to be added to the setup.

VIII. Overall Atmosphere

  i. Confirm that room temperature is no more than 68 degrees

  ii. Check to see if bulbs need to be removed from overhead lighting to avoid screen washout

  iii. Walk speaker space to ensure adequate spacing from screen to first row of chairs

CONFIDENTIAL

Exhibit 18, Page 288
TU 130454



Preview Set Up Will Be As Per Diagram:



CONFIDENTIAL

Exhibit 18, Page 289
TU 130455



**Registration Goal & Procedure:**

I. Registration Goal
    i. Welcome attendees
    ii. Find common ground
    iii. Disarm any uncertainty
    iv. Peak interest and/or "set the hook."

II. Registration Cards v. Email Tickets
    i. If an attendee does not come with a printed email ticket with a scan bar, they MUST complete a registration card. All registration cards must follow the guidelines below:
        a. Name, email, and phone number are required fields.
        b. Each card should be reviewed for legibility and completion. If something is missing, ask for it once.

III. Name Tags for Attendees
    i. Once an attendee has returned a completed registration card, they will be provided with a name tag written by a Trump University Team Member.
    ii. Clarify spelling preferences on attendee names – details count!
    iii. Ensure that names are written large and legibly on name tags

IV. Inform each attendee when you will open the doors to begin the Preview
    i. Inform the attendees of the water station
    ii. Know where the restrooms are located so that you are able to direct attendees as necessary
    iii. Be able to accommodate any special requests (For example: if an attendee arrives and he is on crutches, he should be immediately accommodated with a chair so that he does not have to stand and wait for doors to open.)

CONFIDENTIAL

Exhibit 18, Page 290
TU 130456



### 3 Key Questions to Identify Buyers

**1. What is your name?**
• Introduce yourself to each attendee at registration
• Establish rapport: shake hands, smile, and make eye contact
• Congratulate each attendee on being there

**2. What do you?**
• This can be brought up a number of ways, either by the look of pure exhaustion on an attendee's face after a long day or the way that they're dressed
• Let them know that you've found an answer to their problems and a way for them to change their lifestyle

> *For example:*
> Attendee: "Do I really have to fill out this registration card? I've been writing all day!"
> TU Team Member: "Well, this is really a confirmation card so that we can confirm that all of your information is up-to-date in our system. So you had had a long day at work, huh? I think we just might have something to help you out of that 9-5 of yours! What is it that you do?"

**3. What brought you out here today?**
• This will let you know how much initiative they've made and what their interest level is.

> *For example:*
> Low Initiative: "My husband dropped me off and said I had to come because I never leave the house."
> High Initiative: "I'm ready to make a change in my life because I want to provide a better life for my family."

**Remember:**
Once you've identified buyers, ask potentials to come and see you at the end of the presentation.

CONFIDENTIAL

Exhibit 18, Page 291
TU 130457



Preview Event Timeline:

|  | Speaker | Sales Coordinator #1 | Sales Coordinator #2 | Program Coordinator |
|---|---|---|---|---|
| Evening Prior: | Event Team Meets, Walks the Event Space, and Discusses Plan of Action: <br>•Registration Roles <br>•Speaker Introduction <br>•Trigger Slide to Setup Sales Area <br>•Sales Roles | | | |
| 2 Hours Prior: | Speaker Drops Off His Laptop To Hook Up to Audio Visual | Event Team Meets in Event Room to Setup Audio Visual, Banners, Directional Signage, Sales Coral, Front of Room, Tweak Chair Setup, and Locate Restrooms | | |
| 1 ½ Hours Prior: | | Registration Area Is Set with Ironed Tablecloth and Visual & Sound Checks Have Been Done to Confirm Connections for <br>•Power Point Presentation <br>•Speaker Laptop <br>• Speaker Mic <br>• IPod Sound <br>•Recorder | | |
| 1 Hour Prior: | Speaker Returns to Meeting Room to Get In "Preview Mindset" | Event Team Begins Registration & "Registration Roles" <br>•One Team Member Mans Registration Table <br>•One Team Member Acts as "The Floater" <br>•One Team Member Acts As "The Informant" | | |
| 20 Minutes Prior: | Speaker and "The Informant" <br>•Adjust The Room As Necessary Based Upon Current Numbers At Registration <br>•"The Informant" also caters to any last minute speaker | | Two Team Member Work Together At Registration to Identify Buyers and Register All Attendees | |

CONFIDENTIAL

Exhibit 18, Page 292
TU 130458



| 15 Minutes Prior: | | •Welcome Announcement Is Made and Doors Open with Apprentice Song Playing<br>•All Attendees are Directed and Seated By Trump U Team Members<br>•Apprentice Song Transitions Into Testimonial Loop and Trump Video<br>•Registration is Continued Throughout by at least 1 Trump U Team Member | |
|---|---|---|---|
| At Event Time: | •Speaker Begins Presentation | •Speaker Introduction Is Made By Team Member<br>(If Warranted by Speaker Preference)<br>•Registration and Seating continues with 2 Team Members | |
| 10 Minutes Into Event: | | •Sales Coordinator #1 Brings Registration Inside the Room and Registers and Seats Late Attendees while Watching for Buyer Signals (positive body language and responses to speaker questions)<br>•Sales Coordinator #2 Stands Outside the Meeting Space and Directs Latecomers Inside the Meeting Space to Registration | •Program Coordinator Enters All Registration Information Into the System<br>•Sends "Take 90 Minutes" Email to No Shows<br>•Assists Sales Coordinator #1 with Registration & Seating If Necessary |
| 1 Hour Into Event: | •Presentation | •Sales Coordinator #2 Returns To Meeting Space (Dependent Upon Number of Latecomers Still Arriving), Does Head Count, and Reports Number to PC<br>•Sales Coordinator #1 Watches Speaker for Signal (Too Hot, Needs Water, Cell Phones Ringing, Attendees Trying to Ask Questions, etc.) | •Program Coordinator Enters All Registration Information Into the System |
| 1 Hour, 15 Minutes Into Event | | •Sales Coordinators Put Together Buyer Packages (Goldmine & Preview Kits Inside Black Trump Bag)<br>•Write Appropriate Event Codes on Sales Forms<br>•Write Postcards to Buyers From Previous Sessions of The Existing Campaign | •Program Coordinator Finishes Entering All Registration Information Into the System<br>•Prepares The Session's Report<br>•Assists Sales Coordinators if Time Permits |

CONFIDENTIAL

Exhibit 18, Page 293
TU 130459



| | | | |
|---|---|---|---|
| 1 Hour, 20 Minutes Into Event: | | •Team Sets Up Sales Area with Enrollment Forms, Product & Chairs After Seeing "Trigger" Slide •Display Catch the Wave CDs | |
| At The Close: | | •Team Mans The Sales Area, Stands Up, Is Attentive to Speaker and Attendee Movement and Ready to Sell, Sell, Sell! | |
| During Sales Time: | •Stand Off To Side of Sales Table (Away From Door), Speak With Students Over Mic, Get Them Excited, and Get Them Seated at Sales Table | •Sales Coordinator #1 Stays At Sales Table and Facilitates Enrollment •Sales Coordinator #2 Floats and Gets More Attendees Seated at Sales Table | •Program Coordinator Works the Room with Special Attention To Team Members In Possession of a Credit Card that Needs to Be Run |
| | •Once All Paperwork is Complete, Buyers Are Sent to The Front of The Room for "Orientation" | | |
| Orientation: | | •One Staff Member Conducts Orientation •One Staff Member Walks to Retrieve Signage with Special Attention to Solicitors (See Procedure in Compliance Section) •One Staff Member Starts Striking the Set | •Program Coordinator checks to make sure Orientation Session is Being Recorded •Program Coordinator Completes Entry of Sales, Paperwork, and Session Report |
| At the Close of Orientation: | •All Staff Members Congratulate and Shake Hands with Buyers | | |
| After the Event: | •All Staff Members Strike the Set and Pack Up as a Team | | |

**Paperwork Procedure:**

    I. The Enrollment Form

        i. The Buyers Role

            a. Enrollment forms must contain all buyer information: full name, address, email, and phone number

            b. Buyers will be encouraged to list a guest and all pertinent guest contact information

            c. The buyer must circle the form of payment that he/she wishes to pay with- ALL PAYMENTS MUST BE RECEIVED IN FULL

Private & Confidential • Page 40



> **Reminder!!!**
>
> •Full payment of $1495 must be collected before paperwork is submitted to Trump U office after the Preview. Down payments are not an acceptable form of payment. If full payment is not received during preview event, the contract will be transferred to the inside sales department and will not be counted towards the final conversion. No exceptions.
>
> •A post dated check is never accepted as a form of payment on a preview.

        d. The bottom of the enrollment form must be signed by the buyer

    ii. The Trump U Team Member Role

        a. Verify that all buyer information is present

        b. Encourage the buyer to list a guest if the field is blank

        c. Write the last four digits of the credit card number or the check number dependant on form of payment circled

        d. Verify that the bottom of the enrollment form is signed

        e. Verify that the top of the enrollment form indicates the team present and accurate event code

        f. Write the current date and the date that is concurrent with the three day cancellation policy on the back of the buyers pink enrollment form and the back of the white enrollment form.

II. The Terms & Conditions Form

    i. The Buyers Role

        a. Print, sign, and date where indicated

    ii. The Trump U Team Member Role

        a. Verify that the buyer has printed, signed, and dated appropriately

III. The Buyer Package

    i. Once payment has been run through and confirmed, the buyer should be presented with the following:

        a. The pink copy of the Enrollment Form and the Terms & Conditions Form stapled together and tucked into their Trump folder (Preview Kit) containing all of the necessary event information

        b. The buyer incentive (currently: Goldmine)

        c. The above should be bundled together and placed in a black and gold Trump bag

        d. Direct them to a seat near the other buyers for orientation

CONFIDENTIAL

Exhibit 18, Page 295
TU 130461



CONFIDENTIAL

Advisor: _____

# TRUMP
UNIVERSITY

Event Code: _____
Client ID #: _____

## CONTACT INFORMATION

| NAME | | | | GUEST NAME | | |
|------|--|--|--|-----------|--|--|
| ADDRESS | | | | ADDRESS | | |
| CITY | STATE | ZIP CODE | | CITY | STATE | ZIP CODE |
| EMAIL | | | | EMAIL | | |
| HOME PHONE | WORK PHONE | | | HOME PHONE | WORK PHONE | |
| CELL PHONE | FAX | | | CELL PHONE | FAX | |

## ENROLLMENT

| | | | |
|--|--|--|--|
| Fast Track to Foreclosure 3-Day Training: (12 Month Audit Privileges) | $1,995 | **Paid** | **$1,995.00** (includes one FREE guest) |
| Premium Membership (12 months) | FREE | | |
| • Weekly Webinars | | | |
| • Client Advisor | | **Notes** | |
| • Continuing Education Events | | | |
| • Forms Vault | | | |
| • Resource Library | | | |
| • Empire City | | | |
| Real Estate Goldmine Audio Course (Special Edition) | FREE | | |
| Foreclosure DealFinder | First Month FREE* | | |

*Data Subscription Fees: I hereby authorize Trump University to charge my bank account or credit card account, noted below, in the sum of $34.95 per month, payable monthly as if I had personally signed a check or sales draft slip to Trump University. This authorization shall remain in effect unless and until I notify Trump University in writing that I wish to cancel this subscription, which I may do at any time whatsoever. A record of my payment will be included in my bank or credit card statement and will serve as my receipt. This subscription can be cancelled at the first day of training.

## PAYMENT

| ☐ **Credit Card**  VISA | NAME  EXACTLY AS IT APPEARS ON THE CARD (Please Print) | | |
|------|--|--|--|
| CREDIT CARD NO | BILLING ADDRESS (if different from above) | | |
| EXP DATE | SECURITY CODE | CITY | STATE | ZIP |
| ☐ **Check**  ACCOUNT NO | | CHECK NO | |

You may cancel this agreement without any penalty, at any time prior to midnight of the third business day after the date of this transaction. See cancellation notice on reverse side for explanation of this right.

You, the Buyer, may withdraw without penalty from the training class scheduled above by the end of the first day of the next regularly scheduled training class as specified above, or within (14) days from the enrollment date, whichever occurs first. If you attend at a subsequent time, the cancellation option will not apply.

This Program is provided for information only and no guarantees, promises, representations or warranties of any kind regarding specific or general benefits, monetary or otherwise, have been or will be made by the Program, Program instructors, Trump University, their affiliates or their officers, principals, representatives, agents or employees (collectively, "Principals"). I acknowledge that none of the Principals is engaged in rendering financial, investment, legal, accounting, or other professional services or advice. If such professional advice or other expert services are required, I acknowledge that I should seek the services of a competent professional who can consider my particular circumstances. I acknowledge that none of the Principals is responsible for, and they shall have no liability for, my business success or failure, my acts and omissions, the appropriateness of my business decisions, or my use of or reliance on Program information.

By signing below, I ("Participant") acknowledge that I have read and agree to the provisions on the front and back of this Enrollment Form.

| SIGNATURE | DATE | GUEST SIGNATURE | DATE |
|-----------|------|-----------------|------|
| | | | |

White Copy: TRUMP U          Pink Copy: CUSTOMER

Trump University  40 Wall Street 32nd Floor  New York, NY 10005  P. 212-248-1800  F. 212-937-3830

CONFIDENTIAL

Exhibit 18, Page 297
TU 130463



## IV. THE FULFILLMENT

**Behind the Scenes between the Preview & the Fulfillment:**
**Pre-Fulfillment Timeline:**

| During Preview: | Operations: Live Events Coordinator Orders Materials for Fulfillment Training |
|---|---|
| Immediately Following the Preview: | Service: Buyer Receives Email Inviting Him to the Wealth Builder's Network Premium |
| Day After Preview: | Service: Welcome Email Sent |
| | Service: Webinar Orientation Email Sent |
| | Service: Welcome Call From Client Advisor |
| 1 Week Prior to Fulfillment: | Live Events: Buyer Receives Post Card from Preview Team |
| 5 Days Prior: | Operations: Itinerary Constructed & Sent to Event Team |
| 4 Days Prior: | Operations: Spec Sheet Constructed & Sent to PC with Meeting Room Details |
| 3 Days Prior: | Operations: PC Orchestrates & Facilitates Phone Conference for Event Team |
| 2 Days Prior: | Service: Reminder Call |
| Day Of: | Operations: Event Team Personally Calls No Shows In Attempt to Get Them to Training |

**Behind the Scenes between the Preview & Fulfillment: Shipping Formula for Materials Ordered For Fulfillment During Preview:**

**Fulfillment Event:** The Live Events Coordinator will order based on a 45% show rate on the dev for those registered for the preview and a 20% conversion. The Live Events Coordinator will then multiply the number of expected buyers by 1.5 to account for guests and add 5 as a safety net. The end result is the number that the PC should accounting for in their ordering for the fulfillment.

