# EXHIBIT 19



Exhibit 19, Page 386

TU 153705



TU 153706



TU 153707



Direction - Make sure you tell them that is an active learning event and that they are required to participate.  Set up the expectation right off the bat by engaging them and asking questions.  Ask them "why are you here today?"

Education?

Make more money?

New start?

New career?

Learn about foreclosure investing?

Trump groupie?

Exhibit 19, Page 389

TU 153708



# Seven Foreclosure Strategies:

1. Understand the Phases of Foreclosure
2. Prepare Your Credit for Investing
3. Find Your Foreclosure Investment Opportunities
4. Evaluate and Fund Your Deals
5. Help Distressed Homeowners
6. Know Your Exit Strategy
7. Set Your Goals and Get Started

© 2008 Trump University

Direction - Go through the 7 strategies that have been promised in the advertising.  Explain the perils of going off and trying to invest in Real Estate without all of the training and education needed to be successful.

Most people don't realize how many steps there are in Foreclosure, it's a long painful process. It's hurtful to not only the homeowner's credit, but to their family. We will show you how to help them avoid some of the pain.

Are you ready to purchase an investment home? More importantly, is your credit ready? Today you will walk out with some great strategies to improve your credit.

Foreclosures are easy to find, the trick is to find the profitable ones. I will show how to find the right deals today.

How do you know when it's a good deal?  How do you measure the value? And once you know it's a good deal how do you fund it? We will show you today how all of that works, and how easy it is when you know what to do.

Save their credit, save their family, save their marriage, save their lives.

This is one of the most important things: know what you will do with the property before you buy.  Your exit strategy will help determine the value of the property to you.

How do you get started? We will show you how to learn from the greatest Real Estate mogul in the last 30 years.

Transition - Let them know that one of the major reasons for the mortgage crisis is investors that were not properly trained.  They caused the crisis and now Trump has stepped in to help train investors and right the industry.

Exhibit 19, Page 390

TU 153709





*Fast track to*
FORECLOSURE
INVESTING

# Donald J. Trump

## Chairman, Owner — Trump University

- Real Estate
- Entertainment
- Products
- Gaming
- Education

TRUMP
UNIVERSITY

© 2008 Trump University

Direction - Go through a quick point on each of the areas of which he as had success; end with a strong emphasis on education and the mission of Trump University:

1. Real Estate – one of the most successful developers of our time.  Mr. Trump's signature buildings include Trump Tower and 40 Wall Street in New York, the home of Trump University. Donald Trump has made a lot of money in Real Estate, and isn't that what you really want…more money?

2. Entertainment – The Apprentice television show has had 8 great seasons (season 9 is scheduled for January 2009) and Mr. Trump also co-owns the Miss Universe Organization with NBC.

3. Products – A number of successful extensions of the Trump brand into clothing, furniture and

4. Gaming – Casinos in Atlantic City

5. Education – But the real Trump legacy is Mr. Trump's goal of creating a new generation of real estate millionaires.  Mr. Trump doesn't need the money but this is his way of giving back.  You don't see any other billionaires willing to train people in the system that made them wealthy, do you?

Exhibit 19, Page 391



Direction – Review your personal story and background and how you got into training.

Add a maximum of five bullets highlighting your relevant real estate investing credentials (e.g., number of deals, types of expertise).  Please note that every credential you list here will be verified by Trump University.

Do not put any personal business names or other organizations you may work with.

Exhibit 19, Page 392

TU 153711



# 76% of All Millionaires Result from Real Estate.

Source: The Real Estate Millionaire (McGraw-Hill 2006).                    © 2008 Trump University

Direction – Focus the room on why real estate is the best mean of wealth creation.

Did you know that 76% of all millionaires are created through real estate?

Did you guys know that?  Do you know any rich people?

They probably own their own business, so maybe they own real estate.  That is how they created their wealth.

How many, if any made it in real estate?

How many are investing in real estate that aren't millionaires, then you're doing something and you just need a nudge to get you over the hump, that nudge is simply our 3 day retreat.

Exhibit 19, Page 393

TU 153712



# Why Real Estate?

- Because it Works
- Use OPM
- Power of Leverage
- Best Way for Many to Meet Retirement Goals
- Foreclosures Make it Easier!

© 2008 Trump University

Direction – Focus the room on why real estate is the best mean of wealth creation.  Address the baby boomers facing retirement and emphasize that real estate may be their ONLY way to retire financially secure.

Real Estate is tried and true, it's real, it's the safest and easiest way to make money.

You don't need to be rich to invest, you just need to know how to use OPM…it's out their now more than ever.

When you buy stocks it's one for one, each dollar get's a dollars worth of stock.  With a home a few dollars can control millions of dollars of value in a home.

Is retirement closing in on you? Do you need to add a few hundred thousand to your retirement account?  Well real estate beats any 3% CD or 5% money market you can find, and you don't have to wait five years for maturity.  And for many people, especially those that are in their 40's and 50's, simply maxing out your IRA or 401k isn't going to get you to retirement financially secure.

Trump University will show you the right type of investment given your timeframe and financial goals.  If you only have 5 years for example, we may focus your efforts on wholesaling and flipping.  If you have a longer time horizon we may focus your efforts on cash flowing properties.

Timing is everything and the time is now.  The storm has arrived and it's getting worse…I'll show you the forecast in a few minutes (tease them like they do with the weather forecast).

Exhibit 19, Page 394

TU 153713



Direction – Set up the power of leverage in real estate.
According to the National Association of Realtors, over time the average home will double in value every 10 years.
Go through the numbers, give them an example.
200% sounds like a fair return….good not great.
Then tell them why that's not true, truth is even better with leverage.



Direction – Show the power of leverage in real estate.

Actually you would at most put 20% down and then that probably won't even be your money.  Now $20K controls $100K, it doubles, assuming you bought it a full value, which you wouldn't, I'll show you why, in a few minutes you would buy it for less, but say you did and then sell it for $200K.  Now you have turned your $20k or OPM$ 20K into $200K of value.

How does an average of 500% return sound?

But the reality is that with foreclosures, the returns are even greater.  Let me show you why.

Exhibit 19, Page 396

TU 153715



Direction – The power of buying properties below market value…that's what foreclosure investing is really all about. Why not at full price? Because it's a FORECLOSURE.  Let's aim for 50 cents on the dollar, now we have cut our (or OPM) down payment in half and our purchase price cut in half, now this looks really good, who would buy this now, everyone raise their hands, there ya go!!

Go through the rest of the example.

Exhibit 19, Page 397

TU 153716



# Strategy #1:
## Understand the Foreclosure Process

© 2008 Trump University

Direction – Review strategy #1…the Foreclosure Process.

Most people think that if you don't make one payment, the next day the bank takes the house.  That's not true, it's a long process that includes letters demanding payment, phone calls at all hours, court dates…it's long and it's ugly.  And, then if they have any equity in the house, the bank gives it to them, right? Wrong!  The bank keeps it.  The bank can keep every penny they make on the house.



# What Is a Foreclosure?

**Fore•clo•sure**
The process in which legal action is taken by a lien holder to repossess property held by a borrower who is in default.

© 2008 Trump University

Direction – Read the definition. Assume the room doesn't know a thing about foreclosures, they've just been reading the headlines in the news and don't really understand what foreclosures are all about and what's in it for them.

Exhibit 19, Page 399

TU 153718



# What Are the Main Causes of Foreclosure?

- Loss of Job
- Illness
- Business Failure
- Divorce
- Death of an Owner

- Job Transfer
- Balloon Payments
- Property Taxes
- Readjusting Mortgage

© 2008 Trump University

Direction – Ask the group if they have ever:
Lost a job - made things a bit tough didn't it
Had an extended illness – you, your spouse, maybe a parent out of town
Gone through the big D, Divorce – one of the most common reasons…over 50% of people get the big D
Faced escalating property taxes - need I say more
And my favorite…that ever increasing APR – they loved that introductory rate or interest-only loan, now their payments
have doubled and they're sinking fast - not a good feeling



Direction – Spend time on this.  Define each step in the process.

It's like a ticking bomb, just waiting to evict them…and it all starts with a simple little late payment, then you are in pre-foreclosure. Define each step in the process.

Then step back and talk about when is the best time in this process to invest…..REOs and pre-foreclosures, we will talk about these opportunities a little later.  When it is the worst…on the courthouse steps where there will be the most competition to buy, which drives up the price which reduces your profit potential. That's for amateurs.

Tie it into the system.  It isn't just buying a foreclosure, it is buying it at the right time.  Don't get overwhelmed looking at tens of thousands of properties.  We have a system.  A system that focuses you on the 2-3 right times it makes sense to buy foreclosures.  Times when you can minimize competition, minimize costs and maximize profit.

Transition into perfect storm.  Real estate is a good investment at any time.  A well trained investor will know not just what the right time to buy is but what the right method is.  In today's market, right now, the right investment is foreclosures and I'll show you why.

Exhibit 19, Page 401

TU 153720



Direction – Emphasize that this is the perfect storm of opportunity for investors.

Yes, you read about the negative market for many homeowners but when do smart investors buy?  In a rosy market?  Or at the bottom of a market?  I'll show you why we're at or near the bottom of a market cycle.

This is a phenomenon that will never been seen again, the mortgage delinquency rate is higher now then even when we had the dot com bust,  and now we have oil prices that are sky high and a spike in unemployment…it's only going to get worse.  I've seen some cities that have increased over 500%

Now understand that many of the people facing foreclosures are real estate speculators that bought at the peak of a market.  Why did they buy at the peak of a market?  Because they didn't know what they were doing.  They didn't have a system for real estate investing that took emotion out of the process and provided a disciplined way to make purchasing decisions.  With knowledge comes confidence.

Exhibit 19, Page 402

TU 153721



Direction – Build on the perfect storm story.

What do you get when banks stop lending money, people are unemployed and the builders and still building?  An all time high inventory of housing.

High inventory means it is a buyer's market, but that's just half of the message.  Do any remember some basic economics and the law of supply and demand.  What happens to market prices when there is over-supply?  That's right, prices go down.  And what do you think is happening out there right now? [transition to next slide]

Exhibit 19, Page 403

TU 153722



Direction – Build on the perfect storm story.

When supply is high, prices go down.  And adding to the downward price pressure is the fact that banks are becoming more restrictive.  They will not finance some of the prices people have been asking, so people have been lowering the prices.

People can't afford the prices, people have been lowering the prices.

People don't want to go into foreclosure so they are dumping houses just to avoid the process.

Banks are discounting just to avoid carrying the houses and tying up the money they need to loan on new houses.

Exhibit 19, Page 404

TU 153723



Direction – Build on the perfect storm story.
The Fed keep cutting the rates, they are now lower than ever before.
This is also good for owner financing and other sources that can't make money with those rates and are willing to offer private sources, with higher rates and less qualifying.

Exhibit 19, Page 405

TU 153724



# We are in The Perfect Storm for Investors.

High Foreclosure Rate
+ High Home Supply
+ Low Housing Prices
+ Low Interest Rates
_____
= Buyers Market!

© 2008 Trump University

Direction – Create a sense of urgency.  This is a window of opportunity that will not remain open for long.  And this really is a once-in-a-lifetime opportunity.

All of these market forces means that it is prime time for you, the real estate investor,  to strike it rich. It's the new gold rush.  It's the perfect storm

All the elements have combined to create the perfect conditions for the storm of the century in the housing market, and you need to be at the eye of the storm.  That's where it is quiet and safe and only the right training can show you have to operate in the eye of the storm.

And let's be very clear.  Like any opportunity it will not last forever.  Depending on who you speak with we are clearly at or near the bottom of a market cycle.  And something will happen to change these perfect conditions.  It is just a question of when.  The government could step in, these kinds of low prices will draw in buyers…especially from overseas given the weakness of the dollar.  A new administration.  Not sure if you saw it in the news but the city of Philadelphia recently put a freeze on foreclosures.  That could happen anywhere.

Usually when you have opportunities present them to you it is too late to really profit.  How many of you used Google back in 2005 when they went public at $40 a share?  You used Google.  Chances are you loved it.  So why didn't you buy it?  If you had invested $1,000 it would be worth $x

Exhibit 19, Page 406

TU 153725



# Right Here in [Market] Foreclosures are Booming.

- [number] Pre-Foreclosures
- [number] Auctions
- [number] REO's

Source: RealtyTrak.com

© 2008 Trump University

Direction – Show the room that there are investment opportunities right in their own backyard.



# What Foreclosures Mean for You…

- Purchase Properties 20-50% Below Market Value
- Have Instant Equity
- Buy/Control Cash Flow Positive Properties
- Help Families in Financial Distress Avoid Seven Years of Major Credit Problems

© 2008 Trump University

Direction – Now that you've built the case for the perfect storm of investment opportunity, show the room what's in it for them.

Foreclosures create opportunities for you to purchase real estate for 50% below its market value.

At 50% off market price you have instant equity.  Do you think it is easy to walk into a bank and tell them that you only need a 50% loan? Do you think the banks like that? Yes, they do, much more so than the 125% loans they had been offering.

And if you are buying at 50% below market value, you can find positive cash flow deals in markets where that was impossible 12 months ago.

The power of Foreclosures Investing is that it creates opportunities for many different types of real estate investment.  It gives you the flexibility to invest in ways that best meet your financial and life goals.  And as we will learn later, foreclosures also give you the flexibility to invest in ways that best meet your personality.

And we will show you later how to help families that are in the mess of their lives.

Exhibit 19, Page 408

TU 153727



# Strategy #2:
## Prepare Your Credit Rating

© 2008 Trump University

Direction – Talk about the impact of credit score in the funding process.  Emphasize that the right time to think about credit score is before there is a deal on the table.

You are ready to start investing, but is you credit ready?



# Prepare Your Credit Before Investing

- Get a Copy of Your Credit and Make Sure it's Accurate
- Reduce Your Number of Credit Cards
- Dispute any Late Payments
- Pay Your Bills Before they are Due

© 2008 Trump University

Direction – Share some simple steps that everybody in the room can take to improve their credit score.

Did you know that a difference of 100 points in your credit score can mean thousands of dollars saved over the life of loan?

Always keep tabs on your credit, know your score.  Always be upfront when getting a loan.

Make sure the number of installment accounts is kept in check, this will hurt your BPI score-debt to income ratio.

Secure your credit lines prior to finding a house, this way you have money in hand and are ready to make a deal.

Exhibit 19, Page 410

TU 153729



Direction – Reinforce that knowledge is critical in real estate investing. You have to know everything you can about what you do.

Like everything in real estate investing, knowing what you are doing is the key to success. Understanding what drives your credit score can give you a good idea of how to improve your score.

Keep all accounts current!

Beware of recurring charges like health club dues and such that will slowly add up.

Create a business entity and start building business credit....this will take pressure off of your personal credit.



*Fast track to*
**FORECLOSURE
INVESTING**

# Strategy #3:
## How to Find
## Foreclosure Investment
## Opportunities

**TRUMP**
UNIVERSITY

© 2008 Trump University

Direction – Emphasize that the Trump Foreclosure System simplifies the process of finding investment opportunities by providing a step-by-step guide.

The wrong ones are easy to find.  It is just as important to know what to avoid as it is to know what to find.

The right deals are out there, you just have to know where to look and how to look. We will show you how to find the right deals quicker, without kissing a bunch of frogs and wasting your time.

The Trump Foreclosure Investing System lays out a very clear process for finding great deals.  Deal sourcing is one of the many topics we cover in our 3 day training.  We even conduct live phone calls with sellers to show how it is done.

Exhibit 19, Page 412

TU 153731



Direction – Tell the room that one of the best secrets of foreclosure investing is find properties in pre-foreclosure. Don't assume that anyone has ever heard of a pre-foreclosure.

The best time to buy anything is before EVERYONE knows that the deal is available.  The dumb money chases deals in foreclosure.  The smart money finds pre-foreclosure deals that are much earlier in the foreclosure process.  There are far fewer people chasing these deals because they are harder to find.

The pre-foreclosure is the best for you and for the owner.  Once the property has been foreclosed you can do nothing for the homeowner.  However if the property is in pre-foreclosure there are ways you can help them to save their credit.  We will talk about that a little later.

Review the bullets in the slide.

The Trump Foreclosure Investing System that we will teach you in the 3 day training lays out a detailed process for finding these hidden gems.  We will even provide scripts for you to communicate with sellers and marketing templates to find the best deals.  The power of having a real estate investing system is that it provides proven tools and resources that will help you achieve your goals.

Exhibit 19, Page 413



Direction – Tell the room that another effective foreclosure investing strategy is to find properties at the tail end of the foreclosure cycle.

This is where who you know matters.

Don't use a realtor, go straight to the bank

Spend time to get to know the person who controls the REOs

Pick a few properties that meet your exit plans.

Spend time with them to review where the bank is on the properties, how much is owed…the longer the bank holds the property the more willing they will be to make a deal.

Offer less than is owed.

Exhibit 19, Page 414



# What Will Happen, What We Can Do…

- Owner Is Going to Lose the Property!
- No Matter What…They Will Lose the Property!
- Our Goal Is to Help:
  - Them
  - Ourselves
  - Win-Win
- First Goal – Stop Their Foreclosure!

© 2008 Trump University

Direction – Emphasize that Trump University teaches ethical investing.

One of the sad outcomes of the current foreclosure crisis is that a cottage industry has sprung up almost overnight to prey on distressed homeowners.  Criminals are fraudulently promising homeowners that they will help the avoid foreclosure if the homeowner pays a fee of thousands of dollars…..and that's money the homeowner can not afford.  Keep an eye out for fraud and report it to your local consumer affairs department.

But let's talk about the homeowner and how we can help them.  The fact is the owner can't afford the house and needs to find something else.  It's sad to see them lose their home, but it's really for the best. The pressure of not meeting bills can be devastating on families.  They need a clean start for themselves and their families.

So how can we help them?  The best way to help the homeowner is to help them avoid foreclosure altogether.  This will spare them the credit nightmare that accompanies foreclosure.

Exhibit 19, Page 415

TU 153734



# TrumpU Doers Story



"Not only did the program teach me a lot, but it was motivational …Within nine months, I bought a home for $214,000 and sold it for $420,000, **a $200,000 profit**."

*- David Trejos, Union City, CA*

© 2008 Trump University

TRUMP
UNIVERSITY

Back in 2005, 25-year-old David Trejos realized that his career as a graphic artist couldn't bring him all the success he wanted from life. So, he enrolled in Trump University's Real Estate Investor's Training Program. Today, David is 27, and well on his way to building a fortune in real estate.  Here's how he built his success:

"I originally got a degree to be a graphic designer," David Trejos recalls. That was back in 2003.  But as soon as he started working, he realized that his chosen career could never offer him everything he wanted from life. The pay was terrible and the work was not motivating.

"I didn't study something that was my passion," David reflects, "I was just good at it."

David took control of his life before inertia set in. He talked to his father, a San Francisco-based real estate agent who happens to be a big fan of Donald J. Trump.  David's dad urged him to break into real estate investing by thinking big. The only problem was, David didn't know how to begin.

One night, David discovered Trump University online.  "It just made sense to learn from Mr. Trump. I did some research about the professors at Trump University.  I was especially impressed that Gary Eldred was teaching there. So I moved forward."

David enrolled in Dr. Eldred's Real Estate Investors Training Program in 2005 as preparation for his career in real estate. David was not a complete beginner. He had worked in construction as a teenager and he understood some of the fundamentals of fixing a property. But he didn't know how to invest wisely. In the course, David learned the skills he needed to make a strong start.

"I really learned a lot of useful techniques in the Trump University program," David tells us. "It emphasized the importance of knowing your demographic, understanding how loans work, and knowing what to look for in a property. It was an in-depth study of what to look for. Not only did it teach me a lot, it was motivational. I felt like I was ahead of the game, confident about what the outcome was going to be."

Exhibit 19, Page 416

TU 153735

Shortly after completing his training, David took the plunge with his first investment, a three-bedroom home in Oakland, California, that was in pre-foreclosure. "The property looked pretty run-down," David recalls. But he learned that the owner, who lived in Missouri, was renting the property for only $300 per month and was eager to sell. Using techniques he had learned in the course, David bought the house for $214,000. He did a few thousand dollars of renovations – and then sold the property nine months later for $420,000.

That was a nice profit in just a short time, but it's not the whole story. David has purchased two other properties and flipped them too. Plus, he has bought a fourth property - a four-bedroom townhome in Union City, California – where he is applying a classic "Buy and Hold" strategy. He bought it at a court auction for $111,000. He has updated it himself, is renting it for a profit, and expects to sell it for twice what he paid for it when the market strengthens.

In summarizing his success, David says, "I know that through the knowledge I received from Trump University, and by successfully flipping properties, I am making more money than my college professors! I am moving forward every day by having the knowledge that so many seek, but that I have found through Trump University. Financially, I've done better than most people I know."

"I can't imagine living my life without real estate.  I love what I am doing.  There is a lot of risk in this business, but as long as you have the passion and you know what you're doing, things will just fall into place. And if I want a raise, I just look in the mirror."

Credit goes to David for his drive, intelligence and follow-through. Trump University is proud to have given David Trejos the tools he needed to build his success.

Exhibit 19, Page 417

TU 153736



# Strategy #4:
## Evaluate and Fund your Deals

© 2008 Trump University

Direction – Reinforce that the Trump Foreclosure Investing System covers the how-to's of real estate investing from end-to-end.  This proven system provides a structured and discipline way to evaluate and fund deals.

Rule #1:Don't buy a property if it doesn't fit your style.  I don't' care if the spouse loves it, I don't care if it's right down the street.  Know who you are and what you can handle.

Don't put yourself at risk when buying a house.  Let us show you how to finance the property without taking a risk of losing your own property.

Exhibit 19, Page 418

TU 153737



# There are Many Ways to Fund Your Deals.

- OPM
- Hard Money lenders
- Owner Financing
- Equity Lines
- Credit Cards
- Bank Financing
- Quick Flips / Assignments

© 2008 Trump University

Direction – Address one of the room's biggest concerns…how will they fund their deals?
OPM and hard money care more about the property than you…this is good!!
Owner financing-means they believe it's a good house, you will get good terms, do a five year with a balloon.
Save your credit card for repairs and in case you need to float a payment or two.
Assignments-NO RISK/less profits

Exhibit 19, Page 419

TU 153738



Direction – Communicate that every investor needs to know their strategy before they sign the docs.

Exhibit 19, Page 420



# There Are Many Investment Strategies.

- Wholesale
- Rehab
- Re-position
- Fix and Flip
- Rent / Rent to Own
- Lease Option

© 2008 Trump University

Direction – Stress that there are many different investment strategies.  Foreclosures make each strategy more profitable because they will be buying properties below market value.

Give a brief example of each strategy.

Wholesale - control the property and flip to a rehabber.

Rent - purchase the property for long term, rent to cover the mortgage and expenses.

Turn you renter into a buyer by creating a lease with the option to buy. You already know they can make the payment, they like the place…it's a win/win.



Direction – Ensure that every person in the room understands that there is an investment strategy that meets their needs, goals and personality type.

Everybody has a different personality and different investment goals.  The good news about real estate is that whatever your goals are there is a right investment strategy for you to pursue.

Go through each personality type and ask the audience which one they are.

How many of you guys want to invest in real estate but never want to get your hands dirty?  Ok, you are going to wholesale or flip it.  The Trump System matches your personality type and investment needs with the right strategy.  Not every strategy is appropriate for every investor.  Another thing we are going to factor in with the Trump System is your time horizon.  How many of you are planning on retiring within 20 years?  You are great candidates for renting.

One of the most powerful things about foreclosures is that it allows you to pursue all of these strategies.  At its most basic foreclosures allows you to get properties at far below market value.  That opens up all of these options to each of you…that's the power of foreclosure investing.

Exhibit 19, Page 422

TU 153741



# TrumpU Doers Story

"When I heard Mr. Trump was opening a company to train beginning investors, I jumped in. As a result of the program, I bought an investment property and flipped it in **four months for a $95,000 profit**. My second deal **earned me $70,000 in less than a year**."

*- Jason Bosch, Ontario, CA*



© 2008 Trump University

My first investment property was a duplex in the suburbs of Salt Lake City, which I bought with help from Rex Hazzard, my Trump University coach. I was living in California, which at the time was super-inflated. Rex suggested that I look in Utah, Texas, Florida and North Carolina, based on his research.

I had a friend in Salt Lake, so I started there. I bought a small duplex in a growing community. The home was falling out of escrow, so we got a really good deal at $155,000. A property manager helped me fix it up and rent it for $1,590 a month, which nets me $350 in cash flow monthly. About a year later, I refinanced it, pulled out $30k in equity while keeping the cash flow intact. I used that money to buy my second property, this time in Florida. I bought it in foreclosure for $110,000. It was worth $150,000 and it has appreciated to about $225,000. I rent it for $1,200 a month, which nets me about $100 per month. Incidentally, the Utah property is now worth about $250,000.

Rex really encouraged me to not be afraid of buying out of state. He showed me that it's all about having a team - a good lender, property manager and agent are key. He also gave me pointers about what to look for in a community - whether it was on the rise, growing, stable, or declining. Because what looks like a good deal on paper could be a disaster if you don't know the inner workings of the community. I was going to buy a property in Flint, Michigan, that I thought was a steal. But Rex's help, we saw it really wasn't a good deal after all. I'm glad I didn't buy it.

I respected the name. Mr. Trump is a winner. Not only does he make success for himself, he makes success for others around him. I always try to surround myself with people who can help me become better. When I heard that he was behind a company that offered coaching for beginning investors, I jumped in. This is Mr. Trump we're talking about! If he says it's good, I don't question it. And my experience with Rex Hazzard was great. He knows his stuff! He was obviously handpicked because of his knowledge and experience.

Exhibit 19, Page 423

TU 153742



# Without Training, You Can Make Critical Mistakes.

- Overpay for Properties
- Miss Title Problems
- Buy in the Wrong Area
- Pay Too Much for Financing
- Fail to Protect your Investment
- Have No Exit Strategy

© 2008 Trump University

Direction – Communicate that the risk is too great to go it alone, without training, especially in today's market.

It easy to overpay.

How much do you offer to come across serious?

If your offer doesn't offend them then you offered too much.

Getting the right financing for your deal-points, rates, terms?

Exhibit 19, Page 424

TU 153743



Direction – Trump teaches ethical real estate investing.
This is there most vulnerable time, build a strong reputation of helping people and the word with travel and people will come out of the woodwork to find you and use your services.

TU 153744



# Ethical Investing Means Helping Homeowners

- Prevent the Foreclosure
- Save Their Credit Rating
- Ease the Transition
- Move Them (Optional)
- Make Rent Payments (Optional)

© 2008 Trump University

Direction – Reinforce that by helping to prevent the foreclosure, investors are really helping the distressed homeowner.

First, stop the process dead in it tracks!!

Don't let them have bankruptcy or foreclosure on their credit.

You will have the proper training and knowledge to handle the process, they don't, make it easier for them.

The last two are a bit tricky, don't over promote them.



# TrumpU Doers Story

" Trump University taught me how to create a win-win situation by purchasing a home in the final stages of foreclosure…**My wife and I made $20,000 on our very first deal, and we helped a struggling homeowner.**"

*- Kevin and Dee Dee Andrews*



© 2008 Trump University

Trump University Real Estate Student Helps Homeowner Out of Foreclosure and Medical Bills

Trump University real estate student invests in pre-foreclosure and helps homeowner pay off medical bills and maintain good credit

New York, New York - As Arizona's housing crisis deepens, Trump University real estate investment student Kevin Andrews helps homeowners avoid foreclosure and pay their bills by purchasing residential properties in the final stages of foreclosure.

After completing Trump University's Real Estate Investment Course, Andrews heard of a local homeowner in Arizona who was struggling, trying to avoid a foreclosure and also pay off high medical bills. The homeowner was overwhelmed with an outstanding $80,000 mortgage and more than $13,000 in medical bills.

"I knew I could sell the house for at least $30,000 more than the $80,000 he owed, and I wanted to do the right thing," said Andrews, owner of G2G Investments in Lake Havasu, Arizona.

The homeowner accepted Andrews' offer of $95,000, and after the sale was complete,  Andrews put a "For Sale by Owner" sign in the front yard. The next day, Andrews received an offer of $115,000.

"Trump University's Real Estate Investment courses taught me how to create a win-win situation by purchasing a home in the final stages of foreclosure," said Andrews. "My wife and I made $20,000 on our very first deal, and we helped a struggling homeowner."

"Investing in pre-foreclosures is not only about the profits but helping out borrowers who are forced to sell their homes and other properties due to job loss, medical bills, a death in the family or another life-changing situation," said Josef Katz, Vice President of Marketing for Trump University. "In his first investment, Andrews was more concerned about helping a homeowner who needed to get out of a bad situation. As a result, Andrews helped the homeowner avoid foreclosure, pay his bills, and have some extra funds. Then, Andrews sold the property with more than a twenty percent return on

Exhibit 19, Page 427

TU 153746

investment."

Since his first investment, Andrews has helped three other homeowners with pre-foreclosures by finding buyers for their short sales, and he has invested in four other pre-foreclosed residential and commercial properties.

"Every property we've invested in has been done first with the homeowner's interest in mind," said Andrews. "We want them to be able to get out of a foreclosure and walk away from the sale with some money to pay off bills or have in their pocket. That way they end up with more than if they let their home or property be foreclosed on by the lender."

Exhibit 19, Page 428

TU 153747



# Strategy #7:
## Set Your Goals and Get Started with Trump University

TRUMP
UNIVERSITY

© 2008 Trump University

Direction – Begin the close.

When do you want to retire?  Is that your goal?

Who many houses do you want to own?  How long do you want to own them?

Now, take the next step, team up with Donald Trump, the person who knows Real estate better than ANYONE else in the world.  The man who has made his billions in real estate.

