# EXHIBIT 34



CONFIDENTIAL

TU 58967



CONFIDENTIAL

TU 58968

TRUMP

*Fast track to*
FORECLOSURE
INVESTING

# Rising Entrepreneur Makes Millions

"The REIT Course at Trump U really helped me understand not just the concepts of real estate investment, but also the market from a more realistic perspective. Trump U gave me the tools to see through the negative hype and establish a prominent career. Through Trump U I now have access to like-minded people with whom I can network. It's an opportunist's dream come true. So far I have realized about $2,000,000 in net equity that I can cash out anytime, or re-invest."

— Alexander Gray
Toronto, Ontario



CONFIDENTIAL

© 2008 Trump U

TU 58969

*Fast track to* **FORECLOSURE INVESTING**

TRUMP

# Couple Gets Busy and Seeks Investors

"Our coach taught us how to do walk-through home inspections, take notes, and calculate exactly what to offer using the All Cash Offer Sheet. Going through so many properties in such a short time really helped us to get the 'find deals, make offers' system down. I no longer feel uncomfortable making very low offers on properties. We are currently closing on a rehab purchase that will net us about $35,000. We are also working six homes on a short sale program that will earn us at least $100,000. Short sales take a while, but they will payoff! We are looking to partner with more investors to close some more deals - when we do, we can close at least 5 more immediately!"

— Kristine and John Quintero
Yuma, AZ



CONFIDENTIAL

© 2008 Trump U

Exhibit 34, Page 832

# What's Better than Being a Real Estate Agent? Working for Yourself!

"Trump University gave us the confidence and knowledge to actually purchase our first piece of investment property. We successfully bought, rehabbed, and leased our first property, and we are preparing to sell it for a $44,000 profit! My friends used to say that I would make a good real estate agent, but I didn't want to work for someone else. Now, I am buying and selling for myself, and I have found that I know more than most of the agents out there just by completing my training at Trump University. This has made a definite change in our lives and helped my husband realize his dream of becoming a real estate investor. Thanks to the Trump University team for helping us to set our future in motion."

— Robin and David Little
Orland, ME



CONFIDENTIAL

© 2008 Trump U

TU 58971

Exhibit 34, Page 833

*Fast track to* **FORECLOSURE INVESTING**

TRUMP

# Trump U Student Takes Action

"The training and coaching I received from Trump U is priceless. Less than a month after my 3-day retreat, I closed on my first investment property. I earned $50,000 in equity and am renting the property with a positive cash flow of $400/mo. I am planning to rent the house for 3-5 years, and then I will sell it via lease option or owner finance deal so that I can be the bank. The knowledge I learned, the information from the website, the webinars, and the coaching all helped me along in the process and let me know that I wasn't doing this by myself. If it wasn't for the coaching, guidance, and confidence I received from Trump U, I probably wouldn't have done anything yet."

— Robert Mulack
Ormond Beach, FL



CONFIDENTIAL

© 2008 Trump U

TU 58972

*Fast track to*
**FORECLOSURE INVESTING**

**TRUMP**

# Happy Couple Helps Others and Makes a Profit

"Thanks to our coaching, we have already earned $15,000 on our first purchase, and we just purchased our second property for less than the appraised value of the land. After repairs, we expect to clear $78,000. At Trump University, the instructors are actual investors that can provide real direction and support. We are also driven by the philosophy that 'A good deal is when both parties are blessed.' Trump University taught us how to help others out of their already bad situation - a different way of approaching a deal."

— Tim and Linda Thomas
Chicago, IL



CONFIDENTIAL

© 2008 Trump U

*Fast track to* FORECLOSURE INVESTING

TRUMP

# Investor Gains Knowledge and Partners at Trump University Seminar

"Trump U can definitely help anyone sharpen their business focus while providing industry insight, tools and techniques. Through a Trump University seminar, I met other investors with the vision to carry out an Oil & Gas deal that I am now a part of. Without counting the steady increasing asset appreciation, the investment is generating a 5% monthly ROI."

