TRUMP

*Fast track to* FORECLOSURE INVESTING

# Trump U. Success Story

"When I heard Mr. Trump was opening a company to train beginning investors, I jumped in. As a result of the program, I bought an investment property and flipped it in four months for a $95,000 profit. My second deal earned me **$70,000** in less than a year."

*- Jason Bosch, Ontario, CA*



© 2008 Trump U

CONFIDENTIAL

TRUMP

*Fast track to* FORECLOSURE INVESTING

# Strategy #3: Understand the Phases of Foreclosure

© 2008 Trump U

CONFIDENTIAL

TU 59033

CONFIDENTIAL

TU 59034

*Fast track to* FORECLOSURE INVESTING

TRUMP

# The Foreclosure Process Is Like a Clock



- Default
- Complaint
- Lis Pendens
- Demand letter
- Pre Foreclosure
- Foreclosure starts
- Pre Pre Foreclosure
- Right of Redemption Period
- REO
- Auction
- Final Judgment

© 2008 Trump U

TRUMP

*Fast track to* FORECLOSURE INVESTING

# Strategy #4: Find Your Foreclosure Opportunity's

CONFIDENTIAL

© 2008 Trump U

TU 59035

*Fast track to* FORECLOSURE INVESTING

TRUMP

# How to Find the Best Deals

## Find Pre-Foreclosures:

- Look for FSBO properties
- FOR RENT Signs
- Get "Lis' Pendens" List
- Analyze The Right Deal
- **"Assignments"**

Pre Pre Foreclosure

Foreclosure starts

**Pre Foreclosure**

Default

Final Judgment

Complaint

Lis Pendens

Demand letter

© 2008 Trump U

CONFIDENTIAL

TU 59036

CONFIDENTIAL

TRUMP

*Fast track to* FORECLOSURE INVESTING

# How to Find the Best Deals



Right of Redemption Period

Auction

Final Judgment

Default

Complaint

Lis Pendens

Demand letter

**REO**

## Find REOs:
- Search bank listings
- Broker Power Team
- Get to know the local Bank Rep's
- Negotiate A...
  **"Short Sale"**

© 2008 Trump U

TU 59037

Exhibit 34, Page 899



TRUMP

*Fast track to* FORECLOSURE INVESTING

# Short Sales

<u>Definition:</u> An Investing Strategy To Negotiate A Loan That Is In Default With A Lender and Receive A Discount for Less Than What Is Owed On The Current Mortgage.

A Short Sale Will Enable The Lender To Write Off A Bad Debt, Avoid Foreclosure and Not Have To Take The Property Back.

This Will Help The Lender remain Liquid So They Can Borrow More Money To Lend To Consumers…And Stay In Business!

CONFIDENTIAL

© 2008 Trump U

TU 59038

*Fast track to* FORECLOSURE INVESTING

TRUMP

# Short Sales Rock!

- No Down Payments
- No Credit Checks
- No Loans
- No Title Transfers
- No Rehab Or Repair Cost's

Create Your Own Instant EQUITY!

90% Of Something Is Better....

Than 100% Of Nothing!

© 2008 Trump U

CONFIDENTIAL

TU 59039



# Short Sales Rock!

Total Original Payoff...... $440,000
Discounted Short....... $270,000
Repairs........................ $5000
Resale.................... $340,000
Profit............... $51,535

CONFIDENTIAL

TU 59040

TRUMP

*Fast track to* FORECLOSURE INVESTING

# How To Find Deals

- Drive Around
- Foreclosure Lists
- Lis' Pendens Lists
- Bankers
- County Courthouse
- Title Companies
- Newspaper ~ Classified Ads
- Signs
- World Wide Web Ads

© 2008 Trump U

CONFIDENTIAL

TU 59041



*Fast track to* FORECLOSURE INVESTING

TRUMP

# Overworked Investor

## Buys Any Property Any Condition

*** Can Pay **CASH** ***

*Can Close Within 1 Week!*

~ **Stop Foreclosure Today** ~

We Solve $$$ Problems

1-888-555-5555

© 2008 Trump U

CONFIDENTIAL

CONFIDENTIAL

TU 59043



# "We Will Make An Offer On Your Home In 24 Hours...Guaranteed!"

*It Doesn't Matter If...*

➡ You Are Late On Your Payments,
➡ Currently In Foreclosure,
➡ Can't Afford A Realtor Fee,
➡ The Property Is In Awful Condition,
➡ Haven't Been Able To Get It Sold In The Past,

or

➡ Just Need To Sell FAST!.

