CONFIDENTIAL
TU 59098



CONFIDENTIAL
TU 59099



CONFIDENTIAL
TU 59100



CONFIDENTIAL
TU 59101



CONFIDENTIAL

TU 59102



CONFIDENTIAL
TU 59103



CONFIDENTIAL

TU 59104




CONFIDENTIAL
TU 59105

# TRUMP

*Fast track to* **FORECLOSURE INVESTING**

## "Trump U" *Guarantee*

Register For The Foreclosure Retreat Today…At the end of the first day Friday, if you are not happy, you may simply withdraw and receive a full tuition refund…*No Questions Asked!*

*DJT*

© 2008 Trump U

CONFIDENTIAL

TU 59106

Exhibit 34, Page 968

# TRUMP
### Fast track to FORECLOSURE INVESTING

# Which Group Are You In?

"There are three groups of people.

People who *Make* things happen...

People who *wait for* things to happen...

&

People who say...

*"What Happened?"*



© 2008 Trump U

CONFIDENTIAL

TU 59107

Exhibit 34, Page 969



CONFIDENTIAL

TU 59108

Exhibit 34, Page 970

# TRUMP



*Fast track to* **FORECLOSURE INVESTING**

# Enroll Today!

## There Has Never Been A More Profitable Time In The History Of Real Estate!

## Timing Is Everything!

### *"If You Snooze You LOSE $$$!"*



© 2008 Trump U

CONFIDENTIAL

TU 59109

Exhibit 34, Page 971