# EXHIBIT 35

**From**: April B. Neumann [/O=TRUMP ORG/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=ANEUMANN]
**Sent**: 8/30/2009 11:41:32 PM
**To**: Michael Sexton [msexton@trumpuniversity.com]; david@entrende.com
**Subject**: Venter Feedback: FW: Workshop (Grand Rapids: Ventor @9AM): 70% show rate,0% conversion,$0.00 payment per attendee

I just finished listening to Bob's close. I understand that Grand Rapids was not the crème de la crème, however, I think he has quite a bit of work to do on his close. My feedback is as follows:

**PROBLEM:** We build three days of a fulfillment around a selling opportunity. This is a business. He needs to spend more than 11 minutes on the close.
SOLUTION: Have Bob script out a close and email so that we can take a look and give him feedback prior to Peoria

**PROBLEM:** We need a better internal system to eliminate this from happening again
SOLUTION: Have fulfillment speakers audition or send a tape in, just as preview speakers- a lot of this feedback could have been given prior to Grand Rapids

**PROBLEM:** There is no value built within the presentation of the retreats- the retreat names are mentioned, but not explained
SOLUTION: Bob needs to review and familiarize himself with the descriptions of each retreat. I can get him a fulfillment recording, if he doesn't already have one, so that he can hear how each retreat is presented by other speakers

**PROBLEM:** The packages were presented unenthusiastically from Bronze to Gold, at what sounded like the end of Saturday
SOLUTION: Present the Gold package only on Saturday mid-day, and build it so big that it creates a "buzz" and all of the students want more information on it- tell them they need to qualify, then present Silver and Bronze on Sunday. This would have helped tremendously in a market like Grand Rapids to lower the shock value when the students hear about the additional packages when we know that they had a hard time coughing up $1495

**PROBLEM:** Bob uses the following to describe Gold "my favorite package," "a flat out bargain," the "safest and best way" to go. Where is the value?
SOLUTION: Get Bob on the phone with the mentor that he is selling prior. Ask specifically what they are going to do to get these students rolling. Use all of this in the pitch! We're Trump and we're in the middle of nowhere- these people aren't necessarily seminar junkies- they need more information!!!

**PROBLEM:** Presents Silver as "one of our more popular packages"- this proves that he doesn't know where to build value, because this statement simply isn't true
SOLUTION: Speak with Bob so that he understands the value in each package, to use the mentorship as a lead-in, and to use the lower packages with the idea of upgrading later

**PROBLEM:** In not understanding the value in each of the package components, Bob relies on the savings to sell the packages. Make "$20,30,40 thousand dollars so that you can make your money back quickly."
SOLUTION: Ensure that Bob spends some more time understanding each component within each package and does not make statements that imply that students will make their money back on their mentorship

**PROBLEM:** A speaker should NEVER let a student interrupt him and take questions during his close. He completely lost control, and any minute sense of urgency that he had already built at that point
SOLUTION: Bob needs to be more confident. He is the expert. He is one of Trump's top speakers. He is controlling the room. He should have had these people wrapped around his finger.

**PROBLEM:**"Tomorrow I'll tell you how to make this all tax deductible"- he needs to tell them to consult a legal authority
SOLUTION: Change this to "tomorrow I'll tell you who to consult so that you can apply to get your whole education to be tax deductible!"

**PROBLEM:** Flow of entire close is off- goes from passing out handouts- Bronze, to Silver, to Gold, to a strange hand exercise, and then straight into Foreclosure training
SOLUTION: Structure close better. Support prior, and support post close.

**PROBLEM:** Does not assume that anyone will be interested in his offer: "we'll have you come in tomorrow and do all of the paperwork- depending how busy [Christy] gets, I may help her out," and "I'm going to have a bonus section tomorrow depending how it goes."
SOLUTION: Change this verbiage to "Christy and I are going to be really busy tomorrow speaking with those of you that have already been asking us about these programs. You'll want to sign up with Christy if you'd like to learn more about the program and find out if you qualify." "You'll want to get enrolled today, because I have a bonus session for the Elite students so that we can make your dreams closer to being a reality starting NOW."

April B. Neumann
**Trump University**
40 Wall Street, 32nd Fl.
New York, NY 10005
Phone: 646.367.3802
Fax: 212.248.0782
www.TrumpUniversity.com

**From:** Christy Duckett [mailto:cduckett@trumpuniversity.com]
**Sent:** Sunday, August 30, 2009 3:57 PM
**To:** Michael Sexton; Jack Mahoney; Steven Matejek; Josef Katz; April B. Neumann; Eleanor Daniels; Brad Schneider; Jason Schauer; david@entrende.com; Liliana Hernandez; Marcia Betances; Salma Jalil; Denise Ong; Greg Saunders; Ryan Lotman; Richard Owens; Dan Beyerlein; Christy Duckett
**Subject:** Workshop (Grand Rapids: Ventor @9AM): 70% show rate,0% conversion,$0.00 payment per attendee

**Profit From Real Estate Investing**
*Fri Aug, 28, 2009 @ 09:00 AM*
*Speaker: not defined*
*LIT: **Bob Ventor***
*Region: Lansing, MI / Grand Rapids, MI*
*City: Grand Rapids*
*Venue: Amway Grand Plaza Hotel*
*Site: www.trumpuniversity.com*
*RTRFTF-20090828B*

**Notes:**
1. cduckett: Bob Venter was not able to be added as the speaker on this class by the office before this report was sent

**Program Coordinator**
Christy Duckett

**Sales Coordinators**
None specified

**TOTALS:**
**10** registrations = 5 primaries + 4 guests + 1 walkins + 0 audits + **0** cancellations before event for a cancellation rate of **0%**...breakdown:
**10** non-cancelled registrations
**7** attendees for show rate of **70%**
**0** buyers for a conversion rate of **0%**, with **1** pending
**0** buyers retained for a retention rate of **0**
**$0.00** live event sales (post returns)
**$0.00** salesFloor/cart sales (post returns)
**$0.00** total tax and shipping
**$0.00** total sales with tax and shipping

**$0.00** payment collected for **$0.00 per attendee**
**Event balance due: $0.00**

**Pendings:**
1. Dana Kowalski: Consulting sister for money for bronze package

To see full statistics, go to
https://www.trumpuniversity.com/private/events/beta/showProduct.cfm?productID=2863
This e-mail message, and any attachments to it, are for the sole use of the intended recipients, and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this email message or its attachments is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, while the company uses virus protection, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

# EXHIBIT 36





TRUMP
UNIVERSITY

TRUMP
UNIVERSITY

# 2010 PLAYBOOK

**ONE COMPANY. ONE CULTURE. ONE GOAL.**
**Achieving Sustained Profitability in 2010.**

T A B L E O F C O N T E N T S

I.
COMPANY, CULTURE & GOAL ... 2
II.
PROGRAMS & SERVICES ... 4
III.
PREVIEW PLAYBOOK ... 12
IV.
FULFILLMENT PLAYBOOK ... 25
V.
RETREATS & SPECIAL EVENTS ... 42
VI.
POLICY & PROCEDURE ... 48
VII.
SALES PLAYBOOK ... 96
VIII.
PC PLAYBOOK ... 139

CONFIDENTIAL

Exhibit
Plts' 8 ID
Eileen Mulvenna 8/23/12





TRUMP
UNIVERSITY

TRUMP
UNIVERSITY

## COMPANY, CULTURE & GOAL

TABLE OF CONTENTS

2010 Methodology ........ 3
Branding ........ 3
Divisions ........ 3
Historical Partners ........ 3
Mission Statement ........ 3

Private & Confidential • Page 2

CONFIDENTIAL

Exhibit 36, Page 978 TU 52935



I. Trump University Mission Statement

Trump University's mission is to provide educational programs and tools to help our clients achieve financial independence. Our success is measured by the results that our clients achieve applying what they have learned from us in the real world.

II. Trump University Methodology For 2010
- I. One Company. One Culture. One Goal: Achieving Sustained Profitability in 2010.

III. Trump University Divisions
- I. Corporate Office in New York, New York
- II. Sales Office in Draper, Utah
- III. Independent Contractors Nationwide

IV. Trump University Historical Partners
- I. Trump Institute
- II. Prosper Learning

V. Trump University Branding
- I. Trump University
    - i. Brand name utilized for all programming within the United States (outside of the state of Maryland)
- II. Trump U
    - i. Brand name utilized for all programming within the State of Maryland and within the DC area
- III. Trump Education
    - i. Brand name utilized for all programming in Canada

CONFIDENTIAL





## PROGRAMS & SERVICES

TABLE OF CONTENTS

Canadian Advanced Training Options ..... 10
Canadian Product Pricing & Value ..... 9
Product Flow Chart ..... 5
U.S. Advanced Training Options ..... 7
U.S. Product Pricing & Value ..... 6

CONFIDENTIAL



Live Events Programs & Services for 2010

**Profit From Real Estate: Orientation**
Alias: "The Preview," "The Front End," Profit From Foreclosures, "PFF"
Marketing Channels: Newspaper, Direct Mail, and Online
Duration: 90 minute preview
Cost: Free (Open to Public)

↓

**Profit From Real Estate: Workshop**
Alias: "The Fulfillment," "The Back End," Fast Track to Foreclosure, "FTF"
Duration: 3 Day training (Friday- Sunday)
Cost: $1495+ Free Guest (unless special promotion running)

↓

**Trump Elite Packages**

| Trump Gold Elite | Trump Silver Elite | Trump Bronze Elite |
|---|---|---|
| Cost: $34,995 | Cost: $19,495 | Cost: $9,995 |
| •3 Day In- Person Field Coaching | •Creative Financing Retreat | •Wealth Preservation Retreat |
| •Creative Financing Retreat | •Wealth Preservation Retreat | •Quick Start Retreat |
| •Wealth Preservation Retreat | •Quick Start Retreat | •Incorporate Your Business |
| •Quick Start Retreat | •Commercial & Multi-Unit Retreat | |
| •Commercial & Multi-Unit Retreat | •REIT: Real Estate Investor's Online Training Program | |
| •Incorporate Your Business | •Incorporate Your Business | |
| •REIT: Real Estate Investor's Online Training Program | | |
| •One Year Membership: Foreclosure DealSource | | |





## TRUMP WORKSHOP PACKAGE VALUE

(As taken from Workshop Enrollment Form)

| ENROLLMENT | | | |
|---|---|---|---|
| Profit from Real Estate 3-Day Training: (12 Month Audit Privileges) | $1,495 | $1,495.00 | |
| Guest or Business Partner | Free Bonus | | |
| Premium Membership (12 months) | Free Bonus | | |
| Real Estate Breakthrough 2009 (Journal & Audio Course) | Free Bonus | | |
| Foreclosure DealSource (Workshop attendance and credit card required to activate 30 Day Free Trial) | Free Bonus* | | |

## TRUMP ELITE PACKAGE VALUE

(As taken from Elite Enrollment Form)

| PACKAGES | Retail Value | Event Special You Save 29% | | |
|---|---|---|---|---|
| ☐ **Trump Gold Elite:** | | | Total Due | |
| • 3 Day In-Field Mentorship | $25,000 | | | |
| • Wealth Preservation Retreat | $ 5,000 | | | |
| • Quick Start Real Estate Retreat | $ 5,000 | | | |
| • Creative Financing Retreat | $ 5,000 | | Paid at Enrollment | |
| • Commercial & Multi-Unit Retreat | $ 5,000 | | | |
| • Real Estate Investor Training Online Program | $ 3,000 | | | |
| • Incorporate Your Business (State Licensing fees not Included) | $ 995 | | | |
| • Foreclosure DealSource Property Listing Service (One Year Membership) | $ 420 | | | |
| | $49,415 | $34,995 | Balance | |
| ☐ **Trump Silver Elite:** | Retail Value | | | |
| • Wealth Preservation Retreat | $ 5,000 | | | |
| • Quick Start Real Estate Retreat | $ 5,000 | | | |
| • Creative Financing Retreat | $ 5,000 | | | |
| • Commercial & Multi-Unit Retreat | $ 5,000 | | | |
| • Real Estate Investor Training Online Program | $ 3,000 | | | |
| • Incorporate Your Business (State Licensing fees not Included) | $ 995 | | | |
| | $23,995 | $19,495 | | |
| ☐ **Trump Bronze Elite:** | Retail Value | | | |
| • Wealth Preservation Retreat | $ 5,000 | | | |
| • Quick Start Real Estate Retreat | $ 5,000 | | | |
| • Incorporate Your Business (State Licensing fees not Included) | $ 995 | | | |
| | $10,995 | $9,995 | | |

CONFIDENTIAL



| | Event Special You Save 19% | Balance Due Date and Notes | |
|---|---|---|---|
| | Event Special You Save 9% | | |

*Advanced Real Estate Training Options*

**PERSONALIZED TRAINING & GUIDANCE**

**In-Field Mentorship**
Nothing can accelerate a real estate investment more than having aTrump Mentor. Our Mentors fly into your market and in three action-packed days walk you through every step of a real estate transaction, from finding great properties to running the numbers to making the offers. You work hand in hand with the Mentor to learn how to invest the Trump way so that even when the Mentor is gone, you can continue to build your financial future.

**ADVANCED TRAINING RETREATS**

**Wealth Preservation Retreat**
Learn how to choose the proper entity for your real estate or other business, structure yourself for lower taxes, protect yourself from frivolous lawsuits, and pass your wealth on to your heirs while protecting them from financial threats. You will learn directly from an experienced team including an attorney, accountant and investor.

**Quick Start Real Estate Profits Retreat**
Create immediate and monthly cash flow without using any of your own money or credit. You will learn how to wholesale, lease option and owner-finance properties for quick profits.

**Commercial & Multi-Family Retreat**
Learn how to locate and analyze multi-unit properties by completing due diligence and learning market trends. You will learn: tax strategies, condo conversions, preconstruction, property management and more.

**Creative Financing Retreat**
Learn that creative financing can be more important than the money and credit you may or may not have. This retreat will teach you about financial statements, loan request packages, financing

CONFIDENTIAL



techniques, hard money connections, 1031 real estate exchanges, note techniques and much more...everything you will need to put deals together and get them closed.

**TOOLS AND RESOURCES**

**Incorporate Your Business**
If you are serious about investing in real estate or starting a new venture, you need to know about the many advantages of incorporating your business. The security that comes from forming an LLC cannot be underestimated, but the process can be confusing and time consuming. Trump University's LLC formation service handles your incorporation so that you can focus on building your business.

**Foreclosure DealSource**
This powerful foreclosure-finding tool gives you complete access to two million-plus constantly updated and refreshed distressed property listings throughout the United States. You'll get listings before they hit the open market–and before the competition can get a jump on your profit-making plans. You will find and buy foreclosed properties at incredibly low prices–often for pennies on the dollar!

**Wealth Builder's Network (WBN)**
Premium Membership in the WBN is an exceptional learning resource that will educate and advise you on what it takes to be successful–Trump style! Premium members have access to weekly online classes and webinars; a 24/7 Q&A answers resource; an interactive investing program; a comprehensive resource library; and much more.

**Real Estate Investor's Training Online Program (REIT)**
This course provides focused training covering all aspects of the business. Comprised of four interactive courses, real-world simulation, and learning materials, this program is a powerful way for you to start investing your way to monumental wealth in the shortest time possible.

