



## TO LOG IN AND SEND FILES

- Go to www.yousendit.com and click "Log In."

- Enter your email address and password from when you created your account. Click the "Remember my email" button, and then click "Log In."

CONFIDENTIAL





•Enter the email address of the person that you are sending the recording to. The subject line will be the same name that you named the recording, as per the TU Recording Procedure. To attach the file, click "Browse."

•Locate the recording that you are looking to send and double click.





TRUMP
UNIVERSITY

Choose file
Look in: PFF SEATTLE
PFF SEATTLE 20080828j-HARRIS.WMA
My Recent Documents
Desktop
My Documents
My Computer
My Network Places
File name: PFF SEATTLE 20080828j-HARRIS.WMA
Files of type: All Files (*.*)
Open
Cancel

•Click "Send It" and wait for recording to upload. This may take a few minutes. You will receive email verification once the recording transfer is completed.

YOUSENDit
Sales Questions?

Private & Confidential • Page 94

CONFIDENTIAL

Exhibit 36, Page 1070 TU 53027





## EXPENSES & PAYMENT

| | |
|---|---|
| DEADLINE | •In order to be reimbursed, all expense reports MUST be received within 30 days of the corresponding event. |
| TIMELINE | •Payments for expense forms received by the 6th of the month will be mailed by the 15th of the month.<br>•Payments for expense forms received by the 22nd of the month will be mailed by the last day of the month.<br>•All expense checks will be mailed on the 15th of the month and on the last day of the month. |
| SUBMITTAL | •All expense forms must be inclusive of original receipts, and mailed to Trump University 40 Wall Street 32nd Floor New York NY 10005 Attn: Accounts Payable.<br>•The corresponding event code must be on each Expense Report Form. This code can be found on the itinerary that is sent to the team before each event.<br>•Each event warrants its own Expense Report Form. Expense Report Forms utilized for more than one event will not be processed.<br>•All receipts are to be originals and are to be taped to an additional page and stapled to the Expense Report Form. |
| EXPENSES INCURRED | MILEAGE |
| | •If a personal vehicle is utilized for travel, mileage incurred will be reimbursed.<br>•The team member submitting will be responsible for attaching a mapquest.com detailed direction summary matching the total mileage being expensed.<br>•Mileage will be reimbursed using the standard IRS mileage rate. |
| | RENTAL CARS |
| | •Rental cars may not be expensed unless prior approval has been granted. |
| | HOTEL CHARGES |
| | •Trump University will pay for hotel room and tax only. All upgrades, unauthorized hotel moves, and incidental charges are at the expense of the traveler. |
| | TIPS |
| | •Tip monies are not given in advance.<br>•Tip monies dispensed may be submitted with an itemized description on the Expense Report Form. *(See Tipping Policy in Program Coordinator Section)* |
| | |

CONFIDENTIAL



| | TRAVEL DAY PER DIEM |
|---|---|
| | •Any coordinator traveling over 1,300 miles on a day that is not an event day will receive half of their usual event per diem rate, once billed.<br>•All travel day per diems claimed must be accompanied by a detailed report of mileage traveled from www.airtimetable.com in order to receive reimbursement. |
| INQUIRIES | •Expense inquiries should be directed to payables@trumpuniversity.com, phone: [redacted], or fax [redacted]. |

| COMPENSATION SCHEDULE FOR LIVE EVENTS TEAM | |
|---|---|
| TIMELINE | •Compensation for events concluded by the 6th of the month will be mailed by the 15th of the month.<br>•Compensation for events concluded by the 22nd of the month will be mailed by the last day of the month. |
| CHECKS MAILED | •All compensation checks will be mailed on the 15th of the month and the last day of the month. |
| INQUIRIES | •Payment inquiries should be directed to payables@trumpuniversity.com, phone [redacted], or fax [redacted]. |

CONFIDENTIAL





# SALES PLAYBOOK

## TABLE OF CONTENTS

### I. Introduction

Introduction to the Sales Playbook ..... 97

Sales Fundamentals ..... 101

### II. The Preview

Objections and Rebuttals ..... 110

Preview Buyer Orientation ..... 114

Preview Close Steps ..... 116

Preview Registration Goals ..... 102

Preview Speaker Introduction ..... 107

Preview Team Door Introduction ..... 106

The Preview Sale ..... 108

### III. The Fulfillment

Break Out Sessions ..... 121

Building Rapport and Planting Seeds ..... 125

Elite Buyer Orientation ..... 135

Fulfillment Objections and Rebuttals ..... 130

Fulfillment Team Introductions ..... 120

Student Fulfillment Experience Expectations ..... 118

The One-on-One / Making the Sale ..... 127

### IV. Post-Fulfillment

Post- Fulfillment Elite Buyer Orientation Phone Conference ..... 136

Post- Fulfillment Phone Save ..... 138

CONFIDENTIAL

**INTRODUCTION**

TRUMP UNIVERSITY'S SALES PLAY BOOK IS DESIGNED TO OFFER STRATEGIES FOR PREVIEW SELLING, 90 MINUTE SELLING AND FULFILLMENT SELLING, AND COLLABORATIVE SELLING. IN ANY PREVIEW OR FULFILLMENT SALES ENVIRONMENT, YOU MUST HAVE A PLAN. KNOW WHAT IS EXPECTED. KNOW WHAT WILL BE DISCUSSED. KNOW WHAT YOU WANT TO SEE AS RESULTS.

**The first step of setting your plan is building a positive team environment. Energy and positive attitudes are contagious.** Negative attitudes bring the team down and translate into lower sales. Success of the event is determined by setting a plan that everyone works to meet. Achieving your sales goals requires that the team, Speaker, Sales Coordinator and Program Coordinator, clearly understand what must be done to achieve success. The team must meet upon arrival at the event location to communicate event strategy and expectations. This is invaluable for various reasons but most importantly, if plans need to be adjusted due to unforeseen local or economic events, the solutions can be implemented with professionalism and a positive attitude. As team members, you are focused on solutions and do not allow conditions, personalities and issues to dictate your success.

*"Anticipate change and embrace it; change can affect the entire picture. Recognize new developments you can capitalize on, profit from and use to open new doors"*

- Donald J. Trump

There are a variety of models used to develop a selling strategy. The common factor of all sales strategies is the most well-known model, the AIDA model:

Attention/Interest/Desire/Action.

- ***Attention***: Engage the potential customer so that they will want to talk. This can be done by identifying a need the customer has or an opportunity in which they are interested.
- ***Interest***: Continue the discussion with the potential customer so that they will come to understand that you have a viable solution for their need.
- ***Desire***: Persuade the potential customer that your solution to their need is the best opportunity available.
- ***Action***: Ask for the enrollment – go for the "close."
-

In both **Preview Selling** and **Fulfillment Selling**, you must KNOW your product, BELIEVE in your product, COMMUNICATE value and PRESUME the sale.

**Preview Strategy - 90 Minute Selling:**

- In a one-off selling situation, you are selling to someone who you may or may not see again. You must form a connection in a one to two hour period. And, it must start as soon as the future student walks into the registration area in a preview scenario. The prospective students must make an immediate decision, based on the opportunity, brand, and the newly formed relationship, because they have the most to lose by not making the decision.



**Fulfillment Strategy – Collaborative:**

- In Consultative/Relationship Selling, the critical factor is trust. You have three days to build a relationship where a student accepts you will always keep their best interests at heart. During a three-Day fulfillment, you have the luxury to strategically build student trust and product value for the student. In consultative/relationship selling, you can be the biggest loser if you sell something that is not wanted or if the value is not understood. Not only may the product be returned, but all future sales may be lost.

**Positioning:**

- Positioning serves to ensure event success, translated into sales. You are representing the strongest brand in the industry; capitalize on the value and solutions. You can command attention and influence customers.
    - We have the value. We have the solutions.
    - We are the leaders. We decide what the training will be like. Customers are responding to us. We have control.
    - Time and experience are on our side.

**We Have The Value. We Have The Solutions:**

- Attendees are looking for solutions to solve their problem. An attendee's problem represents a golden opportunity – a need you have a solution for.

**Remember That They Are At The Preview Because They Want Something:**

- Attendees want to be a part of Trump University and go to the three-Day Training. They only have fear or doubt they can do it stopping them from getting what they want. Money is never a reason for not enrolling in Trump University; if they really believe in you and your product, they will find the money. You are not doing any favor by letting someone use lack of money as an excuse.

**Always Assume They Want To Go To The Workshop – Because Everyone Does:**

- Understand that if someone says: "I don't want to go to the training," they are really saying: "I'm not used to dropping $995 on training and because it is new to me, I'm scared."

**Experience Is On Our Side:**

- Because we decide what happens in the training, an attendee must react to what we say. They don't have a choice. For example, we can spend hours and hours planning a question that they must deal with and give an answer to within seconds. We also have the advantage of testing the question out on hundreds of people and adjusting it to increase our chances for a desirable response. The attendee does not have the luxury of "practicing" his or her answer. However, we are losing this advantage if we don't take time to develop what we say and consciously practice what we say.

**Master The Art Of Persuasion:**

- The most persuasive words in the English language according to a study by the Psychology Department of Yale University are: You, New, Money, Easy, Discovery, Free, Results, Health, Save, Proven, Guarantee, and Love. They share three characteristics: they are simple, familiar and dramatic.

CONFIDENTIAL



The words "I noticed" have a powerful subconscious effect on people because they send a subliminal message to them that they stood out in the crowd, that they are attractive or charismatic or that they impressed you. It sends a message to the person that you have interest in them. People love recognition and attention.

- Examples:
    - You: "I noticed when the speaker talked about results..... you really seemed to identify/took a lot of notes/had a question he could not get to/thought that was powerful."
    - You: "I noticed that when the speaker asked if the training was worth the investment (money), you had your hand up, so I wanted to make sure that I do what I can to help you take advantage of it/make sure you don't miss out/get you earning money with us."

**Be Deliberate:**

- Be deliberate and conscious when communicating to potential students. Remember that we have time to think and plan and develop questions and commands that lead people into a flow that they must deal with and respond to. Without a game plan you are required to respond to them and do much more thinking on your feet. Remember that we need to stay on "offense."

**Sales Wisdoms:**

- You won't sell anything until you get rapport with the other person. Rapport is a state of emotional bonding, where they are aligned with you and vice versa. When you move, if you are in rapport, they will move too.
- Customers don't have needs--they have problems.
- A lot of sales training and books tell you about the importance of selling to customer needs. Although this is basically true, customers don't sit down and think, "I've got a need." Instead, they experience problems and seek solutions to them.
- The customer has to perceive the problem, of course. You may perceive the problem, but if the customer doesn't, then there's no way they can bite the solution line.
- So the sales job is about finding, eliciting and solving these problems. Where understanding of needs does come in useful here is that problems appear when needs are not met. But when you talk to customers, it usually works best if the subject is problems.
- Urgency is proportional to pain. Problems are like health. The more a problem hurts now, the more the need for a solution now. And the more it hurts, the more they'll be prepared to pay for a speedy solution. It's got to hurt enough!
- The operation of resolving the pain is itself a painful process, so if the pain is below this threshold, the patient will prefer to continue to suffer than accept any treatment.
- Research has shown that most people will seek a solution when they have three problems. About a quarter seek solutions earlier, and another quarter seek solutions later.
- You don't sell products, benefits or solutions--you sell feelings.
- Sales used to be about selling products. But a sole focus on products leads to objections, so sales moved to selling benefits. Better again, the focus turned to understanding the underlying problem to be solved, but this is still not the whole story.
- When we make any decision, including the 'buy' decision, we do so by an emotional process. It may not seem that way, and there may be much logical processing, but the point of decision is always emotional, and usually subconscious.



**Ask For The Sale:**

- A lot of sales people are so paranoid about the customer saying no that they keep on selling long past the close-by date. They may even talk the customer into buying and then talk them out again. The trick is to swallow your fear and ask. When the time comes, ask for the sale. Ask "Are you ready to buy now?"

**Ask For Honesty:**

- Ask them for honesty and you will get it. Ask "Can you be honest about this?" They will say yes, of course. Then you can ask them for critical information and you will get the truth. By asking for honesty, when they say yes they must maintain consistency with that statement and be honest.

**The Best Sale Seems To Be Driven By The Customer:**

- Great sales people give so much apparent control to customers that the customer seems to sell the products to him/herself.
- They do this by being incredibly sensitive to the customer's situation and state of mind, then nudging gently with the right questions such that the customer realizes their need and ends up asking for the product.
- They have turned casual conversation into an art, persuading by subtle inference and influence rather than more overt presentation and persuasive talk.

CONFIDENTIAL





**SALES FUNDAMENTALS**
BY RYAN LOTMAN

**Believe.**

Believe in your company.
Believe in your product.
Believe in yourself.
Believe our students are better off buying from you.

**Build.**

Build a relationship, and develop rapport get them interested in what you have to say. Engage with questions and a smile, find the link. Sell for relationship, not a commission; sell to help our customers accomplish their goals not meet our sales goal.

**Discover.**

Find out why our students buy - for their reasons, not yours. Find out their reasons first. Our students don't like to be sold but they like to buy. This is the most important part of the presentation.

**Ask.**

If you ask the wrong questions you will get the wrong answer, but ask the right questions and you will get the sale. Questions are the heart of the sale. Ask questions to find buying motives. Questions convert the selling process to a buying process.

**Observe.**

Your ability to observe must be as powerful as your ability to sell and your ability to listen. The answers are there if you are looking. Watch their body language, when they perk up take a mental note, when they don't like something you say, take a mental note.

**Reflect.**

Reflect at the end of every event. Accept personal responsibility, own it, and know whose fault it is when the sale is not made. Follow the CANI principle (constant and never ending improvement). Read, listen, and practice your skills. At the end of the day, ask-yourself: What did I do right? What did I do wrong? What can I do differently?

**Prove.**

Testimonials can help you overcome objections.

**With the right mindset and attitude, anything is possible! Believe that you can and you will!**





**PREVIEW REGISTRATION GOALS**

CREATING A UNIQUE EXPERIENCE FOR TRUMP UNIVERSITY ATTENDEES BEGINS AT REGISTRATION. REGISTRATION IS A CRUCIAL PART OF EACH PREVIEW AS IT DETERMINES THE ATMOSPHERE AND IMAGE YOU CREATE FOR THE EVENT. IT ALSO GIVES YOU AN OPPORTUNITY TO POSITIVELY INFLUENCE FUTURE SALES. USING THE KEY POINTS IN THIS SECTION ALONG WITH YOUR ENTHUSIASM AND ENERGY, EACH COORDINATOR WILL BUILD AN EXCITING ATMOSPHERE THAT WILL SET THEM UP FOR SUCCESS.

**Attitude and Confidence:**

- Closing sales does not begin when the speaker stops speaking. It starts at the beginning and the more interaction we have with each customer, the better. The first objective a speaker has when he begins the presentation is to quickly build rapport. But the truth is our "presentation" starts long before the speaker is introduced. The team starts building an environment of trust starting at the registration table; while customers are waiting to come in, before they are guided to their seat. Registration is where the rapport is developed. Be very deliberate in your approach. Here are tips in building rapport and establishing posture.
- Substitute the words *"thank you"* with ***"congratulations."***
- Always remember that we have solutions for the attendees. They are not doing us a favor by showing up for a free training. The person who says, **"You are welcome"** has the posture. We want them thanking us.
- **Less Effective Example:**
  Attendee: "I just drove two hours to get her and this place is impossible to find. I couldn't find parking and/or I had to pay for parking. This better be worth my time."
  You: "Well thank you for making such an effort. We really appreciate you coming out."
  Attendee: "You're welcome."
- **More effective Example:**
  You: "Wow, this must be really important to you – that's pretty impressive. Congratulations on making it here."
  Attendee: "Thank you."
  You: "You're welcome."
- Offering ***"congratulations"*** almost always gets a "thank you". Remember, we are doing them a good turn by presenting our product/services. This also works well when introducing the speaker and should be done throughout the whole campaign. Attitude and confidence has a tremendous effect on others. Pretend that you wrote the check to pay for the advertising for that week – your attitude might be very different if you personally have signed the check to spend $20K - $40K + marketing in a particular city!

**Create Excitement And Learn More About Each Attendee:**

- Get them excited about the presentation, and learn more about their mindset!

CONFIDENTIAL



- Collect personalized information that you can utilize during closing time. (For example: are they a single parent of three children that may need money for food? Or are they a middle-aged commuter that is tired of traveling for 2 hours to work each day?)
- When speaking about an attendee's interests, don't promise that they will learn about a particular subject during this meeting. Do let them know that the subject will be touched upon today and at the end of the event you would love to give them some additional, helpful information on what they are interested in. And remind them that today is really just the start of their journey!
- Make a conscious effort to develop rapport with attendees at registration, and in doing so, raise their enthusiasm level.
- Focus on starting conversations and asking questions that will get you the answers and information that you need. You have limited time with each attendee and want to get them as focused on our programs and services as much as possible. (Example of an unnecessary conversation: You: What brought you down here? Attendee: A car.)

