# EXHIBIT 37

**PFF Atlanta- HARRIS- 3 MAY 2PM**
**Event:  Fast Track to Foreclosure: Free Orientation**

Date:  Saturday, May 3, 2008
Event:  Fast Track to Foreclosure: Free Orientation
Location:  Atlanta, GA

Exhibit 37, Page 1150

CONFIDENTIAL                      TU 145300

James:  We act with integrity.  I am going to talk for about 90 minutes.  I am going to give you a lot of different things that you can start doing in the grab, buy and sell real estate starting today 20 to 50% below fair market value.

If you listen to what I teach you, but then next weekend, we are going to be coming back, it is called the Profit from Foreclosures Three-Day Advance Training.

I cannot give you everything you need in 90 minutes, I wish I could but we have three days for some top certified mentors to come in.  They are going to teach you A to Z how to grab and buy these properties.  And the reason he picked me to come up and do this nationwide is because I started with nothing.  I had no money, no credit, no license, could not alone at 19 years old.  I was living on the streets of New York and he could have picked anybody to come out and teach how to buy and sell real estate his way.

The reason he picked me is because I came from nothing.  I can take the average person and show him how to create a fortune in real estate because I have been doing this since 19 years old and now that I am 34 I can show you how to do this guys.  I have been doing this for 19 years.

So at the end, we are going to ask you to register for our three-day advance training coming up not this weekend, next weekend.  You guys only need to do or you would not, we are not going to convince or persuade anybody to do it but I do not want any surprises later and I think you guys understand that is definitely fair.

Let me tell you about me a little bit.  It is not about you, it is not about me but let me tell you why I am teaching this and standing up here and teaching this, and why you are down there.  At 9 years old my dad actually took.  I never really knew the guys and my mom was addicted to drugs mostly pain killers the first 17 years of my life, so I have been helping raise my family since the age of 9 years old.  I got a younger brother Christopher and a older sister Kathy.  I have been making money since 9, and I came from nothing guys.

I do not have a college degree; do not have a MBA or PhD.  I have never had the support to actually send me to college but I chose to leave my family at 17 and went over to New York City.  I was living on the streets for a while and at 19 I had somebody who put an arm around me who is still my mentor today and said "Jim, let me show you how to get your family ahead in life and I will teach you real estate" and I actually live with that gentleman and his family for nine

months.  I have never known anything else but I have been working since the age of 9.

Now, I tried bartending at the beginning of my career in New York and I did that part time until I got the real estate thing of the ground.  Any bartenders in the room?  I will mix you a couple of drinks later guys.

I am former license real estate agent and then I became a broker and at the age of 29, I became one of the top 12 producing brokers on the island of Manhattan.  So I can show you how to do this.

At 23, I bought my first investment property, no money, no credit, no license, no loan, so I am what is known as one of those zero-down real estate money experts and I can teach you that.  We are going to talk about today.

Now, I am investor.  I have been investing since 23.  I am also a home builder.  I build bright, beautiful brand new homes for people and I am a mentor.  But if there is anything you leave here with today, I want you to remember me at this, if you talk to anybody say "man, that guy Mr. Harris, he is a great guy, husband and a phenomenal dad".  I do not want you tell anybody about the real estate stuff.  I have been doing that in a long time.  I want to be known as the best husband, the best dad out there.

Okay, enough about, let talk about you guys and why you are here.  Donald Trump bought this building standing on Wallstreet for $1.2 million about 12 years ago.  It is 1.3 million square feet, now it is estimated over $400 million.  Did he get a good deal?  He got a great deal right?  He knows how to negotiate, he knows what he wants and how to get it.  He has a system he follows for his investments.  How would you like to know and use his system, I'll show you how you can get access to it today.  Here is why and this is the beginning of this whole thing, this building was going into what?  Why are you guys here?  To see about foreclosures, there you go, and that is the power of foreclosures.  Most people in this country would never ask to work again if they got a deal like that.

Actually here is the funny thing, we have deals out here right now.  You are driving every single day, there are more opportunities to buy real estate at a 20 to 50% discounted value now than ever in the history of this country.  So I am going to start his whole thing with this.  If you do not get into real estate after today we trump you, probably you will never will.  You probably never know, so keep that in the back of your mind.

You guys know Mr. Trump.  He is known for the Apprentice.  Miss Universe Casino real estate, but now he is known for adult education.  And, especially in real Estate, as we all know, that is he true passion in life.

He is a multibillionaire in real estate.  He wants to be known right here education, as the one guy who finally said "I am going to teach folks to finally do this."  He wants to leave a legacy, that is the only reason he opens up this university.  So he wants people to say "Hey Mr. Trump finally taught people how to make money in real estate and he was not just this guy looking to take money at the casinos and stuff like."

Guys he is pretty much done.  He does not need any more money but he definitely wants to leave his legacy and when he called "I said hey man, I am going to jump on board because at 38, I am pretty much retired here.  I do not have to work another day in my life" and I jumped on board, and said "if I can have an opportunity to get on board with Mr. Trump and teach, show people how to do this and give back that is going to be a good feeling.

00:05:20

What we are going to cover today guys is foreclosure basics.  What is a foreclosure, how much money you can make at this foreclosure and then we are going to preview our three-day advance training coming up in two weekends away, and invite you to become a foreclosure property specialist with the number 1 real estate educational company in the world right now which is Trump University.

Before we jump into all these stuff, guys I would like to have a lot of fun with my presentations.  I do not get excited about the real estate stuff anymore and the money I have been doing for a long time.  I want you all to get excited about this stuff so I am going to ask for your participation.  This is going to be an open forum.  We are going to role-play.  I am going to start training you right now.  I am just going to pretend you are all going to be here next weekend and you are all going to take this three-day and really learn how to do this especially the young folks in the crowd and I want you guys to have fun.

So, when I say please say yes, when I say does that make sense, I only do that so we obtain and retain the information.  And I want to make sure we are on our power states of minds until we get out of here.  Does that make sense?  Perfect.  You guys will get that.  Let us

CONFIDENTIAL

have some fun.  Seven steps to set a foreclosure.  How to help distress homeowners?  Evaluate first to know your exit strategy.

I am glad there are couples of young folk in here because I will tell you, I can show you how to make a fortune in real estate, you know why, and you got no bad habits.  And I want to you something right now.  Everybody let see.  Here is a good question.  When you make money in real estate folks, when you buy or when you sell which is it?  It is when you buy.  So write that down.  We do not make money when you sell, we make money when we buy.  So we have to have our numbers, we got to do a property analysis and we got to have an exit strategy.  You only make money with you buy guys.  You get the cash, your check and have fun and go shopping when you sell.

I want you understand the phases of foreclosure.  It is like a clot, we will teach you that.  Find the foreclosure investment opportunities.  Lot of people say "James how are we going to find them?"  I find these foreclosure opportunities working in my underwear and my bathrobe and my home office, couple of hours a week on my software program.  I will show you how to pull those up as well.

Prepare your credit.  That is huge.  Set up financing and funding.  Most people say "James, where are we going to get the money to buy these properties?"  Question:  Do we want to use our own money?  Yes or No?  Nope.  So everybody repeat after me.  Find the deal, the money will come.  I will show how to get the money in 10% financing as long as we have a good loan value.  We will cover that.

And then we are going to set your goals when we are done.  We are going to get started and those of you who come to spend this three days in two weeks, because I am going to tell you this will be the last real estate education you will ever need for the rest of your life.  This is Trump University, you are in the presence of excellence.  This guy is the best in the whole wide world.

More than 76% of American millionaires earn their wealth through what?  You guys know that otherwise you would not have been here, and over 84% worldwide of all the millionaires and billionaires had made money in some form shaper style of real estate.  So you guys already know that.

Why real estate?  Because it works.  We can use what is on the leverage.  We can use OPM, which stand other people's money.  I can take $10,000.00 and I can control $100,000.00 of real estate.  I can take a $100,000.00 of somebody else's money, I can control a $1 million of real estate and if I really wanted to I could take a $1 million

of my hard earned cash that I made over the years an I can control up to $10 million of real estate. I do not know any other industry besides the stock market where we can take a small amount of money and control a large asset to get rich. You guys are in the right place.

Foreclosure is going to make it easy. Let me give you a fifth grade elementary exam. Real estate doubles 10.2 years, with leverage it doubles every year. Here is an example, 1997 a property worth $200,000.00 now in 2007 is now worth, because of the magic of appreciation. Does everybody understand that so far?

Yap, good keep your energy. The reality is even better though guys. It is actually a little bit better than that. That $200,000.00 property bought with 10% down, you took $20,000.00 of your hard-earned money went to the bank, beg them for a loan, they gave you a $180,000.00 over 30 years to pay back, put that on your credit report.

By the way, that is the worst way to buy real estate; you never want to do that again. Never, ever take your hard-earned cash and have the bank put that loan on your credit for 30 years. Do not do it that is the worst way to buy a real estate. But let us just say that is way you did it. The rest of the $180,000.00 was used by—we use OPM and then 10 years later, now the property from 200 is now worth 400,000.

Here is the breakdown that $400,000.00 property that you took $180,000.00 loan equity grew to 220 so your $20,000.00 of hard-earned cash grew to $220,000.00 but is that a 100% return on your money? It is a little bit better.

00:10:17

I know you are a little bit confused here, that is a 1000% return on your money. Check this out, at 19 years old, when this mentor put his arm around me he said, "Jim I am going to show you how to get a 1000% return on other people's money, not your money". I said "oh my gosh I should let how to do that" and I have never look back since. I never had to worry about a job, working for anybody else for 19 years. So that is what we want to teach you.

Here is Trump new student, not only did the program teach me a lot but it was motivational. I felt confident about what the outcome was going to be after the three-day training with Trump University, within nine months I bought a home for $214,000.00 sold it for

$420,000.00, why, the house was about to go into foreclosure.  And I made 200 grand in one deal.

Let me ask you a question guys, if we could show you how to make that amount of money on one deal between now and the end of the year, could you pay off one credit card?  What do you think?  At least one right.  But I do not want to look at the money guys, that is a lot of money I know, I want you to look at this kid's face.  This is a young 26-year-old kid, look at that smile; I want to see your smiles after you do your first deal.  Would that be exciting?  Absolutely.

Here is strategy number 1, write this down, how to help distress homeowners by investing at degree.  Folks I am going to give the first rule of real estate.  So those of you who are taking notes, good for you chat this down, first rule of real estate, never buy retail.  Never pay retail.

Too many people out there pay their market value for a piece of property.  Do not ever do it again not even in your own house.  There are too many good deals out there.  Second rule of real estate; never get married to a deal.  If the number work and we are going to make a profit, we are going to make an offer but we want to help people get out of these foreclosures.

Now here is the definition of foreclosure, people cannot afford to pay their mortgage.  What they do is the bank sends letters, they cannot pay it all, and they are going for foreclosure.  Bank takes it back, it goes to the auction, if it does not sell at the auction, it then becomes a bank-owned property and we are going to help these people.

The main causes of foreclosure are these: 1) Job loss, 2) health and illness, 3) divorce, but the number one reason for foreclosures right now are these arms, readjusting mortgages.  Too many people over the past 5 to 6 years they got above in these interest-only loans for 20, 30 years.  First three years, they are just paying interest and what happened is their mortgage re-adjusted and now they cannot afford to pay anymore.

I pulled up some numbers in my underwear this morning on my laptop before I came down here today within a 2, 3 mile radius of this hotel, all of you could go out and you would never have to go outside this area.  There are so many foreclosures.  I will give you those numbers in a little bit.

At national mortgages, we got a 20-year high.  Last year, over 2.2 million foreclosures, 1.185 auctions, 1.5 REOs and it is actually up

CONFIDENTIAL

over 112% since last year.  CNN just had report the other day on Wednesday; they said that 1 out every 100 in 94 homeowners with a mortgage right now in this country is in some phase of foreclosure.

We are seeing a tsunami that is why I tell people, if you get involve now you probably never will.  We can buy properties 20 to 50% below fair market value, have instant equity we can buy, control the properties and create flow for a year or two and then sell later.

Guys let me ask you a question, do you think these markets are eventually going to turn and become a sellers market again, what do you think.  You better believe that and right now the market seems like stink.  But for investors, this is when you buy, this is not when you sit back.  This is when you buy as many properties as you can, and guess what I just found out, Atlanta, Georgia is within the top 4 cities in the nation to become a landlord right now.  You got a great job market out there.  This is the best time to buy properties, hold them for a year or two, cash out later and you can put a million bucks in the bank over the 12 months cash if you simply follow our strategy.

