ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN (111070)
patc@rgrdlaw.com
X. JAY ALVAREZ (134781)
jaya@rgrdlaw.com
JASON A. FORGE (181542)
jforge@rgrdlaw.com
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
DANIEL J. PFEFFERBAUM (248631)
dpfefferbaum@rgrdlaw.com
BRIAN E. COCHRAN (286202)
bcochran@rgrdlaw.com
JEFFREY J. STEIN (265268)
jstein@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
225 Broadway, Suite 2050
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)

Class Counsel

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART COHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>DONALD J. TRUMP,<br><br>                Defendant. | No. 3:13-cv-02519-GPC-WVG<br><br><u>CLASS ACTION</u><br><br>PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO THE MOTION OF MEDIA INTERVENORS TO INTERVENE AND FOR AN ORDER MODIFYING STIPULATED PROTECTIVE ORDER<br><br>DATE: July 30, 2016<br>TIME: 1:30 p.m.<br>CTRM: 2D<br>JUDGE: Hon. Gonzalo P. Curiel |

1157707_1

1  Plaintiff Art Cohen hereby states his non-opposition to the Motion of Media
2 Intervenors to Intervene and for an Order Modifying Stipulated Protective Order, filed
3 by Cable News Network, Inc. ("CNN"); CBS Broadcasting Inc.; CBS Interactive Inc.;
4 Tribune Publishing Company; NBCUniversal Media, LLC; ABC, Inc.; The New York
5 Times Company; and WP Company LLC d/b/a The Washington Post (collectively, the
6 "Media Intervenors"), on June 10, 2016.[1]  Dkt. No. 233.

7  The Media Intervenors seek an order modifying the stipulated First Amended
8 Protective Order (*Low* Dkt. No. 316, "Protective Order") to remove the confidentiality
9 designations applied to certain portions of the videotaped depositions of defendant
10 Donald J. Trump, taken on December 10, 2015 and January 21, 2016 (the "Trump
11 Depositions").  Plaintiff supports the Media Intervenors' efforts to de-designate the
12 remaining portions of the Trump Depositions which remain confidential.  Indeed,
13 plaintiff had previously resisted the confidential designations now being challenged.[2]
14 *See* Joint Statement for Determination of Discovery Dispute, lodged February 24,
15 2016, at 1-3 ("Jt. Stmt.").

16  With respect to the revenues paid to Trump University ("TU") from a third-
17 party licensing agreement, TU's financial information is not "personal financial
18 information."  "'A corporation, partnership or unincorporated association has no
19 personal right of privacy.'" *Hearts With Haiti, Inc. v. Kendrick*, No. 2:13-cv-00039-
20 JAW, 2015 WL 3649592, at *4 (D. Me. June 9, 2015) (quoting Restatement (Second)
21 of Torts §652I, cmt. c (1977)).  Moreover, TU is no longer an operating business, and
22 there is nothing commercially sensitive about a licensing deal from more than a
23 decade ago.  *See* Jt. Stmt. at 2.  Further, this Court has already recognized that any

---

[1]  The motion is further joined by Fox News Networks, LLC.  Dkt. No. 237.

[2]  Plaintiff does maintain that the personal identifying information of members of the Class, including social security numbers, personal email addresses, personal telephone numbers, home addresses, or other sensitive personal financial information, should remain confidential – a position which is consistent with the Media Intervenors' motion.  Dkt. No. 233-1 at 2 n.1.

claim that information related to TU's operations may retain commercial value because TU may resume operations in the future to be "wholly speculative." Dkt. No. 211 at 10.

With respect to information regarding Trump's profits from TU, although "personal financial information" falls within the terms of Protective Order, Trump's profits from TU are already part of publicly-filed pleadings by the New York Attorney General. *See The People of the State of New York v. The Trump Entrepreneur Initiative LLC*, No. 451463/2013, Verified Petition, ¶85 (N.Y. Sup. Ct. Aug. 24, 2013). Moreover, this aged financial information is a microscopic fraction of the financial information that Trump has voluntarily released to the public as part of his presidential campaign, not to mention the heightened public interest in Trump's financial performance which he has touted as support for his candidacy. *See* Jt. Stmt. at 3.

DATED: June 20, 2016

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN
X. JAY ALVAREZ
JASON A. FORGE
RACHEL L. JENSEN
DANIEL J. PFEFFERBAUM
BRIAN E. COCHRAN
JEFFREY J. STEIN

s/ Daniel J. Pfefferbaum
DANIEL J. PFEFFERBAUM

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK
AARON M. OLSEN
225 Broadway, Suite 2050
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)

Class Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 20, 2016.

    s/ Daniel J. Pfefferbaum
DANIEL J. PFEFFERBAUM

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: dpfefferbaum @rgrdlaw.com

# Mailing Information for a Case 3:13-cv-02519-GPC-WVG Cohen v. Trump

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Xavier Jay Alvarez**
  jaya@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Brian E. Cochran**
  bcochran@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Patrick J Coughlin**
  patc@rgrdlaw.com,e_file_sd@rgrdlaw.com,susanm@rgrdlaw.com

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,nadiak@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,llendzion@rgrdlaw.com,tholindrake@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jeffrey L. Goldman**
  jgoldman@bbwg.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,winkyc@zhlaw.com,nadiak@zhlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,hbrown@rgrdlaw.com,e_file_sd@rgrdlaw.com,JayA@rgrdlaw.com,KLavelle@rgrdlaw.com,lmix@rgrdlaw.com

- **David Lee Kirman**
  dkirman@omm.com,iyanniello@omm.com,sbrown@omm.com

- **Matthew R. Maron**
  mmaron@trumporg.com,carce@trumporg.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Maureen E. Mueller**
  mmueller@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **Daniel M. Petrocelli**
  dpetrocelli@omm.com

- **Daniel Jacob Pfefferbaum**
  dpfefferbaum@rgrdlaw.com

- **Kelli L. Sager**
  kellisager@dwt.com,VickyIsensee@dwt.com

- **Jeffrey J. Stein**
  JStein@rgrdlaw.com

- **WP Company LLC d/b/a The Washington Post**
  danlaidman@dwt.com

- **Alonzo Wickers , IV**
  alonzowickers@dwt.com,carolinasolano@dwt.com,ellenduncan@dwt.com,danlaidman@dwt.com

- **Helen Irene Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`