DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
DAVID L. KIRMAN (S.B. #235175)
dkirman@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067-6035
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

JILL A. MARTIN (S.B. #245626)
jmartin@trumpmational.com
TRUMP NATIONAL GOLF CLUB
One Trump National Drive
Rancho Palos Verdes, CA 90275
Telephone: (310) 202-3225
Facsimile: (310) 265-5522

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ART COHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP,<br><br>　　　　　　Defendant. | Case Nos. 13-CV-2519-GPC(WVG)<br><br>**DEFENDANTS' RESPONSE TO MEDIA INTERVENORS' MOTION TO INTERVENE AND FOR AN ORDER MODIFYING STIPULATED PROTECTIVE ORDER**<br><br>Hearing: June 30, 2016<br>Time:  1:30 p.m.<br>Courtroom:  2d<br>Judge:  Hon. Gonzalo P. Curiel |

Insofar as the Media Intervenors ask this Court to de-designate those portions of the transcript of the depositions of Donald J. Trump currently designated as "Confidential" pursuant to the parties' Protective Order, defendants do not oppose the Motion. In March 2016, defendants withdrew the "Confidential" designation related to a majority of Mr. Trump's deposition testimony, and, pursuant to the Court's March 14, 2016 Order, only three pages of transcript and certain numeric figures remain "Confidential." *See* Dkt. 172. Defendants now withdraw the remaining designations related to Mr. Trump's deposition testimony.[1]

Defendants do, however, oppose the Media Intervenors' Motion insofar as it seeks access to any videotaped depositions in this case and in the related *Low* matter. By separate motion, defendants have asked this Court to amend the Protective Order to prohibit the filing or dissemination of the videotaped transcripts of all witnesses in these related cases. *See* Dkt. 238. As explained at length in that motion, the video files Media Intervenors seek are duplicative of the deposition transcripts of Mr. Trump's testimony, none of which remains designated "Confidential." Public disclosure of the video files—which may never be used at trial—serves only to harass and unfairly prejudice Mr. Trump for the reasons articulated in defendants' Motion to Amend Protective Order.

Defendants, therefore, respectfully request that this Court deny the Media Intervenors' Motion insofar as it seeks public disclosure of video deposition files.

---

[1] Media Intervenors' Motion does not request the de-designation of exhibits used during Mr. Trump's depositions. Defendants do not withdraw "Confidential" designations related to any such exhibit at this time.

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | Dated:  June 20, 2016 |

Respectfully submitted,

O'MELVENY & MYERS LLP
DANIEL M. PETROCELLI
DAVID L. KIRMAN

By:   /s/ Daniel M. Petrocelli
          Daniel M. Petrocelli

Attorneys for Defendants
E-mail: dpetrocelli@omm.com