UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART COHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP,<br><br>Defendant. | Case No.: 3:13-cv-2519-GPC-WVG<br><br>**ORDER GRANTING JOINT MOTION TO ALLOW LATE REQUEST FOR EXCLUSION FROM THE CLASS**<br><br>**[ECF No. 277.]** |

For good cause shown, the parties' Joint Motion to Allow Late Request for Exclusion from the Class is **GRANTED**.

Paul R. Canup's ("Canup") late opt-out request is permitted. Canup is hereby excluded from the Class in this action.

**IT IS SO ORDERED.**

Dated: September 21, 2016

*[signature]*

Hon. Gonzalo P. Curiel
United States District Judge