| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 30 2017 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

SONNY LOW; et al.,

        Plaintiffs-Appellees,

SHERRI B. SIMPSON,

        Objector-Appellant,

 v.

TRUMP UNIVERSITY, LLC, AKA Trump Entrepreneur Initiative, a New York limited liability company and DONALD J. TRUMP,

        Defendants-Appellees.

No.   17-55635

D.C. Nos.
3:10-cv-00940-GPC-WVG
3:13-cv-02519-GPC-WVG
Southern District of California,
San Diego

ORDER

The plaintiffs-appellees' unopposed motion (Docket Entry No. 14) to expedite is granted in part.

This case is expedited and shall be calendared as soon as possible upon completion of briefing.

The opening brief is now due June 12, 2017. The answering brief is due July 12, 2017. The optional reply brief is due July 26, 2017.

The provisions of Ninth Circuit Rule 31-2.2(a) regarding streamlined extensions shall not apply to this case, and any motion under Ninth Circuit Rule 31-2.2(b) is strongly disfavored and must be supported by a showing of compelling circumstances.

GS / 05/15/2017 /Pro Mo

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Grace Santos
Deputy Clerk
Ninth Circuit Rule 27-7