UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 26 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SONNY LOW; et al.,<br><br>    Plaintiffs-Appellees,<br><br>  v.<br><br>TRUMP UNIVERSITY, LLC, AKA Trump Entrepreneur Initiative, a New York limited liability company and DONALD J. TRUMP,<br><br>    Defendants-Appellees,<br><br>  v.<br><br>LEELAND O. WHITE, Proposed Intervenor,<br><br>    Movant-Appellant. | No.   17-56051<br><br>D.C. Nos.<br>3:10-cv-00940-GPC-WVG<br>3:13-cv-02519-GPC-WVG<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: REINHARDT, PAEZ, and BEA, Circuit Judges.

Upon a review of the record and the response to the court's September 29, 2017 order, we conclude this appeal is frivolous. We therefore deny appellant's motion to proceed in forma pauperis (Docket Entry No. 3), *see* 28 U.S.C. § 1915(a), and dismiss this appeal as frivolous, pursuant to 28 U.S.C. § 1915(e)(2) (court shall dismiss case at any time, if court determines it is frivolous or malicious).

**DISMISSED**.

AC/MOATT