

```
FILED
Feb 20 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ AKR    DEPUTY
```

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 20 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SONNY LOW; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>TRUMP UNIVERSITY, LLC, a New York limited liability company, AKA Trump Entrepreneur Initiative and DONALD J. TRUMP,<br><br>        Defendants - Appellees,<br><br> v.<br><br>LEELAND O. WHITE, Proposed Intervenor,<br><br>        Movant - Appellant. | No. 17-56051<br><br>D.C. Nos. 3:10-cv-00940-GPC-WVG, 3:13-cv-02519-GPC-WVG<br><br>U.S. District Court for Southern California, San Diego<br><br>**MANDATE** |

The judgment of this Court, entered January 26, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica F. Flores Poblano
Deputy Clerk
Ninth Circuit Rule 27-7

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 26 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SONNY LOW; et al., | No. 17-56051 |
| Plaintiffs-Appellees, | D.C. Nos. 3:10-cv-00940-GPC-WVG |
| v. | 3:13-cv-02519-GPC-WVG |
| TRUMP UNIVERSITY, LLC, AKA Trump Entrepreneur Initiative, a New York limited liability company and DONALD J. TRUMP, | Southern District of California, San Diego |
| Defendants-Appellees, | ORDER |
| v. | |
| LEELAND O. WHITE, Proposed Intervenor, | |
| Movant-Appellant. | |

Before: REINHARDT, PAEZ, and BEA, Circuit Judges.

Upon a review of the record and the response to the court's September 29, 2017 order, we conclude this appeal is frivolous. We therefore deny appellant's motion to proceed in forma pauperis (Docket Entry No. 3), *see* 28 U.S.C. § 1915(a), and dismiss this appeal as frivolous, pursuant to 28 U.S.C. § 1915(e)(2) (court shall dismiss case at any time, if court determines it is frivolous or malicious).

**DISMISSED**.

AC/MOATT