1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY LOW, J.R. EVERETT and JOHN BROWN, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, a New York Limited Liability Company and DONALD J. TRUMP,<br><br>Defendants. | No. 3:10-cv-0940-GPC(WVG)<br><br>CLASS ACTION<br><br>ORDER GRANTING JOINT MOTION TO PERMIT CONSUMMATION OF THE CLASS ACTION SETTLEMENT AGREEMENT |

[Caption continued on following page.]

| | | |
|---|---|---|
| 1 | ART COHEN, Individually and on Behalf of All Others Similarly Situated, ) ) ) | No. 3:13-cv-02519-GPC-WVG |
| 2 | | CLASS ACTION |
| 3 | Plaintiff, ) ) | |
| 4 | vs. ) ) | |
| 5 | DONALD J. TRUMP, ) ) | |
| 6 | Defendant. ) ) | |

This matter having come before the Court on the Parties' and Objector Sherri Simpson's ("Simpson") Joint Motion to Permit Consummation of the Class Action Settlement Agreement ("Joint Motion").[1]  Having considered the Joint Motion and good cause appearing, the Court accepts the stipulations therein and hereby ORDERS as follows:

1. The Joint Motion is GRANTED.

2. Simpson has knowingly and voluntarily waived any right to seek further judicial review or appeal of this Court's Final Approval Order or Final Judgment (or the Ninth Circuit's judgment affirming same), including the filing of a petition for a writ of certiorari or any other writ that could be filed in connection with the Settlement.

3. The Court's Final Approval Order and Final Judgment are no longer subject to further judicial review or appeal whatsoever and, therefore, the Class Action Settlement is "Final" as of the date of this Order.

4. The Parties and the Settlement are hereby directed to implement the Agreement according to its terms and conditions and consistent with this Court's Final Approval Order and Final Judgment.

IT IS SO ORDERED.

Dated: April 9, 2018

Hon. Gonzalo P. Curiel
United States District Judge

---

[1] Capitalized terms shall have the same meaning as set forth in the Agreement.