*For example: If the "Preview Totals" in the "Tot Reg" row is 385 the formula is executed as follows:*
*385 x .45 = 173 (Expected Attendees)*
*173 x .2= 35 (Expected Buyers)*
*35 x 1.5 = 53 (Expected Attendees for Fulfillment Inclusive of Guests)*
*53 + 5 = 58 (Expected Attendees Inclusive of Safety Net)*
*The LEC will order for 58 of all materials for the fulfillment*
*The LEC will order fulfillment kits for 20% of those expected:*
*58 x .2= 12 (Total Buyers at Fulfillment)*

CONFIDENTIAL

Exhibit 18, Page 298
TU 130464



**Behind the Scenes between the Preview & Fulfillment: Premium Membership Email Automatically Sent to Buyer:**

   

Dear Azza,

Congratulations! When you enrolled at Trump University you took a giant step toward achieving your financial goals. Our job is to do everything that we can to help you along the way. We understand that successful real estate investors and entrepreneurs aren't created overnight, so at Trump University all of our programs offer one full year of ongoing support. That is our commitment to your success.

Your one year of support begins today. As a Trump Premium Member you now have access to exclusive resources, support and events that have been designed with the active investor in mind. Specifically, your learning plan now includes:

1) Weekly Expert Webinars - Keep your knowledge up to date with powerful webinars hosted by experts in real estate investing, asset protection, wealth creation, personal development and entrepreneurship. Each webinar is conducted online and includes the opportunity to ask personal questions.

2) Comprehensive Online Resources - Access your member-only resource library to read relevant articles and download legal forms. Every month we will be adding new articles and forms to keep you current with emerging industry trends.

3) Exclusive Member Forums - Connect with your peers; ask and answer questions; provide insight; get advice. Nothing is more powerful than being a part of a community of like-minded doers.

4) Dedicated Client Advisors - Consult with your Client Advisor on what courses to take and how to get the most out of the courses in which you are currently enrolled. Client Advisors are there to guide you through your learning plan.

CONFIDENTIAL

Exhibit 18, Page 299
TU 130465



5) Continuing Education Events - Attend one of our monthly regional continuing education events; network with other success-oriented individuals; brush-up on your fundamental skills.

Ready to go? Get started now. Once you log-in, you will be immediately directed to your new Premium site. Enjoy your membership!



To your success,

Michael Sexton

President
**Trump University**

CONFIDENTIAL

Exhibit 18, Page 300
TU 130466



**Behind the Scenes between the Preview & Fulfillment: Welcome Email Sent After Culmination of Preview Campaign:**



Dear Valued Member,

Congratulations you have been accepted to the **Trump University's School of Real Estate.**

We are excited that you have chosen to join us for a weekend filled with valuable information that will last a lifetime. The Fast Track **to Foreclosure Real Estate Retreat** in San Diego will be your first steps towards achieving financial independence.

**In Appreciation of Your Enrollment, You Will Also Receive a Complimentary 12-Month Premium Membership to The Trump University!**

Membership to this exclusive club includes:

- Regular access to your personal Member Advisor
- Weekly expert webinars
- Free continuing education programs
- Exclusive Graduate Days
- Full access to crucial legal forms
- Comprehensive resource library
- Special Member pricing on select products and programs

CONFIDENTIAL

Exhibit 18, Page 301
TU 130467



Be sure to watch for an email with all of your membership details!

One more thing: Also included in this packet is information about the location of the event and travel arrangements. Many of your questions will be answered with this information, so please review it carefully. Please do not hesitate to call with any additional questions you may have concerning the retreat.

We look forward to seeing you there!

Best regards,
Jason Schauer
**Trump University**
40 Wall Street, 32nd Fl.
New York, NY 10005
Phone: 646.810.2119
Fax: 212.248.0782
www.TrumpUniversity.com

## HOTEL and Travel Information

Manchester Grand Hyatt San Diego
One Market Place
San Diego, CA 92101
United States
619-232-1234

**The seminar will be held in the Hotel's Conference Center.**

Students are responsible for making their own hotel and travel arrangements. It is not mandatory to stay at the hotel listed above. If you would like additional information about other hotels in the area, please contact a retreat coordinator at (646) 810-2119.

Flight Information:

CONFIDENTIAL

Exhibit 18, Page 302
TU 130468



If you are flying, we suggest that you use an on-line travel search engine such as www.expedia.com or www.orbitz.com. They are an excellent resource when looking for the cheapest available flights and are extremely user-friendly.

Fri. December 12th: 8:15 a.m. – Registration Begins
9:00 a.m. – Class Begins
12:00-1:00- Lunch at the Hotel
Class Ends at Approximately 6:00 p.m.

Sat. December 13th: 9:00 a.m. – Classroom
12:00-1:00 Lunch at Hotel
Class Ends at Approximately 6:00 p.m.

Sun. December 14th: 9:00 a.m. – Classroom
12:00-1:00 Lunch at Hotel
Class Ends at Approximately 6:00 p.m.

## Frequently Asked Questions

**What should I bring?** You are not required to bring any Trump University materials that you have already received thus far. A new workbook will be provided at the retreat. The hotel provides pens and small notepads. However, you may want to bring extra note-taking materials with you.

**What should I wear?** Dress comfortably, as you will be in class for the majority of the time.

**Are meals included?** We will not be providing meals at your retreat.

**Do I have to stay at the hotel where the retreat is being held?** No, however we do expect that you allow adequate travel time in order to be on time for class.

**How do I get to the hotel once I arrive?** The most common form of transportation is either by taxi or rental car. The hotel does not offer a shuttle service.

**May I bring a guest?** Due to limited space you are only eligible to bring one guest. Please contact your Retreat Coordinator to register your guest

Jason Schauer
Trump University
40 Wall Street, 32nd Floor

CONFIDENTIAL

Exhibit 18, Page 303
TU 130469



**Behind the Scenes between the Preview & Fulfillment: Email Sent Introducing Webinar Day After Culmination of Preview Campaign:**



December 4, 2008

Dear Valued Member,

We want to make sure you have all the information you need to log-in to your Fast Track to Foreclosure Investing introductory webinar.  This webinar will help you get started and be ready for the 3 day Fast Track to Foreclosure Retreat. You will be able to access this webinar at your convenience.

To participate in this webinar:

1) Go to trumpu.acrobat.com/p93352523/

2) You will be able to listen to the webinar through your computer's speakers or by connecting your headphones to the headphone jack in your computer.

We hope you can join us for this informative session!

To your success,

*[signature]*

Michael Sexton

President
**Trump University**

Private & Confidential  •  Page 49

CONFIDENTIAL

Exhibit 18, Page 304
TU 130470



**Welcome Call from Client Advisor Day After Culmination of Preview Campaign:**

Hi may I speak with (students name), this is (your name) calling from Trump University, how are you today?

Student will answer

Great! Welcome and Congratulations on enrolling in the Fast Track to Foreclosure Training program, coming the (give dates i.e. 6th, 7th and 8th).

(Speaker's Name) asked me to give you a call and make sure you have everything you needed. Also, I have recently sent over a few e-mails, were you able to check yet if you received those?

(Usually they have not checked)

Ok, not a problem whenever you have a chance, there are two emails in particular. One is just a basic itinerary of the three days; the times, dates and location. The other email contains an Orientation Webinar; the webinar runs about 25min and brings you through the Jump Start Guide, which is a great resource for you to have, it is a resource that allows you to write down your goals and what you are hoping to achieve through Real Estate.

You were also given some homework to complete, do you have any questions on how to get started with that or where to find the homes?

Great, also I wanted to double check you enrolled a guest, I can't emphasis the importance of a team environment; and how important it is to have a great support system in place.

(check to make sure you have the correct email and get new information if needed)

If you have any more questions before the training, all my contact information is at the bottom of my emails, and please do not hesitate to contact me.

Have a great day!

CONFIDENTIAL

Exhibit 18, Page 305
TU 130471



**Behind the Scenes between the Preview & Fulfillment: Itinerary Sent to Event Team 5 Days Prior to Event:**

## FTF- NEW YORK 14-16 NOVEMBER, 2008

Event Code: RTRFTF-20081114x

**Attendee Registration:** 132
**Expected Attendee with Guests:** 203 (Registered attendees exceed formula - Add 50% to Attendee registration to allow for free guest)
**Minimum Sales Goal:** $507,500 ($2500 per head: 75% cash collected)

Friday, November 14, 2008
Saturday, November 15, 2008
Sunday, November 16, 2008

**Event Staffing:**

| | | | |
|---|---|---|---|
| Speaker - | James Harris | | |
| Sales Coordinator- | Ryan Lotman | | |
| Sales Coordinator- | Scott Leitzell | | |
| Sales Coordinator- | Cory Lignell | | |
| Sales Coordinator- | Mike Dubin | | |
| PC/Sales Coordinator- | Tiffany Brinkman | | tbrinkman@trumpuniversity.com |
| Program Coordinator- | Jason Schauer | | jschauer@trumpuniversity.com |
| Speaker Observing- | Steve Goff | | sgoff@trumpuniversity.com |

**Venue:**
**New Yorker Hotel**
**481 8th Avenue & 34th Street**
**New York, NY 10001**
**917.267.2666**
Contact: Patricia Wong

**Hotel Accommodations:**
Same as above
Check In: Friday, November 14
Check Out: Monday, November 17
James Harris        Confirmation Number: 304908
Steve Goff          Confirmation Number: 307180 (check in Thursday)
Tiffany Brinkman Confirmation Number: 304916

Private & Confidential • Page 51

CONFIDENTIAL

Exhibit 18, Page 306
TU 130472



Ryan Lotman    Confirmation Number: 304914
Scott Leitzell    Confirmation Number: 304910 (check in Thursday)
Cory Lignell    Confirmation Number: 304911
Mike Dubin    Confirmation Number 304918

CONFIDENTIAL

Exhibit 18, Page 307
TU 130473



TRUMP
UNIVERSITY

Behind the Scenes between the Preview & Fulfillment: Spec Sheet Sent to PC 4 Days Prior to Event:

| Venue | WESTIN SEATTLE |
|---|---|
| Event Date | OCTOBER 24-26, 2008 |
| Event Time(s) | 9:00 am-5:00pm |
| Event Name | FAST TRACK TO FORECLOSURE |
| Meeting Room Name | University/Island (2/3 of ballroom) |
| Square Footage of Meeting Room | 3234 Square Feet |
| Ceiling Height | 12' |
| Any Obstructions (Pillars, etc.) | No |
| Onsite for Event Day | Banquet Captain Donna or Solonge |
| Audio Visual Onsite for Event Day | Joshua Collins |
| Confirm: Event to Be Posted as: "Trump University: Fast Track To Foreclosure" | Yes |
| Received Diagram | Yes |
| Parking Fee | Free |
| Parking Fee Waived for Staff | Free |
| Notified of Boxes Enroute | Yes |
| Notified of Boxes To Ship Out | Yes talk to Donna or Solonge |
| Projection Type (Rear or Front?) | Front |
| Overhead Projector Ordered? (Set on speaker right) | Yes |
| State Flag, US Flag & Plants Available | Yes |
| Pens & Pads In Room Confirmed | Yes |
| Water Pitchers on Tables Confirmed | Yes |
| Confirm Coffee (Reg/ Decaf/ Tea) to be Set By 9am Each Morning Inside Room | set by 7:30 am |
| Confirm- Banquets MUST check with [Susan Morrison] To Get Permission to Refill Coffee!!! | Yes |
| Time Meeting Room To Be Completely Set By | set by 6:00am |
| Internet Ordered if Necessary | Ordered for Saturday only |
| Sound Patch to Speaker's Computer if Necessary | Patch to House sound only |
| Speaker Phone Wired through House Sound if Necessary | Saturday only |
| Send Full & Final via Email or Fax | talk to Donna |
| Full & Final Status | talk to Donna |
| Sleeping Rooms Confirmed (Room & Tax to Master) | Yes |

Private & Confidential • Page 53

CONFIDENTIAL

Exhibit 18, Page 308
TU 130474



| | |
|---|---|
| Final Number/ Room To Be Set For (Classroom Style with Center Aisle) | 60 |
| Name of Onsite Contact that Reviewed all of Above Details | Lynne Davis-Domme |

**Behind the Scenes between the Preview & Fulfillment: Email Sent to Event Team Announcing Phone Conference Details Sent 4 Days Prior:**

Good Evening Team Denver,

Please dial in for a brief meeting during which we will touch on the following

1. Team Introductions
2. Event Review
   a. # Registered for event
   b. Room and AV Set Up
   c. Free Giveaways
   d. Event Expectations (flow of presentation and sales)
   e. Buyer package to be given out after sale
3. Hotel and Flight Information (Arrival and Departure times)
4. Open Items (Suggestions/Comments, PPT copies for back up, Items to be given out etc)

| Conferenc Details | |
|---|---|
| Scheduled Conference Date: | Wednesday, June 11, 2008 |
| Scheduled Start Time: | 1:00 PM Eastern Standard Time |
| Scheduled End Time: | 1:40 PM Eastern Standard Time |
| Scheduled # of Participants: | 7 |
| Type of Conference: | Web-Scheduled Standard |
| Dial-In Number: | 1-785-686-2400  (Kansas) |
| Participant Access Code: | 824698 |

CONFIDENTIAL

Exhibit 18, Page 309
TU 130475

TRUMP
UNIVERSITY

Looking forward to a fabulous event!

Best regards,

April Neumann

**Behind the Scenes between the Preview & Fulfillment: Reminder Call from Customer Service 2-3 Days Prior:**

Is [NAME] available?

Hello, this is _____ from Trump University. I'm calling with a courtesy reminder that you have reserved a seat at our Fast Track to Foreclosure Seminar **August 22nd -24th**. The class is being held at The San Diego Marriott Hotel and Marina in **San Diego, CA 92101** and is being taught by one of Mr. Trump's top instructors, Mr. Steve Goff

We recommend that you bring a pen and paper to take notes during the class. You may also want to bring a sweater as the hotel facility can be quite cold. Finally, we encourage you to bring a guest. There is no charge for guests and many successful real estate investors find it easier to work with a partner.

This may be a once-in-a-lifetime opportunity to create massive profits from real estate investing if you know what you are doing. And our goal is to make sure that you do!

If you have any questions please contact our customer support team at 877-508-7867 extension 0.

Have a great day.

CONFIDENTIAL

Exhibit 18, Page 310
TU 130476



## AT THE FULFILLMENT

### Event Team Ground Rules

- All Trump U Team Members (travel permitting) will meet the evening prior to the preview to walk the space, setup the room, and ensure that all necessary materials that have been shipped to the hotel, have been located by the hotel staff.
- Team Members must arrive at the Fulfillment hotel 2 hours prior to the event.
- All Trump U Team Members must be professionally dressed at least one-hour prior to the beginning of the Fulfillment. Attire must always be neat, ironed and professional. All Trump U Team Members will always be dressed in a suit and must wear their jacket throughout the first two hours of each day of the event.
- Name badges must be worn.
- Trump U Team Members are not permitted to use cell phones during the fulfillment. The only time cell phones are permitted is when no-shows are being contacted or, in very limited circumstances, the Trump U Team Member has verbally indicated to the other Team Members that he/she must make an extremely important call.
- Trump U Team Members are responsible for learning all parts of the fulfillment set up process and working cohesively to do everything within their power to contribute to a successful event.
- Sales Coordinators are permitted to use their personal laptops during three day training events. All Trump University Team Members will be required to have the below image as their desktop background at all Trump University Events. Please follow the below instructions for setting this image as your desktop background on your laptop:



1. Double click the attachment in the email in which this image was sent to you, to open the image, and save the image to your computer so that you can reference and set as your desktop background as necessary.
2. Go into the start menu, in the lower left corner of your computer screen and click "My Computer."
3. Locate the "Control Panel" button and double click.
4. Locate the "Display" icon and double click.
5. Click the "Desktop" tab.
6. Click "Browse" and locate the image that you just saved to your computer.