Exhibit 19, Page 429

TU 153748



# What are Your Goals?

- Generate Passive Income
- Create Long-term Wealth
- Work Less
- Retire Early, Financially Secure
- Build A Legacy
- Get out of Debt
- Take Care of Loved Ones

© 2008 Trump University

Direction – Connect with each person in the room on their personal goals.
Hint, your number one goal should be to work less and make more!!!
Create wealth for your family…create your legacy!!
Taking care of your parents and your kids, use real estate to make enough money to do it.
Remove stress from you and your family.
Take control of your life and enjoy the freedom that financial independence will give you.



# Where Will You Be at Age 65?

- 45%  Depend on Family & Friends
- 30%  Rely on Public Assistance
- 23%  Must Work
- 2%   Are Financially Independent

Source: Social Security Administration                                    © 2008 Trump University

TRUMP
UNIVERSITY

Direction – Talk directly to the baby-boomers that are not prepared for retirement but have been ignoring the problem.
Be in the 2%
Some people want to work, not for money but social interaction, McDonalds and Wal-Mart would not be my choice.  Those people you see there are working to put food on the able and heat in the house.
The good news is that it is never too late.  But the later you wait the fewer options you have.  Again, maxing out your 401k is not going to get you to retire financially independent if you are in your 40s or 50s.

Exhibit 19, Page 431



Direction – Reinforce that at Trump University you get the ongoing support that you will need to be successful.
We've created a real estate investing system.  It begins with 3 days of training, but it isn't just 3 days and a cloud of dust.
We stay with you to support your efforts.  And you become part of a powerful network of success-minded investors.

Exhibit 19, Page 432

TU 153751



# Powerful Three Day Investor's Training

- Step-by-step System for Profiting from Foreclosures
- Building Wealth Without Using Your Own Cash or Credit
- Live Phone Calls with Sellers
- Evaluating Deals
- Financing Your Projects
- A Plan to Get Started
- Your First Deal in 21 Days
- Personal, one-on-one goal setting session

Note: Curriculum may vary based upon the needs of the class        © 2008 Trump University

Direction – Describe some of what students will learn at the three day training.

The 3 days are just the start to 12 month program and a life time of learning,  It all starts here today with a special session for those who enroll today.  We will sit and start you plan today.

Exhibit 19, Page 433

TU 153752



# Valuable Tools and Resources

- Pre-done Marketing Pieces to Find and Sell Properties
- Valuable Contracts, Addendums, and Forms
- Proven Scripts for Finding and Controlling Properties
- Trump's Negotiating System
- Securing OPM for Improvements
- Ongoing Updated Tools and Resources

© 2008 Trump University

Direction – Describe the value-added tools that will help to jump-start an investing career.



# World Class Support for 12 Months

- **Continuing Education** Events to Keep Your Knowledge Current
- **Client Advisor** to Guide Your Progress
- **Tele-seminars** Weekly with Industry Experts
- **Exclusive Networking** Tools
- **Online Resources** Including Contracts and Forms

© 2008 Trump University

Direction – Emphasize ongoing support.  Remember, this is not a coaching program…do not oversell the Client Advisor. Someone to watch over us and help us to keep motivated,

Need more training join our weekly tele-seminars and learn from your own house.

Not sure which agreement to use, don't worry we have the agreements and will show you the best one and best phrases to include.



Direction – Clear your calendar.  What could be more important that investing in your future?.

Exhibit 19, Page 436

TU 153755



# Why Trump University?

- Training for Today's Market
- Cutting-edge Tools
- World-class Support
- Access to the Trump Network
- Tax-deductible in Most Cases
- Risk-free Guarantee

© 2008 Trump University

Direction – Without naming any competitors reinforce that Trump is the gold standard in real estate.

Trump = real estate

Trump only uses the best of the best.

This is the TOP GUN of RE training, are you worthy of Trump U?

If you were going to learn how to fly a plane, wouldn't you want to learn from an experienced pilot?  Well, if you want to learn real estate wouldn't you only want to learn from the world's most famous real estate investor?  Of course you would.



Direction – .

Exhibit 19, Page 438

TU 153757



# 12 Month Investor Program Tuition:

# $1,495

© 2008 Trump University

Direction –.

TU 153758



# Pay Your Tuition

- Credit Card
  - AMEX, Discover, MC, Visa
- Check
  - Personal, Business
- Cash
- Any Combination of the Above

© 2008 Trump University

Direction –.



# Today's Bonuses

✓ Free Tuition for a Family Member
✓ Real Estate Goldmine Audio Course
✓ Quick-start Training Orientation Immediately to Follow

© 2008 Trump University

Direction –.



# The Trump University Guarantee:

<u>The Law Says</u>: You Have Three Days to Request a Tuition Refund.

<u>Donald Trump Says:</u> You Have All the Way to the End of the First Day of Training to Withdraw and Request a Full Tuition Refund.

© 2008 Trump University

Direction – .



# Enroll Today!

"As long as you're going to be thinking anyway, **think big**."

Fast track to FORECLOSURE INVESTING

TRUMP UNIVERSITY

© 2008 Trump University

Direction –.

TU 153762

# EXHIBIT 20

Document ID: 0.7.438.240225

| | |
|---|---|
| From: | Michael Sexton </o=trump org/ou=first administrative group/cn=recipients/cn=msexton> |
| To: | James Harris <moneymotivator@gmail.com>; Stephen Goff </o=trump org/ou=first administrative group/cn=recipients/cn=sgoff>; Scott Leitzell </o=trump org/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=sleitzell> |
| Cc: | Mark Anthony <markanthonybates@msn.com>; David Early <david@entrende.com> |
| Bcc: | |
| Subject: | New PPT script |
| Date: | Tue Apr 14 2009 11:41:01 EDT |
| Attachments: | Trump Creative C script-final (2).doc |

Gentlemen, attached is the final script for the new PPT presentation.  Please review both in detail.  I will speak with you individually about how best to transition to this new format.  I've circulated this presentation and script to a small group of industry veterans and the feedback has been very positive. As always, I look forward to your thoughts and feedback as well.  Thanks,

Michael


Michael W. Sexton

Trump University

40 Wall Street, 32nd Fl.

New York, NY 10005

Phone: 646.810.7342

Fax: 212.248.0782

www.TrumpUniversity.com

TU 154665

Document ID: 0.7.438.240225-000001
Owner:          Michael Sexton </o=trump org/ou=first administrative
group/cn=recipients/cn=msexton>
Filename:       Trump Creative C script-final (2).doc
Last Modified:  Tue Apr 14 10:41:01 CDT 2009

TU 154666

Trump Creative C script-final (2).doc for Printed Item: 1 ( Attachment 1 of 1)

**Trump University**
**Preview Script – Version 3.0**

**Slide 01:   Trump University Title Slide**

**Slide 02:   The Trump University Apprenticeship Program**

Ladies and gentlemen, I'd like to welcome you to our presentation tonight on behalf of Mr. Donald Trump and Trump University. My name is [Lecturer name]. I'm a member of the faculty at Trump University. Let's talk a little about Donald Trump.

**Slide 03:   Trump Montage**

Who here thinks they know Donald Trump? Hands up. Very good. Let's play this little game to get you in the mood of things.

I've got three lottery tickets here. What I'm going to do is ask three questions about Donald Trump. Whoever gets a question right gets a scratch-off lottery ticket and hopefully you'll win. If I have a number of you answering the question correctly, then I will give the ticket to only one of the winners of my choosing.

Do not call out your answers, raise your hand only!

First question:  Where was Donald Trump born and raised? Be specific. The answer is Queens, New York.  He was educated in upstate and in Pennsylvania, but he was born and raised in Queens. You get a ticket. Congratulations!  Being first and taking action has its rewards.

Second question: What year was Donald Trump born? Give me the year? That's right, 1946. He was born on June 14th of that year. Sir, you get a ticket. So what does that make Mr. Trump... roughly 62 years old? Do you think he's going to retire in a couple of years? I doubt it. But this I do know, he has a life-time of experience in making money.   By the way, this gentleman was quick to answer.

Here is my third question: How did Donald Trump make his money? The answer is real estate! Very good. You folks know a lot about Donald Trump. Here's your ticket, and good luck to you all.

But let me tell you all this right now, the chances of winning the lottery is about fourteen million to one, but winning with Donald Trump is done every day.

1

Exhibit 20, Page 447

Trump University Preview Script – Proprietary and Confidential

Mr. Trump has been an American business magnate, a socialite, a television personality, and an author. He's really an incredible man. Mr. Trump can be brash and bold.  But one thing that you do have to say: the man knows the real estate business.

(Future Pacing): **And what he knows about real estate you will learn when you become part of Trump University.**

Trump University is the manifestation of what Mr. Trump wants to do for people interested in building wealth and creating opportunity.

The idea actually came to him during the second season of  "The Apprentice" TV show. When he wrapped up the second season of "The Apprentice" show he thought to himself: "You know what? I'm only able to help one person at a time in this fashion. Why don't I take the concept of an apprenticeship and make it available to a larger group of people"?

That led to the founding of Trump University in 2005.

**Slide  04:  Trump University**

Trump University is located in the Trump Building at 40 Wall Street in New York City.  That's down in the financial district. We occupy the 32nd floor of this building. We rent the other 69 floors to tenants.  The building was built in 1930 and it was called the "Bank of Manhattan Trust" building.  It was once in competition to be the world's tallest building.

Mr. Trump bought this building from a foreclosure proceeding. The building has a total of 1.3 million square feet of rentable, useable space. He bought it, believe it or not, for $1.4 million about 15 years ago. What does that come out to approximately per square foot? That's right about a dollar a square foot, a dollar and seven cents to be exact. That is unheard of.

By the way, 15 years after Mr. Trump bought the building, would you like to know what that building is worth? It's worth $400 million. I don't have a PhD. in math but I know that's a heck of a lot more than a dollar a square foot.

Real estate can really make you money.  Mr. Trump can show you how to do it.

Nobody does deals like that. Nobody but Mr. Trump.

When Mr. Trump created Trump University, he said that he wanted to help adults achieve a superior education in a fraction of the time and cost that it

2

Trump Creative C script-final (2).doc for Printed Item: 1 ( Attachment 1 of 1)

Trump University Preview Script – Proprietary and Confidential

would ordinarily take. Essentially, he wanted to cut the B.S. out of higher education. That's typical Donald Trump.

(Transition): **Mr. Trump went to the Wharton School at the University of Pennsylvania, and he knew that most people couldn't afford the time or tuition to do that. So he decided to create an organization that would provide a world-class education, coupled with a year long apprenticeship resulting in personal development and wealth building. He saw the opportunity to give a Wharton School education in 3 days followed by an Apprenticeship.**

(Transition): **By the way, do you know what the annual tuition at Wharton is? It is $66,171 per year. That's over a quarter million dollars for a four year degree. How many of you think that is a lot of money to pay to learn theory and academic subjects? All of you!**

(Future Pacing): **Tuition at Trump University is less than $1,500 or less than 1 percent of tuition at Wharton. The $1,500 tuition gives you access to our intensive, comprehensive and complete 3 day training program plus 1 full year of ongoing support. In fact, two people can attend for the price of one, so it is even more economical than that. I will tell you more about that later when we look at the enrollment process.**

**Slide 05:  Trump Philosophy**

Look at this statement from Mr. Trump. (Read statement.)

(Transition): **People have lost faith in themselves, in their government, in businesses, and in our leaders. I have been doing this a long time, and I see the faces of young people. They used to come here full of energy and vigor and with an "I can do it" attitude. They may not have found the opportunity to make it yet, but they had the desire. I saw the middle aged folks come in, and their faces say "I've got one more shot. I haven't done it yet, and if I don't do it this time, I may never get a chance."**

But you know folks, in the last 4 to 6 months, I've seen those same faces, but they are a bit different. The young people seem to have lost the energy and vigor I used to see. They are beat down. No wonder; just look at the news every day. It just seems to get worse and worse. The middle aged folks show up in despair. They have seen their retirement plans go up in smoke. Half of what they worked for is gone.

(Future Pacing): **They need to take one more shot, but they are unsure of themselves and they don't know what to do.**

They're all asking "what happened?"

3

Trump Creative C script-final (2).doc for Printed Item: 1 ( Attachment 1 of 1)

Trump University Preview Script – Proprietary and Confidential

Folks, this is why Mr. Trump created Trump University.  He understands both success and failure; he has done them both.  But he also understands redemption.  He knows that you can fight your way back.

(Future Pacing): **Trump University will give you support and training so that you can fight back.  Mr. Trump knows that you need a system, specialized knowledge and support to succeed.**

(Future Pacing): **The real estate market is constantly changing.  The best areas of investment 6 months ago are losers today and the same will be true 6 months from now.  You need to stay up-to-date as the market shifts so that you can take advantage of emerging trends before the competition.  That's why as part of your yearlong Apprenticeship you will have weekly web-classes to make sure you know what's happening in the market week to week.  You'll also be exposed to related areas of investment such as probate and tax liens.**

(Transition): **Let's talk about taking action.  Do you know why most people sit on the sidelines?  Psychologists tell us most people come under the influence of the Normalcy Bias.  That simply means that people wait for situations to change and for everything to go back to normal.  They don't move, they don't take action, and by the time they realize "normal is gone" they have lost the opportunity.  Indecision is a decision.**

Want proof of this?  Who has lost money in the stock market?  How many of you are going to wait for it to come back before you do something?  Nearly all of you.  You know what?  The stock market is done; stick a fork in it.  It's has lost half its value in 3 years.  It is now at pre-2000 levels.

(Future Pacing): **Want to prosper?  Want to get ahead?  Do you want to get out from underneath?  Then you need a plan.  You have to have a plan.**

Develop that plan and work that plan.  Make sure you take your clues and guidance from the best in the field.  Be willing to ask for and accept help.  You know, the poet once wrote "No man is an island".  You need help, from an expert, and you need a plan based on that expert advice.

(Future Pacing): **As you gain knowledge, you will gain confidence.  Confident people thrive in difficult times.**

Mr. Trump is confident that you can prosper.  Follow his instruction and you can be successful.

4

Trump Creative C script-final (2).doc for Printed Item: 1 ( Attachment 1 of 1)

Trump University Preview Script – Proprietary and Confidential

(Future Pacing):  **Wouldn't you agree that successful people take action?
Yes?  Then for you to succeed you must be willing to take action.  You've
also got to learn to see things differently.**

**Slide 06:   First Ship Slide**

Let me show you something.  Take a look at the image behind me.  Study it
for just a moment.  If you know what it is, say nothing and let the others try to
figure it out.

(Transition): **This is an example of "perceptual ambiguity."  It means that
you view things (life, opportunities, problems) from a familiar
perspective, yet the unorganized nature of the image (or situation) does
not allow you to see what is in front of you.**

For the most of you this is just a jumbled inkblot.

I need to show or "train" you to see what it is. Training will help you to see in
a different way.

(Future Pacing): **Training will help you take action. Trump University will
train you.**

Making new connections leads to breakthroughs and breakthroughs lead to
new opportunities.

(Future Pacing): **Trump University training teaches you how to think
differently about the opportunities  you see every day.**

**How to see what's really there that you haven't seen.**

**How to uncover hidden assets.**

**To find the hidden element stop looking at the dark part that tends to
attract your attention.  Focus on the white areas.  Do you see it yet?  If
you change focus, just a little, you will make a new connection.**

So what is this? Sir, what do you say it is?  Ma'am?  How about you?  And
you?

**Slide 07:   Second ship slide**

With training you might also see how to move your present situation into a
stronger and richer position.

5

Trump Creative C script-final (2).doc for Printed Item: 1 ( Attachment 1 of 1)

Trump University Preview Script – Proprietary and Confidential

(Future Pacing): **How many opportunities have you missed because you haven't changed your thinking in your life, or couldn't see what to do?**

**How many assets lay untapped because you just know for certain they aren't there?**

**How many times are you left on the sidelines asking yourself "what happened?"**

**Trump University can help you see opportunities in a different way.**

**Slide 08:** **Dog slide**

Let's do another one, shall we?  Same rules:  look, but give others a chance before you say aloud what it is.

You may have seen this a little quicker than before because of the training you just had.

(Transition): **You're already looking for alternatives that are different than what you can clearly see.**

**You are already thinking differently.**

(Future Pacing):  **Wouldn't you like to do that with money making opportunities?  If you can see things differently than others, then you have the opportunity to take advantage and make money while they just stand around seeing nothing.**

**What could you do with that new investment insight?**

So what is it?  Sir?  Ma'am?  You?

As soon as the idea is in your mind, you see differently, you think differently, you've made a new connection.  You've had a BREAKTHROUGH that allows you to see things that others don't.

You have uncovered the hidden element.

(Trial Close): **Imagine if you had multiple BREAKTHROUGHS in your thinking when it comes to INVESTING and CREATING WEALTH. That could change your world and let you achieve and have things that you only wish for now.  Don't you want to be able to see differently when it comes to making money?**

Let's try one more, and remember don't say what it is yet if you see it.

6

Trump Creative C script-final (2).doc for Printed Item: 1 ( Attachment 1 of 1)

Trump University Preview Script – Proprietary and Confidential

**Slide 09:   Cow Slide**

You're getting used to the idea of thinking differently.

You will now probably see this sooner than most people.

(Transition): **A skill that can be learned, just like looking at opportunities in a new way.  Training will help you develop your skills.  Our continued support will help you master those skills.**

(Trial Close): **Wouldn't it be nice learn ways to increase your wealth problems quicker? Master the art of making money.  That's what you want.**

So, everyone, what is it? Sir? Ma'am? You?

**Slide 10:   Why Do We See Things Differently?**

Why do some people see only problems, and others see opportunity?  Why do we see differently?

Here are some factors that affect how we approach opportunities:

- **Education**….(Trump University or more traditional schooling approaches)
- **Experience**…(A wise man learns from the experience of others; a fool only learns from his own experiences.)
- **Insight**…(It is the "a-ha" in life.)
- **System**…(An organized and practiced approach to something.)
- **Specific Knowledge**…(Subject matter related.)
- **Support**…(Having someone to share ideas and throw around possibilities. Support is also great for helping you build confidence.)

All of these affect how we think about our situation.

In fact we all see the economy a bit differently, politically or by age or whether we invest or not or if we are self-employed or not. These also affect our view.

(Transition Statement): **The key of course is to learn to think like a billionaire, like Mr. Trump. That's what we do at Trump University.  We teach you to think differently.  If you don't see the deals he sees, you need to learn to see the deals that he sees.  And you can because it is a matter of perspective.**

7

Trump Creative C script-final (2).doc for Printed Item: 1 ( Attachment 1 of 1)

Trump University Preview Script – Proprietary and Confidential

**Slide 11:   Struggling Economy**

Let's look at how things present themselves at this moment.

There has been enough going on to scare the best of us into paralysis. However, if you only see these issues in "one" way, then you are frozen in place.

(<u>Future Pacing</u>): **If you had the proper training and guidance, you would start to see these as new opportunities.**

There have been bubbles in real estate, commodity prices, dot-com businesses; you name it there's been a bubble.

We've seen the stock market melt down.   Unemployment is at a record high. How many of you know someone who has been laid off in the last year? Frightening isn't it?  What are you doing about it.

There is under-employment in which people's jobs are changed so that pay and opportunity can be pulled back.  It's called "sliding down the totem pole". You were up here, and now you are down here.  Who knows someone who has been through that?  Frightening isn't it?  What are you doing about it?

Inflation is rising.  Taxes are going up.  What are you doing about it? In times like these investors who are willing to stick their head out are the ones who come out ahead.

(<u>Future Pacing</u>):  **You need to stay up-to-date as the market shifts so that you can take advantage of emerging trends before the competition. As I mentioned before, that's why as part of your yearlong apprenticeship you will have weekly web-classes to make sure you know what's happening in the market week to week.  You'll also be exposed to related areas of investment such as probate and tax liens.  Trump University will be your Wharton!**

(<u>Trial Close</u>): **Imagine if you had multiple BREAKTHROUGHS in your thinking when it comes to INVESTING and CREATING WEALTH. That could change your world and let you achieve and have things that you only wish for now.  Wouldn't that be valuable to you?  Wouldn't that be worth an investment of your resources?**

**Slide 12:   Three Secrets to Creating Wealth**

8

Exhibit 20, Page 454

Trump University Preview Script – Proprietary and Confidential

(Transition Statement): **What are you going to do during these tough economic times. The normalcy bias says you'll do nothing. Let's be honest. By a show of hands how many of you feel like you can't do anything in the current economy?**

**You're wrong!  You can do something.  You have to learn the secrets to creating wealth.**

Over the last 100 years, researchers have tried to understand how wealth is created. They tell us there are three secrets to creating wealth. The first involves having a system. The second secret is having specialized knowledge, and third there had to be support, both physically and fiscally.

**Slide 13:   System**

What is a system?

(Transition): **A system is a specific method for achieving a certain purpose. What are they key words in that definition?**

That's right, specific method and certain purpose.  You need to have a sure fire way of hitting your target.

A system will allow you to get the most from your effort, energy and resources. Rather than hoping for results a system is focused on producing them.

(Transition): **The Fast Track to Foreclosure Investing (FTFI) is a system-based  approach to investing. It defies the conventional wisdom that you next door neighbor shares with you over the fence. It flies in the face in the advice that you get from well-meaning but broke relatives. It is based on Mr. Trump's years and years of experience.**

I was describing the FTFI to one of my best friends told me I was crazy. He claimed that nobody cold make money in the current real estate market. When I proved to him that it could be done, he confessed that his current investments in financial instruments were in the cellar and he needed to learn more.

Trust me, investments like this have paid off in cold hard cash while my neighbor sees his investments dry up like a desert.

**Slide 14:   Specialized Knowledge**

9

Exhibit 20, Page 455

Trump Creative C script-final (2).doc for Printed Item: 1 ( Attachment 1 of 1)

Trump University Preview Script – Proprietary and Confidential

(Transition): **This brings us to the second secret of success. When specialized knowledge is combined with a proven system, the results can be predictable, like the answer from a mathematical formula. formula.**

Ask yourself why professionals like doctors, lawyers, architects, engineers and accountants make lot more money than laborers, taxi drivers and retail clerks?

Part of the answer is that the professionals have taken the time and expense to master a body of knowledge. As they get better applying that knowledge they increase their ability to get results. The laborer, the taxi driver, the retailer they work harder and don't see much additional financial benefit for their efforts.

(Future Pacing): **The FTFI will teach you the specialized knowledge and proven techniques to become a black belt in real estate investing. You learn more about investing from Donald Trump than from reading a book from your out-of-work neighbor or attending a social network.**

And there are lots of people who claim that they are expert in this area but they rarely are. They try to imitate but they fall far short. If you want to learn how to play golf go see Tiger Woods. If you want to learn real estate investment, see Donald Trump.

**Slide 15:   Support**

(Transition Statement): **We all need back up support and team work to achieve objectives. Trump University is your support.**

**Not only do we show you the system and provide the specialized knowledge but we stay with you during your Apprenticeship to guide you, motivate you and assist you in your endeavors.**

**Slide 16:   Trump Philosophy**

Trump's philosophy is this: The world's best wealth-building principle is "buy low and sell high", and one of the best ways to do that is by investing in foreclosures right now.

(Transition Statement): **So, why are foreclosures so good? Do some of you remember way back to 1993? That's when the storm of the century happened.  They made a movie about it.  The pressure, the winds, the rain all came together to created a once in a lifetime storm off the east coast of the United States. That was the basis for the 2000 movie, "The Perfect Storm".**

10

Trump Creative C script-final (2).doc for Printed Item: 1 ( Attachment 1 of 1)

Trump University Preview Script – Proprietary and Confidential

Well the same thing has happened in the housing industry and that's an incredible opportunity for us. Everything is coming together in a perfect storm that may swamp some folks, but if you are properly trained and supported you can prosper.

**Slide 17:   Why Foreclosures**

Let's talk about a possibility that has the real potential for changing your life. And that is investing in real estate through foreclosure.

Donald Trump once said the best way to make money in investing is to "go in while others are getting out, and then get out when other people are getting back in."

(Transition Statement): **Here's why foreclosure is still a terrific place to invest.  And when you learn to do it following Trump's system, specialized knowledge and support, you are going to do very well.**

Prices on real estate are at or near the bottom.  There are bargains galore out there, if you know where and how to look.  People have fled the market place. Now is time to get in.  Once the Stimulus money, and bank reorganizations take hold, you will see people come back slowly at first, but they will come back.  You want to be the one selling them your investment properties at a substantial profit.

There is also the power of leverage.  Even today you only have to put down 10% to secure a mortgage (if your credit is average or above.)

You only have to put down a little money to secure real estate, and then you can sell it at an opportune time and reap profits on top of your leverage.  But you may think that leverage can cut two ways.  Not if you follow Trump's way.  We'll show you how to do risk-free deals.

Use OPM.  Other People's Money.  It is still out there.  You have to know where it is and how to negotiate the best deal for yourself, but it is there.

And there is a foreclosure boom going on.  Sorry for you if you are being foreclosed, but good for you if you know how to invest.  You can pick up these properties for pennies on the dollar, using OPM, and eliminating risk, all to produce profit and wealth for yourself. Short sales is a technique we use that speeds up investing in foreclosure and has the best profit potential

**Slide 18:   Mortgage Delinquencies**

11

Exhibit 20, Page 457

Trump University Preview Script – Proprietary and Confidential

Mortgage delinquencies are at an 29 year high.  Now, here's is something you have to keep in mind. You know how awful you hear it is about foreclosures. Here is the reality: translates into more than two millions foreclosures this year. Those foreclosures represent your opportunity.

**Slide 19:   Housing Inventories**

Here's another thing adding to the storm. Housing inventories are at a twenty-four year high, and that does not include new house construction. That means you have the opportunity to have the pick of the litter. And you will do it at a lower price.

(Future Pacing): **It's not like those foreclosures will force you to buy a run-down house. You can buy a very pretty house because the inventory is so high. Keep looking until you find what you like. As a matter of fact, at Trump University as part of your apprenticeship program, we spend a lot of time on two things: Finding properties, and then what is very important after you have found a property, rehabbed it and held it for a while, how to sell the property no matter what the market.**

We will show you ways so when you're putting your property on the market you attract more attention, and command a higher price. Not only that but with the increase in the sheer number of foreclosures comes an increase in the number of excellent deals available

**Slide 20:   Interest Rates**

Here's the third part of the perfect storm.   Not only are there more foreclosures and a greater inventory but interest rates are at historic lows. What does that mean for you?

It means you can get into these properties for far less money and less exposure. Things have changes. You'd have to be deaf and blind not to know about all of the things happening in the financial market. I'm going to tell you this. There are more deal being down right now by smart investors, that's always the way it is. When other people get scared and leave a market place its the smart investor who moves in.

I remember one to time Mr. Trump said to us over dinner, he said "real estate is the only market that when there is a sale going on people run from the store". You don't want to run from the store.

(Trial Close): **You want to buy when there's a fire sale in the real estate market. That's what you have to do. When you are trained and supported and following a system, you will be able to do it.**

12

Exhibit 20, Page 458

Trump Creative C script-final (2).doc for Printed Item: 1 ( Attachment 1 of 1)

Trump University Preview Script – Proprietary and Confidential

Now, let's take a closer look at foreclosures for a moment

**Slide 21:   What the Foreclosure Boom Means for You**

Let's talk about what the foreclosure boom means to you.

First, because of the struggling economy, there are more foreclosures, more properties on the market, and interest rates dropping.

You should be able to purchase properties thirty to sixty present below their present market value. When you do that you have instant equity in that property and equity simply means wealth. You have instant wealth in that property.

Now what you can do is you can convert that wealth quickly by reselling that property and you have the immediate cash.

And by the way you will see from a number of our success stories that I'll share with you people follow various strategies once they have secured an investment property. Some sell property immediately and others hold onto property for the long term. You can have positive monthly cash flow by renting the property out, doing a lease options, or option to buy, we'll show you all of those techniques and how to use them to great advantage at your training.

Some people just hold them for the long term. As a matter of fact one of our students had an approach in which he has bought six properties and his intention is to roll them, so he will always have one property for sale every year. And when he gets done selling all six of them he should be at an age in which he should be able to take all of his profits and relocate to some tropical isle.

(Future Pacing): **Wouldn't that be nice? Could you see yourself replenishing your bank account that has been decimated by economic losses?  Can you see yourself in secure retirement because it took you five years of part time work to get there?**

(Trial Close): **When you join us at Trump University, we will show you how to do that. We begin with your education at Trump University but that is just the start of the apprenticeship, we stick with you through time to make sure you're successful.**

Let me go back to this idea of foreclosure. Remember I showed you early, middle and late stages of foreclosure? I want you to think about it this way.

13

Exhibit 20, Page 459

Trump University Preview Script – Proprietary and Confidential

**Slide 22:   Foreclosure, what Is It?**

A foreclosure is a legal act action is taken by a lien holder -- I'll explain that in moment -- to repossess property held by a borrower who is in default.

Default simply means you have not been able to pay your mortgage. In most states it varies on what a default might be. It could be as little as three missed mortgage payments. Some times it is a little bit longer.

(Trial Close): **We talk about the specifics of default laws at your Trump University training, which will take place in about two weeks.  You should start thinking about looking at your calendar and arranging your schedule to make that happen.**

What is a lien holder? Does anyone know what that is? The lean holder is someone who made the loan, or bought the loan and now has a a right to the property that has put up for security for the loan.

**Slide 23:   What are the Main Causes of Foreclosure?**

What are the main causes of foreclosures? There are many...take a look at my list here.

Sometimes it is just as tragic as someone loses their job. We know that businesses are laying people off. Unemployment is now around 9%.

Its bankruptcy, maybe a business failure, I know of someone who told me he had gotten into all things the pest control business. He had his home, he took out a loan on the home to buy himself a big beautiful truck, and a big beautiful trailer and all the equipment necessary to be in business for himself. Business conditions went bad, and he couldn't pay for any of that stuff, when he tried to sell it he found it was a limited market, and his house went into foreclosure because his business failed. Sometimes it happens because of divorce.