— Gustavo A. Calderon
Tysons Corner, VA



CONFIDENTIAL

© 2008 Trump U

TU 58974

Exhibit 34, Page 836



*Fast track to* **FORECLOSURE INVESTING**

TRUMP

# Couple Successfully Embarks on the Investing Journey with Trump University

"Our mentor at Trump University showed us not only what to look for but HOW to look at properties. We got to see prospective properties through his eyes, a professional, seasoned, successful investor. We are now preparing to rehab two properties, with a goal of ten properties in 2008. With the training we have received through Trump University, and the relationship we have with our mentor, we believe this is a very attainable goal."

— Risa and Todd Madison
Denton, TX



CONFIDENTIAL

© 2008 Trump U

TU 58975

Exhibit 34, Page 837

*Fast track to* FORECLOSURE INVESTING

TRUMP

# Major Developer Thanks Trump University for Guidance

"After Trump University's seminars and coaching, I started to look at deals in a different way. I got more aggressive and confident. I am now building my real estate empire. I purchased land for a strip mall for $14 million dollars, and the land before construction is worth $18 million dollars. Once built, the earnings will total approximately $7 million a year. I bought a beachfront property in Ocean Park, Contado with six apartments and a house for $5.5 million dollars, with earnings of $6 million dollars. These are only a couple of my deals. I am grateful to Trump University for the mentoring and perspective to reach my goals."

— Jesus Gabriel Castillo
  Dovado, PR



CONFIDENTIAL

© 2008 Trump U

TU 58976





*Fast track to* **FORECLOSURE INVESTING**

# Trump University Student Becomes Real Estate Mogul

"Trump University marked a changing point in my life. The classes at Trump University taught every aspect of closing a deal, marketing your ideas and branding yourself or your product, and it was those classes that gave me the confidence necessary to achieve the great success that I now enjoy. After one year, my company, Holland Residentials owned $7 million dollars of luxury real estate."

— Troy Holland
Baltimore, MD



CONFIDENTIAL

© 2008 Trump U

TU 58977

Exhibit 34, Page 839

TRUMP

*Fast track to* FORECLOSURE INVESTING

# Former Graphic Designer Earns $200,000 From Investment Property

"Not only did the program teach me a lot, but it was motivational. I felt confident about what the outcome was going to be. Within nine months, I bought a home for $214,000 and sold it for $420,000, a $200,000 profit."

— David Trejos
Union City, CA



CONFIDENTIAL

© 2008 Trump U

Exhibit 34, Page 840

CONFIDENTIAL

**Fast track to FORECLOSURE INVESTING**

TRUMP

# From Elementary School Teacher to Real Estate Investor

"While going through the program, I avoided tens of thousands of dollars in mistakes because my coach picked apart my investment strategy and helped me to get over hurdle after hurdle. Since my program ended, I have acquired a $2.4 million portfolio, including 12 income-producing rental properties."

— J.B Olson
Minneapolis, MO



© 2008 Trump U

TU 58979

Exhibit 34, Page 841




# From Registered Nurse to Real Estate Expert

"After 28 years of caring for the health and well-being of others, I was downsized from my position as a Nurse. I realized that the time had come for me to fulfill my dream of being my own boss. Taking the Real Estate Investor Training program has transformed my life, and now driving down the street is not the same. I look at old abandoned buildings, empty lots, and think, 'What can I do with that property? What can I turn that into?' The program has transformed my way of thinking about everyday life and events. I am now a licensed Real Estate Salesperson and an Independent Contractor with Dower's Realty, Inc. in Hawaii."

— Sheila Smith
Honolulu, HI



CONFIDENTIAL

© 2008 Trump U

TU 58980

Exhibit 34, Page 842





*Fast track to*
## FORECLOSURE
## INVESTING

# Commercial Real Estate
# Investor Scores Big

"Trump University's Commercial Multi-Unit program really hit a hot button with me. It taught me how to analyze properties, understand the best use of space, learn the lingo of investors, and gain knowledge from industry leaders. Since completing the course, I have purchased a commercial property with a building for the price of the land only - translating to instant equity of $300,000."