## We Can Help

From the desk of Tom[_____]
Founder of TopHomeOfferToday.com

**Dear Home Seller:**

If you are like most people, selling a home can be a very

If You Want Us
To Make An
Offer On Your
Home....
Click Here

If You Are An
Investor And
Want To Buy
Property
Click Here

CONFIDENTIAL

TU 59044

Exhibit 34, Page 906



CONFIDENTIAL

TU 59045

Fast track to
FORECLOSURE
INVESTING

TRUMP

# Real Estate Investor's Edge Software

- Make smarter, more profitable investment decisions

- Get the latest pre-foreclosure & foreclosure listings ~ Residential & Commercial in one convenient location

- Access detailed property information and mapping:
  - Up to 125 property-related fields
  - Search virtually ANY property by address (property information/sales/recordings)

- Use 6-step analysis wizard – so you don't overlook crucial information

- Receive weekly update on government-owned properties.



© 2008 Trump U

Exhibit 34, Page 907

TRUMP

*Fast track to* FORECLOSURE INVESTING

# Strategy #5: Prepare Your Credit Rating For Investing

CONFIDENTIAL

© 2008 Trump U

 

**T R U M P**

*Fast track to* **FORECLOSURE INVESTING**

# Prepare Your Credit

- Get Copy of All 3 Credit Reports
- Increase your number of Credit Cards
- Raise Limits
- Lower Interest Rates
- Waive All Fees
- Make sure you have no "Errors"
- 3 Ways To Raise Your "FICO" Score
- Dispute any late payments
- Pay you're bills before they are due
- Great Credit = **"R.E. Fortune"**

© 2008 Trump U

CONFIDENTIAL

TU 59047

*Fast track to* FORECLOSURE INVESTING

TRUMP

# What Determines Your Credit Score?

Types of Credit In Use
(10%)

New Credit
(10%)

Length of
Credit History
(15%)

The approximate makeup of the FICO
score Fair Isaac discloses to consumers

Total Amount Owed
(30%)

Payment
History
(35%)



© 2008 Trump U

CONFIDENTIAL

TU 59048

TRUMP

*Fast track to* FORECLOSURE INVESTING

# Strategy #6:
## Finance & Fund Deals

© 2008 Trump U

CONFIDENTIAL

TRUMP

*Fast track to*
FORECLOSURE
INVESTING

# ~Financing~
*How To Fund Your' Deals*

Conventional Banks

Hard Money Lenders

Private Money "Investors"

Equity Funding

HELOC

401K

IRA

Credit Cards

CONFIDENTIAL

© 2008 Trump U

Exhibit 34, Page 912



*Fast track to* FORECLOSURE INVESTING

TRUMP

# Solid 15% + RETURN!

## Backed By Real Estate

R.E. Investor Has Many Deals

\*\*\* Seeks **PRIVATE FUNDING** \*\*\*

~ Joint Ventures Wanted ~

Call Now for **FREE** Report!

### 1-888-555-5555

© 2008 Trump U

CONFIDENTIAL



FRONT OF
SUBJECT PROPERTY
2221 SOUTHERN SPRINGS WAY
MORROW, GA 30260

CONFIDENTIAL

TU 59052

Exhibit 34, Page 914



REAR OF
SUBJECT PROPERTY

CONFIDENTIAL

TU 59053

Exhibit 34, Page 915



From: Margarita Resto [mresto_1@yahoo.com]
To: James Harris
Cc:
Subject: Fw: Fwd: 2221 Southern Springs Way, Morrow, GA 30260
Attachments: Contract pages 1-5.pdf(340KB) Contact pages 6-13.pdf(491KB) Insurance Declaration.pdf(39KB) Insurance
2221 Southern Springs.pdf(380KB) Rehab List .xls(380KB) Amendment for Brian Harris. 2nd .pdf(38KB) Harris
Dental Letter.pdf(24KB)

Sent: Thu 4/24/2008 3:15 PM

property: Mr. Harris was using his credit to obtain hard money loan, the lender was giving funds to
purchase and rehab property, we had 3 mos rehab and repay the loan, we have a end buyer Lillian
Levy that is purchasing the property in July ( FHA owner occupied)
3 of the units are being listed with housing at rental rates $650.00 2/2  $675.00 3/2

purchase price $59,900 ( rehab $54,100 ($114,00 total needed)

Mr. Harris would be compensated for using his credit once and buyer closes in July.