**For more information on the Advanced Training Retreats, consult the Retreat & Special Events tab.*

CONFIDENTIAL





## TRUMP WORKSHOP PACKAGE VALUE

(As taken from Workshop Enrollment Form)

| ENROLLMENT | | | |
|---|---|---|---|
| **Profit from Real Estate 3-Day Training:** (12 Month Audit Privileges) | **$1,495** | **$1,495.00** | |
| **Guest or Business Partner** | **Free Bonus** | | |
| **Premium Membership** (12 months) | **Free Bonus** | | |
| **Real Estate Breakthrough 2009** (Journal & Audio Course) | **Free Bonus** | | |

## TRUMP ELITE PACKAGE VALUE

(As taken from Elite Enrollment Form)

| PACKAGES | Retail Value | Event Special You Save 28% | | |
|---|---|---|---|---|
| ☐ **Trump Gold Elite:** | | | **Total Due** | |
| • 3-Day In-Field Mentorship | $24,995 | | | |
| • Lease Option Real Estate Retreat | $ 4,995 | | **+ GST** | |
| • Fixer-Upper & Rehab Property Retreat | $ 4,995 | | | |
| • Creative Financing Retreat | $ 4,995 | | **Paid at Enrollment** | |
| • Commercial & Multi-Unit Retreat | $ 4,995 | | | |
| • Wealth Preservation Retreat | BONUS | | | |
| • Real Estate Investor Training Online Program | $ 3,000 | | | |
| • One-Year Trump Education Premium Membership | $ 599 | | | |
| | $48,574 | $34,995 | **Balance** | |

☐ **Trump Silver Elite:**

| | Retail Value | Event Special You Save 17% |
|---|---|---|
| • Lease Option Real Estate Retreat | $ 4,995 | |
| • Fixer-Upper & Rehab Property Retreat | $ 4,995 | |
| • Creative Financing Retreat | $ 4,995 | |
| • Commercial & Multi-Unit Retreat | $ 4,995 | |
| • Real Estate Investor Training Online Program | $ 3,000 | |
| • One-Year Trump Education Premium Membership | $ 599 | |
| | $23,579 | $19,495 |

☐ **Trump Bronze Elite:**

| | Retail Value |
|---|---|
| • Lease Option Real Estate Retreat | $ 4,995 |
| • Creative Financing Retreat | $ 4,995 |

CONFIDENTIAL

TRUMP UNIVERSITY

| | | Event Special You Save 15% | Balance Due Date and Notes | |
|---|---|---|---|---|
| | $10,589 | $8,995 | | |

*Canadian Advanced Real Estate Training Options*

**PERSONALIZED TRAINING & GUIDANCE**

**In-Field Mentorship**

Nothing can accelerate a real estate investment more than having a Trump Mentor. Our Mentors fly into your market and in three action-packed days walk you through every step of a real estate transaction—from finding great properties, to running the numbers, to making the offers. You work hand-in hand-with your Mentor to learn how to invest the Trump way so once your Mentor is gone, you can continue to build your financial future.

**ADVANCED TRAINING RETREATS**

**Lease Option Real Estate Retreat**
Create immediate and monthly cash flow without using any of your own money or credit. You will learn how to wholesale, lease option and owner-finance properties for quick profits.

**Fixer-Upper and Rehab Property Retreat**
Learn how to make money, have fun, and master the entire process of fixing up houses. Rehabbing properties is one of the most satisfying and exhilarating experiences in real estate, as well as a strategy that can make you a lot of money.

**Creative Financing Retreat**
Learn why creative financing can be more important than the money or credit you may or may not have. This retreat will teach you about financial statements, loan request packages, financing techniques, hard money connections, 1031 real estate exchanges, note techniques and much more...everything you will need to put together and close deals.

**Commercial & Multi-Family Retreat**

CONFIDENTIAL



Learn how to locate and analyze multi-unit properties by completing due diligence and learning market trends. You will learn about tax strategies, condo conversions, preconstruction, property management and more.

**Wealth Preservation Retreat**
Learn how to choose the proper entity for your real estate or other business, structure yourself for lower taxes, protect yourself from frivolous lawsuits, and pass your wealth on to your heirs while protecting them from financial threats. You will learn directly from an experienced team including an attorney, an accountant and investor.

TOOLS AND RESOURCES

**Wealth Builder's Network (WBN)**
Premium Membership in the WBN is an exceptional learning resource that will educate and advise you on what it takes to be successful--Trump style! Premium members have access to weekly online classes and webinars; a 24/7 Q&A answers resource; an interactive investing programme; a comprehensive resource library; and much more.

**Real Estate Investor's Training Online Programme (REIT)**
This course provides focused training covering all aspects of the business. Comprised of four interactive courses, real-world simulation, and learning materials—this programme is a powerful way for you to start investing your way to wealth in the shortest amount of time possible.

**For more information on the Advanced Training Retreats, consult the Retreat & Special Events tab.*

CONFIDENTIAL





**PREVIEW PLAYBOOK**

T A B L E O F C O N T E N T S

Behind The Scenes .......... 13
Canada Specifics .......... 24
Event Setup .......... 14
Overview .......... 13
Paperwork Basics .......... 23
Preview Event Timeline .......... 20
Registration Basics .......... 18
Room Diagram .......... 17
Team Ground Rules .......... 14

CONFIDENTIAL



**III. THE PREVIEW**
**Profit From Real Estate: Free Orientation**

At this free 90 minute **Profit From Real Estate Investing** training, students will learn real estate investing strategies that will help secure their financial future, generate additional income, work less, and create more wealth. Some of the topics covered include:

- How to Locate Great Deals, Great Neighborhoods, and Great Properties
- Distressed Property Strategies and foreclosure investing
- Contacting and Negotiating with Owners
- Financing Your Deals
- What to Do Once You Have the Property
- Quick Turning Investments
- Exit Strategies
- How to Generate Additional Income and Get Out of Debt
- And More!

**BEHIND THE SCENES OF THE PREVIEW**
**Pre-Event Timeline:**

| | |
|---|---|
| 8 Weeks Prior | Operations: Team Analyzes Market Data and History, and Books Campaign (*See Event Booking SOP in Policy & Procedure Section*) |
| 4 Weeks Prior | Operations: Schedule is Released & Flights are Booked (*See Egencia Corporate Travel Policy in Policy & Procedure Section*) |
| 3 Weeks Prior | Marketing: Email Sent to TU Database |
| 2 Weeks Prior | Marketing: Email Sent to TU Database |
| | Operations: Event Materials Ordered (*See Shipping Formula Policy in PC Playbook*) |
| | Marketing: Direct Mail (7-10 Days Prior to Event) |
| | Marketing: Newspaper Ad (7-10 Days Prior to Event) |
| 1 Week Prior | Marketing: Email to TU Database |

CONFIDENTIAL



| | |
|---|---|
| 5 Days Prior | Operations: Itinerary Constructed & Sent to Event Team with Marketing Ads (*See Event Booking SOP in Policy & Procedure Section*) |
| 4 Days Prior | Operations: Spec Sheet Constructed & Sent to PC with Meeting Room Details (*See Event Booking SOP in Policy & Procedure Section*) |
| 3 Days Prior | Marketing: Reminder Email Sent to Registrants |
| | Operations: PC Orchestrates & Facilitates Phone Conference for Event Team |
| 2 Days Prior | Marketing: Reminder Email Sent to Registrants |
| 1 Day Prior | Service: Reminder Call to Registrants |
| | Marketing: Reminder Email Sent to Registrants |
| Day Of | Operations: "Take 90 Minutes" Email Sent to No Shows by PCs |

CONFIDENTIAL



## AT THE PREVIEW

### Event Team Ground Rules

- All Trump U Team Members (travel permitting) will meet the evening prior to the preview to walk the space, setup the room, and ensure that all necessary materials that have been shipped to the hotel, have been located by the hotel staff.
- Team Members must arrive at the preview event space 2 hours prior to the event.
- All Trump U Team Members must be professionally dressed at least one-hour prior to the beginning of the preview. Attire must always be neat, ironed and professional. All Trump U Team Members will always be dressed in a suit and must (with the exception of the Speaker) wear their jacket throughout the duration of the preview. Trump U Team Members should never have visible tattoos or facial piercings at any Trump U events.
- Trump U name badges must be worn at all times.
- Trump U Team Members are not permitted to use cell phones during the preview. The only time cell phones are permitted is when be-backs are being contacted. Any coordinator utilizing their cell phone during a preview is required to inform the Program Coordinator as to their emergency or the be-backs they are contacting.
- All Trump U Team Members are responsible for learning all parts of the preview set up process and working cohesively to do everything within their power to contribute to a successful event.
- Sales Coordinators are not permitted to have personal laptops at preview events. The only laptops that should be present are those of the Speaker and the Program Coordinator.
- All event sessions: both session and orientation must be recorded through the mixer to ensure the highest feasible audio quality for transcription and audibility purposes. Speakers are required to be on mic regardless of the number of attendees present for session or orientation. (*See Recording Policy in Policy & Procedure section.)*

### Preview Registration Setup

- Registration Area Guidelines
  - This area should always be completed first to alleviate distractions and confusion for early preview attendee arrivals
  - First impressions are critical! Make sure the registration area is neat and organized
- Registration Area Setup
  - Signage must be prominent and presentable
  - Strategically place directional signs at point of entry
  - Place standup banner at registration table for additional effect
- Iron and place table banner on registration table
  - Place registration cards, guest registration cards, sharpies, and sticky name tags under the table until you are ready to start welcoming guests
- Setup music to run in event room during registration for easy transition to room when doors open

### Preview Event Space Setup

- Remember: No clutter! Main goal is to not let anything be a potential turnoff to a buyer or distract from the flow and presentation

CONFIDENTIAL



- Setup PC's Laptop Computer:
  - Confirm that Verizon card works within meeting space
  - Confirm power source
  - Connect credit card swiper
- Setup Speaker's Laptop Computer:
  - Confirm power source
  - Confirm laptop sound
  - Confirm projector connection
- Event Materials
  - Retrieve all necessary paperwork for preview from shipped boxes
  - Locate and organize materials needed
  - Stow boxes out of sight of the preview attendees
  - Display materials as indicated by Trump University
  - Be neat!! Lack of organization and disorder reflects poorly on Trump University and will directly influence attendee confidence and impacts efficiency
- Setup AV Equipment
  - Visual
    - Connect projector to power source and speaker laptop
    - Confirm projector power source and that projection is clear and straight on screen
    - Presentation check
    - Check that wireless presenter is working
    - Test Trump video to eliminate any issues before presentation
  - Audio
    - Connect mixer on back sales table to house sound and confirm power source
    - Put new batteries in lavaliere microphone, connect to mixer and confirm receiver power source
    - Connect iPod to mixer and confirm that it has been charged sufficiently
    - Connect Speaker laptop sound to mixer
    - Put new batteries in recorder and connect to mixer
    - Sound check
      - Lavaliere microphone and adjust volume as necessary
      - IPod shuffle, adjust volume as necessary, and cue "Money, Money, Money" song (The O'Jays) for introduction
      - Recorder through doing a "test" recording to ensure audibility
      - Speaker laptop sound and adjust volume as necessary
- Setup Front of Room
  - Display banners on cocktail rounds on either side of screen
  - Ensure that table banner is ironed and straight
  - Display incentive product as indicated by Trump University
  - Check that the hotel has provided a bar stool for speaker
  - Check that the hotel has provided three bottles of water for speaker
- Chair Setup

CONFIDENTIAL



- Room to be set theatre style
- Confirm that there are extra chairs available in neat stacks towards the back of the room. (As per diagram)
- Chairs should be close enough together to give attendees sufficient space, while still maximizing the room and bringing attendees out of their comfort zone
- Pens and pads should be placed on each chair. Extra pens and pads should be kept in the back so that they can be easily retrieved when chairs need to be added to the setup

- Overall Atmosphere
  - Confirm that room temperature is no more than 68 degrees
  - Check to see if bulbs need to be removed from overhead lighting to avoid screen washout
  - Walk speaker space to ensure adequate spacing from screen to first row of chairs

CONFIDENTIAL

TRUMP UNIVERSITY

**Preview Set Up Will Be As Per Diagram:**

CONFIDENTIAL



**Registration Basics**:

- Registration Goal
  - Welcome attendees
  - Find common ground
  - Disarm any uncertainty
  - Peak interest and/or "set the hook."

    **Consult Preview Registration Goals in Sales Playbook for more information*
- Registration Cards v. Email Tickets
  - If an attendee does not come with a printed email ticket with a scan bar, they MUST complete a registration card. All registration cards must follow the guidelines below:
    - Name, email, and phone number are required fields
    - Each card should be reviewed for legibility and completion- if something is missing, ask for it once
- Name Tags for Attendees
  - Once an attendee has returned a completed registration card, they will be provided with a name tag written by a Trump University Team Member
  - Clarify spelling preferences on attendee names – details count!
  - Ensure that names are written large and legibly on name tags
- Inform each attendee when you will open the doors to begin the Preview
  - Inform the attendees of the location of the water station
  - Know where the restrooms are located so that you are able to direct attendees as necessary
  - Be able to accommodate any special requests (For example: if an attendee arrives and he is on crutches, he should be immediately accommodated with a chair so that he does not have to stand and wait for doors to open)

CONFIDENTIAL



**3 Key Questions to Identify Buyers**

**1. What is your name?**
•Introduce yourself to each attendee at registration
• Establish rapport: shake hands, smile, and make eye contact
•Congratulate each attendee on being there

**2. What do you?**
•This can be brought up a number of ways, either by the look of pure exhaustion on an attendee's face after a long day or the way that they're dressed
•Let them know that you've found an answer to their problems and a way for them to change their lifestyle

*For example:*
Attendee: "Do I really have to fill out this registration card? I've been writing all day!"
TU Team Member: "Well, this is really a confirmation card so that we can confirm that all of your information is up-to-date in our system. So you had had a long day at work, huh? I think we just might have something to help you out of that 9-5 of yours! What is it that you do?"

**3. What brought you out here today?**
•This will let you know how much initiative they've made and what their interest level is.

*For example:*
Low Initiative: "My husband dropped me off and said I had to come because I never leave the house."
High Initiative: "I'm ready to make a change in my life because I want to provide a better life for my family.

**Remember:**
Once you've identified buyers, ask potentials to come and see you at the end of the presentation.

CONFIDENTIAL



**Preview Event Timeline:**

<table>
<tr><th></th><th>Speaker</th><th>Sales Coordinator #1</th><th>Sales Coordinator #2</th><th>Program Coordinator</th></tr>
<tr><td>Evening Prior:</td><td colspan="4">Event Team Meets, Walks the Event Space, and Discusses Plan of Action:<br>•Registration Roles<br>•Speaker Introduction<br>•Trigger Slide to Setup Sales Area<br>•Sales Roles</td></tr>
<tr><td>2 Hours Prior:</td><td rowspan="2">Speaker Drops Off His Laptop To Hook Up to Audio Visual</td><td colspan="3">Event Team Meets in Event Room to Setup Audio Visual, Banners, Directional Signage, Sales Coral, Front of Room, Tweak Chair Setup, and Locate Restrooms</td></tr>
<tr><td>1 ½ Hours Prior:</td><td colspan="3">Registration Area Is Set with Ironed Tablecloth and Visual & Sound Checks Have Been Done to Confirm Connections for<br>•Power Point Presentation<br>•Speaker Laptop<br>• Speaker Mic<br>• Handheld Mic for Speaker Intro<br>• IPod Sound<br>•Recorder</td></tr>
<tr><td>1 Hour Prior:</td><td>Speaker Returns to Meeting Room to Get In "Preview Mindset"</td><td colspan="3">Event Team Begins Registration & "Registration Roles"<br>•One Team Member Mans Registration Table<br>•One Team Member Acts as "The Floater"<br>•One Team Member Acts As "The Informant"</td></tr>
<tr><td>20 Minutes Prior:</td><td colspan="2">Speaker and "The Informant"<br>•Adjust The Room As Necessary Based Upon Current Numbers At Registration<br>•"The Informant" also caters to any last minute speaker</td><td colspan="2">Two Team Member Work Together At Registration to Identify Buyers and Register All Attendees<br>*See Registration Goals in Sales Playbook</td></tr>
<tr><td>15 Minutes Prior:</td><td colspan="4">•Welcome Announcement Is Made and Doors Open with Apprentice Song Playing<br>*See Team Door Introduction in Sales Playbook<br>•All Attendees are Directed and Seated By Trump U Team Members in an Efficient and Organized Manner<br>•Apprentice Song Transitions Into Trump Video<br>•Registration is Continued Throughout by at least 1 Trump U Team Member</td></tr>
<tr><td>At Event Time:</td><td>•Speaker Begins Presentation</td><td colspan="3">•Speaker Introduction Is Made By Team Member<br>*See Speaker Introduction in Sales Playbook<br>•Registration and Seating continues with 2 Team Members</td></tr>
</table>