**Always Assume That Attendees Need Our Programs To Succeed, Regardless Of Expertise:**

- Don't act impressed! When attendees see that we (the experts) are impressed by their accomplishments, they may easily leave thinking that they don't need our help. Instead, acknowledge that they possess the proper mindset to be an investor. Let them know that they have come to the right place and that we possess the tools necessary to help and enhance their success.
- Never imply they will learn a particular strategy at the preview.
- Some attendees may have a "know-it-all" mindset. Be assertive in changing the way that they think, and again, let them know that they have come to the right place and that we possess the tools necessary to help and enhance their success.
- If you do discuss an attendee's accomplishments, use the conversation to your advantage. Ask how much positive cash flow they have coming in each month and how much they would like to have coming in each month. Ask if their properties are all protected in an LLC or some sort of entity. Ask if they currently have the liquid (cash) available to accomplish their goals, or to do they need an extra ten to twenty deals in the next twelve months? Ask how many real estate deals they have sold over the last six months. Ask about the vacancy or occupancy rate. Ask if that property is working for them or if they are working for that property. With what they have this minute, are they in a position to live the life they want and never have to work another day again in their life? Are they protected the right way to make sure the IRS won't classify them as a dealer which puts you in a higher tax field? Are all of their properties within the same LLC?
- Take every opportunity to emphasize that they need to learn the Trump way for continued and growing success!

**Fact-Finding Conversations During Registrations Will Help You Close Later On:**

- Ask the attendee questions, and let them do the talking.
- Don't focus on closing them at registration. Do wet their appetite and point them in the right direction.
- You may ask each attendee the following:
  - How long have you been interested in being a real-estate investor?
  - What types of strategies are you most interested in learning about today?
  - Have you ever done any type of creative real estate? (If yes, ask what they did)

CONFIDENTIAL



- What types of properties are you most interested in learning more about today, single family, multi family, commercial properties, and skyscrapers like Mr. Trump?
- How many investment properties do you currently own?
- What has held you back from accomplishing all of your real-estate goals?
- What is your net profit every month? (Your response: That's ok, but how would you like to triple the number of properties as well as triple your net cash flow? You need to attach yourself to our hips, [with a big smile]!)

*If they do not currently invest*:

- How would you like to own or control ten investment properties giving you a positive cash flow of $500 per property? We will show you a few strategies today, but if you're really interested in learning in learning more about these types of strategies talk that talk to me after the 90-minute preview.
- What are your six-month goals, if any, that you would like to achieve in real estate?
- How many properties do you own besides your primary residence?
- Do you enjoy what you currently do for a living and is it paying you what you deserve?

*If they are a real-estate agent or investor:*

- Did you meet your sales goals for last year?
- What are your plans to see that you do this year?
- What is your yearly budget to help your business grow?

**Always End Registration Conversations on a Positive Note:**

- Your goal is to help each attendee understand that they won't have everything they need after 90 minutes, and you might end a registration conversation in the following ways:
  - Let's spend some time at the end of the event so I can give you some more personal attention and guide you down the right path.
  - Today is just the start of your journey in the wonderful world of real estate investing, and it's a great start!
  - I'm looking forward to helping you and your family starts accomplishing your goals!
  - The more knowledge you receive from an expert in any industry, especially real estate investing, the more success you will have, wouldn't you agree?
  - You have a great mindset and attitude; with the proper structure and guidance you can make a fortune. Doesn't that sound exciting?
  - We've had a lot of _______________ (fill in blank: students, realtors, investors) get involved with our advanced trainings this week; it's good to see you are keeping up with your competition!
- Use yourself as often as possible, example: If I didn't have access to Trump University and this successful team behind me (point to the other coordinators) I:
  - would be in a much lower income bracket
  - Wouldn't have the same success that I am having now.
  - Wouldn't have the financial freedom that I have now.
  - Wouldn't have the amount of time I have now to spend with my family.
  - Wouldn't have been able to fulfill my lifelong dreams.

**Always Remain In Control During Registration:**

- If an attendee walks in early, before the doors are opened, don't tell them that we're still setting up. This makes a bad first impression, since we told them to show up on time, but we



are running late or still setting up our materials. Instead, explain that they need to remain in the registration area for a few more moments until the other registrants arrive. Then, the Trump U team will then be making some important announcements.

**After The Registration:**

- Pay attention and Target Potential Students:
- Even though the presentation may get boring or monotonous for us – with so much repetition – take the time to learn where the powerful tie-down questions are and watch for individual responses. Listen to the presentation and see how many strong questions you can find.

CONFIDENTIAL





**PREVIEW TEAM DOOR INTRODUCTION**

AS REGISTRATION CONCLUDES, A TRUMP U COORDINATOR WILL COMPLETE THE TEAM DOOR INTRODUCTION. YOU WILL PRESENT THE TEAM TO THE CROWD AND GIVE ATTENDEES INFORMATION AND INSTRUCTIONS FOR MOVING INTO THE EVENT SPACE. A CONFIDENT, STRONG, AND FRIENDLY APPROACH WILL HELP COMMUNICATE YOUR MESSAGE EFFECTIVELY AND MAKE FOR A SMOOTH TRANSITION INTO THE PREVIEW AREA. ONCE FINISHED, THE TEAM MEMBER WILL THEN OPEN THE DOORS TO THE PREVIEW SPACE AND CONTINUE TO HELP SEAT GUESTS.

**Team Door Introduction Script:**
"Good Afternoon/Evening! I would like to congratulate you on making it out today and encourage you to make the next 90 minutes a priority for making an exciting change in your life. My name is _____ and this is _____, _____ and _____ (this is where you introduce your team). We have all been hand selected by Trump U and are experts in real estate investing. We will be your power team for the next 90 minutes, and we are here to help all of you. After the presentation today many of you will have questions, so please don't leave us without getting the help you need to go into your market place and take advantage of the many opportunities in your backyard. You're welcome to bring in some water, and in just a few moments I am going to show you into the ballroom. If you could please work with us, we seat from the front to the back and fill every single seat. We are expecting late arrivals and we want to be sure not to disturb you or your instructor today. So in just a moment please move ahead and go straight down the center aisle and _______ (team member name) will show you to a seat. Before we go in please turn your cell phone off. We have paper and pens already placed on your seat. Again Congratulations!"





**PREVIEW SPEAKER INTRODUCTION**

ONCE THE ATTENDEES HAVE TRANSITIONED INTO THE PREVIEW AREA, A TRUMP U COORDINATOR (SELECTED PRIOR TO THE EVENT AND GIVEN ADEQUATE TIME TO PREPARE) WILL INTRODUCE THE SPEAKER. THE COORDINATOR WILL GAIN THE AUDIENCE'S ATTENTION, EXPLAIN THE PREVIEW RULES, ILLUSTRATE THE SPEAKER'S ACHIEVEMENTS AND QUALIFICATIONS, AND GET THEM ENERGIZED FOR THE PRESENTATION! BY EXUDING CONFIDENCE, STRENGTH, AND EXCITEMENT DURING THE INTRO, YOU WILL MOTIVATE THE AUDIENCE TO LISTEN AND TO LEARN – WHICH WILL HELP THEM ENROLL LATER ON!

**Speaker Introduction Script:**
Good evening! On behalf of Donald Trump and Trump University, I would like to welcome and congratulate all of you on making a commitment to come out and train with us today!

Before we get started, there are a few ground rules to go over to make sure that things run smoothly. First of all, please turn off all cell phones and devices. If you haven't already, take a moment and make sure your phone is in the off position. Limiting distractions will allow you and your neighbors to dedicate the next 90 minutes to learn this business and get the most out of our presentation.

Now your Trump trainer tonight/today/this morning, __________ (speaker's name), has a lot of material to go through in a relatively short amount of time. You may have a few questions or comments as s/he progresses through tonight's workshop. We'd like you to write these down as we move along so that you don't forget them, because we will be holding all questions during the workshop and answering them for you at the end of the event. If you look behind you, we've set up tables in the back of the room, and we will invite you to come back and see the team at the end of the workshop so we can address your questions and comments on a one-on-one basis. Sound good? Sound fair?! Excellent!!

It is now my pleasure to introduce one of Donald Trump's top instructors. He has been hand selected because of his expertise and knowledge in the real-estate business. Mr/s. __________ (First Name, Last Name) has been investing for X years and has mastered his craft. He is one of my personal mentors and an amazing source of knowledge, so if you could, PLEASE give Mr/s. ________ (Last Name) a warm round of applause!

**Notes:**
You may tailor paragraph four to reflect specific achievements of that particular speaker, to be discussed and approved by speaker in advance.

CONFIDENTIAL





**THE PREVIEW SALE**

HALF OF THE BATTLE IS HAVING THE RIGHT MINDSET WHEN APPROACHING AN ATTENDEE IN ORDER TO CLOSE A SALE. REMEMBER THAT WHAT YOU SAY IS ONLY HALF THE BATTLE- HOW YOU SAY IT IS EXTREMELY IMPORTANT. THE CLOSING LINES DON'T MATTER IF YOU DON'T HAVE THE RIGHT MINDSET FOR THE SALE. EVERY COORDINATOR WILL REVIEW THE PREVIEW SALE GUIDELINES BELOW IN ORDER TO BE ADEQUATELY PREPARED FOR THE SALE.

**Put Yourself In The Right Mindset:**

- Your belief system: You need to whole-heartedly believe that if they don't attend our training, then they are missing out on the biggest opportunity of their life.
- Your attitude: Be careful not to come across as cocky or arrogant. You need to be confident, have a ton of energy, enthusiasm, and passion.

**Always Assume The Following When Approaching An Attendee During The Sales Break:**

- They are not 100% happy with their job.
- Their retirement funds aren't where they want them to be.
- They took a lot of time out of their day and drove to the event because they want to have a better life.
- They want to make a lot more money, and have more options available to them in life.
- They want to attend our three-day training.
- That they want someone to come into their life, grab them by the hand, take control, and show them exactly what they need to do to be successful- you're that person that they've been waiting for!
- **That the speaker did their job and closed them- you just need to ask for the sale.**

**When Talking To Them:**

- Be passionate: There's no such thing as the magic pill or magic response. Just be strong and passionate! People will be left thinking, "There's a reason he believes in this so much; I want to be a part of it."
- Deliver everything with more emotion, more energy, more excitement, and more intensity!

**How to Start the Conversation:**

- Never approach someone and ask, "Do you have any questions?" Be presumptive and say, **"It looks like you're ready to enroll; let's get you started!"** Or, "Hi _______(insert student's name), I noticed you took a lot of notes during the presentation. Let's get you enrolled, and keep the amazing, powerful information coming. More importantly, we will show you how to start implementing your knowledge and make dollars for your checking account!
- No small talk, for example, "Did you enjoy the presentation?" Get right to business. They know why you're there and what you're doing, so just get to it!

CONFIDENTIAL



- You're in charge of the conversation; you control the conversation the entire time.
- It's not just what you say, but how you say it (be excited, passionate, and intense!)
- Remember that these people want you to take control. They want someone to grab them by the hand, and show them exactly what to do to achieve their goals.
- When asking for the sale, you can use this to start the conversation: **"You look like you're ready to get started..."** or **"I can tell you're thinking about getting enrolled, what can I help you with?"**
- When asking for the sale, you can use this to end the conversation: "What type of credit card will you be using today?"

**Be Assumptive:**

- Sometimes they will hesitate because they weren't expecting that approach and will say, "Uh, yeah, I'm ready to go." Sometimes, they will have a question or objection, but when you're assumptive it give you the ability to touch more people and enroll more people.

**Don't Waste Time:**

- Ask, **"Are you getting enrolled?"** Their response, facial expression, and body language should give you your answer. Either you'll need to spend a little more time with this person, or you need to move on.
- You need to judge within ten seconds or less if this is someone you're going to be able to close.
- You should be able to close someone within 2 minutes or less.
- If you need to spend more than 2 minutes with them, say: **"I can see how serious you are about making a change in your life with real estate. We're going to need some extra one-on-one time, but I have a lot of other people who are ready to go right now, and they just have a quick question before they enroll. Follow me and grab a seat at the table. After I help a few more students out, we will take as much time as you need to feel comfortable, sound fair? While you're waiting for me, I want you to look through this folder and the goal setting kit."** You'll be surprised how often you go back to finish them up and they've already filled out their paperwork and given their credit card!
- If you need to get away from someone that you're confident will waste your time, **ask them for the sale!** If they don't say "Yes, let's do it," tell them **"Thank you so much for coming down here today. I wish you the best of success; there are other people waiting for me to help them get enrolled. Now if you're really serious about getting our help, grab a seat at the table and as soon as I'm finished, we'll talk about getting you enrolled as well."** And move on.

**Have Students Sit Down:**

- Always have chairs set out for people to sit down. People are much more likely to buy from you if they are sitting than standing! This is common knowledge in our business but not everyone does it every time. It is much more comfortable to sit and fill out paperwork, as well as relaxing for an attendee. If they are relaxed, they are more likely to buy. If they are standing, it is much easier to walk away.

**Create A Sense Of Urgency:**

- Move promptly. Not hurried or nervous, but with urgency.
- We want to dictate what they do. Therefore, if you move quickly and give students a sense of urgency to register, they will move quickly.





**PREVIEW SALE OBJECTIONS AND REBUTTALS**

WHILE ASKING FOR THE PREVIEW SALE, ATTENDEES MAY HAVE OBJECTIONS TO ENROLLING IN OUR PROGRAM. BY BEING PREPARED FOR RESISTANCE, YOU CAN MAKE A STRONG, PERSUASIVE COUNTER CASE, EASE THEM INTO THE DECISION TO ENROLL, AND CLOSE THE DEAL MUCH QUICKER. EACH COORDINATOR MUST MAKE AN EFFORT TO INTERNALIZE THE FOLLOWING OBJECTIONS. REBUTTLES SHOULD BE DELIVERED WITH ENERGY, PASSION, AND INTENSITY. ALWAYS REMEMBER TO KEEP IT SHORT AND SIMPLE, AND BE ASSUMPTIVE!

**Negotiating Student Resistance:**

- It is important to know the difference between an objection and a legitimate question. Sometimes you can just answer the question and close the deal. The purpose of this strategy is to close the deal, but also do it quickly and efficiently.
  - Step one: FIND REAL MOTIVES
  - Step two: QUALIFY STUDENTS
  - Step three: GET A PRE-COMMITMENT
  - Step four: CALL TO ACTION
  - Step five: FIND REAL OBJECTIONS
- Some people have been sold so much that their subconscious has become trained. Every time they have given a concern to a salesperson and the salesperson resolves it and puts pressure on them to commit, the more uncomfortable that makes them feel.
- You need to get to the real issue as quickly as possible for two reasons. First, dealing with a false concern takes up too much time. Second, the more concerns you have to resolve the more power you have given the other person and they will begin to enjoy the power on a subconscious level. They don't even realize it, but having us "wait on them" gives them a feeling of supremacy and they feel they are an important sale to us.
- Do not get in conversations where you answer one question after the other, yet getting no closer to the sale whatsoever. Irrelevant questions take too much time; you lose power by answering them. The person asking the questions always has the power. You should only allow potential students to ask one of these questions and then take back the power. When you answer one of these questions, give a quick answer and then start asking questions. Examples: "I'm not sure who developed the property. I think the real question we should be asking ourselves is: are you ready to change your current lifestyle? " (or what is holding you back? etc.)
- Do not let potential students have more than one concern.
- Don't let people have more than one concern if you can help it. Most people will subconsciously let you isolate their concern because it takes one good one to keep them safe from commitment. Then you can move on to closing a sale. One way to isolate a single concern is to restate a single concern and confirm that you understand the concern. When you do this, you should always make sure to affirm and tie down that they love the package (this is critical) and at the same time affirm and tie down that the concern they stated is the only concern.



**OBJECTION: I HAVE TO TALK TO MY SPOUSE FIRST**

I'm married/in a relationship too, and I'm so lucky to have a wife (or husband, girlfriend, boyfriend, partner) that believes in me and stands behind my decision to better our lives. If you do have to talk to your wife first can I give you a suggestion that has helped hundreds of couples in your position? If you're really serious about becoming a real estate investor I would recommend taking advantage of our risk free guarantee. Get involved with us tonight, take home all of the materials and review them together. Then visit the Premium Membership website that you will now have exclusive rights to, and gain more knowledge to determine whether real estate is the right step for you. Now after going through the materials and getting more education on our site, you and your wife will start to get very excited about how much money you can make in real estate. My last suggestion is for both of you to attend the entire first day of training and if it's still not for you- just walk to the back and say, I don't think this is for us and we will gladly give you every penny back. Now I have been doing this for a long time, and the only thing your wife will say at the end of Friday is, 'why did you wait so long to get this training, I can't believe how much money we've missed out on in our own backyard! We have a lot of catching up to do!!'