We can also help families in financial distress avoid 7 years of major credit problems.  When somebody is going for foreclosure, they are going to ruin their credit for seven years.  Chat that down because you are going to be talking to these people after today.  They cannot get a bank loan, credit card loans, car loans, boat loans, student loans, no kind of loan.  They are going to ruin their credit for 7 years.  So I am going to test your knowledge, everybody participate here we go.  What is worst on your credit report foreclosure or bankruptcy?  Foreclosure.

00:15:00

We can claim bankruptcy today, go out tomorrow; I can go apply and get another loan.  Foreclosure you cannot.  So you need to know that because you are going to talk to these people going in a foreclosure.  And what we are going to do is save their credit rating, we are going to pay off the mortgage note but we are going to use OPM, help them move.  Never give the money until they move, and put them into a lease option.

Let me explain this.  We had a lady right before the holidays and she was going in for a foreclosure.  She called one of our ads and she was local, so I went over to her house.  She said, "Mr. Harris, I am going in for a foreclosure.  I owe $98,000.00 on my mortgage, I am behind $6,250.00 here is my bankbook.  Please take my bankbook and take

my house. I will give you my house right now." She handed me her bankbook. I called Bank of America. I wanted to help her out and what I do is I found out she was telling the truth she owed about 100 grand, $6,250.00 behind her payments.

So basically what I did is I had her sign one page document which is called an affidavit. She signed the property to me. But here is my question, "whose house is the mortgage name in still? Her's. Whose credit is it on? Her's. I filed it with the courthouse, now nobody else could buy or sell that home, only me, put her into a lease option, and pay the 6250 off to the bank, now she is not in trouble anymore. I am going to help her build up her credit and she is going to buy this other home for me eventually when she stabilizes her income and that house appraise out at $160,000.00 and I turnaround it and sold it within 30 days for 130,099 to a principal buyer.

So what I am talking about is this, I wanted to be in a win-win situation. Let me talk about this. If we are going to help somebody get out of their mortgage and we are going to make 30, 40, 50 grand or more at the same time, can we take some of our profits and help them get into a rental, get them into lease option, make some deposits, make some rent payments, easy transition. Would that be fair to say we should do that?

Let me teach you something, chat this down if you want to get rich in real estate. Here are the three things you need to do in real estate and here how it works. It is people first, money second, things third. How many people have the money first? They are like "man I want to go make the money first and then I will go help people." Folks you cannot get rich unless you help people in real estate. Too many Americans have that foot flap around. It is people first. By helping people get out of a bad situation, we can make some money too. But I want you to help them out as well and by helping them out, what we are going to do is we are going to earn the right for referrals.

Let me explain this, this is huge guys, this is a bonus of wealth. Let say you guys come back in two weeks, what we are going to do is teach you an associate program. That means we are going to show you how a hundred of people in your association, your little network that is going to give you one referral every single year on a piece of real estate that we can make at least $25,000.00 more on profits.

The average homeowner in this country knows about at least 4 to 6 transactions every single year in real estate on the buying sell side. Some of those 4 to 6 transactions, if we have a hundred people that we keep in contact with every month in this associate program, if

CONFIDENTIAL

they each give us one property out of those 4 to 6 that they find out about every year, that is actually going into foreclosure and we can make $25,000.00 on it, because we get ahead financially.

That is a hundred deals a year times $25,000.00 net profits, is that a lot of money?  Let me just talk to the little kids, is that a lot of money?  Guys that is $2.5 million.  Check it out, if we can teach you this referral program to do 100 deals a year just 28 grand, think big.  How much money in advertising and marketing do we have to spend to make 2.5 million bucks?  Nothing.  They are all coming by referrals.  Guys I have been doing this for 19 years.  We will teach you how to do this.

Important concepts, the owner is going to lose the property.  So if we are talking to somebody who is on foreclosure right now, they are six weeks away from the courthouse steps, most of them do not even have for sale sign out front.  They are not even trying to sell the property.  Here is what they are saying "Oh Mr. Harris do not worry about it.  I have not talk to my uncle Charlie in 24 years, but he is going to send me a check, I left him a message.  Oh, my mom and dad will help me out.  Oh my brother and sister...somebody is going to help me out to make this payments, I am just waiting until the last minute."

Guys they are in denial, they are going to lose the property.  They are not doing anything about, so we have to educate these people and let them know.  If the sheriff comes to take your house in six weeks, they are taking everything in your house.  Our goal is to help the seller, the bank to sell to the buyer.  It has to be a win-win situation.

Let me explain this.  In that little scenario with the lady I told you about a little earlier.  Watch this, she had a $98,000.00 problem, not a 6250 problem, she owed a $100,000.00 to the bank.  So when I paid off her back payments, did I help her?  When I sold the house, did I help her?  Think about this.  When we paid off that mortgage, when I sold her house and got that $98,000.00 paid off, did that hurt or help her credit score?  It waves her credit score.  I put her in the lease option, she is happy and she was hugging me.  I actually helped her.

00:20:32

Now watch, we also help the bank get back their money so they can stay liquid so they could borrow more money to give out consumer loans.  Then we help ourselves.  I sold the $160,000.00 house for $130,099.00.  We made 40,000 bucks and we help the buyer.  The

CONFIDENTIAL

buyer got a pretty good deal.  They got a $20,000.00 discount a property and now they are principal buyer.  They can live in the house and sell it or keep it or do whatever they want.  Sot it has to be a win-win situation, if it is not I want you to pass.  When I take advantage of people, we are just taking advantage of opportunities because first is people.  And we help people, we can make money and then we have anything we want in the whole wide world.  But I wanted to be a win-win situation.

First goal we are going to stop the foreclosure, we are also going to stop the sheriff on going on the record.  I have 250 to 300 point drop in the credit.  We are going to save that family 7 or 10 years of hardship and difficulty, higher insurance and loan rates, vacating the home and losing belongings.

Plus if the sheriff comes to somebody's house and they come to vacate the house because they put a letter on the door and they say "hey you got to get out in 15 days".  If they do not move out they come back and they will put a padlock on the house.  The family, the kids, everybody has to get out what they can take with them.  Nothing, you need to let these people know this.

The sheriff comes with their marshals; they threw everything on the front lawn.  They do not even pack it up nice and neat and all the neighbors come, run, and pick through it because they cannot take anything out of the house.  So we are going to help these people.  Also, save them the embarrassment and humiliation and low self-esteem.  Guys there is nothing worst in the world than having all your neighbors and all your friends find out that you were in a foreclosure.

When I was 19 years old, I was living on the streets of New York.  I did not even know where my next meal was going to come from.  Sometimes and I had this low self-esteem and my confidence was shot.  It was in the gutter.  I had to teach myself how to have confidence and self-esteem.  We want to save these people that humiliation.  It is a horrible feeling and it really lowers your self-esteem.

So Donald Trump wrote this world's best building principle in buy low and sell low.  We want to buy low and sell low.  If we did not get a property at 50% discount, let us say, we have $400,000.00 property, we can pick it up for 150 because these people are going to lose it.  Can we sell that property a little lower than what its worth and still make a nice profit?  Yes.  Do not be greedy.  As buy low and sell low.

CONFIDENTIAL

We can buy low and sell high until the day we die.  We want to buy low and sell low right now.

Guys I will show you how to get into that of your properties within 30 to 60 days.  Right now I am not holding anything beyond 60 days because we can buy low, give somebody else a good deal, sell low and we can move these properties and make our cash.

Here is strategy number 2, evaluate and know your exit strategy.  Here is why, let me test your knowledge, I am training you already.  When do we make money in real estate, when we buy or sell?  Buy.

What is this?  PPSF.  This is for 10,000 bonus points.  Who knows what stands for?  That means price per square foot.  This is Donald Trump's evaluation tool.  Here is the formula, price of the home divided by the square footage, heat and air condition areas only.  Let me explain this, here is an example.  We got a $200,000.00 purchase price; we are going to divide it by the 2000 square feet.

Now how do we know that property is 2000 square feet?  We got a software program, you can pull all these properties up in every zip code, every country, every state cross country, I can show you how to find out the square footage of any home, residential or commercial within about 15 minutes.  We are going to take the 2000 square feet, going back our formula—Donald Trump uses this for his hundreds and millions of dollar of real estate he buys.  Within 15 minutes and you can determine if this is a property, we should work on or we should pass on.

We are going to take 2000 number and divide it into this number that means if we can buy this property for this right here that is a $100.00 per square foot that we are going to pay for that property.  Does everybody understand this so far?

Here is an example.  We had somebody come through Trump U not too long ago, they actually want to help, and this person was in her older senior years.  They were looking for second home in Florida to retire to.  They are golf junkee and they wanted to find something in a golf community.  They called a realtor looking for properties over the internet like we taught them and they actually went down to Florida, found a house like this.  Five doors down from here and here is what they found out.  A recent sale five doors away sold for 180,000 bucks.

00:25:31

CONFIDENTIAL

He went outside real quick.  He did exactly what we told him to do, pulled up the property, found out it was 1,600 square feet.  So we are going to take this number, divide into this number and we came up with a $112.50 per square foot.  So that house selling for 180 and it was worth $0112.50 per square foot.

Now, the prospective property, what happen was this.  When they were done looking at that property, they backed up the car, they were going to look at couple of other properties.  They stopped right here because this gentleman said "do you see the for sale sign."  So he knew what to look for.  He stopped, they got to the car, he grabbed the sign, it was a FSBO.

Now, there are two different types of for-sale-by-owners, we got the greedy and the needy.  The greedy people are selling their homes on their own because they do not want to pay a realtor commission.  They do not like realtors.  Realtors cannot sell my house competently.  I am going to keep all the money.  We do not want to talk to them because they are not going to be as motivated.  We want to talk to the needy people.  These are the people who need to sell their homes because they are going into a foreclosure, they got title problem, leans judgment, and divorce sell.  So we want to talk to the needy for-sale-by-owners.  They do not have any money that is why they are selling and they have not listed with the realtor.

Guys, if I went out here right now with you and we got on a bus, we can go and find a home for-sale-by-owner signs.  We would write down the names and numbers.  We would come back in here and we would do live calls.  I would make four offers in every single for-sale-by-owner house out there.  Out of a 100 of those, do you think we put a couple of deals together?  Yes sure.  I actually would probably do about 10.  My success rate is 10% of all the for-sale-by-owners out there.  As long I can make my minimum, which is 25 grand, let us call it single.  Guys we got a deal.

So let me show you what happen.  He called up the couple, they were home.  They were going through a divorce.  A lot of people go through divorces.  Think deeper, why is not the money there for that couple, why is not the time there.  Let me ask you a question, when people got together and they told together each that I do, did they not have passion for each other?  Did they not love each?  And now they are getting a divorce.  You know why?  They do not have any plans; they were never on the same page.  That is why people get a divorce.  So the first thing you need to do when you leave here is to get on the right plan.

He call them up, he said "Hey I have seen you are selling your house, is it still for sale?" They said "yes we are going through a divorce, we need to sell it today." You said, "all right, I just look at the property down the street can I come in?" They said "Sure". He went inside; he did exactly what we told him to do, took out his notepad, and took his pen.

Here is what he did for about 10 to 15 minutes in this house while the couple stood downstairs. He came back downstairs, did a walk through of the house. He said, "Well, here is what I just found out. All the bathrooms are going to be rehab. They are too small. We need it downstairs. We have to fix the kitchen. We got to paint the whole interior. The exterior needs to be cleaned up. We need a lot of washing. The pool in the back is not working. We also found out that the carpet needs to be replace. We need thicker padding.

All your moldings need to be—you guys get the idea. What is he doing? Finding everything wrong and every negative thing with that house. We will try to get the price where? Down. I will show you how to do this within 15 minutes. He did his list; he said "look you guys have about $20,000.00 worth of stuff here that we are going to have to put into this property to even make it salable. Let me ask you a question, when do you need to sell?" They said, "Today, we are going through divorce."

I love divorce sales. Let me explain this. When people go through a divorce, they will sell that house for nothing so the other person does not get a dime. I have made 8 figures on divorce sales. I still do. I will teach how to do that as well. They said "okay fine". He said, "This house down the street sold for about 180,000 bucks, you guys are asking how much?" They said 180. He said how did you come up with the number. They said, "Well the other house down there sold for 180. Ours is worth at least that much". So what he did is say "hold on give me a minute. He went and pulled up his laptop; found out that their house was 1902 square feet. That property was only 1,600. We got 302 more square feet.