CONFIDENTIAL

Exhibit 18, Page 311
TU 130477



7. Double click the image so that it appears on the computer icon in the popup box.
8. Click "apply" and then click "ok."
The above image will now be your desktop background.

## Recording for Compliance During the Fulfillment

All Trump University fulfillments, workshops, and retreats will be recorded for compliance and training purposes. All sessions will be recorded directly through the mixer to ensure the highest feasible sound quality for transcription and audibility purposes. All Trump University three day training events shall be recorded in the following manner:

• All three day trainings are to be recorded in their entirety. Trainings will be recorded in two or more sections per day and labeled appropriately. Rename recordings utilizing the standard three day training recording format, indicating event code, speaker last name, and numbered sequentially.

• All staff lecturers shall be recorded separately and sessions labeled appropriately. All parts will be numbered so that all recordings are in order of the actual daily line-up. *Note: This is inclusive of any time Program Coordinators and Sales Coordinators speak. Anything that is spoken from the front of the room must be recorded.*

• Under no circumstances should live phone calls with sellers be recorded. It is illegal to record the other party without their consent.

• All closes- whether they be a soft close or a hard close- shall be recorded separately and labeled appropriately.

    • All closes are to be labeled appropriately and emailed to tmccarthy@trumpuniversity.com; aneumann@trumpuniversity.com, at the culmination of that particular day. In the case that there are two closes (for example, on day 2 the speaker does a soft close right after lunch, and a hard close at the end of the day) both recordings will be sent and labeled accordingly.

• At the culmination of the three day training event, Program Coordinators are responsible for emailing all sessions to tmccarthy@trumpuniversity.com and aneumann@trumpuniversity.com within 48 hours. All recordings will live on the shared server so that they may be accessed by the management staff at 40 Wall.

• Program Coordinators are responsible for immediately emailing any sessions containing questionable material with notes to tmccarthy@trumpuniversity.com ; aneumann@trumpuniversity.com. This refers to any material that encompasses, but is not necessarily limited to the below:

    • Testimonials associated with any other courses or programs

CONFIDENTIAL

Exhibit 18, Page 312
TU 130478



*For example: A speaker uses a testimonial of a student that was theirs before they were with Trump University, and implies that it is a TU student that has gone through the Trump Elite Gold Package.*

• Guarantees implying success will be claimed
*For example: "If you enroll in the three day mentoring package, you will be able to make $40k on your first deal."*

• Price drops that are reflected incorrectly
*For example: "After you walk out that door today, the price on this program is going to jump from $35,995 to $48,490. This is an event price only."*

• Shortage closes
*For example: "The first four of you to sign up will get this as an extra bonus" or "We only have five spots left today for this training."*

**Fulfillment Registration Setup**

I. Registration Area Guidelines
  i. This area should always be completed first to alleviate distractions and confusion for early attendee arrivals.
  ii. First impressions are critical!  Make sure the registration area is neat and organized.

II. Registration Area Setup
  i. Signage must be prominent and presentable
    a. Strategically place directional signs at point of entry
    b. Place standup banner at registration table for additional effect
  ii. Iron and place table banner on registration table
  iii. Place registration cards, guest registration cards, roster, printed name tags, sharpies, extra name tags, and Photo & Testimonial Consent Forms under the table until you are ready to start welcoming guests
  iv. Ensure that all name tags of previous "Elite Buyers" have been tagged with the black and gold "Trump Elite" ribbons
  v. Setup music to run in event room during registration for easy transition to room when doors open

CONFIDENTIAL

Exhibit 18, Page 313
TU 130479



**Fulfillment Event Space Setup**

    I. Remember: No clutter!  Main goal is to not let anything be a potential turnoff and distract from the flow of the event

    II. Setup PC's Laptop Computer:

        i. Confirm that Verizon card works within meeting space

        ii. Confirm power source

    III. Setup Speaker's Laptop Computer:

        i. Confirm power source

        ii. Confirm laptop sound

        iii. Confirm projector connection

    IV. Event Materials

        i. Retrieve all necessary paperwork for preview from shipped boxes

        ii. Locate and organize materials needed

        iii. Stow boxes out of sight of the attendees

        iv. Display materials as indicated by Trump University

        v. Be neat!!  Lack of organization and disorder reflects poorly on Trump University and will directly influence attendee confidence and impacts efficiency

    V. Setup AV Equipment

        i. Visual

            a. Connect projector to power source and speaker laptop

            b. Confirm projector power source and that projection is clear and straight on screen

            c. Confirm overhead projector power source and that projection is straight on screen

            d. Place adequate transparencies and overhead markers next to the overhead projector

            e. Presentation check

                1. Check that wireless presenter is working

                2. Test testimonial loop and video to eliminate any issues before presentation

        ii. Audio

            a. Connect mixer on back sales table to house sound and confirm power source

            b. Put new batteries in lavaliere microphone, connect to mixer and confirm receiver power source

            c. Put new batteries in handheld microphone, connect to mixer and confirm receiver power source

            d. Connect iPod to mixer and confirm that it has been charged sufficiently

            e. Connect Speaker laptop sound to mixer

            f. Put new batteries in recorder and connect to mixer

CONFIDENTIAL

Exhibit 18, Page 314
TU 130480



    g. Sound check
        1. Lavaliere microphone and adjust volume as necessary
        2. Handheld microphone and adjust volume as necessary
        3. IPod shuffle, adjust volume as necessary, and cue "Money, Money, Money" song (The O'Jays) for introduction
        4. Recorder through doing a "test" recording to ensure audibility
        5. Speaker laptop sound and adjust volume as necessary

VI. Setup Front of Room
    i. Display banner on 6 ft. table between two screens
    ii. Ensure that table banner is ironed and straight on 6 ft. table that is between two screens
    iii. Display incentive product as indicated by Trump University
    iv. Check that the hotel has provided a bar stool for speaker
    v. Check that the hotel has provided three bottles of water for speaker

VII. Chair Setup
    i. Room to be set classroom style
        a. Pens and pads should be placed at each place setting.  Extra pens and pads should be kept in the back so that they can be easily retrieved when chairs need to be added to the setup.
        b. A water glass should be at each place setting, and pitchers of water should be within reach for each attendee
        c. No candy should ever be on tables!

VIII. Overall Atmosphere
    i. Confirm that room temperature is no more than 68 degrees
    ii. Check to see if bulbs need to be removed from overhead lighting to avoid washing out of screens
    iii. Walk speaker space to ensure adequate spacing from screens to first table

CONFIDENTIAL

Exhibit 18, Page 315
TU 130481



**Fulfillment Set Up Will Be As Per Diagram:**



CONFIDENTIAL

Exhibit 18, Page 316
TU 130482



**Fulfillment Registration Procedure:**

I. Welcome Attendees

II. Check Each Attendee Off on the Roster

    i. Ask if he/ she has changed any contact information since last you saw them, if so, hand them a white primary registration card so that they may record the correct information to be entered into our system

    ii. Ask if he/she has brought a guest

        a. If a guest is present they must fill out a blue guest card in order to complete the registration process

        b. Each card should be reviewed for legibility and completion. If something is missing, ask for it.

    iii. In the event that an attendee is not on the roster, write down their name, and ask for them to step to the side and that you will investigate and be back with them momentarily

III. Photo & Testimonial Consent Forms

    i. Once an attendee has been checked off on the roster and guests have filled out their guest cards, each attendee will be given a Photo & Testimonial Consent Form to complete

    ii. In the event that an attendee is not comfortable completing the consent form, do not pressure them, just remember to not use the consent forms as a method of calculating attendance

IV. Name Tags

    i. After each attendee has completed all of his/her paperwork, they may receive a name tag

    ii. Remind the attendee that name tags must be worn at all times, and set an example by wearing yours

    iii. If an attendee's name is spelled incorrectly on their name tag, apologize and hand-write them a new one. Make a note of it and let them know that you will get them a printed name tag at break.

    iv. Hand-write name tags for unexpected guests. Make a note of it and let them know that you will get them a printed name tag at break.

V. Photos

    I. Student photos will be taken at all Trump University fulfillments, workshops, and retreats to be used for one-on-one and compliance purposes. Photos should be taken at all Trump University events and posted as follows:

> *Note:*
>
> *If at any time a student refuses to have their picture taken, the Program Coordinator will utilize a picture of the Trump Logo and write the student's name on the logo.*

    ii. All photos will be taken in the following manner

CONFIDENTIAL

Exhibit 18, Page 317

TU 130483



a. After receiving a name tag, students will be directed to the designated staff photographer to have their picture taken. Students must wear their name tags in their photos so that the student's name is clearly posted in the picture.

VI. Entering the Event Room

i. Students may enter the event room once they have completed the entire registration process.

**Evening Prior to Fulfillment- Event Responsibilities:**

| Pre-Event Responsibilities | Speaker | Sales Coordinator #1 | Sales Coordinator #2 | Program Coordinator |
|---|---|---|---|---|
| Evening Prior: | Event Team Meets, Walks the Event Space, and Discusses Plan of Action:<br>•Registration Roles<br>•Team Introductions<br>•Format for the Weekend<br>•When Student Profiles Distributed | | | |

**Day 1 Fulfillment-Event Responsibilities:**

| Day 1 Responsibilities | Speaker | Sales Coordinator #1 | Sales Coordinator #2 | Program Coordinator |
|---|---|---|---|---|
| 2 Hours Prior: | | Event Team Meets in Event Room to Setup Audio Visual, Banners, Directional Signage, Sales Coral, Front of Room, Tweak Room Setup as Per Number Registered, Locate and Setup Workbooks and Other Paperwork and Locate Restrooms | | |
| 1 ½ Hours Prior: | Speaker Drops Off His Laptop To Hook Up to Audio Visual | Registration Area Is Set with Ironed Tablecloth, Name Tags are Ready to go, and Visual & Sound Checks Have Been Done to Confirm Connections for | | |

CONFIDENTIAL

Exhibit 18, Page 318
TU 130484



| | | | |
|---|---|---|---|
| | | •Power Point Presentation<br>•Overhead Projector<br>•Speaker Laptop<br>• Speaker Mic<br>• Handheld Mic<br>• IPod Sound<br>•Recorder | |
| 45 Minutes Prior: | Speaker Returns to Meeting Room to Get In "Fulfillment Mindset" | Event Team Begins Registration & "Registration Roles"<br>Doors Open, Music is Playing<br><br>•One Team Member Mans Registration Table<br><br>•One Team Member Acts as "The Photographer"<br><br>•One Team Member Acts As "The Welcomer" | |
| At Event Time: | •Speaker Begins Presentation | •Registration & Photos Continue Outside with 2 Team Members<br><br>•One Team Member Seats Latecomers and Watches for Speaker Signals | |
| 15 Minutes Into Event: | •Presentation | •Sales Coordinator #1 Brings Registration Inside the Room and Registers Late Attendees and Sends them Outside to Have Their Photo Taken<br><br>•Sales Coordinator #2 Stands Outside the Meeting Space and Directs Latecomers Inside and Takes Pictures as Necessary | •Program Coordinator Enters All Registration Information Into the System<br><br>•Assists Sales Coordinator #1 with Registration & Seating If Necessary |
| 30 Minutes Into Event: | | •Sales Coordinator #2 Returns To Meeting Space (Dependent Upon Number of Latecomers Still Arriving), Does Head Count, and Reports Number to PC | •Program Coordinator Enters All Registration Information Into the |

CONFIDENTIAL

Exhibit 18, Page 319
TU 130485



| | | | System |
|---|---|---|---|
| | | •Sales Coordinator #1 Watches Speaker for Signal (Too Hot, Needs Water, Cell Phones Ringing, Attendees Trying to Ask Questions, etc.) | |
| When Speaker Announces Attendee Introductions: | | •Sales Coordinators Take Notes with Special Attention to Real Estate History, Current Profession, and Interest Level | •Program Coordinator Prepares Day 1 Report While Listening |
| When Speaker Announces Team Introductions: | | •All Team Members Drop What They Are Doing and Walk to Front of the Room for Introduction<br>•Directly Following Introductions, Team Calls "No-Shows" | |
| If a Student Comes In to Cancel: | | •One Team Member Works With Them to Fill Out All Appropriate Paperwork and Collect All Necessary Materials | |
| Photos Are Printed | •Presentation | Each Student's Photo Will be Printed Twice:<br>•The first photo should be printed in either 3x5 or wallet size. This photo will be stapled to the Student goal sheet for the team's review. The photo will be removed before the Student profile sheet is returned and stapled to the Photo & Testimonial Consent Form and Return to the office.<br>•The second photo should be printed in 4x6 size. This photo will be used on the photo boards That are utilized to display the assigned teams for the event.<br>Photos Will Also Be Emailed to Corporate:<br>•All student photos from each event will be downloaded onto the shared server, and placed in the folder marked "Student Photos." Program Coordinators will create a folder labeled with the event code within the "Student Photos" folder so that it may be easily referenced in the instance of a chargeback. | |
| When Speaker Announces Student Profiles: | | •Team Works Together to Distribute Student Profiles to Class | |

CONFIDENTIAL

Exhibit 18, Page 320
TU 130486



| On Breaks: | • Team mingles with students with special attention to relieving the Speaker from needy attendees<br>• Team manages that music is playing on all breaks | | |
|---|---|---|---|
| Throughout the Day: | • Presentation | • Attentive to Speaker Signals and Requests<br>• Assists PC with Photos and Handouts as Necessary<br>• Available to Students for Questions | • Checks to make sure everything is being recorded<br>• Completes Day 1 Report<br>• Tends to Student Needs as Necessary<br>• Works with Hotel to Receive Assistance, Room Refreshing, and Billing |

<u>Evening of Day 1- Event Responsibilities:</u>

| Day 1 After Event Responsibilities | Speaker | Sales Coordinator #1 | Sales Coordinator #2 | Program Coordinator |
|---|---|---|---|---|
| | • Team Works Together to Identify Potential Buyers With Student Profile Sheets | | | |

**Identifying Buyers:**

Once you have the completed profiles, the team should go through each profile and determine who has the most and least liquid assets and rank them using the following scale:

    E1 – Over $50,000 of liquid assets

    E2 – Between $20,000 and $30,000 of liquid assets

    E3 – Under $10,000 of liquid assets

    E4 – Less than $2,000 of liquid assets

CONFIDENTIAL

Exhibit 18, Page 321
TU 130487



401ks and IRAs should not be considered when using the ranking system since these are not liquid, available cash.