I remember a deal that involved a lady whose husband had other romantic interest and left her with the kids, the house and the payments. She could not keep the house up so she had to let it go into foreclosure.

There are many other reasons for foreclosure. By the way this last one, readjusting mortgages, that is the adjustable A.R.M., (adjustable rate mortgage). Frequently people got into the housing market with a low introductory rate and when the bench mark interest rate changes the mortgage changed and it changed again and before long they found out their mortgage was costing them and arm and a leg and they couldn't afford it.

14

Trump Creative C script-final (2).doc for Printed Item: 1 ( Attachment 1 of 1)

Trump University Preview Script – Proprietary and Confidential

**Slide 24:   Right here in River City….**

Right here in River City, foreclosures are booming and I actually went on the internet and looked it up.

These are really three different stages of the foreclosure process which I will explain to you in a moment. Just know for now this is the early one, this is the middle one and this is late. xxxxxx in the early stages of foreclosure, almost xxxxxx are at the middle stage, and xxxxxx in the late stage.  I will explain those terms to you.

(Future Pacing): **You'll find that when you come through your Trump University, you will find that we use plain English, we try to demystify all of the terminology, you do not have to be a real estate agent, you do not have to be a finance major, you do not have to be a college graduate to do any of this. We make certain that it is explained very nicely and very easily, and by the way that is a good thing because from the looks of you most of you have been out of school for a while and getting back into it can seem a little scary its not scary at all.**

(Trial Close): **We are in the business of educating and mentoring adults to become real estate investors, and we do it very well. You need to join us. It will be the smartest thing you have done in a long time.**

**Slide 25:   Trump Philosophy**

"There's no reason why an investor can't make money and help people at the same time."

Now, that's kind of a funny thing. You tend to think of people who invest as hard nosed or even greedy or taking advantage. Actually, not in the least. As a matter of fact there is no reason in the world why we can't help the distressed homeowners to avoid foreclosure.

**Slide 26:   Let's Help Distressed Home Owners**

So we help the home owners.

People in the foreclosure situation are miserable. They are worrying about the bank, they watch the news, they get advice from friends who are well meaning, maybe they bother friends and relatives for money but everyone is pretty strapped right now. Worse, they have to consult an attorney.

15

Trump Creative C script-final (2).doc for Printed Item: 1 ( Attachment 1 of 1)

Trump University Preview Script – Proprietary and Confidential

Here in River City attorneys charge about $350 an hour to even talk to you about a foreclosure. If you're dealing with an attorney you're going to have big bills.

This comes at a time when people can't afford an attorney.  They can't afford their homes.

They need help.  They need you.


**Slide 27:   Why Would Someone Say "YES" to You?**

(Transition):  **How many of you are thinking "Yeah, right.  You say foreclosure to a distressed home owner and they'll sic the big dog on you." How many of you?**

(Future Pacing): **The reality is that when you learn how to approach people, how to offer them some financial benefit for working with you, you will get a lot more cooperation than you think.  We will teach you how to do that at your training. How does your investing in foreclosure short sales help the homeowners?**

Now why do you think that would become so important to them? Foreclosure is going to follow a homeowner around for seven to 10 years. It's actually worse than bankruptcy and stays on your record.  Now, if you are of a certain age in which you aren't going to buy a piece of property it doesn't matter, or if you're very young and made a mistake probably doesn't matter. But for the majority of us who are having that financial albatross around your neck can be a disadvantage.

When we step in and help the foreclosure homeowner we are actually doing a service. Were making an investment that help us make money, we're helping the bank out, and we're helping the distressed homeowner.  We can prevent foreclosure, we can save their credit rating, make the transition smoother, sometimes we can move them out, sometimes we can  make a deposit for them. There are a variety of things you can do including making rental payments.

By the way, some Trump graduates even share the financial gain with the former home owner.  They sometimes pay to move them, to make deposits on a rental property for them, or even make a few rental payments to help them with the transition.


**Slide 28:   Couple Helps Others and Makes a Profit**

16

Exhibit 20, Page 462

Trump Creative C script-final (2).doc for Printed Item: 1 ( Attachment 1 of 1)

Trump University Preview Script – Proprietary and Confidential

This is Tim and Linda Thomas of Chicago area. Some people say it is too tough a place to do real estate deals.  It isn't, but you do have to know what you are doing.

I want you to carefully look at these words. Linda said:  "Trump University taught us how to help others out of their already bad situation, a different way way of approaching a deal."

In other words a good deal is when both parties are blessed in that process. Ladies and gentlemen, we will show you how to do it. There's no reason to take advantage, as a matter of fact it's a bad deal when you take advantage, we'll show you how to make good deals.

**Slide 29:   Show Me the Money!**

Let's do the math for this couple.

First deal they made $15,000 in their first deal, you heard them. Second deal profits them $78,000. As their confidence and skills grow, they do more rewarding deals.

As I said to you some people buy property to sell it very quickly because they want the cash, other people let value build and sell it a little bit later on which is what they did.

But within their first year of their apprenticeship they made an additional $93,000.

**(U): Now ladies and gentlemen, you need to think along these lines. What would you do with an extra $93,000?**

**How many bills will you pay with $93,000?  Wouldn't that make a dent in the stock market losses you've suffered?**

**That's four years of tuition, room and board at a state college.  Or you can make your retirement more secure.**

**Ladies and gentlemen, my point is this, I want you to see these numbers, and understand that they can be yours, if you take action and follow the expert's guidance.**

**But also remember that there are people behind those numbers, and they need your help.**

**You can do well and do good at the same time.**

17

Exhibit 20, Page 463

Trump Creative C script-final (2).doc for Printed Item: 1 ( Attachment 1 of 1)

Trump University Preview Script – Proprietary and Confidential

**Slide 30:   Trump Philosophy**

Here is what Mr. Trump would tell you: "When the going gets tough the tough make money". The fact of the matter is that there are more fortunes made in tough economic times than in the smooth and steady times. All the great millionaires and billionaires had to face adversity. They didn't give up. They worked their plan in good times and bad.

(<u>Trial Close</u>): **Wouldn't you agree that you have to take action to recover financially? You can't wait for normal to come back.**

**Slide 31:   Fast Track Foreclosure System**

Remember the Three Secrets to Success? The first secret was "system". Do you remember the definition? A method for achieving a specific purpose.

The Trump system for fast-track foreclosure is to:

- **Find** the property,
- **Figure** if it makes sense,
- **Fund** the deal, and then sell or rent the property to
- **Profit**.

Every deal is approached the same way. Four steps. Do the four steps and you'll make good to great deals, and you'll avoid the mistakes some amateur investors make.

We will show you in your training a number of techniques to use to find investment properties, but tonight, we are going to focus one of the best ways to find low cost investment properties. It is called a "short sale".

(<u>Transition Statement</u>): **Has anyone heard that term before? You have? Great, then you have some experience that will make this explanation even more clear to you.**

(<u>Future Pacing</u>): **If you haven't heard about it, then this explanation is just the start for you. You'll learn more when you begin your Trump University apprenticeship.**

Let's look at short sales and how to profit from them.

**Slide 32:   Short Sales**

18

Trump Creative C script-final (2).doc for Printed Item: 1 ( Attachment 1 of 1)

Trump University Preview Script – Proprietary and Confidential

It's an investing strategy to negotiate a loan that is in default with a lender -- remember that's the lien holder we spoke about before -- and receive a discount for less than what is owned on the current mortgage. Now I am going to stop for a moment and think about it.

You may be saying to yourself "banks won't do that, banks won't take less than the mortgage, they are going to lose money"

The banks will not lose money.

You know how a mortgage works, don't you? They loan you a certain amount of money, and then they charge you an interest rate over a certain period of years, 15 years, 20 years, 30 years.   The longer they can get you paying the more profit they make.  Generally speaking in a mortgage, the principle is paid down kind of slowly, it's all interest to these guys for quite a while.

So they've probably already made considerable profit on the mortgage they have already foreclosed on.

When you can come in and buy the property at a discount for less than the current mortgage, they've already made profit, you're relieving them of a problem, and they'll probably make a few bucks besides that.

Let me show you how that might work.


**Slide 33:   In Default**

This is an actual letter to someone I know. It was sent by Wells Fargo to a homeowner who fell behind in his mortgage because he was laid off. He bought the home eight years before for $124,000. It is now valued at $225,000. The homeowner made improvements and has paid about $75,000 in interest to date.

I want you to read...." records indicate that you're in default. .." You can see the numbers. It is this year, as a matter of fact. Here is the interesting thing.


**Side 34:    Suggests Short Sale**

In addition to the notice of default the same bank sent the following instruction sheet. They suggest a short sale to the guy, in other words the bank is saying "please take this route. Keep your credit history safe. Let us get our money back, let us find some one who will come in and you know what? We'll work with that investor".

19

Exhibit 20, Page 465

Trump Creative C script-final (2).doc for Printed Item: 1 ( Attachment 1 of 1)

Trump University Preview Script – Proprietary and Confidential

If the person knows what they're doing we'll do fine, and so that is what the bank will try to do. The banks would not have done something like this four or five years ago. They are doing it now because it is the best of all worlds.

Right now the last thing you want to do is be the bank of America sitting in from of Congress explain why you aren't being flexible in foreclosures.

**Slide 35:  Short Sales**

Here's how a short sale might work. These are just numbers I just want you to see how they work. By the way, this is a pretty house. I want you to get out of your mind that you can only buy run down properties in foreclosure. People who had well paying jobs that have lost them or incurred some of the circumstances we described before, they also wind up in trouble. Those houses are beautiful properties and they come to market. So get it out of your head that it is only cranky old properties, it can be beautiful stuff.  Some times it is a sky scrapper in New York City.

Here's the way this one worked out. Current mortgage pay off $440,000. That's a jumbo mortgage, that's pretty big. The bank was willing to discount it to $270,000.

What an amazing opportunity that is for an investor! The bank made a lot of profit already and they just wanted to get out. The investors went ahead, did minor repairs for $5,000; probably some painting.

They resold the property because they knew how to market it. The banks don't know how to sell these properties.  They just list them with a realtor and hope for the best. Remember, I said to you before that we will not only show you how to find the properties but how to exit from that property and that critical and no body does that better than Donald Trump and Trump University.

These people were able to get out of the property and pull out a profit of $65,000 in less than a 12 month period. Now, it just so happens that a lot of these deals happen within 12 months but that's because when you know what you're doing you  can make it happen within twelve months. That's a lot of money.

And it was very little risk on the part of the investor, and it was very little sweat or effort on the part of the investor. But at the end of the day the investor had $65,000 for their efforts.

I told you before you've got to get it out of your head that only ratty little properties come to foreclosure; they don't, beautiful properties foreclose too. Don't want you to ignore a lesser piece of property because you can just a easily make a ton of money on that bland property. At your training workshop

20

Exhibit 20, Page 466

Trump Creative C script-final (2).doc for Printed Item: 1 ( Attachment 1 of 1)

Trump University Preview Script – Proprietary and Confidential

and with the support of our mentors, we will show you how to make money with pretty homes and ugly homes.

(Transition): **I mentioned the normalcy bias earlier. Most human beings will just sit back and say "I'm gonna let things run their course and they'll get back to normal".**

**So we make up excuses, we say…well you can only get bad property, we know that's not true. The other thing that gets in the way is people say "well, I don't have the money for investment. Where am I going to get the money? I've got my mortgage, I've got my 401K, the 401K is not doing so well, and I'm paying my mortgage but where am I going to get money?**

(Future Pacing): **There are billions and billions of bailout dollars floating around out there. You can get the money if you know where to look and how to do get them. We can show you how to do that at your training and with our continued support. Wouldn't you agree that alone is worth a fortune to you?**

**Slide 36:   Short Sale with Assignment**

Once you have secured a property through short sale, what can you do with it? Let me show you some strategies. You will want to write these down.

Now that we have specific knowledge related to a short sale and what it is, you then have to ask, how can I make money with this?

Let's take a look at a technique called "assignment."

An assignment is all about getting quick cash out of a short sale deal. Here's the way it works: you take control of the property, but you never take the property.

When you fill out the purchase contract on your low cost short sale, you place your name on the deal with these three words behind your name "and or assigns."

This gives you the power to assign the contract to anyone who meets your specific criteria. In other words, if someone has money, they meet your criteria. You also need to add a phrase "subject to…" on the contract. Subject to what? Subject to any of these conditions:

- Approval of partners,
- Securing favorable financing,
- Passing termite inspection,
- Etc.

21

Trump University Preview Script – Proprietary and Confidential

You see, if you place a condition as "subject to", you can walk away from the contract if the condition is not met.  So with these two phrases, as part of the deal, you can control a property without buying it, and you may even walk away from the deal if you can't find an assignee or get financing, etc.

Let's look at one Trump University graduate and how he used this technique.

**Side 37:     Trump University Student Earns...**

Let me let you hear from one of our Trump University graduates. His name is Jason Bosch, from Ontario California.

By the way if you look at the news about California what's one of the things you know about foreclosures in California? That's right, it's probably the number one state for foreclosures. As a matter of fact I think the order is xxxx, xxxxx, xxxxx, *[as of Feb 9 Realty Trac:  Nevada, California, Arizona, Florida, Oregon, Illinois, Michigan, Georgia, Idaho and Ohio... add the state the presentation is in.]* But it changes from month to month.

People will say that California is such a mess, that you really can't make any money. People assume - - incorrectly - - that if there are foreclosures going on then there just can't be any money around. Well, this student earned $135,000 in his first year coming out of Trump University. Let me let you hear his story.

That went by pretty quickly and if you're like me you kind of have to see things in order to really understand them ....

**Slide 38:   Show Me the Money!**

So let's do the math on this particular story.  The first deal that he did and I believe he said he did it within four months of graduating from Trump University. He did a deal that gave him a $95,000 profit.  That's not bad at all.

Within the same year, the second deal that he did had a $70,000 profit.

First year out of Trump University - -  going through his apprenticeship - - , it starts with Trump University but continues with supported long after that, Jason was able to make $135,000 in profit in what most people -- or certainly people not trained by Trump -- would consider to be a very tough economic market.

Now, I want you to stop and think about something for a moment.... imagine for a moment you had $135,000 profit in your pocket would that change your life at all? Would it change your year? I'm willing to bet it would.

22

Trump University Preview Script – Proprietary and Confidential

I mean a lot of folks are struggling right now, they are not secure in their jobs, maybe they didn't get the raise or the bonus they hoped for, unless of course you're getting a federal bail then I suppose it is okay. But most of us are not, so as a result a $135,000 or half of that, $60,000, $70,000 would be an incredible economic boost.

What could you do with that money? I mean obviously you could do everything from paying off debts to taking a vacation, to treating yourselves the way you should be treated, put the money away for a rainy day would be my advice, save it, put it asked, find other real estate investments that will help you grow that money.

The point is once you have that kind of profit, your options about what to do with it grow. And you know, ladies and gentlemen, Donald Trump is all about creating options. At Trump University where our mission is to help individuals, it really is. Our mission is to help you have greater opportunity.

**Slide 39:    Short Sale with Buy and Hold**

A third way to make money using a short sale acquisition is to, buy and hold. Write this down.

The real estate market may be tough right now, but it won't always be. So long as people have families, and people immigrate into the USA, property values will rebound.

When you buy and hold, you are building for the future.

**Slide 40:    Veteran to Make Millions**

Let me share with you a story, this time about a Navy veteran, Joseph Erskine. He was a machinist's mate and after serving in the Navy 12 years he decided to come out and get into real estate investing, because again, he knew what he wanted to do. He came to Trump University.

He followed the methods that were taught at Trump University and the subsequent apprenticeship program. He was able to make $98,000 by quick turning a piece of property. And again, that is a specific technique you will learn in your training. We will show you how to do it right and make maximum money.

He then went on to buy six more properties valued at $1.6 million. Here's the strategy this Navy veteran is using. He is using it for income and he is using it for to build wealth. As a matter of act, his strategy is that of those six

23

Trump Creative C script-final (2).doc for Printed Item: 1 ( Attachment 1 of 1)

Trump University Preview Script – Proprietary and Confidential

properties that he owns, he will sell one of them every year for the next six years and at the end and at the end of that time if he makes $100,00 on each one he will have a nice $600,000 dollars in the bank ready for him.

**Slide 41:**   **Show Me the Money**

Let's do the math. It starts with a short sale that allows you to get the property at a very good price.

First deal, $98,000.

Next six deals are valued at $1.6 million; that's what the properties are worth. What he wants to do is target his profits to generate about $100,000 per year. He got $98,000 his first deal which is pretty close to being right on target.

(Transition): **Is this man building his future?  Yes he is!  What are you doing to build your future?**

**Slide 42:**   **Short Sale with Lease Option**

Now here is another technique.  Write this down.

Suppose you want to buy a property, again the short sale gave you some low cost good quality opportunities from which to choose.

When the property is purchased below the fair market value (remember how short sale works now!) you have instant equity in that property, and if you rent the property out, you get cash flow.  But wait a second.  What if you want to sell the property, how can you be sure that will happen?

Use a lease option.  That means that you get a tenant to live in your property and pay your mortgage on it.  Why would someone rent? Maybe they are coming out of divorce, or bankruptcy, or they just started a business, so they have to rent.

With a lease option, you can get a long term renter, generally at a higher rental rate, with the promise that at some date in the future, you will allow them to buy the property at an agreed on price.  You agree to that price now, so they know what they have to do, and you have a good tenant paying premium rental rates all that while.  By the way, if the tenant should leave, they go and you still have the property.

By the way, tenants who do this take very good care of your property for you. Why?  Because someday it will be their property.

24

Exhibit 20, Page 470

Trump Creative C script-final (2).doc for Printed Item: 1 ( Attachment 1 of 1)

Trump University Preview Script – Proprietary and Confidential

Let's take a look at a graduate who used this technique.

**Slide 43:   Apprentice Takes Action**

Here's an apprentice who took action. Robert Moulack, from Ormond Beach, FL., You know in this past hour or so we've been to Maine, Chicago, California, and now Florida. Trump University training works all over.  He said "the training and coaching I received from Trump University is priceless. Less than a month after my three-day retreat, I closed on my first investment property."

Think about that ladies and gentlemen, only took him a month to get into it.

He earned $50,000 in equity and he's now renting the property with a positive cash flow of $400 a month. That means after he pays his mortgage and his expenses he's still making $100 a week. That's like having another job making money. Notice he says that if it wasn't for the coaching, guidance and confidence I received from Trump University, I probably wouldn't have done anything yet."

**Slide 44:   Show Me the Money!**

Let's do the math for Robert.

First year equity, by the way, what will likely happen if the real estate market does what it's been doing for 200 years? That's right that equity will grow,  but let's just use his figure.

He said $50,000. He said he was making $400 a month cash flow, that means profit in this case from his rental properties, $400 times 12 is $4,800 a year. He said he would hold onto the property three to five years, I'm going to use five years, then that will mean he will have generated $24,000 in passive income over that five year period.

So ultimately when he sells his property, assuming he has only $50,000 in equity then, he will have $74,000 in his pocket. That's roughly $17,500 a year in extra money this young man's pocket if he waits five years.

Now he can make more by improving the property and doing other things. My point is, ladies and gentlemen, real estate investing is a tremendous way to build wealth and generate income.

(Future Pacing): **By the way I mentioned passive income earlier. Let me explain why real estate is such a wealth builder. When you go out to your job and you earning active income or earned income, not only do you pay**

25

Exhibit 20, Page 471

Trump Creative C script-final (2).doc for Printed Item: 1 ( Attachment 1 of 1)

Trump University Preview Script – Proprietary and Confidential

**income tax on it but you frequently pay state tax on it and you have to pay social security and medicare taxes on it. Passive income does not get taxed in the same way. First off there is no FICA, there is no Medicare on it, you will still have to pay some level of income tax on it but there are all sorts of expenses that are legitimate expenses that can be used to off set the income.**

**So you don't necessarily have to take vacations anymore you could take business trips to places looking for other property if you know what I mean. Talk to your tax advisor.**

**Slide 45:   Show Me the Money!**

We've been having fun talking about the money you can make doing this, but some of you are thinking about how to get the money to let you make the money. Let's talk about the availability of money. Here are some sources of money that you may be able to tap.

The Trump Network represents potential avenues of financing, for finding properties and for purchasing the properties from you. We'll go over this in the training.

Mr. Trump is extraordinarily successful at what he does. He has a following, he has investors who do what he does and follow his advice. Ladies and gentlemen, that may be an avenue you can plug into when you become part of Trump University and our apprenticeship program.

You'll find that you can find partners who will give you bridge loans to make the investment. There are people called private money investors.

It was interesting. I was listening to the radio ... where was I driving... I think it was Orlando Florida, and there was this company that came on that talked about self-directed IRA's and how to do real estate investing within the IRA. Now that is a pretty cool deal. If you can grow within your IRA tax deferred profits, my goodness. That's amazing. But you can put some of your 401K money there. Don't let it just go down the drain in the stock market. You can use it for your own good.

You can use other people's money.

Some times the person looking to get rid of the property will finance it. Those are not principle residences but investment properties they held. They've got a bunch of apartment buildings or town homes they were renting out and now for whatever reason they need to get out of them you can short sell those too. And sometimes the owner will even kick in some money to help that happen.

26

Exhibit 20, Page 472

Trump Creative C script-final (2).doc for Printed Item: 1 ( Attachment 1 of 1)

Trump University Preview Script – Proprietary and Confidential

There are hard money lenders, those are people who lend against the asset itself. They tend to charge more money, they do charge points, but they are out there.

And there of course there are some of the traditional things: Home equity lines of credit, using 401K money, IRA money, some people even use credit cards to do this sort of thing. And of course there are the conventional lenders. They are still out there and still investing.

By the way,  one of the best conventional lenders, and this is just a tip from me to you, are credit unions. Credit unions have not done the crazy things commercial lenders have done.  They are much more sound, they've got lot more money to lend. And you know what? The laws have changed about credit unions. You don't have to be a super special person any more. Generally it is a geographic requirement that you live in a certain area.

(Trial Close):  **Now let's recap for a moment. What we have said so far is that there is a tremendous opportunity out there in the foreclosure market.  Specifically within the foreclosure market there are four places we can invest, pre-foreclosure, foreclosure, REOs. I've been focusing in on the short sale because you have the cooperation of the bank to help make the deal happen. They become in effect your ally for doing this sort of thing. When you learn how to do short sales properly, when you learn how to locate the properties, in the right neighborhoods, and the right property for you, the fact of the matter is you're in a great position to take advantage of this opportunity. And the nicest part of it all, is you don't take advantage of people in the process.**

**You take advantage of the economy and the situation. You didn't create it, neither did I, but the fact of the matter is it will work to our advantage. Don't you deserve to have things go in your favor for a while?  Of course you do.  Then join us at Trump University.  Take action.**

What I described to you can probably say to yourself let me go to the internet or let me go to Amazon books, let me go to the library and I'll learn everything I need to learn about short sales and doing foreclosure and investing. I'm going to tell you yeah you can find things like that but ...

How did you learn how to ride a bike? Did you read about riding a bike and then make it work? Probably not. Chances are very good that what you did was is you got on the bike, maybe mom, dad or an uncle or a big brother or sister held you and helped you learn how to balance and how to steer and how to pedal and things or that nature. That's how you learn to do a lot of things. That's not just about the reading; it's about the reading, the support, the practice, having the bike, to do these things. That's what Trump University does.

27

Exhibit 20, Page 473

Trump Creative C script-final (2).doc for Printed Item: 1 ( Attachment 1 of 1)

Trump University Preview Script – Proprietary and Confidential

**(Trial Close): Trump University is like that person who stands along side you and helps you learn to do this. Join us.**

**Slide 46:   Trump University**

We begin your apprenticeship with a three day training program. It's a live training session that we will conduct in an area hotel. Sorry, you don't get to go to NYC this time.

You'll show up in a room probably like this one. We'll have tables set out, materials will be set out, we make sure it's a very comfortable environment. There's coffee in the background, there's food to eat, things of that nature. We will have two lecturers there for you. One will be in the front actually conducting the training; one will be doing personal coaching in the back. If you have a specific question or issue come back and see the individual.

Again, that is part of this apprenticeship process, it requires attention and time to make it all happen.

During these three days I promise you that you will cover things that most experienced real estate investors don't know. They don't know. And that's probably because they had one area that they excelled at and they just stayed there. Donald Trump has done everything and he knows how to make these things work.

We will use our tried and true methods, things that Mr. Trump has done, things that some of your lecturers have done, and it will show you the right way to do these things.

You see this here, S.M.E. and online support? This is after you have finished your three-day program, and now its' the next Friday evening and you say to yourself "I've got a question about the deal I'm going to do." We have a 12 hour service 5 days a week.  Its a hot line service. You call and speak with one of your mentors on the phone.

They'll talk to you, they'll know your case, they will keep notes on you and so anytime you need assistance from us we'll be there to help you and believe me ladies and gentlemen these people are all subject matter experts. They know the investing business.

Along with the training we will provide, the mentorship, the proven methodology; we'll have forms, guides, and worksheets. We've even got software, I'll explain it in a moment, we've a software that will help you find the properties.

28

Exhibit 20, Page 474

Trump Creative C script-final (2).doc for Printed Item: 1 ( Attachment 1 of 1)

Trump University Preview Script – Proprietary and Confidential

We will spend a lot of time on exit strategies. How to get out of the deal once you have it. Let's suppose your buy a property and its three years later and you say "gee I think the market has turned I think now is the time to sell what do I do?" We'll tell you how to do it, we'll show you how to make it happen. And then I'd also mention access to the Trump Network. That means access to deals, access to  partners, access to money and access to credit, if you should need it.

**Slide 47:   Trump Three-day Training Agenda**

Let's look specifically at the three day workshop again.

We will spend our time understanding the in's and out's of the system (Find, Figure, Fund, Profit) and show you exactly how to use it to your advantage. You will learn about this system from the lecturer at the front of the room, and from the mentor at the back of the room.  You can get up if you have a specific question about a specific property you have in mind, and you can go ask for extra help.

As part of the system, we will show you how to find and "grade" properties: pretty houses and ugly houses; easy re-sales and buy and holds, properties to assign and properties that you want to hold the financing on.

(<u>Future Pacing</u>): **When we are done with you, you will know more about real estate investing than just about any realtor.**

Remember when we talked earlier about dealing with homeowners who are going into foreclosure?  We will spend time talking and teaching about the techniques of negotiating with those owners.  We will get into finding money to finance your deals.  We'll talk about angel investors and where to find them.

We'll get into assignments and quick turning real estate investments for quick cash for a vacation - - oh excuse me - - for a business trip, or to buy that big screen television you need.  The possibilities are almost endless.

And maybe most importantly, we will spend considerable time learning about how to sell the properties you have.  We'll show you how to stage a piece of real estate so that it is most attractive.  We'll even talk about how to get the most from realtors, if you choose to use one, while paying them the least amount possible.

(<u>Future Pacing</u>):  **We will do it in a way that you be comfortable.  You don't worry about tests or even struggling with notes.  We will do everything possible to make this a great learning experience.  We even make note taking easy by giving you a workbook that has every power**

29

Trump Creative C script-final (2).doc for Printed Item: 1 ( Attachment 1 of 1)

Trump University Preview Script – Proprietary and Confidential

**point in it.  You just have to keep track of the points made by the instructor.**

**Slide 48:   Trump University Tools**

In addition to coming to the coming to the three days of training, and by the way we bring it here to you, you don't have to go to New York City. These are some of the tools we use.

First   we will show you Donald Trump's negotiating system. Nobody negotiates better than Donald. We'll show you how he does it, why he does it, and how you can make it work for you. We will share with you marketing pieces for both finding and selling properties, and again I'll say this to you as I have before. One of the critical things is being able to get out of a property when the time is right for you. And that is what we'll show you how to do.

We'll talk about scripting to finding and controlling properties. We'll talk about contracts, addendums and forms.  All of these are tools that we are going to give to you.

We will show you, once again, how to secure other people's money to make improvements in your property. We even know of grants that are given by the government that most people have no idea about, they don't have to be paid back, they're there for you, it's just money in your pocket to help you do these things.

And obviously, our online resources, to find properties and comps. As a matter of fact, let me show you a little bit about this foreclosure deal finder.

Now, how many of you are afraid of computers? Just a show of hands. Okay, well some of you. There is nothing to be afraid of here.

This is perhaps the easiest to use software in the world. If you can read, move the mouse, and click it, this software is going to work for you. Let me just give you an idea of what it's like.

**Slide 49:   Trump University's Foreclosure DealSource**

Would you agree that computers and software have improved many areas of our modern lives?  Of course you would.

But how many of you are intimidated by computers and software?  Many of you.

30

Exhibit 20, Page 476

Trump Creative C script-final (2).doc for Printed Item: 1 ( Attachment 1 of 1)

Trump University Preview Script – Proprietary and Confidential

Well, we use a software program to find and value foreclosure properties, and it is so easy to use that none of you should be intimidated.  That software is free at the workshop, and it is truly priceless.

**Slide 50:   DealSource Slide 2**

**Slide 51:   DealSource Slide 3**

**Slide 52:   Training Schedule**

(Trial Close):  **This program all begins with a live training event.  You've got to go to the live training event.   That is the kicking off point. It is the beginning of your apprenticeship. You'll notice how many of our success stories they said with in a month I bought, within three months I had. You need the training.**

Here's the way it's going to work.

(Future Pacing): **We're going to be coming back here to River City in two weeks.  We conduct the training program on Friday, Saturday and Sunday, its a full day each day. Now, of you are thinking "I have to work on Friday," or "I have an appointment on Friday."  You know ladies and gentlemen, that's that group of people who ask "what happened." That's the normalcy bias kicking in again.  You have to fight the urge to make excuses and do nothing.**

If you do nothing you get nothing!

Change your schedule, change your appointment. Take a vacation day, paid time off if it is necessary, what it is but get yourself to the training program. It will be well worth your effort.

Other people will spend five or six thousand dollars for training like this. We don't come anywhere near it. We cut a great deal because we have a mission to help people like you to be successful.