— Andrew Sokol
Fort Lauderdale, FL



CONFIDENTIAL

© 2008 Trump U

TU 58981

Exhibit 34, Page 843



# From Navy Officer to Thriving Investor

"Trump University taught me how to invest and grow my real estate portfolio. In three months, I've already made $98,000, and I currently own six homes valued at $1.6 million. I recommend Trump University to anyone who is looking to get serious about investing."

— Joseph Erskine
Seattle, WA



CONFIDENTIAL

© 2008 Trump U

Exhibit 34, Page 844

# *Fast track to* FORECLOSURE INVESTING

## TRUMP

# Trump University Student Earns $95,000 in Only 4 Months

"When I heard Mr. Trump was opening a company to train beginning investors, I jumped in. As a result of the program, I bought an investment property and flipped it in four months for a $95,000 profit. My second deal earned me $70,000 in less than a year."

— Jason Bosch
Ontario, CA



CONFIDENTIAL

© 2008 Trump U

TU 58983

CONFIDENTIAL

TU 58984

TRUMP

*Fast track to*
FORECLOSURE
INVESTING

# Trump Ground Rules...

- No Cell Phones...Please Turn OFF!

- No Recordings (Video and Audio)

- Please Write Down ALL Questions

  * Q & A Following Our Session *

  THEN...

  * Orientation To Find 1st Deal *

*Thank You In Advance!*

CONFIDENTIAL

© 2008 Trump U

TU 58985



*Fast track to*
**FORECLOSURE INVESTING**

TRUMP

# James A. Harris

Instructor
"Trump U"

- Helped Raise Family Since 9 Yrs. Old
- Former Bartender
- Former Agent/Broker
- Investor/Home Builder
- Mentor
- Husband & Dad



© 2008 Trump U

CONFIDENTIAL







On the Spot Training

© 2008 Trump U

Welcome!

Join Us In 2 Weeks @

*"Profit From Foreclosures"*

3 Day Retreat Advanced Training

*Tuiton Today Only: $1495*

CONFIDENTIAL



TRUMP

*Fast track to*
FORECLOSURE
INVESTING

# "Trump U"

## The Trump Building

40 Wall Street, 32nd Floor

New York, NY 10005

Bought for…

## $1.2 Million Dollars

1.3 Million Sq. Ft.

12 Yrs. Later…

## Estimated @
## *$400 Million!*



CONFIDENTIAL

TU 58988

Exhibit 34, Page 850

CONFIDENTIAL

TRUMP

*Fast track to*
FORECLOSURE
INVESTING

# Donald J. Trump

### Chairman, Owner
### "Trump U"

- Apprentice
- Miss Universe
- Casinos
- Real Estate
- Education



© 2008 Trump U

TU 58989

Exhibit 34, Page 851

*Fast track to*
FORECLOSURE
INVESTING

TRUMP

# Today We Will Cover

- Foreclosure Basics
  - What is a foreclosure?
  - What are the causes of foreclosure?
  - Look at the profits in foreclosures
- Preview of Our 3 Day Advanced Training
- Invite You to Become Trump "FPS"

## Foreclosure Property Specialist

CONFIDENTIAL

© 2008 Trump U

TU 58990

*Fast track to* **FORECLOSURE INVESTING**

TRUMP

# Seven Steps To Set Up Foreclosure's

1. How To Help Distressed Homeowners
2. Evaluate First & Know Your Exit Strategy
3. Understand the Phases of Foreclosure
4. Find Your Foreclosures Investment Opportunities
5. Prepare Credit For Investing
6. Set Up Financing & Funding for Deals
7. Set Your Goals and *Get Started!*

© 2008 Trump U

CONFIDENTIAL



*Fast track to* **FORECLOSURE INVESTING**

T R U M P

# Why Are You Here?

- Finally Get out of Debt
- Job Security
- Great Part-time Income
- Take Care of Loved Ones
- Pay off Your Home
- Be Your Own Boss = Work From Home
- Early Retirement (Be in the 1% Group)
- Finally Have A PLAN To Get RICH!