**65% LTV**

I spoke with seller's agent and she is willing to wait to see what other options we come up with before
terminating the deal.

talk to you soon

Tahlaha Pope
Multi-Million Dollar Club

ERA Adventure Properties, Inc.
1520 Pine Log Road
Conyers, GA 30012
670-267-0005  Office

CONFIDENTIAL

Exhibit 34, Page 916

# Small Residential Income Property Appraisal Report

File No. ___   Case No. ___

There are **2** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 170,000 to $ 210,000.

There are **3** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 90,000 to $ 171,000.

| FEATURE | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Address | 2221 SOUTHERN SPRINGS WAY MORROW, GA 30260 | 6769 SOUTHERN SPRINGS COURT MORROW, GA 30260 | 6771 SOUTHERN SPRINGS DRIVE MORROW, GA 30260 | 6736 SOUTHERN SPRINGS CIRCLE MORROW, GA 30260 |
| Proximity to Subject | | 0.05 miles N | 0.07 miles NE | 0.07 miles NE |
| Sale Price | $ 59,900 | $ 171,000 | $ 144,500 | $ 90,000 |
| Sale Price/Gross Bldg. Area | $ 16.70 sq. ft. | $ 46.88 sq. ft. | $ 40.09 sq. ft. | $ 25.62 sq. ft. |
| Gross Monthly Rent | $ 2,250 | $ 3,000 | $ 1,500 | $ 1,300 |
| Gross Rent Multiplier | 26.62 | 57.00 | 96.33 | 69.23 |
| Price Per Unit | $ 14,975 | $ 42,750 | $ 36,125 | $ 22,500 |
| Price Per Room | $ 3,328 | $ 8,550 | $ 7,225 | $ 4,500 |
| Price Per Bedroom | $ 5,990 | $ 17,100 | $ 14,450 | $ 9,000 |
| Rent Control | [ ] Yes [X] No | [ ] Yes [X] No | [ ] Yes [X] No | [ ] Yes [X] No |
| Data Source(s) | | EXTERIOR INSPECTION | EXTERIOR INSPECTION | EXTER. INSPECT. |
| Verification Source(s) | | MLS/P.RECORDS/FIELD | MLS/P.RECORDS/FIELD | MLS/P.RECORDS/FIELD |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION  +(-) Adjustment | DESCRIPTION  +(-) Adjustment | DESCRIPTION  +(-) Adjustment |
| Sale or Financing | | TYPICAL | TYPICAL | TYPICAL |
| Concessions | | NONE DISCLOSED | NONE DISCLOSED | NONE DISCLOSED |
| Date of Sale/Time | | 03/13/07 | 08/15/07 | 09/24/07 |
| Location | AVERAGE | AVERAGE | AVERAGE | AVERAGE |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | FEE SIMPLE | FEE SIMPLE |
| Site | .24 ACRES | .32 ACRES | .28 ACRES | .30 ACRES |
| View | AVERAGE | AVERAGE | AVERAGE | AVERAGE |
| Design (Style) | QUADRIPLEX | QUADRIPLEX | QUADRIPLEX | QUADRIPLEX |

CONFIDENTIAL

TU 59055

Exhibit 34, Page 917

| RECONCILIATION | | INCOME | |
|---|---|---|---|

Summary of Sales Comparison Approach including reconciliation of the above indicators of value   ALL SALES UTILIZED IN THE SALES COMPARISON
ANALYSIS ARE ALL CLOSED CONFIRMED SALES WITHIN THE PAST TWELVE MONTHS.  ALL ARE FROM THE SUBJECT'S
MARKET AREA, SIMILAR TO THE SUBJECT IN AGE, STYLE, QUALITY, CONDITION, AND AMENITIES.  SQUARE FOOTAGE WAS
ADJUSTED AT $25.00 PER SQUARE FOOT.  ANY OTHER ADJUSTMENTS WERE CONSIDERED TYPICAL FOR THIS APPRAISAL.