CONFIDENTIAL

| | | | |
|---|---|---|---|
| 10 Minutes Into Event: | | •Sales Coordinator #1 Brings Registration Inside the Room and Registers and Seats Late Attendees while Watching for Buyer Signals (positive body language and responses to speaker questions)<br>•Sales Coordinator #2 Stands Outside the Meeting Space and Directs Latecomers Inside the Meeting Space to Registration | •Program Coordinator Enters All Registration Information Into the System<br>•Assists Sales Coordinator #1 with Registration & Seating If Necessary |
| 1 Hour Into Event: | | •Sales Coordinator #2 Returns To Meeting Space (Dependent Upon Number of Latecomers Still Arriving), Does Head Count, and Reports Number to PC<br>•Sales Coordinator #1 Watches Speaker for Signal (Too Hot, Needs Water, Cell Phones Ringing, Attendees Trying to Ask Questions, etc.) | •Program Coordinator Enters All Registration Information Into the System |
| 1 Hour, 15 Minutes Into Event | •Presentation | •Sales Coordinators Put Together Buyer Packages (Preview Kits & Breakthrough 2009 Inside Black Trump Bag)<br>•Write Appropriate Event Codes on Sales Forms | •Program Coordinator Finishes Entering All Registration Information Into the System<br>•Sends "Take 90 Minutes" Email to No Shows<br>•Assists Sales Coordinators if Time Permits |
| 1 Hour, 20 Minutes Into Event: | | •Team Sets Up Sales Area with Enrollment Forms, Product & Chairs After Seeing Key Closing Slide<br>•Display Free Premium (Reference Print Ad Sent with Itinerary) Outside On The Registration Table | |
| At The Close: | | •Team Mans The Sales Area, Stands Up, Is Attentive to Speaker and Attendee Movement, Gets in Sales Mindset, and is Ready to Sell, Sell, Sell!<br>*See Making the Sale in the Sales Playbook* | |

CONFIDENTIAL



| During Sales Time: | •Stand Off To Side of Sales Table (Away From Door), Speak With Students Over Mic, Get Them Excited, and Get Them Seated at Sales Table | •1 Sales Coordinator Closes Sales Between Center Aisle and Sales Table and Facilitates Enrollment Armed with Objection Rebuttals<br>•1 Sales Coordinator Stands Between the Audience and the Door and Slows Down Traffic of People Exiting and Facilitates Enrollment Armed with Objection Rebuttals<br>**See Objections & Rebuttals in Sales Playbook*<br>• *If Honoring Special Promotion: ( i.e. $500 Trump certificates) During the Entire Sales Break, Both Sales Coordinators Should Announce How Many $500-off Certificates They Have Left to Create Urgency.* | •Program Coordinator Stays Behind the Table and Collects Payment from People who are Sitting Down<br>**See Preview Close Steps in the Sales Playbook* |
|---|---|---|---|
| | •Once All Paperwork is Complete, Buyers Are Sent to the Pre-Determined location for "Orientation" | | |
| Orientation: | •One Team Member Conducts Orientation<br>**See Buyer Orientation in Sales Playbook*<br>•One Team Member Checks Hallways for Lingering Attendees and Approaches Them for a Sale<br>•One Team Member Walks to Retrieve Signage (If End of Day) with Special Attention to Solicitors (See Procedure in Compliance Section)<br>•One Team Member Starts Packing up (If End of Day- do NOT Put Boxes on Tables While Attendees are Still Present) | | •Program Coordinator checks to make sure Orientation Session is Being Recorded<br>•Program Coordinator Collects Remaining Payments, Completes Entry of Sales, Paperwork, and Sends Session Report |
| At the Close of Orientation: | •All Team Members Congratulate and Shake Hands with Buyers | | |
| After the Event: | •All Team Members Pack Up as a Team | | |

CONFIDENTIAL



**Paperwork Basics:**

- The Enrollment Form
  - The Buyers Role
    - Enrollment forms must contain all buyer information: full name, address, email, and phone number
    - Buyers will be encouraged to list a guest and all pertinent guest contact information
    - The buyer must circle the form of payment through which he/she will be paying- ALL PAYMENTS MUST BE RECEIVED IN FULL
    - The buyer must initial that he/she is aware of his/her three day right to rescind
    - The buyer must initial in order to authorize the activation of their 30 day Foreclosure DealSource trial membership (a valid credit card must be used for purchase, or accompany a cash or check payment for activation purposes)
    - The bottom of the enrollment form must be signed and dated by the buyer

**Reminder!!!**

•Full payment of $1495 must be collected before paperwork is submitted to Trump U office after the Preview. Down payments are NOT an acceptable form of payment. If full payment is not received during preview event, the contract will be transferred to the inside sales department and will not be counted towards the final conversion. No exceptions.

•A post dated check is never accepted as a form of payment on a preview.

  - The Trump U Team Member Role
    - Verify that all buyer information is present
    - Encourage the buyer to list a guest if the field is blank
    - Write the last four digits of the credit card number or the check number dependant on form of payment circled
    - Verify that the bottom of the enrollment form is signed
    - Verify that the buyer has initialed to acknowledge his right to cancel within three days
    - Verify that the buyer has signed in agreement of the terms of Foreclosure DealSource
    - Verify that the top of the enrollment form indicates the team present and accurate event code
    - Write the current date and the date that is concurrent with the three day cancellation policy on the back of the buyers pink enrollment form and the back of the white enrollment form.
- The Terms & Conditions Form
  - The Buyers Role

CONFIDENTIAL



- Print, sign, and date where indicated
  - The Trump U Team Member Role
    - Verify that the buyer has printed, signed, and dated appropriately
- The Buyer Package
  - Once payment has been run through and confirmed, the buyer should be presented with the following:
    - The pink copy of the Enrollment Form and the Terms & Conditions Form stapled together and tucked into their Trump folder (Preview Kit) containing all of the necessary event information
    - The buyer incentive (currently: Breakthrough 2009)
    - The above should be bundled together and placed in a blue and gold Trump bag
    - Direct the student to a seat near the other buyers for orientation

**STOP**

Retention starts here.
Be sure to congratulate the buyer, shake hands, and make eye contact to ensure that they are cognizant of what a life changing decision they just made!
Get them excited!

**Canada Specifics**:

- Please note that the following items are different for Canada campaigns:
  - A 5% tax applies to all purchases (a $1495 product is really $1569.75)
  - Rights to rescind vary by Provence- check the back of the enrollment form for details within the Provence of each campaign
  - The Canadian preview product does not currently include a trial to Foreclosure Deal Source or a Breakthrough Kit- the Canadian Workshop package includes:
    - Three day workshop with one year of audit privileges
    - One year Wealth Builder's Network Premium Membership

CONFIDENTIAL





# FULFILLMENT PLAYBOOK

T A B L E   O F   C O N T E N T S

Behind the Scenes ........ 26
Canada Specifics ........ 41
Event Setup ........ 27
Fulfillment Event Timeline ........ 32
Overview ........ 26
Paperwork Basics ........ 39
Post-Fulfillment Items ........ 41
Registration Basics ........ 31
Room Diagram ........ 30
Team Guidelines ........ 27

CONFIDENTIAL



## IV. THE FULFILLMENT

During this 3-Day Profit from Real Estate Investing workshop, students will learn strategies they need to know in order to build their fortune through real estate investing. Students will even have the opportunity to bring potential leads to class, and the instructor will do a live call on a potential deal. Students will have the opportunity to meet with a Trump U Team Member and have a one-on-one consultation, where their goals will be reviewed, and they'll discover their path to success.

**This 3-day Real Estate Investing workshop will teach how to:**

- Understand the foreclosure process
- Locate great deals
- Find properties
- Create great credit
- Structure the deal
- Understand short sales
- Invest in bank REOs
- Use commercial financing
- Build a buyer's list
- Turn over your real estate quickly
- And more!

**Behind the Scenes between the Preview & the Fulfillment/ Pre-Fulfillment Timeline:**

| | |
|---|---|
| During Preview: | Operations: Live Events Coordinator Orders Materials for Fulfillment Training (*See Shipping Formula Policy in PC Playbook*) |
| Immediately Following the Preview: | Service: Buyer Receives Welcome Email Inviting Him to the Wealth Builder's Network Premium |
| Day After Preview: | Service: Welcome Email Sent |
| | Service: Webinar Orientation Email Sent |
| | Service: Welcome Call From Welcome Team |
| 1Week Prior to Fulfillment: | Live Events: Buyer Receives Letter from Speaker (sent from 40 Wall) |
| 5 Days Prior: | Operations: Itinerary Constructed & Sent to Event Team (*See Event Booking SOP under Policy & Procedure tab.)* |
| 4 Days Prior: | Operations: Spec Sheet Constructed & Sent to PC with Meeting Room Details (*See Event Booking SOP under Policy & Procedure tab.)* |
| 3 Days Prior: | Operations: PC Orchestrates & Facilitates Phone Conference for Event Team (if applicable) |
| 2 Days Prior: | Service: Reminder Call |
| Day Of: | Operations: PC Emails No-Shows to Service<br>Service: Calls No-Shows to Get Them to Event |

CONFIDENTIAL



## AT THE FULFILLMENT
### Event Team Ground Rules

- All Trump U Team Members (travel permitting) will meet the evening prior to the preview to walk the space, setup the room, and ensure that all necessary materials that have been shipped to the hotel, have been located by the hotel staff.
- Team Members must arrive in the fulfillment event space 2 hours prior to the event.
- All Trump U Team Members must be professionally dressed at least one-hour prior to the beginning of the Fulfillment. Attire must always be neat, ironed and professional. All Trump U Team Members will always be dressed in a suit and must wear their jacket throughout team introductions on day one, and throughout the first 30 minutes on day two, and day three. Trump U Team Members should never have visible tattoos or facial piercings at any Trump U events.
- Trump U name badges must be worn at all times.
- Trump U Team Members are not permitted to use cell phones during the fulfillment. The only time cell phones are permitted is when no-shows are being contacted or, in very limited circumstances, the Trump U Team Member has verbally indicated to the other Team Members that he/she must make an extremely important call.
- All Trump U Team Members are responsible for learning all parts of the fulfillment set up process and working cohesively to do everything within their power to contribute to a successful event.
- Sales Coordinators are permitted to use their personal laptops during three day training events. All Trump University Team Members will be required to have the Trump University Mandated Desktop Background at all Trump University Events. *(See Mandatory Desktop Background under Policy & Procedure tab.)*
- All Trump University fulfillments, workshops, and retreats will be recorded for compliance and training purposes. All sessions will be recorded directly through the mixer to ensure the highest feasible sound quality for transcription and audibility purposes. All days, all hours, all staff speakers must be recorded at all times. Mics must always be worn when anything is being spoken from the front of the room. The only time the mic may be turned off is when phone calls are being made, as it is illegal to record these calls without the other party's consent. *(See Recording Policy under Policy & Procedure tab.)*

### Fulfillment Registration Setup

- Registration Area Guidelines
    - This area should always be completed first to alleviate distractions and confusion for early attendee arrivals.
    - First impressions are critical! Make sure the registration area is neat and organized.
- Registration Area Setup
    - Signage must be prominent and presentable
    - Strategically place directional signs at point of entry
    - Place standup banner at registration table for additional effect
    - Iron and place table banner on registration table
    - Place registration cards, guest registration cards, roster, printed name tags, sharpies, and extra name tags under the table until you are ready to start welcoming guests

CONFIDENTIAL



- Setup music to run in event room during registration for easy transition to room when doors open

**See Student Fulfillment Experience Expectations in Sales Playbook for further details.*

**Fulfillment Event Space Setup**

- Remember: No clutter! Main goal is to not let anything be a potential turnoff and distract from the flow of the event
- Setup PC's Laptop Computer:
  - Confirm that Verizon card works within meeting space
  - Confirm power source
- Setup Speaker's Laptop Computer:
  - Confirm power source
  - Confirm laptop sound
  - Confirm projector connection
  - Confirm internet connection (if applicable)
- Event Materials
  - Retrieve all necessary paperwork for preview from shipped boxes
  - Locate and organize materials needed
  - Stow boxes out of sight of the attendees
  - Display materials as indicated by Trump University
  - Be neat!! Lack of organization and disorder reflects poorly on Trump University and will directly influence attendee confidence and impacts efficiency
- Setup AV Equipment
  - Visual
    - Connect projector to power source and speaker laptop
    - Confirm projector power source and that projection is clear and straight on screen
    - Confirm overhead projector power source and that projection is straight on screen
    - Place adequate transparencies and overhead markers next to the overhead projector
    - Presentation check
    - Check that wireless presenter is working
- Audio
  - Connect mixer on back sales table to house sound and confirm power source
  - Replace batteries in lavaliere microphone, connect to mixer and confirm receiver power source
  - Replace batteries in handheld microphone, connect to mixer and confirm receiver power source
  - Connect iPod to mixer and confirm that it has been charged sufficiently
  - Connect Speaker laptop sound to mixer
  - Put new batteries in recorder and connect to mixer
  - Sound check



- Lavaliere microphone and adjust volume as necessary
- Handheld microphone and adjust volume as necessary
- IPod shuffle, adjust volume as necessary, and cue "Money, Money, Money" song (The O'Jays) for introduction
- Recorder through doing a "test" recording to ensure audibility
- Speaker laptop sound and adjust volume as necessary

- Setup Front of Room
  - Display banner on 6 ft. table between two screens
  - Ensure that table banner is ironed and straight on 6 ft. table that is between two screens
  - Display giveaway products as indicated by Trump University
  - Check that the hotel has provided a bar stool for speaker
  - Check that the hotel has provided three bottles of water for speaker
- Chair Setup
  - Room to be set classroom style
  - Pens and pads should be placed at each place setting. Extra pens and pads should be kept in the back so that they can be easily retrieved when chairs need to be added to the setup
  - A water glass should be at each place setting, and pitchers of water should be within reach for each attendee
  - No candy should ever be on tables!
- Overall Atmosphere
  - Confirm that room temperature is no more than 68 degrees
  - Check to see if bulbs need to be removed from overhead lighting to avoid washing out of screens
  - Walk speaker space to ensure adequate spacing from screens to first table

CONFIDENTIAL



TRUMP
UNIVERSITY

Fulfillment Set Up Will Be As Per Diagram:

8' or 10' SCREEN
8' or 10' SCREEN
Must have no less than 25' from front of room to the first table
6' Table Skirted with Additional table cloth available
1 or 2 Power outlets available
State Flag to Right of screen; and Green Plant on outside
American Flag to Left of screen; and Green Plant on outside
BARSTOOL
TU Provides our own Screens, Power Cords and AV Equipment
Two Skirted Squares or Large 6' Tables
"Classroom style" seating - Place two chairs per 6' table unless otherwise directed.
COFFEE/WATER/ BEVERAGE SVC Inside the room
Must Have Rear Entrance
All Large 6' skirted
Staff Tables
Need AV, Power and Phone line hooks up at staff table

CONFIDENTIAL

Exhibit 36, Page 1007 TU 52964



**Fulfillment Registration Basics:**

- Welcome Attendees
- Check Each Attendee Off on the Roster
  - Ask if he/ she has changed any contact information since last you saw them, if so, hand them a white primary registration card so that they may record the correct information to be entered into our system
  - Ask if he/she has brought a guest
    - If a guest is present they must fill out a blue guest card in order to complete the registration process
    - Each card should be reviewed for legibility and completion. If something is missing, ask for it.
  - In the event that an attendee is not on the roster, write down their name, and ask for them to step to the side and that you will investigate and be back with them momentarily
- Name Tags
  - After each attendee has completed all of his/her paperwork, they may receive a name tag
  - Remind the attendee that name tags must be worn at all times, and set an example by wearing yours
  - If an attendee's name is spelled incorrectly on their name tag, apologize and hand-write them a new one. Make a note of it and let them know that you will get them a printed name tag at break.
  - Hand-write name tags for unexpected guests. Make a note of it and let them know that you will get them a printed name tag at break.
- Photos
  - Student photos will be taken at all Trump University fulfillments, workshops, and retreats to be used for one-on-one and compliance purposes.

> *Note:*
>
> *If at any time a student refuses to have their picture taken, the Program Coordinator will utilize a picture of the Trump Logo and write the student's name on the logo.*

  - All photos must be taken in the following manner:
    - After receiving a name tag, students will be directed to the designated staff photographer to have their picture taken. Students must wear their name tags in their photos so that the student's name is clearly posted in the picture. *For additional information, consult the Student Photo Procedure in the Policies & Procedures Section
- Entering the Event Room
  - Students may enter the event room once they have completed the entire registration process.