**OBJECTION: I DON'T THINK THE MARKET HAS HIT BOTTOM YET**

A lot of experts would disagree with you- and so would I. There are many places all over the country right now with multiple offers on houses. But let's say you're right. One of the most important systems we will show you over the weekend is how to put deals together where you are walking into a property that has forty percent equity and thirty percent profit over expenses. So let's say the market drops ten percent, would you still be happy with a twenty percent profit on a 200k house? By the way what's twenty percent of 200k? That's just the icing on the cake! There are so many different systems we will teach you, you'll be able to pick three or four that you're most comfortable with. You have to remember that this is Trump, we only teach what works in the current market conditions. Follow me and let's get you enrolled, listen closely to our orientation, I want you to bring some good leads so we can start helping you close your first deal. Congratulations!

**OBJECTION: I DON'T HAVE THE TIME AND I'M DOING PRETTY WELL RIGHT NOW**

*This is why it is so important during registration to ask them what they do, how many hours a week they're working and if they love their job. You can come at them strongly and throw this right back at them.*

Well _______(insert student's name), the only reason you don't have the time right now is because you're working 45 hours at a job that you don't enjoy. I won't even bring up the hours after you factor in all the time you sit in traffic, taxes, and everything else that's taken out of your paycheck. Have you added up what you net an hour? I bet you wouldn't like that number. You're trying to fool yourself but you're not fooling me. You came down here today because you're tired of killing yourself just to survive. We will show you how to thrive in real estate and control your own financial destiny, and the best part is: when you double your income from real estate part time, you can quit your job, work twenty five hours a week, and create more wealth than you have ever dreamed of. Now, let's take it one step at a time: follow me, and let's get you enrolled. Listen closely to the orientation; it's possible if you do exactly what we tell you, we may be able to start helping you put a deal together next Saturday. Congratulations!

**OBJECTION: I DON'T LIKE USING MY CREDIT CARDS AND GOING INTO DEBT**

**–OR-**

CONFIDENTIAL



**I JUST PAID MY CREDIT CARDS OFF**

I see, do you like living paycheck to paycheck? Do you like just getting by in life? Do you enjoy seeing everyone else but yourself in their dream houses and driving their dreams cars with huge checking accounts? Those people saw an opportunity, and didn't make excuses, like what you're doing now. Most wealthy people made their money in real estate and it usually started with a decision to get the knowledge and skills to be successful. You need to look at what this small investment will fix in your life. You can stop living paycheck to paycheck, build your retirement account and pay cash for your dream car. You're here today because you're sick and tired of being sick and tired and you want to change that- you're not alone. I'm going to help you take your first step to create the life you've dreamed of. Follow me and let's get you enrolled. Congratulations!

**OBJECTION: I LIKE THIS BUT I'LL DO IT LATER**

I'm glad you've made it down here today and didn't procrastinate like you're doing now. Have you added up how much money you have lost by procrastinating in your life? It sounds like it's a very bad habit for you. If I had $10,000 in my hand and said I'll give it to you for $2,000.00, would you have to think about it or make a smart financial decision? People procrastinate because of fear. Our three-day training is designed to help people like you who let fear hold them back. One thing will take away fear, that's knowledge, and knowledge will give you confidence. Confidence in real estate will give you a huge checking account. You and I will never see such an amazing opportunity in our lifetime again, than we see right now, to become rich in real estate. Your window to create wealth in real estate is starting to get smaller and smaller every day you procrastinate. I want to help you stop procrastinating, and start getting rich. You're here today because you want to learn a simple duplicatable system that you can spend five to seven hours a month on and create a large monthly cash flow. You will learn that system at our workshop. I can see it in your eyes, you're not going to let fear and comfort zones hold you back any more. Now follow me and let's take your first step together and enroll in our workshop. Congratulations!

**OBJECTION: I CAN'T MAKE THOSE DATES**

________(insert student's name), we hold workshops every weekend all over the country and can get you to one of those. You're not seeing the big picture of what your investment today truly gives you. This is a 1-year premium membership that gives you access to webinars on all of the subjects we will be covering at the workshop so you will have enough information to get you up and running, and when we get you to another workshop you'll be more advanced than everyone else in the room and that will take you to another level. Your other option is to do nothing, learn nothing, and continuing to get the same results that you're not happy with which is why you're here. Take the first step, get involved, and start getting your education today so you can take advantage of all the opportunities your market has to offer.

**OBJECTION: I DON'T MAKE QUICK DECISIONS**

Well ________(insert student's name), real estate may not be for you (*take away**). With the kind of deals we are going to teach you to find and put together- they don't last long. Investors like me and my team will continue to take your opportunities away from you because we do make quick decisions if there's little to no risk. Now would you like to learn what we know, take control of your life, stop making excuses and make a ton of money? Mr. Trump is giving you an opportunity where you don't have to make a quick decision. As a matter of fact you don't have to make your final decision until the end of Friday at the training. However he does expect you to make a commitment and I do as well. I know the only reason you don't want to make a quick decision. You don't feel like you have enough information. Attend the first day of training, get more information and if it's not for you- get every

CONFIDENTIAL



penny back. On Friday you will find me and thank me for pushing you out of your comfort zone. We will give you the knowledge and confidence to make quick and PROFITABLE decisions for the rest of your life. Let's go, follow me.

**What Is A Take Away Sale, And How Does It Work?**

•A Take Away sale is a closing technique which acts on a person's inherent need to possess something before it is gone. That is what causes many people to take a last skiing trip of the year because they know that pretty soon the snow will be gone and they will have to wait till next year before they can ski again.

•One of the prime human motivations to take action is the fear of loss. A properly crafted Take Away sale is crafted around that emotion.

**If You're Still Getting Excuses:**

•Answer the first excuse and then ask for the sale. If you hear them start their second excuse, say **"STOP!! It's my job to get you to the next level. You will never get ahead in life with excuses. Mr. Trump won't listen to excuses and neither will we. Excuses will never make you more money; they will just continue to cost you more missed opportunities in life. You're here today because you're ready to change that, make more money, and have a better life. I WILL help you accomplish that. I'm going to help you take your first step. Follow me and we will get you enrolled with Trump University, and while you're filling out the enrollment form, let us know who you would like to bring as a guest. Congratulations and I'm really excited for what you will begin accomplishing in real estate. I'm putting you on a path that you wanted to take years ago. I'm the same as you; sometimes I just need a little push in the right direction. Again, congratulations."** When you're direct and don't allow them to make excuses, they realize you're right and appreciate you doing your job.





**PREVIEW BUYER ORIENTATION**

ONCE YOU HAVE CLOSED THE SALE, THE COORDINATOR WILL SIT DOWN WITH THE NEWLY ENROLLED STUDENTS TO EXPLAIN THE NEXT STEPS AND CONTINUE TO GET THEM EXCITED ABOUT THE PROGRAM. YOU WILL REVIEW THE PAPERWORK AND KITS AND DISCUSS THE ONLINE BENEFITS NOW AVAILABLE TO THEM. THIS IS THE LAST CONTACT THEY MAY HAVE WITH THE TRUMP U TEAM BEFORE LEAVING, SO MAKE SURE TO MAINTAIN YOUR CONFIDENCE AND ENTHUSIASM IN ORDER TO SET THE FULFILLMENT UP FOR SUCCESS.

**Buyer Orientation Script:**

Congratulations!

Take the folders that you have in front of you and pull out the papers inside. The first sheet should read 'Welcome and Congratulations from Michael Sexton, our President,' which includes preliminary instructions for our program next weekend. Make sure to follow these steps starting with the homework that _______ (name of speaker) will give you after we are done here.

Page 2 should read 'Location and Agenda'. First on that sheet is the location where the training is going to be held. If you need assistance in regard to directions, feel free to call the number listed there. Notice the itinerary below. On the bottom it says subject to change, because some classes and locations tend to vary due to varied interest and level. We customize our program to our students, so some of these items tend to flow better if we switch them around. We will be covering all of these items and beyond, but this is a general outline.

Next, please take out your 2009 Breakthrough kit. Open up the first binder, and begin putting it together. The first tab should say Jump Start, and so on. The second binder in the kit it has CDs for you to listen to per the prompting from the first binder.

The next sheet outlines some Frequently Asked Questions. One that I would like to point out is regarding attire for the program. Make sure to bring a sweater because the ballrooms tend to be on the cooler side.

The last sheet inside your folder says 'Advanced Real Estate Options.' We at Trump U offer a variety of advanced courses, allowing you to grow with us. Hold onto that sheet for future reference.

More importantly, on the bottom of every sheet is our website. www.TrumpUniversity.com This is where you are going to have access to all of the great things associated with the twelve month premium membership. You can log in and access the membership area using your username and password. To do this go to TrumpUniversity.com, click on the login link from the top right hand corner of the website and then enter in your full email address that's on your pink receipt as your username. Since you don't have



a password yet, click on the link below the password box that says "Send new or forgot lost password" and a temp password will automatically be emailed to you. Once you're logged in the website there are a few tabs that you will want to remember to go through and start to use. You may want to write them down now.

#1. We have weekly ongoing webinars every Thursday at 8pm EST. You can access them at any time if you can't make it. You can also preview archived webinars if you have free time between now and the training. If do attend the live session, you have the option to speak with the presenter and ask questions at the end if you like. Additionally, we offer weekly online classes hosted by financial, entrepreneurial, and real estate experts where you can interact and ask your most pressing questions in real time. Or you can watch them at your leisure starting the following day!

#2. Empire City is a virtual metropolis, or fictional city, where you can go anywhere, buy anything, and test your limits! It's an interactive resource to help you learn how to invest profitably in real estate in a safe, risk-free environment.

#3. There is a tab on the website titled 'Resource library', where you will find all of those contracts and forms that ______ (speaker's name) mentioned during the presentation. Some other documents in the resource library include teleseminars, real estate links, articles and more.

#4. We have online forums where you can chat with other TU students. When you visit this section of our site, you should update your personal profile so that you can make yourself searchable by areas of interest and location. You can also view FAQ's, where you may sometimes find an answer to a question you may have, before you have it!

#5. We have Customer Service available Monday through Friday from 9am-5pm. You may call the phone number on the bottom of your enrollment form if you need them.

Before I let you go, one more thing! One of our program directors will be calling you next week to remind you to bring a sweater, snack , etc and to welcome you into our family! So with that I am all finished, I look forward to seeing you next week and congratulations!

CONFIDENTIAL





**PREVIEW CLOSE STEPS**

AS WE FINISH THE PREVIEW, THE BACK TABLES PRESENT OUR LAST OPPORTUNITY TO CLOSE THE ATTENDEES WHO ARE UNSURE ABOUT ENROLLING AND TO LEAVE A POSITIVE AND EXCITING IMPRESSION ON THE STUDENTS WHO HAVE ALREADY ENROLLED. EACH TRUMP U TEAM SHOULD BE USING THE SAME STEPS AT THE BACK TABLES (LISTED BELOW) TO MAINTAIN CONSISTENCY IN EACH MARKET AND FOR ALL OF OUR POTENTIAL STUDENTS.

**Steps To Follow At Back Tables When Closing At A Preview:**

- After close, the only person behind the back tables should be the program coordinator.
- The sales coordinator should stay out on the floor speaking with potential students until every last person has left.
- The speaker should continue to create excitement and draw people to the back tables.
- Let attendees know that we will answer all questions as a group, because many other attendees will have the same questions. This also gives the Trump U team a chance to sit attendees down and them from leaving.
- If you have collected payment or discussed payment then place a check mark in the top corner of the price contract sheet, above 'advisor.'
- If you have discussed financial difficulties, place your initials in the top corner of the price contract sheet and privately communicate that with the program coordinator so s/he can step outside with the attendee. **NEVER** discuss financial arrangements at the table. (Anything you discuss can be overheard and may give other attendees that are enrolling the wrong impression; they might think they have that option of not paying now. We want to create urgency and stress the importance of paying today.)
- Place a bag with the orientation materials (Profit from Real Estate Investment folder and Breakthrough Binder/CD kit) in front of the students only once they have paid. Do not give them any materials until then*. If they are calling later with credit card information, or if you are waiting to run the card, it must be indicated on the form in order for student to take the orientation materials.
- Never distribute materials unless you have some form of payment, as we want to use these as a sales tool. Also, if a second kit is going to help close a sale, then make a big deal about giving the student an extra kit so that your customer will see value in this.
- Do NOT discuss pendings or any other arrangements at the back table. A pending payment might include a credit card that hasn't been approved right away, or a potential student who needs permission from their spouse, parent, partner, or friend to move forward with the sale.
- Use your judgment. If the student is on the fence and you think they will enroll once they have more information on the orientation, make a judgment call regarding the materials.
- **Make sure you are communicating your team at all times so you are not annoying a potential customer or being repetitive.**



*As previously mentioned, an exception might be a sales coordinator giving a potential student a copy of the PREI folder to review while they are helping other customers if they feel it will close the deal faster. This should always be noted with initials to prevent repetition and to communicate status.

CONFIDENTIAL





**STUDENT FULFILLMENT EXPERIENCE EXPECTATIONS**

CONTINUING TO CREATE A UNIQUE, SUPERIOR EXPERIENCE FOR TRUMP UNIVERSITY STUDENTS BEGINS AT FULFILLMENT REGISTRATION. JUST LIKE AT THE PREVIEW, REGISTRATION IS A CRUCIAL PART OF EACH FULFILLMENT AS IT DETERMINES THE ATMOSPHERE AND IMAGE YOU CREATE FOR THE EVENT, AND GIVES YOU AN OPPORTUNITY TO POSITIVELY INFLUENCE FUTURE SALES. IT IS EVEN MORE IMPORTANT AT FULFILLMENT THAT WE LIVE UP TO A STUDENT'S EXPECTATIONS AND MAINTAIN CONSISTENCY FROM THE PREVIEW. USING THE KEY POINTS IN THIS SECTION ALONG WITH YOUR ENTHUSIASM AND ENERGY, EACH COORDINATOR WILL BUILD AN EXCITING ATMOSPHERE THAT WILL SET THEM UP FOR SUCCESS.

**Continue To Create Excitement About Trump U Programs And Services:**

- The first step of positioning is building a positive team environment. Energy and positive attitudes are contagious. Negative attitudes bring the team down and translate into lower sales. Success of the event is determined by setting a plan that everyone works to meet. Achieving your sales goals requires that the team, Speaker, Sales Coordinator and Program Coordinator, clearly understand what must be done to achieve success. The team must meet the day before the event to communicate event strategy and expectations. This is invaluable for several reasons but most importantly, if plans need to be adjusted due to unforeseen events, the solutions can be implemented with professionalism and positive attitude. As team members, you are solution-focused and do not allow conditions, personalities and issues to dictate your success.
- Establish rapport and/or re-establish your relationship with student at registration. What is the student's impression of you? What is the student's impression of Trump University? After making the social contact, you must transition to the business contact (this is your primary purpose). Good rapport is a necessary foundation for the use of consultative sales techniques. People prefer to comply with requests or suggestions from people they LIKE. They also will communicate more openly and freely when a relationship is one of rapport.
- Stand confidently and enthusiastically in front of the registration tables so you appear more approachable, friendly, and excited.
- Create a welcoming environment, and make students feel as comfortable as possible.
- Start to develop relationships, bring them into the circle, joke around with them (in good taste), and have fun with them.
- If someone is negative, or has a pessimistic attitude, approach them and turn them around.
- Scan the room to make sure there are no big groups forming. Should you see this happening, approach the group with a smile and ask if they have any questions.

**Team Pre-Event Meeting:**

- Meet with Team Members night before to go over goals for the weekend review each team member's roles and responsibilities.
- Reconfirm that Speaker has his copy of the Trump University fulfillment slides

CONFIDENTIAL

- Review schedule for the weekend
- Break times
- One-On-One Schedule
- Group Breakout Session (Assigned sessions each day)
- Schedule for Additional Speakers

Private & Confidential • Page 120

CONFIDENTIAL

Exhibit 36, Page 1096 TU 53053





**FULFILLMENT TEAM INTRODUCTION**

AS REGISTRATION CONCLUDES, THE TRUMP U SPEAKER WILL BEGIN COMMUNICATING TO THE STUDENTS AND WILL INTRODUCE THE TEAM. PER THE SPEAKER'S CUE, TEAM MEMBERS WILL PRESENT THEMSELVES INDIVIDUALLY TO THE STUDENTS AND GIVE A BRIEF DESCRIPTION OF THEIR BACKGROUND, EXPERIENCE, AND SPECIALITIES. TEAM MEMBERS SHOULD ALSO CONVEY THEIR WILLINGNESS AND DETERMINATION TO HELP AND PUSH STUDENTS OUT OF THEIR COMFORT ZONE.