00:30:15

So we are going to take this number, we are going to multiply it by what this house was worth when it sold 112.50. That gives us $213,975.00. If we could buy that house for 180, do we have a potential profit? Yes but almost 42,000 and we even did not touch the house. He said, "Here is what I want to do, I already seen enough, would you be interested in selling this house for 172,000 today. I do not need to see anything else. I can go and get a contract

Exhibit 37, Page 1163

CONFIDENTIAL

TU 145313

from my car right now." They say "Can you give us 15 seconds?"
You say, "Go take 15 minutes." They went around the corner, they
came back around in about 5 seconds and said, "We would be
comfortable with that". He said, "You just sold your house. Let met
go and get my contract. Went out to the car, got his contract, one-
page form." He did not take any money out of his pocket, put a right
back on the market with the same realtors immediately. He did not
touch the house. He gave himself 60-days to close. Here is what
happened. He actually offered the 172 and they accepted it.

Let us run the numbers, because you make money when you buy.
172 divided by the 1,902 sq feet gives us $90.43 per sq. ft. He knew
he had an immediately equity of $41,975.00 if he even did not touch.
He held the property for a couple of months. Did some special
advertising and marketing that I taught him and what happen was
he used the one weekend for a golf treat with some of his buddies.
They found the right buyer who wants to live in that golf community
and that school district held it a few short months and sold it for
260,997 bucks.

Let me ask you guys a question, if I can teach you how to do one of
these this year between now and the end of the year. It makes us 97
grand in one deal. How many can you pay off in one credit card bill?
That is the power of foreclosure. That is power of dealing with the
best in the world.

Here comes maximum offer worksheet. What we are going to do is
show you how to run the numbers on every deal. It takes you 15 to
30 minutes. We are going to come up with a max offer right here on
the bottom line. You are going to make an offer, if they do not accept
it we are going to pass. I can teach this to 10-year-old guy and he
would be successful because he does not know any better, he will
just follow everything I tell him to do and I can make this kid semi-
retired by the age of 21.

I am going to show you how to take that Trump's Maximum Offer
worksheet. We will just evaluate and we have the maximum offer.
We do not go above and then you make money. Three things that
happen with a piece of real estate, residential or commercial, number
1, we make money on it. Number 2, lose money on it. Number 3,
break even. We do not want two or three, we just want to make
money and when you know how to properly do your analysis and you
run the numbers. Guys you have an extra strategy, we are going to
make money every single time.

Exhibit 37, Page 1164

CONFIDENTIAL

TU 145314

Now, we could have kept that property, we could have rented it out and made some positive cash for every single month, we could have offered somebody to lease or purchase option, owner-seller financing, create multiple streams of income.  Guys I can show you how to make three different stream of income of every single property you buy.

Any landlords in the room like me.  And you hear sometimes about the nightmare stories about not getting the rent on—toilet has been clogged up, night phone calls in the middle of night with the pipes being clogged.  Guys I never have any problems with my properties.  I always get my rent on time but if you do have landlord headaches is because you listen to immature investors and you do not really learn how to do at the best way.  Would you like me to show all of you how to always get your rent on time for the rest of your life?

We have the world's best lease agreement.  There are 40 powerful paragraphs and these are coming from Mr. Trump, one paragraph is really powerful.  This property normally rents for 2,300 a month however, every time the rent is received by the first of the month you may deduct 300 for net rent amount of 2,000 bucks.  Do you think you will get your rent on time?  Not only that, they will keep the place clean, they will pop money into it, they will upgrade the appliances, they will fix the floors, they will clean up the landscaping upfront because I am going to show never to have renters.

I am going to show you how to have lease auction owners, that way every single person who buys a property from you, you are going to lease it out to them.  They are not going to pay rent and we actually going to give them the dream of home ownership.  We are going to help them clean up their credit and these people will do everything they can to keep the place clean.

00:35:39

Would you guys like a copy of the world's best lease agreement.  I will give it to you.  We are going to make money on properties but we are only going to work on a property if we are going to make a minimum of 25,000 bucks.  Let me explain this stuff.

When I was a young kid, my coach taught me in baseball how to just hit singles.  He did not teach me how to go for the homerun.  He said, "Jim just get the bat out there, not the ball over the in field, get on first base because if you can do that every single time you will have a chance of getting home."  Too many people try to go for the homeruns in life.  That is why at 65 they are broke.  I just want to hit singles

throughout my real estate career of 19 years.  Every time I hit a single it is 25 grand a month.  Once in a while we are going to get a double.  We need to get a double first then we are going to back to singles, then every once in a while we are going to get triple, then when we are not even looking it is going to fall in our lap once a year.  We are going to hit a homerun.  It could be a grand slam but a homerun.

This is a life lesson.  Do not hit the homeruns, do not look for them, let us just hit singles and the homeruns will come at us when we are not even looking because it is people.  If you take care of people, do not be greedy, just make 25 grand, and hit some singles, let us hit once a month then eventually we will get the doubles and triples in homeruns but we should not look for them because we are just training on singles.

If I can teach you how to get one single a month, work a couple of hours a week, bring 25 grand in for you and your family a month.  Would lot of you consider ever quitting your jobs?

Without knowledge, investing is too risky.  You got to train in foreclosure first because you can apply this to any kind of investing you will do for the rest of your life.  Without training, you will overpay for properties, mistitled problems, buying in the wrong area.  Right now, we want to buy in sea areas.  Forty percent of the market out here in Atlanta, Georgia right now is renting.

If we can find properties in the sea areas, in the high rental areas and if we can get an amount of 20 to 50% below their market value, can we buy low and sell low and give somebody else a good deal, get them out of paying rent throwing their money away.  And if I can show you how to get people out here and all these rental markets right now, a proof of FHA mortgage, which is the easiest mortgage to get approval right now in the country.  Get them into thousand bucks down, do you think we can make some money and we can sell some houses.

Everybody else out there is worrying about trying to go to the banks.  Banks are not giving loans anymore right now.  Realtors cannot help people getting the houses.  The mortgage industry is upside down.  It is ten times harder to get a loan right now, bug if we can get people into our house and they just deal with us for a thousand and maybe $2,000.00 down, they are going to buy our properties all day long.  And this is how I move people in the properties.  I do 4, 5, 6 of this a week and I get people in and out of these properties and sell within

the 30 and 60-day period because I help people get out and get in of homes.  We are just problems solver.

I am going to teach you how to become a problem solver.  In real estate, if we saw problems we can get rich.  Also, we do not want to pay too much for financing.  Do not ever, ever to a bank and get a conventional loan again.  I have not been into a conventional bank in over 13 years.  Do not ever put your hard-earned money down, beg the bank for a loan, put it on your credit report for 20 or 30 years and hope and pray you can sell it.

You do not want to buy a piece of real estate that way again not even your own home.  We want to do some creative financings, which I will teach you in a little bit but you do not want to overpay for properties.  Fail to protect your investment, misrepairs and rehab cost, we would not misrepairs and rehab cost if we follow the Trump Max excel for worksheet because we make money when we buy.  Have no extra strategy; do not improperly conduct a property analysis because they had to run the numbers.

00:40:14

This is the biggest thing guys, people put properties on their own name.  You do not ever put properties in your own name.  If you hold title to a house right now, if you are paying a promissory note back to a bank who hold your mortgage, if your property is in your own name, you are doing at the wrong way.  Do not put anything in your own name.  God forbids you come across an 8 year old out here today in the wet road and he is on a bicycle and something happens, what if that family gets a good attorney, they are going to own your house, your checking, your savings, your money market, you bonds, you mutual fund, your 401k, your home equity line of credit, they are going to own everything.  They are going to own you and your family.  You are going to pay him every single dollar out of your paycheck for the rest of your life because you have stuff in your name.

I got nothing in my name.  I got a lot of stuff; I look like loser on paper.  I have nothing in my own name.  You never want to take title to properties in your own name.  We will teach you the right way, the Trump.  Here is what happens to a student who came to a free preview just like this not too long ago.  They had a serious problem.  They brought in this deal, they were sitting right here, when we were done they registered for the three-day training but he said before I get there you guys need to help me out.  We said fine what is going on.  He said I found this house right here.  Here is what it looks like

inside.  Have you guys ever seen houses like this.  These are called
ugly houses and a lot of people drive by these houses like this and
they nag their partner next to them in the car and they say look at
that place, I wonder who lives there and they keep on driving by.  I
love these kinds of houses.  These are goldmine.  There are lots of
money that can be made with these houses.  Let us find out what
happen.  He had this problem.  He said, "I got this house.  A realtor
called me.  I said I could buy it right now for 11,000 bucks.  It needs
$5,000.00 of repairs and it was two bedrooms and one bath.  So he
got all emotional with the deal.

What is the first rule of real estate?  Never pay retail.  What is the
second rule of real estate?  Do not get married to the deal.  So here
we go.  He got married to the deal.  He got all emotional.  The third
rule of real estate, never get emotional, it is all numbers game.

Let us go back, two beds, one bath.  I think the realtor thought that
this was a bedroom over here because we have a mattress looking
thing.  She also saw something that looks like a mattress and she
probably thought the trim was in here somewhere in the kitchen.  I
do not see one.  But she said it was two bedroom, one bath.  This
went out just to be just three little room house.  She paid 11 grand
and needs $5,000.00 for repairs and he found out after he paid for it
that it has zero bedrooms.  Here is what happened.  She said, "I
found out that this needed $25,000.00 in repairs.  The place was
stinking mess and I need two sets of appliances."  Why do you think?
She put in appliances when they went to clean up, they went to home
depot, and left the front door unlock.  Then somebody in the area
was looking.  This was a rental area and somebody came in and took
the appliances.  So now, they had to go get two sets of appliances.
He ended putting $36,000.00 into this property within a two-week
period and she put it all in her credit card.

Do we have a problem?  We got a problem.  So let me ask you guys
this question, if you are sitting here, you have this problem, how
much of investment would it be worth to you to cure this problem?
How much would you put up to get out of this deal, get your 36,000
back and make $60,000.00 on this property.  What would that be
worth to you?  Would it be worth $10,000.00 of an investment to get
out of this, get your 36 back and net 50?  How about 5 grand, how
about 1,500 bucks.  This is what we told her to do, "we are going to
get you out of this problem.  We are going to ask for $2,000.00 down
payment.  You are going to make some flyers.  You are going to
spread them around this area.  This is not going to cost you a dime
in advertising or marketing.  This is a rental area, sea area.  Here is
what your flyer is going to say, "Lease to buy owner motivated, no

CONFIDENTIAL

banks, no credit checks, no qualify. Sop throwing away your money rent, stop making your landlord rich, call today." Do you think I will get some phone calls? Sure, 40% of the market right now who is renting is going to pull that ad. I run this all the time.

00:45:05

So we told her to run that flyer all over the neighborhood. We are going to ask for 2 grand down. We are going to do what is called a rasp mortgage. This mean we are going to do it with no money. We are also going to ask 350 bucks a month lease option payment every month with an option to buy the property at any time during that lease that will cover the taxes and insurance. When we run the numbers, this thing will be paid off in ten years. If she did exactly what we told her to do. But we also said you can put a write on the market; sell it but let us do it this way. Let us see if this would work out.

She called us about two weeks later; she said, "you are not going to understand something. I received many people who wanted to give me the $2,000 down. I just negotiated with somebody to do $800 a month times ten years that is going to be 12 months. They said they might be able to get the payment to buys this thing over the next couple of months but they were in to sign that lease option, the rap mortgage and I end up with $96,000 I just held this thing for 10 years. I get the 36 grand back and I make 62,000 bucks. In fact all the contracts were already signed.

So let me ask you a question, if we can show you how to do again one little of this which is in a sea area and ugly house and make something like this over the next 12 months, how many of these would you need to do this year to consider quitting your jobs. One or two. That is the power of working with the best in the world. It is Trump University. We are the best. There is nobody better than us. I think you see that now.

Trump use success story. When I heard Mr. Trump was opening a company to train beginning investors as I result of the program. I bought an investment property and flip it in four months for $95,000.00 profit, my second deal earned me 70 grand. That is a lot of money that would change every life in this room but I want you to look over here. Forget about the money, I want to see your smiles in two weeks, this is the kind of profits you can make and right now, we have more opportunities in the history of this country ever to buy these at 20, 40, 50. I may even find properties at 60 to 70% below

CONFIDENTIAL

fair market value. Those are called lay ups. I can get the money for those things on 100% financing. I can also get them for you.