**Day 2 Event Responsibilities:**

| Day 2 Responsibilities | Speaker | Sales Coordinator #1 | Sales Coordinator #2 | Program Coordinator |
|---|---|---|---|---|
| 1 Hour Prior: | Speaker Drops Off His Laptop To Hook Up to Audio Visual | Event Team Meets in Event Room to Setup Audio Visual, Banners, Directional Signage, Tweak Room Setup as Necessary, Locate Necessary Paperwork for Day 2 (Handouts, etc), and Setup Cocktail Rounds Outside Meeting Space for One-On-Ones! | | |
| 45 Minutes Prior: | | Registration Area Is Set with Ironed Tablecloth, Extra Name Tags are Ready to go, and Visual & Sound Checks Have Been Done to Confirm Connections for<br><br>•Power Point Presentation<br>•Overhead Projector<br>•Speaker Laptop<br>• Speaker Mic- Change Batteries!<br>• Handheld Mic- Change Batteries!<br>• IPod Sound<br>•Recorder- Change Batteries!<br>•Ensure that Polycom is Setup for Calls! | | |
| 1/2 Hour Prior: | Speaker Returns to Meeting Room to Get In "Fulfillment Mindset" | Event Team Registers Any Guests that Were Not in Attendance on Day 1 | | |
| | | Doors Open, Music is Playing | | |
| | | Team Members Mingle with Students | | |
| At Event Time: | •Speaker Begins Presentation | •Registration & Photos Continue Outside with 2 Team Members<br><br>•One Team Member Seats Latecomers and Watches for Speaker Signals | | • PC Works on Day 2 Report |
| On Breaks: | | •Team mingles with students with special attention to relieving the Speaker from needy attendees<br>•Team manages that music is playing on all breaks | | |

CONFIDENTIAL

Exhibit 18, Page 322
TU 130488



| During the Close: | •Presentation | •Entire Team is in Event Room and is Attentive to Presentation •Team Watches for Buyer Signals | |
|---|---|---|---|
| Throughout the Day: | •Presentation | •Attentive to Speaker Signals and Requests •Begin One-On-Ones •Available to Students for Questions | •Check to make sure everything is being recorded •Complete Day 2 Report •Tend to Student Needs as Necessary •Work with Hotel to Receive Assistance, Room Refreshing, and Billing •Prepare folders to be distributed at close •Prepare packages to be distributed to buyers |

**The One-On-One**

The importance of a one-on-one with every student cannot be emphasized enough. The one on one session is the time for the sales coordinator to sit down and determine the status of the student's goals, current investments, and current financial situation. Each Trump U Team Member should remind each student to be truthful when completing the profiles since, without an accurate profile, the path to success cannot be charted.

Once you sit down with a student or couple, make sure that you maintain control of the conversation. You may begin with some small-talk to establish rapport with the students but do not let them take control the conversation. More importantly, avoid allowing them to take time to tell you about their past real estate and investment experiences. (The past is the past and their future starts now with TU.) Make sure to utilize open-ended questions in order to get a read for how the student is feeling about the process. Some examples are:

•What brought you here this weekend?

•Tell me what you plan on doing first thing Monday after this weekend is over.

•Do you see the value of a mentor and continuing your education with TU?

CONFIDENTIAL

Exhibit 18, Page 323
TU 130489



You must be very aggressive during these conversations in order to push them out of their comfort zone. If they see themselves as an experienced investor, ask them what brought them to the seminar. Also, mention that TU programs will only give them the opportunity to become a more educated investor. If they complain about the price, remind them that Trump is the BEST!! This is the last real estate investment they will ever need to make!! Remind them that TU teams are only looking for those students who qualify and have a positive attitude. We are the best of the best. At the end of the session, use positive reinforcement in order to calm their fears.

---

Remember!

- Each One-On-One should be no longer than 20 minutes. At the end of 20 minutes, you should know whether they are displaying buying signals or not.

- Treat every One-On-One the same. Remember that students like to stretch the truth and/or not put all of their information on their form.

- Have fun! They are looking up to us and we are the experts!!

---

### Evening of Day 2- Event Responsibilities:

| Day 2 After Event Responsibilities | Speaker | Sales Coordinator #1 | Sales Coordinator #2 | Program Coordinator |
|---|---|---|---|---|
| | •Team Meets to Discuss One-On-One Findings and Create Plan of Action for Sunday | | | |

### Day 3- Event Responsibilities:

| Day 3 Responsibilities | Speaker | Sales Coordinator #1 | Sales Coordinator #2 | Program Coordinator |
|---|---|---|---|---|
| 1 Hour Prior: | Speaker Drops Off His Laptop To Hook Up to Audio Visual | Event Team Meets in Event Room to Setup Audio Visual, Banners, Directional Signage, Tweak Room Setup as Necessary, Locate Necessary Paperwork for Day 2 (Handouts, etc), and Setup Cocktail Rounds Outside Meeting Space for One-On-Ones! | | |
| 45 Mins Prior: | | Registration Area Is Set with Ironed Tablecloth, Extra Name Tags are Ready to go, and Visual & Sound Checks Have Been Done to Confirm Connections for •Power Point Presentation | | |

CONFIDENTIAL

Exhibit 18, Page 324
TU 130490



| | | | |
|---|---|---|---|
| | | • Overhead Projector | |
| | | • Speaker Laptop | |
| | | • Speaker Mic- Change Batteries! | |
| | | • Handheld Mic- Change Batteries! | |
| | | • IPod Sound | |
| | | • Recorder- Change Batteries! | |
| 1/2 Hour Prior: | Speaker Returns to Meeting Room to Get In "Fulfillment Mindset" | • Doors Open, Music is Playing<br>• Team Members Mingle with Students | |
| At Event Time: | • Speaker Begins Presentation | • One-On-Ones Continue | |
| On Breaks: | • Team mingles with students with special attention to relieving the Speaker from needy attendees<br>• Team manages that music is playing on all breaks | | |
| Throughout the Day: | • Presentation | • Attentive to Speaker Signals and Requests<br>• Continue One-On-Ones<br>• Available to Students for Questions | • Check to make sure everything is being recorded<br><br>• Run Sales as Necessary<br><br>• Tend to Student Needs as Necessary<br>• Work with Hotel to Receive Assistance, Room Refreshing, and Billing<br>• Prepare packages to be distributed to buyers |
| Survey Distribution | • Distributed Surveys to All Attendees & Collects Once Completed in Exchange for Certificates | | |
| Send Off: | • Team congratulates buyers, shakes hands, and reinforces the purchase at send-off, leaving buyers feeling that they made the right decision | | |

CONFIDENTIAL

Exhibit 18, Page 325
TU 130491



**Fulfillment Paperwork Procedure:**

I. The Enrollment Form
    i. The Buyers Role
        a. Enrollment forms must contain all buyer information: full name, address, email, and phone number
        b. Buyer must indicate as to which package they are enrolling
        c. Buyers will be encouraged to list a guest and all pertinent guest contact information
        d. The buyer must circle the form of payment that he/she wishes to pay with

> **Post Dated Checks Policy:**
>
> *Note: In the instance that a check is post dated, it will be considered as a pending sale until the date of the check comes to fruition.*
>
> Procedure for Documenting a Post Dated Check:
>
> • A post dated check does not count towards the dollars/head collected, nor will it count as a sale or towards any conversion until the check is deposited.
> • A check's date should never be more than ten days in advance of the date that it is collected.
> • All checks collected, must be entered into the dev. To enter a post dated check, select the check option as a form of payment. Enter all pertinent information, and then select the date from the calendar icon that corresponds with the date that is on the check. The check will not be counted as "cash collected" until the actual date that it is posted dated to.

        e. The bottom of the enrollment form must be signed by the buyer
    ii. The Trump U Team Member Role
        a. Verify that all buyer information is present
        b. Encourage the buyer to list a guest if the field is blank
        c. Write the last four digits of the credit card number or the check number dependant on form of payment circled
        d. Verify that the bottom of the enrollment form is signed
        e. Verify that the top of the enrollment form indicates the team present and accurate event code
II. The Terms & Conditions Form
    i. The Buyers Role
        a. Print, sign, and date where indicated
    ii. The Trump U Team Member Role

CONFIDENTIAL

Exhibit 18, Page 326
TU 130492



      a. Verify that the buyer has printed, signed, and dated appropriately

III. The Buyer Package

  i. Once payment has been run through and confirmed, the buyer should be presented with the following:

      a. The pink copy of the Enrollment Form and the Terms & Conditions Form stapled together and tucked into their Trump Padfolio containing all of the necessary event information

      b. Any buyer incentives (Giveaways)



CONFIDENTIAL

Exhibit 18, Page 327
TU 130493



**Day 3-Post Event Responsibilities**

| Post Event Responsibilities | Speaker | Sales Coordinator #1 | Sales Coordinator #2 | Program Coordinator |
|---|---|---|---|---|
| | •Works together to strike the room and pack up boxes<br>•Helps PC compile list of components in boxes and label boxes to be sent out accordingly | | | •Compiles Final Event Synopsis Report |

**Post Fulfillment Procedure**

| Day After Fulfillment: | Service: Welcome Call From Brad Schneider to Schedule Mentorship and Retreats for All Trump Elite Package Buyers |
|---|---|
| | Event Team: Calls Buyers That Needed Extra Reassurance |
| | Event Team: Calls Pendings To Follow Up |
| 5 Days After Fulfillment: | Operations: Survey Analysis is Compiled and Sent Out to 40 Wall Management Team and Event Team For Review |
| Ongoing: | Service: Students Receive Weekly Webinar Invitations and Updates From Wealth Builder's Network Premium |

**Survey Procedure:**

All surveys must be received by corporate on the second business day following an event. The following procedure will take place once the surveys are received. Survey analyses are not to be completed by the Program Coordinator. Program Coordinators may attach a note to the stack of surveys when sending it to corporate in the case that any issues need to be addressed.

*Please note: If at any point one of the below individuals is out of the office, the surveys will skip to the next hand-off point.*

1. Lily (Accounting) will pass all surveys onto April Neumann (Operations Manager). April will review and address any pertinent issues with the Program/Sales Coordinators.

2. April Neumann will pass all surveys onto Trisha McCarthy (Live Events Coordinator) for survey analysis. Trisha will compile the survey analysis, using the Master Survey Analysis as a template, which is inclusive of the top sheet of the Final Event Synopsis.

3. Trisha will email the completed survey analysis to the Event Report Distribution List and the team reviewed on the surveys.

CONFIDENTIAL

Exhibit 18, Page 328
TU 130494



4. Trisha will pass all surveys onto Brad Schneider (Customer Service) with the survey analysis stapled and clipped at the top of the pile. Brad will review and address any pertinent issues with the Customer Support Team and Client Advisors.

6. Brad Schneider will pass surveys onto David Highbloom (COO) for review. David Highbloom will review and address any pertinent issues during his Monday/Wednesday call with David Early and Nicole Dickinson (Compliance), and his Tuesday call with Speakers. Any scores of less than 90% will be deemed below standards and addressed through a mandated post-conference call with the team to review compliance and event expectations.

7. David Highbloom will return surveys to Trisha McCarthy (Live Events Coordinator) to be filed accordingly.

CONFIDENTIAL

Exhibit 18, Page 329
TU 130495



## V. THE SALES PLAYBOOK

Trump University's Sales Play Book is designed to offer strategies for **Orientation Selling** – 90 minute Selling and **Fulfillment Selling** – Collaborative Selling. In any Orientation or Fulfillment sales environment, you must have a plan. Know what is expected. Know what will be discussed. Know what you want to see as results.

There are a variety of models used to develop a selling strategy. The common factor of all sales strategies is the most well-known model, the AIDA model:

Attention/Interest/Desire/Action.

- *Attention*: Engage the potential customer so that they will want to talk. This can be done by identifying a need the customer has or an opportunity in which they are interested.

- *Interest*: Continue the discussion with the potential customer so that they will come to understand that you have a viable solution for their need.

- *Desire*: Persuade the potential customer that your solution to their need is the best opportunity available.

- *Action*: Ask for the enrollment – go for the "close."

In both **Orientation Selling** and **Fulfillment Selling**, you must KNOW your product, BELIEVE in your product, COMMUNICATE value and PRESUME the sale.

### Orientation Strategy - 90 Minute Selling

In a one-off selling situation, you are selling to someone who you may or may not see again. You must form a connection in a 2 hour period. And, it must start as soon as the future student walks into the registration area in an Orientation scenario. The prospective students must make an immediate decision, based on the opportunity, brand, and the newly formed relationship, because they have the most to lose by not making the decision.

### Fulfillment Strategy – Collaborative

In Consultative/Relationship Selling, the critical factor is trust. You have 3 days to build a relationship where a student accepts you will always keep their best interests at heart. During a 3-Day fulfillment, you have the luxury to strategically build student trust and product value for the student. In consultative/relationship selling, you can be the biggest loser if you sell something that is not wanted or if the value is not understood. Not only may the product be returned, but all future sales may be lost.

CONFIDENTIAL

Exhibit 18, Page 330
TU 130496



## Orientation Selling

### POSTIONING

Positioning serves to ensure event success, translated into sales. You are representing the strongest brand in the industry; capitalize on the value and solutions. You can command attention and influence customers.

- We have the value. We have the solutions.
- We are the leaders. We decide what the seminar will be like. Customers are responding to us. We have control.
- Time and experience are on our side.

**We have the value. We have the solutions.** Attendees are looking for solutions to solve their problem. An attendee's problem represents a golden opportunity – a need you have a solution for.

**Remember that they are at the Orientation because they want something.** Attendees want to be a part of Trump University and go to the 3-Day Training. They only have fear or doubt they can do it stopping them from getting what they want. Money is never a reason for not enrolling in Trump University; if they really believe in you and your product, they will find the money. You are not doing any favor by letting someone use lack of money as an excuse.

**Never ever assume they don't want to go to the workshop – because everyone does.** Understand that if someone says: "I don't want to go to the training," they are really saying: "I'm not used to dropping $1995 on training and because it is new to me, I'm scared."

**Experience is on our side.** Because we decide what happens in the seminar, an attendee must react to what we say. They don't have a choice. For example, we can spend hours and hours planning a question that they must deal with and give an answer to within seconds. We also have the advantage of testing the question out on hundreds of people and adjusting it to increase our chances for a desirable response. The attendee does not have the luxury of "practicing" his or her answer. However, we are losing this advantage if we don't take time to develop what we say and consciously practice what we say.

CONFIDENTIAL

Exhibit 18, Page 331
TU 130497



## SETTING THE STAGE

- Have an attack plan.
- Build positive rapport with potential students during the registration and establish your creditability and their need.
- Know and believe your brand and products are the best in the market...
- Discover and understanding the attendee's needs.
- Remember to ask yourself: Why did they come?
- Pay attention to the presentation; pick up on key phrases and relevant economic issues.
- Help attendees achieve their business objectives through the use of our product or service. Become a resource.
- Believe that your products and services are the best in the market

### Have a plan

The first step of setting your plan is building a positive team environment. Energy and positive attitudes are contagious. Negative attitudes bring the team down and translate into lower sales. Success of the event is determined by setting a plan that everyone works to meet. Achieving your sales goals requires that the team, Speaker, Sales Coordinator and Program Coordinator, clearly understand what must be done to achieve success. The team must meet upon arrival at the event location to communicate event strategy and expectations. This is invaluable for various reasons but most importantly, if plans need to be adjusted due to unforeseen local or economic events, the solutions can be implemented with professionalism and positive attitude. As team members, you are focused on solutions and do not allow conditions, personalities and issues to dictate your success.

*"Anticipate change and embrace it; change can affect the entire picture. Recognize new developments you can capitalize on, profit from and use to open new doors"*

- Donald J. Trump

Team Pre-Event Meeting
1. Speaker, Sales Coordinator and Program Coordinator meet to communicate:
2. Expectations/Strategies
   a. Special needs
   b. Speaker Introduction – who will introduce?
   c. What power point slide is the trigger for the team to set up the sales table in back of room?
   d. Speaker Strategies
   e. Role of Sales Team
      i. All sales team members will participate in registration
      ii. Positioning of team at the sales area at the conclusion of the Orientation.