**Slide 53:   Trump Premium Membership**

We call this the Trump Premium Membership. Start with our training and become part of our community.

What you are going to have is 12 months of ongoing support.  We will be there for you.  You will have 12 months of ongoing support.

31

Trump University Preview Script – Proprietary and Confidential

There will be opportunities for continuing education, we will come back to regional centers and conduct two and three day conventions no charge to you, you show up and participate.

We will use live events to help you develop your peak performance, not just about real estate but other kinds of investing, too. We do weekly tele-seminars and occasionally webinars. What's the difference? Tele-seminars you get on the phone webinars are on the computer. It's really quite easy.

You'll be part of the Trump networking community and again, and sort of contract or form you need we make them available to you at no cost to you.

As a matter of fact, contract and forms alone from an attorney can be a considerable expense. They can charge $350 an hour to draft a simple lease agreement. You will come to greatly appreciate having all of these forms and contacts available to you.  We will give them to you for free and you'll save thousands of dollars in legal fees.

Now, that membership fee when we began was $2,985. But I told you that the price was even lower than that, and there was a two-for-one feature.  Let me show you how it works.  We have had enough success that we are willing to drop the prices.  I'll show that in a minute.

**Slide 54:  What You Can Expect**

You know, people confuse "price" and "value".  Price is what you pay for something.  Value is what you get for your money.

Let me tell you what you get when you enroll in Trump University and the apprenticeship program.

When you are fully engaged with us, and you begin to make your investments, here's what you can expect: you will be

- Generating Additional Income
- Creating More Wealth
- Working Less
- Securing Retiring
- Building a Legacy
- Getting Out of Debt
- Taking Care of Your Loved Ones

We started this program out by talking about the struggling economy that we're in, I guess I have a question for you. If you don't take action right here and right now, the question is where are you going to be in a year?

32

Trump Creative C script-final (2).doc for Printed Item: 1 ( Attachment 1 of 1)

Trump University Preview Script – Proprietary and Confidential

Now you could either be generating additional income, creating more wealth, working less, maybe retiring early, building a legacy for your heirs, getting out of debt or taking care of your loved ones.   You can either do that or do nothing. It would be a shame to do nothing because that is not working any longer.

**Slide 55:   Tuition and Membership Fee**

(Transition): **The value of this program is exceptional.  Now let me show you how I will bring the price down.**

**When we first founded Trump University, here were the prices we charged to attend.  The three-day training event is $1,495, usually we charge for one guest member $495, the premium membership is $995 for a total of $2,985.**

However, here's what we're going to do here today.  The tuition of the guest member is included. The premium membership and all of that support is included, and remember the software you will receive at the training.

Two people will come to the program, $1,495. Here's the only thing. That person who comes with you must be someone you are a partner with.

(Trial Close): **Ladies and gentlemen, that means that you and a partner will attend the training for less than $750 each!  When you add in all the support and additional opportunities you will have as an apprentice, the value is unbeatable. What you need to do tonight is to stop waiting and hoping that "normal" will appear and you have to do something!  You have to get involved if you want to make a change and secure your future.**

**Slide  56:   Investing your money elsewhere**

(Trial Close): **You know in your heart that joining us this evening is the best thing you can do.  But the normalcy bias lifts up its head again, and says "Don't do anything. Something else will come along."  Don't listen to that voice.**

**That voice is wrong.**

Let's just take a look at your alternatives:

(Key): **If you put $1,495 in the stock market, with the negative 40% we've seen in the last year, you'd lose $598 dollars.  But some of you will do that!**

33

Trump Creative C script-final (2).doc for Printed Item: 1 ( Attachment 1 of 1)

Trump University Preview Script – Proprietary and Confidential

(Key): **What if you go safe and get a bank CD?  That pays a whopping 2% rate of return.  You'll make almost $30 on your investment.  By the way, the Federal T bill is paying "0%" interest right now.  You can't get rich with that.**

(Key): **But if you invest $1,495 in yourself and a partner, you only have to do one teeny-weenie little deal, and you'll make thousands!  Heck, if you only made $1,495 profit you'd have a 100% return on your investment.**

There is no better and higher use of your money than to do this.

And it will continue to pay benefits for a long time.

**Slide 57:   Risk Free Guarantee**

Making money may not be enough for some of you.  You have lost thousands in the markets, but you worry about the $1495 that you pay here tonight.

(Trial Close): **Some of you are still worried.  You say: I am convinced that Trump University is the real deal.  I am convinced that Donald Trump can teach me how to make money in real estate.  I am convinced that I don't have a chance of recovering my 401k losses unless I do something.**

**But still you want more.  If I give you more, will you sign up?**

**Let me give you a guarantee. Let me take all the risk out of this decision. What if I gave you a money back guarantee?  Would that make you happy?  Would that remove the last barrier?**

(Trial Close): **Here is the guarantee. Come to the three day program. If after 1 full day (that's one third of the training) you don't feel this is for you, …for any reason…, then pick up your materials, go to the back of the room and return them.  We will give you a full refund.  That's it.  You cannot ask for more than that.**

(Close): **You'll have to sign up tonight. You'll fill out a simple one-page agreement at the back of the room with the help of my associates, by the way you met XXXX XXXX on the way in and XXXX XXXX and XXXXZ XXXX. They are there to help you. They know this process very well. And they have been members of the Trump University family for quite a while.**

**And what you'll do is fill out that simple one page agreement, you will make your payment, you'll do it with a credit card, cash, check or any combination, but we will ask you to do is get signed up tonight and**

34

Trump Creative C script-final (2).doc for Printed Item: 1 ( Attachment 1 of 1)

Trump University Preview Script – Proprietary and Confidential

**reserve your place. When you're done you'll almost be ready to go home and start learning more about this process.**

Once again, let me remind with you the risk free guarantee: When you and your partner come to the training program if at the end of day one, in other words you've attended one third of the program, if at the end of day one if you don't think this program is everything as I have presented it to be, it's not satisfactory, simply pick up your materials, go to the back of the room, see staff and they will give you back your money, it takes a week or two to get to you but you will get it, well refund your money, leave the materials and we will part friends. And you will have learned something too. We really do try to make this a risk free low cost way for you to become a wealthy person.

(Close): **You want more? Now there is something else we are going to do this evening.**

**Slide 58:   Take Control of Your Life**

When you enroll in Trump University and make use of our systems, specific knowledge and continuing support, you will be taking control of your life. You will create a new normal for yourself; one that is much more enjoyable and rewarding than your current situation.

Follow the proven practices, philosophy and guidance of Donald Trump.

Discover how the current foreclosure crisis can become a farm of hidden opportunities of which you can take advantage.

Use the various techniques (assignment, lease option, buy and hold) and more to pull cash from your investments.  Let the others cry about their losses in the stock market.  Don't participate in the recession.  Make money by investing when others pull back in fear and paralysis.

And do all this while you make a positive contribution to others.

**Slide 59:   Your Apprenticeship Begins**

(Close): **Your Apprenticeship is going to begin after you sign up, after you enroll, by coming back here to the front of the room and meeting with me for about 10 minutes, its not going to take much longer than that. And in those 10 minutes what I want to do is I want to talk to you about how to start locating your first deal.**

So that way when you show up at your training program, but you'll have an idea of what is necessary to find a property. You'll come and sit  down with

35

Exhibit 20, Page 481

Trump University Preview Script – Proprietary and Confidential

us and well say this sounds like a good deal, this doesn't sound like too good a deal. If this is a good deal this is what you need to do, if this is not such a good deal this is how you can make it better. Let us begin that apprenticeship process today.

(Close):  Ladies and gentlemen, you have it all now.  I've given you everything I am permitted by the rules of Trump University.  Now is the time to go to the back, enroll, get your starter kit, and we'll help you prepare for your training session.

Do it now.


**Slide 60:**   **Trump Philosophy**

(Close): **Timing is everything. Do take advantage of this historic foreclosure boom or you will be left behind. Take action. Carpe diem."**

**Enroll today. Go do it now!**

36

# EXHIBIT 21



# TRUMP

*From Donald J. Trump*

## Special Invitation

# Build Your Future In Real Estate

# Event Locations, Dates, and Times



*Registration is 30 minutes prior to start of classes. Classes begin promptly at the scheduled time.*

| Sunday, September 27, 2009 | Monday, September 28, 2009 | Tuesday, September 29, 2009 | Wednesday, September 30, 2009 |
|---|---|---|---|
| 2:00 PM | 1:00 PM and 7:00 PM | 1:00 PM and 7:00 PM | 1:00 PM and 7:00 PM |
| **Houston Marriott North** | **JW Marriott Hotel Houston** | **Hilton Houston NASA** | **Sugar Land Marriott** |
| **at Greenspoint** | 5150 Westheimer | **Clear Lake** | **Town Square** |
| 255 N Sam Houston Parkway East | Houston, TX 77056 | 3000 NASA Parkway | 16090 City Walk |
| Houston, TX 77060 | | Houston, TX 77058 | Sugar Land, TX 77479 |

Call or go online to accept your **complimentary** invitation.
Seating is limited. To guarantee a place **call or log on today!**

# 888-878-6709 • TrumpULive.com

Exhibit 21,  Page 484

TU 25265

Dear Friend:

You may never have another opportunity this big or this life-changing as long as you live. In fact, this may be the single best moment to get into real estate investing. *Ever*.

But before you jump in, I want to give you the benefit of my experience – to show you what to do and *not do* in this fast-changing market, and how to use it to turbo charge your earning power.

As I write, three key factors are converging to create *the* optimum environment for getting seriously rich in real estate – *IF* you jump in before everyone else figures it out:

1. **U.S. housing prices have sunk at the fastest rate in 2 decades** – people are desperate to sell and they're slashing prices so you can buy on the cheap.
2. **Housing inventories are at a 24-year high** – the market's flooded and even great property can't move fast enough.
3. **Interest rates haven't been this low in over 40 years** – which means you can fund your investments for considerably less.

All this adds up to the **best prices** and **lowest carrying costs** on **your pick of high quality real estate**.

It doesn't get any better than this. But I would advise that, before you try to profit in real estate on your own, you get a plan, have an airtight strategy and learn from the best.

Come to my **free** class. In just 90 minutes, my hand-picked instructors will share my techniques, which took my entire career to develop. Then, just copy exactly what I've done and get rich.

The free class will give you 7 takeaways from my top-tier instructors, trained in my every investment strategy. You can actually start using your new-found knowledge right away to profit.

For example, you'll learn how you can:
• Build wealth faster and easier with real estate investing than via any other means.
• Profit from today's real estate market with little or no money.
• Make money while actually saving others from financial ruin.

Look, you've already got a pair of tickets in hand to a free class right in your area. You just need to reserve your spot. Typically, seats get snapped up within 1-2 days, so pick up the phone and call **1-888-TRUMP-09** (1-888-878-6709) or RSVP at **www.TrumpULive.com**.

Remember, you can still make a killing in real estate. I hope we'll see you in your free class so you learn to do it right.

Sincerely,

Donald Trump

REGISTER NOW – Call Toll-Free: 1-888-TRUMP-09 (1-888-878-6709)
Or register online at www.TrumpULive.com

**PS-Attendees receive a FREE** *Secrets of Real Estate Marketing* **CD-Rom—a $129 value—plus a bonus class on probate investing.**

# EXHIBIT 22



PROFESSIONAL SPEAKER                                    How ordinary becomes extraordinary...

# James A. Harris



James Harris presents a wide variety of topics to many different types of audiences. As an accomplished National Speaker, with over 1000 speaking events behind him, James, a gifted communicator, has mastered the art of "presenting".  James will leave your attendees feeling motivated and empowered. As a platform speaker, James is unrivaled in closing percentages – pulling a consistent 20 percent or greater.



James areas of expertise include:

Coaching, Entrepreneurship, Empowerment, Management, Motivation, Networking, Organizational Skills, Real Estate, Time Management and Wealth Building.

Some of the Programs presented:

JG Banks Probate Investing; Advanced Real Estate Training Camp; The Advocate Program; Foreclosures – How to Succeed in today's Market; Buy and Sell Ugly Houses for Profit; The Top 1% Real Estate Plan; Winning Big with Pre-Foreclosures, Foreclosures and Short Sales; The Full Time Real Estate Investor; Investment Trusts for Long Term Wealth Building; Peak Performance Sales Strategies; Personal Development; Coaching and Mentoring for Success.

Some current and former Clients:

| | |
|---|---|
| Citibank | Skanska |
| Sales Strategies Group | Ikea |
| Joe Crump | CitiHabitats |
| Dynetech | Bank of America |
| Whitney Education Group | The Rice Brothers |
| Six Flags | Bell South |
| J. G. Banks | HBO |
| Sales Pro 360 | FAO Schwartz |
| Dermamedics Cosmeceuticals | UPS |

James A. Harris

CONFIDENTIAL



PROFESSIONAL SPEAKER                                    How ordinary becomes extraordinary...

## Testimonials:

*"Dear James:*
*Thanks so much for such an awe inspiring and energetic presentation you gave today at the Riverside Marriott.  You got me off my behind and on to what I really need to be doing. I'm one person who really needs the help. Yours truly...* **Kelley Bredell** *~ Riverside, CA*

*"Dear Mr. James Harris:*
*I attended your real estate seminar today at the Melville Hilton and I truly enjoyed it. As a new agent I have attended countless workshops and "training" seminars, but this one has me 'pumped'. I look forward to the 2 day workshop on August 9th. Again, thank you,* **E. Lorene Young** *~ Austin, TX*

*"James has literally changed my life! I am now a top producer, thanks to his easy but powerful referral program and his personal one on one coaching, delivered the motivation I needed to get me to where I am today. Having a coach has changed not only my business practices, but me as a person. I can't thank you enough!* **Patti A. Kelly** *~ Bellevue, WA*

*"I enjoyed your presentation this morning when you were here in St. Paul, MN. I have been in real estate for 24 years now and I am with Edina Realty 22 of those. it's a great company! You know I always have doubts going to presentations like this because there is usually not much information shared and I don't want to be sold anything. I liked going through the mental stages of being a sales person and the individual that I want to be. I have kind of lost that this past year with some personal issues that I have dealt with. So at the end of your presentation I did sign up for the Workshop that is being held on January 16th. I am sick and tired and I am going to do whatever it takes to raise my personal standards. I shared the information with my business partner Cheryl here in my office. She is looking forward for me to go to the workshop as well!  We want you to be our coach! Thank you,* **Mike Heinzerling** *~ St. Paul, MN*

*"It's not often that you are lucky enough to come across a person like you James, and I am truly thankful that I took the time out of my day to come to your event. I have been to so many seminars in the past which have really had no content and most of the time are just plain BORING! You MOVED me! I have put your teachings in to practice and am already seeing results!*
**Jim Bastio** *~ White Plains, NY*

**Primary Address:**
J and H Harris, Inc.
Attn: James Harris
3506 Dandelion Dr
Buford, GA 30519

Phone: (678) 939-1074
Fax: (770) 614-0295

E-mail:
moneymotivator@gmail.com

## Education:

BA, Mass Communication                    Florida Atlantic University

## Affiliations:

National Speakers Association

James A. Harris



CONFIDENTIAL

Exhibit 22, Page 488

TU 49900

PROFESSIONAL SPEAKER                                    How ordinary becomes extraordinary...

Investors Wealth Building Association

Scheduling:
For availability, please email moneymotivator@gmail.com

James A. Harris                                          

CONFIDENTIAL

Exhibit 22, Page 489

TU 49901

# EXHIBIT 23

# TRUMP

40 Wall Street, 32nd Floor
New York, NY 10005

*Anthony, Exclusive event invitation from Donald Trump enclosed!*

**P1*T43*************AUTO**5-DIGIT 78213
SOL0309San Antonio
Anthony McManus
5022 Neer Avenue
San Antonio TX 78213-3658

A    10492

PRESORTED
STANDARD
U.S. POSTAGE
PAID
TRUMP UNIVERSITY

TU 62087



## ADMIT ONE: VIP TICKET

### FREE TRAINING

Bring and present this complimentary
ticket to the training class.

CALL **888-878-6709** To reserve your
seat and confirm
your reservation







## ADMIT ONE: VIP TICKET

### FREE TRAINING

Bring and present this complimentary
ticket to the training class.

CALL **888-878-6709** To reserve your
seat and confirm
your reservation





Dear Friend,

How would you like to market-proof your financial future?

An extraordinary window of opportunity—that could very well improve your financial future—is now open for business. But history tells us it will not stay open forever! What am I referring to? **The largest real estate liquidation in history.** Banks are selling foreclosed properties for pennies on the dollar…home prices are dropping through the floor…interest rates are historically low…and there are record high inventories.

When the real estate bubble was building, I told people not to buy—but many did not listen—and unfortunately they are now paying the price. In today's market, I'm telling people to buy, buy, buy—I'd like to make sure you're one of them!

> Please accept my invitation—for you and a guest—to a powerful wealth-building workshop that will demonstrate specific, proven and profitable strategies that you can use right away to score big profits within these current market conditions.

Today's so-called economic meltdown and credit crunch have politicians, traders and bankers scrambling for answers. They've got bailouts and rescue packages, but **who's helping you**? I will. There is no question in my mind I can turn you into a successful real estate investor. I've done it many times and I'll continue to do it for as long as there are interested people like you who want to **better their life, quit their job and be set for life!**

One of my world-class instructors from Trump University will be in your area and will teach you the specifics on how to profit from today's real estate market. You will learn how to:

✓ Conquer your fear of getting started by following my proven Real Estate System!
✓ Find income producing properties in your area—30-70% below market value!
✓ Fund your investments without using your own money!

I have enclosed two complimentary VIP tickets to give you and a guest the chance to learn how to create wealth the Trump Way. I encourage you to attend and to act quickly as seating is limited. To confirm your reservation you must call 1-888-878-6709 or log onto www.TrumpULive.com.

Donald J. Trump

P.S. As a special bonus, I am giving every attendee a FREE copy of my blockbuster Catch the Wave CD—a $50 value!



TRUMP

*From Donald J. Trump*

*Special Invitation*

# Event Locations, Dates, and Times



| | | |
|---|---|---|
| Monday, March 23, 2009 | Tuesday, March 24, 2009 | Wednesday, March 25, 2009 |
| 1:00 PM and 6:30 PM | 1:00 PM and 6:30 PM | 1:00 PM and 6:30 PM |
| Hyatt Regency Hill Country Resort and Spa | Omni San Antonio Hotel at the Colonnade | San Antonio Marriott Riverwalk |
| 9800 Hyatt Resort Drive | 9821 Colonnade Boulevard | 889 East Market Street |
| San Antonio, TX 78251 | San Antonio, TX 78230 | San Antonio, TX 78205 |

*Registration is 30 minutes prior to start of classes. Classes begin promptly at the scheduled time.*

Call or go online to accept your **complimentary** invitation.
Seating is limited. To guarantee a place **call or log on today**!

# 888-878-6709 • TrumpULive.com

Exhibit 23, Page 494

TU 62090

# EXHIBIT 24

05/23/2008 09:38 FAX                                                      ☑003

## TRUMP UNIVERSITY
## EMPLOYMENT QUESTIONNAIRE

NAME: _Stephen Goff_

Address: ▊▊▊▊▊
_College Station_
_Texas 77842_

Telephone: _____
Cell Phone: ▊▊▊▊▊
Fax: _____

Email: _Sgoff@TrumpUniversity.com_

SSN or EIN: ▊▊▊▊▊

Corporate Name or LLC (If applicable): _____

Personal References:

Name, Telephone Number & Relationship:

1. _Chris Goff_ ▊▊▊▊▊
2. _____
3. _____

Education: _High School_ _Diploma_ _Bryan High School 1986_
_Some College_ _Blinn College 1987_
_____
_____

Licenses and/or Certifications:
_Texas Real Estate License_
_____
_____

## EMPLOYMENT HISTORY

Please provide employment history (company name, location, dates) for the past ten years
and education or attach a detailed resume

_____

1

Exhibit 24, Page 496

CONFIDENTIAL - ATTORNEYS ONLY          TU 96114

Goff International Inc    7/97-Present   Bryan, Texas
BCS Savon Real Estate    12/98 - 9/03    Bryan, Texas
Partnership with Johnny Mancuso, Partnership dissolved 9/03

## LITIGATION

A. State whether you have pending any administrative, criminal or material civil action (or a significant number of civil actions irrespective of materiality) alleging a violation of any business opportunity law, franchise law, securities law, fraud, embezzlement, fraudulent conversion, restraint of trade, unfair or deceptive practices, misappropriation of property or comparable allegations.

Yes:_____          No: ✓

(If yes, annex detailed descriptions to this questionnaire)

B. State whether you have been convicted of a felony or pleaded <u>nolo contendere</u> to a felony charge or, within the ten-year period immediately preceding the application for registration, been convicted of a misdemeanor or pleaded <u>nolo contendere</u> to a misdemeanor charge, or been held liable in a civil action by final judgment or been the subject of a material complaint or other legal proceeding if such felony or misdemeanor conviction or charge or civil action, complaint or other legal proceeding involved violation of any business opportunity law, franchise law, securities law, fraud, embezzlement, fraudulent conversion, restraint of trade, unfair or deceptive practices, misappropriation of property or comparable allegations.

Yes:_____          No: ✓

(If yes, annex detailed descriptions to this questionnaire)

C. State whether you are subject to any injunctive or restrictive order or decree or under any Federal, State or Canadian franchise, securities, antitrust, trade regulation or trade practice law as a result of a concluded or pending action or proceeding brought by a public agency.

2

Exhibit 24, Page 497

CONFIDENTIAL - ATTORNEYS ONLY          TU 96115

05/23/2008 09:38 FAX                                                    ☑005

Yes:_____          No: ✓

(If yes, annex detailed descriptions to this questionnaire)

**BANKRUPTCY** ? *filed April 16, 2007, started employment with*
*Trump University July 16, 2007*
*Michael Sexton + David Highbloom were told prior to employment*
State whether you have during the fifteen year period immediately preceding the
date of this Offering Prospectus been adjudicated bankrupt or reorganized due to insolvency, or
was a principal officer of any company or a general partner in any partnership that was
adjudicated bankrupt or reorganized due to insolvency during or within one year after the period
that you held such position in such company or partnership.

Yes:_____          No:_____

(If yes, annex detailed descriptions to this questionnaire)

## COVENANTS AGAINST COMPETITION
## OR CONTRACTUAL RESTRICTIONS

State whether your employment or business activities are restricted in any way by
any covenant against competition or other contractual restriction.

Yes:_____          No: ✓

If yes, annex detailed descriptions to this questionnaire

If "no," you hereby certify that your answer is true and accurate and further agree to protect,
defend and indemnify Trump University, its affiliates, officers, directors and managers, from any
and all claims, actions or suits of any kind or nature relating to any actual or purported claims by
former employers or parties to contracts with you that may be asserted against Trump University
as a result of Trump University's engagement or employment of you in reliance upon your
representations hereunder.

Dated: _5/22/08_          By: _____

Name: _Steve Goff_

3

Exhibit 24, Page 498

CONFIDENTIAL - ATTORNEYS ONLY      TU 96116

# EXHIBIT 25

Date: April 3-5, 2009
Event: Fast Track to Foreclosure
Location: San Antonio /> Instructor: Gerald Martin
Staff: Christy Duckett, Chris Lombardo, Sean Lindsey /> RTRFTF-20090403A
Doubletree San Antonio
Attended: 20 potential sales, 1 audit

Sales:
Raymond Pitzen-$34,995 Gold Package
Anna Scheller-$9,995 Bronze Package
Dennis Spencer-$9,995 Bronze Package
Gam Rai-$5,000-Quickturn Retreat
Pending-
Rusty Konitz-Gold package-0 collected-Wil call with ccard info tomorrow
Alicia Mendez-Bronze Elite-0 collected-Will wire transfer funds tomorrow
RPG $2,999.25

CONFIDENTIAL

Exhibit 25, Page 500
TU 97529

Gerald Martin:   …moments, you know.  When we are doing something that girls want to do, when we are going to the mall, they are all ears.  So I get my little teaching in when I can.  So that is why I am so excited that Caleb is here with Anna because to have your adult child come with you, that is huge.  I mean for him to get carve out three days of his busy, important life.  We all know that 18, that is the most important time in life, right?  And for him to come, that is very, very, very interesting and I applaud you guys.  That is just wonderful.

But I am going to tell you about the advance, the elite programs, and Donald Trump says, "Think big, keep learning, and success will follow."  This business is about learning and earning.  This is not about three days then go out there and start trying this business.  If that is what you are going to do, you are going to have a lot of boot camps.  But if you are going to that, what I say is just do assignments folks.  I know that it is not everybody's time.  I am a realist.  Some of you, this is your time, it is time to fly.  It is time to go all the way and if you are not there yet, you are here for a reason.

Sometimes, I just plant the seed.  Somebody else comes and waters it.  So if it is not your time, I want you to know that I am here to give you 110%.  When I get done here, I have left it all on the field.  I give you every single thing that I can during this three day.  And then from that point, those who go on to advanced training, I am going to continue to work with you and I will continue, okay?

So every successful investor must have the right support, the software and utilizing that software, looking for the deals, spending time learning how to work that application, pulling down sheriff sales—no, it is not in the book so do not get worried—pulling down the sheriff sales, the bankruptcies, the pre-foreclosures, the bank owned properties.  There are modules in each that you can go on their software and really, you have access to the software now so start using that software as part of your other marketing methods.  Utilize that software because it can help you find more profitable investments.  It tells you how much potential equity there is in the deals.  So it starts there, it starts by finding the deals, using the tools and using the resources to find the deal.  And then you need the know-how.  These are the executive retreats.

My job this weekend is not to teach you soup and nuts on one topic but to bring you into the knowledge of what is out there that I explained earlier because there are subject matter experts in each area that is going to spend three days.  When you come to my creative financing training post, it is three days of roll up your sleeves and go to work.  That is it.  It is just—we are working for three days.  It is packaging yourself, getting packaged, getting your lending sources in place, getting your

Exhibit 25, Page 501

CONFIDENTIAL                    TU 97530

power team in place. It is interactive. So it is interactive, action-packed learning, role-playing, doing it.

We do not have time for this right now because we are covering so many different topics, and then the expertise. This is where the rubber hits the road. It is one thing to hear it but it is a whole another thing to see it done, see it in action. And this is not just a phone call; this is literally a coach, a mentor that is going to help you put together a success plan.

Now, the plan that Barbara and Rusty are going to be on is going to be totally different from the plan that Scott is going to be on because they may earn their money differently than Scott. Their schedules may be different than Scott. The things that Ray and Pam do in their time constraints and all that stuff are going to be different from Otis', and so this is prescriptive. It is all about you. I mean over here at, we have got to spend time finding out, okay, how do you earn your money? What do you do? What is your schedule? Like, when can you work? How much time do you have to put into this? And then we have to put this plan together and put a schedule together for you and then of course we have the mentor literally come out to your area.

So the Trump Gold Elite, I am going to start with the very top folks. I believe in starting from the top. I believe in disposing everything. Start from the top and then let us work our way down. So first of all, you will get a Trump certified mentor. This mentor is going to go beyond what I did. I did not research your area. You just dropped some leads on the table and I started calling, if I had the time to research your area and research your target area.

00:05:02

Now, we are focusing on leads and qualified leads in that target area. We are not going to waste your time and we are not going to let you waste my time. So they are going to walk the properties. Once they identify your target area and research the potential deals in that target area, then they are going to help you schedule and start making offers on those deals so that when the mentor comes out, they are going to literally walk, physically walk that property, show you how to perform the due diligence. I know one of Barbara's questions earlier was, "Well, how do you know how to do the repairs? How do you know what the repair costs are?"

Your mentor is going to walk you through a property, show you what to look for. That is what they are for. And then they are going to run the numbers, run the financials, make sure that you are on point with your offers, help you make wise decisions and keep you from making mistakes. Working with your appraisers to get the value on those deals and also conduct the

CONFIDENTIAL

Exhibit 25, Page 502
TU 97531

actual interview. Go out to the property, you are going to set up several appointments over the course of a few weeks and then when that mentor shows up, you are going to actually go and visit those properties, sit down, and the mentor, he or she will conduct the interviews.

You will sit there and watch. You are still learning and earning. You are going to sit there and watch how it is done. They are going to write multiple contracts to purchase the deal. They are going to write offer letters for you. They are going to help you put together that contract. You are going to learn how to put the contract together in quick turn and create a financing but now, the mentor is literally going to walk that first field with you and then now, you have got a template. You have sat through it, you see how it worked.

So that fear begins to be eliminated because you have seen the beginning, you have seen the actual interview, you see the contract that is being offered and then you see the response and the collaboration back and forth with the potentials with the seller and then, they will help you actually close your deal.

So now, here is a list of our mentors. These folks, let me tel you, they are very competent and proficient in what they do. You can conduct interviews with them. Well first of all, we will pick people who have an expertise in the area in which you want to work and focus your concentration. They are all capable and competent but we want you to hit the ground running quickly. You can have someone that has been involved in hundreds of real estate transactions. These are people who have authored books, own hundreds of properties, hold faculty positions and teach real estate in some of the most renowned universities. These are doers. This is Trump University. You know, you keep hearing the best of the best; that is what this is, the best of the best. You do not get to Trump without being at the top of your game.

People who have closed over 200 deals, managing $3 million worth of real estate, conducting workshops, doing their own seminars. They are all successful in their own right. For example, Carrie has been in real estate business for over 17 years, holds a variety of properties, mentored over 300 students, a national convention speaker. These guys are at the top of their game, my big lane.

Scott did a deal; he bought a pre-foreclosure for $262,000.00, sold it for $420,000.00 in less than six months. This guy, let me tell you something—and most these mentors, they are done folks. They are like me. They do this because they can.