*Sick & Tired*

© 2008 Trump U

CONFIDENTIAL

CONFIDENTIAL

**TRUMP**

*Fast track to*
**FORECLOSURE**
**INVESTING**

# Why Am I Here?

- Trump Called
- Took Action To Be With...

  "Best Of The Best"

- To Share Knowledge & Give Back
- Needed New Challenge
- Joined Trump To Leave a *LEGACY*...

  *To Create The Most RE Millionaires!*

© 2008 Trump U

TU 58993

TRUMP

*Fast track to* FORECLOSURE INVESTING

# More than 76% of American millionaires earned their wealth through real estate.*

*Source: By Boaz Gilad and Suzanne Gilad, The Real Estate Millionaire (USA: McGraw-Hill Professional, 2006) XV.

© 2008 Trump U

CONFIDENTIAL

TU 58994

CONFIDENTIAL

TU 58995

TRUMP

*Fast track to* FORECLOSURE INVESTING

# Why Real Estate?

- Because it Works
- Power of Leverage
- Use OPM
- Foreclosures make it easier!



Exhibit 34, Page 857

CONFIDENTIAL

TU 58996

# Leverage

- Real Estate Doubles Every 10.2 Years*

- With Leverage Doubles Every Year

Example:

- 1997 … A Property Worth $200,000

- 2007 … Now Worth $400,000

- The reality is even better…

*Source: By: Boaz Gilad and Suzanne Gilad, The Real Estate Millionaire
(USA: McGraw-Hill Professional, 2006) XV.

© 2008 Trump U

Exhibit 34, Page 858

CONFIDENTIAL

# Reality

- $200,000 Property Bought with 10% Down ($20,000)
- Rest was OPM
- 10 Years Later... Worth $400,000

*Fast track to* **FORECLOSURE INVESTING**

TRUMP

© 2008 Trump U

TU 58997

TRUMP

*Fast track to* FORECLOSURE INVESTING

# In 10 Years…

- $400,000 Value – $180,000 Loan Equity = $220,000
- $20,000 Grows to $220,000

## 1,000% Return!

© 2008 Trump U

CONFIDENTIAL

TU 58998

CONFIDENTIAL



# TRUMP U. Success Story

"Not only did the program teach me a lot, but it was motivational. I felt confident about what the outcome was going to be. Within nine Months I bought a home for $214,000... and sold it for $420,000 ...

## A $200,000 Profit!

-David Trejos, *Union City, CA*



Fast track to FORECLOSURE INVESTING

TRUMP

*Fast track to*
FORECLOSURE
INVESTING

TRUMP

# Strategy #1:
## How To Help Distressed Homeowners by Investing Ethically

CONFIDENTIAL

© 2008 Trump U

 

**TRUMP**

*Fast track to* **FORECLOSURE INVESTING**

# What Is a Foreclosure?

- Fore•clo•sure

- The equitable proceeding in which a bank or other secured creditor sells or repossesses a parcel of real property due to the owners failure to comply with an agreement between the lender and borrower called a mortgage or deed of trust. *The violation of the mortgage is a default in payment of a promissory note, secured by a lien on the property.*

© 2008 Trump U

CONFIDENTIAL

TRUMP

*Fast track to* FORECLOSURE INVESTING

# What Are the Main Causes of Foreclosure?

- Loss of Job    • Job Transfer
- Bankruptcy    • Illness
- Business Failure    • Balloon Payments
- Divorce    • Property Taxes
- Death of an Owner    • **#1 Reason...**

*Adjustable Rate Mortgages*

© 2008 Trump U

CONFIDENTIAL

TU 59002

TRUMP

*Fast track to* FORECLOSURE INVESTING

# National Mortgage Delinquencies Are at a 20 Year High

- Current Nationwide Statistics
  - 2,203,295 Foreclosures in 2007
  - 1,185,308 Auctions
  - 1,551,628 REO's
  - Up 79.21% since the year prior