Indicated Value by: Sales Comparison Analysis $        175,000

Indicated Value by: Sales Comparison Analysis $        175,000        Income Approach $        59,895        Cost Approach (if developed) $        235,102

Total gross monthly rent $        2,250        X gross rent multiplier (GRM)        26.62        = $        59,895        Indicated value by Income Approach

Comments on income approach including reconciliation of the GRM

This appraisal is made ☐ "as is," ☒ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been
completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the
following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  THE SUBJECT PROPERTY IS
UNDERGOING COMPLETE RENOVATION AND A FINAL WILL BE NEEDED.

**Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting
conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is**
**$      175,000      , as of      03/12/08      , which is the date of inspection and the effective date of this appraisal.**

Freddie Mac Form 72   March 2005                                                                                                                Fannie Mae Form 1025   March 2005

CONFIDENTIAL

CONFIDENTIAL

TU 59057

Rehab List (Read-Only) [Compatibility Mode] - Microsoft Excel

**SDI FUNDING REHAB LIST**

| Date Submitted: | |
| Loan#: | |
| Subject Address: | 2221 S. Springs |
| City: | Woodbine |
| State: | GA |
| Zip: | |
| Borrower Name: | |
| Contact Phone#1: | |
| Contact Phone#2: | |
| Entry Method: | |

| Area | Items | Sq. ft./linear ft. | Labor | Material | Total Lab. & Mat. | Re-Hab Item Comments | Subcontractor, Supplier or laborer | Amount Requested Draw Request 1 | Amount Approved Draw Request 1 | Date of Draw Request 1 | Reviewer Initials/ Comment | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Misc: | Permits | | $ - | $ - | $ - | | | | | | | |
| Misc: | Arch. Drawings | | | | $ - | | | | | | | |
| | Subtotal: | | | | $ - | | | | | | | |
| | Overages: | | | | $ - | | | | | | | |
| TOTAL: | | | $ 23,235.00 | $ 29,803.44 | $ 52,938.44 | | | | | | | $ 52,938.44 |
| Escrowed Funds held in Reserve(25%) | | | | | ##### | | | | | | | |
| Escrowed Funds available (75%) | | | | | ##### | | | | | | | |
| Escrowed Funds available (100%) | | | | | ##### | | | | | | | |

For Office Use Only

Page 17

$52,938.44

CONFIDENTIAL

TU 59058

**COMPARABLE SALE #    1**
6769 SOUTHERN SPRINGS COURT
MORROW, GA 30260

CONFIDENTIAL

TU 59059



CONFIDENTIAL

TU 59060



**Fast track to FORECLOSURE INVESTING**

**TRUMP**

# GA 4 Unit Re-Hab Project

| | |
|---|---|
| **Purchase Price** | **$59,900** |
| **Re-Hab Costs** | **$53,000** |
| **Closing Costs** Buy (3%) | **$1800** |
| **3 Months** (Interest Only) | **$4275** |
| **Total Exp's** | **$118,975** |
| *Appraisal* | *$175,000* |
| **Sale Price** | **$177,000** |
| **Total Exp's** | **- $118,975** |
| **Total Net Profit** (90 Day Period) | **$58,025** |

© 2008 Trump U

CONFIDENTIAL

TU 59061



CONFIDENTIAL

# How To Sell…

Realtors

Classified Ads

Website ~ "Web Ads"

Wholesale To Retail

Fix And Flip = Rehabbing

"Assignments" For Cash

Subject To's

Short Sales

Wrap Around Contracts

Quit Claim Deeds

"Lease or Purchase Options"

*Charity Gifting !*

© 2008 Trump U

TU 59062

Exhibit 34, Page 924

CONFIDENTIAL

*Fast track to*
# FORECLOSURE
## INVESTING

# TRUMP

TU 59063

Real Estate Investor Information - Microsoft Internet Explorer

File   Edit   View   Favorites   Tools   Help

Back ▾       🗙  🖈      🔍 Search   ⭐ Favorites

Address  http://www.topinvestmentwood.com/investor.html

## If You Are Interested In Buying Investment Property From Us...

There are **three** types of properties that we commonly have available for sale.