CONFIDENTIAL



**Evening Prior to Fulfillment- Event Responsibilities:**

| Pre-Event Responsibilities | Speaker | Sales Coordinator #1 | Sales Coordinator #2 | Program Coordinator |
| --- | --- | --- | --- | --- |
| Evening Prior: | Event Team Meets, Walks the Event Space, and Discusses Plan of Action:<br>•Registration Roles<br>•Team Introductions<br>•Format for the Weekend<br>•When Student Profiles Distributed | | | |

**Day 1 Fulfillment-Event Responsibilities:**

| Day 1 Responsibilities | Speaker | Sales Coordinator #1 | Sales Coordinator #2 | Program Coordinator |
| --- | --- | --- | --- | --- |
| 2 Hours Prior: | | Event Team Meets in Event Room to Setup Audio Visual, Banners, Directional Signage, Sales Coral, Front of Room, Tweak Room Setup as Per Number Registered, Locate and Setup Workbooks and Other Paperwork and Locate Restrooms | | |
| 1 ½ Hours Prior: | Speaker Drops Off His Laptop To Hook Up to Audio Visual | Registration Area Is Set with Ironed Tablecloth, Name Tags are Ready to go, and Visual & Sound Checks Have Been Done to Confirm Connections for<br>•Power Point Presentation<br>•Overhead Projector<br>•Speaker Laptop<br>• Speaker Mic<br>• Handheld Mic<br>• IPod Sound<br>•Recorder | | |

CONFIDENTIAL



TRUMP
UNIVERSITY

| 45 Minutes Prior: | Speaker Returns to Meeting Room to Get In "Fulfillment Mindset" | Event Team Begins Registration & "Registration Roles"<br>**See Student Fulfillment Experience Expectations in Sales Playbook*<br><br>Doors Open, Music is Playing<br>•One Team Member Mans Registration Table<br><br>•One Team Member Acts as "The Photographer"<br><br>•One Team Member Acts As "The Welcomer" | |
|---|---|---|---|
| At Event Time: | •Speaker Begins Presentation | •Registration & Photos Continue Outside with 2 Team Members<br><br>•One Team Member Seats Latecomers and Watches for Speaker Signals | |
| 15 Minutes Into Event: | | •Sales Coordinator #1 Brings Registration Inside the Room and Registers Late Attendees and Sends them Outside to Have Their Photo Taken<br><br>•Sales Coordinator #2 Stands Outside the Meeting Space and Directs Latecomers Inside and Takes Pictures as Necessary | •Program Coordinator Enters All Registration Information Into the System<br>•Assists Sales Coordinator #1 with Registration & Seating If Necessary |
| 30 Minutes Into Event: | •Presentation | •Sales Coordinator #2 Returns To Meeting Space (Dependent Upon Number of Latecomers Still Arriving), Does Head Count, and Reports Number to PC<br><br>•Sales Coordinator #1 Watches Speaker for Signal (Too Hot, Needs Water, Cell Phones Ringing, Attendees Trying to Ask Questions, etc.) | •Program Coordinator Enters All Registration Information Into the System |
| When Speaker Announces Attendee Introductions: | | •Sales Coordinators Take Notes with Special Attention to Real Estate History, Current Profession, and Interest Level | •Program Coordinator Prepares Day 1 Report While Listening |

CONFIDENTIAL


TRUMP
UNIVERSITY

| | | | |
|---|---|---|---|
| When Speaker Announces Team Introductions: | | •All Team Members Drop What They Are Doing and Walk to Front of the Room for Introduction<br>**See Team Introductions in Sales Playbook* | |
| If a Student Comes In to Cancel: | | •One Team Member Discreetly Works With Them to Fill Out All Appropriate Paperwork and Collect All Necessary Materials | |
| Photos Are Printed | •Presentation | Each Student's Photo Will be Printed Twice:<br>•The first photo should be printed in either 3x5 or wallet size. This photo will be stapled to the Student goal sheet for the team's review. The photo will be removed before the Student profile sheet is returned and stapled to the Photo & Testimonial Consent Form and Return to the office.<br>•The second photo should be printed in 4x6 size. This photo will be used on the photo boards That are utilized to display the assigned teams for the event.<br>Photos Will Also Be Emailed to Corporate:<br>•All student photos from each event will be downloaded onto the shared server, and placed in the folder marked "Student Photos." Program Coordinators will create a folder labeled with the event code within the "Student Photos" folder so that it may be easily referenced in the instance of a chargeback. | |
| When Speaker Announces: | •Student Profiles: Team Works Together to Distribute Student Profiles to Class<br>•Break Out Sessions: Team Splits Up and Conducts Separate Break Out Sessions<br>**See Break Out Sessions in Sales Playbook* | | |
| On Breaks: | •Team mingles with students with special attention to relieving the Speaker from needy attendees<br>**See Building Rapport & Planting Seeds in Sales Playbook*<br>•Team manages that music is playing on all breaks | | |
| Throughout the Day: | •Presentation | •Attentive to Speaker Signals and Requests<br>•Assists PC with Photos and Handouts as Necessary<br>•Available to Students for Questions | •Checks to make sure everything is being recorded Section<br>•Completes Day 1 Report |

| | | | |
|---|---|---|---|
| | | | •Works with Hotel to Receive Assistance, Room Refreshing, and Billing<br>•Tends to Student Needs as Necessary |

**Evening of Day 1- Event Responsibilities:**

| Day 1 After Event Responsibilities | Speaker | Sales Coordinator #1 | Sales Coordinator #2 | Program Coordinator |
|---|---|---|---|---|
| | •Team Works Together to Identify Potential Buyers With Student Profile Sheets | | | |

**Identifying Buyers:**

Once you have the completed profiles, the team should go through each profile and determine who has the most and least liquid assets and rank them using the following scale:

E1 – Over $35,000 of liquid assets

E2 – Between $20,000 and $30,000 of liquid assets

E3 – Under $10,000 of liquid assets

E4 – Less than $2,000 of liquid assets

401ks and IRAs should not be considered when using the ranking system since these are not liquid, available cash.

**Prior to Day 2, the team should review One-on-One/Making the Sale in the Sales Playbook, along with Objections & Rebuttals.*

CONFIDENTIAL



**Day 2 Event Responsibilities:**

| **Day 2 Responsibilities** | **Speaker** | **Sales Coordinator #1** | **Sales Coordinator #2** | **Program Coordinator** |
|---|---|---|---|---|
| 1 Hour Prior: | Speaker Drops Off His Laptop To Hook Up to Audio Visual | Event Team Meets in Event Room to Setup Audio Visual, Banners, Directional Signage, Tweak Room Setup as Necessary, Locate Necessary Paperwork for Day 2 (Handouts, etc), and Setup Cocktail Rounds Outside Meeting Space for One-On-Ones | | |
| 45 Minutes Prior: | | Registration Area Is Set with Ironed Tablecloth, Extra Name Tags are Ready to go, and Visual & Sound Checks Have Been Done to Confirm Connections for :<br><br>•Power Point Presentation<br>•Overhead Projector<br>•Speaker Laptop<br>• Speaker Mic- Change Batteries<br>• Handheld Mic- Change Batteries<br>• IPod Sound<br>•Recorder- Change Batteries<br>•Ensure that Polycom is Setup for Calls | | |
| 1/2 Hour Prior: | Speaker Returns to Meeting Room to Get In "Fulfillment Mindset" | Event Team Registers Any Guests that Were Not in Attendance on Day 1<br>Doors Open, Music is Playing<br>Team Members Mingle with Students | | |
| At Event Time: | •Speaker Begins Presentation | •Registration & Photos Continue Outside with 2 Team Members<br>•One Team Member Seats Latecomers and Watches for Speaker Signals | | • PC Works on Day 2 Report<br>• Prepare Sign Up Sheet if Necessary |
| On Breaks: | •Team mingles with students with special attention to relieving the Speaker from needy attendees<br>•Team manages that music is playing on all breaks | | | |
| During the Close: | •Presentation | •Entire Team is in Event Room and is Attentive to Presentation<br>•Team Watches for Buyer Signals | | |

CONFIDENTIAL



| Throughout the Day: | •Presentation | •Attentive to Speaker Signals and Requests<br>•Begin One-On-Ones<br>**Refer to The One-on-One/Making the Sale in the Sales Playbook and Objections & Rebuttals*<br>•Available to Students for Questions | •Check to make sure everything is being recorded<br>•Complete Day 2 Report<br>•Tend to Student Needs as Necessary<br>•Work with Hotel to Receive Assistance, Room Refreshing, and Billing<br>•Prepare folders to be distributed at close<br>•Prepare packages to be distributed to buyers |
|---|---|---|---|

One-on-Ones: See Sales Playbook for Full Guidelines and Remember:

- Each One-On-One should be no longer than 20 minutes. At the end of 20 minutes, you should know whether they are displaying buying signals or not.
- Treat every One-On-One the same. Remember that students like to stretch the truth and/or not put all of their information on their form.
- Have fun! They are looking up to us and we are the experts!!

**Evening of Day 2- Event Responsibilities:**

| **Day 2 After Event Responsibilities** | **Speaker** | **Sales Coordinator #1** | **Sales Coordinator #2** | **Program Coordinator** |
|---|---|---|---|---|
| | •Team Meets to Discuss One-On-One Findings and Create Plan of Action for Sunday | | | |

CONFIDENTIAL



**Day 3- Event Responsibilities:**

| Day 3 Responsibilities | Speaker | Sales Coordinator #1 | Sales Coordinator #2 | Program Coordinator |
|---|---|---|---|---|
| 1 Hour Prior: | Speaker Drops Off His Laptop To Hook Up to Audio Visual | Event Team Meets in Event Room to Setup Audio Visual, Banners, Directional Signage, Tweak Room Setup as Necessary, Locate Necessary Paperwork for Day 2 (Handouts, etc), and Setup Cocktail Rounds Outside Meeting Space for One-On-Ones | | |
| 45 Mins Prior: | | Registration Area Is Set with Ironed Tablecloth, Extra Name Tags are Ready to go, and Visual & Sound Checks Have Been Done to Confirm Connections for<br>•Power Point Presentation<br>•Overhead Projector<br>•Speaker Laptop<br>• Speaker Mic- Change Batteries<br>• Handheld Mic- Change Batteries<br>• IPod Sound<br>•Recorder- Change Batteries | | |
| 1/2 Hour Prior: | Speaker Returns to Meeting Room to Get In "Fulfillment Mindset" | •Doors Open, Music is Playing<br>•Team Members Mingle with Students | | |
| At Event Time: | •Speaker Begins Presentation | •One-On-Ones Continue | | |
| On Breaks: | •Team mingles with students with special attention to relieving the Speaker from needy attendees<br>•Team manages that music is playing on all breaks | | | |
| Throughout the Day: | •Presentation | •Attentive to Speaker Signals and Requests<br>•Continue One-On-Ones<br>•Available to Students for Questions | | •Check to make sure everything is being recorded<br>•Run Sales as Necessary<br>•Tend to Student Needs as Necessary<br>•Work with Hotel to Receive Assistance, Room Refreshing, and Billing<br>•Prepare Packages to be Distributed to Buyers |

CONFIDENTIAL

| | | |
|---|---|---|
| Survey Distribution: | •Distributed Surveys to All Attendees & Collects Once Completed in Exchange for Certificates | |
| WBPN/ FDS Presentation: | | •Conduct Presentation at Front of Room, End in Announcing Phone Conference to Be Held on Monday **See Buyer Orientation Phone Conference in Sales Playbook* |
| Buyer Orientation: | •Speaker Conducts Elite Buyer Orientation. **See Buyer Orientation in Sales Playbook* | |
| Send Off: | •Team congratulates buyers, shakes hands, and reinforces the purchase at send-off, leaving buyers feeling that they made the right decision | |

**Fulfillment Paperwork Basics**:

- The Enrollment Form
  - The Buyers Role
    - Enrollment forms must contain all buyer information: full name, address, email, and phone number
    - Buyer must indicate as to which package they are enrolling
    - Buyers will be encouraged to list a guest and all pertinent guest contact information
    - The buyer must circle the form of payment that he/she wishes to pay with
    - The bottom of the enrollment form must be signed by the buyer

**Post-Dated Checks Policy:**
*Note: In the instance that a check is post-dated, it will be considered as a pending sale until the date of the check comes to fruition.*
Procedure for Documenting a Post-Dated Check:

•A post-dated check does not count towards the dollars/head collected, nor will it count as a sale or towards any conversion until the check is deposited.
•A check's date should never be more than ten days in advance of the date that it is collected.
•All checks collected, must be entered into the dev. To enter a post dated check, select the check option as a form of payment. Enter all pertinent information, and then select the date from the calendar icon that corresponds with the date that is on the check. The check will not be counted as "cash collected" until the actual date that it is posted dated to.
**For more information, reference the Post-Dated Check Policy in the Policy & Procedure Section.*



- The Trump U Team Member Role
  - Verify that all buyer information is present
  - Encourage the buyer to list a guest if the field is blank
  - Write the last four digits of the credit card number or the check number dependant on form of payment circled
  - Verify that the bottom of the enrollment form is signed
  - Verify that the top of the enrollment form indicates the team present and accurate event code
- The Terms & Conditions Form
  - The Buyers Role
    - Print, sign, and date where indicated
  - The Trump U Team Member Role
    - Verify that the buyer has printed, signed, and dated appropriately
- The Buyer Package
  - Once payment has been run through and confirmed, the buyer should be presented with the following:
    - The pink copy of the Enrollment Form and the Terms & Conditions Form stapled together and tucked into their Trump Padfolio containing the Gold Elite Kit, or portion thereof dependant on which programs are purchased
    - Any buyer incentives (Giveaways)

**STOP**

Retention starts here.

Be sure to congratulate the buyer, shake hands, and make eye contact to ensure that they are cognizant of what a life changing decision they just made!

Get them excited!



**Post Fulfillment Procedure**

| | |
|---|---|
| Day After Fulfillment: | Service: Welcome Call From Program Director to Schedule Mentorship and Retreats for All Trump Elite Package Buyers |
| | Event Team: Calls Buyers That Needed Extra Reassurance |
| | Event Team: Calls Pendings To Follow Up |
| Within 3 Days of Fulfillment: | In the case that a buyer calls and attempts to cancel, the team will be notified immediately. The team is responsible for calling the student and trying to save. **See Phone Save in Sales Playbook* |
| 5 Days After Fulfillment: | Operations: Survey Analysis is Compiled and Sent Out to 40 Wall Management Team and Event Team For Review **See Survey Procedure under Policy & Procedure tab.* |
| Ongoing: | Service: Students Receive Weekly Webinar Invitations and Updates From Wealth Builder's Network Premium |

**Canada Specifics**:

- Please note that the following items are different for Canada fulfillments:
  - A 5% tax applies to all purchases (a $34,995 product is really $36,744.75)
  - Rights to rescind vary by Provence- check the back of the enrollment form for details within the Provence of each campaign
  - The Canadian Elite packages are different than those offered in the U.S.:
    - There is an additional retreat offered: the Fixer-Upper & Rehab Property Retreat
    - All retreats are conducted in Canada (with the exception of the Wealth Preservation Retreat)
    - The Wealth Preservation Retreat is an added bonus to the Gold Package since it is conducted in the U.S. and is U.S. specific
    - There is no LLC Formation Service available
    - A one-year subscription of Foreclosure DealSource does not apply, since FDS is a property listing service that only applies to the U.S.

CONFIDENTIAL





## RETREATS & SPECIAL EVENTS

TABLE OF CONTENTS

Commercial & Multi-Unit Retreat Summary ........ 45
Creative Financing Retreat Summary ........ 44
General Overview ........ 43
Kickstart Retreat Summary ........ 47
Quick Start Retreat Summary ........ 43
Team Ground Rules ........ 43
Wealth Preservation Retreat Summary ........ 46

CONFIDENTIAL



## V. RETREATS & SPECIAL EVENTS

Trump University offers four distinctive Advanced Training Retreats within their U.S. Elite Packages: Commercial & Multi-Unit, Quick Start, Creative Financing, and Wealth Preservation. In addition to these four retreats, in Trump Education's Canadian Elite Packages, a Fixer-Upper & Rehab Property Retreat is available. In addition to Advance Training Options and the stable Profit From Real Estate events, Trump University takes pride in piloting special events that cater to the needs and wants of our students. These events have ranged from Internet Marketing, to motivation themed events such as Kick Start Your Success, to Wealth Summits, to our new REFIT Program. Below is a detailed description of our most popular Advanced Training Retreats.

### Retreat & Special Event Team Ground Rules

Retreats & Special Events are very important at Trump University. The Team Members that facilitate these events are working with our very best customers, and must be nothing less than the best of the best themselves. The Trump University Team is truly the best of the best, however Retreat & Special Events Team Members are the crème de la crème of the best of the best. Coordinators may request to work special events, however all Special Event Teams are carefully selected to ensure that our best customers have the best possible experience.