**An Example Of Information A Team Member May Choose To Include:**

- Your position and background with Trump U
- Hometown, and how you got you started in the real estate industry
- If you're an investor, tell them more about your achievements
- Anything you might specialize in or interests you the most
- Let them know it is your job to not only train and educate them, but to push them out of their comfort zone
- Show them your excitement! Welcome them, and express your dedication toward the program and helping them achieve their goals

CONFIDENTIAL





**FULFILLMENT BREAK OUT SESSIONS**

FULFILLMENT BREAK OUT SESSIONS ALLOW OUR STUDENTS TO INTERACT IN A GROUP, HANDS-ON ENVIRONMENT. THEY ALSO PROVIDE OUR COORDINATORS WITH AN EXCITING OPPORTUNITY TO INTERACT WITH STUDENTS MORE CLOSELY. WHEN INSTRUCTING YOUR GROUP, YOUR GOAL IS TO BUILD CREDIBILITY AMONG STUDENTS WHILE MAINTAINING A PROFESSIONAL AND ENTHUSIASTIC ATTITUDE. BY UTILIZING YOUR LEADERSHIP SKILLS, TRUMP U STUDENTS WILL LEARN ABOUT REAL ESTATE, HAVE FUN, AND CONTINUE TO INVEST IN OUR PRODUCTS AND SERVICES.

**Break Out Session Positioning:**

- Groups are positioned by the Instructor on Day One, Day Two and/or Day Three. The Instructor will position the group break out from the front of the room; the purpose of the breakout sessions is threefold. First it gives the Instructor a break. Second, it gives students an opportunity to interact as a group and problem solve a solution to a situation set up by the Instructor. Third, it allows students to create a bond with other Trump U team members on a rotating basis. Students may relate more to one particular team member and want to follow in their footsteps, thus making them more likely to purchase a package.
- The group will break off and brainstorm the situation given by the Instructor. They will then pick a group spokesperson to present to the class. A sales consultant will be assigned to each group to help guide the group.

**Break Out Exercise #1:**

"We are all here for different reasons. Some are here because you want to make $25,000 in the next 90 days, while some of you are here because you want cash flow, or to start building your retirement.

I want you to create two columns on your paper. Do not draw a line down the center of your paper."

Have students write the following down:

| <u>Investment Type</u> | <u>Personality Type</u> |
|---|---|
| Assignments | Short Term |
| Lease Option | Long Term |
| Owner Finance | Hands On |
| Rehab | Hands Off |
| Rental | |

Assignment = Short term and Hands off
Lease option = Long term and Hands off
Owner Finance = Long term and Hands off
Rehab = Short term and Hands on
Rental = Long term and Hands on

CONFIDENTIAL

Now, have them match the investment type with their personality type. (Each investment type matches 2 personality types).

"Throughout this week Mr/s. _________ (speaker) will be teaching you many additional types of investments. I want you to add it to this list and then match it with your personality type. We all have different talents and reasons for being here, now you have the plan on what type of deal you should be focusing on."

**Break Out Exercise #2:**
"To become successful in real estate, you need to be in the right state of mind, and forget about all of your problems. No one wants to work with someone that brings them down. Also, it is VERY IMPORTANT to remember that you are giving yourself the opportunity to have a better life, so don't ruin it by being in a mad mood. That bad mood could be the reason that you haven't gotten there yet. Success has everything to do with your attitude.

Let me give you an example: you go to a party, and there is always someone that everyone wants to talk to and be around. Then, there is someone that sits on the couch and no one wants to talk to. One is positive and one is negative. No one wants to be around someone that is negative. We naturally all flock to positive people.

Throughout this week ________ (speaker's first name) is going to be teaching you a lot of creative strategies. Some of you are familiar with them, but for some of you it will be very new and different. To understand what he is teaching you need to have a positive attitude and an open mind. We know that you won't get everything and will have questions. If you have questions, what should you do? Ask us questions! You need to utilize us this weekend, because if you don't stay with us, then after Monday, we won't be here to answer your questions. Also, make sure that you ask a Trump U team member only, because if you ask someone else they could give you the wrong information and you could lose money.

When we sit with you after you have filled out your student profile sheet. Keep in mind that if we don't know where you are at with the information, we can't help you. Do you agree? "YES." Then, we can set you up with the best 120 day action plan that fits you.

Part of your homework is to write yourself a million dollar check. You need to do this because before you can make a million dollars you must first believe that you are worth a million dollars.
When you have done that, write in the memo line the most important attribute or action that you will need to earn that money. For some of you it may be knowledge, for many of you it is going to be a mentor. Now, every time you see that check you will know what you need to get there.

**Break Out Exercise #3:**
"As a real estate investor, full or part time, you need to become comfortable explaining what it is you do. You MUST get this down, make it sound natural, and be able to explain your role as an investor quickly and efficiently."

Key points:

- Wholesaler: "I buy houses, and I can close quickly with cash." Make an offer in 24 hours or less.
- Sell the ability to close quickly. People ALWAYS wait until the last minute to seek help.
- Private money investors: Guaranteed ten percent return on your money backed by real estate.

CONFIDENTIAL



- Lease option buyers: Buy homes with a low down payment, low monthly payments, no banks, no credit checks, and lease with option to buy.
- Bird dogs: Referral fee paid to any referral sources that result in the PURCHASE of a property.

Please note:
- All of these can be present on your business card. Always give out TWO business cards; your client may also know another person in a similar situation.
- You must shake hands, and have good eye contact and a formulated speech.
- Networking is crucial! It allows you to attract BUYERS, SELLERS, INVERSTORS, and REFERRALS.
- ALL OF THE ABOVE ARE COMPONETS OF A SUCCESSFUL FULL TIME/FULL SERVICE REAL ESTATE INVESTOR OF TRUMP CALIBER!

**Break Out Exercise #4** (Builder Breakout):
"Another strategy that we have available to you is New Construction and Land Development. This is another viable strategy to make large returns on your money. It is not an easy process, but with the proper instruction and guidance it will be a simple one.

New construction is a very good way to increase profitability. The key to that is buying the land at the right price and location. Starting with the grading of the lot, initializing the foundation, framing the structure, drying it in, and finishing the interior are some of the major stages of building a house. I have personally repeated this for over seventeen years. The system is phenomenal. Watching the structure go from a construction project to someone's dream home is a very satisfying feeling. There is also a very satisfying feeling seeing your customer getting involved in their home, putting in their personal touches, and adding their style. There will be times, though, that you will construct a home as a spec product. This is a home that is built without a specific buyer in mind. The home is constructed to completion and then sold to a specific buyer. This is a very common way to work in new construction. It is a simple process - with the proper training and knowledge. I have built most of my homes this way, but it took the instruction of many mentors to help me through these strategies throughout my career.

Buying land is another way of making large returns on your investments. It is a slightly different process, though. Understanding topography, visualizing streetscapes, and foreseeing what the final product will look like when you are done are a few of the things that you will need to know in order to be successful. You will also have the ability to develop raw land if that is what you desire. Making sure that the zoning is properly done, and that the water, sewer, and other utilities are installed at the right time. Additionally, paving the roads and finalizing the entrance if it is a multi lot location are some of the things that you will need to learn before you are ready to move forward with this.

How many of you are interested in these strategies? Would you agree that four minutes is not enough time for me to instruct you in this? We will go into this in a little more detail on Saturday with you."

**Break Out Exercise #5:**
I have a homework assignment for tonight. You have to go to Trump University's website, www.TrumpUniversity.com, and learn more about our website. The following are areas I want you specifically to look into:

- My network
- Resource library

CONFIDENTIAL



- Empire city

**During The Day Three Break Out Session(s):**

- Find and understand the student's needs.
- Partner with the student and make the transition from being the team member to becoming a resource.
- Help students achieve their business objectives through the use of OUR product or service.
- Believe that your products and services are the best.
- Have complete confidence in yourself.
- The primary goal of questioning, listening, and acknowledging is to uncover student needs and establish buying motives. Efforts to discover student needs will be more effective when the student's primary reasons for buying are uncovered. Students usually have both rational and emotional reasons for buying. While a prospective student may state many needs, there usually is a primary motive for buying. This primary motive or buying need is the hot-button. Be sure you don't miss this primary motive. It is essential to know this motive.
- It has been said that students buy emotionally (out of fear of loss or for gain) and justify their purchases rationally. You should always ask fact-finding questions (to discover rational needs) and feel-finding questions (to discover the underlying emotional motivators).





**FULFILLMENT: BUILDING RAPPORT AND PLANTING SEEDS**

DURING THE FULFILLMENT, YOU CAN UTILIZE BREAK AND LUNCH TIMES BY BUILDING RAPPORT AND TRUST WITH STUDENTS. THIS PROCESS, ALSO KNOWN AS 'PLANTING SEEDS' IS A WAY TO INDIRECTLY INFLUENCE FUTURE SALES. DURING THIS TIME, YOU MAY ALSO REMIND THEM THAT ALTHOUGH THEY ARE GETTING AMAZING INFORMATION, THIS IS JUST THE BEGINNING OF THEIR REAL ESTATE JOURNEY.

**Use Break And Lunch Times To Your Advantage:**

- Use break and lunch times to plant seeds. This can help on previews during registration as well.
- During breaks and lunch, always stay in front of the tables so you appear more approachable.
- Don't just answer questions the entire weekend, give them just enough information to want more and end with one of the examples below.
- Smile and be very friendly.

**Examples of Language That Would Plant Seeds In A Student's Mind:**

- You're on the right track.
- This is a great first step.
- This is just the beginning of your real estate journey.
- I am glad you're loving this, and there is so much more I would love to keep teaching you. We need longer than three days!
- That's a great question, and I'll give you the answer, but there are three steps you have to take before you get to what you're asking now.
- The more knowledge you receive in any industry, especially in real estate, the more success you will have.
- Use yourself as a reference as often as possible. For example: "If I didn't have this Trump power team behind me and guiding me I would be in a very different financial position."
- Have you ever procrastinated in your life? We want to make sure you don't with this opportunity.
- You don't become a scratch golfer by reading a book or getting a couple of lessons.
- You have been so close to living an amazing life so many times in your life, but always come up just a little short, let us help make sure that never happens again.
- Every other highly paid professional in any industry spent years in college, and spent hundreds of thousands of dollars in education. They've earned the right, and they accept personal responsibility.

**In Summary:**

- Give them credit for taking a great first step, but don't let them think three days will be enough to make them successful. Use doctors or lawyers as an example, or any profession that requires time, money, and the right education for success. If all Trump U team members are following these procedures it will greatly improve our chances to sell elite packages. Even one



TRUMP
UNIVERSITY

coordinator giving them the impression three days is enough that can hurt sales. People will always take the path of least resistance; do not give them the option.

Private & Confidential • Page 127

CONFIDENTIAL

Exhibit 36, Page 1103 TU 53060





**FULFILLMENT ONE-ON-ONE: MAKING THE SALE**

EACH TRUMP U TEAM MEMBER WILL SIT DOWN WITH THEIR STUDENTS ON AN INDIVIDUAL BASIS TO DISCUSS THEIR GOALS AND INTRODUCE THEM TO OUR PACKAGES. DURING THIS TIME, IT IS IMPORTANT TO GIVE THEM PERSONALIZED ATTENTION, DISCOVER AND TAKE NOTE OF THEIR PERSONAL PREFERENCES, AND CONTINUE TO SHOW ENTHUSIASM AND CONFIDENCE FOR OUR PRODUCTS AND SERVICES. TOWARD THE END OF THE SESSION, THE TEAM MEMBER WILL ASK FOR THE SALE. AS WITH THE PREVIEW SALE, YOU MUST HAVE A POSITIVE MINDSET AND BE AWARE OF WHAT YOU SAY AND HOW YOU SAY IT AT ALL TIMES. EVERY COORDINATOR WILL REVIEW THE SALE GUIDELINES BELOW IN ORDER TO BE ADEQUATELY PREPARED FOR THE SALE.

**Sessions Help Coordinators Match Our Products to the Student's Needs:**

- "Because we understand each student has individual needs, backgrounds and goals, we are setting up one-on-one sessions to give you an opportunity to speak with one of our consultants who will help you map out your goals and objectives. Signup sheets will be at the back table for your convenience. One-on-ones will be 20-30 minutes and held during class outside the meeting room. When it is your time, please quietly leave the room and meet with your consultant. If you do not get the opportunity to meet with a consultant, please get with the program coordinator and they will assist you."
- Sessions should begin on Saturday and continue through Sunday. In the case that you have a very large room, teams may meet with E4 students prior to Saturday's close.

**Useful Tips for Facilitating the One-On-One Session:**

- It's very important to work with your team and communicate things we each other about students that you learn about threw out the weekend; this is truly a team effort.
- Get permission to push them out of their comfort zone. That way, when you start selling them, you can always remind them that they gave you permission to push them toward a better life.
- Review and utilize their previously completed profile sheet before the session, which will give you vital information for closing. It will help you determine which package, product, or service they can afford and more about their goals. Specifically, you may want to:
    - Go through properties from sheet (if any). If they have equity, recommend utilizing a HELOC, which they can use to invest in real estate.
    - Point out the ROI on accounts (checking, savings, etc). If they have a horrible ROI (return on investment), get them interested in Trump's system to generate higher ROI's.
- Ask questions and fact find with your student. Examples of what you might ask:
    - Have you enjoyed yourself and learned a lot of valuable strategies?
    - What has been your favorite part of the presentation so far?
    - Before I give you your plan of action, do you have any questions on anything we have covered so far?
    - Can you tell me more about your goals?

CONFIDENTIAL



- What do you do for a living? Do you wake up excited every morning wanting to go to work?
- How many hours do you work a week?
- Would you like to be a full time investor or part time investor?
- How many hours a week do you plan on spending to grow your new real-estate business?
- How many deals would you like to start closing a month?
- What types of properties would you like to start putting together?
- Do you have any creative real estate experience? When was the last time you profited from a property that wasn't a primary residence?
- How much money would you like to have by the age of 65 years old?
- Who or what do you want to do this for? (Family, children, spouse, grandchildren, college education for kids).
- What is your most important goal to accomplish five years from today?
- What are your monthly expenses?
- Find out what their biggest fears are:
- What's held you back from becoming a real-estate investor?
- What are you most nervous about when it comes to investing?
- On a scale of one to ten, how serious are you about making a change to better you financial situation
- One a scale of one to ten, how serious are you about making a change to spend more quality time with your family

- During this Q&A conversation, spend some time reviewing their finances and verifying monthly income (reference the student profile sheet). Point out that many experts say at 65 years old, if you want to retire, you need 1.5 million dollars if you want to live for another 20 years and spend about 50k a year. To drive it home, run the numbers with them, and go over how much they need to make a year to accomplish that. This is a powerful tool to use when you're trying to close them, since their current numbers won't add up to what their goal is if they don't make a change.
- Listen to your student, and note any likes, dislikes, and past experiences. Your ability to observe must be as powerful as your ability to sell and to listen. Watch their body language; when they perk up or when they don't like something you say, take a mental note.
- Don't interrupt, but control the conversation.
- End the conversation on a positive note, while selling our programs: "I've enjoyed getting to know you over the last three days. You have been telling me about your goals and dreams and we want to be part of the solution so you accomplish them. I know you want to know about our elite programs and I'm excited to share them with you and answer any questions."

**At The End Of The One-On-One Session, Close The Deal:**

- "Tell me what you believe you could accomplish in real estate with every single resource Mr. Trump has at his disposal, plus _____, ______, ______ and _______(speakers name, you, and the other coordinator's name), and most importantly a hand selected Trump certified multi millionaire mentor?
- Open the folder. When you introduce the price, don't make it sound like you think it's a lot of money, if you don't make a big deal out of it they won't. If they can afford the gold elite don't allow them to think about doing anything besides the gold elite.