Strategy number 3, understand the phases of foreclosure. It is like a clock. We got the pre, pre-foreclosure stage. We got the inevitable. The homeowners are going to miss that first payment. When they miss the first payment to the bank foreclosure, then we have the pre-foreclosure which means the bank is about to send out when they miss the next payment a demand letter. It is going to go on a list pendence list. This is what we want to find that French for lawsuit. Every lis pendence list is public information. I can show you how to pull up those pendence list right on your computer.

Then what happens is we get a complain, it goes unnoticed of default list and then we have a final judgment. If it does not sell at the option then it becomes an REO which is bank owned property. That is a real estate own property, now you have to negotiate with the bank.

If you are going to do bank on properties right now, we can make a fortune with those, but the banks right wants 85% of what the property is of worth. That is after repair value. I will show you about 10 to 14 different ways to find these properties and buy them before it ever gets to the banks because they are really good at negotiation.

Here is strategy number 4, how do we find these foreclosures. We want to find the pre-foreclosures right here. These are in the status of where people are actually starting to miss those couple of payments. We want to start negotiating with the sellers. I am going to show how to look for FSBO properties and for rent signage.

Guys, I can go out and find a hundred for rent signage or ads, call people who are looking to rent their home. Duplex, triplex, multi unit apartment buildings, condos, I can make four offers on every single for rent sign out there and I can teach you how to do the same. So again today, out of 100 of these because I can get 10 of these that I can put together. What are we looking to make minimum on every single property? $25,000.00, which is single.

I want to teach you how to do assignments. This is where we can assign a contract to someone else. We do not need any money, credit, or license or a loan and we make the piece at the middle. If you guys want to deal with the banks, they want 85% so you better know what you are doing. But I can show you how to make an offer on 99.99% of all bank-owned properties out there and you just have

to run the numbers and make sure that we have a nice profit.  We can make an offer in almost every single one of them.

00:50:20

Here is the thing guys, most people think that you can go to a bank and get the bank properties, you cannot.  That is a myth, you have to do it with a license real estate broker.  Any brokers in the room?  Real estate agents?  But you got to go through broker.  Now the biggest thing I can teach you is how to do a short sale.  Anybody hear about short sale?

Short sales are huge right now and we have more opportunities to do short sales then ever.  Everybody can do this, you do not need a license, money or credit or a loan.  Short sales an investing strategy to negotiate a loan that is in default with the lender and receive a discount for less than what is owed on the current mortgage.  A short sale will enable the lender to write off the bad debt, avoid foreclosure and not have to take the property back.

Let me ask you a question.  Are banks in the business have taken properties back?  What business are they in?  Lending what, money and making what on their money?  Interest.  They do not want these properties.  They want to get the money working again and I learn how to do these short sales when I was 23 years old when interest rates were 15%.  You guys have a great advantage right now.  Interest rates are low.  The banks do not want to take the property back.  If they have to that means, they cannot get the money back.  They have to put on the market, they have to put insurance on it, and it is mess if it does the sell at the auction.

If banks cannot get back a $100,000.00; for every $100,000.00 they cannot collect on, they cannot borrow up to$1 million for real estate loans, consumer loans, credit cards, loans, any kind of loan.  So if the bank cannot collect $100,000.00 per property they cannot borrow up to $1 million and they might go out of business.  Mortgage companies are folding up left and right because they cannot get their loans paid back.  What we are going to do is we are going to teach you how to negotiate with the bank to actually get less than what is owed on the mortgage so somebody does not go into foreclosure because it is people first and we are going to be able to make a nice profit at the same time.  Even if a property has no equity, we can still do a short sale.  We can create our own equity.

Let me show you how this works.  This is going to help the lender remain liquid so they can borrow more money to lend the consumers.

Exhibit 37, Page 1171

CONFIDENTIAL

TU 145321

If a bank cannot borrow money, they cannot make loans to you and they cannot stay in business. With short sales, you do not need down payments, you do not need any money, we are not having out credit check, we are not taking a loan out, and we are not even transferring title. Most of these properties we now work are in the upper scale neighborhoods like the bay areas where we have 4, 5, $600,000 property and they cannot pay back that $500,000 loan and we can do a short sale. This is one of the first strategies we can offer them and we can create our own instant equity. 90% of something is better than a 100% of a nothing, that is what the banks are telling us right now.

Banks are calling me on the weekend saying James we have approved your short sale, please just get this done. I want to show you guys how to sell your properties before you even have to buy them. See most people buy properties, they put the contract on them and they have to go find a buyer. You do not want to do real estate like that. We want to sell them before we have to go to contract and with the short sales, I am going to show you how to build the list of quality buyers first before we even negotiate with the bank.

We just did one of these not too long ago where he had a line of buyers—when we find these this short sales, I will teach you how to do that with some advertising and marketing. The total original payoff was 440; this family was going into foreclosure. They were about five months behind in their payments. We discounted the short with the bank 270,000. They were about to go out of business a couple of month ago. Somebody just brought them out and now they are okay but they still are going to do a lot of business in short sales. The repairs were 5,000 bucks. We have our general contractor go in to freshen it up, clean it up a little bit, put some paint, clean up the landscaping and we actually resolve it and made 51,000 bucks. All these took about 42 days to do.

So let me tell you this guys, that is a called a double. If I can teach you how to do one of these between now and the end of the year, do one double while we are hitting once a month on singles. How many of you could absolutely now start considering never working for somebody else ever again. Good all 7 of you, what is going on with the rest of you. Short sales are great and how do you find them. We can drive around. We get the foreclosure list. We call people up to get the list pendence list and we can go to the county courthouse.

00:55:38

Guys I do all my advertising on the worldwide web.  If you do not get on the internet, you are starting to go in reverse because everybody else is on the internet.  Did you know over 84% of all motivated sellers and buyers are looking at sell and buy right now on the internet.  Be honest, today is the day of honesty how many people were on the internet everyday.  Some of you are lying dogs about other things.  You guys are on the internet everyday.  Why not have your business there.

I work a couple of hours a week.  I do not even get out of my bathrobe and so I close a couple of deals every single week.  I will teach you how to do the same.  We are going to do everything on the worldwide web but if you do not want to do that I have an ad that I have been running for years, Wallstreet journal, USA Today, Atlanta Journal Constitution, New York Times, buys any property, any condition can pay—hold on let us stop right because I know a lot of you are saying James you are paying cash.  We are not going to use our own money.  Here is the deal; I am telling people that we could pay cash.  It does not mean we would.

We want responses, we want the phone to ring and I can close within one week, stop foreclosure today, we solve problems.  Folks, we got hundreds of phone calls coming off these ads nationwide.  I run this all over the place because I buy real estate nationwide.  I can show you how to get hundreds of phone calls coming in.  You do not have to go look for these people; they will just come to you, would you like to have my ads.

Have you guys ever seen these around Atlanta?  They are all over the stinking place, are they not?  And most people think "there is another investor trying to make money".  Guys, I make a fortune with these signs.  They are all over Atlanta.  This is how I find my buyers.  40% of the market right now.  They do not want to be renting, they want to own a home.  So I give my lease option.  I get a nice downpayment and I give them two years to buy that property for me.  And this how we can help people.  Here are some ads on the internet.  We will make an offer on home in 24 hours guaranteed.  I do not care if they are currently going into foreclosure.  They fill out a form, I find out how many beds, how many baths, how much they owe, who their bank is, how many payments are behind on and we make offer right there on the phone.

I can teach you how to make offers within minutes.  You will not make any money in real estate until you make offers.  Without making offers, you cannot make any money.  We have to make offers.  So later when we stop and I ask you guys to come and spend three

CONFIDENTIAL

days with us next weekend.  Folks I am going to show how to go out and find leads and you are going to bring those leads in, and we are going to make offers all day long Saturday in class.  I will see if I can do a deal for you because I do not want you to mess first one out.

"Well James that is exciting.  You are killing me James."  Strategy number 5, prepare your credit rating.  Guys this is huge.  Your credit is going to give you the ability to borrow money to buy these houses because we do not want to use any of our own money.  We want to use OPM.  That is how we do real estate.

Next weekend we are going to show you how to get a copy of all three credit reports, increase your number of credit cards, raise your limits—let us stop right there.  Some of you are going to say "Wait a second James, we are going go give our credit cards.  We are going to raise our limits."  Let me ask you guys a question, if we have more credit cards which is more loans from banks of money we can borrow, which again is OPM by raising our limits on our credits cards and getting more credit for real estate investments, will that hurt or help our credit?  It is going to raise our credit.  I am also going to show you how to lower all your interest rates.

Did you know that the average person in this room right now with a credit card is paying 17.9% interest on their credit card money?  You are getting late fees.  You are incurring all kinds of late fees and charges you do not even know about.  I will show how to get those down to 1.9%.  Would you like that?  I do not take further answer.  I will show you how to get on the phone with the banks, negotiate with these people, they need you, and you do not need them.  Does everybody understand that?  They need you.  I am going to show you how to wave your fees.

00:60:04

Guys, two weeks ago in Washington DC, my whole class went outside.  They had 90 minutes for lunch, they came back in, and we had all their interest rates down.  I have had some people who are paying 29.9% interest rates on their credit cards; I got them down to 2.9%.  I got other fees wave.  One out of every 4 credit reports in this room have an error on your credit report and you do not even know it.  Let us fix this stuff.  Let us raise your score.  I am going to show you how to dispute any late payments and pay your bills on time.

If I can show you how to get one single income every month that you and your family at 25 grand at pop, can you pay your bills on time.  You better believe it and great credit is a real estate fortune.

CONFIDENTIAL

Payment history is 35%, total amount owed—here is what (inaudible) experience in equity.  They look for consumer debt as oppose to investment debt.  Consumer debt is good or bad?  Bad.  That stuff you buy that goes down in value.  You got to learn this while you are ten.  Investment tat is real estate.  Things that go wear in value.  So if we use our credit card money and a very intelligent way to buy and sell real estate, deposits, down payments and all that stuff, that is what they look at.  You do not want anymore consumer debt.

By the way, do not ever go out there and buy something from now on unless you have the cash.  Only use your credit money which is the bank's money to invest into real estate do not do it.  I still get upset when I hear about people going out and buying a car and taking a loan for it.  And when they drive it out the road it goes wear in value to over 30%.

Let us go do a couple of real estate deals, couple of pre-foreclosures, couple of short sales, let us find some good deal 2 or 3 and then let us go buy a car and pay cash.  I want your license plate from now on to say paid for.  Do not ever buy a car and put a loan on it again.

Strategy number 6, let us get the money for these deals.  Repeat after me; find the deal the money will come and if we can find a deal at a 50% or below their market value that is called a lay up in basketball.  I am getting you the money of 100% financing.  It is not a problem.  There are lots of ways to pay for deals.  Conventional banks do not ever do it.  Do not ever go to a bank conventionally and borrow money again.  Do not take your hard-earned money and put it down and then having put that loan on your credit report for 20 to 30 years.  That is the worst way to buy a real estate.

I am going to teach you how to get money from hard moneylenders.  Has anybody heard of these people?  Hard moneylenders are financial institutions but what they are willing to do is give you money and they are willing to charge you a higher interest rate.  Your area around here, hard moneylenders, I got a list of them, they are going to charge you 15%.  They are looking for three months interest-only payments but they will give you all the money.

Now, here is what they are looking for 65% LTV.  What is 65% LTV?  Loan to value.  So at 65% loan to value, you bring us the deal.  Guys these hard moneylenders are going to loan you the money.  They will give you the construction cost, the rehab cost, you will get that in three draws, we will fix up the property, raise the value of the property and there we can cash out and make some money.  So hard moneylenders are great because right now the market stinks and it is

CONFIDENTIAL

ten times harder to get a loan.  If you go to a conventional bank, they are going to ask for 20 to 30% down.  They are going to sink all your hard-earned money so forget that.  Let us go to hard moneylenders with 50% loan to value, forget it.

Everybody say hi James.  What is a private money investor?  What is that?  That is somebody who has a lot of cash and they are willing to lend you money.  They are not worried about you or your credit.  They do not care about you or your credit or your job, they are worried about the deal, the property and they will lend you the money 15 to 20%.  I am going to show you how to get money from hard moneylenders and private money people and they are going to charge you 3 months interest-only payments.  What I am going to do is I am going to show you how to fix up the property.  They are going to give you the construction clause.  We are going to add the 3 months of interest-only payments into the construction cost so we do not have to take it out from our pocket.  And I will show you how to get a 100% financing on all your deals.  All you have to do is bring this stuff with 65% loan to value.

Right now, within about three-month rates of those hotels, you got thousands of them right now, we just got to show you how to go out and pick them out.