CONFIDENTIAL

Exhibit 18, Page 332
TU 130498



TRUMP
UNIVERSITY

    iii.  Speaker will hold orientation after the sales
3.  Confirm needs for front of the room
4.  All team members will help with breakdown of room after last event

**Attitude and Confidence**
Closing sales does not begin when the speaker stops speaking. It starts at the beginning and the
more interaction we have with each customer, the better. The first objective a speaker has when
he begins the presentation is to quickly build rapport. But the truth is our "presentation" starts
long before the speaker is introduced. The team starts building an environment of trust starting at
the registration table; while customers are waiting to come in, before they are guided to their
seat. Registration is where the rapport is developed. Be very deliberate in your approach. Here
are tips in building rapport and establishing posture:

Substitute the words *"thank you"* with ***"congratulations."***

Always remember that we have solutions for the attendees. They are not doing us a favor by
showing up for a free seminar. The person who says, **"You are welcome"** has the posture. We
want them thanking us.

**Examples:**
**Less Effective**
Attendee: "I just drove two hours to get her and this place is impossible to find. I couldn't find
parking and/or I had to pay for parking. This better be worth my time."
You: "Well thank you for making such an effort. We really appreciate you coming out."
Attendee: "You're welcome."
**More effective**
You: "Wow, this must be really important to you – that's pretty impressive. Congratulations on
making it here."
Attendee: "Thank you."
You: "You're welcome."

Offering ***"congratulations"*** almost always gets a "thank you". Remember, we are doing them a
good turn by presenting our product/services. This also works well when introducing the speaker
and should be done throughout the whole campaign. Attitude and confidence has a tremendous
effect on others. Pretend that you wrote the check to pay for the advertising for that week – your
attitude might be very different if you personally have signed the check to spend $20K - $40K +
marketing in a particular city!

**Example:**

**Less effective**
"On behalf of Trump University, we want to thank each of you for being here tonight/today…

CONFIDENTIAL

Exhibit 18, Page 333
TU 130499



**More effective**
"On behalf of Trump University, we want to *congratulate* each of you on your decision to take action to learn more about foreclosures and real estate investing…"

Get to know the people attending the Orientation. Remember that they showed up because of some deficiencies in their life. If you can find out what that need is and say a couple of words to them regarding a solution to their problem, you can build some rapport with them. You can also gather clues that can help you qualify them. Here are some tips.

## IDENIFYING STUDENTS

**Registration Table-** All Program Coordinators and Sales Representatives are at the registration. 2 colleagues are registering while the 3rd is mingling with the crowd.

**Examples:**
You: Smile and Shake hands of attendees. "On behalf of Trump University, I want to congratulate you for coming today. What brought you to our Fast Track to Foreclosure Orientation today?"
Attendee: "Thank you. I want to learn about the strategies advertised."
You: "Great, you have come to the right place. The market has never been better, it's the perfect storm, with the record number of foreclosures on the market. In today's orientation, our phenomenal speaker, (insert speaker's name), will discuss strategies you can use right away to take advantage of today's foreclosure market and make money. Make sure you have a notepad to write down any questions that may come up during the orientation…"

**Do not judge on appearance:**
While dress and jewelry can be an indicator of affluence it is not always a foolproof one. Conversely, some people dress very nicely but don't have a spare dime. However, while looking at a person's appearance can't always help you with judging wealth or net worth, it can help you learn about the person's personality and self-concept. If a person is making an effort to dress nicely that is a great way to build rapport. Give them a sincere complement and they will say "Thank you," which will give you an opening to continue talking to them.

**Occupation:**
When talking to attendees before the seminar, find out what they do and how much they like what they do. This also shows genuine interest in them. Occupation can also give us a clue on a potential student's ability to purchase the program. Always tip the speaker about who's who in the crowd.

**Hot Buttons:**
Find out why they are here beyond money. Find clues that will tell you why they want more money – e.g., retire early, I hate my job, kids, education, lost my money, I'm having margin calls, need more education on real estate. Any clues you find will often give you a way to initiate

CONFIDENTIAL

Exhibit 18, Page 334
TU 130500



dialogue after the seminar. Money alone can be ambiguous and less emotional. What money can do specifically gives a much more powerful mental picture and can stir emotion and get them in a better mindset for the seminar. Ideally an attendee needs to feel that **"this is perfect for me and it could not have come in to my life at a better time"**. Identifying their needs can help this happen more often.

## DURING THE PRESENTATION

**Pay attention and Target Potential Students:**
Even though the presentation may get boring or monotonous for us – with so much repetition – take the time to learn where the powerful tie-down questions are and watch for individual responses. Listen to the presentation and see how many strong questions you can find.

**Examples:**

**Speaker Presentation Examples:**

"Ladies and gentlemen, are you willing to take some risk?"

"When you use this technique in a real estate transaction, how many of you think you will make more money this year?"

"Folks, when should you get started in this program…Later on, or right now?"

"If you can quadruple your investment here today this year on only one deal, would getting started today be worth it to you?"

Always target the people who respond well and note their response. This also gives you a way to start a conversation after the presentation.

# Back Table Selling

### BACK TABLE SELLING
- Get them sitting down at the back table.
- Move promptly…not hurried or nervous, but with urgency.
- Think about what to do if you get stuck with a talker.
- Make every effort to enhance the appearance of a table of students. Set out their packages early.
- Deal with paperwork issues promptly and efficiently.

CONFIDENTIAL

Exhibit 18, Page 335
TU 130501



- Make the registration form their friend and help fill it out.

**Have students sit down.**
Always have chairs set out for people to sit down. People are much more likely to buy from you if they are sitting than standing!  This is common knowledge in our business but not everyone does it every time.  It is much more comfortable to sit and fill out paperwork, as well as relaxing for an attendee. If they are relaxed, they are more likely to buy. If they are standing, it is much easier to walk away.

**Move promptly. Not hurried or nervous, but with urgency.**
We want to dictate what they do. Therefore, if you move quickly and give students a sense of urgency to register, they will move quickly.

**What if I get stuck with a talker?**
Sometimes you will get with someone who needs some personal attention and needs to be "buttoned up" or just wants to go on and on and on talking after you have closed the deal. You can set up an appointment with them that takes place after you are finished with people who are ready to buy. This shows you care even more than if you take time with them upfront.

**Example:**

You: "Bob I don't know how badly you need to get home, but if you have some time I'd like to give you a little advice on what you should do between now and the workshop. How does that sound to you?
Attendee: "Great."
Salesperson: "Wonderful. Let me finish getting some of these other people enrolled and then let's take a few minutes together one-on-one when I'm finished."
Attendee: "OK, that would be great!"

**Enhance the appearance of a table full of students**
Make every effort to enhance the appearance of a table full of students. Set out their packages early. However, do NOT put down more than 7% of the number in the room, it will always look better to add than to take away…Create scarcity!!

Get the packages out in front of potential buyers ASAP so even if they have a problem or question later on – or even if they do not buy at all – it looks to everyone else in the room that people are buying packages and filling out registration forms. When a package is sitting next to someone, a bystander assumes it is sold. Remember in the presentation that we make a big deal out of this week's special pricing. This helps us create urgency to buy today.

Use the package to answer question. For example, if they ask a question about the workbook we can say: "here, let's look at it." Let them see and touch the materials and get them more

CONFIDENTIAL

Exhibit 18, Page 336
TU 130502



comfortable. This is a great way to get them looking at the package and give them a sense of possession. This can help us later if we decide to do a take away because they will now lose something if the deal does not go through.

People also watch to see if others are buying. Speakers can see this from the front of the room; everybody wants to keep up with the Jones's….what most people do not realize is that THEY ARE THE JONES'S!  If others are doing it, then bystanders feel more comfortable doing it too.

**Less is More**
It goes without saying that we will most often be running credit cards while people fill out their paperwork. However, if someone gets out their microscope and starts getting nervous over the fine print or has some type of concern there are a few tips that will help you deal with it:  Once someone starts reading and writing it is important to avoid interrupting him or her and doing anything that will stop the customer from continuing. If you see someone furrow their brow when they are reading fine print and feel a red flag go up and think "uh oh, they are nervous about the fine print – better say something to prevent having a problem here." If we give in to this fear, it gives away our offensive position and puts us on the defensive. Always let the attendee ask their question. If they are reading or filling out the registration form, they are going in the right direction. It will do more harm than good if you keep trying to sell it. It appears as if you do not have faith in the product being sold. Always show conviction in what you are selling. Remember, less is more!

**Make the registration form their friend and helper.**
One of the good phrases you can learn when dealing with objections linked to the registration form is "What this will do for you and your family starting today is…" This benefit-flavored language that makes the registration form a good thing.

**Examples:**

"Now what this does for you is shows that you have secured one of the seats at the training/workshop."

"What this does for you is shows in writing that you are receiving the benefits of the entire program and securing all the bonuses shown to you today at no additional cost."

"Down here at the bottom, they allow you to use any of these credit cards. Just check which one you are using today and I will run that for you, while you finish filling out the top."

CONFIDENTIAL

Exhibit 18, Page 337
TU 130503



## Art of Persuasion

The most persuasive words in the English language according to a study by the Psychology Department of Yale University are:  **You, New, Money, Easy, Discovery, Free, Results, Health, Save, Proven, Guarantee, and Love.**  They share three characteristics: they are simple, familiar and dramatic.

The words "I noticed" have a powerful subconscious effect on people because they send a subliminal message to them that they stood out in the crowd, that they are attractive or charismatic or that they impressed you. It sends a message to the person that you have interest in them. People love recognition and attention.

**Examples:**
You: "I noticed when the speaker talked about results….. you really seemed to identify/took a lot of notes/had a question he could not get to/thought that was powerful."
You: "I noticed that when the speaker asked if the training was worth the investment (money), you had your hand up, so I wanted to make sure that I do what I can to help you take advantage of it/make sure you don't miss out/get you earning money with us."

Some salespeople feel anxiety in every single seminar at the point when the speaker makes the call to action because it is the "moment of truth" so to speak. If we do a good job early, before the speaker starts the seminar, it drastically increases the speaker's ability to get people to the back table without other team members employing a lot of
technique here. At the same time it does not hurt to prepare and plan for events with small crowds, where it can often appear as if less people are moving, and we have to play "pied piper" a little bit. At the end of the seminar, time is essential. We want people to sign up fast, capture that sense of urgency to do it now.

The important thing here is speed so don't get bogged down with too much advice from me. Here are just a few ideas for you to pick and choose from if you feel you could use some help developing your game plan at the back table.

**Substitute questions with commands**
Do not ask, "Can I help you?" By asking that question you are ALLOWING them to say NO to you.

CONFIDENTIAL

Exhibit 18, Page 338
TU 130504



A simple rule in sales IS NEVER ASK WITH AN OPEN ENDED QUESTION that requires a yes or no answer.

Always start your question with:

WHO? WHAT? WHERE? WHEN? WHY? HOW?

**Examples:**

**Less effective**
Salesperson: "Bob, are you ready to get signed up?"
Attendee: "No".
**More effective**
Salesperson: "Bob, what questions do you have left before we get you signed up today?"
Attendee: "Well, I just wanted to know……"

## Listening and Asking the Right Questions

The single most effective thing you can do to be a better salesperson is to become expert at Listening and asking Questions because then you are allowing people to draw their own picture and conclusion. Creating a void lets the person use their own logic to fill the void with their own idea and you can simply agree with them when set up the right way.

**Example:**
**Less effective:**
Salesperson: "The biggest problem with the news today is that they focus only on the "fear" associated with today's foreclosure market. There needs to be a way we can get information on what we need specifically to get a jump on our real estate business and that's what your Premium Membership does.

**More effective:**
Salesperson: "The biggest problem with the news today is that they focus only on the "fear" associated with today's foreclosure market.  There needs to be way to streamline how we can specifically get what we need pertaining to the real estate market.  So what did you see here today that might help you do that?
Bob: "The weekly teleconference and forums"
Salesperson: "I think you're right, so let's get you started…here is your form…."

CONFIDENTIAL

Exhibit 18, Page 339
TU 130505



*Conjunctions:*
You can use conjunctions in questions to tie down two ideas together for a desired answer to both. As long as you know they will agree with one of them, you should know that you can get them to agree with both. Be confident. These are fun. Let's say that "time" is the issue they will agree with. Tie in what you want them to agree with, in the same sentence with a conjunction and an all-inclusive "is that right?"

**Example:**

**Less effective:** *Two statements separately*
Salesperson: "It sounds like you are going to love our program – is that right?" (Could get yes or no)
Salesperson: "It sounds like your only real issue is that you're just a little busy right now with the kids and new house and all - is that right?" (They will say yes)

**More effective:** *Two statements tied with a conjunction*
Salesperson: "It sounds like you're in love with our program AND that your only real issue is that you're just a bit busy right now with the kids and new house and all – is that right?" (They should say yes to both)

Now they are saying they agree with both, being busy and loving the program.

*Truths:*
You can appeal to a person's sense of ethics or logic with UNDENIABLE TRUTHS. People will often commit in spite of discomfort if they know it is the right thing to do. Some people try to cram their point of view down the other person's throat instead of asking questions that the other person must agree with or they look stupid – and nobody likes to look stupid.

**Examples:**

**Less effective:** Trying to state the truth using a statement to force agreement with someone.
"I can promise you this…the more involved you are in something, the more you can make a positive impact on it."
"If you procrastinate your chances of actually doing it and being successful go down to almost nothing."

**More effective:** *Using a question and letting them agree with the truth.*
"Do you believe that the more involved a person is in something the more they can make a positive impact on it?"
"Do you think if you put this off you will be more likely to get involved and be successful or less likely?"

**Examples:**

CONFIDENTIAL

Exhibit 18, Page 340
TU 130506



"The education you will receive helps manage risk AND there is always risk involved when you invest – wouldn't you agree?"

"The undeniable truth is that there is always risk when you invest" (this must get a YES – it is undeniable).

**YES questions that will lead to SALES:**
These questions should identify needs or wants that are tied to the benefits offered by our product.

*YES questions:*
- ➢ Could you use an extra $1000 a month?
- ➢ Would you like to retire early?
- ➢ Would you like to quit your job?
- ➢ Would you like to be your own boss?
- ➢ Would you like to control your financial destiny?
- ➢ Are you interested in getting better returns on your money?
- ➢ Is financial independence important to you and your family?

**Example:**
You: "Bob, I am going to guess that you came here tonight because you are interested in Real Estate AND you want better returns on your money – is that right?" (Conjunction and YES question)
Attendee: "Yes, of course I do, everyone wants to make more money."
You: "Would you agree that the more you learn about something the better you are at it? (Undeniable truth)
Attendee: "Yes."

# Deliberate Action

**DELIBERATE ACTION**
Be deliberate and conscious when communicating to potential students. Remember that we have time to think and plan and develop questions and commands that lead people into a flow that they must deal with and respond to. Without a game plan you are required to respond to them and do much more thinking on your feet. Remember that we need to stay on "offense."

- ❀ Use time wisely
- ❀ Sales sequence – your one game plan.

CONFIDENTIAL

Exhibit 18, Page 341
TU 130507



**Utilizing time wisely**
How do I keep from having someone corner me and keep me from helping legitimate students?

You need to end the conversation without being rude. Wait for them to finish their current sentence, extend your hand for the handshake, make a short comment about their story and wish them the best of luck and move on to the next person.