See, I do not have to get back to work—I do not have to get back to go to work on Monday. You call me on Monday, I am at home. I am at the house. You will also find out what you want

CONFIDENTIAL

Exhibit 25, Page 503
TU 97532

to do with your life when you do not have to work.  I know I can sit at home and sit on that phone and make more money than come out here and doing these things.  But this is my passion; this is what I like to do.  You may make more money in real estate than I because this may not be your passion.  You may want to just keep doing deal, deal, deal, deal, deals.  But when you get to the point where you do not have to do something, you will realize what you enjoy doing.

00:10:00

People would say, "Well Gerald, why do you do this?  Why do you not just stay home and do it?"   Well, I wonder why Timothy—I wonder why Tim Robins does seminars.  I wonder why Donald Trump does seminars.  He likes to educate.  He goes out and speaks because he likes to educate.  So now, areas of focus for Mike, creative finance, discount notes and paper, commercial investing, he bought a lot in Fort Martial 17-5 on a credit card and sold it in less than two years and I want to say he sold it for about $200,000.00, a vacant lot, and he sold it to the business manager of the New York Yankees.

So now that you have had this experience with one of these mentors, three days with them, step by step, walking through your deals, you also have the Quickturn Retreat.  Now what I recommend is that you do a couple of these retreats before the mentor comes out because we want you to be on the ground.  We want you to have some deals on the table so when the mentor comes out, we can close some of these deals.  Let us get these deals.  Quickturn is host sale, lease option, owner financed properties for quick profits.  Some of these deals that I did up here, that is three days of that.

You have three days to work through the contract.  You have three days to do role-playing.  You have three days.  Every single one of these subjects comes to three days.  Buy and sell without using your own money or credit, millions of dollars of property without ever going to the bank.   And I know sometimes that if it makes sense to go to the bank, you go to the bank.  But you do not always have to go to the bank.  You do not have to hold every property.  I am a buy and hold investor and I explained that to you but you know, if it makes sense to flip it, I will flip it.  Then we are going to teach you how to invest in the best way for your DNA.

If you do not have time to manage properties, then you do not need to be holding properties.  You need to do Quickturn, and that is why we teach you Quickturn.  Make money on properties that you do not own, receive cash back after closing, make money when you buy properties.

Be like John.  John, he is making $18,800.00 when he buys.  Only consumers buy and spend money on properties.  We make

CONFIDENTIAL

Exhibit 25, Page 504

TU 97533

money when we buy, so cash out after closing.  When you close, build a large cash flow.  And now, you are going to come back to see me.  Creative financing, three days.

That could be in Houston, it could be in Orlando, it could be in New York, it could be in LA.  We will give you a schedule.  You will come in three days and oh, by the way, make it at the business trip.  You better believe it folks.  This is all business.  Talk to your accountant.  Everything you spend on your education, talk to your accountant, see if it is tax deductible, just see.  So I am going to help you develop your financial statement, your loan request package.  You are going to be totally packaged.  You are going to have your deal, your rehab report.  You are going to have an appraisal.  You are going to have your tax return.  You are going to have everything that you need in this package for every deal you do.

Pictures of the property, the purchase and sale agreement, all of the addendum, so when you go to look for your funding source, which is a non-bank entity, people who are not worrying about your credit but looking at the deal, you are totally packaged.  It is a lot different when you are going asking for money versus, "Hey, here is the deal.  This is what it is worth.  This is what I am offering.  This is how much profit there is in it and here is all my loan request package, everything is here.  Boom, there it is."  Tell me why I should consider using you for my deal.  All the financing techniques, hard-money connections, I will get you in touch with the hard-money connections, how to use a 10-31 exchange.

We spent an hour and a half talking about 10-31 exchanges.  Folks, what you have got right now is you are in the situation where the prices are low.  So what we are going to do over the next five years is we are going to collect the properties now when they are low and then in about five years, we are going to sell it.  When the market is up here, you are not going to sell it, you are going to relinquish the property.  You are going to exchange a few of those properties for an office complex.  Do a 10-31 exchange.

You see, their problem with commercial real estate is it is a great investment and it is a safe investment.  It is just cost prohibited.  They only finance 55%, 60%, 65%, so if you buy a million dollar office building, you got to put down a sizable down payment.  So what we are going to do is we are going to spend the next few years making our money through the appreciation of our properties and instead of selling those properties and paying taxes, we are going to roll all the tax, all of the profit into our new subject property.

00:15:07

CONFIDENTIAL

Exhibit 25, Page 505

TU 97534

Now we have long-term leases with automatic increases and the tip pays the taxes, insurance and maintenance. And they re-carpet your place every three years and they repaint because they are taking care of your business. I am going to show you how to go out and get medical offices. You know, people at the doctor's offices, they are great tenants. They have a million, $2 million worth of equipment. They do not want to get that stuff locked up. And they do not want to move across town always because they are known by that location. That is where they build their clientele.

But in the next five years, you will become proficient enough to manage those types of properties and once you put all the cash in the property, if you ever need to get some of the cash out, you could pull cash out on the other side, so you have avoided the taxes going in. Now you get a tax deduction when you pull the money out again. And all the real estate notes, I am going to teach you real estate notes and I am going to put you in contact with note buyers, people who buy that paper third party.

You are then several months down. You are going to go to the commercial retreat and multi-unit properties. You got to learn how to find the commercial properties, how to get the owner to contribute on the financing, you are going to determine the right market valuation. You are going to write commercial leases and also learn all the laws, all the real estate laws regarding commercial real estate, what the landlord laws are, what the tenant laws are so that you are not taking risk in your investment.

Now, many of you asked about forming your corporation then wealth preservation. Do not go to the attorney down the street; stay in the Trump Family. JJ Childers is going to help you put together your legal entities. You are going to identify different types of entities to protect your wealth and to reduce that tax bill. This is real estate related. These are people who do this for me and for others. I am not licensed as an attorney or as an accountant. I get expert advice as well.

So transfer those previously non-deductible expenses into fully deductible expenses. Guys, when you start taking advantage of everything the government is allowing you, you are going to say, "Why in the world have I not done this before?"

Secure your assets against lawsuits. We are not going to teach you how to win lawsuits. We want to teach you how not to end up in court.

And guys, listen. They lost—let me tell you something. Does a person have to have a reason to sue you but you have to pay an attorney to prove you are right. So even though you won, you have paid the—okay that is fine. I mean, it was not a

Exhibit 25, Page 506

CONFIDENTIAL

TU 97535

large—I mean you were not sued for $3 million necessarily. But let us just say if you own nothing, nobody wants to sue you.  And now, wealth preservation, pass your wealth under your heirs and beneficiaries while protecting those assets. Then you incorporate your business.  You say, "Well, should I have LLC?  Should I have a C-corp?  Should I have an S-corp?" Well, Trump's legal professionals will work with you to complete all the process and set you up with your LLC in any of the 50 states.

You can set up right here in Texas.  You can do a Nevada corporation, a Delaware corporation, it is up to you.  And there are fees, there are annual fees for your LLC but they will set it up, complete all the documentation, and compile everything into your binder.  So you will be packaged again with your legal entities.   Again, protect your personal assets and take advantage of all the tax advantages that have been there. Folks, the reason why people are poor, the reason why the middle class will never be rich, they would never hear me.

The middle class, they will never be rich because they make their money from a job.  Before they get the money, it is taxed, right?  And then they try to save or spend what is left over. You know, if you earn a thousand dollars and then you only get $700.00 of it, and then you have a car payment, you have on and on and on, there is no money left to save or invest.

00:20:08

What the wealthy people do is they make their money from their investments through their positive passive investments, and then they spend money.  They pay all of the expenses, and what is left over, they decide what to pay in taxes.  Spending is also investing.   That is the difference.   They are buying properties, more of things that generate positive passive income because they have the disposable income to do it.

The taxes were not taken out.  They get to use all their money, they can invest, we can invest, you can invest.  And then after everything is said and done, if there is any money left over, that is when you pay taxes.  That is why the wealthy keep getting wealthy.  You need to jump into the right pool, the wealth pool, the Trump family.

Now here it is.  This is retail of course and if you pay retail for everything, that three-day mentorship, wealth preservation, quickturn, creative financing, commercial real estate, you also have a training—an online training program in incorporating your business.  If you paid retail for all of that folks, you would pay $48,000.00 and I can tell you, I could build a case that is worth it because that would basically be two deals.  And if you could not do two deals the next 60 or 90 days, then you are not following the program.   But that price is $34,995.00.   Now

CONFIDENTIAL

Exhibit 25, Page 507
TU 97536

$34,995.00, listen to me. That is a $35,000.00 investment for you, for your education to have everything you need, and this is ongoing. This is ongoing training, ongoing support. This is the live mentor for three days.

You have a choice. You can pay $35,000.00 and buy one house. It will cost you—if you bought a $200,000.00 home, it costs you $40,000.00 just to buy a $200,000.00—any of those homes. We would not pay for those homes and finance them. We would be in $40,000.00 for one house, or you can have a business mentality, take advantage of the tax benefits and take that investment, put it in yourself and go get five properties with no money. That is the attitude that it takes. That is the mindset that it takes.

People do not think twice to go out and buy a car, and you can even buy a Chevrolet for $35,000.00. And they drive it off the lot and guess what, now it is worth $25,000.00. If I can show you how to go out and do a few deals, get cash flow, now you can go buy a Mercedes, let the cash flow pay for it, which is a business expense and now, you are deductible.

It is just a matter of how we look at things. Now, that is 29% savings. You can become Silver. You can go to the Silver Package. You get everything except that live mentor. If that is you and you cannot afford to have a mentor to walk you through, then you are going to be going to all the different retreats, getting all the knowledge. You still have the three days each retreat and that is going to be $19,495.00.

Again, think about this. You should not get out of bed for less than $35,000.00; that is one deal. If you are getting out of bed for less than $35,000.00, if $35,000.00 is a big number to you, you probably will not ever make it. I mean you probably would not make $35,000.00 because if that number is bigger than you then you are in awe of it. But if you, like me, realize that that is one stinking deal, how soon do you want to do a deal? Do you want to wait six months or do you want to jump on the train and make it happen in six weeks? It could happen today. Somebody could have a deal today that would pay out $35,000.00. We might have one right here, I do not know. Who knows? If he takes $90,000.00, if he accepts $90,000.00, who knows. That is Silver; you get everything except the mentor.

And then the last is Bronze. The Bronze, we can put together and customize a program for you. That is quickturn, wealth preservation, and incorporating your business, and that is $9,995.00; that is everything.

Now there are some people—there are three different types of people. There are dream fakers and they are going to always be in your life.

CONFIDENTIAL

Exhibit 25, Page 508

TU 97537

00:25:03

There are dream fakers, there are dream breakers and there are dream makers. The dream fakers have this attitude. "Well, you know—hey, you know what? I am fixing to it. I will get there. Hey, when are you guys going to be back in the area? I will catch you next year." That is like the people that did not go forward. They did not even come to the first day. They went one day and they say, "Well you know, when are you guys going to be back in the area?" And that is okay folks. This is not for everybody, and I understand that. This is real life. I am a people person, I understand real life.

But if a person took the time to come here, they take the time to get involved in this business, then it needs to be a business. This is not, "Well, let us just try it out and see if it worked." Folks, this is changing your life. This is changing your life kind of stuff.

This is kind of like, "Well you know, I wonder if I can put it in my schedule." No, you work a schedule and this becomes a priority. I can go down that list. Why are you here? "I want to retire." "I want to create passive income." "I want to transfer wealth generationally." This is your shot. If you do not do this, what is plan B? What else is there?

I will tell you this. If there was something else out there, I think I would be doing it. I am telling you because I am opportunity-minded. If you did not show me, if you guys have a plan and you can show me how to put $70,000.00 in my pocket in 60 days, where is your seminar? I am in. I will catch a flight and I will come to it.

I just know real estate. I do not know everything. This is just an area that I know. I know how to make money. I know how to make money without money. And I know how to transfer that knowledge to other people. I know how to teach it. I know how to guide you. We know how to protect you. We know how to support you. We have been doing this for a long time. Just get in the family. Get into the Trump family and as Trump says, you get in the family. Once you get in, now we are going to be using your success story. That is why we are in this business. We are in this business to make other people successful.

You know, when we started out, when we started this company, we were doing like one of these events a month. You know, five or six of one on every month now. It is growing through the success of our students. John Miller says, "Hey, you know what, the software is great. I have gotten deals out of it." He still says, "I purchased the strip mall for $14 million." He did it through a partnership. He says, "Before we built, the

CONFIDENTIAL

Exhibit 25, Page 509
TU 97538

land was worth $18 million.  Once we built, the earnings will be about $7 million a year for the partnership."  That is a home run guys.  That is a home run.

Not everybody is going to do $7 million, but I do not think you need to do $7 million.  I have never done a $7 million deal but you know what?  When I go out to dinner, I read the menu from the left to the right.  I do not read them from the right to the left anymore.  You see, I have finally gone to the point that I am in the comfort zone but I am comfortable with my success.

I am now comfortable that you know, Caleb, if you want to go out there and make $300,000.00 this year, I will support you.  I will help you.   I am not afraid of anybody becoming successful.  See, those are the dream breakers.  They are afraid that you can get ahead of them, so they tell you things like, "I will not do it if I were you."  "Man, do you see those prices?  God!"  Or maybe they have never had a business mindset.  Tell me a business that you can go buy or invest in for $35,000.00.  You cannot buy a Wendy's.  You cannot buy a Subway.  You cannot buy the local meat market.  And then you got to go home every night and smell like meat.

You can get a college education for $35,000.00 and you go to college then you make money.  And I know, I am not in college because my children were all going to college, but they are going to learn, not to make money.  They are going to make contacts.  That is why I have my daughters going to Vanderbilt, Stanford, Michigan because their friends are going to be the future CEO's, and that is just me, I do not know.  It is strategic.  They are going to make relationships, life long relationships.  Billionaires do not care what the odds are.  We do not do what is conventional or expected.  We follow our vision no matter how crazy or idiotic other people think it is, and we succeed.  Those are the dream makers.  The dream makers are people that do it against all the odds.

Folks I know that when I got started in this thing, my first training was $15,000.00.   I told you it was $15,000.00, $15,000.00,   $15,000.00,   $15,000.00.    It  kept  being $15,000.00.  And every time I show up, it is $15,000.00.

00:30:00

But I told you the biggest asset that I had in my life was my wife.  She said, "Listen, let us invest the $15,000.00."  I did my first deal, I made $33,000.00.  I was just so happy I made my investment back and then my mentor said, "Blow it."

So I blew the $33,000.00, bought a brand new SUV and they said, "Now, you need to learn how to do lease options."  "How much is that?"  "$15,000.00."  Well, maybe I wish I would have

CONFIDENTIAL

Exhibit 25, Page 510
TU 97539

just kept the money but that is okay.  I got over it.  See, I stopped tripping over the dollars looking for the dimes.

There are some people that have not taken a first class vacation because they are so tight that when they walk, you can hear their butt squeak.  I am telling you.  I hate to paint the picture but I am telling you, there are some people that they think this is the last money in life.  You know when I go out to dinner, I stop looking at the menu for 30 minutes.  It is like wait a minute, this is not my last meal, hopefully.  I mean I can just pick something and I can come back next month and pick something different.  And so some people have not taken a first class vacation.  I think everybody should take a first class vacation.

I am talking first class flight, stay at the—where do we stay in Las Vegas?  What is the name of that hotel in Las Vegas?  Oh, not Las Vegas, New Orleans?  The Ritz-Carlton.  Do the Ritz-Carlton, take the first class flight, stay at the Ritz-Carlton, do it up.  Get used to that lifestyle and you want to recreate that.  You would want to live like that, and you will get comfortable with that.  You will get comfortable with rich friends.  I mean not rich in finances but rich in personality.  You will get used to that kind of lifestyle.  And then you will do what you need to do to be able to sustain that lifestyle.

I tell everybody you should live in a million dollar home.  "My goodness, that is $8000.00 a month."  So, that is one assignment.  If you do this business and you get it, this is what you are in these things for, to do the business.

This is my thing.  But I am telling you, I mean if you just did half of what I showed you this morning, just half of it, yes there is somewhere, just do one lease option a month.  I have not even taught you pre-foreclosures yet, and I am the king.  I am the pre-foreclosure king in my community.  That is where I specialize.  That is where I spend 60% of my effort.

Tomorrow, I am going to show you how to take the foreclosure subject to the mortgage and by the time you own the house, you are going to get letters from people trying to contact the owner to buy their house and to help them in foreclosure, and that letter is going to your P.O. box.  You have already taken the house; you already own the house.  They are too late.

Multiple streams of income, multiple profit centers.  If you can do half of what I share with you—no, if you can do a quarter of what I share with you on that screen, there is no one person in here, Caleb included.  Now Caleb would have to go do a couple of assignments because I am sure he is stone cold broke because he is 18 years old.  He is only 18 but as an 18-year-old, he would have to go out and do a couple of assignments with $20,000.00 in his pocket.  Now, he is in business.  Then,

CONFIDENTIAL

Exhibit 25, Page 511
TU 97540

there is no reason why Caleb cannot go out there and make $100,000.00 this year—if that was his mission, that was his goal.  And he have not gone to college yet.  He could sign these documents; he is of age.

So what I want to do is—we are about done now.  What I want to do though is I want to meet with those people who are very serious about moving forward with their education, moving forward with their investment career.  Again, hey, it is not for everybody.  Some people, they are going to do assignments and I am still going to teach you.  I still love you.  I am still going to work.  I am still going to give you 100%.  If you cannot go forward, that is okay, I am still going to give you 100%.  I am going to give you as much as I can right here.  I am going to give you 110%, but those people that get in the family, the people who are ready to get into the family, I am going to meet with you back there and we are going to talk about it.  You are going to get ready, you can tomorrow, we will get it rolled and everything.

But I want to meet with those people who are serious about moving forward with their education with Trump University because I want you guys to get everything out of this thing that you can.  Those are the dream makers.  Those are the dream makers, against all odds.  I know when you see $35,000.00, all the oxygen sucks out of the room.  That is what happens to me when my wife says, "We should get this bedroom set."  "How much is it?"  "$35,000.00."  "$35,000.00?"  She goes, "Gerald, $35,000.00, you will pay $35,000.00 for a car, and it is obsolete in three years.   This furniture is for a lifetime."  "Okay."

00:35:06

But my Harley—you know, HD stands for hundred dollars.  You go buy a Harley, it is $30,000.00.  And then once you get rid of the pipes that come on the Harley and get the pipes to put on it, I thought, "Why am I changing the pipes?"  Oh well, because they are loud.  And then you get all the gear.  You are like, my goodness!  Okay, now I am spending another $4000.00 and I say listen, just cry once.  Do not cry the rest of your life; cry once.

So go home, get on your knees.  If you have to hold hands and sing Kum Ba Yah, just give Trump the shot to hold your hand and guide you through the deal.  Let us get serious about this thing.  Let us go to work, and let us put $70,000.00 in your pocket in the next 60 days.  And you know what, if you only get halfway there, are you going to cry?  No.

Okay guys, what I want to do, if those people that are serious, I want to meet with you right back here and—I want to meet with you and then the rest of—[Audio cut]

Exhibit 25, Page 512

CONFIDENTIAL

TU 97541

00:36:20

Exhibit 25, Page 513

TU 97542

CONFIDENTIAL

# EXHIBIT 26

**FTF SAN FRANCISCO 20090123a-HARRIS Cover Sheet**
Date:               January 23-25, 2008
Event:              Fast Track to Foreclosure
Event code:         FTF20090123a
Location:           San Francisco, CA
Instructor:         James Harris
Staff:              Tiffany Brinkman, Cory Lignell, Ryan Lotman

**Final Sales Synopsis**
Attended Training:   46
Sold:  12
Revenue Collected:  $ 289,970
% of Revenue Collected:   74%
Conversion:   26%
Revenue per attendee:  $6,303.70
Payments to collect:   $ 99,985
Pendings: 3 ($94,990)

CONFIDENTIAL

Exhibit 26, Page 515
TU 97564

| | |
|---|---|
| James Harris: | —people asking about this and then we will brake for lunch. And then we just got the rest of today and tonight and tomorrow where we could just keep educating you and training you, let us get this out of way early.  Does that make sense? |
| Participants: | Yes. |
| James Harris: | And, let us cover it right now.  You can think about it at lunch because this is a big deal, because a lot of people are saying "James, listen.  I am going to need some help" and you guys are realizing that.  I know that.  And let me show you what Mr. Trump has setup for you okay.  And if you guys wanted to take some notes on this, that is fine, I would—because you are going to have a lot of questions.  And when we are done with this piece here, I am going to say something right now.  A lot of you are going to be very interested in this.  I am ready to go, which means I am ready to go. |
| | I got everything setup for you.  I got the plan, the contracts, the hard money—I am sorry, the private money.  I got the systems in place.  I have systems, things and let me show you how this works.  We are ready to go.  Okay. |
| | So, Mr. Trump started Trump University back in '05.  We have had online internet website and you had to go to New York City to actually do the trainings, buy the products, the services, the books, the manuals.  You had to fly to New York to take all the events. |
| | What we found out is that we were not getting as much success as we needed.  So what he did is he provided some additional things.  One of the biggest things he said was "I am going to have some world class mentors that are going to be handpicked by me.  And they are going to go out, they are going to hold peoples hands and actually do the real estate with them, and then they are just going to watch and we are going to teach them how to do it."  When we started doing that, everything—in other words business went up, people were making money, we were starting to get successful stories and this is literarily at the end of '07.  So, we had a huge year last year and now we have a lot of people in this mentor program that are doing very well.  They are now fulltime.  And we will give you some testimonials and things as well. |
| | But he has setup a lot of things.  He has got some software, powerful tools you can use.  Now remember guys, the tools we give you are kind of like a doctor.  It is like having a scalpel but the scalpel is just a tool.  This is what is going to make you successful.  Does that make sense?  Please say yes. |
| Participants: | Yes. |

CONFIDENTIAL

Exhibit 26, Page 516

TU 97565

| James Harris: | So even though you got the tools, you do not know how to use them—like my brother in law, he is a neurosurgeon, he has got like video cameras and scalpels, he using it in somebody's brain, he is trying to find out what is up with them, what is hurting them.  He got to know what he is doing.  So, if he does not have the training and education and knowledge and if he did not watch surgeons do hundreds of surgeries first, he never knew or would have known what to do with the tools.  Does that making sense? |
|---|---|
| Participants: | Yes. |
| James Harris: | All right, so that is why he setup all these other things here.  So one of the things he setup is some retreats.  Let me cover this.  We have a quick turn real estate retreat and a lot of you are asking about this as well, okay.  This is where you learn how to do all the creative real estate, the little to no-money down real estate.  I am going to go over a couple of those strategies here this weekend, okay.  It does not take a lot of time.  These are not easy to do.  The easy part of real estate is to actually get the money, fix up the property and sell it.  That is not hard if you have access to the money.  You have somebody in your back pocket okay. |
| | This stuff here is called wholesaling, lease options, owner-seller financing, subject dues or getting the deed, like the quit-claim deed, okay.  There are a lot of joint ventures.  That is another no-money down strategy.  I am got a big proposal for you guys.  A joint venture is where somebody puts up the money and you do the work.  They help you and you spilt the profits 50/50.  That does not mean you have to put up any money.  So these are the things that I am going to go over with you. |
| | But at this quick-turn real estate profits retreat, we are going to show you how to buy and sell real estate without using your money, credit, license or getting a loan, to buy potentially millions of dollars worth of property or more without a down payment or a bank loan, make money on properties you do not even own.  So we are going to take title to the property with this stuff. |
| | My lease option strategy, tomorrow morning, that is why I am leaving for Sunday, it is going to blow your mind.  I am going to show you a system where you can go out and use OPM which is what? |
| Participants: | Other People's Money. |
| James Harris: | Not take a loan, not to have your credit check, their name and credit and is going to stay on the loan and all we are going to do is try and find a lease option, tenants to come in and buy the property.  And I am going to show you how to get some money upfront cash, some monthly income and then the |

CONFIDENTIAL

Exhibit 26, Page 517

TU 97566

backend money when they go to buy.  And we are just going to be the middleman in the whole deal.  That is creative, little or no-money down real estate.  I am also going to show you my builder buyout option where that big beautiful nice 7700 square-foot house I just showed, that was owned by a builder.

00:04:58

I ended up doing hardly any money down with that guy and what I am going to do is get monthly income off that for the next 12 months, but actually we already have a buyer in place, but I got the contract with the builder first, so I could buy it from him and get him out of his monthly mortgage payment. And if this whole thing goes through, it looks like it is, we are going to make about $150,000.00 on this guy in 60 days.  That is on a brand new, not even completed house, so I will go over that with you.  That is creative, would you all agree?

Participants:       Yes.

James Harris:     I will walkthrough that tomorrow and show you how that works, okay.  But at this three-day-retreat, this is where you learn all the quick-turn deals, low to no-money down, sometimes a $100.00 down up to a $1,000.00 down to get the deal working. Sometimes no-money and we will cover that.  We will also show you how to receive cash back at closing when you buy. Guys, when do you make money in real estate, on the buy or the sell?

Participants:       Buy.

James Harris:     On the buy.  Good.  Build a large monthly cash flow, so you have no job worries ever again.  Tomorrow morning, I am going to teach you a strategy with my lease option six-figure system and I am going to show you how to get up to $20,000.00 a month in residual passive income.  Because if we can get you to that, you are not going to have to really worry about going out working for anybody else, I do not think.  Is that true or false?

Participants:       True.

James Harris:     Yes, so make sure you are here early in the morning.  But this quick-turn real estate profits retreat.  This is coming up in the next couple of weeks.  I would get to it.  I would not walk.  I would run, okay.  And I will show you how to get to that a little bit.

The next three-day-retreat after this weekend is our creative financing retreat.  So, your real estate expert coach for these three days, hired by Mr. Trump, who will put you on the fast track to financing and funding your deals the Donald Trump way.  He is a master of getting money.  So, I showed you a

CONFIDENTIAL

Exhibit 26, Page 518
TU 97567

little warm up here this morning about the hard money, private money, but at the three-day-retreat, we are going to creatively show you how to get the money for residential, commercial, mapped out your financing strategy that meets your comfort level.

Tonight, when you go home, you got to figure out your comfort level.  What kind of property I am going to look at?  I am going to finish with those at lunch, okay.  I have already given you a couple.  What level I am I going to be comfortable borrowing money.  Am I going to be comfortable talking to people who lived in million-dollar homes?  Am I going to be comfortable talking to people who are living into $300,000.00-home?  You got to start making that decision tonight.  So, you got some homework tonight.

But at this creative financing retreat, we will show you how to get the residential and commercial loans, okay.  Arrange and setup hard money lenders, submit packages.  I showed you a pretty good way to get it started here.  You are just going to submit your loan, nice LTV, they need three things.  What are the three things?  Okay, let us try it again.  Number one, appraisal.  Number two, title.  Number three?—good.  I know.  I am hungry too.

Set up personal business financial statement, I told you to set that up when?

Participants:          Now.

James Harris:        Now, okay.  Most instructors would not do this with you.  They would say "Get to here.  I have already showed.  You got to start doing this now, okay".  Hey, I am on the work with you starting now, but at the creative financing retreat, we are going to show you all the creative ways to get the money.  Run the numbers in class, construct deals, you will submit offers right in class.  Because see, between now and this class, you should be busy.  You bring a deal to class.  We will workout it with you.  Everybody say Yahoo!

Participants:          Yahoo.

James Harris:        Absolutely.  Set you and your family up for lifelong financial real estate success, do joint ventures, partnership—I am going to show you how to joint venture with somebody in this room here this weekend.  I am going to make you proposal in couple of minutes, okay.  Joint ventures are awesome for people to get started because you do not have to take a lot of money out of your pocket.  In fact, sometimes you do not have to take any money out of your pocket.  The private person puts up the money.  You got to do the work to get the deal done.  That is all and they will help you, okay.

Exhibit 26, Page 519

CONFIDENTIAL

TU 97568

So, this one, I would run to, okay. And we actually have a whole plan for you and if you are interested and you qualify, you can get all of your education done in the next 90 days with Trump University and be into this business fulltime. See, Donald trump set this up, so could have fulltime investors, so he can create a legacy. He wants to create more millionaires than anybody else out there, and I will show you what that plan is.

So the creative financing retreat, guys that is where you find all the different creative ways to get the what?

Participants:        Money.

James Harris:        The money. The wealth preservation retreat, now this one—all of you have major questions on. That is why I am going to say get to this. The wealth management, asset protection retreat is run by J.J. Childers. Everybody say, "Hi J.J."

Participants:        Hi J.J.

00:09:56

James Harris:        J.J help write a book called "Wealth Building 101," him and his dad are the most successful asset protection and wealth management trainers in the country right now. That is why they hooked up with MR. Trump. And what they do is they spend three days with you, show you how to identify different types of legal entities to protect your wealth, reduce your tax bill—do you guys got all these tax questions. I know. I can not legally advice you on that. I am not an attorney. I am not a CPA. They are. So what they do is they bring in an attorney, a Ex-IRS person, he used to live for the IRS. And what they will do is you are going to be audited at that training. No, I am kidding guys. They are not going to audit you.

They are going to show you how to avoid being audited, all right. They will also going to have a CPA there and they will show you how to setup your retirement, your 401K, your IRA. You guys need to write this term down. If you have any retirement money, and a lot of you do. I went through you paperwork last night with Cory. You got 401K's IRA. It needs to be setup in the outside method. Please write that down, outside method. Then we can use your retirement money as leverage to qualify for the loans for real estate. That is how you get rich, in real estate.

So, we are also going to show you how to use your equity. Some of you in this room have a lot of equity, and we are going to put it in this thing called equity funding. We do not pull it out and use it as cash. It is used as what?

Participants:        Leverage.

CONFIDENTIAL

Exhibit 26, Page 520
TU 97569

James Harris:     Leverage, just like your mutual mangers and your hedge fund mangers do. All the people in this room and all the people in this country had 401K's and IRA's right. And the market started tanking about three or four months ago, now it is still going down. See, a lot of people still have not gone of cash. They still have and said, "You know what, I am going to lose more money in the markets. Let me just pull it out, maybe put into a different vehicle like real estate." I got a question for you guys. When your money started going down the toilet, right. You started losing all your retirement money. Did your mutual fund managers or the people running your 401K's and IRA's give you call say "Hey, I think you should you get out?"