Source: RealtyTrac Inc: Final quarter of 2007

© 2008 Trump U

CONFIDENTIAL

CONFIDENTIAL

TRUMP

*Fast track to*
FORECLOSURE
INVESTING

# What Foreclosures Can Mean for You....

- Buy Properties For....
  **30~50 Cents On The Dollar!**
- Have Instant Equity & Profits
- Make 4 Offers On Every Property
- Create 3 Streams Of Income Per Property
- Help Families Avoid 7-10 yrs Of Credit Problems

© 2008 Trump U

TU 59004

*Fast track to* FORECLOSURE INVESTING

TRUMP

# How We Can Help

- Save Their Credit Rating
- Pay Off The Mortgage Note
- Help Them Move (Optional)
- "Never Give Them $$$ Til' They Move!"
- Move Them Into A "Lease Option"
- Make Deposits (Optional)
- Make Some Rent Payments (Optional)
- Ease the Transition
- Earn The Right For A REFERRAL!

© 2008 Trump U

CONFIDENTIAL

TU 59005




**T R U M P**

*Fast track to*
**FORECLOSURE**
**INVESTING**

# Important Concepts

- Owner Is Going to Lose the Property!

- No Matter What...They Will Lose the Property!

- The Owners are In *DENIAL!*

- *The Bank Will Not Help Them*

- Our Goal Is to Help....

  ~ Seller ~ Bank ~ Ourselves ~ Buyer

  *Win!*     *Win!*     *Win!*     *Win!*

- First Goal – Stop Their Foreclosure!

© 2008 Trump U

CONFIDENTIAL

TU 59006

TRUMP

Fast track to
FORECLOSURE
INVESTING

CONFIDENTIAL

TU 59007

# What We Prevent

- The Foreclosure
- Sheriff Sale On Record
- A 250-300 Point Drop in Credit Score
- 7-10 Years of Hardship and Difficulty
- Higher Insurance and Loan Rates
- Vacating Home & Losing Belongings
- Embarrassment/Humiliation/Low Self Esteem

© 2008 Trump U



# Trump Wealth Principle

"The world's best wealth-building principle is buy low, sell high and one of the best ways to do that is by investing in *FORECLOSURES!*



CONFIDENTIAL

© 2008 Trump U

*Fast track to* FORECLOSURE INVESTING

TRUMP

# Strategy #2: Evaluate & Have An Exit Strategy

CONFIDENTIAL

© 2008 Trump U

TU 59009

TRUMP

*Fast track to* FORECLOSURE INVESTING

# Evaluate Before You Buy

© 2008 Trump U

CONFIDENTIAL

TU 59010



*Fast track to* **FORECLOSURE** INVESTING

TRUMP

# What Is PPSF?

- Price Per Square Foot

- Evaluation Tool

- **Formula:** Price / Sq Footage

  (Heat & A/C Areas Only)

- **Example:**

  $200,000 Purchase Price/2,000 Sq. Ft.

  $100 Per Square Foot

© 2008 Trump U

CONFIDENTIAL

TU 59011

Exhibit 34, Page 873



CONFIDENTIAL

TU 59012



Fast track to FORECLOSURE INVESTING

TRUMP

# Make $$ When You Buy

- Recent Sale, 5 Doors Away = $180,000
  - 1600 sq. ft.
  - $112.50 per sq. ft
- Prospective Property
- Also Asking $180,000
  - 1902 sq. ft. X $112.50 = $213,975

CONFIDENTIAL

© 2008 Trump U

TU 59013

Exhibit 34, Page 875





*Fast track to* **FORECLOSURE INVESTING**

TRUMP

# Make $$ When You Buy

- Accepted Offer Of $172,000
- $172K / 1902 Sq. Ft. = $90.43 Sq. Ft.
- Immediate Equity of $41,975
- Held a Few Short Months...
- Sold for **$269,000 FMV**

## *$97,000 Profit!*

© 2008 Trump U

CONFIDENTIAL

TU 59014

Exhibit 34, Page 876

CONFIDENTIAL

TU 59015



Fast track to FORECLOSURE INVESTING

TRUMP

# Which Group Are You In?

"There are three groups of people.

People who **Make** things happen...

People who *wait for* things to happen...

&

People who say ...