1. Properties that are available with $3,000 to $6,000 down, but require **no credit check**. These properties are available with seller financed "terms" at or below market value. These are great properties to keep as rentals or lease option to end users.

2. Properties that are either substantially below market value or have great rental cash flow, but you must have at least 10% down and good credit to purchase them.

3. Properties that are substantially below market value, but you must be able to pay all cash for them within 24 hours. It doesn't matter if you have cash in the bank or guaranteed access to borrowed funds.

**If you are interested in buying any of these types of properties...**

Please Give Us Your
Contact Information

The only information we must have to contact you, is your

**Home Page**
Click Here

**If You Are Interested In Selling YOUR Home**
Click Here

Real Estate Investor ...

🔴 Internet

start    Real Estate Investor ...

10:35 AM

TRUMP

*Fast track to*
**FORECLOSURE**
**INVESTING**

# Zero Down Real Estate

*No $$$, No Credit, No License, No Loans!*

**Assignments**

**Lease & Purchase Option's**

**Owner/Seller Financing**

**Short Sales**

**Subject To's**

**Quit Claim Deeds**

**Wrap Around Contracts**

**"Joint Ventures"**

© 2008 Trump U

CONFIDENTIAL

CONFIDENTIAL

TU 59065

TRUMP

*Fast track to* FORECLOSURE INVESTING

# Foreclosures in Your Area Are Booming *TODAY!*

## * BOSTON Area is HOT *

### *BUY NOW !*

- Pre-Foreclosures:        23,923
- Sheriff Sales:        837
- Foreclosures:        9,385
- Bankruptcies:        31,142
- FSBOs:        8,009
- Tax Liens:        108,683

Sources: Trump Investors Edge Software
RealtyTrak.com
Foreclosures.com
© 2008 Trump U

Exhibit 34, Page 927



# Let's Look at Your Opportunities!

## CountryWide...

"Over $1 Billion in...
Short Sales 2008"

\* PERFECT STORM \*

© 2008 Trump U

CONFIDENTIAL

*Fast track to*
FORECLOSURE
INVESTING

TRUMP

# Strategy #7:

## Set Your Goals NOW

## Get Started with....

## *"Trump U"* Today!

CONFIDENTIAL

© 2008 Trump U

TU 59067

*Fast track to*
**FORECLOSURE**
**INVESTING**

TRUMP

# What are Your Goals?

- Short Term
- Monthly Income
- Long Term
- Building Wealth
- Work Less
- Retire Sooner
- Building A Legacy

CONFIDENTIAL

© 2008 Trump U

TU 59068

Exhibit 34, Page 930



TRUMP

*Fast track to* FORECLOSURE INVESTING

# My Goals for You...

- Pay Off Credit Card Debts
- Pay off Vehicles
- Pay off student loans
- Pay off Mortgage
- Pay for Children's College

*Live & Retire...*

## DEBT FREE!

© 2008 Trump U

CONFIDENTIAL

TU 59069



USA TODAY June 08'

"Americans need a minimum of

$1,000,000 to retire...

COMFORTABLY!

CONFIDENTIAL

© 2008 Trump U

TU 59070

Exhibit 34, Page 932

TRUMP

*Fast track to* FORECLOSURE INVESTING

# Where Will You Be at Age 65?

- 45% of people are dependent on relatives
- 30% are dependent on charity
- 23% are still working
- Only 2% are self-sustaining

Source: Social Security Administration

© 2008 Trump U

CONFIDENTIAL

TU 59071

TRUMP

*Fast track to* FORECLOSURE INVESTING

\*\*\* **Homework** \*\*\*

Go Write Yourself A....

*$1,000,000.00*

Check !

5 Year Retirement Plan!

© 2008 Trump U

CONFIDENTIAL





# Another Wealth Principle

"Another wealth-building principle is to

# THINK BIG!

I challenge you to UPGRADE YOUR THINKING!"