Although each Retreat & Special Event calls for its own specifications, we do ask you to remember to always be professionally, maintain team chemistry, answer questions while planting seeds for the sale, never be afraid to ask for the sale, and most of all- have fun! Chances are, if you're having fun, the attendees will have fun learning too!

Don't forget to take notes when you're out at new events. Some events will call for one-on-ones, and some for table rushes, either way, keep your eyes and ears out for attendees needs and wants so that we can tweak the program for the next time. Write any observations that you may have down, so that you don't forget them. Most of these events end with a debrief call with our own Trump Power Team at 40 Wall, including President, Michael Sexton!

## QUICK START REAL ESTATE PROFITS RETREAT

You're going to love the Quick Start retreat. You'll be immersed in a variety of fundamental investment techniques right from day one. Don't expect to just sit and listen to your instructor lecture for three days. You'll be role-playing and making phone calls so you'll feel comfortable when you start doing it for yourself. The Quick Start retreat will show you step-by-step how to create quick cash immediately, and how to build a large monthly cash flow without using any of your own money or credit. You'll learn how to wholesale, lease-option, and owner-finance properties in your own backyard for quick cash profits.

### Three fundamentals get you in the business of making deals right away

Quick-Turn **Wholesaling** is the business of locating properties at bargain prices and then quickly passing them onto investors or landlords at prices well below retail. With a Lease-Option, you can control properties with no cash, credit or a license. A **Lease-Option** buyer leases a property

CONFIDENTIAL



and has the right or "option" to purchase the property on or before the end of the lease agreement. Quick Turn **Owner Financing** is the business of creating financing to purchase properties. This allows you to sell, acting as the bank, receiving monthly payments. And you do it all without the use of any lending institution involved in the transaction.

**This three-day immersive retreat will teach you how to:**

- Buy and sell real estate without using any of your money or credit
- Buy potentially millions of dollars' worth of property without a down payment
- Make money on properties you don't even own
- Buy your dream home without going to the bank
- Receive cash back at closing when you buy
- Build a large monthly cash flow

Your instructor will also present a special flowchart that takes you through the 10 specific steps to investment success. Every potential roadblock is reviewed so you'll know exactly what to do if you hit one. Hundreds of students have said that this part of the retreat alone was worth the price of admission. The retreat will conclude with a very specific 90-day Action Plan that will take you week-by-week through all the steps you need to start profiting from real estate.

## CREATIVE FINANCING RETREAT

The Creative Financing retreat debunks the myth that having bad credit, no credit, or lack of funds are roadblocks to getting financing. This retreat will show you exactly where the money is and how to get it so you can finance your investments. Your instructor will not only tell you how to bypass the credit crunch to get that financing money, but also what to do with it once you get it. After this retreat, you will have the knowledge, confidence, and contacts you need to invest in any residential or commercial property worth buying.

**This three-day immersive retreat will teach you how to:**

- **Learn and master the best-known creative real estate financing strategies**
- **Master strategies for residential or commercial property**
- **Compile financial statements and loan request packages**
- **Explore lending sources, including hard-money lenders**
- **Find 20 different strategies and techniques to creatively finance your investment property**

Here's a quick preview of five money sources and strategies that have helped thousands of students invest in real estate--regardless of their financial situation. These and many more will be detailed during the Creative Financing retreat.

**Hard-money lenders:** They specialize in short-term loans at high interest rates. You typically use this type of financing for a "fix and flip."
**Seller-carried second mortgages:** Sometimes a bank will loan you 90 percent, and allow the

CONFIDENTIAL



seller to take back a second mortgage from you for five percent, leaving you needing only five percent.
**Land contract:** For this, the seller lets you make payments, and delivers the title upon payment in full.
**Credit cards:** If a seller will take $10,000 down on a fixer-upper that you expect to make $20,000 on, why not use credit cards?
**Retirement accounts:** Check with a tax attorney to see how you might borrow from your own retirement account to finance real estate investments.

## COMMERCIAL & MULTI-UNIT RETREAT

How can you make more money in real estate investing? Buy multi-family properties and commercial real estate investments. The Multi-Family & Commercial Real Estate Investment Retreat will show you exactly how to get into commercial investing without a huge bankroll, how to read the markets and buy at the right time, and how to lock in profits early to guarantee a good deal.

The Commercial Real Estate field is full of myths and misinformation. It's what keeps some investors at arm's length. Your instructor will systematically break down each myth and give you the proven strategies you need to find your niche and start building your fortune in commercial real estate.

This retreat is special because after just three days, you'll start seeing dozens of opportunities in your neighborhood or town that never occurred to you before. And you'll learn how to succeed regardless of how much so-called competition there is in your area.

**This three-day immersive retreat will teach you how to:**

- Navigate the maze of commercial real estate and large property financing to find hidden financial opportunities.
- Determine the right market valuation of multi-family, office, retail, and strip-mall properties so that you know a good or bad deal when you see it.
- Write commercial leases so that tenants actually take the management burden away from you.
- Take full advantage of tax breaks and other financial shelters, allowing you to maximize your profits.
- Understand the laws and regulations regarding commercial and multi-family properties so that you can protect your investments.
- Prepare vacant land for re-sale and/or sub-division to capitalize on additional investment opportunities. Identify and find discounted paper for maximum profitability.
- Identify and find discounted paper for maximum profitability.
- Understand how commercial and multi-family properties fit into the current real estate market place and how you can own and operate either for high profits.



- Have a working knowledge of property management so you can manage your properties efficiently.
- Understanding options: Their function in the acquisition/divestment process
- Select properties for complete makeovers and know the difference between remodeling and rehabilitation.

Remember, unless your main focus is commercial real estate, save this retreat for last, as it is more advanced than the others.

**WEALTH PRESERVATION RETREAT**

Protect and grow your wealth, share it with others, and enjoy everlasting financial security with effective wealth preservation and accumulation. Lawsuits, income taxes, and death taxes--all these legal destroyers have the potential to crush your wealth...unless you have a protection plan already in place. To do that you must learn about three key disciplines: asset protection, estate planning, and tax strategy.

You'll learn important concepts on corporations, corporate maintenance, limited partnerships, limited liability companies, revocable living trusts, and retirement plans. Equipped with this information, you will be able to effectively structure your personal financial affairs in a manner that will ensure maximum protection.

This retreat is doubly valuable for Gold Elite students because, as a real estate investor, you'll learn specific strategies to help build in more profits to your real estate deals and to properly protect those profits.

**This three-day immersive retreat will teach you how to:**

- Identify different types of legal entities to protect your wealth. Figure out which entity works best for your situation.
- Reduce your overall tax bill through operation of your own small business and save big money in the process.
- Transform previously non-deductible expenses into fully and legally deductible expenses for your business, significantly reducing your income taxes.
- Make sure that your assets are secure against unwelcome attacks from frivolous lawsuits so that you don't lose everything you've worked your whole life for.
- Pass your wealth on to your heirs and beneficiaries while protecting it against potential threats.

Attorney, wealth preservation expert, and real estate investor J. J. Childers and his team of legal and accounting professionals conduct the Wealth Preservation retreat. They will give you



practical, easy-to-follow information that you can start using right away. You'll learn what you need to do in order to properly implement your wealth preservation plans, as well as how to properly document your actions.

**KICKSTART YOUR SUCCESS RETREAT**

Times are tough--there's no denying it. When this recession started, you probably set aside your dream of securing wealth for yourself and your family. If you're like most people, you spend most of your time just trying to keep your head above water, waiting for life to get easier. But if you don't put your dreams into action, no one's going to do it for you! You just need someone to show you how to get started.

That's where Omar comes in. Omar Periu knows what it means to live through hard times - and what it takes to turn them into real opportunities. When Omar was seven, his family escaped to America from Cuba, bringing nothing with them but the clothes on their backs. By carefully observing master entrepreneurs and pulling together their cutting-edge communication strategies, he'd built himself a multimillion-dollar real estate empire by the time he was 31!

Even in a down economy, there are plenty of ways for people to create wealth, but only if they're armed with knowledge--and the right mindset. So if you're ready to Kickstart Your Success instead of waiting for success to you, come to Omar's exclusive retreat, where you'll learn how to:

- Break down barriers, whether you're negotiating a sale, trying to get the best bargain you can, or pitching to potential investors
- Network with the right people--and learn how to recognize leads that'll never pan out, ahead of time
- Squeeze the most profit you can out of the time you have, no matter how little
- Turn bad decisions from your past into opportunities, overcoming fears instead of letting them take over--as Omar says, "Success is never permanent, and failure is never final."

Omar's strategies and secrets could make you millions, but we're offering a deep, one-time-only discount if you sign up now! Join Omar on an exclusive retreat, listen to his story, and find out from him the details on how to kickstart your success.





POLICIES & PROCEDURES

TABLE OF CONTENTS

**I. Policies**

Audit Policy ....49

Cash Policy ....52

Egencia Corporate Travel Policy....53

Expense Report Policy ....94

Mandatory Desktop Background ....65

Post-Dated Checks Policy ....66

Rental Car Policy ....67

Trump Institute Student Policy ....69

Trump University Rules of Engagement ....70

**II. Procedures**

Disruptive Student Procedure ....83

Event Booking Procedure ....71

Fulfillment Training Photo Procedure ....84

Media Guidelines ....80

Recording Procedure....86

Solicitor Procedure....82

Survey Procedure ....85

You Send It....89

CONFIDENTIAL





**AUDIT POLICY**

TRUMP UNIVERSITY CATEGORIZES AUDITS INTO TWO SEPARATE GROUPS: ATTENDANCE AUDITS AND SALES AUDITS:

**The Attendance Audit: A student that has not paid tuition to attend the particular class that they are sitting in on.** *Example: Attending a fulfillment at a later date or in a different city than the student had originally signed up for.*

**The Sales Audit: A student that cannot be up-sold based upon their sales history.** *Example: A student attending a preview that has already purchased the Profit From Real Estate Workshop, or a student attending the Profit From Real Estate Workshop that already owns the Gold Package/Mentorship Package.*

---

**PREVIEW AUDITS:**

**Attendance Audits:**

In the case that an attendance audit shows up at an event and is not on the roster, the team's first objective will be to find out why the student did not purchase the product being offered the first time around, and what brought them back. An attendance audit will always count in the numbers.

**Sales Audits:**

Sales audits are determined by the sales history on a student's profile in the system, and are not counted in the attendance numbers at previews. Program Coordinators are to pay special attention to students attending previews with the intention of auditing the workshop. If the student is within his/her 12-month audit privileges, they may attend the workshop free of charge. The 12-month audit privileges apply to both Trump University and Trump Institute students.

- Trump Institute students must provide documentation of their previous enrollment in a TI workshop in order to audit for free of charge. Enrollment forms and receipts are both acceptable forms of documentation. The Program Coordinator at the preview is responsible for making a copy of the documentation and stapling it to the student's current and completed enrollment form indicating that the student is an audit and attending free of charge.
- Trump University students do not require additional documentation since Program Coordinators have direct access to their student history in our internal database.

If the student is outside of their 12-month audit privileges, they will have the ability to re-enroll at half-price, with proper documentation. (For example, if the cost of the workshop is $1495, then the student may re-enroll for $747.50) This applies to both Trump University and Trump Institute students. Re-enrollment of a Trump University or Trump Institute student will count as a full sale for conversion and

CONFIDENTIAL



goal purposes. The Program Coordinator is responsible for making a note onto the applicable session report to communicate any half-payment audits.

- Trump Institute students must provide documentation of their previous enrollment in a TI workshop in order to audit for half price outside of their 12-month audit privileges. Enrollment forms and receipts are both acceptable forms of documentation. The Program Coordinator at the preview is responsible for making a copy of the documentation and stapling it to the student's current and completed enrollment form indicating that the student is an audit and attending for half price so that adjustments can be made once paperwork is received by the corporate office.
- Trump University students do not require additional documentation since Program Coordinators have direct access to their student history in our internal database. The student would, however, need to fill out a new enrollment form to document the $747.50 payment taken so that their account can be adjusted once paperwork is received at 40 Wall.

**FULFILLMENT AUDITS:**

**Attendance Audits:**
In the case that an attendance audit shows up at a Profit From Real Estate Workshop and is not on the roster, the team's first objective will be to find out why the student did not purchase the product being offered the first time around, and what brought them back. The Program Coordinator will need to contact the Customer Support Department on Wall Street to have the student entered as an audit for that particular event. The student must have already purchased the exact class that they are looking to audit in order for enrollment to be granted (follow documentation protocol above for TI students and collect half-payment for anyone outside of their 12-month audit privileges). Attendance audits will always be counted in the attendance numbers.

**There are two additional cases that an Audit may be dropped from the numbers:**

- In the extreme case that that Customer Service Director, Brad Schneider, communicates that an executive decision has been made to allow a student to attend a fulfillment for free that has not previously purchased the fulfillment being attended, the Program Coordinator may then drop that student and his/her guest from the numbers after adding a note onto the applicable fulfillment session indication such. This does not apply to TI students that are auditing.
- In the case that a student has attended two previous Profit From Real Estate Workshops, upon his or her third attendance, the Program Coordinator may drop that student and his/her guest from the numbers. The Program Coordinator must be careful to check that the student was not only "enrolled" in two previous Profit From Real Estate Workshops, but "attended" two previous Profit From Real Estate Workshops. The Program Coordinator is responsible for adding a note onto the applicable fulfillment session listing any student that has already attended twice.

**Sales Audits:**
Sales audits are determined by the sales history on a student's profile in the system. Program Coordinators are to pull sales history and distribute to their team so that all team members are aware of up-selling abilities. In the case that a student cannot be up-sold because TU is not offering any courses or programs beyond the level that the student has already purchased prior to attending the training in question, this student and his/her guest will be dropped from the numbers in which the $/head are

CONFIDENTIAL



calculated. A note must be added to the final report by the Program Coordinator, listing any students that are dropped from the numbers in order to receive acknowledgement.

*Teams please note that numbers compiled by PCs may not represent final numbers. Trump University reserves the right to assess and adjust accordingly to ensure the accuracy of all reporting.

CONFIDENTIAL





**CASH POLICY**

IN THE CASE THAT A CASH PAYMENT IS RECEIVED AT AN EVENT FOR EITHER A PROFIT FROM REAL ESTATE WORKSHOP ENROLLMENT OR TRUMP ELITE PACKAGE ENROLLMENT, PROGRAM COORDINATORS ARE TO FOLLOW THE GUIDELINES BELOW.

**CASH PAYMENT GUIDELINES**

**All cash payments received at Trump University events MUST predominately be applied to a hotel bill ONLY at a hotel at which the team is sleeping. At present, many of the hotels are paid in full three days prior to the event. It is for this reason that cash payments should be applied to the bills of hotels at which the teams are sleeping by following the procedure below:**

- Program Coordinators will check the sleeping room bills for each team member to be sure that only room and tax are being billed to Trump University.

- Program Coordinators will then check to be sure that the negotiated room rate depicted on the Spec Sheet sent by Eleanor Daniels, Live Event Planner, is the same room rate that is being billed.

- The Program Coordinator must pay special attention that they are NOT overpaying the hotel.

- The PC must handwrite the amount that the hotel was paid, sign, and date, and have the hotel representative receiving the cash, countersign in agreement. The following items must be stapled together and sent to corporate as proof of exchange of this cash payment*:
  - Sleeping room bills for each team member
  - Printed hotel receipt that represents the cash received by the hotel
  - Business card of the individual receiving the cash payment
- The PC MUST notify Salma Jalil, Event Planning Manager, of any cash payments being applied, so that there is no confusion with hotel contacts.

- This transaction must be documented via a note on the student's enrollment form. (i.e.- Cash was applied to the Sheraton New York for sleeping rooms- see bill)

*In the case that a cash payment is received and proper documentation is not provided, as indicated above, TU reserves the right to deduct the cash amount from the responsible Program Coordinator's check.

**In the case that a hotel is unable to accept a cash payment for sleeping rooms, the Program Coordinator may visit the nearest bank and turn the cash into a cashier's check to be mailed to

CONFIDENTIAL



the office. In this case, the cashier's check must be attached to the corresponding enrollment form.