CONFIDENTIAL



- If they can afford the gold elite, go over what the gold elite package offers and how it is designed and customized to help them become successful. Start giving recommendations and guidance on what they need to start doing, such as which advanced training they should attend first, what types of properties they should start focusing on and when and where to do the mentoring. (Note: This is going to depend on what you learned while you were fact finding. Generally you don't need to go over the silver or the bronze if they have the resources and can afford the gold.
- After you're finished with your recommendations, wait for them to talk next.
- If they can't afford the gold elite: Look at how much they can afford to spend, and when you get to the package they can afford build massive value in it. Let them know they can upgrade to the gold elite after they have received more knowledge and closed a few deals. For example, "This is what _______ (speaker name) and I feel you must absolutely start with today! Let them know that many of the gold elite students are starting with the exact same classes you're recommending for them so they don't feel left out.
- Explain after-sale service. After the customer has made a purchase, you must explain after-sale services and expectations.
- When you get excuses after asking for the sale (and you will), remember to bring in everything you learned from the beginning of your presentation, and the sales fundamentals.
- If they still hesitate: "As one of your mentors for the last three days, it's time for me to push you out of your comfort zone. It's time for you to be 100% honest with yourself. You've had your entire adult life to accomplish your financial goals. I'm looking at your profile and you're not even close to where you need to be, much less where you want to be. It's time you fix your broken plan, bring in Mr. Trump's top instructors and certified millionaire mentors and allow us to put you and keep you on the right track. Your plan is BROKEN and WE WILL help you fix it. Remember you have to be 100% honest with yourself!"
- End your presentation with testimonials.
- In essence, the above sequence is what a consultative sales presentation should look like. It's logical and flows systematically from the needs first discovered, through statements and demonstration of product/service benefits that satisfy these needs, to asking for the order, and through after-sale service.

**Guidelines for Closing the Sale:**

- Closing "asks" for the order and confirming "reassures" the student that they have made the right decision. Closing the sale is less difficult if the presentation process has been properly handled. Closing is part of the selling process and is a logical outcome of well-planned presentation management.
- Focus on dominant buying motives
- Negotiate the tough points before attempting the close
- Avoid surprises [new information] at the close
- Display a high degree of self-confidence at the close
- Ask for the order more than once [don't give up if the student says, "no" the first time that you make a closing statement/question], and recognize closing clues [student may indicate verbal or non-verbal clues and you must be ready to Close at that point]
- Confirm the sale occurs after the student says, "yes." The purpose is to reassure the student by pointing out that he or she has made the correct decision. This step is important is addressing "post-purchase remorse" which is a common emotion following a purchase decision.
- After the close, have them tell you what they are most excited about.

CONFIDENTIAL





**FULFILLMENT SALE OBJECTIONS & REBUTTALS**

WHILE ASKING FOR THE FULFILLMENT SALE, ATTENDEES MAY HAVE OBJECTIONS TO ENROLLING IN OUR PACKAGES. BY BEING PREPARED FOR RESISTANCE, YOU CAN MAKE A STRONG, PERSUASIVE COUNTER CASE, EASE THEM INTO THE DECISION TO PURCHASE, AND CLOSE THE DEAL MUCH QUICKER. EACH COORDINATOR MUST MAKE AN EFFORT TO INTERNALIZE THE FOLLOWING OBJECTIONS. REBUTTLES SHOULD BE DELIVERED WITH ENERGY, PASSION, AND INTENSITY. ALWAYS REMEMBER TO KEEP IT SHORT AND SIMPLE, AND BE ASSUMPTIVE!

**Objection: I'm Going To Try This On My Own.**

Great ...Let's hear it. (*Hear What?)* The proven system that you're going to implement! How are you going to locate the properties? How are you determining ARV? All cash offer? Where is your financing coming from? How will you negotiate price? Terms? What about exit strategies? Organization of your business? One mistake on any one of these and you're broke, beaten, and worse off than you are now. At that point you'll remember this conversation and *truly* understand what the safe choice was. The risk isn't spending 35K - it's entering into the world of REAL ESTATE without specialized knowledge, guidance and trained professionals in the field holding your hand. WE are the safe decision. Fear is preventing you from investing in yourself. I find it very difficult to believe that you'll invest in anything else if you don't believe enough to invest in yourself and your education. I'm not asking you to take risk; I'm asking you to minimize risk. Are you ready to minimize risk and Maximize profit? Change your life and learn to invest like Trump? Congratulations! Welcome to the Family.

*Keep the following in mind:*

- You can ask them questions so they realize they don't have a chance for long term or short term success.
- Have you done all of your homework? Let me see it.
- Show me your formula for making offers.
- You just met me. Convince me why I should do business with you.
- My house is worth $400,000; Sell me on why I should accept $250,000 from you.
- I'm a for sale by owner. You called my phone number - let's hear your presentation.
- I'm a private money investor. Tell me why I should loan my money to you for your deals. What experience do you have? What's your track record? What's the biggest profit you've made on an investment deal?
- What reports should you research before considering doing a deal in an area?
- What happens if you're doing a lease option and they sell the property to someone else even though you have it under contract?
- What if you're doing a lease option and the owner of the home opens a second mortgage and they owe more on the house than what your purchase price is?
- You are struggling to answer these very basic questions that we've given you the answer to ten times this weekend. Now are you seeing the value of having experts by your side?



**Objection: I'm Going The Use The 35k To Invest In Property.**

_______(insert student's name), at the very best it'll get you into one property and if you get it you've got ONE potential profit center. But how do you know it's a deal? How do you know the numbers work? If you use your own money to buy this property and you do it incorrectly you've created a headache and a money pit. You have no specialized knowledge or system to fall back on. Mr. Trump doesn't use his own money to invest and look at his success! If you want to use your own resources, fine. Let a mentor show you how to maximize your money and minimize your risk. This is the smart decision. Learn the system to line up private money and no money down techniques, because these techniques allow you to do infinite deals!! Didn't you come here to make a change? To learn the techniques and strategies from the best? Let's make that change and get you one-on-one field support. Congratulations!!!

**Objection: I Need To Think About It.**

_______(insert student's name), you've already been thinking about this too long and it's time to commit to yourself and learn the TRUMP way to invest. You saw our ad, made the DECSION to attend the preview, you made the DECSION, to sign up, you made the DECSION to do your homework, you made your DECSION to stay with the program, and when you heard of the chance to have a personal TRUMP trained expert to guide you in the field you made the DECSION to sign up for this one on one and NOW here we are. YOU'VE THOUGHT ABOUT THIS! What's stopping you is fear and the same fear that stops you from investing in yourself to be with the best will ultimately stop you from investing in REAL ESTATE. A TRUMP trained Mentor will push you through this fear, and will keep you going when you want to "THINK ABOUT IT." Average people get to a defining moment in life and think about it until it is too late. So come on, let's get you a Mentor and get you to a whole new level of thinking and investing. Congratulations!

**Objection: What's The Success Rate?**

Let me give you an example of why that's a hard question to answer. If you went to Harvard or Berkley and asked them the success rate of their graduates, how do you think they would answer that? Their answer is the same as ours. We give every student the knowledge and tools to go out there and be successful. Does every graduate receive the same knowledge? Yes they do, yet every graduate doesn't make the same amount of money. That's because it's based off of applying that specialized knowledge. Their number one problem is procrastination and excuses. So the success rate is based off of one variable - YOU! I believe you're here today because you're ready. Average people get to a defining moment in life and think about it until it is too late. You didn't make all these decisions to be here this weekend to be average. So come on, let's get you a Mentor and get you to a whole new level of thinking and investing. If you implement the knowledge you will have the business you desire. Let's get you a Mentor and get you to a whole new level of thinking and investing.

*And/or:*

People define success in many different ways; some do it by a dollar amount while others do it with more free time with their family. But let me tell you, with all of the students that have stayed in contact with their mentor and have done what he has said, followed the steps that he has put in place and listened are successful one way or the other. Let's get you a Mentor and get you to a whole new level of thinking and investing.

**Objection: I Can't Travel That Much. (Retreats)**

Well _______(insert student's name), that's only because you're working hard for someone else, making them rich, and helping them with their financial goals. This weekend plus all of these advanced trainings are about helping you reach your personal and financial goals. I know you can attend one retreat per



quarter. That's only twelve days out of the year that you would be setting aside to become financially independent, so you could eventually quit that job that's giving you just enough to stay. I would recommend bringing your family to the retreats. Think of how cool would that be! You could give them four amazing vacations a year, having a blast and securing their financial future at the same time. The first retreat I would recommend for you is the wealth preservation retreat. I'm not a CPA, but many of those expenses for your business trips are potential write offs, and they'll show you how to do it there. Let's get you a Mentor and get you to a whole new level of thinking and investing.

**Objection: That's A Lot Of Money.**

That's a lot of money! Really? Most people look at this and are so excited that it's only that amount with everything we include. However, let's figure it out for you right now. What are your expenses every month? $3000? OK, you are making $6000 a month. What are your interest rates on your credit cards? Twelve percent. Perfect. (Take the percentage rate and divide it by twelve months that will give you the percent per month that they are charged. Then, take the amount that they are spending and divide it by their percentage per month). I see that your percentage rate per month is one percent. Let's take that number and see what your monthly payment will be. You will be paying $350 per month in interest and plus a little bit in minimum, so let's say you will have a payment on your credit card of around $600 dollars. Now, that I showed you how you can afford it, I will not let you say NO. I just figured out how you can have a Trump certified mentor fit into your budget for lets than $600 per month. Let's get you a Mentor and get you to a whole new level of thinking and investing

**Objection: What's Your Guarantee?**

_______(insert student's name), here's my first guarantee: don't make any changes in your life, and you will be in the exact same place you are in right now one year from today. By the way I know you don't want that, that's why you're in our ballroom this weekend. Here's another guarantee, we offer world class training and mentoring, and will give the absolute best strategies and systems to generate massive cash flow. You will have everything you need, to have as much success as you desire. There's only one thing I can't guarantee, YOU! What's stopping you is fear and the same fear that stops you from investing in yourself to be with the best will ultimately stop you from investing in REAL ESTATE. A TRUMP trained Mentor will push you through this fear, make you keep going when you want to "THINK ABOUT IT." Average people get to a defining moment in life and think about it until it is too late. You didn't make all these decisions to be here to be average. Let's get you a Mentor and get you to a whole new level of thinking and investing.

**Objection: I Have Enough Information To Do This On My Own.**

_______(insert student's name), maybe you can go out there and do a deal by yourself. It might take you five or six months, you might lose money or make a little. But what we're offering is a proven system from Mr. Trump to help you close multiple deals every month, with a millionaire mentor by your side making sure you don't make any mistakes, and creating the most amount of profit per deal. Let me ask you a question; are you capable of making one or two mistakes on your own? (Smile on your face). Do you think one or two mistakes in real-estate could cost you 30k or 40k? I've even heard of one mistake from 'wanna-be' investors loosing 100k! By the way, those same investors had a lot more knowledge and experience than you do, but they had the same exact mindset which set them up for failure. But they finally learned that they don't know what they don't know and got our help before completely wiping out! Avoid that and learn how to do this business from the very beginning of your career. Remember that one mistake can break your account or worse. Let's get you a Mentor and get you to a whole new level of thinking and investing.

CONFIDENTIAL



**Objection: I Don't Want To Go Into Debt**

Every single company goes into debt when they are first starting out, EVERY SINGLE BUSINESS! The profits pay off the debt and before you know it, your new real-estate business will start making amazing returns. Is it worth a small investment to own your own company, finally be your own boss, and keep all the profits that you make! If you're willing to work as hard for yourself as you have been for your boss I don't see you ever looking back. Imagine having the freedom to pick up kids from school, never miss another recital or sports game again because you made the decision to not allow fear and comfort zones to hold you back anymore in life. Let's get you a Mentor and get you to a whole new level of thinking and investing.

**Objection: I Don't Want To Right Now; I Will Wait For Another Seminar And Sign Up Then.**

You're right we have events all over the country, but this market is not waiting for anyone and if you continue this pattern of not being able to make a decision, how do you expect to be able to put a property under contract? You have to be able to make quick decisions in this business because good deals don't last long. Let's get you enrolled today so you can start building a real estate empire.

**Objection: I Just Went To Another Seminar (I.e.: Rich Dad) And They Are Promising Me A Better Deal. What Makes You Different?**

I am familiar with that program and think that's a great book, but there is only one real estate mogul - Mr. Trump. I don't like to bash other companies because we truly are the best in the industry and feel our brand speaks for itself. Our office is in the financial capital of the world. Mr. Trump's building is not in Cape Coral FL or in the middle of Salt Lake City somewhere. Don't buy a Kia when you can have a Bentley. Let's get you enrolled and start doing business.

**Objection: I Have A Good Job.**

Let's say you lost your job tomorrow. Let's add up how long you could last without work. That's scarier than a little investment. Let's say you keep your job for now, let us help you do a few deals per quarter, gain knowledge and expertise. Pretty soon you may very seriously consider doing this full time! Worst case scenario: you keep your job, you don't get fired, but you let us help you do this part time to secure your retirement accounts, because as of right now your job isn't doing that, it's only giving you enough to pay your bills and put a tiny bit away.

**Other One Liner Rebuttals To Review:**

- Does Tiger Woods say "let me win a few tournaments first and then I'll hire swing coaches?"
- Does any owner of any professional sports team say "let me win a few games first and then ill invest more money on coaches? The best-coached teams always win!"
- You see the big picture and know there is a ton of opportunity. You don't know the exact step-by-step details you need to take every day to achieve the results you want and need.
- There is so much money to make out there. If you're not willing to go out there and make that money, guess what? Someone else will. Why shouldn't it be you, they're no different than you, but they made the decision to get the help and make a permanent change.
- Don't buy a Kia when you can have a Bentley.
- How many times have you said to yourself: I wish I had their success or money? If you allow us to help you for the next couple of years and you cash out at the top!
- The more money you spend in real estate, the bigger your checks can be.
- I believe your mentor _______ (mentor's name) is more knowledgeable than _______(speaker's name). That's how good our mentors are!

CONFIDENTIAL



- If you put as much time and energy as you do at your job into your new real estate career you could be financially free with our help in a few years.

**Use Your Teammates To Close A Sale When You Can't Do It Alone:**
If you can't close a student, but you believe they can still be sold it's important to let another sales coordinator or speaker know. Pass on what you learned about them - what they like, don't like, are nervous about - and anything that will help someone else button it up.





**FULFILLMENT SCRIPT BUYER ORIENTATION**

ONCE YOU HAVE CLOSED THE SALE, THE COORDINATOR WILL SIT DOWN WITH THE BUYERS TO EXPLAIN THE NEXT STEPS AND CONTINUE TO GET THEM EXCITED ABOUT THE PACKAGES. YOU WILL REVIEW THE PAPERWORK AND KITS AND DISCUSS THE ONLINE BENEFITS NOW AVAILABLE TO THEM. THIS IS THE LAST CONTACT THEY MAY HAVE WITH THE TRUMP U TEAM BEFORE LEAVING, SO MAKE SURE TO MAINTAIN YOUR CONFIDENCE AND ENTHUSIASM IN ORDER TO RETAIN ELITE BUYERS AND SET THEM UP FOR SUCCESS.

**Goals And Guidelines:**

- Make sure students have all contact information for mentors and team.
- Let students know they will be getting emails tonight with action plans, which they will start on Monday.
- Tell students to be prepared for a conference call on Monday. If possible, print out time and details sheet at show and hand to them before they leave.
- Reassure them that we are here to help them through this journey, and that they may contact the team as needed.
- Finish on a positive note. "We will never give up on you, and we will not allow you to give up on yourself. There is too much money for you to make, so we will push you. You're with the best of the best, stay with the best and we will get you into that category as well! Welcome to the Trump Family!"

CONFIDENTIAL





**POST-FULFILLMENT BUYER ORIENTATION PHONE CONFERENCE**

ONCE THE FULFILLMENT HAS ENDED, TRUMP U TEAM WILL CONDUCT A PHONE CONFERENCE FOR ALL STUDENTS WHO HAVE PURCHASED PACKAGES. THE FACILITATOR SHOULD WELCOME STUDENTS INTO THE TRUMP FAMILY, INTRODUCT THE NEXT STEPS, ADDRESS ANY ONE-ON-ONE CONCERNS OR QUESTIONS, AND CONTINUE TO BUILD EXCITEMENT REGARDING OUR PRODUCTS AND SERVICES. BY DOING SO, TRUMP U TEAM WILL STRENGTHEN LOYAL, HAPPY, PRODUCTIVE RELATIONSHIPS WITH STUDENTS.

**Before The Call:**

- For our student's convenience, the invitation to the phone conference should include the success team's (program coordinator and program directors) contact information.
- Have a plan! Remember that our students are very busy, so stay focused on the message. Don't let the call get sidetracked, and keep it under your control.