00:65:01

Now, you got a good private money person that can help you out, everybody say, "Hi James."  I would love to have you bring me a deal.  I cannot get you the money, because it is you first.  I cannot get you the money, guys.  So, maybe we can help you out with the first one, maybe we will do a joint venture, I do this all the time.  Money is not a problem, when you find a good way deal.

Behind the deal, the money will come.  Equity private money and hard money lenders that is what we are going to use.  I got a database of the top 300 hard money lenders and private money people all across the nation.  I have been borrowing money from these people for 19 years and I will show you how to do it, as well.

Also, equity funding, if you are sitting in my room right now, you do not have a home equity line of credit, you need to go and open one up.  If you have a $100,000.00 of more of equity in your house right now that is sitting there making you know money.  I can show you how to take that equity.  We can borrow up to 3 – 4 – 5 times the amount and use it as a leverage for real estate.  We are not going to

CONFIDENTIAL

take out and spend it nilly willy like cash, we are going to use as leverage.

I have people who have come to these trainings, because they have a million dollars of equity in their home and the goal is how do we get ahead financially, where are we going to get the money?  I could take a million of equity and I can show you to borrow up to $3 million.  Is that exciting?  Oh come on, so if you are sitting here and you have equity, you are not making any money with it, let us use it to get rich in the foreclosure markets right now guys and if you are sitting here and you have a 401k or IRA, folks how long did you work and how hard did you work to put that money on your 401k?  200 – 300 - $400,000, it is sitting there making 3% interest, that is horrendous.

Let me show you how to use that 401k, IRA money.  Let us use as leverage to borrow up to ten times the amount of real estate without taking any money out of our pocket and guess what, we can show you how to do it with no fees or no charges.  Is that exciting?  Common guys, what else can I do up here?  Tap dance for you, also we are going to use our credit card money, not for consumer debt anymore, investment debt and that is okay.  I love credit cards, guys.  I got a ton of credit cards available unlimited amounts on them.  You know why, because I use it for real estate.  My wife's dog Coco has a credit card.  Yes, I am not kidding, I will show a picture, when we are done.

Now, solid 15% return, here is how I generate all these private money people and hard money lenders.  I can get the money anytime I want for any kind of real estate.  I have been running ads like this, Wall street Journal, USA Today.  I am going to teach you how to think what?  Big, common guys, you have me, this is Donald Shrub, let us get in the money, people.  Here is an ad back by real estate, real estate investors as many deals, seek private funding, joint ventures wanted.  I send them a free report, I tell them about me, my company, how many properties I have.  You guys are going to run the same ads and you are going to show all these people your listings and they are going to call you and they are going to fund your deals.  Would you like to use my ads?  No problem Bob, you got it, you are the one who asked.

All right, here is a live deal that we are working on right now, it is pretty much all done, but I want to show you guys, I got this in my laptop.  Here is my laptop, I just (Inaudible) where is this located?  In Georgia?  How far is that from here?  It is in our state, very good.  So, here is a four-unit apartment building, right?  Does it need some work?  Not of it, right?  Everybody say, "Goldmine."  This is what I

CONFIDENTIAL

want you to bring me, I am kidding, do not laugh.  This is going to make you a fortune, guys.  This is a goldmine.  Check it out, this is in a sea area, are you with me?  Did you a couple of these away?  Check it out, she spent three days with us, her name is Margarita, she sent me this property, here it is.  Here are all my internet explore boxes, here is what happen.  Here is the email, "James we can buy this property right now for $59,900.  The rehab on it is $54,000.  We just need $114,000."  Wow, I did the numbers that is 65% LTV that means I can get you the what?  I can get you the money guys.

What happened was we got a property analysis, which is called an appraisal.  Has anybody ever heard of this?  Let us go back to hear.  She has already done all these stuff.  I already taught her how to do it all.  She did everything lined up.  She just needed the funding, okay?  After this report was done, we found that the subject property right here.  Here is one, two, three comps.

A compass a comparable property right in the area, just like this, we found out that this house was worth, how much, $175,000.00 after repair value, after we did all the work.  Now, what do we have here?  $175,000.00 from a buyer, folks I am going to show you how to sell your properties, before you even have to buy them, before we even went to contract, we already have a buyer lined up.  They were willing to pay a little bit more than this property was worth, because they own a couple of other places in the area and they knew that they could catch out in a year to in a market's turn.  Are you with me so far?

We already had a buyer lined up.  Here is our rehab, general contractor went over he sent us the excel spread sheet.

00:70:00

We got $53,000.00 in repairs, we are getting a 100% funding.  We are going to have three draws of money, taken out to go repair the place up.  What is going to happen is that they are going to make it look like this.  Does this look different?  That is another comp in the area.  We are going to fix it up.  It is going to look brand new.  We got the contract signed, here is the form, you are going to fill out folks and you are going to send it to me.  We are going to get you the money.  Are you with me?  Say yes, you have to fill out a little form, everything is signed everything is done.  This was emailed to me, I am still working in my home office, in my underwear and what happened was we are going to make this, here is the deal.  Purchase price is $59,900.00, rehab cost - $53,000.00, closing cost on the buy is going to be $1,800.00.  Here is what the private people, me we are

going to make an interest only payments for three months.  I am
going to show you though, with other private money and hard money
lenders.

I am going to show you how to wrap it up into the closing cost, you
do not have to take any money out of your what?  Pocket, we are
going to put it on the rehab cost.  A pay of $175,000.00, we are
selling for $177,000.00.  We already had a buyer lined up, tolls
$118.00 of cost.  She is going to make $58,000.00.  I am not going
take a dime of her profits, because it is you first.

People, I can help you get through your deals guys, so here is the
best thing that you could walk out with here today.  It is my
information.  I am here to help you, I can help you get the funds, as
long as you find a good deal with how much LTV?  65%, that is what
I am looking for, if it is a little higher, no problem.  Lay up, I can get
you all the money.  I do not even need to see your personal financial
statement or your credit.  50% below fair market value, no problem
guys, right?  Now, how to sell these?  We can use realtors, classified
ads.  I will show you how to do web ads.  Whole sale to retails, there
is a lot of different ways, but everybody look down here.  See this
thing that said charity gifting?  Let me show you something that my
mentor taught me many years ago.

I have a charity gifting program, but we actually people approved for
an FHA mortgage right now, it is the easiest mortgage in the country
to get approved for.  I get people into my house for a thousand bucks
down.  What happens is that the charity gifting company charges me
a fee.  I will take it out from my profits and I will help people get into
the homes.  So, if they go look at 20 or 30 properties and they have
to put 15 or 20 grand with Mr. Harris' company, which is your
company from now on.  What is going to happen, is we are going to
show them how to get in for a thousand, maybe up to $2,000.00
max.  Do you think they are going to buy our properties, overall these
others?  This is how we get in and out of these properties within 30
to 90 days.  We are not holding them.  We are going to put people in,
because we are going to what first?  Sell them, before we have to
what?  Buy them.  Is that a smart way to do real estate?  Yes,
absolutely okay.

Here are some ads on the internet.  I will show you how to run this,
as well.  Guys, these are fully optimized to be searched on Yahoo,
Google, MSN, this is where everybody is.  They are going to buy and
sell and they will fill out a form and they are just going to come to us,
we send them over to the properties in the area they want to buy and
they make us offers.  This is how we can do deals within a couple of

days.  Did you guys ever heard, zero down real estate?  Yes?  Like there is no money, no credit stuff?  Guys, when I was 19 years old, I had no money, I had no credit.  I could not get a loan and my mentor taught me how to do some zero money stop.  Let me show you how to do this, this is real, this is reality.  We can do this on every single property out there.  So, everybody gets a fresh piece of paper, this thing I am going to write on time, here we are.

You guys over here form Scott and Beverly over, you guys are going to be my sellers and from Carlin, over here.  You guys are going to be my buyers.  First thing I want you to write down is called assignments.  Assignments – whole selling, using assignments.  So, you guys are going to be my sellers.  Let us say you are selling a property right now, for $400,000.00, okay?  And, I am going to call you up and you guys are selling it in your FSBO.  What is a FSBO?  We sell by owner.  I got to call you up today.  I am going to offer you $300,000.00 on your property after I find out that you need to get out on our $285,000.00 mortgage.  I am going to have you walk away with 10 15 grand, a couple of buck, but I am going to make you in an all-cash offer.  I can close within 90 days and I am going to pay you $300,000.00 with it for your property.

There are lots of reasons why people will take a lot less or what is owed on their property right now and a lot less of what is worth, because they might be going into what?  Foreclosure, loss of job, health, illness, divorce, back taxes, dozens of reasons why.  So, I am going to show you how to ask the right questions, I got a script, right here in this book, we are going to take you through weekend.  We are going to role play.  We are going to call people.  You are going to learn how to do this.  You are going to accept my $300,000.00 offer, because in six weeks you are loosing your house for the Sheriff's sale.  You are going to the court house, they are going to sell your property, you are going to loose everything.  You will accept my offer.  We are going to put a contract together.  J. Harris Inc, because we never want to take properties in our own name, teach you them the right way.  J. Harris Inc. and/or assigns, has anybody ever heard of this term?  These are three magical words that will get you rich in real estate guys.

00:75:02

J. Harris Inc. and/or signs, which means I could have sign that contract to anybody else I want to for a fee.  I am going to give myself 60 days of close, because I do not want you to loose your house.  So, I am going to give you $300,000.00, you will have your money in 60 days, the next day an ad is going to go on the papers.  It is going to

CONFIDENTIAL

say exactly this, "Owner-motivated.  House worth $400,000.00, we will sell today for $325,000.00.  Are we going to get some calls?  The phones are going to ring off the hook, right?  So, people are going to see that add and will say, "Go look at this guy, he is selling the house for $325,000 that is worth for $400,000.00."  They are going to call you up.  You are going to give them the address.  They are going to go over and look at it.  You are going to have a 100 or more people that will be go and look at that property one day, right?  You are going to find somebody like Bob.  He is interested in the house.  He is renting right now.  He is wasting his money on what?  Rent and I am going to give you the opportunity to have a house $75,000.00 below fair market value, when this market turns, probably worth $550,000.00.  Are you with me so far?

So, you are going to sign a contract with me for $325,000.00.  Both contracts are going to go my title company.  They are going to do the title work.  They are going to set-up, which is called the double escrow closing within 30 days.  You are going to come in with your $325,000.00 cashiers check from the bank, Bob.  And, at 9 o'clock in the morning, you are going to going to buy that house.  You are saying, "Thanks James, you are a great guy."  I got a great deal, because we are going to buy low and sell what?  Low, very good, now you guys at 5 o'clock, you guys are my sellers, you are going to come in at 5 o'clock with my title company.  You are going to get your, how much?  $300,000.00, what is left over in the middle?  $25,000.00, that goes to who?  Well, it is going to go to you guys, but it is going to go in your international hit bank that right here guys.  That is $25,000.00, watch I have never took title to the home.  That is called the whole selling by assignments.

Now, I want you to keep an open mind.  This is creative unorthodox real estate.  This is how I learned how to do real estate.  We do not have to have titles for the house, to take money out of it, ladies and gentlemen.  We have just to control it.  Now, for those of you who are rolling your eyes, saying, "Yes, right James," all the skeptics.  Let me show you how simple this is.  Have you guys ever signed on a mortgage to buy a house?  And, it said Bank of America and/or assigns when you bought your house?  And, a couple of months later, you got a letter in the mail saying, "Hey, Wells Fargo now owns your mortgage.  You are going to pay us every month."  We were assigned your contract by Bank of America.  Has anybody every heard of this?  Bank assigns contracts all the time, they sell their loans.  We can do the same thing with real estate guys.  And, it is those three magical words, I will show you how to have in every single contract, so you can assign these properties and you do not need money, no credit, you do not need the license and you do not

have to take out a loan.  Is that exciting?  Oh, common.  That is called assignments.

Number two – jot this down, I am a no money down expert guys, write down lease options.  We are going to take the same $400,000.00 house.  I am going to teach you my for rent method that means every for rent add, we see in the paper.  Every sing we see out there, we are going to call these landlords, okay.  You guys are going to be my sellers again, you are going to be my buyers.  You guys are asking $400,000.00 for your house.  Phone call goes something like this, I will teach you how to do a 100 phone calls a week.  It is like this, "Mr. Landlord, my name is James.  I saw your add on the paper for rent.  Would you be interested in selling your property rent to buy, instead of just renting it out?  If I paid you a monthly payment every month, I paid you on the first of the month.  I never called you, no hassle to you.  I paid you 6% to 9% interest on your money.  You did not have to take you house and sell it and pay capital gains what?  Taxes, I will just pay you every month.  I will cover all the maintenance and repair cost.  Would you be interested in leasing your property out with an option to buy for three years?"  You know what 33% of the people say?  "Yes, that sounds like a pretty good deal James.  How does that work?"  Well, here is what I will do.