**Example:**

You: "That must have been a fascinating experience. You know what; I need to go help some other people right now – let me wish you the best of luck and it was a pleasure meeting you."

# Negotiating Student Resistance

**It is important to know the difference between an objection and a legitimate question.** Sometimes you can just answer the question and close the deal. The purpose of this strategy is to close the deal, but also do it quickly and efficiently.

Step one:   **FIND REAL OBJECTIONS**

Step two:   **QUALIFY STUDENTS**

Step three:  **GET A PRE-COMMITMENT.**

Step four:   **CALL TO ACTION**

Step five:   **FIND REAL OBJECTIONS**

Some people have been sold so much that their subconscious has become trained. Every time they have given a concern to a salesperson and the salesperson resolves it and puts pressure on them to commit, the more uncomfortable that makes them feel.

You need to get to the real issue as quickly as possible for two reasons. First, dealing with a false concern takes up too much time. Second, the more concerns you have to resolve the more power you have given the other person and they will begin to enjoy the power on a subconscious level. They don't even realize it, but having us "wait on them" gives them a feeling of supremacy and they feel they are an important sale to us.

**Potential Student Questions**

CONFIDENTIAL

Exhibit 18, Page 342
TU 130508



Do not get in conversations where you answer one question after the other, yet getting no closer to the sale whatsoever. Irrelevant questions take too much time; you lose power by answering them. The person asking the questions always has the power. You should only allow potential students to ask one of these questions and then take back the power. When you answer one of these questions, give a quick answer and then start asking questions.

**Examples:**
"I'm not sure who developed the property.  I think the real question we should be asking ourselves is: are you ready to change your current lifestyle? " (or what is holding you back? etc.)

**Do not let potential students have more than one concern.**
Don't let people have more than one concern if you can help it. Most people will subconsciously let you isolate their concern because it takes one good one to keep them safe from commitment. Then you can move on to closing a sale.

One way to isolate a single concern is to restate a single concern and confirm that you understand the concern. When you do this, you should always make sure to affirm and tie down that they love the package (this is critical) and at the same time affirm and tie down that the concern they stated is the <u>only</u> concern.

**Examples:**

You: "It sounds like you're in love with our program and that your only real issue is that you're just a bit busy right now with the kids and new house and all – is that correct?

Attendee: "Yes, it's been very busy."

You: "Based on what you have said it seems you're convinced that our program is something that has the potential to put big money in your pocket – it seems like your only concern is convincing your wife, is that right?

Attendee: "I'm totally convinced, but I'm not sure I can explain it to her."

It's important to constantly reaffirm or bring to their conscious mind the fact that they "already know" that this program is great and that they love it. That way you are always helping them get what they want instead of forcing them to do what we want.

**Step two:  QUALIFY STUDENTS**

CONFIDENTIAL

Exhibit 18, Page 343
TU 130509



After isolating the concern, test the concern against money by affirming that money is NOT the issue. Use a drop off question that encourages more than a yes or no response.

**Examples:**

You: "It sounds like you're in love with our program and that your only real issue is that you're just a bit busy right now with the kids and new house and all – is that correct?

Attendee: "Yes, it's been very busy."

You: "So the money is not really an issue at all then….?"

You: "Based on what you have said it seems you're convinced that our program is something that has the potential to for big financial awards – it seems like your only concern is convincing your wife. Is that right?

Attendee: "I'm totally convinced, but I'm not sure I can explain it to her."

You: "Sure, so obviously then for you money is not really an issue at all then, right?"

Do not use a yes or no tie down at the end because people can more easily lie with a "yes" or a "no". It's one word. If you drop off the end of the question it requires them to spend more time thinking of a response if they are going to manufacture a lie and if you pay attention you will know if they are lying to you. You will find most people come clean and say…"well actually the money is an issue" while a few will agree with you that the money is not an issue. Either way you can now move on much more efficiently and make progress toward the sale.

If the attendee says the issue actually is the "money" then find out if the issue is that they have no money, or are just concerned about spending it.

**Example:**

You: "So the money is not really an issue then?"

Attendee: "Well, actually, the money is an issue."

You: "I understand. When you say that money is an issue, do you mean that you don't have that balance available on your credit cards, or that you have the money, but you want to make sure that you are investing it wisely?"

Attendee: "Oh no, I have the money, It is just a lot to spend without thinking it over for a little while." Or …

CONFIDENTIAL

Exhibit 18, Page 344
TU 130510



Attendee: "To be honest my cards are maxed."

If they do have the money, half the battle is over because all other issues will disappear...now it is strictly about the money.  Now you can start building value in the package and make them feel comfortable about spending it.

It leads back to money often. Here is a classic example:

You: So based on what you're telling me, risking $1995 (never say dollars — sounds too big) is really not the issue....?"

Attendee: "Not at all. I mean $1995 is nothing to me. I've lost a lot more than that in the stock market. What concerns me is that I will get involved with this and that you will go out of business six months from now."

You: "Ok, let me make a worst case scenario for you. Say in the extremely unlikely event a bomb falls on our building and we go out of business, what have you lost?"

Attendee: "I'm out $1995."

Attendee: "From what I can tell from talking with you, you already know that the TU system will work for you, and it is highly likely that you will be able to do at least one real estate deal that is more than likely to cover this initial investment — as long as no bombs drop on our building, which do you think is more likely to happen?"


**Stage three:  GET A PRE-COMMITMENT.**

Using scenarios is a great way to close one-on-one. But there are some subtleties to doing this that can make you more effective. After isolating a concern like money, time, or spouse support, give your buyer a scenario.

Again, the first key is to set it up by constantly affirming and tying them down over and over again to the fact that they want to take home the package, or that they know it works, or anything positive for that matter. You are helping <u>them</u> get what they want with the scenario, rather than what we want.

**Examples:**
"Based on what you have said it seems you're convinced that the Fast Track to Foreclosure is for you and can put big money in your pocket – it sounds like you want to get started.  I mean I've had other people who have bought the program say that same thing, but I can tell just by listening to you that this is something you think you can do, would I be safe in saying that?"

CONFIDENTIAL

Exhibit 18, Page 345
TU 130511



Almost any positive statement will do. Just make sure they have acknowledged the value of the program.

Tell them that you are going to give them a scenario. Elements we might include in introducing the scenario could go like this.... "This is how I have helped other people out in your similar situation" and use the word "help" a lot.

It is critical that you use a pre-commitment. This means that we make them agree to take action if it makes sense, before they even hear the scenario.

**Example:**

You: "From what you have said, I can tell that you know you have the potential to make a lot more money with these tools – so let me suggest a scenario that I have given others in your exact situation that has helped them take advantage of the program. If it makes sense to you then we will fill out your registration form and set you up to talk with one of our advisors and if it does not make sense then we will look at something else – fair enough?"

Or...

You: "I understand that, in fact I have a lot of people bring up that same concern. At the same time, I can tell that you agree there is no question this program is clearly the best way for you to see bigger and better returns on your hard earned dollars – is that true?"

Attendee: "Yes."

You: "Then let me give you a scenario that always helps people feel comfortable in getting started. If it makes sense to you then we will go ahead and finish the registration form and if it does not makes sense to you then we will look at something else – sound good?"

Attendee: "Ok."

Our job as sales professionals is to always have a scenario that makes sense for each situation. If they have the money, there are usually only six or seven scenarios we need in our whole playbook...

      Worried about investing the money
      Cannot make a move without spouse approval
      I am not great on computers
      Timing is not right – date issues
      Skeptical about their own abilities
      And so forth...

CONFIDENTIAL

Exhibit 18, Page 346
TU 130512



Make sure your scenarios make sense and use logic. At the end they should feel a little bit stupid if they do not agree with you – or you need to work on better scenarios. Remember that we have already committed them to take action if the scenario makes sense. Using logic will help them feel emotion of comfort rather than of fear.

Start your scenario with a very detailed description of how they get the package. Do not just say, "First we will get your package." You need to give them a very clear and detailed mental picture of each part of the sale so they create the purchase mentally before physically. If you can get them to picture it in their minds you will be much better off.

Build value and state benefits. Again we are trying to build a mental picture of what will happen to give them confidence in spending the money.

Control the conversation and approach it from a standpoint where logic is effective. It is not just the scenario itself that is important, but the fact that you are giving them one that is important. If given with a pre-commitment, the scenario brings structure and closure to the conversation rather than allowing the conversation to run wild with no premeditation. It helps you "close" the sale in the truest sense of the word.

## Stage Four:  CALL TO ACTION
You can work on all kinds of scenarios. The important thing is getting the pre-commitment and then making an action statement after they affirm that it makes sense. Your action statement is simply what starts the physical realization of the scenario they already have created mentally. A great way to start that is to agree with them. Notice in the pre-commitment you did not commit them to a general acceptance of the program. You pre-committed them to specific act. In this case it was "filling out the registration form, makes sense" and making the call to action specific to the action of getting the ball rolling by filling out the registration form at the back table.

Sometimes salespeople will guide a customer through the four stages less effectively because they are communicating with generalities rather than specific actions.

Finally, do not ask for permission to start filling out the form; like Nike says – **Just Do It!**

**Example:**

*Less Effective:*
You: "Does that make sense?" (Nodding head)
Attendee: "Yes it does"

You: "I agree with you and I think for you it's a real winner. Now that you see that this will work for you are you comfortable with filling out the registration form?"

*More effective:*

CONFIDENTIAL

Exhibit 18, Page 347
TU 130513



You: "Doesn't that make sense" (nodding head)
Attendee: "Yes it does"

You: "Great…I agree with you and I think for you it's a real winner. Now this is how the registration form goes and it is so simple let me show you again everything you're getting here tonight….."

This is also a perfect time to do a pass off to another team member to finish it up because it assumes the sales is final and done and they are less likely to ask more questions.

*All four stages should be practiced so that you can go through all four in under two minutes.*

CONFIDENTIAL

Exhibit 18, Page 348
TU 130514



# Fulfillment Selling

## POSITIONING

The first step of positioning is building a positive team environment. Energy and positive attitudes are contagious. Negative attitudes bring the team down and translate into lower sales. Success of the event is determined by setting a plan that everyone works to meet. Achieving your sales goals requires that the team, Speaker, Sales Coordinator and Program Coordinator, clearly understand what must be done to achieve success. The team must meet the day before the event to communicate event strategy and expectations. This is invaluable for several reasons but most importantly, if plans need to be adjusted due to unforeseen events, the solutions can be implemented with professionalism and positive attitude. As team members, you are solution-focused and do not allow conditions, personalities and issues to dictate your success.

### Team Pre-Event Meeting

- Meet with Team Members night before to go over goals for the weekend review each team member's roles and responsibilities.
- Reconfirm that Speaker has his copy of the Trump University fulfillment slides
- Review schedule for the weekend
- Break times
- One-On-One Schedule
- Group Breakout Session (Assigned sessions each day)
- Schedule for Additional Speakers

### Day One Registration

Establish rapport and/or re-establish your relationship with student at registration. What is the student's impression of you? What is the student's impression of Trump University? After making the social contact, you must transition to the *business contact* (this is your primary purpose). Good rapport is a necessary foundation for the use of consultative sales techniques. People prefer to comply with requests or suggestions from people they LIKE. They also will communicate more openly and freely when a relationship is one of rapport.

### One-On-One Sessions

Sessions help Coordinators learn student's needs and match our products to the student's needs. Sessions are positioned by the Instructor on Day One. "Because we understand each student has individual needs, backgrounds and goals, we are setting up one-on-one sessions to give you an opportunity to speak with one of our consultants who will help you map out your goals and objectives. Sign up sheets will be at the back table for your convenience. One-on-ones will be

CONFIDENTIAL

Exhibit 18, Page 349
TU 130515



15-20 minutes and held during class outside the meeting room. When it is your time, please quietly leave the room and meet with your consultant. If you do not get the opportunity to meet with a consultant, please get with the program coordinator and they will assist you."

Sessions can begin on Friday afternoon or Saturday morning. Utilize the SMART model to guide students. The student profile sheet can be utilized to give the sales consultant a snapshot of the student.

**Specific** - Goals must be specific in their detail
**Measurable** - Goals must measurable in quantity, time, cost
**Achievable** - Goals must be achievable within a timescale
**Relevant** - Goals must be relevant
**Timescale** - Goals must have a timescale

**Break-Out Group**
Groups are positioned by the Instructor on Day One, Day Two and/or Day Three. The Instructor will position the group break out from the front of the room; the purpose of the break out sessions is twofold. First it gives the Instructor a break. Second, it gives students an opportunity to interact as a group and problem solve a solution to a situation set up by the Instructor. The group will break off and brainstorm the situation given by the Instructor. They will then pick a group spokesperson to present to the class. A sales consultant will be assigned to each group to help guide the group.

Day One Situations: (will get direction from instructors)

You have found a deal you cannot pass up. How can you purchase the house without going into your savings account?

Break Two Situations:

Day Three Situation:

**KNOW STUDENT NEEDS**
- Find and understanding the student's needs.
- Partner with the student and make the transition from being the staff member to becoming a resource.
- Help students achieve their business objectives through the use of OUR product or service.
- Believe that your products and services are the best.
- Have complete confidence in yourself.

CONFIDENTIAL

Exhibit 18, Page 350
TU 130516



All of this can be accomplished by talking with students.

## ESSTABLISH BUYING MOTIVES

- The primary goal of questioning, listening, and acknowledging is to uncover student needs and establish buying motives. Efforts to discover student needs will be more effective when the student's primary reasons for buying are uncovered. Students usually have both rational and emotional reasons for buying. While a prospective student may state many needs, there usually is a primary motive for buying. This primary motive or buying need is the *hot-button*. Be sure you don't miss this primary motive. It is essential to know this motive.

- It has been said that students buy emotionally (out of fear of loss or for gain) and justify their purchases rationally. You should always ask *fact-finding questions* (to discover rational needs) and *feel-finding questions* (to discover the underlying emotional motivators).

| Type of Question | Definition | When Used | Examples |
|---|---|---|---|
| Information-gathering questions | General questions designed to get the prospect to disclose certain types of basic information. 1. Fact-finding (factual motives/needs) and 2. Feel-finding (emotional motives/needs) | Usually at the beginning of the sale and during the need discovery stage. | What brought you to the training? (fact-finding) What are your objectives/objectives? What is your measure of success for this training? (feel-finding) |
| Probing questions | More specific questions designed to uncover and clarify the student's perceptions and opinions. | When you feel the need to obtain more specific information that is needed to fully understand the problem. Usually used when the student has not fully answered a previous question. | What do you mean by your statement that, "you want this training to provide you with resources to find money to purchase foreclosures?" (open-ended question) So you are saying that you don't want to work the business full-time, only part-time? (closed-ended question – yes or no answer) |
| Confirmation questions | Designed to find whether or not your message is understood by the prospect. | After each important item of information is presented. Especially during the presentation of | Is that what you had in mind?  What do you think about the product? You want to work full time or part time? |

CONFIDENTIAL

Exhibit 18, Page 351
TU 130517

TRUMP
UNIVERSITY

| | | matching product benefits with needs. | |
|---|---|---|---|
| Summary confirmation questions | Designed to clarify your understanding of the student's needs. | Helps you confirm that you have all of the needs correctly identified. Also, used periodically to summarize if a lot of information is being discussed. | I would like to summarize what you have told me so far: You feel like this product is a great marketing tool. You need...(until all needs are summarized). NOTE: summarize benefits offered at the end of a presentation. |

## FULFILL CUSTOMER NEEDS WITH PRODUCT/SERVICES

(a) Summarize the student's needs,

(b) Address one need/benefit at a time, and match product benefits with each of the prospect/customer's needs. Use a sequence such as this: "You indicated a need for...; here is my product feature (need solution) and demonstration (*proof*) of that feature; which means to you... (*translates the feature into a benefit*); is this what you had in mind?"(*Confirmation question*)

(c) Summarize all of the benefits that satisfy the student's needs (to handle any objections see comments on objections below)

(d) Make a closing statement or question (ask for the order), and

(e) Explain after-sale service. After the customer has made a purchase, you must explain after-sale services and expectations.