Participants:     No, not at all.

James Harris:     No. They do not care. They are getting rich while you are losing money because they know how to invest it. They are making a 100% returns while you guys are in the negative now. Well, guess what. We have a way to get back at them. You set that up the right way and we can use it the same way they do. All they do is take all your money, put it in a fund where there is hundreds of millions of dollars and then they can go and buy huge, huge amounts of stock and move money. But they used your money do to it and they make huge returns while you suffer.

                  That is why I think 401K's, IRA's—listen, I am not attacking you. Listen, I want to give you a hug. I am telling you I never had them. I do not want them. I want higher returns on my money and I work hard for my money. Do you not?

Participants:     Yes.

James Harris:     So what J.J wants to show you how to do, is transform previously nondeductible expenses into fully and legally deductible expenses. Think about this, guys. What if you, since the beginning of your career, when you started working, at all the expenses you have had over the years with your job or your business, what if you could have re-deducted all that? Would you be in a better position?

Participants:     Yes.

James Harris:     This is what you want to start doing. So, when you setup your company the right way, we got a lot of tax benefits, a lot of tax appreciations. I write off everything. Everybody say "everything."

Participants:     Everything.

James Harris:     Everything—clothes, suites, my Taylor, go get some custom shirt, write it off—it is a business expense, okay. Vacations, I

CONFIDENTIAL

Exhibit 26, Page 521

TU 97570

will take my kids away.  We will go on a trip.  I will go make an offer on a piece of property, ridiculous offer that they do not accept.  I file it with my guys and say "Hey that was a business trip.  I went to go buy some real estate.  It did not workout," but the airline tickets, the hotels, the food, breakfast, lunch, dinner—everything.  Now, tickets to the Disney World—we are not going to be able make business expense that, but the thing is, guys you want to set it up the right way, so we can expense stuff, your car, your truck, your gas, your oil, everything, right?  Secure you assets against the tax and lawsuits.

I am going to ask you guys a serious question.  You got to be honest.  I know if you are lying.  Look at me.  How many people have a will?—20% of you.  Write this down as your homework.  Again ladies and gentlemen, you will need a will.  Next thing you are going to be—I do not care if you are 18 or 88.  What happens if you lose your stock?  Your kids are not going to get it.  If you get sued, you guys are all open to lawsuits right now.  I looked at your paperwork.  You guys got stuff in your own life.

00:15:04

Get it out.  I am not here to attack you.  I am here to help you.  Listen, get to this retreat.  It is a big deal.  They will show you how to set yourself up the right way, so you can pass your wealth onto your heirs and beneficiaries while protecting yourself.  This is a big deal guys.  This is everything.  Spend three days with J.J, the tax, the accountant, the IRS person, let them show you how to avoid paying taxes, how to save more money, how to expense everything, how to get everything out of your name, get the company setup the right way.

You know, setting up an LLC is just the start.  There are a lot of other things we can do, Nevada/Delaware Corps, Offshore Bahamas Corporations, these things exist, British Funds—things to hide your wealth.  I have nothing in my name.  I do not want anything in my name.  Do you know what I mean?  I mean on paper, I look like a loser.  That is exactly the way I want it.  Now, I got a lot of stuff.  I do, but go Google me, good luck, okay, I am serious.  So, you want to make sure you get here.  I would run to this one.  Run to it and it is actually—this one is coming up pretty soon too.

Okay, the next thing is the commercial multiunit retreat and this is where we show you how to do commercial real estate.  Now, let me give you a little scenario on how this works.  Commercial real estate, a lot easier than you think guys, watch.  For commercial real estate, watch how this works.  Let us say you own one of this little strip malls, do you guys know what I am talking about?  When you drive in, you got the 7-Eleven, you got the Barbri (ph), you got the Blockbuster, you got the Venice Pizza, Dry Cleaner, you got the Sherwin-Williams paint

CONFIDENTIAL

Exhibit 26, Page 522

TU 97571

|                  |                                                                                                                                                                                                                                                                                                             |
|------------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|                  | place, you got maybe a Big Box, right.  What is a Big Box?  What is a big grocery store that you go to get your groceries around here?                                                                                                                                                                        |
| Participants:    | Safeway.                                                                                                                                                                                                                                                                                                    |
| James Harris:    | Safeway?  Do you have Ralphs?                                                                                                                                                                                                                                                                                |
| Participants:    | Yes.                                                                                                                                                                                                                                                                                                        |
| James Harris:    | Okay, that is a Big Box right.  So, you guys are driving at a parking lot there.  Somebody owns that space, somebody owns that retail space okay.  So you guys are the lessee here, you are leasing out space for me.  I own the lot, maybe with my partner and you guys are going to pay me rent every month right.  So lease out these spaces. Do you know your money pays off my loan with the bank? |
| Participants:    | Yes.                                                                                                                                                                                                                                                                                                        |
| James Harris:    | It's not my money.  So, you are paying off my property.  Everybody go like this—that is called OPM which is what?                                                                                                                                                                                           |
| Participants:    | Other people's money.                                                                                                                                                                                                                                                                                       |
| James Harris:    | So, when they give you the loan for commercial real estate, they are basing it on that revenue the building is producing.  Makes sense, please say yes?                                                                                                                                                      |
| Participants:    | Yes.                                                                                                                                                                                                                                                                                                        |
| James Harris:    | With residential real estate, they are basing the loan on whom?  You, you have to make enough revenue to payoff the loan with that residential property.  So, with commercial real estate, when you learn how to do it, it is not that hard to get the loans when the income of the property is paying off the mortgage.  Everybody say Yahoo! |
| Participants:    | Yahoo!                                                                                                                                                                                                                                                                                                      |
| James Harris:    | You just got to learn how to piece them together.  So we have an instructor who is the best in the country, besides me.  And what they are going to do is they are going to show you how to navigate the maze of commercial and large property financing.  They will show you how to get the money for commercial real estate. |
|                  | See, everything coincides with that creative financing retreat, so you will learn all the ways to get the money, determine the right market evaluation of multifamily, office, retail, strip mall properties, commercial leases so that the tenants actually take the burden away from you, take full advantage of tax breaks, |

CONFIDENTIAL

Exhibit 26, Page 523

TU 97572

financial shelters. You have a lot of financial shelters with commercial real estate, okay.

And also, we will teach you how to do something like this, okay. A couple of years back, I found a piece of land 18.8 acres, actually not too far from where I live, and I do a lot of probate real estate. Have you guys ever heard of this? I will teach you how to find all those after lunch. So, we found this property, 18.8 acres. The family, the kids, the heirs, the beneficiaries had inherited this property, so they paid how much for it? And it was free and clear, okay.

Well, because I have my letter campaigns going out, they called us and said we are going to sell the property or whatever. Anyway, long story short. We found out the property was worth $3,660,000.00, okay. Now, around here—18.8 acres, that could be zoned commercially, triple that, okay, easily. This is down north of Atlanta.

All right, long story short. Because I have a—I made an All Cash Offer. I said I will give you a million bucks. Yes, just for fun, see if they would accept it, because sometimes that is all you got to do. It is just make a what?

Participants:       Offer.

James Harris:       That is it. You got to start the process. When they came and said, "We are not going to take your offer, but we are willing to come up with a number." I said, "Fine." I got in touch with one of my huge private money people up near Washington DC and I said "Allen, you got to take a look at this thing. They are going to come back with an offer and this is something you can develop."

00:19:57

See guys, I look for maturing areas where we can build and there is a lot of population and—see that is more advance stuff, doing a population report, comprehensive plan and demographic report. And a maturing markets, this is what I am looking at. I am looking at a developed land because this is where the big bucks are made.

Long story short, they came back with a number. I went back, they came back and it was about three weeks of haggling and they actually settled for $1,800,000.00. We could make it happen. So Allen flies in, I drive him around the area, I showed him how the area was developed, the population reports, we looked at a comprehensive plan, you get that from your county and he was very interested. He saw that new families were coming to the area and he decided to move forward and develop these things. It is going to be about a five

CONFIDENTIAL

Exhibit 26, Page 524
TU 97573

year plan okay. Put a strip mall, big bucks—Home Depot, Lowe's, whatever, and this is how it was going to be marketed.

Anyway, long story short. He ended up buying it, now me. But for finding out about it, we received what is called a finders fee. Now, I do not know about you, but a finder's fee for a little work, little haggling, maybe a couple of weeks or a month of work and really that is all it took. But, when he was finally done, it was about six weeks to get this thing done, nice finders fee of a $152,000.00. Is that pretty good?

Participants:        Yes.

James Harris:        It is not bad guys. Okay. And that is what we want to look for. So, when find these land, pieces of land and parcels of land, all you need to know is learn how to put it together and then we are going to show you how to prepare the vacant land for resale and partner up with a developer to prepare it, so you can sell it. So what a lot of people want—developers, they want the land prepared, so they can come in and develop it. Okay. So we will show you how to piece all that together.

Commercial stuff, multifamily, a lot of you already come up to me and said "James, I want to get into that. You know, the duplexes, the fourplexes, and the offices, okay?" Understand the laws and regulations to protect you and this is commercial estate. It is not as hard as you think guys. It takes a little longer. The paperwork is a little thicker. That is it, but that is where the big, big bucks are. All right, so that is a three day retreat.

The next thing is called our REIT. You guys should write this down. This is REIT, Real Estate Investor Training online program. And what this is, is a real estate investor training program which provides focus training that covers all aspects of business. So, what you have is some online courses that you can take.

The course number one is to find and purchase income-producing properties. Now, I am covering that with you as well, but this is just something you can do to get a refresher. You guys are not going to remember everything from this weekend. Would you all agree?

Participants:        Yes.

James Harris:        That is why I am having you take a lot of notes so you can remember. Question number two, understand real estate finance. Number three, negotiate profitable real estate deals. This is online. You can do it from the comfort of your home. Course four is entry and exit strategies for the savvy investor. Course five, significantly increase the value of any property. Course six, I am going to tell you how to raise the value. Profit

CONFIDENTIAL

Exhibit 26, Page 525
TU 97574

by managing real estate like an entrepreneur. When you are done with this, you actually get a certificate which is kind of cool. So, you took the online courses and got some more education there, okay. And you can take that at any time you want. That is our REIT training online.

The next thing is incorporating your business. So, we can setup your LLC. Now this is real simple. This is a service. You call Trump. They will go over names with you, pick the right name. They are going to incorporate your business. They are going to give you your LLC. All you guys now have to do is go out and do three things. What are the three things you need to be doing everyday in your real estate business?

Let us try that one again. Everybody say find deals.

| | |
|---|---|
| Participants: | Find deals. |
| James Harris: | Make offers. |
| Participants: | Make offers. |
| James Harris: | Close. |
| Participants: | Close. |
| James Harris: | Let us do that, done. You will get your book. It will have your corporate seal, your name. You will get a certificate. Go down the county courthouse, file it. You are in business. |

You will put it on the wall. You will brag everybody, right. "Yes, I went to Trump University. Look at that. I am in business. I own my own Real Estate Company," and let us do it. We will do it for you, get your tax ID and everything you need, okay. Any county in any state, it shows you how to setup many different types of entities as well.

Again, when you get into this and you start owning a lot of properties, you are going to want for asset protection, if you are holding on them for a little bit, you are going to want different entities for each one. That is how we have it setup. But in the beginning, just get an LLC. Let us help you out with that. We will take care of that. It will save you time. It will save you money. A lot of these companies out there that you would go on in the internet about, they will give you a fee to get you up to really what you need to spend and eventually it gets into thousands. So, let us help you out with that. We will setup your LLC.

00:25:06

All right, this is what everybody wants. This is what everybody is asking for, which is a what?

CONFIDENTIAL

Exhibit 26, Page 526

TU 97575

Participants:              Mentor.

James Harris:              Mentor.  So here is how this mentor program works.  So listen
                           up and take some notes on this because you guys are going to
                           have a lot of questions.   And here is the deal.   You got to
                           qualify for this program if you want.   Okay.  I got people saying
                           "James, what do we do?  Monday, can you help?  Who do we go
                           to?"  Well, here is the offer.  Here we go.

                           The mentor program works like this.   It is pretty simple in a
                           nutshell.   You have Trump certified mentor.   I have already
                           picked out two for this group.  I know them personally.   They
                           are good friends of mine.   They are west coast specialist
                           handpicked by Mr. Trump.   Now, I got two guys who are ready
                           to go.   They have their phones in their hand right now, okay.
                           And they are looking to book dates.  But let me show you how
                           this works.  I want to give you their names.

                           Number one—now the reason I am giving you these guys is
                           because they are the best.   Number one, we got a brand new
                           year.   Number two, they are available, so if you want a mentor,
                           you going to have them come out, next couple of weeks and
                           get this done.   Write down his name, Roger Leflore.  Let me
                           give this to you, Roger Leflore.  Okay.  Roger is awesome.  I
                           have known Roger for years, very good, very successful, Roger
                           Leflore.

                           The second gentleman, it is an older gentleman, great guy,
                           been around for 30 years, Johnny Horton.  Now the reason I
                           am giving two names here is this.  I have set these guys up
                           and said "Guys, I got a great group in San Francisco area.
                           They are already asking me about this, okay.  I have already
                           had people email me and say, "James, I want you to mentor
                           me," all right.  Well look, these guys are available.  They are
                           going to get booked up starting today, because you will see
                           when I am done with these people and start coming to us and
                           say, "Okay, how do I do this?"  So keep in mind, it is "first
                           come first serve," all right.  So Roger is first and then Johnny.
                           And I got pictures, I got bios, I got everything, okay.

                           Here is how this works.  The mentor shows up for three days.
                           Write that down.  You have homework prior to them coming.
                           You have to get your homework done.  "James, when do I get
                           the homework?"  Right now if you are ready to go.  You will
                           automatically go into a separate division of this training, okay.
                           I will separate you, "you are done, you are in."  You are staying
                           with the family.  So here is what this means, you have to do
                           your homework.  The homework is designed step by step by
                           step by step to get you up to speed.  So, when the mentor
                           arrives, you are buying real estate, okay.  So everybody say, "I
                           am buying real estate."

CONFIDENTIAL

Exhibit 26, Page 527
TU 97576

| | |
|---|---|
| Participants: | I am buying real estate. |
| James Harris: | We are going to buy if you do your homework.  That means you need to qualify for this program.  I need to make sure you are committed, okay.  Most of you will not.  I am going to be very upfront.  I have been doing this for a long time.  So, I got to make sure you are going to get your homework done.  Here is why.  He is sending a mentor unless you are going to buy something.  Are you with me?  Say yes. |
| Participants: | Yes. |
| James Harris: | And you are not going to sign up for this thing.  You have to be successful with this.  Say, I need to make sure you are going to be successful because he gets a list of all the mentors and he is waiting for you to get done.  He is waiting for you to get your first deal.  That mentor has to be surveyed.  You are going to rate them on a scale of one to five.  Did they do everything they were supposed to do in your mentor guide book which by the way I have your guide book.  I am ready to give it to you, when? |
| Participants: | Now. |
| James Harris: | And you will see everything they have to take you through.  They will research potential deals for you.  They will walk the properties, perform due diligence, run the numbers, properly submit the deal for financing.  Everybody say, "Hi James." |
| Participants: | Hi James. |
| James Harris: | And check the fact and conduct interviews and write multiple offers.  Cory's dad, Ted, Ted does mentorship but he is a little busy right now.  He has students go out and when they are with him, they usually write 20 offers a day.  Is that kind of cool? |
| Participants: | Yes. |
| James Harris: | Oh come on talk to me guys. |
| Participants: | Yes. |
| James Harris: | But you know what, it offers on the right deals.  That is what you need.  Listen to me, listen very closely.  I am not attacking you.  I am going to give you a hug.  You are not going to be able to do this on your own.  Okay, do not kid yourself, you might, I would not go with an assumption of might.  I would go with—let me get this done the right way.  And if we can hold your hand and show you how to do it right the first time and you make your challenge, which is how much on the first deal?  Are you going to do it for the rest of your life? |

CONFIDENTIAL

Exhibit 26, Page 528

TU 97577

| Participants: | Yes. |
|---|---|

00:30:00

| James Harris: | Done. So, there you go. I would get a mentor. So, here is how this works, watch because a lot of you are interested. You are going to ask this, okay. So, when the mentor shows up, I know—I know these guys very well. They are all set up for you. I will negotiate the deal for you. Is this okay? |
|---|---|

| Participants: | Yes. |
|---|---|

| James Harris: | I do not have to be there. But, you guys will see that—I got it right here, I got it right here. So, what will happen is this. You do your homework. You are going to set dates for the mentor. You are ready to go. They will go over dates with you. If you do not know the dates now, that is okay but they are ready to go. Write this down. You need two to three weeks to get your homework done to prepare properly. |
|---|---|
| | They are coming out next week. You are not ready. We got to set some things up, okay. You got to set up your office, your LLC, get all these stuff, find the properties, get some deals going, okay—I will help the mentor. I am with them. I am committed to Mr. Trump. I will help negotiate price and terms. Make sure it is the right deal. And sometimes it just takes a phone call to say, "No, we need to add this." Make sense? And usually that is all it is, or "I would not do that one. Let us wok on this one" or "I would buy these three as a bulk with the bank," because a lot of you want to do this with the bank ones, I know. No problem. I can do this on my sleep, so can they, okay. |
| | All right so, they show up for three days, you buy real estate, period. After that, you have a 90-day follow-up period to sell, close, and get your big fat check, okay. No guarantees. You got to do your homework. And I am very crystal clear about that, okay. And that is why you got to qualify. I mean, I got to look at you in the eye and I got to say, "Hey George, you got to do your homework." And if you go "Well, I..."—you are out. Because I know you are not ready. So, that is what Cory and Ryan, they are going to sit with you. They are going to do one on one. Hey, we do not come to you with this. We do not convince. Donald Trump does not need your money because—by the way this is expensive. Okay, so it is Donald Trump. I want to let you know that. And I hope you appreciate that, that this is expensive. |
| | However, let me give you something to think about, okay. Let us say the mentor comes. They show up three days. You buy some real estate okay. And we get that first one going okay. 90 days to follow-up, get it sold, get a lease-option buyer there. Hey, maybe we could buy a couple. Do one where we |

CONFIDENTIAL

Exhibit 26, Page 529

TU 97578

| | |
|---|---|
| | just buy, fix and flip. The other two, we just put in some lease-option buyers and what?—hold and get a couple of things going. Do you like the idea? |
| Participants: | Yes. |
| James Harris: | That is what I would do. And then here is what we are looking at. Okay. To have these mentors show up and do this, okay. What are we looking at? If you hit your challenge right here, this is the first challenge. Buy, let us get to financing, okay. And I have a proposal for you coming up. We make that happen, that challenge right there and I will help you. I am going to give you a team package. You are going to have access to me, Mr. Ryan Lotman, Cory and Tiffany. And Tiffany is really good to contact once in a while with some questions and concerns, plus she is a little bit better looking than us. |
| | The thing is this, when this happens, listen to me. I am not even smiling, look this is serious. That is a 100% return on your investment. You are done. Now, by the way, you are in the block for the rest of your real estate business career. You are making money for the rest of your life. Do you guys understand this? |
| Participants: | Yes. |
| James Harris: | It is not like, you are going to take 36 months to turn a profit. With your real estate business having us holding your hand, you are done. You are cooked like a nice fillet on the first deal. Everybody say okay. |
| Participants: | Okay. |
| James Harris: | All right. So, here is how this work. That is it. I would love to help you. I would love to help you, okay. So, let me go through this and then I will show you that Gold elite package Mr. Trump has set up for you. Then, we are going to break for lunch. Here is the success story. We got a guy here who came to us not too long ago, all right. He was in retirement. He is just looking to keep busy. And he had a mentor show up, learned how to do it the right way. He got a $23,000.00 for the assignment fee. Here is the picture of his first check. By the way guys, I cannot show you anything or tell you anything that is not true and does not work. I am being recorded all day, all three days here. I am his top nationwide instructor. I cannot be as anybody, okay. All right so, he put a contract down for $255,000.00 and he sold it for $280,000.00 and he had a thousand dollar investment. That is not too bad of first deal. Now, hold on is 23 grand going to make you rich? |
| Participants: | No. |
| James Harris: | No, but on the first deal is that going to give you confidence? |

CONFIDENTIAL

Exhibit 26, Page 530

TU 97579

| | |
|---|---|
| Participants: | Yes. |
| James Harris: | That is our whole point.  Get the first one done the right way.  That is all I am asking you to do, okay. |
| 00:34:58 | |

We cash the check for $200,000.00 today plus the buyer paid all of our carrying cost.  Your mentoring turned a train wreck into a profit.  Do you see this right here, train wreck?  Let me talk about that for a second.  Some of you, before you showed up here yesterday morning, you have had some train wrecks of your life.  And the only reason, listen to me and do not take this the wrong way, I am your mentor right now.  The only reason that happened is because you did not have who to go to.

Well, somebody.  This guy is telling me, I feel it [Laughing].  Well, yes that is the only reason, so we do not want any train wreck.  Listen, if the deal is going to work, we are going to help you.  If it is not, we are going to say what?

| | |
|---|---|
| Participants: | Walk away. |
| James Harris: | Walk away.  Do not even think about it.  You see, because on your own you guys would look at that deal and you will go, "Well, yes but what if I just—honey let us just try it.  This is—I got to get something done."  No way—we are not going to pay what?—retail, and we are not going to get married to the what? |
| Participants: | Deal. |
| James Harris: | And we are not going to get what?  And when you have somebody to go to, watch this.  Here is what we do.  Stop, move on.  You are not doing this one or we will go like this, "Do the deal."  You get out and do these three steps, when you are done come back to me tonight.  Let us get the next tray.  So, we can get this thing done when?  Now.  And we give you a little push.  That is what you guys need, okay. |

All right so, we do not want a train wrecks.  Your wisdom kept me taking more steps and more steps and more steps.  And that was a wild life but now I fear nothing.  Do you see this word here?  This is huge guys look, fear.  How many of you right now could be completely honest that are a little scared?  I know.  The only reason you are a little scared is again you are thinking, "I am on my own."  Get a mentor.  We take the fear out of it.  We can do this backwards.  Okay.  Get the fear out of it.

Right now you guys got a little wall right now and you are going, "Boy, oh!  This is wow!  This is pretty big."  It is.  But

CONFIDENTIAL

Exhibit 26, Page 531

TU 97580

what happens is this wall starts disappearing, when you have this. "Hey James, I got a couple of question, can you help me through this thing?" No problem, what do we got? All right, "Hey Roger, Johnny, hey, do you remember those three offers we made? Guess what, they all came back. What do I do?" Do the deal. "Oh! What do we do next?" Okay let me guide you through it. Got it? That takes the fear away, okay. All right so, we do not want any fear. A house when you have somebody to go to that is the whole point.

Okay, after attending the wholesale retreat on September 22, 2006, I did the three-day field training in November 2007. I used the techniques that you taught step by step exactly the way you presented to put together my first deal, utilizing owner-financing, to sell a property. Now, not only did I sell a piece of land for $15,000.00 of a profit but by using owner-financing now making almost 10% interests. So, this is what we want to with you.

Let me tell you a quick story here about a special person that I did this with a couple of years back. And he is a guy. And he came to me through a referral. So guys, a lot of you never heard of me before. I have been doing this stuff since 1998, teaching, training, mentoring, coaching. And I got a referral one day and he said, "Hey James, can you give me a favor. I got a friend of mine who—he got three kids, his wife left him and he is out of job. He is making $26,000.00 a year as a customer service guy. And listen, I got in the real estate with you about two years ago. And now he is seeing I am becoming very successful. He wants to do this thing and I told him he got to talk to Mr. Harris and there is an investment—but, he will get you there. So, I am recommending this kid to you."

And I was really busy at that time. My business was at another level and I said, "Okay fine. I will do this favor." So, I ended up talking to this gentleman and I actually went out and met with him. This is down in Atlanta, Georgia where I live and we were there for a cup of coffee. And I said, "Okay, you got to tell me. What are you doing or let me give you some things to answer. I gave him some questions and this is what we do with you. "What are your goals? And what do you want to do and where is your family?" So, it is all about family. "What are we going to do to get your family ahead?" And then I asked him if he is committed and I showed him some things he was going to do. And I said, "Are you committed to getting this thing done now?" And he said, "Yes, I actually just committed to taking 30 days off for my work so I could get this done. I mean, I see my friends doing very well and I want you—I want you to help me do this." I said, "Okay, are you committed?" He said, "Yes." I said, "Are you committed to taking your three children in doing whatever it takes to improve the financial life for them?" because I said, "It is not about you," he goes, "That is not the only reason I want to do this."

CONFIDENTIAL

Exhibit 26, Page 532

TU 97581

00:40:03

I said, "Okay, fine.  Here is your homework, okay."  There was an investment involved.  Okay, it was all laid out for a month, he is in.  I said, "Okay, let us go to work."  So anyway, we spend some time together.  I showed him some system, so we look and we did the business okay.  And I actually spend a little extra time with him, but anyway, the reason I have this picture up here is because he calls me up one day and he is like, "Hey James, I got a question for you.  Listen, I am in a position right now where I would like to get my first brand new car.  And I know you always talk about having nice things and not getting a loan and paying it in cash."  You know, I do.  If you are going to buy stuff like that, listen, do not get a loan.  It does not make sense.

Let us put it under the company who spends it, but unless you have the money, I mean, that is a depreciating asset, right?  Okay, so he goes, "Well, I would like to buy my first new car for my kids and I want to get one of the ones like you have."  I said, "Wow!"  I said, "So, why are you calling me?"  "Because I want you to help me pick it out, I need a little help."  Now, much of you here might think that is not a big deal.  I was taken back.  Did this kid calling me to still help him pick something out that he really wants?  And I took that it is like, "Wow!"  I was extremely just overwhelmed with little emotion.  I am like, "Wow!  No problem, absolutely!" and the thing was it was not for him.  It was for his kids.  He wanted them to have a nice new car.  But he wanted something that his mentor has, something that he earned the right for.  He gave me some self-esteem so I said, "No problem, I am going to call my dealership, Atlanta Cars.  We are going down there for a day.  And I will take care of it the whole day.  Let us just have some fun."  And I was just blown away.

So, we went and we got there first thing in the morning, right before anybody else and we were kind of waiting.  Boy, they did take care of us because I know the guys down there and we went and we drove every kind of car.  You name it.  Test-drove them, had some fun, almost wrecked one.  We got a little crazy.  We went to the back of the dealership, you know, the higher-end dealerships, they got like golfing.  We have some golf balls.  We went inside and we had a spa.  We did not have a lot of time for that but they kind of rub our shoulders a little bit.  And then we tried like, they fed us and then we drove a couple of cars.  And then we drove around with a golf car, almost tipped it over—we had a blast.  Spent the whole day there, we went down in the mechanic section.  We met a couple of guys there.

Anyway, long story short.  By the end of the day, they are about to kick us all because we are like creating havoc.  And I

CONFIDENTIAL

Exhibit 26, Page 533
TU 97582

am over talking to one of the owners and my announcement comes over the last, "Mr. Harris, can you please come to the front." And he goes, "I think I have picked on my car." I said, "Okay, is this within limit?" See, I teach people, you got a 10%, 10% of your available cash. That is all you should be spending on, on a depreciating asset, right? 27% or less, your monthly mortgage payment should be what you make anyway. That is what I teach as well. So, I said, "Is this within your limit, 10% of what you have?" He said, "Yes." I said, "Okay. What do you want to do?" And he goes, "Well, I just want you to do a favor." He come and sit inside a bit with me and sit in the back, "I just want to make sure this is right for my daughters." I said, "Absolutely."

He is on the back and we are sitting there. And, I kind of look at him and I go, "So, what do you want to do?" And he goes, "Well, I just want to make sure that I have your approval. What do you think?" I said, "It is up to you, if this is the one." "Yes, I think so." I said then, "Why not you just go for it? I think you deserve it. In fact, have you earned the right?" He said, "I think I have." I said, "You have. You are doing very fine. You are doing very well." So, I shook his hand, we got out—and what am I doing?—I am still there for him.

So, my point of the story is this. I can take a young kid like that who knew nothing. And I am still holding his hand even with that, right. We were not making money. He was having fun. He was buying something for his family, okay. I showed up. So, my point is this, with this mentor program, I am looking to build lifelong relationships. That is why I am out here. You have access to us. It is not just a three-day and then a 90-day thing—we are looking to build relationships for the rest of our lives. I will be there. I do not necessarily go to fly in the town every time you need me but what I am saying is we will be there for you. That is the commitment we gave Mr. Trump. Once you come into this program, ladies and gentlemen, you are in the family. When I talk about staying with the family, this is what I am talking about. Let us help you, do it the right way and we will still be there for you. Is that kind of neat?

| | |
|---|---|
| Participants: | Yes. |
| James Harris: | We will be there for you, okay. So, here is how this works. Mr. Trump put together a Gold elite package. And this covers everything so here we go. |

00:45:03

You would get a three-day in person live Trump mentor. I have him here right now. I got Roger. He is ready to go. I got his picture. I got his bio. I got a nice picture with him and his wife

CONFIDENTIAL

Exhibit 26, Page 534

TU 97583

in front of his house.  And you can meet him.  You can talk to him on the phone.  He is ready to go, okay.  You can book dates with him right now.

Wealth Preservation Retreat, the quick term real estate retreat to creative-financing, the commercial retreat, all the retreats are included.  Now, all of these retreats are coming up in the next 90 days or less out here in California.  They are all over the country in New York, Vegas, California and you can go, but they are coming up very, very soon.  So, what that means is this, follow me.  And then we are going to break for lunch.  You have the mentor show up.  I am going to help negotiate any deals with them.  Are you with me?  Please say yes.

| Participants: | Yes. |
|---|---|

James Harris:   You will get all your retreats.  Have us do your LLC.  Let us do that.  Forget about it.  Go find deals, make offers and close.  You are going to have your REIT, Real Estate Investor's Training online.  So, you have some courses online that you can take in the mean time to keep the speed and learn.