*"What Happened?"*



© 2008 Trump U

Exhibit 34, Page 877

CONFIDENTIAL

# TRUMP

## Fast track to FORECLOSURE INVESTING

### TRUMP UNIVERSITY

## Trump's Max Offer Worksheet

After Repair Value

Offer Price

Difference

Maximum Allowable Offer

Repair to Difference

ARV

Maintenance

Taxes

Property Manager

Unexpected Cost

Back Charge Cost

Marketing Cost

Total Cost

Total Profit

Total Return on Cost

---

# Trump's Max Offer Worksheet

© 2008 Trump U

Exhibit 34, Page 878

TRUMP

*Fast track to*
FORECLOSURE
INVESTING

# Creating Cash Flow!

- Rent for Monthly Positive Cash Flow
- Offer Lease Or Purchase Option
- Offer Owner/Seller Financing
- Create Multiple Streams Of Income
- Landlord Headaches You Say?
- Only If You Listen to Amateur Investors
- Want To...
- **"ALWAYS GET RENT ON TIME"**

© 2008 Trump U

CONFIDENTIAL

CONFIDENTIAL

TU 59018

*Fast track to*
**FORECLOSURE**
**INVESTING**

TRUMP

# Creating Cash Flow

- "This property normally rents for $2,300 per month, however, every time the rent is received by the 1st of the month, you may deduct $300 for a net rent amount of $2,000."

Copy of Worlds Best....

*"Lease Agreement"*

© 2008 Trump U

Exhibit 34, Page 880

TRUMP

*Fast track to* FORECLOSURE INVESTING

# Golden Rule…

## Minimum

# $25,000 Profit

© 2008 Trump U

CONFIDENTIAL



CONFIDENTIAL

TU 59020



CONFIDENTIAL



TRUMP



*Fast track to*
FORECLOSURE
INVESTING

# Give Yourself Permission To Succeed!

## "Lazy Man's Way To Riches"

*"In Real Estate, Winners Never Have Any Problems...They Always Find Solutions!"*

*~Donald Trump*

CONFIDENTIAL

© 2008 Trump U

TU 59022

Exhibit 34, Page 884

TRUMP

*Fast track to* FORECLOSURE INVESTING

# Trump Wealth Principle

"Without knowledge investing is TOO RISKY, SO ...

"Get TRAINED in FORECLOSURES first, then reap the rewards!"



CONFIDENTIAL

© 2008 Trump U

TU 59023



*Fast track to* FORECLOSURE INVESTING

TRUMP

# Without Training, You'll Make Critical Mistakes.

- Overpay for properties
- Miss title problems
- Buy in a wrong area
- Pay too much for financing
- Fail to protect your investment
- Miss Repairs & Rehab Costs
- Have no exit strategy
- Improperly Conduct Property Analysis
- *Put Properties In Your Own Name!*

© 2008 Trump U

CONFIDENTIAL

TU 59024



CONFIDENTIAL

TU 59025

CONFIDENTIAL

TU 59026



TRUMP

*Fast track to* FORECLOSURE INVESTING

# Avoid Mistakes

- $11,000 Price
- $5,000 repairs
  Source – Realtor
- 2 bedroom, 1 bath
  Source – Realtor
- 0 bedrooms



© 2008 Trump U

CONFIDENTIAL

Exhibit 34, Page 889



# Avoid Mistakes

- $25,000 in repairs
- Two Sets Of Appliances
- Appliances stolen
- $36,000 invested
- Financed by Credit Cards
- What If That Were You?



CONFIDENTIAL

TU 59028

TRUMP

*Fast track to* FORECLOSURE INVESTING

# What Is A Cure Worth?

CONFIDENTIAL

© 2008 Trump U

Exhibit 34, Page 891



# Professional Support

- $2,000 Down Payment
- Wrap Mortgage
- $850 Lease Option
- Plus taxes & insurance
- House paid off in 10 years



CONFIDENTIAL

TU 59030

CONFIDENTIAL

TU 59031



# Professional Support

- Received $2K Down
- $800 per month x 120 months = $96,000
- $36,000 CC Debt paid

*$62,000 Profit!*





Exhibit 34, Page 893