© 2008 Trump U

CONFIDENTIAL

TU 59073

CONFIDENTIAL

TRUMP

*Fast track to*
FORECLOSURE
INVESTING

# Commitment To Change

- Always Positive Attitude
- Life is about Choice & Change
- View Everything Positively!
- Pursue your dreams
- Do not hang around Negative People
- No problems ~ Only Solutions

© 2008 Trump U

TU 59074



Fast track to
FORECLOSURE
INVESTING

TRUMP

# Commitment To Change

- Be True to everyone
- Shake Hands & Look'em In The Eye
- Don't be scared = NO FEAR!
- Persistance & Perseverance Conquer's All
- Control Yourself = "Control Everything"
- Never Stop Learning
- Never Act Like A KNOW IT ALL
- Treat Others The Way You Want To Be Treated
- Be NICE!

© 2008 Trump U

CONFIDENTIAL

TU 59075



**Fast track to FORECLOSURE INVESTING**

TRUMP

# Commitment To Change

- Go For It Everyday
- Slow & Steady = RICH
- No Such Thing as Get Rich Quick
- I CAN & I WILL ....***NOT*** ...I Can't & I Won't
- CHANGE is Power!
- Challenge Your Fears
- Confidence will overcome ALL
- Be Happy & Smile
- Use Affirmations ~ THEY WORK!

© 2008 Trump U

CONFIDENTIAL



*Fast track to* FORECLOSURE INVESTING

TRUMP

# Work Smarter = $$$

- Develop and Maintain equal Balance both Personally & Professionally
- Bring back your Childlike Creativity!
- Great accomplishments do take time
- Never Take "Your Eyes" Off Your Goals
- Hard Work Is FUN = *RICH!*
- Look at the work as "Pleasurable" Activities

NO PAIN ~ NO GAIN

© 2008 Trump U

CONFIDENTIAL

Exhibit 34, Page 939

*Fast track to* FORECLOSURE INVESTING

TRUMP

# Top 10 Wealth Killers

- Family – Friends - News - Media
- "I Don't Have The Money" = Excuses
- "I Don't Have The Time" = Excuses
- Too Busy Being Busy
- J.O.B.
- Hanging Around The Wrong Crowd
- Lack Of *Proper* Training, Education & GUIDANCE
- Fear To Get Out Of Comfort Zone
- Fear Of Change
- **# 1 Lack Of Confidence & Low Self Esteem**

© 2008 Trump U

CONFIDENTIAL

Exhibit 34, Page 940

CONFIDENTIAL

*Fast track to* **FORECLOSURE INVESTING**

**TRUMP**

# $7 Million In Real Estate

"Trump U. marked a changing point in my life. The classes at Trump University taught every aspect of closing a deal, marketing your ideas and branding yourself or your product.

It was those classes that gave me the confidence necessary to achieve the great success that I now enjoy.

After one year my company...

Holland Residential's now owns...

**$7,000,000** in Real Estate!

- Troy Holland, Baltimore, MD



TU 59079




**TRUMP**

*Fast track to* **FORECLOSURE INVESTING**

# Nurse To Real Estate Expert

"After 28 years of caring for the health and well-being of others, I was downsized from my position as a Nurse. I realized that the time had come for me to fulfill my dream of being my own boss. Registering for the **3 Day Real Estate Event** has transformed my life!

Now driving down the street is not the same. I look at old abandoned buildings, empty lots, and think...

'What can I do with that property?' 'What can I turn that into?'

The program has transformed my way of thinking about everyday life and events.

- Sheila Smith, Honolulu, HI



CONFIDENTIAL



TRUMP

*Fast track to* FORECLOSURE INVESTING



"I've always made a FORTUNE in FORECLOSURES, and YOU WILL TOO. The timing will never be better than NOW! My recommendation is that you attend our 3 Day Training & …

ENROLL TODAY!"

© 2008 Trump U

CONFIDENTIAL

TRUMP

*Fast track to* FORECLOSURE INVESTING

# Get Started Today!

## "Fast Track to Foreclosures"

# 3 Day Retreat Training

### Tuition Today Only: $1495



© 2008 Trump U

CONFIDENTIAL



CONFIDENTIAL

# Training Location, Dates, Times:

## BOSTON Metro Area

| Day | Date | | Time |
|---|---|---|---|
| Friday | Nov. | 21 | 9 a.m. - 6 p.m. |
| Saturday | Nov. | 22 | 9 a.m. - 6 p.m. |
| Sunday | Nov. | 23 | 9 a.m. - 5 p.m. |



© 2008 Trump U

TU 59083

*Fast track to*
**FORECLOSURE**
INVESTING

TRUMP

CONFIDENTIAL

# Why Trump University?

- Every Instructor is Hand-Picked by the Founders

- You Will Learn from People Doing What They Teach

- We Hold Your Hand and Show You "**Live**" How to Buy Real Estate

- You Will Be Assigned a **Mentor** at the Training Who Will Work With You to Develop Your Business Plan!