**EGENCIA CORPORATE TRAVEL POLICY**

ALL AIRLINE TRAVEL WILL BE BOOKED VIA EGENCIA CORPORATE TRAVEL. ALL AIRFARE WILL BE BOOKED ACCORDING TO THE LOWEST LOGISTICAL FARE AVAILABLE AT THE TIME OF BOOKING. OUT OF POLICY FLIGHTS REQUIRE DOCUMENTATION IN ORDER TO DETERMINE WHETHER OR NOT THE FLIGHT CHOSEN IS JUSTIFIABLE. TU WILL TRACK THE DIFFERENCE IN FLIGHTS CHOSEN AGAINST THE MOST COST EFFECTIVE FLIGHT OFFERED AND ANY OUT OF POLICY REASONING. THE FOLLOWING OPTIONS ARE CURRENTLY AVAILABLE ON THE EGENCIA CORPORATE TRAVEL WEBSITE TO COMMUNICATE ANY REASONABLE DIFFERENCE IN FARE:

| Edit code | Description |
|---|---|
| AA | Was not provided schedule in timely manner |
| AR | Selected this flight for routing/connection reasons |
| AT | Selected this flight due to time of day constraints - Personal |
| BF | Baggage fees with lower fare are more expensive than this ticket |
| CC | I waited too long- Been busy |
| DA | Missed Flight |
| DD | Schedule was changed Last Minute |

Egencia Rules & Regulations

•All flights must be booked within 5 business days of receiving your schedule to not only ensure a cost-effective option, but to gives the traveler a greater opportunity of booking on their preferred carrier without having to book a multi-leg flight.

•If flights are booked less than 14 days from event date, Trump Team Members will be responsible for all additional costs incurred.

•All flights shall be coded to the event that the flight is physically going to. Any flight transporting a Trump Team Member that is not going "to" an event, shall be coded to the event that the Trump U Team Member is coming "from."

•All flights shall be booked as round trip tickets, unless the Trump U Team Member is not returning to the city of origin.

CONFIDENTIAL



•All flight approvals are to be sent to Eleanor Daniels, with both the appropriate event code and out of policy reason (if applicable) selected. Trump U Team Members are responsible for following up if their flight has not been approved within 24 hours, and may submit to April Neumann for approval in this instance.

•In the event that the fare selected is significantly higher than the lowest logistical fare, Trump U Team Members will be responsible for writing the reasoning in the "notes" area so that the traveler's logic is communicated to the approver.

•Emergency Travel Contact: April Neumann [redacted].

| *Flight Notes* |
|---|
| *•South West Airlines requires an individually specified flight search. South West does not permit Expedia to post their flight fares in the company of their competitors.* |
| *•Trump U Team Members are not guaranteed the use of "preferred" airline carriers unless it falls within the set budget description. Employees and independent contractors may pay for the difference in order to fly on a preferred carrier in certain, in limited instances. However, since airfares are good only on the day they are quoted according to airline policies, travelers are responsible for making immediate arrangements for payments in those limited instances.* |

**EGENCIA 101**

To book travel, go to:
http://www.egencia.com/

EGENCIA
Home
Flights
Hotels
Cars
Destinations
Specials
Expedia Corporate Travel is now Egencia
Expedia
EGENCIA
Your member information
User Name
Password
Sign in
Enter your user name (first initial of first name proceeded by last name) and your password to login.

Private & Confidential • Page 55

CONFIDENTIAL

Exhibit 36, Page 1031 TU 52988





After selecting your flight specifications, click "Search for Flights"

Click "Prices From" to display the most cost effective flights first.

Private & Confidential • Page 56

CONFIDENTIAL

Exhibit 36, Page 1032 TU 52989





Select the flight of
choice that complies
with the lowest
logistical fare.

Select the return
flight of choice that
complies with the
lowest logistical fare.

Private & Confidential • Page 57

CONFIDENTIAL

Exhibit 36, Page 1033 TU 52990





Total price for this trip: $257.00
Select a fare option
Review the rules and restrictions
Select this flight. I have read and accept the rules and restrictions.
Add another item to your trip?
Select a booking option
Continue with booking

Double-check flight details before committing to the flight.

Check the box that you have accepted the rules and restrictions once you have read the terms.

Then click "Continue with Booking."

Private & Confidential • Page 58

CONFIDENTIAL

Exhibit 36, Page 1034 TU 52991





EGENCIA
Approval is required for this trip
These items require approval
Flight: New York (LGA) to New Orleans (MSY)
Who will approve this booking
ALL FLIGHTS MUST BE APPROVED BY ELEANOR DANIELS. IF YOU DO NOT GET A RESPONSE WITHIN 12 HOURS YOU MAY TRY APRIL NEUMANN.
E-mail notifications
Enter Trump University information
Select "Eleanor Daniels" from the list of authorized approvers to approve the flight.
This is the only flight available after 5pm on the 12th
Write any pertinent information for the approver in the "Comments" section.

Private & Confidential • Page 59

CONFIDENTIAL

Exhibit 36, Page 1035 TU 52992

Enter Trump University information
Select the department to associate with this trip
Please enter the reason that best describes why you are purchasing this out of policy flight
Select an option
Send approval request
Price and availability are not guaranteed until the booking is complete
Select the appropriate category for the traveler.
Select the appropriate campaign code for event that the Trump U Team Member is traveling "to." In the case that the Trump U Team Member is not traveling to an event, select the campaign code corresponding to the event that the Trump U Team Member is coming "from."
Reminder: All tickets should be booked as round trip tickets unless the traveler is not returning to the city of origin.

Private & Confidential • Page 60

CONFIDENTIAL

Exhibit 36, Page 1036 TU 52993





Enter Trump University Information
Select the department to associate with this trip.
Campaign Code:
Flight: New York (LGA) to New Orleans (MSY)
Select a reason code (if applicable) as to why you are purchasing a ticket that is out of policy.
Click "Send Approval Request" to submit the flight for approval and booking.
Select an option
Send approval request

Private & Confidential • Page 61

CONFIDENTIAL

Exhibit 36, Page 1037 TU 52994





EGENCIA
TRUMP UNIVERSITY
Your approval request was sent to April Neumann
Reserve flight
Yes, I'd like to reserve this flight
Select an option
Reserve flight
Click "Yes, I'd like to reserve flight to choose a seat and secure flight options."
Then click "Reserve Flight."
Trip Preferences
Check that all personal information is correct: both phone numbers and frequent flyer numbers when applicable.
Select the appropriate seating preferences and choose whether or not you would like to select your own seats.

Private & Confidential • Page 62

CONFIDENTIAL

Exhibit 36, Page 1038 TU 52995





Double-check that all codes entered are correct and then click "Continue."

Select preferred seats for each flight:
1. Click on the seat of choice
2. Click on "Select Seats for Next Flight"

Private & Confidential • Page 63

CONFIDENTIAL

Exhibit 36, Page 1039 TU 52996





CONFIDENTIAL





To: April Neumann

April Neumann has approved your travel request. However, the following travel item has not yet been booked. Price and availability are not guaranteed until travel is booked.

Comments: None

Complete booking now at http://www.expediacorporate.com/pub/agent.dll?qscr-open&itid-7920852&upds-1.

Traveler: April Neumann
Itinerary: New Orleans, LA
Item: Flight
Start date: Monday 15-Dec-2008
Status: Approved

Once travel has been approved, the traveler will receive an email confirming.

This email does not mean that the flight has been booked; it only means that it has been approved.

The traveler is still responsible for watching for his or her booking confirmation email.

Travel Confirmation

Thank you for booking your trip with Egencia. View this itinerary online for the most up-to-date information.

Trip summary

Ticketing for your flight is now complete - Ticket number(s) are displayed in the Flight section of this itinerary.

Flight (E-Ticket Confirmed)

Total price: $215.50

Campaign Code: 2008-12-15 New Orleans Annual Training

Depart 7:15 am New York (LGA) Terminal: DELTA TERMINAL Delta

Arrive New Orleans (MSY)

Flight (E-Ticket Confirmed)

Depart 6:55 pm New Orleans (MSY) Delta

Once travel has been approved, the approver will book the ticket for the traveler. The traveler will then receive this email confirming the airline ticketing number and confirmation code.

If the ticket is being booked on a credit, the traveler will have to monitor their email to ensure that the ticket has in fact been booked, since the approver must work with an Egencia agent to facilitate.

CONFIDENTIAL





**MANDATORY DESKTOP BACKGROUND**

ALL TRUMP UNIVERSITY TEAM MEMBERS WILL BE REQUIRED TO HAVE THE BELOW IMAGE AS THEIR DESKTOP BACKGROUND AT ALL TRUMP UNIVERSITY EVENTS. PLEASE FOLLOW THE BELOW INSTRUCTIONS FOR SETTING THIS IMAGE AS YOUR DESKTOP BACKGROUND ON YOUR LAPTOP.

1. Double click the attachment in the email to open the image, and save the image to your computer so that you can reference and set as your desktop background as necessary.
2. Go into the start menu, in the lower left corner of your computer screen and click "My Computer."
3. Locate the "Control Panel" button and double click.
4. Locate the "Display" icon and double click.
5. Click the "Desktop" tab.
6. Click "Browse" and locate the image that you just saved to your computer.
7. Double click the image so that it appears on the computer icon in the popup box.
8. Click "apply" and then click "ok."

The above image will now be your desktop background.

CONFIDENTIAL





**POST DATED CHECKS POLICY**

IN THE INSTANCE THAT A CHECK IS POST DATED, IT WILL BE CONSIDERED AS A PENDING SALE UNTIL THE DATE OF THE CHECK COMES TO FRUITION.

PROCEDURE FOR DOCUMENTING A POST DATED CHECK*

•A post dated check does not count towards the dollars/head collected, nor will it count as a sale or towards any conversion until the check is deposited.

•A check's date should never be more than ten days in advance of the date that it is collected.

•A post dated check is never accepted as a form of payment on a preview.

•Post dated checks will be entered into the Final Event Synopsis Worksheet on the "Pending Summary" tab. Indicate in the "notes" section that a post dated check has been collected and list the date that it will be available to be deposited on.

•All checks collected, must be entered into the dev. To enter a post dated check, select the check option as a form of payment. Enter all pertinent information, and then select the date from the calendar icon that corresponds with the date that is on the check. The check will not be counted as "cash collected" until the actual date that it is posted dated to.

•Team Members will not receive commission or bonuses off of a check received by a student, unless the check has cleared.

**In the case that any of the above policies are not followed, the team member responsible will be formally written up.*

CONFIDENTIAL





**RENTAL CAR POLICY**

PROGRAM COORDINATORS ARE RESPONSIBLE FOR BOOKING A RENTAL CAR CAPABLE OF HOLDING TEAM MEMBERS AND ALL EQUIPMENT, MARKETING MATERIALS, AND LUGGAGE FOR EACH PREVIEW. IF IT IS MORE COST EFFECTIVE FOR THE TEAM TO UTILIZE A RENTAL CAR FOR A FULFILLMENT OR RETREAT, EVENT PLANNER (ELEANOR DANIELS), WILL AUTHORIZE THAT A RENTAL CAR BE BOOKED ON THE FULFILLMENT/RETREAT ITINERARY. IT IS THEN THE PROGRAM COORDINATOR'S RESPONSIBILITY TO MAKE THE RESERVATION, UNLESS THEY HAVE REQUESTED A RENTAL THROUGH THE LIVE EVENTS COORDINATOR (DENISE ONG).

**MAKING THE RESERVATION**

- Rental car reservations may be made with Avis either via phone (800.331.1551) or the Avis website (www.Avis.com).
- Program Coordinators must book the rental car no sooner than the day before the first day of the campaign, with a return no later than the day after the last day of the campaign.
- Program Coordinators are authorized to book the following vehicles for preview events, and are asked to make cost-effective choices:
    - Full Sized SUV
    - Mini Van
- In the case that a car is authorized for a fulfillment, and will only be utilized for airport pick-ups and drop-offs, the Program Coordinator is authorized to book the following vehicles dependent upon the number of people and amount of luggage that will be transported at any given time:
    - Subcompact
    - Compact
    - Intermediate
    - Standard SUV
- In the case that none of the above cars are available, the Program Coordinator is responsible for contacting the Live Events Coordinator (Denise Ong) to discuss options.
- If at any time a Program Coordinator books a specialty vehicle (Hummer, convertible, sports car etc.) without prior authorization from the Live Events Coordinator (Denise Ong), the Program Coordinator will be held responsible for the difference between the specialty rate and the rate of the car that should have been booked for that particular event.
- If at any time a second car is necessary, due to a facility not having either a full sized SUV or minivan available, the Program Coordinator must receive prior approval from the Live Events Coordinator (Denise Ong) for an additional team member to book a rental car.
- A Program Coordinator should NEVER give their GEB (Global Electronic Billing Number) to any other team member or anyone else at any point.

CONFIDENTIAL



**PICKING UP THE RENTAL CAR**

•Trump U Team Members must have a valid Driver's License in order to pick up a rental car
•It is not necessary for Trump U Team Members to accept any of the insurance options offered at the Avis counter, as all Team Members are all covered under Trump University's corporate insurance policy.
•Trump U Team Members are now permitted to select the prepaid gas option with Avis and bill prepaid gas to Trump University. Any Trump U Team Member picking up a rental car, is responsible for confirming that the prepaid option has indeed been posted to the account.
• In the case that a Team Member does NOT select the prepaid gas option, and returns the rental car with less than a full tank of gas, the charges will be deducted from the responsible Team Member's next expense check.
•In the case that a Team Member does NOT choose the prepaid option, the Team Member may expense gas by submitting a gas receipt along with their expense report for that particular event.
•Trump U Team Members are not permitted to rent a GPS unit, since all PCs have been outfitted with their own personal GPS. In the case that a GPS unit is not working properly, the Program Coordinator is responsible for contacting the Live Events Coordinator (Denise Ong).

**RENTAL CARS AT EVENTS**

•As a reminder, as per the Program Coordinator Tipping Policy, Program Coordinators are required to reference the Spec Sheet sent by the Event Planner (Eleanor Daniels) to see what parking arrangements have been setup for the team vehicle. (For example: complimentary self park, etc.)
•Trump U Team Members may utilize the Avis EZPass that comes with some of the Avis vehicles for tolls to be billed directly to Trump University. TU will pay the administrative fee involved. Program Coordinators are responsible for double checking that the administrative fee is only billed for the days that the Avis EZPass is physically utilized.

**RETURNING THE RENTAL CAR**

•In the case that a Trump U Team Member does not choose the prepaid gas option and returns the car without a full tank of gas, the charges will be deducted from the Team Member's next expense check.
•All Team Members are responsible for obtaining either an electronic or paper receipt in order to review charges and be sure that the charges posted are correct. If they are not correct, the Team Member is responsible for working out the incorrect charges with Avis. Trump U Team Members will be held personally responsible for any additional days that the car is rented for outside of the day before and day after the event, in addition to gas other than the prepaid option.

**EXTENUATING CIRCUMSTANCES**

•In the case that there are any extenuating circumstances relevant to any of the above, they must be immediately communicated to the Live Events Coordinator (Denise Ong).

CONFIDENTIAL





**TRUMP INSTITUTE STUDENT POLICY**

THE FOLLOWING ALLOWANCE IS GRANTED FOR STUDENTS THAT HAVE PREVIOUSLY ATTENDED A TRUMP INSTITUTE TRAINING AND ARE INTERESTED IN ATTENDING TRUMP UNIVERSITY'S PROFIT FROM REAL ESTATE WORKSHOP.

---

**Trump Institute students attending preview events who have previously attended a Trump Institute training may attend Trump University's Profit From Real Estate training for the price of $747.50 (50% off), if accompanied by either a receipt from TI or a TI enrollment form*.**

---

** A copy of this documentation must accompany the TU enrollment form in order for the sale to count towards the conversion percentage.*

*** Under no circumstances should this allowance ever be communicated from the stage or built into a presentation.*

CONFIDENTIAL





**TRUMP UNIVERSITY RULES OF ENGAGEMENT**

TO ALL EMPLOYEES, MENTORS, COACHES, SPEAKERS AND CONTRACTORS HAVING CONTACT WITH TRUMP UNIVERSITY CUSTOMERS (ATTENDEES AND BUYERS):
You are expected to act in a professional, courteous manner and avoid even the implication of impropriety.
You are ambassadors of the Trump University brand and are thus:

- Prohibited from using illegal drugs at any time
- Prohibited from buying alcohol for students/clients at any time
- Prohibited from fraternizing with other employees
- Prohibited from fraternizing with clients

Proper dress attire is required.
You are only authorized to offer courses, products and services as are set forth by Trump University and you may not offer any other programs or investments to students under any circumstance.
Pricing is established by Trump University and you may not change or modify pricing without prior approval.
TU presentations must be approved in advance and you may not change or modify presentation/slides without prior approval.
You are specifically prohibited from speaking with any journalist, reporter, author, blogger, newspaper, or media outlet with regards to Trump University, Trump Organization or Mr. Trump.
Client/customer information is confidential and proprietary and you are specifically prohibited from compiling customer lists or data for any purpose.
Trump University makes no earning claims. Accordingly, you are prohibited from directly or indirectly advising any client/customer of any likelihood of success.
Product/service offerings must be accurately presented.
You many not share a personal story or testimonial unless and until appropriate documentation in support has been provided to TU and the story/testimonial has been approved in advance.
You may not directly or indirectly imply that you have purchased and/or used TU products/services unless that statement is true.
You may not directly or indirectly imply that TU or Mr. Trump endorses any third-party offer, investment opportunity, etc.
You are urged to use your common sense and business judgment to determine whether the purchase of TU products and/or services is appropriate for the particular customer.