**During The Call:**

- Take attendance.
- Start call off with a lot of energy and enthusiasm.
- Welcome students to the family: "Welcome everyone! We are so excited for all of you and what you are about to accomplish in the most amazing market of your lifetime! If you think this weekend was exciting wait until you learn all of the plans we have for you in your new real estate business. I'm so proud of every single one of you. I know for some of you it was a little scary, but you will see that when you're in the Trump family, you have absolutely nothing to fear!
- Continue to excite students, and introduce the team: "I got to know all of you very well, and so did ________, __________, and ________ (list team names). All of us feel like we've developed great friendships with you and are looking forward to having an amazing relationship with you for years to come. We believe in exceeding your expectations, under promising, and over delivering. That is why we want to have additional resources in our Wall Street office, in case one us is on a plane or helping other students out. It is my pleasure to introduce you to ______, _______, and _______ (team names). I want them to have the same relationship all of us have had the opportunity to share with you. (At this point, each representative from the 40 Wall office will do a brief intro).
- Address questions: "We want to respect everyone's time. We know some of you are at work and have to get back, but does anyone have any questions now? If not again we can address them on a one-on-one call later, or when it's most convenient for you.
- Outline the steps in detail. Don't just say 'do your homework', give them specific instructions so they feel like the call was a valuable way to spend their time. We want them to begin creating specific goals.

CONFIDENTIAL



- Give them a plan: "Ok great, the last thing I want to cover on our conference call today are your specific plans that you need to be working on.
  - #1. If you haven't already, come up with some LLC names. Then log onto www.TrumpUniversity.com and follow the directions, which will make your LLC OFFICIAL!
  - #2. Organize your leads by prioritizing which ones you believe are the most motivated.
  - #3. Put your million dollar check on your mirror, look at it every day, and believe you will cash it! Stay positive!
  - #4. Expect a call from your Trump certified millionaire mentor. Make it a priority to pick some dates if you haven't yet as availability becomes limited if you wait!"
- (At this point, feel free to add anything else you feel your group should start working on. But be careful not to overwhelm them!)
- Finish the call and let them know that we are available to help them: "I want to thank all of you for dialing in. I know many of you have tight schedules, but we are still available for all of your needs after this call. Our contact info is on your invitation. Remember, this is the most amazing market of your lifetime and you have the most successful investors and mentors in the country by your side making sure that YOU WIN BIG! With that, it has been a pleasure getting to know all of you and we can't wait to hear your SUCCESS STORIES. Real estate will give you anything and everything that you want in life, so just listen to your mentors, be teachable and we will get you there!

CONFIDENTIAL





**POST-FULFILLMENT PHONE SAVE**

SHOULD A STUDENT TRY TO CANCEL THEIR PREVIOUSLY PURCHASED PRODUCT OR SERVICE, IT IS THE DUTY OF THE TRUMP TEAM TO ATTEMPT TO SAVE THE SALE. THE COORDINATOR OR REPRESENTATIVE SHOULD ADDRESS THEIR CONCERNS AND REASSURE THEM THAT THEIR INVESTMENT IN TRUMP U WAS THE RIGHT DECISION AND BEST FOR THEIR SUCCESS.

**Remind Them Why They Need To Be A Part Of The Trump Family To Succeed:**

- Find out what their objection or fear is and get past the excuses.
- Ask questions that will reaffirm them why they made this purchase. For example, "What was your favorite part of the weekend?"
- Remind them of the reason they came in the first place. They were on the right track to get on a new plan because their plan was broken, and obviously won't fix itself. The longer they deny that, the further their goal of financial freedom will become.
- Let them know if they get some leads, we will start working on their first deal this week.
- Let them know they are not alone, that we are still by their side ready and wanting to help them.
- If they could put as much energy and time into working on their first deal as they are with making all of these excuses, we could have a deal already going at this point. As a matter of fact, find us a lead and let us help you so you're one step closer to paying off the education.
- Try to schedule a second call with them before they make any decisions and mentor them on an action plan that will get their first deal started immediately.

CONFIDENTIAL





## PROGRAM COORDINATOR PLAYBOOK

T A B L E O F C O N T E N T S

Addendum to Recording Procedure ........ 152
Final Event Paperwork Policy & Procedure ........ 140
No Email Procedure ........ 151
PC Tipping Guidelines ........ 153
PC Fulfillment Reporting Guidelines ........ 145
PC Preview Reporting Guidelines ........ 141
PC Retreat Reporting Guidelines ........ 148
Shipping Chart & Shipping List ........ 156
Shipping Formulas ........ 155
UPS Policy & Procedure ........ 158





**FINAL EVENT PAPERWORK POLICY & PROCEDURE**

ALL EVENT PAPERWORK MUST BE RECEIVED BY THE OFFICE ON THE SECOND BUSINESS DAY FOLLOWING AN EVENT. PROGRAM COORDINATORS ARE RESPONSIBLE FOR UPS-ING ALL EVENT PAPERWORK TO CORPORATE FOR OVERNIGHT DELIVERY. EVENT PAPERWORK IS INCLUSIVE OF ENROLLMENT FORMS, ADDENDUMS, FORMS OF PAYMENT, EXPENSE REPORTS, SURVEYS, HOTEL FILES, CONFIRMATION CARDS, MARKETING TICKETS, PHOTO & TESTIMONIAL CONSENT SHEETS, AND ANY STUDENT PHOTOS.

ALL PAPERWORK SHALL BE SHIPPED BACK TO THE OFFICE IN THE FOLLOWING MANNER:

•All final event paperwork will be sent to the attention of Liliana Hernandez and mailed to 40 Wall Street, 32nd Floor, New York, NY 10005.

•Tracking numbers will be emailed to lhernandez@trumpuniversity.com and dong@trumpuniversity.com once the paperwork is mailed.

•All final event paperwork will be UPS'd in a manner that it will be received the second business day following an event. *For example: When an event ends on a Sunday, all paperwork will be sent out on Monday "overnight" so that it is received by Tuesday (the second business day after the event).*

•Paperwork will be complete and inclusive of each of the following elements:

- Any and all payments (checks, money orders from cash collected, etc.), enrollment forms, addendums, and forms of payment are to be clipped together and labeled "Attn: Lily."
- Appropriate receipt and documentation from any cash received by the hotel from the PC that has been put towards the final bill.
- All confirmation cards and marketing tickets are to be bundled together. The top card of each event should have the event code clearly written in the appropriate field
- All Full & Finals are to be clipped together with supporting documents and labeled "Denise".
- All expense report forms are to be clipped together and labeled "April."

Additionally, the following 3-day training components must be included, grouped, and labeled as follows:

•Any refund forms are to be clipped and labeled "Lily."

•All surveys are to be grouped together and labeled "Denise."

CONFIDENTIAL





PREVIEW EVENT REPORTING GUIDELINES

| REPORT | SOURCE/TEMPLATE | ROUTING LIST | PURPOSE | DEADLINE |
|---|---|---|---|---|
| DAY 1 REPORT FOR 1PM SHOW | AUTO-POPULATED FROM DEV SERVER | AUTO-POPULATED ROUTING LIST ON DEV | TO COMMUNICATE EVENT RESULTS FOR EACH SESSION: SHOW RATE, ATTENDEES, CONVERSION, AND ANY EVENT NOTES FROM PC | TO BE SENT WITHIN 1 HOUR OF CULMINATION OF EACH EVENT |
| DAY 1 REPORT FOR 7PM SHOW | | | | |
| DAY 2 REPORT FOR 1PM SHOW | | | | |
| DAY 2 REPORT FOR 7PM SHOW | | | | |
| DAY 3 REPORT FOR 1PM SHOW | | | | |
| DAY 3 REPORT FOR 7PM SHOW | | | | |
| DAY 4 REPORT FOR 1PM SHOW | | | | |
| DAY 4 REPORT FOR 7PM SHOW | | | | |

CONFIDENTIAL



| | | | | |
|---|---|---|---|---|
| FINAL EVENT SYNOPSIS | AUTO-POPULATED FROM DEV SERVER | AUTO-POPULATED ROUTING LIST ON DEV | TO COMMUNICATE RESULTS FOR ENTIRE CAMPAIGN: AVERAGE SHOW RATE, TOTAL ATTENDEES, AVERAGE CONVERSION, AND ANY CAMPAIGN NOTES FROM PC | TO BE SENT WITHIN 1 HOUR OF CULMINATION OF LAST EVENT |
| | | | | |
| DAY 1 RECORDING FOR 1PM SHOW<br>DAY 1 RECORDING FOR 7PM SHOW<br>DAY 2 RECORDING FOR 1PM SHOW<br>DAY 2 RECORDING FOR 7PM SHOW<br>DAY 3 RECORDING FOR 1PM SHOW<br>DAY 3 RECORDING FOR 7PM SHOW<br>DAY 4 RECORDING FOR 1PM SHOW<br>DAY 4 RECORDING PM FOR 7PM SHOW | MINI RECORDER | LIVE EVENTS COORDINATOR & DIRECTOR OF OPERATIONS: DONG@TRUMPUNIVERSITY.COM AND ANEUMANN@TRUMPUNIVERSITY.COM WITHIN 24 HOURS OF EVENT. (PLEASE SEE RECORDING SOP AN YOUSENDIT.COM PROCEDURE FOR FURTHER INSTRUCTION) | TO ENSURE COMPLIANCE & RECOGNIZE STAFF SPEAKERS | TO BE SENT WITHIN 24 HOURS OF EVENT |

CONFIDENTIAL



| | | | | |
|---|---|---|---|---|
| **DEBRIEF REPORT** | UTILIZE DEBRIEF TEMPLATE | DIRECTOR OF OPERATIONS & SALES COORDINATOR TRAINER: ANEUMANN@TRUMPUNIVERSITY.COM; RLOTMAN@TRUMPUNIVERSITY.COM | TO COMMUNICATE TEAM MEMBER AND EVENT PERFORMANCE TO MANAGEMENT & SUPPORT TEAM | TO BE EMAILED WITHIN 24 HOURS OF CULMINATION OF EVENT |
| **HOTEL SURVEY (FOR EACH HOTEL VISITED)** | UTILIZE HOTEL SURVEY TEMPLATE | LIVE EVENT PLANNING TEAM, DIRECTOR OF OPERATIONS & LIVE EVENTS COORDINATOR: SJALIL@TRUMPUNIVERSITY.COM; EDANIELS@TRUMPUNIVERSITY.COM; ANEUMANN@TRUMPUNIVERSITY.COM; DONG@TRUMPUNIVERSITY.COM | TO COMMUNICATE HOTEL & MARKET QUALITY TO EVENT PLANNING TEAM | TO BE EMAILED WITHIN 24 HOURS OF EVENT |
| **VARIANCE REPORTS (ONLY NECESSARY IN THE ABSENCE OF FULL & FINALS)** | UTILIZE VARIANCE TEMPLATE | | TO CHART DIFFERENCE BETWEEN ESTIMATED AND ACTUAL EVENT COSTS IN THE ABSENCE OF A FINAL BANQUET CHECK | TO BE SENT VIA FEDEX WITHIN 3 BUSINESS DAYS OF EVENT |
| | | | | |
| **SEND FINAL PAPERWORK: REGISTRATION CARDS FROM EVENT ALL ENROLLMENT FORMS AND TERMS & CONDITIONS** | ALL COMPLETED PAPERWORK | **SEND VIA FEDEX OVERNIGHT TO: TRUMP UNIVERSITY 40 WALL STREET, 32ND FLOOR NEW YORK, NY 10005 ATTN: LILIANA HERNANDEZ**<br><br>**TRACKING NUMBER MUST BE SENT VIA** | TO COLLECT PHYSICAL PAYMENTS, ENSURE ACCURACY, AND COMPLIANCE. | TO BE RECEIVED BY 10AM, SECOND BUSINESS DAY AFTER EVENT (EVENT ENDS ON THURSDAY, PAPERWORK TO BE SENT OVERNIGHT ON FRIDAY TO ARRIVE MONDAY BEFORE 10AM.) |

CONFIDENTIAL



| | | | | |
|---|---|---|---|---|
| **FULL & FINALS** | COLLECT, REVIEW, & SIGN FINAL BANQUET CHECKS **UPON APPROVAL** | **EMAIL TO:** STAFF ACCOUNTANT, LIVE EVENTS COORDINATOR & DIRECTOR OF OPERATIONS: LHERNANDEZ@TRUMPUNIVERSITY.COM; DONG@TRUMPUNIVERSITY.COM; ANEUMANN@TRUMPUNIVERSITY.COM | TO ENSURE ONLY APPROVED CHARGES WILL BE APPLIED TO TRUMP UNIVERSITY ACCOUNT | TO BE RECEIVED WITH FINAL EVENT PAPERWORK (SAME AS ABOVE) |
| | | | | |
| **SHIPPING LIST** | SENT VIA FREE STYLE EMAIL (SEE SHIPPING SOP) | LIVE EVENTS COORDINATOR: DONG@TRUMPUNIVERSITY.COM | TO COMMUNICATE NUMBER OF ITEMIZED MATERIALS SENT TO FUTURE EVENTS (AS PRE-DETERMINED BY LEC) | TO BE EMAILED WITHIN 24 HOURS OF CULMINATION OF EVENT |

CONFIDENTIAL





**FULFILLMENT EVENT REPORTING GUIDELINES**

| REPORT | SOURCE/TEMPLATE | ROUTING LIST | PURPOSE | DEADLINE |
|---|---|---|---|---|
| DAY 1 REPORT | AUTO-POPULATED FROM DEV SERVER | AUTO-POPULATED ROUTING LIST ON DEV | TO COMMUNICATE ATTENDANCE, GUESTS, NO SHOWS, ANY DAY 1 WICS, AND ANY WALK-IN FULFILLMENT BUYERS | TO BE SENT BY NOON (EVENT TIME ZONE) ON DAY 1 |
| DAY 2 REPORT | AUTO-POPULATED FROM DEV SERVER | AUTO-POPULATED ROUTING LIST ON DEV | TO COMMUNICATE ADDITIONAL ATTENDANCE, AND ANY DAY 1 CANCELLATIONS | TO BE SENT BY NOON (EVENT TIME ZONE) ON DAY 2 |
| FINAL EVENT SYNOPSIS | AUTO-POPULATED FROM DEV SERVER | AUTO-POPULATED ROUTING LIST ON DEV | TO COMMUNICATE RESULTS FOR FULFILLMENT CAMPAIGN: SHOW RATE/RETENTION, TOTAL ATTENDEES, DAY 1 CANCELLATIONS,DOLLARS PER HEAD CONVERSION, ALL INDIVIDUAL BUYER NOTES, AND ANY CAMPAIGN NOTES FROM PC | TO BE SENT BY MIDNIGHT (EVENT TIME ZONE) ON DAY 3 |
| | | | | |
| DAY 1 RECORDINGS<br>DAY 2 RECORDINGS | MINI RECORDER | LIVE EVENTS COORDINATOR & DIRECTOR OF OPERATIONS: | TO ENSURE COMPLIANCE & RECOGNIZE STAFF SPEAKERS | TO BE SENT WITHIN 24 HOURS OF EVENT |

CONFIDENTIAL



| | | | | |
|---|---|---|---|---|
| CLOSE RECORDING<br>DAY 3 RECORDINGS (SEPARATE STAFF SPEAKERS) | | DONG@TRUMPUNIVERSITY.COM AND ANEUMANN@TRUMPUNIVERSITY.COM WITHIN 24 HOURS OF EVENT. (PLEASE SEE RECORDING SOP AN YOUSENDIT.COM PROCEDURE FOR FURTHER INSTRUCTION) | | |
| STUDENT PHOTOS | CAMERA | LIVE EVENTS COORDINATOR: DONG@TRUMPUNIVERSITY.COM | TO BACK UP ATTENDANCE DISCREPENCIES | TO BE SENT WITHIN 24 HOURS OF EVENT |
| | | | | |
| DEBRIEF REPORT | UTILIZE DEBRIEF TEMPLATE | DIRECTOR OF OPERATIONS & SALES COORDINATOR TRAINER: ANEUMANN@TRUMPUNIVERSITY.COM; RLOTMAN@TRUMPUNIVERSITY.COM | TO COMMUNICATE TEAM MEMBER AND EVENT PERFORMANCE TO MANAGEMENT & SUPPORT TEAM | TO BE EMAILED WITHIN 24 HOURS OF CULMINATION OF EVENT |
| HOTEL SURVEY | UTILIZE HOTEL SURVEY TEMPLATE | LIVE EVENT PLANNING TEAM, DIRECTOR OF OPERATIONS & LIVE EVENTS COORDINATOR: SJALIL@TRUMPUNIVERSITY.COM; EDANIELS@TRUMPUNIVERSITY.COM; ANEUMANN@TRUMPUNIVERSITY.COM; DONG@TRUMPUNIVERSITY.COM | TO COMMUNICATE HOTEL & MARKET QUALITY TO EVENT PLANNING TEAM | TO BE EMAILED WITHIN 24 HOURS OF EVENT |
| VARIANCE REPORTS (ONLY NECESSARY IN THE ABSENCE OF FULL & FINALS) | UTILIZE VARIANCE TEMPLATE | | TO CHART DIFFERENCE BETWEEN ESTIMATED AND ACTUAL EVENT COSTS IN THE ABSENCE OF A FINAL BANQUET CHECK | TO BE SENT VIA FEDEX WITHIN 3 BUSINESS DAYS OF EVENT |