I am going to send you over, which is called the lease option agreement memo.  It is going to give me 90 days to close and I am going to out and find a lease option buyer.  I am going to pay you exactly what you want, which is how much?  $400,000.00, I am not going to negotiate, I am not going to haggle.  I am not a confrontational guy, I am going to give you exactly what you want.  I am going to give you zero down, because I am giving you exactly what you are asking for.  Are you guys with me so far?  We are going the do it through your term.  We are going to sign a purchase in sales contract, J Harris Inc. and/or assigns.  We are going to sign also a residential lease agreement and the lease option agreement memo.  I got all the contracts right here in guys.  I am going to walk you through this.

Now, watch, zero down, $400,000.00, I am going to pay you $15,000.00 a month for three years with an option to buy.  You guys are happy, I will never going to call you, covering all the maintenance repair cost, you guys are good.  Now, I am going an ad in the paper the next day, something like this, it is going to say, "Lease with option to buy.  Owner motivated, no banks, no qualifying, no credit checks, loan down, moving today."  Do you think phone going to ring off the hook?  40% of the market that is renting right now, who is

throwing their money away on rent, they are going to call, you guys should better be ready.

00:80:03

You are going to have a hundred of phone calls.  Now, you guys are going to be my buyers, I am going to send everybody to look at the property, again we are gong to have somebody respond.  Like Sky here and his family.  They are sick and tired of paying rent, right?  Now, I am going to charge him 10% more than I am putting under contract with you.  So, I put under contract for you all for how much?  $400,000.00, I am going to sell you this property for $440,000.00.  Here is why, I am going to give him the dream of being a home owner and a year or two from now, he can sell it.  That house might be worth $500,000.00 or more.  Are you guys with me so far?  Now, you are going to charge it to $2,000.00 a month in rent, but it is not rent, it is lease money.  I am going to ask for 10% down, which is $44,000.00, but hold on.  It is who first?

People, I am not going to ask for that much money.  I am going to ask you for 15 grand down, usually I can get 10 to 15, okay?  Now, I am going to ask you fro $15,000.00 down to grand a month.  I am going to give you two-year term.  How long of a term do I have with you all?  three years, I am going to give you a two-year term, I am going to help you clean up your credit.  I am going to get you a loan down the road, because if fatal exercise are option to buy within two years, I have another what?  Year, where I can bring in another lease option buyer, I will put on the market and sell it for cash or give them another year to go in there and clean up their credit and buy it.  Everybody understand this so far?  Okay, stay with me, keep an open mind.

So, there are the terms.  You guys are going to sign all those contracts with me, so there are three profit centers.  You got to follow me very carefully.  I want you to write this down.  So, you can get this.  The first profit center is this I am going to make the money in the difference of the down payment between the buyer and the seller, which is how much?  I give you guys, how much down?  Zero down, Scott's family gave me how much down?  $15,000.00, we are gong to make $15,000.00 on a property that we do not even own.  How many of you would like to make $15,000.00 on a property that you do not even own?  Raise you hands, all nine of you, very good.

Now, the second profit center is the monthly payment difference.  I am paying you all, how much?  Hello, are you guys with me?  Common guys, I am teaching you how to make millions.  I am paying

how much?  $15,000.00 a month, jot this down.  Scott's family is paying me how much?  $2,000.00, how much are we making in a month?  $500.00 and monthly positive cash flow, which goes in the International what?  Hit Bank, you can do whatever you want with the money that is for two years.  Are you with me so far?  Now, the bigger difference is this, the third profit center on this deal is the back-end money.  I bought it from you all for how much?  $400,000.00, did I give you exactly what you wanted?  Yes, did not even hassle with you, did I?  You guys are buying it for how much?  But, I am going to take the $15,000.00 of the deposit money, you take out off the $440,000.00, so you only owe me $425,000.00, is that fair?  Oh common, I am helping these people and I am going to closing with them, both contracts are going to go to my title company, again.

You are going to bring in your $425,000.00, you guys are done, you owned the home and you guys get your $400.00.  You sold your house, you can do whatever you want with it and I paid exactly what you want it and I am going to make that $25,000.00 on the back-end.  So, let us settle this up, listen to me very carefully guys.  You can do the same in any home out there, as long as we get the price or terms.

We made the $15,000.00 up front, we made $500,000.00 a month for 24 months, until they exercise their option, $500.00 time 24 is $12,000.00 and then, we made that $25,000.00 on the back-end, when we close.  So, that is $52, 000.00 on a house that we never took title to.  Is that a smart way to do real estate?  We did not use any money, no credit, I did not get a loan and we are $52,000.00 richer.  So, let us take a look at this, guys.  Let me give you two scenarios.  Let us say Scott's family could not exercise that option within two years.  Couple of things we could do, so keep an open mind.  Number one – I could just give him another year, because I have how long having term with you?  Three years, so I get him another year to clean up his credit and buy that property from me, same price.

The other option is, are not the markets going to turn in another year too?  Yes, so do you think their property is going to be worth $525,000.00, $550,000.00 one day?  So, I can put it on the market and sell it for cash and make even more money.  So, let us say I got in the contract with you for $400,000.00.  Now, in two or three years it is worth $525,000.00, $550,000.00.  I am going to make over a hundred thousand dollars, which is not a single or double or a triple that is a home run.  If you are still with me, say yes.  So, guys there are a lot of different things we could do, so jot this down.  Keep an

CONFIDENTIAL

open mind, jot this down.  If the seller picks the price, we are going to pick the terms.  So, in other words, if they say, "James, I want $400,000.00, I am not going to take a dime less."  I am going to say great.  I will give you zero down, I want three years and I will pay you 6% to 9% on our money every month and monthly payment.  So, you do not have to pay those capital gains taxes, because I say to them, "Hey, if I buy this house cash right now, which I could.

00:85:02

What are you going to do with the cash?  Well, I am going to put in the bank and put it in the CD and make 3%.  I will say, "How about I pay you double or triple of what the bank is going to pay you?"  And, a lot of them will say what?  "Yes, I would love that."  And, if the seller picks the terms, we are going to pick the price.  So, if they said, "No James, I want $10,000.00 down, I want 380 and you know, you got to close in like 90 days."  Well, what I am going to do is I am going to pick the terms, if they are picking the price.  So, I am going to say that I am not going to pay you $400,000.00, I will pay $325,000.00.  Make sense?  Now watch, if they pick the price in the terms, we are going to put them in a 30-day file, jot that down.  30-day file, we are going to call them back, because in thirty days, they are attitude is going to change if they have to make another mortgage payment on that house.  And, the phone calls is gong to go something like this, when we follow-up, "Hi Mr. Landlord, this is James again from J Harris Inc.  Is your house still for sale?"  "Yes, it is still out there for sale.  I just made another monthly payment on it."  "Let me ask you a question, you were interested in that owner set of financing, lease option program about a month ago, would you consider it now?"  "Well, yes I mean, I do not want to make another payment on this house."  How does that work again?  Do we just follow-up with people every thirty days, eventually you will have snowball effect and they will come down on their price.  And, that is how we make a lot of money in real estate.

There are two ways I can show you how to do no money, no credit, no license, no loan real estate.  I got 4 or 5 other ways.  Is that exciting?  You do not have to take title to a piece of real estate.  You just have to control it.  Let me give you the card sample then we are going to move on.  We are almost done.  Guys, how do you buy a car?  You can either take out a loan and pay for it or you can do a leasing program.  Has anybody ever heard of this?  So, when you buy a car and let us say you lease it out for three years, let me ask you a question, do you hold title for the car?  No, can you drive it?  Can you wash it?  Can you put a radio in it?  Can you total it?  Can you do anything you want to that car?  How can you do that if you do not

CONFIDENTIAL

own title?  Please write this down, this will make you rich.  It is called equitable title, if we have equitable title to a piece of real estate, we can do whatever we want with it.  We can make money, so you do not have to own real estate to make money on it.  You just have to control it.

I think it is foolish, to go to a bank, put a down payment of 20%, which is by the way that is the minimum, you have to put down for conventional banks right now, 20%.  I do not care if your credit score is perfect.  Go to the bank, beg for a loan, put it on your credit report for 30 years and hope and pray you can sell the property.  That is the worst way to buy real estate.  Jot this down, you will not buy real estate, when you get done with me and Mr. Chump, unless you make money that day you buy.  I never buy real estate, unless I make money the day you buy it.  And, we are gong to sell our properties, before you have to buy and we are going to get paid when we close.  Is everybody with me, please say yes.  That is how you make money in real estate.

In Atlanta, Gorgia guys look up here, I pulled these numbers up in my underwear this morning.  Right in your area, we got over 5,000 pre-foreclosures, 3,400 foreclosures, 69,000 auctions and almost a hundred thousand REOs, which is what?  Bank-owned properties.  You are driving by these deals everyday, now we just got to make offers, if we make offers.  We are going to make what?  Money, we have to make offers, until you are making offers, you are not going to make money.  Country wide is going to do a billion dollars in short-sales business.  It is the perfect storm guys, we are seeing a foreclosure tsunami.  If you do not get started in real estate today, you never will.  This is it, you are not going to see more opportunistic time.  So, strategy number 7 brings me to this, let us set your goals.

Let us get started with Trump University, okay?  Here is my goals for you.  Let us get out of debt, let us take the next 12 months, let us not work hard, let us work what?  Smart and let us get out of debt.  Let us pay off our credit card, let us pay off our cars, let us pay off our mortgages.  Let us pay off our student loans and let us get out of debt.  Let me ask you all this, if we could get you out of debt, between now and the end of the year.  And, we pay off all of our loans, we just have that basic necessities of life, our basic bills, can we live quite cheaply?  Hello?  Guys, it takes the stress off.  I do not know any other business, besides real estate in the financial markets, where we can get out debt in a very short amount of time and this is the time to do it guys.  We have more opportunities to buy real estate at 20% to 50% of mobile of fair market value than ever.

Exhibit 37, Page 1186

CONFIDENTIAL

TU 145336

Let us hit a couple of singles, one double, one triple and let us set a home run every single year.

Let us stay completely out of debt.  Does that sound a great idea?  Absolutely, you are going to need a million dollars to retire guys, when you turn 65.  So, I want you think about this, this just came out in the USA today, if you do not have a million dollars in the bank right now cash or on a plan to put a million dollars cash in the bank at 65.

00:90:00

Seriously, think about this guys and a lot of people think, "Oh we will find a million dollars in the bank at 65.  I could stop working.  I could retire and live comfortably."  Guys, I got news for you, no you cannot.  A million dollars is not a lot of money anymore.  If you have a million dollars in the bank, cash at 65 and you want to stop working and jus completely stop.  And, just enjoy your money and live a twenty more years to 85, right?  Let us say you wanted to do that.  If you have a million dollars in the bank, that is $50,000.00 a year of spending money, to live on.  Now, I do not know about you, but I cannot live on 540 grand a year.  I do not want to live on 50 grand a year, do you?  So, if you do not have a million in the bank right now or when you turn 65, you are going to be in this category, right here.  45% of you is going to admit, depending on your relatives to pay your bills.  30% are dependent on charity, 23% of you is still going to be working.

Let me explain this in the right way.  Me and my boys are going to McDonalds not too long ago, because they like those chicken McNuggets things and we are going through and this little voice came on the loud speaker and my 8-year old in the back said, "Hey, Dad that girls sounds like she is my class," I said, "Yes, she sounds pretty young."  So, we pulled up to pay and this little hand came out to take our money that was kind of shaking like this and I grab her hand and I looked up in her face.  I am telling you, this lady had to be 90 years old and I paid her the money, I said, "Keep the change," and we pulled and Jake from the back of the truck, "Hey Dad, why was that old lady working at McDonalds," I had to tell him the truth, I said, "Jake she needs the money, she is not working because she has nothing better else to do.  She needs that check every month.  And, I do know about you all, taking it the right way, when I am in my golden years, I do not want to be working under the golden arches, but think about that guys.

CONFIDENTIAL

My mom just got her first social security check, God bless her soul.  My mom went through a horrible life, when she was younger and it took me 17 years to get her off drugs.  17 years, my dad left, I never really knew the dude and I do not want to know the guy.  Gave up on me and my family and I have been raising my brother and my sisters since 9 years old.  And, my mom just got social security check couple of months ago and she calls me over and we are looking at it and it was like 916 bucks, right?  From all of those years of working and we just smile and look at each other and put it in an envelop, send it to the church.  Guys, you cannot depend on social security, it will no going to cover.  In fact, by 2014 you know what they are saying?  There will be no more social security, so now is the time to get out of thing right?