In essence, the above sequence is what a consultative sales presentation should look like. It's logical and flows systematically from the needs first discovered, through statements and demonstration of product/service benefits that satisfy these needs, to asking for the order, and through after-sale service.

## NEGOTIATE STUDENT RESISTANCE

We most often use the term, "Handling Objections," when students have objections. This term connotes a "win/lose" type of negotiation. It also connotes that somehow you plan to manipulate the prospect/customer to make the purchase using whatever techniques or means possible. A student, who later discovers that the purchased product does not fully satisfy their needs or that he or she has been manipulated will refund. Consultative Selling relies on "win/win" negotiations. These are open, two-way problem solving dialogues, and conducted in an

CONFIDENTIAL

Exhibit 18, Page 352
TU 130518



atmosphere of trust. Thus, the term, "Negotiating Student Resistance" connotes the right for the customer to resist if the product does not satisfy his needs and/or if the customer doesn't fully understand the product. It's imperative that you assume a problem-solving consultative stance, and fully listen to and understand the customer.

Resistance can occur at any time during the presentation. It may occur at the conclusion of a Benefit/Need statement when you ask a Confirmation question, at the Close statement, and/or anywhere else. There are common types of customer resistance and you must know these and be skilled in various methods to address this resistance.

EXAMPLES: *Price* is the most common type of resistance. Other types of resistance include: (a) resistance to the *source* (student has loyalty to a another source), (b) resistance related to *time* (student doesn't want to make a decision at the time of the presentation closing statement), (c) resistance to the *product* itself (student has preconceived misconceptions), and (d) resistance to the *need* for the product (student truly doesn't need or doesn't know that they need).

**Methods to answer customer resistance include but are not limited to:**

(a) Direct Denial, which clarifies facts

(b) Indirect Denial, which acknowledges partial validity of the student's objection but offsets with a superior benefit

(c) Superior Benefit, which outweighs any competitor's offering

(d) Third Party Endorsement, which adds credibility.

(e) Question Format, which restates the benefit and suggests an obviously rational choice to be made by the customer

(f) Demonstration, which is a tangible supporting "proof" device that usually is combined with any of the methods above. This is your strongest tool.

## CLOSING THE SALE

*Closing* **"asks" for the order and** *Confirming* **"reassures" the student that they have made the right decision.** Closing the sale is less difficult if the presentation process has been properly handled. Closing is part of the selling process and is a logical outcome of well-planned presentation management.

**Closing General Guidelines.** These should be accomplished during the presentation:

1. Focus on dominant buying motives
2. Negotiate the tough points before attempting the close
3. Avoid surprises [new information] at the close

CONFIDENTIAL



4. Do not isolate the prospect/customer during the sale
5. Display a high degree of self-confidence at the close
6. Ask for the order more than once [don't give up if the student says, "no" the first time that you make a closing statement/question], and recognize closing clues [student may indicate verbal or non-verbal clues and you must be ready to *Close* at that point]
7. Confirm the sale occurs after the student says, "yes." The purpose is to reassure the student by pointing out that he or she has made the correct decision. This step is important is addressing "post-purchase remorse" which is a common emotion following a purchase decision.

## Sales Wisdoms

### Start with rapport
You won't sell anything until you get rapport with the other person. Rapport is a state of emotional bonding, where they are aligned with you and vice versa.

When you move, if you are in rapport, they will move too.

### Customers don't have needs--they have problems
A lot of sales training and books tell you about the importance of selling to customer needs. Although this is basically true, customers don't sit down and think, "I've got a need." Instead, they experience problems and seek solutions to them.

The customer has to perceive the problem, of course. You may perceive the problem, but if the customer doesn't, then there's no way they can bite the solution line.

So the sales job is about finding, eliciting and solving these problems. Where understanding of needs does come in useful here is that problems appear when needs are not met. But when you talk to customers, it usually works best if the subject is problems.

### Urgency is proportional to pain
Problems are like health. The more a problem hurts now, the more the need for a solution now. And the more it hurts, the more they'll be prepared to pay for a speedy solution.

### It's got to hurt enough
The operation of resolving the pain is itself a painful process, so if the pain is below this threshold, the patient will prefer to continue to suffer than accept any treatment.

Research has shown that most people will seek a solution when they have three problems. About a quarter seek solutions earlier, and another quarter seek solutions later.

### You don't sell products, benefits or solutions--you sell feelings

CONFIDENTIAL

Exhibit 18, Page 354
TU 130520



Sales used to be about selling products. But a sole focus on products leads to objections, so sales moved to selling benefits. Better again, the focus turned to understanding the underlying problem to be solved, but this is still not the whole story.

When we make any decision, including the 'buy' decision, we do so by an emotional process. It may not seem that way, and there may be much logical processing, but the point of decision is always emotional, and usually subconscious.

### Ask for the sale

A lot of sales people are so paranoid about the customer saying no that they keep on selling long past the close-by date. They may even talk the customer into buying and then talk them out again. The trick is to swallow your fear and ask. When the time comes, ask for the sale. Ask "Are you ready to buy now?"

### Ask for honesty

Ask them for honesty and you will get it. Ask "Can you be honest about this?" They will say yes, of course. Then you can ask them for critical information and you will get the truth. By asking for honesty, when they say yes they must maintain consistency with that statement and *be* honest.

### The best sale seems to be driven by the customer

Great sales people give so much apparent control to customers that the customer seems to sell the products to himself.

They do this by being incredibly sensitive to the customer's situation and state of mind, then nudging gently with the right questions such that the customer realizes their need and ends up asking for the product.

They have turned casual conversation into an art, persuading by subtle inference and influence rather than more overt presentation and persuasive talk.

### Love thy customer!

Love is a funny word that is much misunderstood. Loving the customer doesn't mean hugs and kisses, but it does mean caring about them both before *and* after the sale.

When sales people truly care about the success of their customers, it shows all over their faces and all over their actions, too. A loving sales person will never dupe customers and will always give them a fair deal. Note the emphasis on fair. That means the sales person gets something out of it too.

It's difficult not to trust someone who loves you. In fact it's difficult not to love them back, and loved customers often love their sales people. Now there's a relationship to kill for...

### You said

"You told me you wanted a widget? Well here's a great one." Frequently use their words, needs, and so on. Use "You said," "You mentioned," etc. to make undeniable connections.

### ABC

CONFIDENTIAL

Exhibit 18, Page 355
TU 130521



**Always Be Closing** is a common wisdom, but it isn't always wise. If the customer is not ready, trying to close them will result in more objections, often false ones, put up as a defense.

<u>ABT</u> is better: **Always be Testing**. Always test that they are with you and that you are with them. Test for outstanding objections and misunderstandings. Test for commitment. And, yes, test for readiness to close. But only at the right time.

CONFIDENTIAL

Exhibit 18, Page 356
TU 130522



## VI. EVENT TRAVEL

I. Expedia Corporate Travel Policy

All airline travel will be booked via Expedia Corporate Travel. All airfare will be booked according to the lowest logistical fare available at the time of booking. Out of policy flights require documentation in order to determine whether or not the flight chosen is justifiable. TU will track the difference in flights chosen against the most cost effective flight offered and any pattern out of policy and reasoning. The following options are currently available on the Expedia Corporate Travel website to communicate any reasonable difference in fare:

| Edit code | Description |
|---|---|
| AA | Was not provided schedule in timely manner |
| AB | Selected this flight for routing/connection reasons |
| AT | Selected this flight due to time of day constraints - Personal |
| BE | Baggage fees with lower fare are more expensive than this carrier |
| CC | I waited too long - Been sick |
| DA | Missed Flight |
| DD | Schedule was changed Last Minute |

Expedia Rules & Regulations

•All flights must be booked within 5 business days of receiving your schedule to not only ensure a cost-effective option, but to gives the traveler a greater opportunity of booking on their preferred carrier without having to book a multi-leg flight.

•If flights are booked less than 14 days from event date, Trump Team Members will be responsible for all additional costs incurred.

•All flights shall be coded to the event that the flight is physically going to. Any flight transporting a Trump Team Member that is not going "to" an event, shall be coded to the event that the Trump U Team Member is coming "from."

•All flights shall be booked as round trip tickets, unless the Trump U Team Member is not returning to the city of origin.

•All flight approvals are to be sent to April Neumann, with both the appropriate event code and out of policy reason (if applicable) selected. Trump U Team Members are responsible for following up if their flight has not been approved within 24 hours.

•In the event that the fare selected is significantly higher than the lowest logistical fare, Trump U Team Members will be responsible for writing the reasoning in the "notes" area so that the traveler's logic is communicated to the approver.

•Emergency Travel Contact; April Neumann ▬▬▬▬▬

CONFIDENTIAL

Exhibit 18, Page 357
TU 130523



| *Flight Notes* |
|---|
| •*South West Airlines requires an individually specified flight search.  South West does not permit Expedia to post their flight fares in the company of their competitors.*<br>•*Trump U Team Members are not guaranteed the use of "preferred" airline carriers unless it falls within the set budget description.  Employees and independent contractors may pay for the difference in order to fly on a preferred carrier in certain, in limited instances.  However, since airfares are good only on the day they are quoted according to airline policies, travelers are responsible for making immediate arrangements for payments in those limited instances.* |

Expedia 101

To book travel, go to:
https://www.expediacorporate.com/pub/agent.dll?&&zz=1228736830296



CONFIDENTIAL

Exhibit 18, Page 358
TU 130524





After selecting your flight specifications, click "Search for Flights"

Click "Prices From" to display the most cost effective flights first.

Private & Confidential • Page 104

CONFIDENTIAL

Exhibit 18, Page 359
TU 130525





Select the flight of choice that complies with the lowest logistical fare.

Select the return flight of choice that complies with the lowest logistical fare.

Private & Confidential • Page 105

CONFIDENTIAL

Exhibit 18, Page 360
TU 130526





CONFIDENTIAL

Exhibit 18, Page 361
TU 130527





Select "April Neumann" from the list of authorized approvers to approve the flight.

CONFIDENTIAL

Exhibit 18, Page 362
TU 130528





Select the appropriate category for the traveler.

Write any pertinent information for the approver in the "Comments" section.

Private & Confidential • Page 108

CONFIDENTIAL

Exhibit 18, Page 363
TU 130529





Select the appropriate campaign code for event that the Trump U Team Member is traveling "to." In the case that the Trump U Team Member is not traveling to an event, select the campaign code corresponding to the event that the Trump U Team Member is coming "from."

Reminder: All tickets should be booked as round trip tickets unless the traveler is not returning to the city of origin.

Select a reason code (if applicable) as to why you are purchasing a ticket that is out of policy.

Private & Confidential  »  Page 109





CONFIDENTIAL

Exhibit 18, Page 365
TU 130531





CONFIDENTIAL

Exhibit 18, Page 366
TU 130532







CONFIDENTIAL

Exhibit 18, Page 367
TU 130533





Confirm flight details and then click
"Complete This Reservation Now,
No Tickets Will Be Issued."

Once travel has been approved, the
traveler will receive an email
confirming.

This email does not mean that the
flight has been booked; it only
means that it has been approved.

The traveler is still responsible for
watching for his or her booking
confirmation email.

Private & Confidential • Page 113



Travel Confirmation

Once travel has been approved, the approver will book the ticket for the traveler. The traveler will then receive this email confiming the airline ticketing number and confirmation code.

If the ticket is being booked on a credit, the traveler will have to monitor their email to ensure that the ticket has in fact been booked, since the approver must work with an Egencia agent to facilitate.

CONFIDENTIAL



II. Corporate Avis Account

Program Coordinators are responsible for renting one of the following categories of vehicles for all previews. The category of vehicle will be dependent upon the number of staff scheduled on the event and the amount of materials in need of being transported to the event.

| Mini Van | Chevrolet Uplander or similar |
|---|---|
| Full Size SUV | GMC Yukon or similar |
| Premium SUV | Chevrolet Suburban or similar |

Avis Rules & Regulations

•Rented vehicles may only be operated by Trump University employees (Program Coordinators) with valid driver's licenses.

•All vehicles must be returned to Avis with a full tank of gas, which Trump U Team Members are able to expense with a receipt in their possession.

•Any Trump U Team Member that returns a rental car without a full tank of gas will be responsible for all charges incurred for refilling the gas on-site.

•The renter is responsible for looking over the bill at the time of drop-off and submitting the initialed copy of the Avis receipt to corporate with their paperwork within 5 business days of the event.

•Any vehicle rented for any other purpose than a preview event will need prior approval from the Operations Manager (April Neumann).

> Note: In the event that a Program Coordinator is unable to rent a vehicle, another member of the Trump U Team may be asked to call Avis and rent a vehicle in his or her stead. The reservation can be made by calling: 800-557-6689. That Trump U Team Member will then email the reservation number to aneumann@trumpuniversity.com in order to facilitate billing.