And then you are going to also get with this, six phone-coaching sessions.  Now, here is how I would use those.  So, write this down.  I would use three of them between now and when the mentor shows up.  Then after the mentor shows up, you have three more to help you guide you through any questions or concerns.  You still have contact with your mentor.  He is going to help you.  I am still going to help you.  Ryan is still going to help you.  Cory is still going to help you.  Tiffany is still available.  I am giving a team package, okay.  When you are done with all of this, you are caught like a nice fillet.  You are done.  Your education with us as far as we are concerned, you are finished. There is nothing else.  Is this crystal clear?

| Participants: | Yes. |
|---|---|

James Harris:   This is it, to get you into this thing full time, that is what I am talking about, okay.  All right so, that is how that works.  So, if you are interested in this, come and talk to us.  We will not come to you.  I am offering it right now.  So, between now and tomorrow night, Sunday night, this is what we are going to be doing.  Ryan and Cory are going to start doing one-on-ones with all of you starting after lunch because that is what you were promised, okay.  And if you are ready to go, you talk to us.  "We are ready, I am ready."

As far as the financing and funding, here is my proposal.  Let me take a look at it.  Okay, you go find your deals.  Let me take a look at it.  No guarantees.  What I am saying is this.  It is going to get look at.  I will submit it out.  I work for the top 44 private money groups, a lot of them around here nationwide.  Guys, it will get look at.  But I need to say this

CONFIDENTIAL

Exhibit 26, Page 535

TU 97584

again, there are no guarantees. You need to do your homework and you need to submit the right way, okay. And I am showing you how to piece that together.

If you register for this, you automatically go into a separate category. I start setting you up to get this thing done when? Monday morning, you are set up to go out and get your first deal done, okay. You will have my email, cell phone, Ryan's, Cory's, and Tiffany's. We will help you, okay. And we were excellent on what we do, okay.

So, here is what I am going to say. I would do something different here this weekend than you have ever done before in your life. I would go in the opposite direction of what most people are doing in this country right now. I really would. They do not know where to go to make more money for their families. Then, I got to go to Wall Street, either are you, where are you going to go? I would put it all in the real estate.

What really knots this thing up is here, by the end of 2010, this whole foreclosure bank on boom thing. It is going to be a thing of the past, this is when you buy. This is when you get into it, okay. And I want you to pick a vacation spa that you are going to take your family to, this year, after you get that first deal done. See the first deal, you get a big fat chunky check and go anywhere you want. I also want you to start thinking about where you are going to take your family. Take them to three places okay. I also want you to think about some other places that you are going to take them. Go to the beach. Go somewhere nice. I would start picking them out.

Also, do some crazy to have fun. Go and get embarrassed once in a while, you know what I mean. I have a lot of fun with these guys. And then I want you pick you out your dream home. Here it is. I am a living proof. You can have any home you want. I am not laughing. There it is. I am a living proof. Go pick it put your dream home, start breaking it out, okay. Also, go pick out a nice car you want okay. I have earned the right to drive any car I want. I can drive any car I want. It is not a bragging thing. I want you to go pick out your dream car, you deserve it, okay. Stop watching other people drive these nice things. You go get one, okay. But I want your license plates to say what?

Participants:            Paid.

James Harris:        Paid for. Not cash, paid for okay. But this is what I want you to do, right here. Do it for your family okay. When I was nine, my dad left and I had nothing. And I had to raise my mom and my brother and my sister.

00:50:07

CONFIDENTIAL

Exhibit 26, Page 536

TU 97585

|                   |                                                                                                                                                                                                                                                                                                                                                                                                                                                   |
|-------------------|---|
|                   | And I told my mentor, "If you can show me how to get this done, I can have a family of my own one day." And this is why I do real estate guys. To make sure these two little guys are set up, okay. They are already millionaires on paper. They do not even know that every year we add properties to their names and trusts and things. I do not need much anymore. This is why I do this.                                                        |
|                   | So, I am going to say, billionaires do not care what the odds are. We do not do what is conventional or expected. We follow our vision no matter how crazy or idiotic other people think it is and you know what, we go against the grain and we succeed. We make it work. Now, you might not become a billionaire but would it be okay if you become a millionaire?                                                                                |
| Participants:     | Yes.                                                                                                                                                                                                                                                                                                                                                                                                                                              |
| James Harris:     | Yes, okay good. Questions? How much?—I know, I know yes. I do not give the price out. Do you how we do that? You come to Cory and Tiff and Ryan because I am just going to continue with the training all weekend. They will sit down with you. It is not a five-minute conversation. It takes a little while. We show you exactly how it works the right way. And then we will show you what the investment is, okay. Now, listen to me. Can you write this thing off? Yes, it goes under you LL what? |
| Participants:     | C.                                                                                                                                                                                                                                                                                                                                                                                                                                                |
| James Harris:     | Worst case scenario you do everything, which by the way it is not going to happen, but if you are lazy and you go out and do this mentor program, the gold package and you do not make any money, just write the whole thing off, by the way that is not going to happen because you need to qualify for this. I need to make sure you are committed.                                                                                              |
|                   | So, Ryan and Corry will come to me and say, "James, we will talk to them for two seconds." They will start the process. All I got to do is look at you in the eye, I am going to shake your hand, and I am going to make sure that you are committed. If you are not, you are out. I am not being mean. I cannot, because I cannot have anybody come into this thing and not do it. Does everybody understand this? Please say yes.                 |
| Participants:     | Yes.                                                                                                                                                                                                                                                                                                                                                                                                                                              |
| James Harris:     | So, they will sit down with you. You go talk to them. They will make a list. They will start sitting with you. And I already—I got the feeling. We are going to be busy. So as far as the mentors, they are handpicked, they are going to start getting booked up. So, if you want them to come out here then get this thing done now. I am talking on the next couple of weeks. I would sit with them. It is first come, first serve. That is how I do it, okay. |

CONFIDENTIAL

Exhibit 26, Page 537

TU 97586

|                  |                                                                                                                                                                    |
|------------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|                  | Any other questions?  Let us break for lunch.  If you have questions I will be in the back.  I will talk to you.  Okay, 02:15 good, watch okay.  Are you guys having fun? |
| Participants:    | Yes.                                                                                                                                                               |
| James Harris:    | Did you learn something?                                                                                                                                            |
| Participants:    | Yes.                                                                                                                                                               |
| James Harris:    | Good.  Lunch, at 03:15 we start.  So, be back here at 03:15 at the latest, if you heard and you please say yes.                                                      |
| Participants:    | Yes.                                                                                                                                                               |
| James Harris:    | Perfect.                                                                                                                                                            |

00:52:47 End

CONFIDENTIAL

Exhibit 26, Page 538

TU 97587

# EXHIBIT 27

Date: 3-20-09 thru 3-22-09
Event: Fast Track to Foreclosure Training
Event code: RTRFTF20090320A <BR/> Location: St Louis, MO
Instructor: Steve Goff
Staff: Mike Hinson, Chris Lombardo and Susan Morrison

Final Sales Synopsis
Attended Training: 30
Sold: 3<BR /> Revenue Collected: $62,500
% of Revenue Collected: 83%
Conversion: 10% <BR/> Revenue per attendee: $2,083.33
Payments to collect: $12,500
Pendings to collect: $0

Exhibit 27, Page 540

CONFIDENTIAL

TU 97655

**FTF ST. LOUIS 20090320a-GOFF-DAY 2-CLOSE**

Steve Goff:            —we can go to lunch and then we can teach and educate the best that we can.  Would that be okay?

So, take out a separate sheet of paper and let us take some notes here. I am going to spend sometime on here.  I want to make sure that I am clear to you guys on what is going to take place.  And, I actually took some notes here to make sure I will cover everything.  What happened here is Donald had the Apprentice Program and after about the second season of the Apprentice Program, he started thinking about ways on how he can have other people be apprentice.  Instead of just having one person, we wanted to be able to go out and help other people be part of this Apprentice Program.  So, what happened in May of 2005 is Trump University was started wherein the Trump building on Wall Street 32nd floor, it was started by Donald Trump and Michael Saxton.  You guys know who Michael Saxton is, right?  He is the President.

Well, it started as an online education business.  You had to go online, take the courses, take this, take that, they had to fly to New York, do the retreats there and that type of thing.  We did not have these live events. And what happened was we found out we were not very successful at that.  We did not have something live, something to show you.  He offers the contract, how to get the money, the system, the repairs, as a turnkey business for people who quit their job.  So, this is brand new.  You guys are right on the ground floor here.  We started doing these live events when I started with the company back in July of '07.  I worked on Wall Street all of 2007.  They hired me to come in, be a real estate coach, help develop this program with all my experience and that type of thing. So, what happened in July of '07, we started doing these live events.  We started doing the free seminars that you guys came to.  We started doing about one of those a month.  We started to get really extremely successful with it and now, we are up to about nine of them a month.

So, this is ground floor.  This is a brand new University.  It is not going anywhere.  It is backed by a multibillionaire.  He wants to leave a legacy. He wants to pass this down to his kids like his Dad Fred did to him.  He is looking to build a legacy.  Why would you ever consider learning from somebody else?  Trump is the best.  When you think about real estate, what do you think about?  Trump, okay.  All these other seminar guru's— I am not going to talk negative about them, I know all of them—but most of them made their money how?  The seminar business, they did not make their money in real estate.  From my perspective, the only who has made their money in real estate is Donald Trump, all right.  He did not make money on the seminar business.

So like I said, in July of '07, we started doing these live events coming out doing the free seminars, looking for people that were interested in making money, people that want to take action and we have been very, very successful with these things.  Now, I am here to tell you this, okay. I am not here to attack you.  I am here to hug you but you got to qualify for this program.  It is not about the money.  It is about your commitment.  What we do not want is someone who put the money out

CONFIDENTIAL

Exhibit 27, Page 541
TU 97656

and sit on the couch and watch TV and not do anything.  Because if you make an investment in your education and you do not do anything, you do not make any money, who are you going to be mad at?  Me or Donald, right?  Hello?

Male 1:              (Inaudible)

Steve Goff:          Oh, just me, okay.  That is okay, all right.  So, we are looking for a high quality people who want to change their life.  Do you think I can help you?  Yes, tremendously.  I want you to look at this.  We are going to set something up here, a power team.  I am going to come help you.  Chris is going to come help you.  He is on my power team.  But I am also going to be your mentor but I am going to need Chris's help also to come mentor you guys, okay.  So, you got to qualify for the program and we are going to explain how that is when we start doing the one-on-one.  What I am going to tell you right now, I am going to go to the program.  I want to give you the price.  Those of you that are interested and ready to take action, if you want me and Chris to be your mentor, I want to take you to lunch.  Let us go to lunch.  I want to spend a little bit more time discussing the program with you.  That type of thing but I want the people that are just qualified that are ready to make the commitment right now.  So, I am going to take you guys for lunch today.

00:05:09

Now, I am going to go to this program real quick and show you what is all involved here.  Every successful investor must have the right support.  You need tools.  You got powerful online investors training program that can show you that you target the best deals and make well profit investment decisions.  We have other executive retreats made complex of subject easy to master in three days of interactive or most of the action packed learning.  And, we have wall class coaches that consider results by passing on their experience, successes, and failures.  I am here today to get on with Trump.  It is a long process.  So, the people that teach retreats, the people who give the seminars like I am giving here, the mentors like Chris Lombardo, they are all handpicked.  Let me tell you what I have to do to get on with this company.  I had four phone interviews with Michael Saxton and David Highbloom who used to be the CEO of this company.  They flew me to New York City.  It was a three-day interview—three days, 9:00 to 5:00 all day long.  I had to give on my financials.  I had to show him how many deals I have done because they are looking for the best of the best.

So, I am just letting you know right now that the people that teach the seminars, the mentors, the ones that do this executive retreats, they are the best of the best.  They are not somebody who is doing this part time that works at McDonald's.  These people are the best of the best.  And whether you like Donald or do not like Donald, at least you do have everything, the best of the best—everything the best of the best.  Now, I am going to go to the Trump Elite Gold Program with you.  This is going to be three days in person coaching.  That is me right there in New Jersey with a student and he tells me kind of what happened there.  I do not—you can ask Susan, ask the people at the back, the company does

CONFIDENTIAL

Exhibit 27, Page 542

TU 97657

not allow me to do mentorship's because they want me doing what? They want to do seminars. But I am freeing some time up for you guys. And like I said, you guys probably think I would say this every seminar. No, I do not. I am going out on my way and the only reason I can do that is what?

Participants:      (Inaudible)

Steve Goff:       3My son lives here. I spend all my time here when I am off. So, I am also building up the relationships here since I am going to be here. I am also looking probably to getting a place here. I already got a place in Nashville, a high rise and probably get something here so I can stay right there. Let me tell you what happened with the student right here. His name is Gill Remo. I went out with him there in New Jersey which is a tough market. We went out and looked at—in three days, we looked at 26 houses, made 18 offers. We did not make offers in the other ones because we are just in bad areas and we are just not interested. I do not think the owner is motivated. We made 18 offers. We got two of them. Pretty good is it not? Hello? Two of them. One of the properties that we got is listed for $360,000.00. We offered $150,000.00 and they took it. And the reason they took it is because we found out that the property was listed for six months. It was owned by a couple of brothers, priceless trust and they inherited the property. So, did they have any money title for the property? It was all free money for them.

The other one that we did was a lease option we are just lease optioning here and lease optioning out there. And we got that one property, fixed it up, and sold it and he made a lot of money just on that one deal. Our goal when we come mentor you, it is not going to be classroom stuff like they are doing here. We are going to be on the street making offers because the only way we are going to make money is what? Making offers. So, when me and Chris mentor you, it is not like we are going to be talking about real estate, we are going to be out in the field. We are going to be out looking at houses making offers. So, what we are going to do, we are going to research potential deals in your area, walk through the properties so this is kind of what happens.

Tomorrow night, those of you that want me to be your mentor or your partner, I am going to give you some pre-arrival homework. There are some things I need you doing before I start training you and Chris starts training you. That pre-arrival homework is mainly going to be targeted to gather enough as many lease as possible. We got a couple of realtors in here. I am going to work with you guys. And I need you to just pull up some properties that meet our criteria. And this is what is going to happen. The first day that we are going to come in, you do not have to change the sheets on the bed, all right. You do not have to have a car. These mentors, we have got our own vehicles. Donald pays for our hotel. So, you do not have to worry about that. We are going to come in. Day number one, what we are going to do is we have a realtor in the power team. And what we are going to do all day long is go look at vacant, ugly, abandoned houses. This is what is going to happen. We are going to get house number one, I am going to walk you to the property and show you everything that needs a repair. You need to find

CONFIDENTIAL

Exhibit 27, Page 543
TU 97658

everything wrong with the property, right?  Everything wrong with the property.  So, we are going to go in, look at the property and we are going to make an offer right then.  Not go home, just make an offer right there and then we will go to the next property and do the exact the same thing.  Look at it, make an offer.

00:10:33

In the evening time, what we are going to do is we are going to line up some for rent properties and some for sale by owners, maybe some vacant property and we are going to go look at those properties and I want you to be able to see me and Chris negotiate with the seller right there in their living room.  We are going to go in.  We are going to make offers, all cash, owner finance, lease options, straight option.  That way, you can see us in person, how we make the offer, how we present the offer, everything right there.  Also, we are going to help you—this is going to be done every single day for three days—we are also going to help you set up your power team.  I am going to want to visit the courthouse, a title company, that type of thing because the courthouse has a gold mine information in it.  You go down their and build a relationship with one person down there, they can give you everything, divorces, addictions, everybody right there.  We are going to set this up as a turnkey business for you.  So, that is what is going to happen in those three days.

Now, those three days that is just the beginning because we all know we got enough education that you are going to sell a property in three days are you?  No, we are going to probably have two or three under contract.  That is our goal.  So, there is going to be sometime there to sell the property.  So that three days is just the beginning.  And I am here to tell you, once you qualify for this program, you are going to hold different category.  You are part of the Trump family.  I would tell you this, this program is for a year but I am looking to build relationships for the rest of my life.  And I am here to tell you this, as long as you do your job which is what?  Make offers, okay.  I am here to say this right now.  I am being recorded right now.  I will work with you until you get your investment back.  And you have my commitment right now that I will work with you as long as you are doing what?  Making offers.  Not sitting and watching TV, all right.  And we are going to run all the numbers on the properties—check the deals, check the facts, conduct interviews, we are going to do everything for you.  You are basically hiring us to do a job for you.  That is what we are going to do.

We are going to work in as a whole team.  We are going to go out and look at properties.  That is what we are going to do.  Write a bunch of offers.  Because the only way you can make money is by making offers.  Our goal when we come in is try to make at least 25 offers in three days.  Out of those 25 offers, you should get a minimum of one deal, if possible two deals.  That is our goal.  And we are going to help you—because folks, the step one is finding the deals which we are going to help you do.  Step two is going to be contacting the owner of the bank which we are going to help you do.  Step three is going to inspect the property which we are going to help you to do.  Number four, making the offer which we

CONFIDENTIAL

Exhibit 27, Page 544

TU 97659

are going to help you to do.  Number five is assignment of contract which we are going to help you to do.  Number six, we are going to file the affidavit at the courthouse and show you how to do that.  Number seven, we are going to show you how to find the buyers.  Number eight, we are going to do the contract for the buyers.  Number nine, if you need our help at closing, we are going to show you how to do that.  And number ten, pick up the big fat check, we do not get a penny.  You do that part.  We will help you steps one to nine but step ten is yours.  I cannot take the profit.  It is a conflict of interest.  If I help you make $500,000.00 in a year, I cannot take one penny.  Everybody understand this?  I cannot take anything.

So, basically I can be your mentor, your partner and so could Chris.  Chris is going is going to help me out here.  We cannot take a penny, absolutely nothing.  If you want to donate some money to churches, whatever, we cannot take a penny.  That is what we are going to do.  Now also involved in this Apprentice Program we have other executive retreats.  Like I said, this is just the beginning of your education.  It is not the end because most of you in here are beginners.  And some of you in here have some experience, right?  You are still continuing your education.  The most successful students I have are the people that keep continuing their education, right?  I cannot learn everything.  I cannot teach you what I know like almost 300 deals I have done in three days.  It is impossible.  But you are going to learn—if you guys like what we talked about yesterday, the wholesale, lease option, owner finance, this quick turn retreat, that is all we do there.  Probably a wholesale, lease option and owner finance.  That is all we do.

00:15:06

And in this, you are actually going to get my book. I wrote it.  All these materials are mine.  This is the quick turn real estate profit book right here.  I documented it.  How to flip over 200 houses out of money credit and it is actually a workbook, it is not a PowerPoint that we got there.  It is just like that, everything.  Here is how to find them, everything in here step by step.  And it actually got in here which is pretty cool.  I just did wholesaling step by step.  What I did is I took all my information.  I brought them to my brother because my brother is very detail-oriented and we brought this down the third grade level so everybody can understand.  So, the wholesale house, number one, drive three to four, load them in a class neighborhoods every week, write down all the addresses and phone numbers, house that are vacant, for sale by owner, for rent.  And steps 16 is pick-up your check.  Everything in here step by step and this is wholesaling, lease option, and owner finance.  Everything is in this book.  This retreat is taught by believe it or not my brother.  It is taught by him.  He is not right in my (Inaudible).  Like I told you, he flipped 46 houses in the first two years.  He started at it.  I got him.  I did get his foot in the door with this company as a sales coordinator.  He has been promoted three times.  I can tell you this right now, he is overall the mentors.

We have about 20 professional mentors at work for Trump.  Everybody has got to fly to Nashville and he has to train them there.  So, he is over

CONFIDENTIAL

Exhibit 27, Page 545

TU 97660

all, he is over Chris, he is over all the mentors.  So, he knows what he is doing.  And going to that retreat is like having me, I mean he is brother.  So we are going to do wholesale, lease option, owner finance, properties for quick profits, buy and sell real estate without using any money or credit.  Buy potential millions of dollars with the property or more of that, a down payment or bank loan.  Make moneys in properties you do not even own.  Receive cash back at closing when you buy them, we have not gotten into that yet.  Build the large monthly cash flow.  Now also, we have right this retreat down, we also have a creative real estate financing retreat.  This is going to teach you how Donald Trump and his team have raised millions and millions of dollars.  So, I can kind of touch on a little bit here raising private money in this afternoon.  I want to give you.  It is a hard money lender.  I am going to talk a little bit more about private money.  But in this retreat, that is all they talk about, the financial statements, loan request packages, the financing techniques, the hard money connections.  Remember yesterday, we kind of talked about 1031 exchanges?  Do you guys remember that?  Like the monopoly game, buy the little single bread and butter houses and trade them in for hotels, apartment complex or commercial property.  We are going to do a 1031 exchange so we can default of the taxes.

Note techniques, it is going to teach you how to buy and sell notes because there are millions of owner finance notes out there that you can go ahead and get a discount on and sell the note to somebody else.  That is a whole separate business right there.  Now, we also have this commercial and multi unit retreat.  How many of you guys in here eventually want to do commercial real estate?  I want eventually all of you guys to do commercial real estate.  That is where the big bucks are.  That is where the big fat checks are in commercial.  And commercial real estate is a little bit different.  With single family homes, they are really qualifying you but with commercial property, they are really qualifying what?

Male 2:          The property.

Steve Goff:     The property, very good.  They want to make sure it is thrown off enough cash because of the mortgage.  So, it is the single family home business that is really qualifying you but with the commercial real estate, they are qualifying the building.  Does that make sense?  Okay.  So, we are going to navigate the maze of commercial large property finance, find hidden finance opportunities, determine the right market valuation.  Write commercial leases so the tenants take the management burden away from you.  Understand the laws and regulations so that you can protect your investments and much more.

We also have our asset protection retreat that is taught by one of Donald Trump's attorney.  Have you ever heard of JJ Childers?  Yes.  If you heard him, he is one of the best in the world.  And it is a father and son team.  You are going to learn how to identify different types of legal entities to protect your wealth.  We could kind of touch on that a little bit.  We will touch on it a little bit tomorrow but like I said, I cannot give you legal advice because of what?  I am not an attorney.  Reduce your overall tax bill, transfer on previously non-deductible expenses in the foreign

CONFIDENTIAL

Exhibit 27, Page 546
TU 97661

legal deductible expenses.  Everybody else says the rich people are not on paying taxes, they do not pay taxes.  Have you heard of this before?  It is not that they do not pay taxes.  It is just that they know the loopholes with the system and that is what he is going to teach you because I want you to go back from the time that you started working 18, 19 years old to how old you are now?  You realize how many things that you could have ridden off that you did not.  Hello?  These things you did not know.  There are so many deductions that you can take once you have a business.

00:20:15

Secure your assets against—from fraudulous lawsuits.  Folks, we are in time at age right now everybody is suing everybody is it not?  Hello?  You do not want to build up all these wealth.  Put your blood, sweat and tears into this company—in this business building those assets and get wiped out like that.  It is pretty frustrating is it not?  I know a lot of people—I am telling you—a lot of people that have built up a lot of wealth and either house burns down or they hit somebody, driving the car and kill him.  Some things happen.  Wiped out just like that.  Pass your wealth on to your heirs and beneficiaries while protecting them against potential threats.  Do you guys know that rich people put everything in trust?  And when they die, there is no inheritance tax, there is no debt tax, and they can start to probate the wealth.  Do you guys know that?  Yes.

Also what we have is incorporate in your business.  Let Trump do it.  We will set your company up for you in any of the 50 states.  Our legal team will talk to you if it is a benefit that you do in an LLC in Delaware, Nevada, or here in your own state.  They are going to give you the different benefits.  So our legal team is going to work with you to complete this process in any of the 50 states.  They are going to complete all the documentation and compile things in LLC and we will probably get this thing up going in a couple of weeks.  What is going to happen is you are going to pick a couple of company names, our legal team is going to start working with you.  They are going to make sure those names are not taken.  They are going to get in the Secretary of State and make sure those names are not taken.  They are going to process the paperwork.  In two or three weeks, we will bind the right LLC binder.  You are going to get your certificate from the Secretary of State.  I am going to want you to take that.  You are going to go down to your bank and you are going to open up what?  Business account, okay.  You are going to open a business account up.  I also want you to frame that thing saying that you are in your business and put it on your wall.  You are in business now, are you not?  You are associated with the multibillionaire, is it not that exciting?  Yes.  Okay.

Also, we will be incorporating your business, you can protect your personal assets, protect many business expenses such as tuition for educational programs.  You guys know whatever it cost for you to get here each day, can you write the gas off?  You write 50% of the food off?  Yes, write it all up.  Enjoy certain tax advantages and establish credibility, reduce the risk of personal identity.  Remember I told you guys, somebody cannot take something away from you that you do not

CONFIDENTIAL

Exhibit 27, Page 547
TU 97662

own. Everybody cannot take my vehicle away from me. I do not own it. I do not own my BlackBerry phone. I do not own any real—I own nothing. Absolutely nothing, so they cannot take that away from me because I do not own it. Does that make sense? You got to separate yourself.

This is cool. We just added this program here. So real estate investors training online program, basically what it does is we setup a virtual world. It is called "Empire City" where you go buy and sell real estate right online with no risk to you. This gives you practice. You just go on there. You buy and sell real state. It really talks about commercial property, capital rates, cash on cash return, that type of thing. How much money you have put up and how quick you are going to get it back. So this focuses a lot on commercial property. There are four interactive online courses that teach you every step of investing process, how to find and purchase income producing properties, real estate finance, the best ways to negotiate profitable real estate deals and your entry and exit strategy. Folks, every deal that you are going into, you got to know how to get into it and how to what? Get out of it. You need to know how to get in and get out. This is kind of the program right here. Do you guys know Gary Eldred is? He wrote about 30 best selling books on real estate. We put this program together.

So, the Trump Gold Elite Package—just write all of this down. I want to make sure you know exactly what you are getting. I am here to tell you this. This is the next best thing of being the apprentice on the TV, right? Of this program. The three day in person field coaching, it does not stop there. That is just the beginning because you are not going to sell the property in three days. We have the quick term real estate's profit retreat. Now, let me tell you this. These retreats are on Friday, Saturday and Sunday just like this one, and let me tell you, they are in different cities. We have it in Las Vegas, Orlando—the reason we picked those two cities is because they look as a destination retreat. You can go for three days and learn this and spend a couple of extra days with the family, you are having fun stuff and write the whole thing off. We also have it New York City and Los Angeles.

00:25:43

And, I am here to tell you this. The travel, the hotels and stuff, we are not paying for them. So what a lot of students, for some of you that are going to invest in this program, you need to start making money, when? Now, you cannot be flying all over the country spending money on all these retreats. We need to make money right now. So, a lot of students, what they do is they have the mentor come out. It would be good if you would go on one of these retreats but you cannot have the mentor come out and make some money and then once you have some time, you got a bunch of money then go to the retreats. The creative financing retreat, the wealth preservation retreat held by Donald's attorney, I am one of the JJ. The commercial multiunit retreat and I do not know about you, but like we have talked about yesterday, if you got a commercial property that is throwing $16,000.00, $18,000.00 off every single month whether you are there or not and the value is going up and

CONFIDENTIAL

Exhibit 27, Page 548
TU 97663

all your tenants are paying the debt down and you are getting rich on paper and you got $16,000.00, $17,000.00, $18,000.00 coming in when you get out of bed. Is that pretty cool? Yes.

Our Trump team is going to set up your company for you. Just let us do. We are the best. And our real estate investor online training program, you just go online to buy and sell real estate with no risk for you. I will leave that for a second. Yes?

| | |
|---|---|
| Participant: | (Inaudible) |
| Steve Goff: | No, it is just practice. Now, we will teach you how to make money online but this particular program is just practice, yes. You guys know you can buy and sell real estate on eBay nowadays, right? |
| Participant: | (Inaudible) |
| Steve Goff: | Eldred? E-l-d-r-e-d, Eldred, he has written about 25 to 30 best selling books on real estate. E-l-d-r-e-d, Eldred, Gary Eldred. |
| Participant: | (Inaudible) |
| Steve Goff: | Yes, yes. Remember, Donald only hires the best of the best so all these people are the best. Okay, did everybody get that? And folks, it is not how much money that you are going to make, it is how much money that you are not going to make or possibly lose if you do not have a mentor. Did everybody understand that? |
| Participants: | (Inaudible) |
| Steve Goff: | Yes. Okay. |

Now, what we are going to do, like I said, I got a few more minutes here but those of you, I am going to give you the price and all that with the education. And I want you to use whose money?

| | |
|---|---|
| Male 3: | The bank. |
| Steve Goff: | The banks, like we talked about yesterday. All of the banks have taken all of our deposits in, giving us a little 2% and they take our money and then they loan it out to other people and make money off of our money. So, what I want you guys to start doing is taking the banks money and let us make money off of their money. Does that make sense? Yes. |

Now, the biggest problem—I am here to tell you. I am not here to attack you. I am here to hug you. I know this business. We have interviewed all of the students after they leave the training. My brother is overall the mentor so he has got all the feedback. The biggest problem that you are going to run into, Monday is two things. Number one, not knowing what deal to do first, there are so many deals out there and have the confidence to do this. Those are the two biggest challenges you are going to have. Number one, not having the confidence and number two,

Exhibit 27, Page 549

CONFIDENTIAL

TU 97664

not knowing what deal to do out there.  There are so many deals out there.