© 2008 Trump U

Exhibit 34, Page 946



*Fast track to* FORECLOSURE INVESTING

TRUMP

# Why Trump U?

## We Are The Best!

## Hand Picked Mentors

By...

# Mr. Donald Trump



© 2008 Trump U

CONFIDENTIAL

TU 59085





*Fast track to* FORECLOSURE INVESTING

TRUMP

# Training Curriculum:

- "Live" Calls with Sellers
- 11 Ways To Find "Motivated Sellers"
- Evaluating Deals
- "Max Offer Worksheet"
- Buying w/Bad Credit
- **7 $0 Down Strategies**
- Case Studies/Role Playing
- Rehabbing Properties
- Quick Ways To Raise FICO Score !
- Buy/Live/Fix/Flip = $$$

- Financing & Funding Your Deals
- Building BUYERS LIST
- "Pre-Qualified Buyers"
- Perfect Plan To... "Get Started !"
- Your 1st Deal in 21 Days
- 4 Hr. A Week System
- 10 Steps To Close Any R.E. Deal
- Top Negotiation Scripts
- The Art of Thinking BIG
- Buying Nationwide!

*Trump 1 On 1 "Mentor" Session*

© 2008 Trump U

CONFIDENTIAL

TU 59086



Lease Option   Inbox | X

Kara McIntosh to Moneymotivator,jschauer, LindaT

Yee Haw!

Thank you so much!

Kara McIntosh

Washington Finance Group, LLC

202-246-3388 office
301-651-3731 mobile
888-274-7550 fax
kmcintosh@washingtonfinance.net

What sales contract do I use for the resale? Help, help, it all happens tomorrow (the lease option that is)

I got my first deal, lease option, closing. Just to be sure, which contract am I getting the seller to sign, the Seller Option to Purchase Real Estate on the Trump website? I can't find it in my manual. Do I give him a lease with that? I also have it sold to a third party for all cash. A gain of $12,000.00. Not bad for a first deal 3 days out of class. Is that a record? Great teaching James!

moneymotivator@gmail.com

CONFIDENTIAL

TU 59087

TRUMP

*Fast track to* FORECLOSURE INVESTING

# Friday Day 1

- $ Pre-Foreclosures
- $ Foreclosures
- $ Bank Owned "REO's"
- $ Locating Motivated Sellers 11 + Ways!
- $ Trump Maximum Offer Worksheet
- $ Buying with Terrible Credit
- $ 3 Ways To Repair & Raise **"Fico Score"**
- $ Your Good Credit = R.E. Fortune!
- $ Case Studies To Duplicate
- $ 9 Ways To Locate *"Qualified Buyers"*
- $ Submitting Proper Offers "In Writing"
- $ No RISK Real Estate
- $ "Financial Pulse" 1st Phase Goal Setting

© 2008 Trump U

CONFIDENTIAL

TU 59088



*Fast track to* **FORECLOSURE INVESTING**

TRUMP

# Saturday Day 2

$ Rehabbing Properties
$ 11 Ways To Financing & Fund – *"How To Get $$$"*
$ No Money, No Credit, No Loan Deals
$ Owner/Seller Financing
$ FSBO's/Expired/Landlord/Investor Lead System
$ "LIVE CALLS" Students Leads – *"Let's Close A Deal!"*
$ Putting A Deal Together From A-Z
$ Trump Investors Edge Software "Property Analysis"
$ The Art of Thinking Big & How To Buy Nationwide!
$ "LIVE CALLS" My Leads = Walk thru deal from A - Z
$ Commercial & Multi Family Unit Investing
$ Setting Up Your RE Company & Asset Protection
$ Homework "Second Phase"  GOAL = 1st Deal 21 Days!