---

Violation of these policies may result, depending on the circumstance and in TU's discretion, in a fine, suspension, probation or termination.

CONFIDENTIAL





**EVENT BOOKING SOP**

THE STANDARD OPERATING PROCEDURE FOR SOURCING, CONTRACTING, AND PLANNING TRUMP UNIVERSITY SEMINARS, FULFILLMENTS, WORKSHOPS, AND RETREATS.

**A. Market Analysis**

1. Review past region/market history and analysis from Dev to ensure which cities to revisit or not to revisit (Salma Jalil, Event Planning Manager (EPM)).
    a. See Sample Attachment 1
2. Check competitors schedule to ensure no scheduling conflicts (Salma Jalil, EPM).
    a. www.richdadeducation.com
    b. www.robertalleninstitute.com
3. Capture each cities AHI (average household income) and population (Salma Jalil, EPM).
    a. www.citydata.com

4. Create ideal layout for perspective region /market based on above (Salma Jalil, EPM).

CONFIDENTIAL



**B. Hotel Sourcing**

1. Based on history and meeting space requirements– source hotel/venues (Diana Early, Event Planner).
2. Once meeting space is placed on hold, send out layout of spread with a Google map link to Operations/Marketing Team, including AHI information and area population (Diana Early, Event Planner).
3. Once layout is approved, contact hotels and inform them that EPM will reach out to them directly to contract meeting space (Diana Early, Event Planner).
4. Provide EPM with hotel contact information sheet that includes hotel/venue address, negotiated meeting space and room rental (Diana Early, Event Planner).

**C. Contracting**

1. Send contracting email to hotel/venue securing meeting space and confirming general meeting details (Salma Jalil, EPM).
2. Request meeting space contract / addendum and venue credit card authorization from within 48 hour timeframe (Salma Jalil, EPM).
3. Once all documents are in hand, obtain authorization signature (Steven Matejek, Controller).

**D. Enter Event into Database for Population on Trump University Website**

1. Enter all event information into database for population on Trump University website (Salma Jalil, EPM).
2. Request approval from Michael Sexton, President to push live  (Salma Jalil, EPM).
3. Michael Sexton reviews and pushes event live on website (Michael Sexton, President).
4. Event is reviewed for accuracy once live (Salma Jalil, EPM).

**E. Event Details**

1. Introduction email sent from EPM to Eleanor Daniels, Event Planner, informing venue / hotel that she will be the contact moving forward providing all event logistics and details
2. EP emails  venue / hotel contact with meeting specifications, event estimate, any applicable hotel award points, and request for sleeping rooms (if applicable)
3. Banquet Event Orders (BEO), meeting room diagrams, and any other relevant documentation of venue / hotel collected and confirmed by EP prior to event date
4. Itineraries created for each campaign, includes team contact information, event locations, sleeping room reservations, travel flight information, ground transportation options, and Workshop location with assigned speaker. This is sent out via email from EP each Wednesday prior to a Preview event(s) week. Also sent via "You Send It" are the campaign Direct Mail and Print Ads.
   a. See Sample Attachment – Preview Itinerary
5. Itineraries created for each campaign, includes team contact information, event locations, sleeping room reservations, travel flight information, and ground transportation options. This is sent out via email from EP each Monday prior to a Workshop or Retreat event(s).
   a. See Sample Attachment – Workshop Itinerary

CONFIDENTIAL



6. Event Specifications created from event details and confirmed with hotel contact sent to Program Coordinator (PC) by EP on Friday prior to the Previews and Wednesday prior to the Workshop and or Retreats
   a. See Sample Attachment – Preview Event Specifications
   b. See Sample Attachment – Workshop/Retreat Event Specifications

**F. Marketing**

1. Once campaign locations have been confirmed, exact locations and event times are sent from Events (Salma Jalil, EPM) to Marketing (Josef Katz, VP of Marketing).
2. All direct mail and print ads are reviewed for location and date accuracy (Salma Jalil, EPM).

**G. Reconciliation**

1. All event bills sent directly to Accounting, (Marcia Betances, Accounts Payable) for proper distribution.
2. Credit Card bills reviewed ( Denise Ong, Live Events Coordinator (LEC)), ensuring back up signed by PC matches total charged on credit card.
3. All Direct Bill reviewed (Denise Ong, LEC), ensuring back up signed by PC matches total charged on bill.
4. Direct Bill then given to (Salma Jalil, EPM) for review
5. Direct Bill and credit card bills then passed off to April Neumann, Director of Operations (DO), for final review and sign off.

**Sample Attachment: Preview Itinerary - (See example below)**

**PREI - Preview – Chicago, IL**
**September 27 - 30, 2009**

**Event Code:** SEM_PFF-20090927B
**Expected Attendee with Guests:** 300
**Sales Goals**

- First Goal 1 – Over 35 sales
- Second Goal – Over 45sales

**Event Staffing:**

| | Name | Phone Number | e-mail address |
|---|---|---|---|
| Speaker | John Jamieson | [redacted] | [redacted] |
| Program Coordinator | Page Sadlier | [redacted] | psadlier@trumpuniversity.com |
| Sales Coordinator | Noah Harris | [redacted] | [redacted] |
| Sales Coordinator | Damian Pell | [redacted] | [redacted] |

**Event Locations**
**Chicago Marriott Oak Brook**
1401 West 22nd Street
Oak Brook, IL 60523

Sunday, Sep 27, 2009 2:00 PM

CONFIDENTIAL



630-573-8555

| Location | Date | Time |
|---|---|---|
| **Renaissance Schaumburg Hotel & Convention Center**<br>1551 N. Thoreau Drive<br>Schaumburg, IL 60173<br>847-303-4100 | Monday, Sep 28, 2009 | 1:00 PM<br>7:00 PM |
| **Hilton Oak Lawn Hotel**<br>9333 South Cicero Avenue<br>Oak Lawn, IL 60453<br>708-229-8850 | Tuesday, Sep 29, 2009 | 1:00 PM<br>7:00 PM |
| **Renaissance Schaumburg Hotel & Convention Center**<br>1551 N. Thoreau Drive<br>Schaumburg, IL 60173<br>847-303-4100 | Wednesday, Sep 30, 2009 | 1:00 PM<br>7:00 PM |

**Sleeping Accommodation**
**Chicago Marriott Oak Brook**
1401 West 22nd Street
Oak Brook, IL 60523
630-573-8555

Check In: Sunday, September 27 (UNLESS OTHERWISE STATED)
Check Out: Wednesday, September 30

| | Sleeping Room Reservations Number |
|---|---|
| John Jamieson | [redacted] |
| Page Sadlier | [redacted] |
| Noah Harris | [redacted] |
| Damian Pell | [redacted] |

CONFIDENTIAL



**Renaissance Schaumburg Hotel & Convention Center**
1551 N. Thoreau Drive
Schaumburg, IL 60173
847-303-4100

Check In: Wednesday, September 30
Check Out: Thursday, October 1

| | Sleeping Room Reservations Number |
|---|---|
| John Jamieson | [redacted] |
| Page Sadlier | [redacted] |
| Noah Harris | [redacted] |
| Damian Pell | [redacted] |

**Flights**

| | Arrivals | Departures |
|---|---|---|
| John Jamieson | ***PENDING*** | Thurs, Oct 1 - 6:50 am |
| Page Sadlier | Sun, Sept, 27 – 7:45 AM | Thurs, Oct 1 – 9:49 AM |
| Noah Harris | Sun, Sept, 27 – 9:50 AM | Thurs, Oct 1 – 8:00 AM |
| Damian Pell | Sun, Sept, 27 – 10:36 AM | Thurs, Oct 1 – 7:00 AM |

**Ground Transportation Options**
**Page** - Please pick up the rental car at the Car Rental desk within ORD and make your way to the Chicago Marriott Oak Brook. Please facilitate your team members as much as possible with their ground transportation needs to and from ORD.

| | Arrival Prices | Arrival Notes | Departure Prices | Departure Notes |
|---|---|---|---|---|
| GO Airport Shuttle | $26 | Please arrange your pick up 24 hours in advance of arrival by going on line at www.goairportshuttle.com. | $27 | Please arrange your pick up 24 hours in advance of departure by going on line at www.goairportshuttle.com. |
| Taxi | $27 | This is the typical minimum charge - Please share taxi rides if possible | $65 | This is the typical minimum charge - Please share taxi rides if possible |

***Please choose the most cost effective and appropriate method of transportation from the grid above. Your expense report will be cross checked with these options as a point of reference.***

**Chicago, IL - Workshop Information (October 9-11, 2009)**

**Oak Brook Hills Marriott Resort**
3500 Midwest Road



Oak Brook, IL 60523
630-850-5555

Distances from PREI-Orientation events

| | Mileage and Travel Time |
|---|---|
| **Chicago Marriott Oak Brook** | 2.5 miles – 6 minutes |
| **Renaissance Schaumburg Hotel & Convention Center** | 21.9 miles – 33 minutes |
| **Hilton Oak Lawn Hotel** | 20.2 miles – 29 minutes |
| **Renaissance Schaumburg Hotel & Convention Center** | 21.9 miles – 33 minutes |



**Sample Attachment: Workshop Itinerary - (See example below)**
**PREI – Workshop – Chicago, IL**
**October 9-11, 2009**

**Event Code:** RTRFTF-20091009B
**Expected Attendee with Guests:** 34
**Minimum Sales Goal:** $85,000 ($2500 per head: 75% cash collected)
**Event Staffing:**

| | Name | Phone Number | e-mail address |
|---|---|---|---|
| Speaker | Gerald Martin | [redacted] | [redacted] |
| Program Coordinator | Christy Duckett | [redacted] | [redacted] |
| Sales Coordinator | Damian Pell | [redacted] | [redacted] |
| Sales Coordinator | Scott Leitzell | [redacted] | [redacted] |

**Event Location and Sleeping Accommodation**
**Oakbrook Marriott**
3500 Midwest Road
Oakbrook, IL 60523
630-850-5555

Check In: Thursday, October 8(UNLESS OTHERWISE STATED)
Check Out: Monday, October 12 (UNLESS OTHERWISE STATED)

| | Sleeping Room Reservations Number | |
|---|---|---|
| Gerald Martin | [redacted] | |
| Christy Duckett | [redacted] | (CHECK OUT SUN – LATE C/O) |
| Damian Pell | [redacted] | |
| Scott Leitzell | [redacted] | |

**Flights**

| | Arrivals | Departures |
|---|---|---|
| Gerald Martin | Thurs, Oct 8 – 2:35 PM | Mon, Oct 12 – 7:00 AMM |
| Christy Duckett | Thurs, Oct 8 – 10:20 AM (MDW) | **Sun, Oct 11 – 7:25 PM (MDW)** |
| Damian Pell | Thurs, Oct 8 – 8:30 PM | Mon, Oct 12 – 7:00 AM |
| Scott Leitzell | Thurs, Oct 8 – 7:58 PM | Mon, Oct 12 – 6:55 AM |

**Ground Transportation Options**
**Arrivals and Departures – Transportation to and from Chicago O'Hare International Airport (ORD):**

| | Arrival / Departure Prices | Arrival / Departure Notes |
|---|---|---|
| Taxi | $27 | This is the typical minimum charge - Please share taxi rides if |

CONFIDENTIAL



| | | possible |
|---|---|---|
| Hotel Shuttle | N/A | - |

***Please choose the most cost effective and appropriate method of transportation from the grid above. Your expense report will be cross checked with these options as a point of reference.***

**Sample Attachment: Preview Event Specifications (page 1) - (See example below)**

| | | |
|---|---|---|
| PREI - O Chicago | | |
| John Jamieson | | |
| September 27-30, 2009 | | |
| Chicago Marriott Oak Brook | Venue 2 Address: | Renaissance Schaumburg Hotel & Convention Center |
| 1401 West 22nd Street | | 1551 N Thoreau Drive |
| Oak Brook, IL 60523 | | Schaumburg IL 60173 |
| 630-573-8555 | Phone: | 847-303-4100 |
| 2 PM - 4 PM | Event Times: | 1 PM - 3 PM / 7 PM - 9 PM |
| Sunday, September 27, 2009 | Event Date: | Monday, September 28, 2009 |
| Dawn McElroy | Contact at Venue: | Shannon Braniff |
| | Contact email: | |
| | Direct Phone: | |
| | Direct Fax: | |
| Marquis | Meeting Space: | First Floor |
| $500.00 | Room Rental: | $500.00 |
| | Sq Footage: | 2,244 |
| 10 ft | Ceiling Height: | 22 ft |
| Main Floor | Location: | Schaumburg AB |
| 200 (theater) | Max Capacity: | 200 (theater) |
| NONE | Obstructions?: | NONE |
| YES | Sleeping Room Needs: | NONE |
| $169.00 | Sleeping Room Rate: | N/A |
| 9/27-30 | Sleeping Room Dates: | N/A |
| | Deposit: | |
| CC | Direct Bill / CC: | CC |
| Complimentary Parking for all | Staff Parking: | Complimentary Parking for all |
| Complimentary Parking for all | Attendee Parking: | Complimentary Parking for all |
| Rear Screen @ $75 | AV Purchased: | Rear Screen @ $325 |
| Audio House Patch @ $50 | | House Patch @ $135 |
| | Miscellaneous: | |



| Venue | Omni Corpus Christi | Holiday Inn Sun Spree Resort |
|---|---|---|
| Event Date | Monday, December 7 | Tuesday, December 8 |
| Event Time(s) | 1 PM - 3 PM / 7 PM - 9 PM | 1 PM - 3 PM / 7 PM - 9 PM |
| Meeting Room Name | Riviera 1 and 2 | Marlin Ballroom |
| Square Footage of Meeting Room | 2400 sq ft | 2100 sq ft |
| Ceiling Height | 12 ft | 16 ft |
| Obstructions (Pillars, etc.) | NONE | 1 Pillar in the center |
| Onsite Banquet Captain for Event Day? (NAME) | Sylvia Maynard | Shelley Mitchell |
| Audio Visual Onsite for Event Day (NAME) | RJ Long | Roger |
| Received Diagram (YES/NO) | YES | YES |
| Parking Fee | $7 daily for event attendees | Complimentary parking for event attendees |
| Parking Fee Waived for Staff | 1 Complimentary Parking pass for TU onsite | Complimentary parking for event attendees |
| In Coming Boxes | Boxes will be sent to hotel: ATT Guest/Susan Morrison/Trump University | Boxes will be sent to hotel: ATT Guest/Susan Morrison/Trump University |
| Who to be Notified of Boxes To Ship Out? (NAME) | Steve Piele | Shelley Mitchell |
| Projection Type (FRONT OR REAR) | FRONT | The projector is attached to wall for front projection as shown to you on diagram sent via email. |
| State Flag, US Flag & Plants Available (YES/NO) | YES (FLAGS - PLANTS IF AVAILABLE) | YES (US FLAGSONLY) |
| Pens & Pads In Room Confirmed | YES | YES |
| Water Station Set Outside Confirmed | YES | YES |
| Fire Drills or extenuating circumstances scheduled on event date? | NONE | NONE |
| Meeting Room To Be Completely Set By | 10:00 AM | 10:00 AM |
| Who should we talk to for Zero Out Balance (NAME) | Steve Piele | 12/07/09 BY 5PM |
| Please indicate how our final bill will be paid - CC or Direct Bill | CC - Bay Front Tower - $ 107.00 | CC |
| Sleeping Rooms Confirmed (room and tax to master) | $0.00 | N/A |
| Final Number/ Room To Be Set For - Guarantee | 50 | 40 |
| Booking Contact | Steve Piele | Shelly Mitchell |
| CSM Email | [redacted] | [redacted] |

CONFIDENTIAL

TRUMP
UNIVERSITY

**MEDIA GUIDELINES**

IN THE CASE THAT YOU ARE APPROACHED BY A REPORTER, THE MEDIA GUIDELINES BELOW MUST BE FOLLOWED. UNDER NO CIRCUMSTANCES SHOULD A TRUMP UNIVERSITY TEAM MEMBER EVER SPEAK TO THE MEDIA OTHER THAN TO INFORM THEM OF THE APPROPRIATE CONTACT AT THE CORPORATE OFFICE.