CONFIDENTIAL



<table>
<tr>
<td>SEND FINAL PAPERWORK:<br>REGISTRATION CARDS FROM EVENT<br>ALL ENROLLMENT FORMS AND TERMS & CONDITIONS<br>SURVEYS (FROM FULFILLMENTS & RETREATS ONLY)<br>SIGNED ROSTERS FROM DAY 1, DAY 2, DAY 3</td>
<td>ALL COMPLETED PAPERWORK</td>
<td rowspan="2">SEND VIA FEDEX OVERNIGHT TO STAFF ACCOUNTANT:<br>TRUMP UNIVERSITY<br>40 WALL STREET, 32ND FLOOR<br>NEW YORK, NY 10005<br>ATTN: LILIANA HERNANDEZ<br><br>TRACKING NUMBER MUST BE SENT VIA EMAIL TO:<br>STAFF ACCOUNTANT, LIVE EVENTS COORDINATOR & DIRECTOR OF OPERATIONS:<br>LHERNANDEZ@TRUMPUNIVERSITY.COM;<br>DONG@TRUMPUNIVERSITY.COM;<br>ANEUMANN@TRUMPUNIVERSITY.COM</td>
<td>TO COLLECT PHYSICAL PAYMENTS, ENSURE ACCURACY, AND COMPLIANCE.</td>
<td>TO BE RECEIVED BY 10AM, SECOND BUSINESS DAY AFTER EVENT (EVENT ENDS SUNDAY, PAPERWORK TO BE SENT OVERNIGHT ON MONDAY TO ARRIVE TUESDAY BEFORE 10AM.)</td>
</tr>
<tr>
<td>FULL & FINALS</td>
<td>COLLECT, REVIEW, & SIGN FINAL BANQUET CHECKS UPON APPROVAL</td>
<td>TO ENSURE ONLY APPROVED CHARGES WILL BE APPLIED TO TRUMP UNIVERSITY ACCOUNT</td>
<td>TO BE RECEIVED WITH FINAL EVENT PAPERWORK (SAME AS ABOVE)</td>
</tr>
<tr>
<td></td><td></td><td></td><td></td><td></td>
</tr>
<tr>
<td>SHIPPING LIST</td>
<td>SENT VIA FREE STYLE EMAIL (SEE SHIPPING SOP)</td>
<td>LIVE EVENTS COORDINATOR:<br>DONG@TRUMPUNIVERSITY.COM</td>
<td>TO COMMUNICATE NUMBER OF ITEMIZED MATERIALS SENT TO FUTURE EVENTS (AS PRE-DETERMINED BY LEC)</td>
<td>TO BE EMAILED WITHIN 24 HOURS OF CULMINATION OF EVENT</td>
</tr>
</table>

CONFIDENTIAL





RETREAT REPORTING GUIDELINES

| REPORT | SOURCE/TEMPLATE | ROUTING LIST | PURPOSE | DEADLINE |
|---|---|---|---|---|
| DAY 1 REPORT | AUTO-POPULATED FROM DEV SERVER | AUTO-POPULATED ROUTING LIST ON DEV | TO COMMUNICATE ATTENDANCE, GUESTS, AND NO SHOWS | TO BE SENT BY NOON (EVENT TIME ZONE) ON DAY 1 |
| DAY 2 REPORT | AUTO-POPULATED FROM DEV SERVER | AUTO-POPULATED ROUTING LIST ON DEV | TO COMMUNICATE ADDITIONAL ATTENDANCE | TO BE SENT BY NOON (EVENT TIME ZONE) ON DAY 2 |
| FINAL EVENT SYNOPSIS | AUTO-POPULATED FROM DEV SERVER | AUTO-POPULATED ROUTING LIST ON DEV | TO COMMUNICATE RESULTS FOR RETREAT: SHOW RATE/RETENTION, TOTAL ATTENDEES,DOLLARS PER HEAD CONVERSION, ALL INDIVIDUAL BUYER NOTES, AND ANY CAMPAIGN NOTES FROM PC | TO BE SENT WITHIN 1 HOUR OF CULMINATION OF EVENT ON DAY 3 |
| | | | | |
| DAY 1 RECORDINGS<br>DAY 2 RECORDINGS<br>DAY 3 RECORDINGS | MINI RECORDER | LIVE EVENTS COORDINATOR & DIRECTOR OF OPERATIONS: DONG@TRUMPUNIVERSITY.COM AND ANEUMANN@TRUMPUNIVERSITY.COM WITHIN 24 HOURS OF EVENT. (PLEASE SEE RECORDING SOP AN YOUSENDIT.COM PROCEDURE FOR FURTHER INSTRUCTION) | TO ENSURE COMPLIANCE & RECOGNIZE ANY STAFF SPEAKERS | TO BE SENT WITHIN 24 HOURS OF EVENT |


TRUMP
UNIVERSITY

| | | | | |
|---|---|---|---|---|
| DEBRIEF REPORT | UTILIZE DEBRIEF TEMPLATE | DIRECTOR OF OPERATIONS & SALES COORDINATOR TRAINER: ANEUMANN@TRUMPUNIVERSITY.COM; RLOTMAN@TRUMPUNIVERSITY.COM | TO COMMUNICATE TEAM MEMBER AND EVENT PERFORMANCE TO MANAGEMENT & SUPPORT TEAM | TO BE EMAILED WITHIN 24 HOURS OF CULMINATION OF EVENT |
| HOTEL SURVEY | UTILIZE HOTEL SURVEY TEMPLATE | LIVE EVENT PLANNING TEAM, DIRECTOR OF OPERATIONS & LIVE EVENTS COORDINATOR: SJALIL@TRUMPUNIVERSITY.COM; EDANIELS@TRUMPUNIVERSITY.COM; ANEUMANN@TRUMPUNIVERSITY.COM; DONG@TRUMPUNIVERSITY.COM | TO COMMUNICATE HOTEL & MARKET QUALITY TO EVENT PLANNING TEAM | TO BE EMAILED WITHIN 24 HOURS OF EVENT |
| VARIANCE REPORTS (ONLY NECESSARY IN THE ABSENCE OF FULL & FINALS) | UTILIZE VARIANCE TEMPLATE | | TO CHART DIFFERENCE BETWEEN ESTIMATED AND ACTUAL EVENT COSTS IN THE ABSENCE OF A FINAL BANQUET CHECK | TO BE SENT VIA FEDEX WITHIN 3 BUSINESS DAYS OF EVENT |
| | | | | |
| **SEND FINAL PAPERWORK: REGISTRATION CARDS FROM EVENT ALL ENROLLMENT FORMS AND TERMS & CONDITIONS SURVEYS SIGNED ROSTERS FROM DAY 1** | ALL COMPLETED PAPERWORK | **SEND VIA FEDEX OVERNIGHT TO: TRUMP UNIVERSITY 40 WALL STREET, 32ND FLOOR NEW YORK, NY 10005 ATTN: LILIANA HERNANDEZ**<br><br>**TRACKING NUMBER MUST BE SENT VIA EMAIL TO:** STAFF ACCOUNTANT, LIVE EVENTS COORDINATOR & DIRECTOR OF OPERATIONS: LHERNANDEZ@TRUMPUNIVERSITY.COM; DONG@TRUMPUNIVERSITY.COM; ANEUMANN@TRUMPUNIVERSITY.COM | TO COLLECT PHYSICAL PAYMENTS, ENSURE ACCURACY, AND COMPLIANCE. | TO BE RECEIVED BY 10AM, SECOND BUSINESS DAY AFTER EVENT (EVENT ENDS SUNDAY, PAPERWORK TO BE SENT OVERNIGHT ON MONDAY TO ARRIVE TUESDAY BEFORE 10AM.) |

CONFIDENTIAL



| | | | | |
|---|---|---|---|---|
| **FULL & FINALS** | COLLECT, REVIEW, & **SIGN** FINAL BANQUET CHECKS **UPON APPROVAL** | | TO ENSURE ONLY APPROVED CHARGES WILL BE APPLIED TO TRUMP UNIVERSITY ACCOUNT | TO BE RECEIVED WITH FINAL EVENT PAPERWORK (SAME AS ABOVE) |
| | | | | |
| **SHIPPING LIST** | SENT VIA FREE STYLE EMAIL (SEE SHIPPING SOP) | LIVE EVENTS COORDINATOR: DONG@TRUMPUNIVERSITY.COM | TO COMMUNICATE NUMBER OF ITEMIZED MATERIALS SENT TO FUTURE EVENTS (AS PRE-DETERMINED BY LEC) | TO BE EMAILED WITHIN 24 HOURS OF CULMINATION OF EVENT |

CONFIDENTIAL





**NO EMAIL PROCEDURE**

THE "NO EMAIL" OPTION ON THE DEV SHALL BE UTILIZED FOR ALL ATTENDEES WHO DO NOT HAVE A VALID EMAIL ADDRESS. PROGRAM COORDINATORS SHOULD NEVER MAKE UP AN EMAIL ADDRESS FOR AN ATTENDEE WITHOUT AN EMAIL ADDRESS.

• All attendees should be asked at the registration table for a valid email address if they have not written one in the email field on their confirmation card. If there is any resistance, inform them that our system utilizes their email address as their user id.

• In the very rare and extreme circumstance that an attendee asks specifically not to be reached by email, **quietly** inform them (out of earshot of any other attendees) that you will make sure that they do not receive any emails from us. Make a note on their card to serve as a reminder when entering into the dev later. After entering their information, go back into their profile by clicking into their email address from the roster. Click edit the user profile. Scroll to the bottom of the student's information and under "Contact Options," click the box next to: **No email:** Please do not send me any email whatsoever. This will prohibit the attendee from receiving any emails from Trump University.

ATTENDEES WITHOUT EMAIL ADDRESSES SHOULD BE ENTERED IN THE FOLLOWING MANNER:

• In the case that a preview primary attendee not have an email address, the Program Coordinator must scroll to the top of the roster and click: Sign up someone not shown below (Use for Walk-ins, NOT GUESTS) and then click For events, sign up someone without an email address-- BUT DISCOURAGED. In the attendee's profile, the PC will need to click: No email? This will allow the student's account to be created without a valid email.

• In the case that a preview guest attendee does not have an email address, the Program Coordinator must scroll over to the right of the primary attendee he or she is associated with and click: Add This will open a pop-up window asking for the guest's first name, last name, and email address. Click: (No Email?) and a default email address will populate. Then click "Update Guest Information" to save.

• In the instance that a couple that is registering utilizes a joint email address; attach the email address to the primary attendee. Then create a guest account with a default email address through following the directions in the bullet above.

• If at any point a PC has trouble with the "No Email" link, an email should be sent immediately to techsupport@trumpuniversity.com and aneumann@trumpuniversity.com with a brief description of the problem that is being encountered.

CONFIDENTIAL





**ADDENDUM TO RECORDING PROCEDURE**

IN THE INSTANCE THAT THE ASSIGNED PROGRAM COORDINATOR IS UNABLE TO PROVIDE RECORDING(S) FOR A PARTICULAR EVENT, WHETHER IT BE A SEMINAR, FULFILLMENT, OR WORKSHOP, THE PROGRAM COORDINATOR WILL BE HELD RESPONSIBLE FOR THE MISSING RECORDING AND WILL BE PENALIZED THROUGH THEIR PAY IN THE FOLLOWING MANNER:

**PREVIEW EVENT**

**$50 PER SESSION**

**SESSION MUST BE INCLUSIVE OF ORIENTATION RECORDING**

*For example, as indicated in the Recording Procedure, the 90 minute preview must be recorded, as well as the orientation for buyers. Failure to provide both of these components per session will result in the above fee being deducted from the responsible Program Coordinator's paycheck.*

**3 DAY TRAINING EVENT**

**$75 CLOSE**

*As indicated in the Recording Procedure, all three day training closes must be recorded separately. Failure to provide the recording of the close for a three day training will result in the above fee being deducted from the responsible Program Coordinator's paycheck.*

**$25 PER STAFF SPEAKER**

*For example, if a sales coordinator speaks from the front of the room at an event, this segment must be recorded as indicated in the Recording Procedure. Failure to provide the recording of the staff speaker will result in the above fee being deducted from the responsible Program Coordinator's paycheck.*

**$50 PER DAY**

*In the case that the responsible Program Coordinator cannot provide an entire day's recording for a three day training, the above fee will be deducted from the Program Coordinator's paycheck. In the instance that the day that is unobtainable is also the day that a close was presented, a total of $125 will be deducted from the responsible Program Coordinator's paycheck.*

I have read and am in agreement with the above terms for the Trump University Recording Procedure.

Signed:______________________________ Date:______________

CONFIDENTIAL





**PROGRAM COORDINATOR TIPPING POLICY**

PROGRAM COORDINATORS WILL BE REIMBURSED FOR TIPPING BELLSTAFF AND BANQUET PERSONNEL UP TO THE INCREMENTS BELOW. ALL EXPENSE REPORTS MUST ITEMIZE TIPS DISPURSED TO EACH INDIVIDUAL THAT IS RECEIVING.

**3 DAY PREVIEW EVENT**

**Program Coordinators may be reimbursed up to the amount of $24 per three day preview campaign (Up to $8/day)**

**TIPPING GUIDE**

An acceptable tip for bell staff assisting with your boxes or luggage would be $3*

An acceptable tip for a valet is $2**

**As a reminder, the Sales Coordinators are on your team to assist with such duties as carting boxes, and moving equipment. If at any time a Program Coordinator is left behind by the team to move equipment on her own, the Operations Manager, April Neumann, should be notified of the situation so that it can be remedied with the Sales Coordinators on staff.*

***It is the duty of the Event Planning Manager, Salma Jalil, to negotiate one complimentary parking pass for the staff vehicle onsite. The Program Coordinator must refer to the spec sheet that is sent from the Live Event Planner, Eleanor Daniels, prior to the campaign, in order to work with hotel staff to receive appropriate parking vouchers and park in designated areas. The team should never be parking in the valet area unless the parking rate has been comped or significantly reduced.*

**4 DAY PREVIEW EVENT**

**Program Coordinators may be reimbursed up to the amount of $32 per four day preview campaign (Up to $8/day)**

Please reference Tipping Guide above

**3 DAY FULFILLMENT OR RETREAT**

**Program Coordinators may be reimbursed up to the amount of $20 per three day preview campaign (Up to $6/day)**

**TIPPING GUIDE**

An acceptable tip for an audio visual representative that goes above and beyond would be $5

An acceptable tip for bell staff assisting with your boxes or luggage would be $3*

An acceptable tip for a valet is $2**

CONFIDENTIAL



*As a reminder, the Sales Coordinators are on your team to assist with such duties as carting boxes, and moving equipment. If at any time a Program Coordinator is left behind by the team to move equipment on her own, the Operations Manager, April Neumann, should be notified of the situation so that it can be remedied with the Sales Coordinators on staff.*

***It is the duty of the Event Planning Manager, Salma Jalil, to negotiate one complimentary parking pass for the staff vehicle onsite. The Program Coordinator must refer to the spec sheet that is sent from the Live Event Planner, Eleanor Daniels, prior to the campaign, in order to work with hotel staff to receive appropriate parking vouchers and park in designated areas. The team should never be parking in the valet area unless the parking rate has been comped or significantly reduced.*





**SHIPPING & ORDERING FORMULA**

•**The shipping formulae for necessary materials are as follows:**

- **Preview Event:** PC must have adequate materials for 100% of total registered on the 7th business day before the event.
- **Fulfillment Event:** PC must have adequate materials for whichever is greater on the 7th business day before the event: 100% of primaries registered x 1.75 OR number enrolled in event
- **Workshop**: PC must have adequate materials for 80% of total registered
- **Retreat:** PC must have adequate materials for total registered for the retreat x 1.15

In the case that the preview event has not yet concluded, the Live Event Coordinator will order based on a 45% show rate on the dev and a 20% conversion. For example, if today is Wednesday, then the order for next week's fulfillment (that begins on Friday) will need to be placed by 10am tomorrow morning. If the preview is still in progress, the LEC will calculate from the "Preview Totals" amount in the"Tot Reg" column on the dev. The "Preview Totals" amount will be the total people registered for each session of the campaign combined. The LEC will then multiply the "Preview Totals" in the "Tot Reg" column by .45 and then multiply that number by .2 . This number is the expected number of buyers for the entire preview event. The LEC will then multiply the number of expected buyers by 1.5 to account for guests and add 5 as a safety net. The end result is the number that the PC should accounting for in their ordering for the fulfillment.