Now, I want you to go home and write yourselves a million dollar check tonight, let me tell you why.  No, you cannot cash it yet, but write it.  let me tell you why, when I was 17  I left my family to get them out of that area and get mom off drugs and get her to Rehab and raise my brother and my sister and I went over to New York City, outside of Jersey, where I live.  And, I wrote down a goal out of grease board, $1 million.  This is what me and my family deserve, I will not stop and I will not quit, until I have this money.  I have never stop looking at that goal.  It still hangs in my home office if you came up and looked at it.  I will never take it down and I use to look at that every single night and I want you to go write that check tonight guys.  I am going to put you on a five-year plan.  Some of you will do it in a year, some of you might do it ten, I am telling you, you can do it in the next five years and the only reason you would not, it is just because you do not believe you are worth it that is it.  And, I never stop looking at that goal that check that come to my bank account, many times over the years.  I am not bragging, it is not an ego thing, I am way about it.

I am just telling you that you can do this.  You can do this, are you still with me?  Say yes.  Go write that check tonight, we are going to put you on a five-year plan and I want to show you it is not that hard to have it come in.  Let us break it down, guys that is a single, are you with me?  Please say yes.  I want you to get one of these coming in the month, now while hitting singles.  We are going to hear everyone once in a while, have what?  A fold in our lap, a double then, we are going to have a fall into lap every once in a while or what?  A triple and when we are not looking, once every 12 months, not 20 times a year, once very 12 months.  I want you to come across a home run and close it.  Is that a home run?  If we can get one of those common in a year, once single, one double, one triple and one of those, will that help all of you?  Never, ever, ever … have to worry

about working for someone else for the rest of your life, yes or no? And, that will help your kids and that is what I want you to do. I want you to think what? Big, I challenge you to upgrade your thinking. Look at this guy, he went through a 3-day training, chump you mark a change important in my life, the classes at Trump University, taught every aspect to closing a deal, marketing your ideas and branding yourself. Hey, does Donald Trump knows how to brand himself? Oh common guys, I want to let you know something, jot this down. He owns this company, you can send him an email, when you come in our Trump family, he owns this company. He did not sell his name to someone else.

00:95:00

He will know your name, when you come in to this University. And, this gave me the confidence necessary to achieve the great success that I now enjoy, after one year my company, now we are on $7 million in real estate that is a lot of money. I want you to look at this mug. Look at this mug, look at that confidence. This will make you fell 10 ft. tall of your first deal. You will have the confidence, you will feel that nobody can stop you and then, you are in control of your destiny. Look at this lady, she was a nurse, she spent all three days with us, transform my life, now driving down the street, it is not the same that all the banned buildings and empty lots and I said, "Ma'am what can I do with that property? What can I turn that into?" Guys, you are going to leave here today, here is what is going to happen. You are going to drive out of this building. You are going to think about me and you are going to go, "Oh that was a property that is what Mr. Harris is talking about. Hey, there that was a sale by owner. Stop, get the number, write it down. There is for rent add, honey let us get that number right there."

You are going to start looking at these houses in a completely different way, because I am telling you right now, if you spend this time with me, I would show you how to make 4 offers, on every single house out there. Are we going to do all of them? How many do we need to do in a month? And, we just want to get that single coming in guys, so we can get out of debt, all right? I always made a fortune for foreclosures, you will too. The timing will be never be better than now. My recommendation is that you attend our 3-day training and enroll today. So, that brings me to this, guys. We are coming back here, not this weekend it is next weekend.

*It is a Friday, Saturday, Sunday, there is a little investment and let me tell you why. Donald Trump does not need anymore money. He does not need your $1,500.00. Does everybody understands that,*

CONFIDENTIAL

*please say yes. He does not it, he is doing this, so you assume personal responsibility for doing the work and going out and getting that back. You have to do the work, so you have to qualify for this. He is not looking for everyone. We are looking for a special select inner circle group and this group right here. To join me and all of these other people next week end and we are going to come back. And, me and my light power team, guess what? I am going to train your assets for three days with my power team come from Mr. Trump. We are gong to show you how to do this from A to Z. Does that sound okay to you?*

And, guess where I live? Right here, I live at Atlanta, I got a house up Lake Lanier and got a place down at Buckhead, so you are going to have an access to me, as well I know your community. I know Atlanta, Georgia like the back of my head guys. That is pretty powerful stuff, are you with me, please say yes. I live here, so I am in your neck of the woods.

Now, here is what is going to happen, you guys are going to register for this in a couple of minutes, but let me just give you the dates. Here is what is going on, we are going to be back here, May 16th, May 17th, May 18th is at a hotel, another Marriot, it is right down the street. I need your full commitment from 9 to 6, 9 to 6 and 9 to 5, Friday, Saturday and Sunday. This is going to be three days, packed with intense information. I am going to be your shot in the shoulder you need. The only reason you will go out and not make money, it is because you did not show up that is it. We make money on every single deal. We actually get an accepted offer on, because there are only three things out with a piece of property. Either makes money or break even, we just want you to what? Make money and we know exactly how to do it, because you make money when you buy and we will show you how to make your offers, until you make offers you cannot make money. So, I need your commitment, let me explain this. Next Saturday, all the moms in the room, if you have kids that have to go to a birthday party or something like that, cancel it. You are going to be with me, you need to tell you family tonight, right on brother. If you are getting married next Sunday, cancel it, you are going to be with me. Tell your fiancée, this is more important.

These are three days that will have more of an impact on your finances than any past education or job you ever had. I do not have a college degree. I do not have a PhD or an MBA, never had the opportunity, do not need one and I can show you how to do this, if there is anybody else who can show you how to do it, guys. That is why Mr. Chump picked me. I had no money, no credit, no license, could not get a loan. I figured it out. I am sure you can too, but you

Exhibit 37, Page 1190

CONFIDENTIAL

TU 145340

to come and spend three days, which you have to put your money where your mouth is, you have to work to get an investment back, all right.  So, I am looking for serious committed people and why Trump U?  A lot of people say that, hey! Who is the richest guy in the world right now?  Anybody know?  Warren Buffett, he made his money in the stock market.  So, here is a questions if you wanted to make money in the stock market and you had an opportunity to spend three-days with Mr. Warren Buffett, would you consider it?  Probably, right?  How many people play golf?  Raise your hand, any golfers?  Okay, great we all play golf.

If you wanted to take ten full strokes off your golf game in one day and you have that day to spend it with Tiger Woods, would you possible consider it?  okay, if you wanted to learn how to get a head financially with you and your family, you might want to spent it with who?  Donald Trump and his people, because he hand-picked us, me my team, all the mentors, everybody with Trump U are hand-picked by Mr. Trump.

00:100:00

Hey guys, what are you going to leave here today?  Four weeks go to some other Johnny, lunch bucket seminar no-name person and say, "Oh yes I will go make money with this person!"  You do not want to do that that is foolish, this is Mr. Trump.  He is a billionaire in real estate.  Does everybody understand that?  Please say 'yes.'  And if you are going to do it, do it now.

Here is what we are going to do; Friday, we are going to go through a lot of things to find our buyers because we are going to sell the property and we are going to line up all the buyers first before we have to what?  Buy it; we are going to sell it before we have to buy it.  Does everybody understand that?  Because you never want to buy a piece of real estate without having buyers first that is the worst way to do it that is why people get stuck.

You guys are going to go out and get the lease.  When we are done registering, you are going to sit through my orientation today, I am going to show you four ways – you are going to turn off the TV today and tomorrow, you are going to lead the lease.  Saturday, we are going to do live phone calls – I am going to call your lease, I am going to negotiate.  If we can make an offer, we will right over the phone.

CONFIDENTIAL

Audience:  Yes!

James:  Absolutely.  We are going to show you to evaluate deals through the next offer worksheet, why?  We make money when we?

Audience:  Buy.

James:  Buy, perfect.  Zero downhill.  Assignments, wholesaling; we are going to do lease and purchase options; we are going to do own or sell financing subject to quick claim deeds.  We are going to do breach loss.  I am going to teach you all the 'no money, no credit, no license loan deals' and how to put them together.

Rehabbing properties – some of you like Jean Pierre here right?  You might want to buy properties, take a little time, fix them up, put them in perfect condition, raise the value – you are about to say roof I knew you were.  Raise the value of the property and make more money.  That is where we can hit the what?  Homeruns guys, after we make a 100 grand.

Financing and funding your deals again, find the deal then what will come?  The money will come.  Guys, I have the list of all the top hard money lenders and private money people in the country, you cannot find any other.  I have been building this for 14 years, okay.

How to find pre-qualified buyers?  That is easy.  A plan to get started because if you follow my lead, if you follow everything I am going to take you through in this book right here, this is the bible, this is it right here.  Guys, your first deal you will have done within 21 days, is that powerful?  Absolutely!  The art of thinking what; day and then buying nationwide I buy and sell property nationwide guys.  From my house up at north or down the bucket, I have never even have to work.

I told I work in my underwear couple of hours a week, that is it and I will show you how to do the same thing.  Then you are going to have a one-on-one mentor.  One of Trump's certified mentors is going to sit down with you on Sunday; they are going to put you on the right plan.  They are going to see what you have.  We are going to utilize what you have to get rich in real estate.

Some of you do not have a lot right now.  That is okay, do not worry about it.  We are going to teach you the zero down stuff.  You do not have to have money and you do not have to take title to a piece of real estate to make money on it – you just have to control it.  Is that crystal clear?  And, I can teach you how to do that as well.

Okay, now today's bonuses and then we are going to be done. Listen up. You are going to bring your second person for what? Make sure they are committed. Do not bring your husband or your wife or your boyfriend or girlfriend or partner, and they show up on Friday and they are not there on Saturday, alright? I want you to be committed for three full days. You guys are going to do this together, so make sure you are committed, okay? But you can bring that second person, no charge.

Real estate goldmine audio course, Denise is going to explain that to you in a little bit when we are done and you guys will get that sent to you. It is a home study course, a box that we showed up. But you guys are going to get that, you have another day or so and you go through that. Comes maximum offer worksheet, you are going to be handed that, we are going to go through it.

Copy of the world's best lease agreement, I am going to show you how to always get your rent on time and it has 39 other more powerful paragraphs in there. Training orientations starts today when we are done. I am going to sit down with you and show you how to go out here and find your first deal, four different ways. And, maybe we can work on it before you even get there.

You can order the training for 12 months – that means you can come back as many times as you want for a year, take the three-day advance foreclosure training as many times as you want, any city and state. And, then you are going to have a one year support as a Trump Premium member – that is all this gobbly goop here.

You are going to get adviser, you get a continuing education, teleseminars, webinars, you get to hang online with millionaires like me at an investor club, is that pretty cool? Oh come on! And, I am right here in your area. You can chat with me. I can help you out with your stuff. And, all the contracts and forms are included.

Guys, if you were to go to a real estate attorney today and say, "Hey, I need to get all the contracts and forms by purchase and sales contracts, lease option contracts, purchase contracts; all of my addendums, special stipulations, my rescission of contracts; all of your stuff he will charge you 10,000 to 12,000 bucks minimum. You do not have to do that. Mr. Trump is going to throw all the contracts and forms, it is all included, okay? Now, that's not to say you don't need the attorney, because I use an attorney on every deal I do. It's worth the few extra bucks to make sure everything is done right.

00:105:02

Also, your special bonuses, your jumpstart guide, we are going to go through this in your orientation, and you have a little homework. And, here is why most people enroll – they want to get out of debt. They do not want to work from home. They want to be their own boss.

A lot of you, and I congratulate the older people in the crowd, you guys are out here. You still want to be busy. You want to put more money in your bank account. And, that retirement is going to come up. And, I tell you, listen to me very carefully, if you do not have a million dollars in the bank cash at 65, you are going to have to continue to work, okay?

But most people do this because they are sick and tired. Let me tell you what they are sick and tired of. They are sick and tired of working for someone else. They are sick and tired of watching other people get rich. They are sick and tired of driving by homes like this and say, "Man, who lives there? Holly Schmackers! I like to have a home like that! Man, I wonder what those people do."

What do you think a lot of them do? Real estate. They all get sick and tired of not taking vacations like this. I and my wife will do a couple of singles, just a couple of singles and then we go away to an island. Every year we go to Fiji. We take my boys here. We go to the same place, same island, same beach and we have fun.