CONFIDENTIAL

Exhibit 18, Page 370
TU 130536



## VII. EXPENSES

| EXPENSES FOR LIVE EVENT TEAM | |
|---|---|
| DEADLINE | •In order to be reimbursed, all expense reports MUST be received within 30 days of the corresponding event. |
| TIMELINE | •Payments for expense forms received by the 6th of the month will be mailed by the 15th of the month.<br>•Payments for expense forms received by the 22nd of the month will be mailed by the last day of the month.<br>•All expense checks will be mailed on the 15th of the month and on the last day of the month. |
| SUBMITTAL | •All expense forms must be inclusive of original receipts, and mailed to Trump University 40 Wall Street 32nd Floor New York NY 10005 Attn: Accounts Payable.<br>•The corresponding event code must be on each Expense Report Form.  This code can be found on the itinerary that is sent to the team before each event.<br>•Each event warrants its own Expense Report Form.  Expense Report Forms utilized for more than one event will not be processed.<br>•All receipts are to be originals and are to be taped to an additional page and stapled to the Expense Report Form. |
| EXPENSES INCURRED | **MILEAGE**<br>•If a personal vehicle is utilized for travel, mileage incurred will be reimbursed.<br>•The team member submitting will be responsible for attaching a mapquest.com detailed direction summary matching the total mileage being expensed.<br>•Mileage will be reimbursed using the standard IRS mileage rate (currently: $0.585/mile).<br>**RENTAL CARS**<br>•Rental cars may not be expensed unless prior approval has been granted.<br>**HOTEL CHARGES**<br>•Trump University will pay for hotel room and tax only.  All upgrades, unauthorized hotel moves, and incidental charges are at the expense of the traveler.<br>**TIPS**<br>•Tip monies are not given in advance.<br>•Tip monies dispensed may be submitted with an itemized description on the Expense Report Form.<br>**TRAVEL DAY PER DIEM**<br>•Any coordinator traveling over 1,300 miles on a day that is not an event day will receive half of their usual event per diem rate. |

CONFIDENTIAL

Exhibit 18, Page 371
TU 130537



| INQUIRIES | •All travel day per diems claimed must be accompanied by a detailed report of mileage traveled from www.airtimetable.com in order to receive reimbursement. |
|---|---|
| | •Expense inquiries should be directed to payables@trumpuniversity.com, phone: ███████ or fax ███████ |

| COMPENSATION SCHEDULE FOR LIVE EVENTS TEAM | |
|---|---|
| TIMELINE | •Compensation for events concluded by the 6th of the month will be mailed by the 15th of the month. |
| | •Compensation for events concluded by the 22nd of the month will be mailed by the last day of the month. |
| CHECKS MAILED | •All compensation checks will be mailed on the 15th of the month and the last day of the month. |
| INQUIRIES | •Payment inquiries should be directed to payables@trumpuniversity.com, phone ███████, or fax ███████ |

CONFIDENTIAL

Exhibit 18, Page 372
TU 130538



## VIII. COMPLIANCE

### 1. Media Guidelines

If you are approached by a reporter:

1.  Politely inform the reporter that you are not an authorized media spokesperson. Ask for the reporter's name, media organization, phone number and deadline.
    a.  Pull their registration card (preview only) and write "Media Contact" on the top.
    b.  Immediately email Michael Sexton, David Highbloom and April Neumann media information including name, media affiliation and phone number.
2.  Refer the reporter to one of our authorized media spokesperson by giving them the appropriate media contact information and forward the reporter's information to the appropriate media agency via email as soon as possible. In addition copy Michael Sexton (msexton@trumpuniversity.com).
3.  If they persist, say "I'm sorry all of your questions can be addressed by our authorized spokesperson."
4.  Mail the reporter's registration card to the office with their business card stapled to it, if possible.

ALL MEDIA INQUIRIES SHOULD BE REFERRED TO:

Jim Dowd
The Dowd Agency
444 Park Avenue South
New York, NY 10016
Ph: ███
Fx: ███
http://www.dowdagency.com/
███████

TIPS:

*   You don't have to deliver what the reporter wants.
*   Once reporters are present it no longer matters why they are there.
*   Expect to be scrutinized.
*   Reporters are rarely on your side and they are not sympathetic.
*   Never assume the conversation is off the record.
*   A Trump University Associate or TU Independent Contractor is not at liberty to answer any questions from a reporter. The reporter should be referred to the proper media spokesperson.
*   No matter how much confidence you have in Trump University, you should not say anything.
*   Reporters use hidden cameras, placing them at odd angles in order to show a candid response, and the interviewee appears nervous and / or caught off guard.
*   You can only control what you are capable of controlling.
*   Remember, courtesy gets you a long way.

CONFIDENTIAL

Exhibit 18, Page 373

TU 130539



**PROPERTY RIGHTS:**

- Use property rights as leverage.
- Trump University leases a portion of the hotel's private property; therefore, Trump University controls that space.
- Trump University reserves the right to disallow video or audio recording during any event. It is Trump University's policy.
- A Trump University Associate or Independent Contractor does not have the right to take or hold a reporter's private property.
- If a problem arises, immediately contact the appropriate media spokesperson and / or Michael Sexton.
- Notify the hotel manager if the reporter insists on entering the facility.
- The hotel has the right to ask a reporter to leave the premises.
- Hotel staff should escort reporters to the exit, not a Trump University Associate or Independent Contractor.

**DISTRICT ATTORNEY:**

- If a district attorney arrives on the scene, contact the appropriate media spokesperson and David Highbloom/ April Neumann immediately.
- By law, you do not have to show them any personal information unless they present a warrant; however, you are expected to be courteous.

11. Solicitor Guidelines
- When a solicitor attends an event (usually marked by a fairly large stack of brightly colored flyers) the following protocol should be followed:
    1. If the solicitor is actively handing out flyers, have one of the Sales Coordinator's walk up to the solicitor and verbalize that we have paid for the space obtained and that that soliciting is not allowed.
    2. Notify the front desk, front desk manager, and security that there are solicitors on property. Give them a description of the solicitor.
    3. Scan or fax the solicitor's card to corporate so that the issue may be handled further.
    4. Check the ladies and gentleman's restrooms for flyers.
    5. Check the parking lot for flyers.
    6. Keep an eye on the hallway around sales time to diffuse any groups that may congregate for other purposes than discussing Trump University products.

CONFIDENTIAL

Exhibit 18, Page 374
TU 130540



III. Event Guidelines

Corporate should be notified immediately in the case that any one or a combination of the below occurs at an event. Please note in detail and send an email immediately to aneumann@trumpuniversity.com and dhighbloom@trumpuniversity.com:

* A personal story is used by a speaker that appears to be misconstrued or false.
* A speaker uses a testimonial from another course or program that implies the success or value of the TU Fast Track to Foreclosure course. This is an obvious violation of the FTC Act.
* A testimonial is used that is not a Trump University testimonial.
* Pricing of courses are not accurately stated or an un-approved price drops is advertised.
* A shortage close is used, for example: one cannot say that there are only 17 spots left or the like.
* An express or implied earnings claim is given or a guarantee.
* Use a shortage and be fined, fired or both. No exceptions

IV. Trump University Compliance Process

All Trump University Seminars, Fulfillments, Workshops, and Retreats will be recorded for compliance and training purposes. All sessions will be recorded directly through the mixer to ensure the highest feasible sound quality for transcription and audibility purposes. All Trump University events are recorded in the following manner:

### 90 MINUTE PREVIEW: FAST TRACK TO FORECLOSURE: FREE ORIENTATION

•All preview sessions are recorded separately and labeled appropriately.

•All orientation sessions given at the culmination of preview events, are to be recorded separately and labeled appropriately. Orientation sessions must be recorded through the mixer in order to ensure audibility for compliance purposes. Orientation speakers must use the microphone, regardless of the number of students at orientation. Should there only be a small number of buyers in the room, adjust volume on the mixer accordingly so that volume is not overwhelming, yet the recording will still be routed through the mixer.

•Any 90 minute preview that is being presented by a LIT (Lecturer in Training) is to be immediately emailed to dhighbloom@trumpuniveristy.com,  and aneumann@trumpuniversity.com, tmccarthy@trumpuniversity.com via "yousendit.com" and labeled appropriately. (See above for standard preview recording format.) In conjunction with the recording being emailed via "yousendit.com," please also email the four email addresses above with a subject line of the speaker name followed by the event, date, and conversion confirming that the recording has been sent, and can be resent in the case that it was not properly received.

CONFIDENTIAL



•All preview and orientation sessions will be sent to corporate via www.yousendit.com within 48 hours of the culmination of the event.  A session and its corresponding orientation will be chosen at random and sent through the compliance process:

**Recording→ Transcription→ Legal→ Operations→ Speakers**

•All preview and orientation sessions are posted on the shared server within 48 hours of the culmination of the event so that the internal management staff at 40 Wall Street can access as necessary.

•Program Coordinators are responsible for immediately emailing any sessions containing questionable material with an explanation to aneumann@trumpuniversity.com and tmccarthy@trumpuniversity.com. This refers to any material that encompasses, but is not necessarily limited to the below:

  •Testimonials associated with any other courses or programs
  *For example: A speaker uses a testimonial of a student that was theirs before they worked for Trump University, and implies that it is a TU student that has gone through the Fast Track to Foreclosure training.*

  • Guarantees implying success will be claimed
  *For example: "If you attend this training, you will be able to make $10k within the next 60 days."*

  • Price drops that are reflected incorrectly
  *For example: "After you walk out that door today, the price on this program is going to jump from $1495 to $1995. This is an event price only."*

  • Shortage closes
  *For example: "The first four of you to sign up will get this as an extra bonus" or "We only have five spots left today for this training."*


<u>3 DAY TRAININGS: FULFILLMENTS, WORKSHOPS & RETREATS
TO INCLUDE FAST TRACK TO FORECLOSURE TRAININGS, PROFIT FROM REAL ESTATE
WORKSHOPS, AND ALL ADVANCED TRAINING RETREATS</u>

•<u>All</u> three day trainings are to be recorded in their entirety. Trainings will be recorded in two or more sections per day and labeled appropriately.

•<u>All</u> staff lecturers shall be recorded separately and sessions labeled appropriately. Parts are numbered by the Program Coordinator so that all recordings are in order of the actual daily line-up. *Note: This is inclusive of any time Sales Coordinators and Program Coordinators speak.  Anything that is spoken from the front of the room <u>must</u> be recorded.*

CONFIDENTIAL

Exhibit 18, Page 376
TU 130542

TRUMP
U N I V E R S I T Y

•Under <u>no circumstances</u> should live phone calls with sellers be recorded. It is illegal to record the other party without their consent.

•<u>All</u> closes- whether they be a soft close or a hard close- shall be recorded separately and labeled appropriately.

•<u>All</u> recordings are to be labeled appropriately and emailed to tmccarthy@trumpuniversity.com; aneumann@trumpuniversity.com, at the culmination of that particular day.  Recordings will be chosen at random and sent through the compliance process:

**Recording→ Transcription→ Legal→ Operations→ Speakers**

•All sessions are sent to corporate via www.yousendit.com and posted on the shared server within 48 hours of the culmination of the event so that the internal management staff at 40 Wall Street can access as necessary.

•Program Coordinators are responsible for immediately sending any sessions containing questionable material with notes to tmccarthy@trumpuniversity.com ; aneumann@trumpuniversity.com.  This refers to any material that encompasses, but is not necessarily limited to the below:

> •Testimonials that are associated with any other courses or programs
> *For example: A speaker uses a testimonial of a student that was theirs before they were with Trump University, and implies that it is a TU student that has gone through the Trump Elite Gold Package.*
>
> • Guarantees implying success will be claimed
> *For example: "If you enroll in the three day mentoring package, you will be able to make $40k on your first deal."*
>
> • Price drops that are reflected incorrectly
> *For example: "After you walk out that door today, the price on this program is going to jump from $35,995 to $48,490. This is an event price only."*
>
> • Shortage closes
> *For example: "The first four of you to sign up will get this as an extra bonus" or "We only have five spots left today for this training.*

**Recording In the Absence of a Program Coordinator:**

CONFIDENTIAL

Exhibit 18, Page 377
TU 130543



On occasion, a scheduling issue may present itself where a Program Coordinator needs to leave an event before it is complete. In this case, a Sales Coordinator may be asked to complete the recording process and send to corporate. The following are instructions to send a recording via www.yousendit.com:

All Trump University previews, fulfillments, workshops, and retreats will be recorded for compliance and training purposes. All sessions will be recorded directly through the mixer to ensure the highest feasibly sound quality for transcription and audibility purposes. All recordings that are in need of being sent via email will be sent via www.yousendit.com:


TO CREATE AN ACCOUNT

•Go to www.yousendit.com and click the "Sign Up" tab.



CONFIDENTIAL

Exhibit 18, Page 378
TU 130544



•Select the free account labeled "Lite" that is in the column all the way to the right of the browser.



•The below screen will populate.  Enter all personal information and be sure to record your user name and password so that you can reference it each time you log in to your You Send It account.  Click "Submit."



Private & Confidential  •  Page 124

CONFIDENTIAL

Exhibit 18, Page 379
TU 130545



•You will get the following message, once your account has been created.  Look for an email to be sent to the email address that you listed with further details.



## TO LOG IN AND SEND FILES
•Go to www.yousendit.com and click "Log In."



Private & Confidential • Page 125

CONFIDENTIAL

Exhibit 18, Page 380
TU 130546



•Enter your email address and password from when you created your account.  Click the
"Remember my email" button, and then click "Log In."



•Enter the email address of the person that you are sending the recording to.  The subject line
will be the same name that you named the recording, as per the TU Recording Procedure.   To
attach the file, click "Browse."



Private & Confidential  •  Page 126



•Locate the recording that you are looking to send and double click.



•Click "Send It" and wait for recording to upload.  This may take a few minutes.  You will receive an email verification once the recording transfer is completed.



CONFIDENTIAL

Exhibit 18, Page 382
TU 130548

TRUMP
UNIVERSITY

V. Disruptive Student Procedure

In the case that a student gets out of hand during class time, a Trump U Team Member should immediately call April Neumann: ▮▮▮▮▮▮▮▮▮ or David Highbloom: ▮▮▮ and present the ongoing problem. Upon the result of the conversation, the team may be instructed to follow the steps below:

1. Quietly ask the student to speak with him/her outside the meeting room, taking care to keep tones friendly as to not disrupt the remainder of the class.

2. Explain the issue to the student outside of the meeting room and evaluate whether or not the student is able to sit through the rest of the class (willingly) without disrupting the other students.

3. In the case that the student is not fit to return to class, the team member will take the course of action that he/she was instructed to take in speaking with either David Highbloom or April Neumann.

4. The staff member that dealt with the disruptive student must email a detailed report of the occurrence to aneumann@trumpuniversity.com and dhighbloom@trumpuniversity.com as soon as possible.

VI. Road Etiquette

As a Trump U Team Member, you are expected to be the "crème de la crème" or simply "the best of the best." All of your actions should always support your professionalism, and that you are the best of the best. You never know who is watching. All Trump University employees, mentors, coaches, speakers, and contractors having contact with Trump University customers (attendees and buyers) are expected to act in a professional, courteous manner and avoid even the implication of impropriety. You are ambassadors of the Trump University brand and are thus:

- Prohibited from using illegal drugs at any time
- Prohibited from buying alcohol for students/clients at any time
- Prohibited from fraternizing with other employees
- Prohibited from fraternizing with clients
- Required to dress appropriately in concordance with the Trump University mandate
- Required to take care of your own incidentals and any additional personal charges incurred when staying in a hotel with Trump University
- Only authorized to offer courses, products and services as are set forth by Trump University and you may not offer any other programs or investments to students under any circumstance
- Required to comply with pricing established by Trump University and you may not change or modify pricing without prior approval
- Required to utilize TU presentations that are approved in advance, presentations/slides are not to be changed or modified without prior approval
- Specifically prohibited from speaking with any journalist, reporter, author, blogger, newspaper, or media outlet with regards to Trump University, the Trump Organization or Mr. Trump
- Specifically prohibited from compiling customer lists or data for any purpose, as client/customer information is confidential and proprietary

Private & Confidential • Page 128



- Prohibited from directly or indirectly advising any client/customer of any likelihood of success, as Trump University makes no earning claims
- Required to accurately present product/service offerings
- Prohibited from sharing a personal story or testimonial unless and until appropriate documentation in support has been provided to TU and the story/testimonial has been approved in advance
- Prohibited directly or indirectly implying that you have purchased and/or used TU products/services unless that statement is true
- Prohibited from directly or indirectly implying that TU or Mr. Trump endorses any third-party offer, investment opportunity, etc
- Urged to use your common sense and business judgment to determine whether the purchase of TU products and/or services is appropriate for the particular customer

---

Violation of these policies may result, depending on the circumstance and in TU's discretion, in a fine, suspension, probation or termination.

CONFIDENTIAL

Exhibit 18, Page 384
TU 130550