00:30:11

| Participants: | (Inaudible) |
|---|---|
| Steve Goff: | Yes.  Yes, yes.  I will take some questions here in a second.  And you guys understand the only reason I am working for a multibillionaire is why? |
| Participants: | (Inaudible) |
| Steve Goff: | I had a mentor.  I had a mentor.  I had a mentor. |
| Participant: | (Inaudible) |
| Steve Goff: | For the Trump?  I was there on the video all myself giving seminar, yes, yes.  And they did not know who I was.  I had a little Bryan (Inaudible) [Laughs].  But the only reason I was successful is I had a mentor.  I went to a seminar.  I went to a three day training like this and they offered a mentor, I said, "Yes, whatever, I do not need a mentor.  I can do it on my own."  But you know what, I struggled and I am a very competitive person.  I mean, when I set my mind to something, I usually can accomplish what I want and I struggled.  So I know if I struggled, the average person is going to struggle.  I am not saying it cannot be done but it is definitely going to help you if you got a mentor.  Because folks, I want you to be perfectly honest with me right now.  How many of you guys are a little bit scared to go out and do this thing?  Let us be honest.  One or two of you, come on.  Folks, let me look at you straight in the eye.  The only reason you have fear is because you think you have to do this on your own.  You do not have to do this on your own.  I am here to help you.  Let me help you.

Now, I know that you guys have been with me for a day and a half and hopefully you have seen my passion and where my heart is at helping people.  That is where it is at.  I take a lot of satisfaction if you guys have been successful and I know for some of you, it is going to be a commitment and if you are going to make that commitment, you are putting a lot of trust in me, you are putting a lot of trust in yourself and Donald Trump—and I take this very seriously and hopefully you guys came to the free seminar, you have gotten everything that I have promised you so far, have you not?  Hello?  And we got a lot more to go.  You guys believed in me in the free seminar, I am just asking you to believe in this here.  That is all I am asking you to do.

All right, now folks, let me ask you a question.  If we can help you get do the first two or three deals, will you do this for the rest of your life? |
| Participants: | Yes. |
| Steve Goff: | Yes.  Why would you not?  And eventually, I want you to do what?  Teach other people.  Help other people out with this.  Now, let me just kind of |

CONFIDENTIAL

Exhibit 27, Page 550

TU 97665

|              |                                                                                                                                                                                                                                                                                                                                                                                             |
|--------------|-----|
|              | justify the investment here.  I want you guys to really think about something.  Let us look at this.  To go to a college—a good college, four year degree, what is it going to cost? |
| Male 5:      | (Inaudible) |
| Steve Goff:  | Per year? |
| Male 5:      | Yes. |
| Steve Goff:  | So, at least $100,000.00 for four years.  Do you guys agree with that to go to a good university?  Hello?  This university here after you graduate—I do not know exact statistics, I think the government says something like 74% of all college graduates do not even get a job in the field that they studied.  Do you guys agree with that? |
| Male 5:      | (Inaudible) |
| Steve Goff:  | And, what is the average income for someone who just graduated college to get a job? |
| Male 5:      | Less than 40. |
| Steve Goff:  | About 40 is it not? |
| Male 5:      | About $40,000.00 |
| Steve Goff:  | Could you make that a month in real estate?  You better believe you can.  $40,000.00 and after taxes, what do you get? |
| Male 5:      | (Inaudible) |
| Steve Goff:  | Somebody knows.  About $27,000.00 which is about what?  $2000.00 a month, so you go to college for four years, you spend $100,000.00 for college education.  You go get a job if you can get one right now.  After taxes you make— |
| Participant: | (Inaudible) |
| Steve Goff:  | Yes, we got to pay the student loan back, right?  You are going to get a check for $2000.00 a month and if you live in a big city, you got to drive, what?  An hour to work, hour home, (Inaudible) for eight hours, right?  Okay.  You could go that route or what you could do, could you start a franchise?  McDonald's Subway, Starbucks that type of thing?  What does that going to cost you? |
| 00:35:12     | |
| Male 6:      | (Inaudible) |
| Steve Goff:  | Yes, it is more like million.  If you can what?  Get it.  You got to qualify.  Like I said, you got to qualify for it.  And now, if you got a Subway, Starbucks, something likes that, do you not have to get a retail price and |

CONFIDENTIAL

Exhibit 27, Page 551

TU 97666

pay a lease on that?  You got to manage employees.  You got to hire and fire people, right?  You got to pay a fee each month, right?  So, truly it is not your company is it?  Nope, people are telling you what to do.  So the only thing you really did here is created what?  A job.  Like what we said, a JOB.  Or what you could do if you do not want to do that, you could start a retail price could you not?  Like basket weaving or whatever, right?  If you wanted to start your own company, you have to get what?  A retail price, inventory, employees, advertise, all kinds of stuff, right?  You got all kinds of liability, customers, big time insurance.  Yes, I could go on and on here on what you need.

So what is the alternative her?  From my perspective—I have been doing this 13 years—the best home based business out there from perspective is real estate.  I think we can all agree 76% of all millionaires made their money in real estate.  It is the only thing that I know off that can throw of all that cash so you could take off the depreciation.  So folks, it is a good thing about this real estate thing here, right?  Your write offs—can you write off all the mortgage interest, depreciation, repairs?  So basically, the money that you got coming in is pretty much going to wash after the depreciation and writing all this stuff off.  Everybody needs a place to live.  They are not making anymore land are they?

| | |
|---|---|
| Male 7: | No. |
| Steve Goff: | No.  So from my perspective, the best home based business is real estate.  I do not know any other business unless you are the next .com billionaire or Google or eBay or whatever.  And what are the chances of being one of those people? |
| Male 8: | Still unknown. |
| Steve Goff: | Still unknown, exactly right.  What are your chances to win a lottery? |
| Participant: | (Inaudible) |
| [Laughs] | |
| Steve Goff: | A lot of people are buying those lottery tickets.  Folks, you got a bigger chance to get struck by lighting do you not than winning a lottery ticket?  Also, what I am asking you is do not leave it up to chance.  The best way to predict the future is what? |
| Michael: | Create it. |
| Steve Goff: | Crate it.  Michael, very good.  To create it on your own, okay.  That is the best way.  And you got the best of the best helping you, all right.  Now, these prices that I am giving you are for two people, not one person, two people.  Remember this is Trump, all right.  I am not going to give you the price.  You will figure out the price. |
| Male 9: | (Inaudible) |
| Steve Goff: | What? |

CONFIDENTIAL

Exhibit 27, Page 552
TU 97667

| | |
|---|---|
| Male 9: | We got to (Inaudible) |
| Steve Goff: | Okay. |

[Laughs]

Folks, I want you to think it from this perspective. Business people and smart people, they do not look at the cost in doing business. What do they look at?

| | |
|---|---|
| Male 10: | Return on investment. |
| Steve Goff: | Return on the money. If you got signed up for this program, are you going to go out and do something? Here is your goal, like I already told. I know you are going to do this part time Michelle. But those of you who are doing this part time, the goal is $100,000.00 net in your first year. That is the goal, in cash, in equity, right? Maybe you have flipped two or three houses and make $75,000.00 cash and you hold on to one property as $25,000.00 equity. Those of you who is doing this fulltime, what is your goal? |
| Female 2: | (Inaudible) |
| Steve Goff: | Quarter of a million dollars, in cash, in equity. Can you guys do that? |
| Participants: | Yes. |
| Steve Goff: | You better believe you can. So here is what is going to happen. Those of you who is going to do this and go after it, you will make a ten time return on your investment. No guarantees. That is $25,000.00 for this program and the goal is to make $250,000.00 in your first year, right? So that would be a ten time return on your money. That is where the program starts. We also have $35,000.00. We just have two mentoring programs. That is it. Now, look at this. Watch this. Let us say you put this on a bank loan, credit card, whatever for $25,000.00 and you have to pay 10% on it. What is that a year. |

00:40:55

| | |
|---|---|
| Male 2: | $25,000.00. |
| Steve Goff: | $25,000.00, how much is that a month? |
| Male 2: | (Inaudible) |
| Steve Goff: | $200.00 a month. That is it, right? |

Now, what I told you guys, I am going to be speaking around late tomorrow. I will be here all week. I already told you that. There are two ways I am going to help you fund that deal. Anybody remember it from yesterday? Number one, to get you up and going on the lease option, owner finance where you have got $300,000.00, $400,000.00

CONFIDENTIAL

Exhibit 27, Page 553

TU 97668

positive cash flow coming in each month, that will pay that each month, right?  Hello?  And that does not include the down payment you are getting because if am getting a no money down here and I can get grand down here from the buyer and there is a $300,000.00 spread there, not only am I going to make $300,000.00 a month to pay that credit card but I got the seven grand upfront down payment.

And what was the second way?  Get someone to pay you $3000.00 to $5000.00 to help you with this company, there are "Wanna Be's" out there, remember the consulting fees I have told you about?  I am going to give you the ads that work and you run an ad with Trump in there saying that you are looking to expand your company, your phone is going to ring off the hook.  So, those of you who—remember, you got to qualify.  It is just not about the money because if you are going to put the money up and not do anything, Donald is not interested in you.  We are inviting you.  So, number one.  Here is the goal, there are no guarantees but this is the goal.  I have been successful with this and I should be a lot more successful here since I will be spending more time with you guys.

Goal number one is tomorrow night, those of you that have been doing this program.  I am going to spend my time with you tomorrow night to get you up to speed.  I am getting this first deal done in 60 days.  That is the goal, 60 days.  Now, it could be quicker than that, but my first deal from the day I picked up the phone, to pick up my check in 62 days and with seven grand way back in 1995.  So the goal is to get the first deal done.  Now, that first deal is either going to be a wholesale deal because you want money do you not or do you guys want real estate right now?

| Participants: | Money. |
|---|---|

| Steve Goff: | Money.  So the goal is to do a flip.  I do not want the very first deal to be a retail deal.  I wanted it to be just a quick flip.  So you can take that money and payoff what?  Credit card.  Also, we are going to do the lease option and the owner finance to get that positive cash flow coming in to pay that debt.  I want you to look at this for a second.  You make the investment with whose money?  The banks money.  You make the investment with the banks money.  In 30 days, you are going to start making payments, right?  Hello? |

| Participants: | Yes. |

| Steve Goff: | So if you did $25,000.00 at 10% you are going to have, what?  200 bucks there basically in interest that first month.  The goal is to get the first deal done in 60 days so you can have someone else start paying for your mentorship with me and Chris and be part of this program or those of you that do not mind working with people because some of you in here say "You know what Steve, I want to do this on my own.  I do not want to with anybody," some of you do not mind working with people, I am going to give you the ads that work.  Then maybe you can $3000.00, $5000.00 for a consulting fee from somebody that wants to help you expand you company.  Now, they are not going to be part of your |

CONFIDENTIAL

Exhibit 27, Page 554

TU 97669

company. They are not getting a percentage. We are just going to give them a higher referral fee of $2000.00. Does that make sense?

00:45:00

Participants:     Yes.

Steve Goff:      Okay. All right, so that is the goal. The difference of $25,000.00—let me say the $35,000.00 and everything I just went over there, that is the $35,000.00 program right there. The $25,000.00 program is us coming up and still mentoring you for three days. It is just not included in the retreats. So if you wanted to do something like—you can do this if you want to, if you say "You know what Steve, I have no time to go to this retreats, I need to make money right now." Okay, if you are coming out from that perspective, you could the 25 here. And if you say "Steve, I want your company to setup our company," you could do this right here which is $995.00. You could do that or you could say I want this and I want this, but basically, the $25,000.00, this three day in person field coaching, it is the same thing I promised you. I want to be your mentor, your partner and so is Chris. I am going to work with you for a year. You are going to get my email. You are going to get my phone number. You can just call me anytime to help you out. I am going to spend some time with you here. We already talked about looking at properties and then the $35,000.00 includes all these, all these retreats.

Now, what you can do. I cannot discount the price. It is already discounted because this program right here is $48,000.00 just to let you know. If you bought this, the mentorship is $25,000.00. Each of the retreats are $5000.00 a piece. The online education program, go look on our website, it is $3000.00 just for this online program and the LLC formation is $995.00. So if you total all this up, it would $48,000.00. We cut it to $34,995.00. If you say "Steve"—all you guys in here know you need a mentor, just make the investment, forget about it, let us do it. If you go to $25,000.00 and you decide to upgrade, you can do that. You will just pay the extra $10,000.00 to upgrade. So if you wanted to go with the $25,000.00, have me and Chris help you, train you, go for three or four houses, put $200,000.00, $300,000.00 in the bank, whatever. Then you say "You know what Steve, I want to continue my education. I like that commercial retreat. I really want to make money from the commercial," or you might say "I want to go hangout with Donald Trump's attorney so I can—" because I am telling you right now, we got your goal sheets in here. Some of you guys are not setup the right way at all and you guys have everything in your name. You got to get it out of your name folks. You got to get it out of your name. All right, questions. Yes Vern.

Vern:            (Inaudible)

Steve Goff:      Yes, I mean if you have something that was going to be closing and you need some help, I mean if I am in town of course I could do it. Or I am just right there by the phone, you can give me a call and I can step you through the whole process. But those steps one through nine, we are holding your hand the whole way. We are holding your hands—step ten

CONFIDENTIAL

Exhibit 27, Page 555

TU 97670

of course is going to be all you, right?  The check.  If I am available or if you got two or three closings in one day, that would be great, come up and do those two or three closings.

What I do Vern and usually is I will have the title company fax over the HUD settlement statement to me so I can look at it and make sure that it is okay.  Because you guys know—I mean, if you gave me something on the closing clause here or there, you do not have enough education to miss it.  I will be able to look at that HUD settlement statement and say "Vern, wait a minute here.  They are charging you double title insurance here.  There is an extra $2000.00 that did not need to be there.  They are charging for two deeds or whatever that is."  So usually with the students, I have them fax me or email me the HUD settlement statement so I can review it to make sure that it is okay.  We are here to hold your hand.  Any other questions?  No.  What time do we got?

Male 4:              (Inaudible)

Steve Goff:          Like 12?

Male 4:              (Inaudible)

Steve Goff:          Okay, those of you that want to see if you qualify for this, you want to sit down and talk, you want a little bit more information on the program, I will be taking you guys for lunch.  For those of you that are not going to do the program do not come for a free lunch.

[Laughs]

So we are going to take a lunch from 12:00 to 1:30.  So we need to be back here by 1:30 and then we are going to start doing the one-on-one.  So like I said, those of you that are interested in meeting with me, find more about the program, I am going to sit down and go to lunch with you.  And, any other questions?  No.  We are good.  See you guys back here at 1:30 and those of you that want to go to lunch, if you could just let Susan know back there so we can put you on the list.  Have you guys got everything else back there?  No, we are good.  All right, you guys have a good lunch.

[Lunch Break 00:50:21 – 01:00:30]

01:00:30

## FTF ST. LOUIS 20090320a-GOFF-DAY 2-CLOSE 2

**NOTE:  POOR AUDIO QUALITY, too much background noise and the recorder is far from the Steve Goff/participants making some parts inaudible.**

Steve Goff:          So, everybody here.  I am just going to discuss you the mentorship program.  (Inaudible) stayed in the program.  We still have to go through (Inaudible) review, kind of the expectations.  Now, I want everybody to come in front here, let us get this thing going on.

Exhibit 27, Page 556

CONFIDENTIAL

TU 97671

Okay, there again I just wanted to (Inaudible) with lunch today and (Inaudible) is pretty good. I just want continue—we will talk about of what we talked about in lunch again, just to make sure you are committed, committed to your success. There again, what is going to happen, those of you who did sign for this program, we are going to sit down, me and Chris, and we are going to put a game plan together for you, a step by step game plan, okay.

Also we need to get with you guys to see what the best date for you, next week, I will be in town on Friday or Saturday, what we are going to do, (Inaudible) someone who has got a van or something like that. We will just do that and this is what is going to happen.

Let us say, the two of you can make it Friday and two of you can make it Saturday. I am just going to go over the boarder. So, we are going to drive the van to see neighborhoods, okay. And all the For Sale By Owners, I am going to call them right there.

So, number one, let us say—okay, Martin you number one. Then we are going to take you number two. So, we will just going to do this because I can probably do a deal that day or at least put it under contract. I mean, I am persistent, okay.

So, let us say yours is first, I am going to call the For Sale By Owner and I was hoping to do some type of terms. We all going to go over there and look at the property and this deal, it got to be your deal and (Inaudible) for everybody else then we will just do it with the next person, we go to number two.

So, I want you to see how I talk to them on the phone. You saw a little bit over here—probably I would spend about an hour and a half but not to those people who are not motivated, okay. So, that is what we are going to do. I am going to get up and going because I noticed some of you (Inaudible), right now.

Also, you are going to get (Inaudible) homework for me and Chris (Inaudible). We got some homework for you guys to do. And I want you to set some dates with Chris if you know what you are looking for. If you do not like me, you do not like Chris, you can have other mentors. You do not have to pick us. The way I would look at it though—if you are making this as investment, you can pick whoever you want to. That is the way I would have it, okay. You are going to—like I said, for the Trump family, I have already made a commitment to you that I am going to work with you as long as you are after your—what?

| Participants: | Making offers. |
|---|---|
| Steve Goff: | Making offers, okay. You have that commitment from me that I will work with you as long as you making offer until you get your money back, because our main goal is for you to get your investment back soon as possible. Once you get your investment back, then you can all sleep again at night, right? |

CONFIDENTIAL

Exhibit 27, Page 557

TU 97672

I told you this is a year program.  It does not mean after a year, if we have got a big relationship with each other and there is a win-win situation, then I am going to work with you longer than that, okay.  I am here, I am actually your partner and mentor.  Chris is going to be a mentor.  We cannot take any profit off your deals.  If you make two or three hundred thousand, it is all yours.

Now, once you looked at this, you got the expert (Inaudible) you have got the experts here teaching you every thing we know, helping you step by step, steps one through nine (Inaudible).  We have to check.

Now, we do not get paying off (Inaudible) just because of that three days, right?  Now, you got the best thing here (Inaudible).  Like I said, we are coming in here.  We are using the Trump main.  We are going coming here and we are going to takeover the town.  I am ready to—like I said, I will probably give a place here, look into communities and make some money and give some money to churches, charities and sometimes in the (Inaudible) and then you got some projects, doing some things that each of (Inaudible) going to do with the money and I mean you guys have some ideas (Inaudible).  Elmer?

00:05:00

| | |
|---|---|
| Elmer: | I know, you are going to talk about the power team. |
| Steve Goff: | Yes. |
| Elmer: | (Inaudible) to speak clearly what you use (Inaudible).  So we can talk about the power team (Inaudible). |
| Steve Goff: | Okay, the power team, of course many of you guys do not really have it.  You need to have a realtor, you call for realtors, the title company, you have to find a title company, go down and build relationship, the attorneys, real estate attorneys, the (Inaudible) on these deals right there, we need to put a—somebody who know retail houses, we do have to find a construction person that can do the construction, you know, and somebody at the courthouse— |
| Elmer: | So that will be the power team that all of us (Inaudible) it would be (Inaudible) portfolio to use. |
| Steve Goff: | (Inaudible) I think you can do that.  And the main thing here is, I need to know if you guys are interested in this program.  When you go home (Inaudible)—I just wanted you to be here first thing in the morning if you are committed, because like I told you, what is going to happen, all these other people in here, everybody wants to sign up, it is just that they do not have the money, okay.  So, we are going to use them as (Inaudible) or we can also use them as somebody's (Inaudible) who want to give that three to five thousand consulting fee to be part of your team.  It is a first come, first serve basis.  So those of you—that you know you want to do this, just be here first thing in the morning because you (Inaudible) and say, "Okay, Kevin, here we go, you are number one."  I am going to |

CONFIDENTIAL

Exhibit 27, Page 558

TU 97673

talk to all of these people and see if the people are interested, then maybe flipping three to five thousand (Inaudible).

But I think, look, each of you are going to own your own company here, right?   You have your own company, your own company, your own company—you guys can have probably—

[Laughs]

[Voice Overlap] I like you too.

[Crosstalk, Laughs]

Steve Goff:          Now really, you know, each of you have your own company so we want to find people who (Inaudible).  Are there some people in here that—who would be willing to put three or five thousand (Inaudible).  In that way, you got (Inaudible) of using the credit cards (Inaudible) you get the money from the credit cards, okay.  And then also the (Inaudible) or the people who do not have money that who really want to do this, I would like to sign certain (Inaudible) to the company owners.  The company owner, company owner, company owner, company owner, in that way these people can be out there finding properties for you.  It is time to pull up this (Inaudible)

Male 1:              Pull-up.

Steve Goff:          Yes.  Let us takeover this town.  You guys got the biggest name in the world that you are looking for, right?  One of the biggest name, not me, I am Steve Goff, but Trump, right?  But he hired me for a reason, did he not?

Female 1:            [Voice Overlap] three days or you get three days (Inaudible)?

[Voice Overlap, Laughs]

Female 1:            The reason why I appreciate this thing going.

Steve Goff:          And I would be honored.  But, you know, (Inaudible) but it is up to you guys, you know what you want.

Well, let me tell you what is going to happen though.  What is happening is, those of you who (Inaudible) not do this.  Let me tell you what has happened in the past, I am just being upfront here.  People, I get everybody excited and they are ready to sign up but then they say, (Inaudible).  What is going to happen, I just want you to know, one day we will be (Inaudible) in Salt Lake City and New York (Inaudible).

What I have had are students who go out there, so I do not need a mentor or whatever.  And Monday or Tuesday, they go out and they are going to say, "This is pretty tough" and then they get a phone call from New York or Salt Lake City saying "Hey, you want this mentor?"

CONFIDENTIAL

Exhibit 27, Page 559
TU 97674

And they said, "Yeah, we really need a mentor." And then they signed up and then they can not realize (Inaudible). I cannot control what happens here on Sunday night. I mean, when I leave here on Sunday night, we will leave this room, I cannot control what happens?

00:10:05

The one thing I can control (Inaudible) right now. If you decide to wait for Wednesday or Thursday, number one you are not going to get me. You are not getting Chris. He is going on the road with me. You are not getting the extra day that I told you about. You are not getting anything that I promised you because I cannot control any of that. Does that make sense?

We have students get (Inaudible) in the past (Inaudible) Wednesday, Thursday and they say, "Well, Steve promise this, it means he is going to do this and (Inaudible)." (Inaudible) make the decision. I want you guys to be aware of that, those of you that are (Inaudible) and stuff, you have to make a decision whether you are going to do it or completely not do it this weekend. Do I make sense?

(Inaudible) to this you so if you could trust me, Chris and Trump University to get the decision for you. Hopefully, I have shared enough information and (Inaudible). The only thing I promised so far, we have another day tomorrow, I am just asking you guys to believe in us (Inaudible). This is huge folks. And I just want you to look at the opportunity. I do not want you to look at the costs of doing the business. I just want you to look at the return on investment.

And, let me ask you this, if you put a $25,000.00 or $35,000.00 and very minimum, can you go out there and put the $25,000.00 (Inaudible) can you go out and make $50,000.00 in one year? Hello? I mean at the very minimum, that is 200% return of your money right there. It is something, you know, of course I want you to make a $250,000.00 and I believe that is not (Inaudible).

Male 2:              (Inaudible) anything that is covered?

Steve Goff:        There is no competition, (Inaudible) St Louis. So, four or five are going to sign up. I mean, you are doing what the Trump students (Inaudible). The reason we are here—do you guys know the reason why where here, right?

Male 3:              (Inaudible)

[Laughs]

Steve Goff:        I told them I need a time off. I said, "Get off me the road. I need break." (Inaudible) It is just me and James Harris. So, "Get me off. I need to go and see my son in St. Louis, okay. Let me see my son." (Inaudible)

Male 3:              (Inaudible) he is the driver.

CONFIDENTIAL

Exhibit 27, Page 560
TU 97675

[Laughs]

| | |
|---|---|
| Steve Goff: | Well, the same thing happens when I was living in New York City, I was working at the Trump building and I moved to Nashville.  Nashville is smaller than St. Louis, right?  Well, I said, "I need some time off.  Give me some time off.  I just need a few days off." So, you know what they did?  (Inaudible) |
| | What I am trying to make here is I—and I cannot predict the future.  I think this is a huge opportunity here.  I do not see us coming back to St. Louis.  I do not know, I mean we really just (Inaudible)—it is LA, New York, Chicago, Miami— |
| Male 4: | (Inaudible) probably that, you mean we get to go (Inaudible). |
| Steve Goff: | I would go there about six times a year and I am tired of that.  We go there probably every two to three months.  We go to Washington DC [Voice Overlap] |
| Male 5: | (Inaudible) to St. Louis time to time? |
| Steve Goff: | It is just not a big city.  I mean it is a big city.  Biggest, it was like two—two and a half million, you know (Inaudible).  If we do not come here all the time, then people are not going to be trained by Trump instructors here.  So that gives you guys an opportunity right there (Inaudible).  Go home, pray about it, those of you who are ready to decide right now, I guess you are right now, then welcome to the Trump family. |
| Male 6: | I think it would be neat if we kind of expose to kind of (Inaudible). |
| Steve Goff: | Yes. It is going to be— |
| Female 2: | Yes, no problem. |
| Steve Goff: | We will pass all that forms right here for you. |

[Crosstalk, Laughs]

00:15:32

**FTF ST. LOUIS 20090320a-GOFF-DAY 2-CLOSE ADDITIONAL**

**NOTE:  POOR AUDIO QUALITY, too much background noise and the recorder is far from the Steve Goff/participants making some parts inaudible.**

[Audio Gap 00:00:00 — 00:07:08]

| | |
|---|---|
| Steve Goff: | I want you to take the best of that.  Who else is going to do that?  Okay, who can tell me the four pieces of success (Inaudible)? |
| Male 1: | (Inaudible) |

CONFIDENTIAL

Exhibit 27, Page 561

TU 97676

Steve Goff:        All right, who can tell me—I already told you this.  Let us see if you know it today, Donald Trump's five kids names?

Female1:           I think it was assumed.

[Laughs]

Steve Goff:        I did tell you (Inaudible).

Female1:           Yes and that is fine.

Steve Goff:        We are out of CDs so we are going to give t-shirts.  Nobody?  Give it a shot.

Male 2:            (Inaudible)

[Laughs]

Steve Goff:        No, no, no.

Male 2:            Anya?

Steve Goff:        Anya?

[Laughs]

                   Donald Jr., Ivanka, Barron, Tiffany, and Eric.

Male 3:            Who?

Steve Goff:        Eric, Tiffany, Barron, Ivanka and Donald Jr.  Okay, who can tell me the first and last name of my team back there?

Female 2:          First and last?

Steve Goff:        First and last.

Male 4:            Susan Morgan.

Steve Goff:        Susan Morgan?

Male 4:            Morrison.

Steve Goff:        Alright, I want to give a t-shirt.  Let us see here.  Those of you who have been doing this business full time, (Inaudible).

Female 3:          (Inaudible)

Steve Goff:        In what?

Female 3:          In cash and (Inaudible).

Steve Goff:        Alright, If you want a $50,000.00 in cash—

Exhibit 27, Page 562

CONFIDENTIAL

TU 97677

| | |
|---|---|
| Female 3: | But you know what, I got your t-shirt, so you can give it to somebody else actually. |
| Steve Goff: | What about book, you got a book? |
| Female 3: | No, I do not have a book. |
| Steve Goff: | I will give you the book. |
| 00:10:03 | |
| | Okay, if you do not have any questions, I hope you guys have learned for the last couple of days.  You guys learned a lot? |
| Participants: | Yes. |
| Female3: | I only had your little special report that you gave us today, can you just list all those things and maybe go into a little bit of explanation about all of them?  Because I do not like, I mean— |
| [Voice Overlap] | |
| Steve Goff: | (Inaudible) little definition on there, you know.  Like the 65% (Inaudible) I put on there are nothing more than 65%.  That way, you are protected as an investor.  A promissory note, they are going to sign a promissory note that promises that they are going to pay.  And one thing that we did not talk about—you brought it up Michael.  Do you see what I did when I am making these calls from this for sale owners?  Okay, we do not have time and we kind of (Inaudible) your names but I say "Do you have any property available for sale?"  And they say, "No."  I say "Do you know anybody who are selling their property, if you do, I will give you $2000.00 of my (Inaudible)."  I will let them know that right upfront so thanks for bringing that up.  Let everybody know that you pay $2000.00 (Inaudible).  Make sense?  I mean, you already talked on phone, right?  Bring it up.  (Inaudible) 12% to 15% of the private money, can you tell that too? |
| Participant: | Yes. |
| Steve Goff: | Well, unless you guys do not have any questions, we are good. |
| Male 3: | (Inaudible) |
| Steve Goff: | Zilpy.com.  Z-I-L-P-Y.com.  Find the things you are looking for.  Or what you can do is if it is not there, I will call a management company and say "Hi!  I am Steve, I am looking to rent out my property at Wall Street.  Can you tell me what is the (Inaudible) in that area?  And they will say "Okay.  Well, let us (Inaudible) rent for $1500.00 a month."  "Great!  I will let you know if I want you to manage it."  "Okay."  Now you know. |
| Female 5: | Right. |

CONFIDENTIAL

Exhibit 27, Page 563

TU 97678

| | |
|---|---|
| Steve Goff: | Does that make sense?  Okay so Zilpy.com, if it is not on there, we are going to find a management company, we can call them and ask them things, you know, rent for in the area because you are looking to maybe manage or let them manage your property.  And once they give you that (Inaudible), just say "Well, I will get back and let you know." |
| Male 4: | (Inaudible) |
| Steve Goff: | Z-I-L-P-Y.com.  Z-I-L-P-Y.com. |
| Male 4: | (Inaudible) |
| Steve Goff: | Yes, it is called the rentme.com.  Alright, like I said, I want to encourage you people that you come to lunch (Inaudible) interested, I will just stick around tonight to sit down and talk to you guys.  The rest of you guys, have a good evening.  You guys have been great today and be ready for tomorrow.  Get some rest and thanks for your time.  Thank you too Steve.  No problem. |
| [Laughs] | |
| | (Inaudible) I am teaching all of these stuffs. |

00:13:36

Exhibit 27, Page 564

CONFIDENTIAL

TU 97679