© 2008 Trump U

CONFIDENTIAL



*Fast track to* FORECLOSURE INVESTING

TRUMP

# Sunday Day 3

$ Mastering The "Art Of Negotiating"

$ Contracts/Disclosures/Scripts & Dialogues

$ How To Make 3 Offers On Every Deal

$ The RE "Sales Process"

$ Short Sales ~ 7 Steps To Approval

$ Zero Down Deals

$ Wholesaling ~ Assignments = *Quick 30 Days Deals!*

$ Subject To's ~ Wrap Contracts ~ Lease Options

$ Advanced Internet Advertising & Marketing

$ E-Mail Campaigns ~ Voice Blasts ~ Web Ads

$ 40 X 40 X 45 Investor Program

$ Prospecting & Follow Up With "AUTORESPONDERS"

$ The Mental Side Of Real Estate = "BALANCE"

$ Creating A Real Estate **"Legacy"** for your FAMILY

$ Your New 90 Day **"MENTOR"** Plan!

© 2008 Trump U

CONFIDENTIAL

Exhibit 34, Page 952

TRUMP

*Fast track to* FORECLOSURE INVESTING

# 10 Steps To Close Any R.E. Deal With Little To No Risk!

CONFIDENTIAL

© 2008 Trump U

TU 59091

TRUMP

*Fast track to* FORECLOSURE INVESTING

# How To Close Any R.E. Deal!

1. Finding RE 20-50% Below FMV
2. Calling Sellers "It's How You Say IT"
3. Property Evaluation & Inspection
4. Submitting Effective Offers
5. Purchase & Sales Contract
6. Locating Buyers
7. Buyer's Contract
8. Working with Title Co.
9. 2 Ways To Close Any RE Deal
10. What To Do With BIG FAT CHECK $$$

© 2008 Trump U

CONFIDENTIAL

Exhibit 34, Page 954



TRUMP

*Fast track to*
FORECLOSURE
INVESTING

# Bonuses Today Only!

- "Jump Start Guide"
- All Cash Offer Letter
- Goldmine Home Study Course
- Trump's "Max Offer Worksheet"
- Worlds Best "Lease Agreement"
- Free Audit of 3 Day Training for **12 Months!**
- Orientation To Find 1st Deal Today!

**\*Spouse/Biz Partner for FREE \***

© 2008 Trump U

CONFIDENTIAL

TU 59093

*Fast track to* FORECLOSURE INVESTING

TRUMP

# TRUMP Premium Membership

- 12 Months of Ongoing Support
- Complimentary "Continuing Education"
- Live Events to Peak Perform
- Client Advisor to Guide Through Deals
- Weekly "Tele-Seminars & Webinars"
- Online Millionaire "Investor Club"
- Exclusive Trump Networking Community
- All "Contracts & Forms"



© 2008 Trump U

CONFIDENTIAL

TU 59094

Exhibit 34, Page 956



*Fast track to*
**FORECLOSURE**
INVESTING

**TRUMP**

# Donald's Special 12 Month Summer Package

✓ Tuition — $1,495

✓ Spouse/Partner — ~~$1,495~~ **FREE**

✓ Premium Membership — ~~$1,800~~ **FREE**

✓ Real Estate Goldmine — ~~$450~~ **FREE**

Market Price: ~~$4,640~~

**Today's Trump Special:** ~~$4,445~~ $1,495

© 2008 Trump U

CONFIDENTIAL



Fast track to FORECLOSURE INVESTING

TRUMP

# Special Bonus

## "Jump Start Guide"

1. Know Your Outcomes
2. Invest In Attitude
3. Understand the Opportunity
4. Learn How To Learn
5. Speak The Language
6. Select Your Property Type
7. Research Available Properties
8. Investigate Properties
9. Use Property Appraiser & Courthouse
10. Get Ready For Business

CONFIDENTIAL

© 2008 Trump U



TRUMP

*Fast track to*
FORECLOSURE
INVESTING

# *Why Most People Enroll!*

- Finally Get out of Debt
- Job Security "Work From Home"
- Great Part-Time Income
- Take Care Of Family
- Pay off Your Home
- Be Your Own Boss
- Retire At 55 Yrs. YOUNG!
- Finally Have A PLAN To Get RICH!

## *They Are Sick & Tired !*

© 2008 Trump U

CONFIDENTIAL