1. Politely inform the reporter that you are not an authorized media spokesperson. Ask for the reporter's name, media organization, phone number and deadline.
    a. Pull their registration card and write "Media Contact" on the top.
    b. Immediately email Josef Katz media information including name, media affiliation and phone number, and cc April Neumann and Michael Sexton.
2. If they persist, say "I'm sorry all of your questions can be addressed by our authorized spokesperson."
3. Send the reporter's registration card to the office with their business card stapled to it, if possible.

Remember:

- A Trump University Associate or TU Independent Contractor is not at liberty to answer any questions from a reporter. The reporter should be referred to the proper media spokesperson.
- No matter how much confidence you have in Trump University, you should not say anything.
- Remember, professionalism and courtesy gets you a long way.
- Never assume the conversation is off the record.
- Reporters are rarely on your side and they are not sympathetic.
- Once reporters are present it no longer matters why they are there.
- Expect to be scrutinized.
- You can only control what you are capable of controlling.
- Use property rights as leverage: Trump University leases a portion of the hotel's private property; therefore, Trump University controls that space:
    - Trump University reserves the right to disallow video or audio recording during any event.
- A Trump University Associate or Independent Contractor does not have the right to take or hold a reporter's private property.

If a problem arises, immediately contact April Neumann.



TIPS:

- You don't have to deliver what the reporter wants.
- Once reporters are present it no longer matters why they are there.
- Expect to be scrutinized.
- Reporters are rarely on your side and they are not sympathetic.
- Never assume the conversation is off the record.
- A Trump University Associate or TU Independent Contractor is not at liberty to answer any questions from a reporter. The reporter should be referred to the proper media spokesperson.
- No matter how much confidence you have in Trump University, you should not say anything.
- Reporters use hidden cameras, placing them at odd angles in order to show a candid response, and the interviewee appears nervous and / or caught off guard.
- You can only control what you are capable of controlling.
- Remember, courtesy gets you a long way.

PROPERTY RIGHTS:

- Use property rights as leverage.
- Trump University leases a portion of the hotel's private property; therefore, Trump University controls that space.
- Trump University reserves the right to disallow video or audio recording during any event. It is Trump University's policy.
- A Trump University Associate or Independent Contractor does not have the right to take or hold a reporter's private property.
- If a problem arises, immediately contact the appropriate media spokesperson and / or Michael Sexton.
- Notify the hotel manager if the reporter insists on entering the facility.
- The hotel has the right to ask a reporter to leave the premises.
- Hotel staff should escort reporters to the exit, not a Trump University Associate or Independent Contractor.

ATTORNEY GENERAL:

- If an attorney general arrives on the scene, contact April Neumann immediately.
- By law, you do not have to show them any personal information unless they present a warrant; however, you are expected to be courteous.





**SOLICITOR GUIDELINES**

WHEN A SOLICITOR ATTENDS AN EVENT (USUALLY MARKED BY A FAIRLY LARGE STACK OF BRIGHTLY COLORED FLYERS) THE FOLLOWING PROTOCOL SHOULD BE FOLLOWED:

1. If the solicitor is actively handing out flyers, have one of the Sales Coordinator's walk up to the solicitor and verbalize that we have paid for the space obtained and that that soliciting is not allowed.

2. Notify the front desk, front desk manager, and security that there are solicitors on property. Give them a description of the solicitor.

3. Scan or fax the solicitor's card to corporate so that the issue may be handled further.

4. Check the ladies and gentleman's restrooms for flyers.

5. Check the parking lot for flyers.

6. Keep an eye on the hallway around sales time to diffuse any groups that may congregate for other purposes than discussing Trump University products.

CONFIDENTIAL





**DISRUPTIVE STUDENT PROCEDURE**

IN THE CASE THAT A STUDENT GETS OUT OF HAND DURING CLASS TIME, A TRUMP U TEAM MEMBER SHOULD IMMEDIATELY CALL APRIL NEUMANN [redacted] AND PRESENT THE PROBLEM. UPON THE RESULT OF THE CONVERSATION, THE TEAM MAY BE INSTRUCTED TO FOLLOW THE STEPS BELOW:

1. Quietly ask the student to speak with him/her outside the meeting room, taking care to keep tones friendly as to not disrupt the remainder of the class.

1. Explain the issue to the student outside of the meeting room and evaluate whether or not the student is able to sit through the rest of the class (willingly) without disrupting the other students.

2. In the case that the student is not fit to return to class, the team member will take the course of action that he/she was instructed to take in speaking with April Neumann.

4. The staff member that dealt with the disruptive student must email a detailed report of the occurrence to aneumann@trumpuniversity.com as soon as possible.

CONFIDENTIAL





**3 DAY TRAINING PHOTO PROCEDURE**

STUDENT PHOTOS WILL BE TAKEN AT ALL TRUMP UNIVERSITY 3-DAY FULFILLMENTS, TO BE USED FOR ONE-ON-ONE AND COMPLIANCE PURPOSES. ALL PHOTOS WILL BE SENT TO THE OFFICE VIA YOUSENDIT.COM WITHIN 48 HOURS OF THE CULMINATION OF THE FULFILLMENT EVENT.

*Note: If at any time a student refuses to have their picture taken, the Program Coordinator will utilize a picture of the Trump Logo and write the student's name on the photo.*

PHOTOS SHOULD BE TAKEN IN THE FOLLOWING MANNER:

•Students attending three day trainings will have their photo taken at registration by the designated staff photographer. Students must wear their name tags in their photos so that the student's name is clearly posted in the picture.

PHOTOS SHOULD BE UTILIZED IN THE FOLLOWING MANNER:

•Each student's photo will be printed in a 4x6 size and used on photo boards that are utilized to display the various Success Teams at an event. The photos are then taken down, and attached to each attendee's Student Profile Sheet at the end of Day 1 when they are handing in to the team.

PHOTOS WILL BE FILED IN THE FOLLOWING MANNER:

•All student photos from each event will be compressed into a "Student Photo" file, and uploaded via YouSendIt.Com and sent to dong@trumpuniversity.com and aneumann@trumpuniversity.com, so that they can be downloaded onto the shared server.

•Upon receipt, the photo file will be labeled appropriately and placed in the folder marked "Student Photos." Denise will create a folder labeled with the event code within the "Student Photos" folder so that it may be easily referenced by Brad or Lilly in the instance of a chargeback.

*Program Coordinators are responsible for labeling any photos of students whose name badge cannot be clearly read, before compressing and sending to the office.

CONFIDENTIAL





**SURVEY POLICY & PROCEDURE**

AS STATED IN THE FINAL EVENT PAPERWORK PROCEDURE, ALL SURVEYS MUST BE RECEIVED BY CORPORATE ON THE SECOND BUSINESS DAY FOLLOWING AN EVENT. ALL SURVEYS ARE TO BE SENT: ATTN: LILIANA HERNANDEZ, 40 WALL STREET 32ND FLOOR, NEW YORK, NY 10005. THE FOLLOWING PROCEDURE WILL TAKE PLACE ONCE THE SURVEYS ARE RECEIVED.

*PLEASE NOTE: SURVEY ANALYSES ARE NOT TO BE COMPLETED BY THE PROGRAM COORDINATOR. PROGRAM COORDINATORS MAY ATTACH A POST-IT NOTE TO MAKE REFERENCE TO SPECIFIC COMMENTS OR TO COMMUNICATE THAT SOMETHING SPECIFIC NEEDS TO BE FOLLOWED UP ON, BEFORE GROUPING SURVEYS TOGETHER AND MAILING OFF TO LILY.*

SURVEY PROCEDURE

*Please note: If at any point one of the below individuals is out of the office, the surveys will skip to the next hand-off point.*

1. Liliana Hernandez (Accounting) will pass all surveys onto Denise Ong (Live Events Coordinator) for survey analysis. Denise will compile the survey analysis, using the Master Survey Analysis as a template, which is inclusive of the top sheet of the Final Event Synopsis.

2. Denise will email the completed survey analysis to the Event Report Distribution List and the team reviewed on the surveys.

3. Denise will pass all surveys onto Brad Schneider (Customer Service) with the survey analysis stapled and clipped at the top of the pile. Brad will review and address any pertinent issues with the Customer Support Team and Client Advisors.

4. Brad Schneider will pass surveys onto April Neumann (Director of Operations). April will review and address any pertinent issues with the Program Coordinator, Sales Coordinators, and Speakers. Any scores of less than 90% will be deemed below standards and addressed through a mandated post-conference call with the team to review compliance and event expectations.

5. April Neumann will return surveys to Denise Ong to be filed accordingly.

CONFIDENTIAL





**RECORDING PROCEDURE**

ALL TRUMP UNIVERSITY SEMINARS, FULFILLMENTS, WORKSHOPS, RETREATS AND OTHER EVENTS WILL BE RECORDED FOR COMPLIANCE AND TRAINING PURPOSES. ALL SESSIONS WILL BE RECORDED DIRECTLY THROUGH THE MIXER TO ENSURE THE HIGHEST FEASIBLE SOUND QUALITY FOR TRANSCRIPTION AND AUDIBILITY PURPOSES. ALL TRUMP UNIVERSITY EVENTS SHALL BE RECORDED IN THE FOLLOWING MANNER:

**90-MINUTE PREVIEW:** PROFIT FROM REAL ESTATE: FREE ORIENTATION

- ALL preview sessions are to be recorded separately and labeled appropriately. Rename recordings utilizing the standard preview recording format: "EVENT CODE-CITY-LAST NAME OF SPEAKER"

  *E.g.* Change from "WS116623.WMA" to "SEMPFF20090909A-NEW YORK-GOFF"
- Orientation sessions given at the culmination of preview events must be recorded with its corresponding preview session for compliance purposes. Orientation speakers must use the microphone, regardless of the number of students at orientation. Rename recordings utilizing the standard preview recording format: "EVENT CODE_CITY-LAST NAME OF SPEAKER."

  *E.g.* "WS116623.WMA" to "SEMPFF20090909A-NEW YORK-GOFF- ORIENTATION.WMA" In the instance that someone other than the speaker presents the orientation portion, please label appropriately using the standard preview recording format and adding the last name of the orientation speaker: "EVENT CODE_CITY-LAST NAME OF SPEAKER+LAST NAME OF ORIENTATION SPEAKER-ORIENTATION."
  *E.g.* "WS116623.WMA" to "SEMPFF20090909A-NEW YORK-GOFF+BRINKMAN-ORIENTATION."
- Any 90-minute preview that is being presented by a new LIT (Lecturer in Training) is to be immediately emailed to aneumann@trumpuniversity.com and dong@trumpuniversity.com via "Yousendit.com" and labeled appropriately (see above for standard preview recording format) with the conversion for that session on the subject line.

  *E.g.* Subject: "SEMPFF20090909A-NEW YORK-LIT-7%."

CONFIDENTIAL



- All preview and orientation sessions are to be sent to dong@trumpuniversity.com for posting on the shared server within 12 hours of the culmination of the preview session.

- Program Coordinators are responsible for immediately emailing any sessions containing questionable material with an explanation to aneumann@trumpuniversity.com and dong@trumpuniversity.com. This refers to any material that encompasses, but is not necessarily limited to the below:

  - Testimonials that are associated with any other courses or programs
    ***Example:*** *A speaker uses a testimonial of a student that was theirs before they worked for Trump University, and implies that it is a TU student that has gone through the Fast Track to Foreclosure training.*

  - Guarantees implying success will be claimed
    ***Example:*** *"If you attend this training, you will be able to make $10k within the next 60 days."*

  - Price drops that are reflected incorrectly
    ***Example:*** *"After you walk out that door today, the price on this program is going to jump from $1495 to $1995. This is an event price only."*

  - Shortage closes
    ***Example:*** *"The first four of you to sign up will get this as an extra bonus" or "We only have five spots left today for this training."*

**3 DAY TRAININGS:** FULFILLMENTS, WORKSHOPS, RETREATS AND OTHER EVENTS TO INCLUDE PROFIT FROM REAL ESTATE WORKSHOPS, ALL ADVANCED TRAINING RETREATS AND OTHER EVENTS

- ALL three-day trainings are to be recorded in their entirety. Trainings will be recorded in two or more sections per day and labeled appropriately. Rename recordings utilizing the standard three-day training recording format: EVENT CODE-CITY-LAST NAME OF SPEAKER-DAY #- PART #.

  *E.g.* Change from "WS116676.WMA" to "RTRFTF20090909A-NEW YORK-HARRIS-DAY 1-PART 1"

- ALL staff lecturers shall be recorded separately and sessions labeled appropriately. For example, change from "WS116678.WMA" to "RTRFTF20090909A-NEW YORK-BRINKMAN-DAY 3- PART 2.WMA" (Labeled "Part 2" because James spoke for the first portion of the day, and Tiffany spoke next. Please number parts so that all recordings are in order of the actual daily line-up.) ***Note:*** *This is inclusive of any time Program*



*Coordinators speak. Anything that is spoken from the front of the room must be recorded.*

- Under no circumstances should live phone calls with sellers be recorded. It is illegal to record the other party without their consent.
- ALL closes- whether they be a soft close or a hard close- shall be recorded separately and labeled as follows: EVENT CODE-CITY-LAST NAME OF SPEAKER-DAY #- CLOSE.

  *E.g.* Change from "WS116679.WMA" to "RTRFTF20090909A-NEW YORK-HARRIS-DAY 2-CLOSE"
- All closes are to be labeled appropriately and emailed to aneumann@trumpuniversity.com and dong@trumpuniversity.com, at the culmination of that particular day. In the case that there are two closes (for example, on day 2 the speaker does a soft close right after lunch, and a hard close at the end of the day) send both recordings and label appropriately: *E.g.* For the 1st/Soft Close: RTRFTF20090909A-NEW YORK-HARRIS-DAY 2- CLOSE 1

  For the 2nd/Hard Close: RTRFTF20090909A-NEW YORK-HARRIS-DAY 2-CLOSE 2

  All preview and orientation sessions are to be sent to dong@trumpuniversity.com for posting on the shared server within 24 hours of the last day of the event.

- Program Coordinators are responsible for immediately emailing any sessions containing questionable material with notes to aneumann@trumpuniversity.com and dong@trumpuniversity.com. This refers to any material that encompasses, but is not necessarily limited to the below:

  - Testimonials that are associated with any other courses or programs
    ***Example:*** *A speaker uses a testimonial of a student that was theirs before they were with Trump University, and implies that it is a TU student that has gone through the Trump Elite Gold Package.*

  - Guarantees implying success will be claimed
    ***Example:*** *"If you enroll in the three day mentoring package, you will be able to make $40k on your first deal."*

  - Price drops that are reflected incorrectly
    ***Example:*** *"After you walk out that door today, the price on this program is going to jump from $34,995 to $48,490. This is an event price only."*

  - Shortage closes
    ***Example:*** *"The first four of you to sign up will get this as an extra bonus" or "We only have five spots left today for this training."*





**YOU SEND IT**

ALL TRUMP UNIVERSITY SEMINARS, FULFILLMENTS, WORKSHOPS, AND RETREATS WILL BE RECORDED FOR COMPLIANCE AND TRAINING PURPOSES. ALL SESSIONS WILL BE RECORDED DIRECTLY THROUGH THE MIXER TO ENSURE THE HIGHEST FEASIBLE SOUND QUALITY FOR TRANSCRIPTION AND AUDIBILITY PURPOSES. ALL RECORDINGS THAT ARE IN NEED OF BEING SENT VIA EMAIL, WILL BE SENT VIA WWW.YOUSENDIT.COM:

TO CREATE AN ACCOUNT

•Go to www.yousendit.com and click the "Sign Up" tab.

•Select the free account labeled "Lite" that is in the column all the way to the right of the browser.

CONFIDENTIAL





•The below screen will populate. Enter all personal information and be sure to record your user name and password so that you can reference it each time you log in to your You Send It account. Click "Submit."

•You will get the following message, once your account has been created. Look for an email to be sent to the email address that you listed with further details.

CONFIDENTIAL