*For example: If the "Preview Totals" in the "Tot Reg" row is 385 the formula is executed as follows:*

*385 x .45 = 173 (Expected Attendees)*
*173 x .2= 35 (Expected Buyers)*
*35 x 1.5 = 53 (Expected Attendees for Fulfillment Inclusive of Guests)*
*53 + 5 = 58 (Expected Attendees Inclusive of Safety Net)*
*The LEC will order for 58 of all materials for the fulfillment.*

CONFIDENTIAL





**SHIPPING CHARTS & SHIPPING LIST**
**POLICY & PROCEDURE**

SHIPPING CHARTS MUST BE FOLLOWED AT ALL TIMES. SHIPPING LISTS MUST BE SENT TO THE LIVE EVENT COORDINATOR (LEC) NO MORE THAN 24 HOURS AFTER THE CONCLUSION OF AN EVENT.

- The Shipping Chart must be followed at all times. Any unauthorized deviations from the Shipping Chart, whether due to a wrong waybill or a mistake in choosing the shipping method, will be penalized the difference between the current Ground ship rate and the chosen method's ship rate.
    - Shipping to personal addresses of any kind must have prior approval from the LEC. If a Program Coordinator is found to have used the Trump University account to ship to a personal address without prior explanation or approval, she will be charged the whole amount.
- The Event Ship List is a document to be sent to each Program Coordinator the day before they are scheduled to work an event. It will include all the shipping information from the three parties responsible for shipping to an event: 1) the PC from the previous event; 2) EBSCO Media, and 3) the Live Event Coordinator.
    - **INITIAL SHIPPING LIST:** This List will come from the Program Coordinator of the previous event and must contain a close-to-accurate count of the materials to be sent to the next event. It must be sent to the LEC no later than the day after the conclusion of an event, along with the tracking numbers and a Pick-Up Confirmation Number. If possible, the PC can also send the name and phone number of the person with whom the packages were left.

      The PC must inform the LEC within 12 hours upon discovery if there are any damages or losses to the Trump University marketing materials (banners, directional signs, and tablecloths) in order to have them replaced in a timely manner.

CONFIDENTIAL



- **EBSCO:** Ordering is dependent on the Initial Shipping List so that we do not over- or under-order for any of the events. The LEC will always order enough to cover what is not indicated in the Initial List (based on the Shipping Formula).
- **LEC:** Materials coming from 40 Wall would include any replacement materials (i.e. banners, AV equipment), office supplies, Day 1 documents for fulfillments or other things that might be needed for any event.

  These materials will always go out on Tuesdays, 4 PM EST. The PC must communicate if they will need any supplies on or before that time otherwise, they will be responsible for procuring what they need.

The Final Event Shipping List will contain the contents of each package sent and its corresponding tracking number, the total number of packages to expect at the event, their delivery date and the person who signed for the packages. The Program Coordinator who receives this List is responsible for ensuring that all the materials listed are present and are in good condition.

CONFIDENTIAL





**UPS SHIPPING POLICY & PROCEDURE**

ALL MARKETING, COLLATERAL AND SUPPORTIVE MATERIALS MUST BE PROPERLY ACCOMPLISHED AND CODED BEFORE SHIPPING. ALL PACKAGES MUST BE SHIPPED VIA **UPS GROUND** FOR ALL EVENTS.

- ALL UPS labels must be created using each Program Coordinator's individual UPS Campus Ship account.
    - It is the Program Coordinator's responsibility to do the labels online. Should an extenuating circumstance occur (i.e. broken printer, ran out of ink), the PC must exhaust all other printing possibilities available (i.e. hotel business center, front desk). If there are no other options available, PC must inform the Live Event Coordinator (LEC) prior to filling out a manual waybill.
        - If a manual waybill must be used, the Program Coordinator must ensure that it is a GROUND waybill. Accomplishing any other waybill will incur additional charges that will, whether by accident or not, be charged back to the Program Coordinator.

- **Creating A UPS Label:**

**STEP 1**

Log in using your own User Name and Password. Should you forget or lose your password, e-mail the LEC immediately for replacement.

**STEP 2**

CONFIDENTIAL





Shipping
Please enter your shipping information below. Required fields are shown in bold
Begin Your Shipment
Address Information
Ship To:
My UPS Address Book
Select One
Corporate Address Book
External Address Book
Enter New Address
Shipper: Edit
DeniseOng
TRUMP UNIVERSITY
40 Wall St
New York NY 10005
Ship From: Edit
New York NY 10005
Schedule a Pickup
Payment Information
Bill Shipping Charges to:
Shipper's UPS Account
Shipper's UPS Account
Shipment Information
Service: Compare Service Options
UPS Next Day Air
Packaging:
Select One
Number of Packages:
Package 1 Weight:
(Not required for UPS Letters)
lbs
Department:
Live Events
Event Code/ Student ID: Search
Return Service:
None Selected
Print Department on Shipping Label as Bar Code

To create a new shipment, click on "Enter New Address"

**STEP 2.1.**

Private & Confidential • Page 160

CONFIDENTIAL

Exhibit 36, Page 1136 TU 53093





TRUMP
UNIVERSITY

Fill out ALL the fields marked in BOLD.
UPS CampusShip: Enter New Address - Windows Internet Explorer
Required fields are shown in bold. (*required for international destinations and UPS Next Day Air Early A.M. service.)
Enter New Address
Company or Name:
TRUMP UNIVERSITY
*Contact:
DENISE ONG
Country:
United States
Address:
40 WALL ST
FL 32
City:
NEW YORK
State:
New York
ZIP Code:
10005
*Telephone:
2122481800
Ext:
E-mail:
dong@trumpuniversity.com
Residential Address
My UPS Address Book Options
Save as New Entry
Save or Update as
TRUMP UNIVERSITY
Perform Detailed Address Validation
Internet
100%

Private & Confidential • Page 161

CONFIDENTIAL

Exhibit 36, Page 1137 TU 53094



TRUMP
UNIVERSITY

**STEP 2.2**

UPS CampusShip: Begin Your Shipment - Windows Internet Explorer
Begin Your Shipment
View History or Void Shipment
Shipping Preferences
Process Shipping Ticket
Help
Shipping
Please enter your shipping information below. Required fields are shown in bold
Begin Your Shipment
Address Information
Ship To: Edit
TRUMP UNIVERSITY
DENISE ONG
40 WALL ST
32ND FLOOR
NEW YORK NY 10005-1304
9176928415
dong@trumpuniversity.com
Perform Detailed Address Validation
Shipper: Edit
DeniseOng
TRUMP UNIVERSITY
40 Wall St
New York NY 10005
Ship From: Edit
ANCHORAGE AK 99501
Schedule a Pickup
Payment Information Edit
Bill Shipping Charges to:
Shipper's UPS Account
Shipper's UPS Account
21374Y
Shipment Information
Service: Compare Service Options
UPS Ground Service
Packaging:
Number of Packages:
UPS Letter
1
Package 1 Weight:
(Not required for UPS Letters)
lbs
Department:
Live Events
Event Code/ Student ID: Search
Return Service:
None Selected
Print Department on Shipping Label as Bar Code
Select the appropriate shipping method as stated in the Ship Chart. Choose the correct type of packaging and package weight. If you are unsure of the weight, always make it heavier as we get charged extra for a lesser-weight shipment.
Click on "Search" and see Step 2.3.
Change the SHIP FROM address to reflect the pick-up address for all your packages.
Internet
100%

**STEP 2.3.** ALL packages must be properly referenced with the correct Event Code corresponding to your packages' next destination, as per the Ship Chart. If you are shipping Paperwork, choose the Event Code for the event your paperwork is for.

Private & Confidential • Page 162

CONFIDENTIAL

Exhibit 36, Page 1138 TU 53095



Make sure to choose the correct Event Code from the Reference Number list, as per the Ship Chart. To search for the Event Code, type in "%" and the city or event reference you are looking for (see legend on right) and choose from the options provided. Read the description and re-confirm that it is the correct event code that you are looking for.

**EVENT CODES:**
PFRE-O – Preview
PFRE-W – Fulfillment
RTR – Retreat

**STEP 2.4.** After all fields have been accomplished, click on "Add Shipping Options" to move to Step 3.

CONFIDENTIAL





TRUMP
UNIVERSITY

UPS CampusShip: Begin Your Shipment - Windows Internet Explorer
Begin Your Shipment
Shipping
Begin Your Shipment
Address Information
Ship To: Edit
TRUMP UNIVERSITY
DENISE ONG
40 WALL ST
32ND FLOOR
NEW YORK NY 10005-1304
Perform Detailed Address Validation
Shipper: Edit
DeniseOng
TRUMP UNIVERSITY
40 Wall St
New York NY 10005
Ship From: Edit
ANCHORAGE AK 99501
Schedule a Pickup
Payment Information Edit
Bill Shipping Charges to:
Shipper's UPS Account
Shipper's UPS Account
Shipment Information
Service: Compare Service Options
UPS Ground Service
Packaging:
UPS Letter
Number of Packages:
1
Package 1 Weight:
(Not required for UPS Letters)
1 lbs
Department:
Event Code/ Student ID: Search
PFREW NEW YORK 2009
Return Service
None Selected
Print Department on Shipping Label as Bar Code

**STEP 3** Confirm all details.

Private & Confidential • Page 164

CONFIDENTIAL

Exhibit 36, Page 1140 TU 53097





UPS CampusShip: Add Shipping Options - Windows Internet Explorer
Begin Your Shipment
Add Shipping Options
Required fields are shown in bold.
Address Information
Ship To: Edit
TRUMP UNIVERSITY
DENISE ONG
9176929415
40 WALL ST
32ND FLOOR
NEW YORK NY 10005-1304
Shipper: Edit
TRUMP UNIVERSITY
40 Wall St
32nd floor
New York NY 10005
Ship From: Edit
HILTON ANCHORAGE
GUEST DENISE ONG
9176929415
500 W 3RD AVE
ANCHORAGE AK 99501
Perform Detailed Address Validation
Reconfirm the Ship To and Ship From addresses.
Shipment Information
Service:
UPS Ground Service
Number of Packages:
Calculate Delivery Time
Schedule a Pickup
Saturday Delivery
Return Service:
None Selected
Print Department on Shipping Label as Bar Code
Check the "Schedule a Pickup" box to be redirected to the Pickup Page (Step 4)
Quantum View Notify
Send an e-mail message at the time of shipment, when an exception occurs, or when your shipment is delivered
Email Address
Ship
Exception
Delivery

STEP 3.1.

Private & Confidential • Page 165

CONFIDENTIAL

Exhibit 36, Page 1141 TU 53098





STEP 3.2.

CONFIDENTIAL





TRUMP
UNIVERSITY

UPS CampusShip: Add Shipping Options - Windows Internet Explorer
Package Information
Package 1 of 1
Packaging:
My Packaging
Dimensions:
Length Width Height
Weight: (Not required for UPS Letters)
2.0 lbs
Large Package
Additional Handling
Department
Live Events
C.O.D. Amount:
USD
Event Code/ Student ID: Search
PFRE-W ALASKA 2009103
Cashier's Check or Money Order Only
Reference 3
BANNERS
Delivery Confirmation:
Signature Required
Shipper Release (Deliver without Signature)
Payment Information
Payment Method Edit
Bill Shipping Charges to:
Shipper's UPS Account
Shipper's UPS Account
21374Y
Ship Now
Make sure that the previously-entered information is correct. Double-check your Event Code, if needed.
Check off ONLY if you are shipping a HIGH-VALUE ITEM.
For Reference 3, input the type of item you are shipping – especially HIGH-VALUE ITEMS like banners, signs, tablecloths or AV.
ALWAYS choose the SIGNATURE REQUIRED option for ALL PACKAGES, in order to track your items better.
Ensure that the Payment Method reflects the Trump University Shipper Account.

**STEP 4:** Schedule your pick-up online.

Private & Confidential • Page 167

CONFIDENTIAL

Exhibit 36, Page 1143 TU 53100





UPS CampusShip: UPS On-Call Pickup - Windows Internet Explorer
UPS On-Call Pickup
UPS On-Call Pickup® service gives you the convenience of having your package picked up at your home or office in major metropolitan areas, Monday through Saturday. Required fields are shown in bold.
Scheduling Information
Pickup Date
Friday, December 18, 2009
Shipment Ready at:
12 : 00 A.M. P.M.
Pick Up by:
05 : 00 P.M.
Customer Information
Ship From Address Edit
GUEST: DENISE ONG
TRUMP UNIVERSITY
506 W 3RD AVE
UNITED STATES
Additional Pickup Information
Suite/Room Floor
Schedule a pick-up for the day immediately following your event. Double-check the pick-up address.

**STEP 4.1.**

Private & Confidential • Page 168

CONFIDENTIAL

Exhibit 36, Page 1144 TU 53101





**STEP 5** Preview your shipment one last time before hitting the Print button.

CONFIDENTIAL





TRUMP
UNIVERSITY

UPS CampusShip: Preview Shipment - Windows Internet Explorer

https://www.campusship.ups.com/ship/create

Welcome, DeniseOng | Logout

Administration | My Settings

Shipping
- Begin Your Shipment
- View History or Void Shipment
- Shipping Preferences
- Process Shipping Ticket
- Help

**Preview Shipment**

Please review your shipping summary for accuracy. To modify information select the appropriate edit link.

**Address Information**

| Ship To: Edit | Shipper: Edit | Ship From: Edit |
|---|---|---|
| THE BATTLE HOUSE-<br>RENAISSANCE HOTEL<br>HOLD FOR GUEST: SUSAN<br>MORRISON<br>9176928415<br>26 NORTH ROYAL ST<br>MOBILE AL 36602-3802 | TRUMP UNIVERSITY<br>DENISEONG<br>6468107364<br>40 WALL ST<br>32ND FLOOR<br>NEW YORK NY 10005 | TRUMP UNIVERSITY<br>GUEST: DENISE ONG<br>9176928415<br>500 W 3RD AVE<br>ANCHORAGE AK 99501 |

**Shipment Information Edit**

| | | |
|---|---|---|
| Service:<br>*Guaranteed By: | UPS Ground Service<br>End of Day, Tues 5 Jan. 2010 | Compare Service Options |
| Quantum View Notify ® 1:<br>Ship, Delivery, Exception | dong@trumpuniversity.com | |
| Quantum View Notify ® | Total: | No Charge |
| 1 *** UPS On-Call Pickup®:<br>Shipment Ready at: | Edit Cancel<br>12:00 P.M. Monday, 12/21/2009 | |
| Pick Up by: | 5:00 P.M. Monday, 12/21/2009 | |

Fuel Surcharge:

Done | Internet | 100%

Private & Confidential • Page 170

CONFIDENTIAL

Exhibit 36, Page 1146 TU 53103





UPS CampusShip: Preview Shipment - Windows Internet Explorer
https://www.campusship.ups.com/cship/create
Quantum View Notify
Total:
No Charge
UPS On-Call Pickup
Edit
Cancel
Shipment Ready at
12:30 P.M. Monday, 12/21/2009
Pick Up by
5:00 P.M. Monday, 12/21/2009
Fuel Surcharge:
0.42
Shipping:
10.38
Package Information Edit
Package 1 of 1
Package Type:
My Packaging
Actual Weight:
2.0 lbs
Billable Weight:
2.0 lbs
Delivery Confirmation:
Signature Required
2.75
Department:
Live Events
Event Code/ Student ID:
PFREVW ALASKA 20091030
Reference 3:
BANNERS
Payment Information Edit
Bill Shipping Charges to:
Shipper's Account 21374Y
Total:
All Shipping Charges in USD
13.55
Negotiated Total:
11.69
Note: Your invoice may vary from the displayed reference rates
Done
Internet
100%

**STEP 6** Print your label!

Private & Confidential • Page 171

CONFIDENTIAL

Exhibit 36, Page 1147 TU 53104





UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes.

- To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations

Customers with a Daily Pickup

- Your driver will pickup your shipment(s) as usual

FOLD HERE

2 LBS 1 OF 1

SHIP TO:
HOLD FOR GUEST: SUSAN MORRISON
THE BATTLE HOUSE RENAISSANCE HOTEL
26 NORTH ROYAL ST
MOBILE AL 36602-3802

AL 366 0-30

UPS GROUND

Private & Confidential • Page 172

CONFIDENTIAL

Exhibit 36, Page 1148 TU 53105