Also a lot of people are sick and tired, there is my little guy Max. They are sick and tired of not going out and having the car of their dreams or buying the things they want. Guys do not ever get a loan on a car, let us pay cash. I want your license plates to say what, 'paid for'. Okay do not ever do it.

I told you I work in my robe, there it is. I work in my robe couple of hours a week. Folks, full time as a real estate investor for you; is going to be about six to eight or ten hours a week that is it – that is if you are busy. All of you who want to continue to keep your job – that is just a great part time income. You do not need a lot of time. But the reason most people do this is why I do it – that is Jake and that is Max.

Let me explain something, when I was 19 years old I was living on the streets of New York, I was living in the subways, I was paying and handling money for food. Now, I used to pay and handle up to 500 bucks a day sometimes. I got one 'wow', is that pretty good? No folks, is that great? But I used to do things for people, you know

what I mean?  And, I got really good at that and then that person came along and he said, "James let me show you real estate, let me get you off the streets."

And, I finally got my family ahead.  I have been supporting my family since age of nine.  Do not tell me you are not going to do this.  But I do not want you to do it for you; I want you to do it for them.  I never thought I was going to have a beautiful wife, I never thought worthy of it.  I never thought I was going to have two beautiful boys like that.  And, these two little guys are set for life.  They never have to worry about money ever again.  They are both seven figured; there were seven figures in real estate.  And, I am going to make them work for it; they are going to work for it.

But the thing is this to work for your family.  If you have children, if you have grandchildren, I do not want you to be greedy.  Do not dare do it for yourself do not be selfish.  Let us do it for our kids so they do not have to worry about the crap that we had to go through.  Does everybody understand that?  It is a big deal.

Alright, here is your guarantee and then we are done.  Register for the foreclosure we treat today, at the end of the first day, Friday if you are not happy, you may simply withdraw and receive your full tuition refund, no questions asked.

When we explain this to you guys, understand this.  Give yourselves a shot, give yourselves a chance.  Come and spend the first day with me and my power team.  I am going to introduce some of them right now.  If you come that first day Friday, sit through the whole day, if you do not think I can show you how to go out and do this, the Donald Trump way and you are not happy, I will personally thank you by the hand, I will escort you on the back and Denise will give you all your money back.

Donald Trump does not need your 1,500 bucks, are you with me please say 'yes.'

Audience:   Yes!

James:   He wants you to be successful.  He is giving you every reason to go out and give this a shot.  And, he has that guarantee, it is in writing.  Is that fair?

Audience:   Yes!

CONFIDENTIAL

James:    That is absolutely fair.  Two reasons why you will not do this: number one, you do not have the 1495.  If you do not have it, you need to be at our training.  Number two, you are just not going to do real estate.  You just decided, "Real estate is not for me.  I do not want to do it.  I am not going to get rich in real estate."  Those are the only two reasons.  And, I tell you this guarantee is pretty fair.  That gives every single one of you a reason to come and spend that first day.

Now, here is what I want you to do, there are three groups of people: people who makes things happen; people who wait for things to happen; and people who say, "What the heck happened?"  Which group are you all in?  Come on guys, what group are you in?  You want to make it happen?  Good.  We are going to that right now.  There has never been a more profitable time in the history of real estate.  Timing is everything, if you snooze, you loose.

Let me leave you with this – there are more opportunities right now.  To buy real estate at a 20, 40, 50 even more percent below fair market value than ever, we have never seen it.  This market is going to turn by next year.  Are you with me?  Say 'yes.'

00:110:00

Audience:    Yes!

James:    I am telling you, if you line yourself up with the best in the world over the next 12 months, you never have to worry about money again.  This is the time to do it.  So let me introduce you to the team.  Everybody, turn around real quick, everybody say hi to Denise; everybody say hi Michael, and say hi Scott, you met them earlier.

We are going to take a break in about 30 seconds I am done and I am going to have you sit in those chairs.  You are going to go enroll, keep you guarantee.  You are going to get bunch of stuff in a bag.  When you are done you are going to come back up here, do not leave.  I have to take you through my orientation.  Conduct your dirty party, I have to get to it, we are just on time but we are going to get out of here in about 15 minutes or so.

I am going to show you how to go out and find four different ways to find this lease.  We are going to bring this lease back into the training on Saturday and I am going to see if I can close a deal for you and then I will give you my email, my information.  I want to keep in touch with you between now and the training so I can maybe help get you through that first when you get started

CONFIDENTIAL

So when you are done doing that, they are going to answer all your questions about the training, get you registered.  Come back up here, okay?  I will stand in the back, I will be back here, I will answer al your questions and we will all walk out of here after the orientation as a group and as a team.  Sounds good?

On behalf of Mr. Trump, on behalf of Denise and Michael and Scott and myself – let me just explain something, Saturday afternoon there are other things we could be doing they are just coming from my heart, you guys were a pretty good group.  Somebody laugh at my jokes, you guys were a gift to me.  I want you to know that.  There is no other place over the past two hours I would have rather have been in sharing my goals and dreams and your goals and dreams in real estate because I know you can do this.  You just have to believe.

So on behalf of Mr. Trump and my team in the back, you guys were good.  Give yourselves a good round of applause.

(Applause)

Okay, here is what we are going to do very quickly, listen.  I got you two options: option number one, go back to whatever you are doing if that is going to get you to where you need to be.  Option number two, go register and then I need you back up here on the front row to go through the orientation.  We are going to do that right now and then I will see you back up here in five or ten minutes.

Any questions come and talk to me.  I think you all see I am not shy. Come up and talk to me, I can help you.  Go see them and register and then come back up here, okay?  Any questions come and ask me, I will answer all the questions.

CONFIDENTIAL

# EXHIBIT 38

Confidential

© 2010 Trump University

TRUMP 00151612

Confidential

# Trump Elite Programs

## Think Big, Keep Learning, & Success Will Follow!



© 2010 Trump University

TRUMP 00151613

Exhibit 38, Page 1200

Confidential

# 3 Day In-Person
# Small Group Mentorship
## With a Trump Certified Mentor

■ With your mentor you will:

• **Locate and Research Potential Properties**

• **Set Up a Real Estate Power Team**

• **Make Smarter Offers on the Right Properties**



© 2010 Trump University

Exhibit 38, Page 1201

Confidential

# 3 Day In-Person Field Small Group Mentorship

## With a Trump Certified Mentor

- With your Mentor you will:

  - **Research Potential Deals in Your Area**
  - **Walk Properties and Perform Due Diligence**



© 2010 Trump University

TRUMP 00151615

Exhibit 38, Page 1202

Confidential

# 3 Day In-Person Field
# Small Group Mentorship
## With a Trump Certified Mentor

- With your Mentor you will:
  - Write Contracts and Offer Letters
  - Create Exit Strategies



© 2010 Trump University

TRUMP 00151616

Exhibit 38, Page 1203

Confidential

# The Real Estate Investor's Training Online Program

**Four Interactive Online Courses Teach Every Step of the Investing Process:**

- How to Find and Purchase Income-Producing Properties

- Real Estate Finance

- The Best Ways to Negotiate Profitable Real Estate Deals

- Entry and Exit Strategies

© 2010 Trump University

TRUMP 00151617

Exhibit 38, Page 1204

Confidential



# TRUMP
UNIVERSITY

## Find and Purchase Income Producing Properties

### Course Introduction

Meet Professor Eldred

How This Course Works

**Your Assignments**

1. Assess Your Abilities and Inclinations
2. Evaluate Neighborhoods
3. Analyze the Competition
4. Establish a Target Market
5. Evaluate Properties
6. Apply Benchmarks

Final Thoughts from Gary Eldred

Explore Empire City!

### Your Assignments

In your role as an aspiring real estate investor, you will explore the fictional "Empire City" in search of promising investment opportunities. With the guidance and support of your uncle Max, a very successful investor who has offered to help you get your start, you will research Empire City's neighborhoods and economic prospects before investigating up to 50 separate properties that are currently on the market.

You can explore Empire City in various ways. Read the news clippings from neighborhood and city newspapers; visit the neighborhoods and talk to residents; look at real estate listings; do research on the municipal web site; investigate market trends using research reports; visit community web sites including message boards; look at online maps with information on schools, restaurants, entertainment, and shopping.

As you explore, you will discover how to identify trends in property values, rent levels, and appreciation. You will develop your ability to recognize property features and location characteristics that distinguish a property from its competition. You will apply standard value benchmarks to compare investment properties. You will learn to see with critical and opportunistic eyes.

In each of the six assignments below, you will take steps toward creating value in your property. You will:

**1. Assess Your Abilities and Inclinations:** You will align your investment plans with your personal abilities, resources, and interests.

**2. Evaluate Neighborhoods:** You will research the attractiveness and potential of five neighborhoods.

**3. Analyze the Competition:** You will analyze the housing supply in Empire City and assess the strengths and weaknesses of the properties in each neighborhood.

**4. Establish a Target Market:** You will determine who your target renters are, and what exactly they are looking for in an apartment.

**5. Evaluate Properties:** You will evaluate properties through the eyes of your potential tenants and identify attractive features that will give a property a competitive advantage.





Gary Eldred

Video Audio Text

© 2010 Trump University

TRUMP 00151618

Exhibit 38, Page 1205

Confidential

# Quick Start Real Estate Retreat

- Learn How To:

  - Wholesale, lease option and owner-finance properties for quick profits

  - Buy and sell real estate without using any of your money or credit

  - Buy potentially millions of dollars worth of property, or more without a down payment or a bank loan

© 2010 Trump University

**TRUMP 00151619**

Exhibit 38, Page 1206

Confidential

# Creative Financing Retreat

- Learn About:
  - Financial Statements
  - Loan Request Packages
  - Financing Techniques
  - Hard Money Connections
  - 1031 Real Estate Exchanges
  - Note Techniques and more

© 2010 Trump University

TRUMP 00151620

Confidential

# Commercial and Multi-Family Retreat

- Learn How To:

  - Navigate the maze of commercial and large property financing to find hidden financial opportunities

  - Determine the right market valuation.

© 2010 Trump University

TRUMP 00151621

Confidential

# Commercial and Multi-Family Retreat

- Learn How To:

  - Write commercial leases so that tenants take the management burden away from you

  - Understand the laws and regulations so that you can protect your investments and much more.

© 2010 Trump University

Exhibit 38, Page 1209

Confidential

# Wealth Preservation Retreat





© 2010 Trump University

TRUMP 00151623

Exhibit 38, Page 1210

Confidential

# Wealth Preservation Retreat

- Learn How To:
  - Identify different types of legal entities to protect your wealth
  - Reduce your overall tax bill
  - Transform previously non-deductible expenses into fully and legally deductible expenses

© 2010 Trump University

TRUMP 00151624

Exhibit 38, Page 1211

Confidential

# Wealth Preservation Retreat

- Learn How To:

  - Pass your wealth on to your heirs and beneficiaries while protecting it against potential threats

  - Transform previously non-deductible expenses into fully and legally deductible expenses

  - Secure your assets against attacks from frivolous lawsuits

© 2010 Trump University

Exhibit 38, Page 1212

Confidential

# Incorporate Your Business Service

- Trump University's legal professionals will work with you to complete this process in any of the 50 states

- Complete all documentation and compile everything into an LLC Binder

© 2010 Trump University

TRUMP 00151626

Exhibit 38, Page 1213

Confidential

# Incorporate Your Business Service

- Protect your personal assets
- Deduct many business expenses such as tuition for educational programs
- Enjoy certain tax advantages
- Establish credibility
- Reduce the risk of personal identity theft

© 2010 Trump University

TRUMP 00151627

Exhibit 38, Page 1214

Confidential

# Trump Silver Elite

- 3 Day In-Person Small Group Mentoring
- Quick Start Real Estate Retreat
- Creative Financing Retreat
- Wealth Preservation Retreat
- Commercial & Multi-Family Retreat
- Real Estate Investor Training Online Program
- Incorporate Your Business LLC Service

- **Regular Price: $38,965**
- **Price: $24,995**
- **You Save $13,970!**

© 2010 Trump University

**TRUMP 00151628**

Exhibit 38, Page 1215

Confidential

# Trump Bronze Elite

- Wealth Preservation Retreat
- Quick Start Real Estate Retreat
- Creative Financing Retreat
- Commercial & Multi-Family Retreat
- Incorporate Your Business LLC Service

- **Regular Price: $20,975**
- **Price: $9,995**
- **You Save $10,980!**

© 2010 Trump University

TRUMP 00151629

Exhibit 38, Page 1216